**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| _____ ) | |
| Ultra PRO International, LLC, ) | Case No.: |
| ) | |
| Plaintiff, ) | |
| v. ) | Judge: |
| ) | |
| Defendants Identified in Schedule A, ) | |
| ) | Magistrate: |
| Defendants. ) | |
| _____ ) | |

**SCHEDULE A**

| Doe | Seller Name | Merchant ID | Item Number | Listing URL |
|---|---|---|---|---|
| 2 | Blogs Hobby Shop LLC | A18BGCZW7X10QB | B01LA2MN10 | https://www.amazon.com/BCW-Booklet-Card-Topload-Vertical/dp/B01LA2MN10/ref=sr_1_179_mod_primary_new |
| 3 | Busiapp Corporation | AVQZ6Z4LCAKI5 | B0BJ12TWFB | https://www.amazon.com/200-Count-Toploaders-Gathering-Acid-Free-Lumintrail/dp/B0BJ12TWFB/ref=sr_1_69 |
| | Busiapp Corporation | AVQZ6Z4LCAKI5 | B0BRNW6SJC | https://www.amazon.com/Toploader-Baseball-Toploaders-Lumintrail-Cleaning/dp/B0BRNW6SJC/ref=sr_1_8 |
| | Busiapp Corporation | AVQZ6Z4LCAKI5 | B0BHZYWTBD | https://www.amazon.com/100-Count-Toploaders-Gathering-Acid-Free-Lumintrail/dp/B0BHZYWTBD/ref=sr_1_55 |
| 4 | Customer Service Guaranteed | A3QXWRSFC6ZG5A | B0CP8JTJ95 | https://www.amazon.com/BCW-Sleeves-Baseball-Protectors-Toploaders/dp/B0CP8JTJ95/ref=sr_1_22_sspa |
| | Customer Service Guaranteed | A3QXWRSFC6ZG5A | B0CP8KQHQ2 | https://www.amazon.com/BCW-Sleeves-Baseball- |

| | | | | |
|---|---|---|---|---|
| | | | | Protectors-Toploaders/dp/B0CP8KQHQ2/ref=sr_1_46 |
| 5 | ENC Sports Cards | AIJRZRN32HJPG | B002PGY7W4 | https://www.amazon.com/BCW-1-TLCH-BL-Topload-Card-Holder/dp/B002PGY7W4/ref=sr_1_287 |
| 6 | Fantastical Hobbies | A3NL4INKE6R5KA | B00N4OODU2 | https://www.amazon.com/BCW-Load-Card-Holders-Sleeves/dp/B00N4OODU2/ref=sr_1_13 |
| | Fantastical Hobbies | A3NL4INKE6R5KA | B09KCTJ8BL | https://www.amazon.com/BCW-Standard-Topload-Card-Holder/dp/B09KCTJ8BL/ref=sr_1_52 |
| | Fantastical Hobbies | A3NL4INKE6R5KA | B0BLWD64NL | https://www.amazon.com/BCW-Standard-Topload-Card-Holders/dp/B0BLWD64NL/ref=sr_1_113 |
| | Fantastical Hobbies | A3NL4INKE6R5KA | B09JWZ8VYC | https://www.amazon.com/BCW-8X10-Photograph-Topload-Holder/dp/B09JWZ8VYC/ref=sr_1_120 |
| | Fantastical Hobbies | A3NL4INKE6R5KA | B099BGTP3S | https://www.amazon.com/BCW-Toploader-Card-Sleeve-Combo/dp/B099BGTP3S/ref=sr_1_121_mod_primary_new |
| | Fantastical Hobbies | A3NL4INKE6R5KA | B0BLW7PR6V | https://www.amazon.com/BCW-Standard-Topload-Holder-Sleeves/dp/B0BLW7PR6V/ref=sr_1_152 |
| 7 | GameTimeTCG | A2VTZPV0093HLW | B07D4QX2RQ | https://www.amazon.com/Thick-Card-Topload-Holder-168/dp/B07D4QX2RQ/ref=sr_1_315_sspa |
| 8 | Gustotrade | A1LJQB0JA6R2YV | B00L9HDER4 | https://www.amazon.com/BCW-1-TLCH-TBC-25-Tobacco-Topload-Holder/dp/B00L9HDER4/ref=sr_1_94 |
| | Gustotrade | A1LJQB0JA6R2YV | B000Y50CSG | https://www.amazon.com/BCW-1-TLCH-N-Topload-Card-Holder-Standard/dp/B000Y50CSG/ref=sr_1_128 |

| | | | | |
|---|---|---|---|---|
| | Gustotrade | A1LJQB0JA6R2YV | B00V0EYDYY | https://www.amazon.com/BCW-Topload-Holder-25-Pack-6x8/dp/B00V0EYDYY/ref=sr_1_139 |
| | Gustotrade | A1LJQB0JA6R2YV | B00Q2JWU9M | https://www.amazon.com/Top-Load-Holder-25-Count/dp/B00Q2JWU9M/ref=sr_1_176 |
| | Gustotrade | A1LJQB0JA6R2YV | B000KDQSV2 | https://www.amazon.com/BCW-1-TLCH-9X12-Bcw-9X12-Topload/dp/B000KDQSV2/ref=sr_1_181 |
| | Gustotrade | A1LJQB0JA6R2YV | B003OLPN0O | https://www.amazon.com/BCW-1-TLCH-6X4-Bcw-6X4-Topload/dp/B003OLPN0O/ref=sr_1_185 |
| | Gustotrade | A1LJQB0JA6R2YV | B008BG8KPM | https://www.amazon.com/BCW-Toploader-Holder-25/dp/B008BG8KPM/ref=sr_1_219 |
| 9 | Kaizen8 | A19F6PAPNJBCO3 | B07K1WGRQ1 | https://www.amazon.com/BCW-Topload-Standard-Trading-25-Count/dp/B07K1WGRQ1/ref=sr_1_40 |
| | Kaizen8 | A19F6PAPNJBCO3 | B093154X8M | https://www.amazon.com/BCW-50-Count-Topload-Holders-100-Count/dp/B093154X8M/ref=sr_1_41 |
| 10 | KINARA | A26S1VJEZ1PHG7 | B0864PM233 | https://www.amazon.com/BCW-200-Count-Card-Toploaders-Sleeves/dp/B0864PM233/ref=sr_1_10 |
| 11 | MEGACARDS!!! | A1CUEIKCA52AME | B07DKWFPDB | https://www.amazon.com/BCW-200-8-packs-Trading-Toploaders/dp/B07DKWFPDB/ref=sr_1_56 |
| | MEGACARDS!!! | A1CUEIKCA52AME | B0CQS12KNG | https://www.amazon.com/BCW-25-Toploaders-300-Sleeves/dp/B0CQS12KNG/ref=sr_1_3_sspa |
| 12 | MTGbiz | A1JIUYKA8QS5H6 | B086GRCCQ2 | https://www.amazon.com/BCW-100-Count-Card-Toploaders- |

|  |  |  |  | Sleeves/dp/B086GRCCQ2/ref=sr_1_9_mod_primary_new |
| --- | --- | --- | --- | --- |
|  | MTGbiz | A1JIUYKA8QS5H6 | B005LR7GK4 | https://www.amazon.com/BCW-100-packs-Trading-Toploaders/dp/B005LR7GK4/ref=sr_1_38 |
|  | MTGbiz | A1JIUYKA8QS5H6 | B074VH2VWV | https://www.amazon.com/BCW-1-TLCH-100-Topload-Card-Holder/dp/B074VH2VWV/ref=sr_1_39 |
|  | MTGbiz | A1JIUYKA8QS5H6 | B09KCM5R92 | https://www.amazon.com/BCW-10-Photo-Topload-Holders/dp/B09KCM5R92/ref=sr_1_141 |
|  | MTGbiz | A1JIUYKA8QS5H6 | B009MANI3U | https://www.amazon.com/BCW-10-TOPLOADER-HOLDER-PACK/dp/B009MANI3U/ref=sr_1_224 |
|  | MTGbiz | A1JIUYKA8QS5H6 | B00120Y1MA | https://www.amazon.com/BCW-Clear-Rigid-Toploaders-Pack/dp/B00120Y1MA/ref=sr_1_281 |
| 13 | MYISTORES | AR87UZPHAKKWH | B001OOWRUM | https://www.amazon.com/BCW-3X4-Topload-Card-Holders/dp/B001OOWRUM/ref=sr_1_318_mod_primary_new |
| 14 | SADIVIN | A1W49HJ4IG4VEJ | B00441QRXA | https://www.amazon.com/Tall-Topload-Holder-Holders-pack/dp/B00441QRXA/ref=sr_1_270 |
| 15 | SUNSHINE STATE PRODUCTS | A1U60B4QYS8242 | B003C23PFU | https://www.amazon.com/BCW-1-TLCH-3-5X5-3%C2%BDX5-Topload-Holder/dp/B003C23PFU/ref=sr_1_98 |
|  | SUNSHINE STATE PRODUCTS | A1U60B4QYS8242 | B00ZZ15GX0 | https://www.amazon.com/BCW-1-TLCH-TH-1-5MM-Thick-Topload-Holder/dp/B00ZZ15GX0/ref=sr_1_167 |
| 16 | The'House Shop' | AL8V8A48BILUV | B00JLVS6TG | https://www.amazon.com/10-8-5-Document-Topload- |

| | | | | Holders/dp/B00JLVS6TG/ref=sr_1_263 |
|---|---|---|---|---|
| 17 | Wizard Coin Supply | A3W3V0LZS5LE0N | B00ZZ10YCS | https://www.amazon.com/3X4-Premium-Toploader-Card-Holder/dp/B00ZZ10YCS/ref=sr_1_77_mod_primary_new |
| | Wizard Coin Supply | A3W3V0LZS5LE0N | B003IS0G78 | https://www.amazon.com/BCW-8-5-11-Topload-Holder/dp/B003IS0G78/ref=sr_1_116 |
| | Wizard Coin Supply | A3W3V0LZS5LE0N | B003C29EQE | https://www.amazon.com/BCW-Supplies-Thick-Topload-Holder/dp/B003C29EQE/ref=sr_1_159 |
| | Wizard Coin Supply | A3W3V0LZS5LE0N | B07MTPGPDB | https://www.amazon.com/Postcard-Photo-Rigid-Topload-Holder/dp/B07MTPGPDB/ref=sr_1_226 |
| 18 | Zentra, LLC | A3DMYIN9K0RYXC | B09KJ7YM15 | https://www.amazon.com/BCW-8-5-11-Topload-Holder/dp/B09KJ7YM15/ref=sr_1_145 |
| | Zentra, LLC | A3DMYIN9K0RYXC | B09KCNS9LF | https://www.amazon.com/BCW-Topload-Holder/dp/B09KCNS9LF/ref=sr_1_261 |
| 19 | 1stopshop41 | 1stopshop41 | 1.34652E+11 | https://www.ebay.com/itm/134651943240 |
| 20 | 214shops | 214shops | 3.34926E+11 | https://www.ebay.com/itm/334925511863 |
| 22 | aliflaammeem | aliflaammeem | 3.64713E+11 | https://www.ebay.com/itm/364712939407 |
| 23 | alonzadok1 | alonzadok1 | 4.04766E+11 | https://www.ebay.com/itm/404766263919 |
| 24 | amazingsportsandmore/Legendary Hobby | amazingsportsandmore | 4.02746E+11 | https://www.ebay.com/itm/402745558094 |
| | amazingsportsandmore/Legendary Hobby | amazingsportsandmore | 4.02746E+11 | https://www.ebay.com/itm/402745561198 |
| 25 | angeigiel_0 | angeigiel_0 | 2.35316E+11 | https://www.ebay.com/itm/235316113583 |
| 26 | anythingandeverythinghere | anythingandeverythinghere | 2.66659E+11 | https://www.ebay.com/itm/266659407963 |

| | | | | |
|---|---|---|---|---|
| 27 | auctionsunlimitednyc | auctionsunlimitednyc | 3.54872E+11 | https://www.ebay.com/itm/354871905443 |
| | auctionsunlimitednyc | auctionsunlimitednyc | 1.66192E+11 | https://www.ebay.com/itm/166191635856 |
| | auctionsunlimitednyc | auctionsunlimitednyc | 3.55185E+11 | https://www.ebay.com/itm/355185211648 |
| 28 | avwe39 | avwe39 | 3.94687E+11 | https://www.ebay.com/itm/394686740066 |
| 29 | baumscollectables/Baums Collectables | baumscollectables | 1.66444E+11 | https://www.ebay.com/itm/166444373483 |
| 30 | bettabelieveit | bettabelieveit | 2.56079E+11 | https://www.ebay.com/itm/256079141591 |
| | bettabelieveit | bettabelieveit | 2.66061E+11 | https://www.ebay.com/itm/266060696428 |
| | bettabelieveit | bettabelieveit | 2.66112E+11 | https://www.ebay.com/itm/266111748683 |
| 32 | bricktownsales/wolverines18 | bricktownsales | 2.85109E+11 | https://www.ebay.com/itm/285109297091 |
| 33 | budssportscardsfl | budssportscardsfl | 3.54091E+11 | https://www.ebay.com/itm/354091487990 |
| 34 | cellobagsandsupplies/ghezziky | cellobagsandsupplies | 3.25591E+11 | https://www.ebay.com/itm/325591079155 |
| | cellobagsandsupplies/ghezziky | cellobagsandsupplies | 2.23443E+11 | https://www.ebay.com/itm/223443440698 |
| | cellobagsandsupplies/ghezziky | cellobagsandsupplies | 2.24076E+11 | https://www.ebay.com/itm/224075967707 |
| | cellobagsandsupplies/ghezziky | cellobagsandsupplies | 2.24085E+11 | https://www.ebay.com/itm/224084544409 |
| | cellobagsandsupplies/ghezziky | cellobagsandsupplies | 2.24806E+11 | https://www.ebay.com/itm/224805917164 |
| | cellobagsandsupplies/ghezziky | cellobagsandsupplies | 2.2481E+11 | https://www.ebay.com/itm/224810151656 |
| | cellobagsandsupplies/ghezziky | cellobagsandsupplies | 2.25618E+11 | https://www.ebay.com/itm/225617735248 |
| | cellobagsandsupplies/ghezziky | cellobagsandsupplies | 3.24813E+11 | https://www.ebay.com/itm/324812964674 |
| | cellobagsandsupplies/ghezziky | cellobagsandsupplies | 2.24629E+11 | https://www.ebay.com/itm/224628549305 |
| | cellobagsandsupplies/ghezziky | cellobagsandsupplies | 3.24244E+11 | https://www.ebay.com/itm/324243657458 |

| | cellobagsandsupplies/ghezziky | cellobagsandsupplies | 3.24769E+11 | https://www.ebay.com/itm/324768973118 |
|---|---|---|---|---|
| | cellobagsandsupplies/ghezziky | cellobagsandsupplies | 3.24813E+11 | https://www.ebay.com/itm/324812957147 |
| | cellobagsandsupplies/ghezziky | cellobagsandsupplies | 3.24725E+11 | https://www.ebay.com/itm/324725401768 |
| | cellobagsandsupplies/ghezziky | cellobagsandsupplies | 2.24053E+11 | https://www.ebay.com/itm/224052772806 |
| 35 | cloudonecards | cloudonecards | 1.66218E+11 | https://www.ebay.com/itm/166217978208 |
| | cloudonecards | cloudonecards | 1.66236E+11 | https://www.ebay.com/itm/166236185207 |
| 36 | collectorsa1choice/Collectors A1 Choice | collectorsa1choice | 3.54559E+11 | https://www.ebay.com/itm/354558817292 |
| 37 | columbiasports/Columbia Hobby Sports Cards n More | columbiasports | 3.86114E+11 | https://www.ebay.com/itm/386114253669 |
| 38 | cowboysfantradingcards/Cowboys Fan Trading Cards | cowboysfantradingcards | 1.55836E+11 | https://www.ebay.com/itm/155835992913 |
| 39 | d-mart001 | d-mart001 | 3.64362E+11 | https://www.ebay.com/itm/364362323959 |
| 40 | danodeals111 | danodeals111 | 2.35372E+11 | https://www.ebay.com/itm/235371718096 |
| 41 | dbcards/DB_Cards | dbcards | 2.96109E+11 | https://www.ebay.com/itm/296109043148 |
| 42 | dillysgeneralstore/1st streetsportscards | dillysgeneralstore | 1.95867E+11 | https://www.ebay.com/itm/195866781940 |
| | dillysgeneralstore/1st streetsportscards | dillysgeneralstore | 1.95867E+11 | https://www.ebay.com/itm/195866788162 |
| | dillysgeneralstore/1st streetsportscards | dillysgeneralstore | 1.95867E+11 | https://www.ebay.com/itm/195866816647 |
| | dillysgeneralstore/1st streetsportscards | dillysgeneralstore | 1.95867E+11 | https://www.ebay.com/itm/195866819411 |
| | dillysgeneralstore/1st streetsportscards | dillysgeneralstore | 1.95867E+11 | https://www.ebay.com/itm/195866822046 |
| | dillysgeneralstore/1st streetsportscards | dillysgeneralstore | 1.95867E+11 | https://www.ebay.com/itm/195866824317 |
| 43 | dioseclectictreasures/Dio's Eclectic Treasures | dioseclectictreasures | 3.15074E+11 | https://www.ebay.com/itm/315073879983 |

| 44 | discountcollectiblesupplies/DISCOUNT COLLECTIBLE SUPPLIES | discountcollectiblesupplies | 2.85534E+11 | https://www.ebay.com/itm/285534043479 |
| 45 | duckbroscardsandtreasuretrove | duckbroscardsandtreasuretrove | 3.0488E+11 | https://www.ebay.com/itm/304880179403 |
| 46 | dukesthings | dukesthings | 2.75806E+11 | https://www.ebay.com/itm/275805740715 |
| 47 | eazycahsportscards/eazycash24 | eazycahsportscards | 2.66081E+11 | https://www.ebay.com/itm/266081031719 |
| 48 | emkru-94 | emkru-94 | 1.66238E+11 | https://www.ebay.com/itm/166237828658 |
| 49 | encsportscards/ENC SportsCards | encsportscards | 2.75402E+11 | https://www.ebay.com/itm/275402385779 |
| | encsportscards/ENC SportsCards | encsportscards | 2.75397E+11 | https://www.ebay.com/itm/275397366171 |
| 50 | ersportscollectiblesstore/blmille2 | ersportscollectiblesstore | 1.65642E+11 | https://www.ebay.com/itm/165642331900 |
| | ersportscollectiblesstore/blmille2 | ersportscollectiblesstore | 1.64839E+11 | https://www.ebay.com/itm/164838915242 |
| | ersportscollectiblesstore/blmille2 | ersportscollectiblesstore | 1.65642E+11 | https://www.ebay.com/itm/165642331320 |
| | ersportscollectiblesstore/blmille2 | ersportscollectiblesstore | 1.66101E+11 | https://www.ebay.com/itm/166101171049 |
| | ersportscollectiblesstore/blmille2 | ersportscollectiblesstore | 1.65643E+11 | https://www.ebay.com/itm/165642668258 |
| | ersportscollectiblesstore/blmille2 | ersportscollectiblesstore | 1.66101E+11 | https://www.ebay.com/itm/166101173492 |
| | ersportscollectiblesstore/blmille2 | ersportscollectiblesstore | 1.64115E+11 | https://www.ebay.com/itm/164115076747 |
| | ersportscollectiblesstore/blmille2 | ersportscollectiblesstore | 1.6491E+11 | https://www.ebay.com/itm/164910146335 |
| | ersportscollectiblesstore/blmille2 | ersportscollectiblesstore | 1.65642E+11 | https://www.ebay.com/itm/165642330869 |
| | ersportscollectiblesstore/blmille2 | ersportscollectiblesstore | 1.656E+11 | https://www.ebay.com/itm/165600157969 |
| | ersportscollectiblesstore/blmille2 | ersportscollectiblesstore | 1.6491E+11 | https://www.ebay.com/itm/164910146714 |
| | ersportscollectiblesstore/blmille2 | ersportscollectiblesstore | 1.64839E+11 | https://www.ebay.com/itm/164838915827 |

| 51 | estaterunners | estaterunners | 1.25957E+11 | https://www.ebay.com/itm/125957217298 |
|---|---|---|---|---|
| 52 | familytraditions/familytraditionshobby | familytraditions | 3.25581E+11 | https://www.ebay.com/itm/325581255164 |
| | familytraditions/familytraditionshobby | familytraditions | 2.25087E+11 | https://www.ebay.com/itm/225086648244 |
| | familytraditions/familytraditionshobby | familytraditions | 3.24389E+11 | https://www.ebay.com/itm/324388671429 |
| | familytraditions/familytraditionshobby | familytraditions | 2.24094E+11 | https://www.ebay.com/itm/224093838862 |
| | familytraditions/familytraditionshobby | familytraditions | 2.24305E+11 | https://www.ebay.com/itm/224304723709 |
| | familytraditions/familytraditionshobby | familytraditions | 2.25575E+11 | https://www.ebay.com/itm/225575046787 |
| | familytraditions/familytraditionshobby | familytraditions | 3.24371E+11 | https://www.ebay.com/itm/324371246422 |
| | familytraditions/familytraditionshobby | familytraditions | 3.24965E+11 | https://www.ebay.com/itm/324964764884 |
| | familytraditions/familytraditionshobby | familytraditions | 3.24966E+11 | https://www.ebay.com/itm/324965633661 |
| | familytraditions/familytraditionshobby | familytraditions | 3.2521E+11 | https://www.ebay.com/itm/325210059351 |
| | familytraditions/familytraditionshobby | familytraditions | 3.25224E+11 | https://www.ebay.com/itm/325224250866 |
| | familytraditions/familytraditionshobby | familytraditions | 3.25283E+11 | https://www.ebay.com/itm/325283109562 |
| 53 | faststore1 | faststore1 | 1.75802E+11 | https://www.ebay.com/itm/175801507466 |
| 54 | furfaris_sports_cards | furfaris_sports_cards | 1.95405E+11 | https://www.ebay.com/itm/195404913795 |
| | furfaris_sports_cards | furfaris_sports_cards | 1.95405E+11 | https://www.ebay.com/itm/195404868157 |
| | furfaris_sports_cards | furfaris_sports_cards | 1.95405E+11 | https://www.ebay.com/itm/195404864214 |
| 55 | galactictoysandcollectibles/Galactic Toys & Games | galactictoysandcollectibles | 1.34869E+11 | https://www.ebay.com/itm/134868894008 |
| 56 | ghularaz-2 | ghularaz-2 | 3.64363E+11 | https://www.ebay.com/itm/364362990512 |

| 57 | giptime | giptime | 2.35048E+11 | https://www.ebay.com/itm/235047558303 |
| 58 | glfstore/thogon2633 | glfstore | 3.54833E+11 | https://www.ebay.com/itm/354833063523 |
| 59 | godlydove | godlydove | 3.54749E+11 | https://www.ebay.com/itm/354748514654 |
| 60 | golden-era-x | golden-era-x | 3.34944E+11 | https://www.ebay.com/itm/334943814273 |
| 61 | goodeyeblessed | goodeyeblessed | 1.75545E+11 | https://www.ebay.com/itm/175545171697 |
| 62 | hannan03 | hannan03 | 1.6599E+11 | https://www.ebay.com/itm/165990470117 |
| 64 | honestymart | honestymart | 3.54877E+11 | https://www.ebay.com/itm/354877190073 |
| 66 | irhselectroo | irhselectroo | 2.34946E+11 | https://www.ebay.com/itm/234946048035 |
| 67 | ironman8cards | ironman8cards | 3.2521E+11 | https://www.ebay.com/itm/325209670875 |
| | ironman8cards | ironman8cards | 3.25571E+11 | https://www.ebay.com/itm/325570669757 |
| 68 | itbanknotes/I.T BankNotes | itbanknotes | 2.75715E+11 | https://www.ebay.com/itm/275715460764 |
| | itbanknotes/I.T BankNotes | itbanknotes | 2.75707E+11 | https://www.ebay.com/itm/275707119225 |
| 69 | jabauthenticscollectiblesgifts/JABAuthentics Collectibles Gifts | jabauthenticscollectiblesgifts | 3.35016E+11 | https://www.ebay.com/itm/335015711668 |
| 70 | jjsports44/J & J Sports Cards | jjsports44 | 1.2471E+11 | https://www.ebay.com/itm/124710005759 |
| 71 | jmcomicsandcards/JM Comics and Cards | jmcomicsandcards | 1.26048E+11 | https://www.ebay.com/itm/126047589653 |
| 72 | js052395-lonestarhobby | js052395-lonestarhobby | 3.55444E+11 | https://www.ebay.com/itm/355444239375 |
| | js052395-lonestarhobby | js052395-lonestarhobby | 3.55444E+11 | https://www.ebay.com/itm/355444262321 |
| 73 | junejunessportscards/JuneJunes Sports Cards | junejunessportscards | 1.55627E+11 | https://www.ebay.com/itm/155626795011 |
| | junejunessportscards/JuneJunes Sports Cards | junejunessportscards | 1.55627E+11 | https://www.ebay.com/itm/155627024246 |

| | | | | |
|---|---|---|---|---|
| | junejunesssportscards/ JuneJunes Sports Cards | junejunessport scards | 2.66311E +11 | https://www.ebay.com/itm/266 311104886 |
| | junejunesssportscards/ JuneJunes Sports Cards | junejunessport scards | 1.56029E +11 | https://www.ebay.com/itm/156 028976641 |
| | junejunesssportscards/ JuneJunes Sports Cards | junejunessport scards | 1.55627E +11 | https://www.ebay.com/itm/155 626790124 |
| 74 | kapilaestore | kapilaestore | 3.54709E +11 | https://www.ebay.com/itm/354 709283646 |
| 75 | karagolgokhan_23 | karagolgokha n_23 | 3.94762E +11 | https://www.ebay.com/itm/394 761524424 |
| 76 | kramerscollectibles | kramerscollect ibles | 1.15853E +11 | https://www.ebay.com/itm/115 852921793 |
| 77 | kstamps2015/kstamps -2015 | kstamps2015 | 3.35011E +11 | https://www.ebay.com/itm/335 010917451 |
| 78 | lalleydistributinginc/l alleydist | lalleydistributi nginc | 3.74566E +11 | https://www.ebay.com/itm/374 566255470 |
| | lalleydistributinginc/l alleydist | lalleydistributi nginc | 3.74566E +11 | https://www.ebay.com/itm/374 566262655 |
| | lalleydistributinginc/l alleydist | lalleydistributi nginc | 3.74688E +11 | https://www.ebay.com/itm/374 688030192 |
| | lalleydistributinginc/l alleydist | lalleydistributi nginc | 3.75119E +11 | https://www.ebay.com/itm/375 118926273 |
| | lalleydistributinginc/l alleydist | lalleydistributi nginc | 3.7469E+ 11 | https://www.ebay.com/itm/374 690014869 |
| 79 | lexisbigcloset/*electri c*threadz* | lexisbigcloset | 3.93084E +11 | https://www.ebay.com/itm/393 084395542 |
| | lexisbigcloset/*electri c*threadz* | lexisbigcloset | 3.93985E +11 | https://www.ebay.com/itm/393 985442928 |
| | lexisbigcloset/*electri c*threadz* | lexisbigcloset | 3.93985E +11 | https://www.ebay.com/itm/393 985453666 |
| | lexisbigcloset/*electri c*threadz* | lexisbigcloset | 3.94133E +11 | https://www.ebay.com/itm/394 133421287 |
| 80 | lmdkjliquidators/lmd kj_liquidators | lmdkjliquidato rs | 2.33773E +11 | https://www.ebay.com/itm/233 772508356 |
| | lmdkjliquidators/lmd kj_liquidators | lmdkjliquidato rs | 2.35017E +11 | https://www.ebay.com/itm/235 017305450 |
| | lmdkjliquidators/lmd kj_liquidators | lmdkjliquidato rs | 2.34243E +11 | https://www.ebay.com/itm/234 243050193 |

| 81 | loaaistore | loaaistore | 2.25481E+11 | https://www.ebay.com/itm/225481003340 |
|----|------------|------------|-------------|----------------------------------------|
| 82 | luvrc | luvrc | 2.74988E+11 | https://www.ebay.com/itm/274987898729 |
|    | luvrc | luvrc | 2.75185E+11 | https://www.ebay.com/itm/275184945273 |
| 83 | magnoliacards/sipsportscards | magnoliacards | 3.85619E+11 | https://www.ebay.com/itm/385619205310 |
| 84 | mahisamk | mahisamk | 1.75154E+11 | https://www.ebay.com/itm/175154022841 |
| 85 | makollectibles | makollectibles | 3.74982E+11 | https://www.ebay.com/itm/374982102936 |
| 86 | markjf2859 | markjf2859 | 2.65474E+11 | https://www.ebay.com/itm/265473751292 |
| 87 | midwestcardresale | midwestcardresale | 3.84454E+11 | https://www.ebay.com/itm/384454162970 |
| 88 | milehighcollectibles720 | milehighcollectibles720 | 1.45009E+11 | https://www.ebay.com/itm/145009140916 |
|    | milehighcollectibles720 | milehighcollectibles720 | 1.45033E+11 | https://www.ebay.com/itm/145032845477 |
|    | milehighcollectibles720 | milehighcollectibles720 | 1.45033E+11 | https://www.ebay.com/itm/145032869705 |
|    | milehighcollectibles720 | milehighcollectibles720 | 1.45033E+11 | https://www.ebay.com/itm/145032898397 |
|    | milehighcollectibles720 | milehighcollectibles720 | 1.45033E+11 | https://www.ebay.com/itm/14503291515 |
|    | milehighcollectibles720 | milehighcollectibles720 | 1.45033E+11 | https://www.ebay.com/itm/145032931048 |
|    | milehighcollectibles720 | milehighcollectibles720 | 1.45033E+11 | https://www.ebay.com/itm/145032941421 |
|    | milehighcollectibles720 | milehighcollectibles720 | 1.45085E+11 | https://www.ebay.com/itm/145084797032 |
|    | milehighcollectibles720 | milehighcollectibles720 | 1.4509E+11 | https://www.ebay.com/itm/145090351826 |
|    | milehighcollectibles720 | milehighcollectibles720 | 1.45111E+11 | https://www.ebay.com/itm/145110836149 |
|    | milehighcollectibles720 | milehighcollectibles720 | 1.45183E+11 | https://www.ebay.com/itm/145182745976 |
| 89 | mivac-0 | mivac-0 | 3.86736E+11 | https://www.ebay.com/itm/386736193042 |

| | | | | |
|---|---|---|---|---|
| 90 | nerdicornconstellation | nerdicornconstellation | 3.3385E+11 | https://www.ebay.com/itm/333850468806 |
| 91 | nextupcollectibles/Next Up Collectibles | nextupcollectibles | 2.76157E+11 | https://www.ebay.com/itm/276156856900 |
| | nextupcollectibles/Next Up Collectibles | nextupcollectibles | 2.76101E+11 | https://www.ebay.com/itm/276100708926 |
| 92 | nifty-shop | nifty-shop | 1.45127E+11 | https://www.ebay.com/itm/145127050714 |
| 93 | omaakllc | omaakllc | 4.04295E+11 | https://www.ebay.com/itm/404295304814 |
| 94 | omrik40442 | omrik40442 | 2.96175E+11 | https://www.ebay.com/itm/296175227935 |
| 95 | onestopkardshop/fruityfoot | onestopkardshop | 1.44952E+11 | https://www.ebay.com/itm/144951784171 |
| | onestopkardshop/fruityfoot | onestopkardshop | 1.34601E+11 | https://www.ebay.com/itm/134601087554 |
| | onestopkardshop/fruityfoot | onestopkardshop | 1.34651E+11 | https://www.ebay.com/itm/134651261873 |
| 96 | otherbuddys/Other Buddy's | otherbuddys | 1.65174E+11 | https://www.ebay.com/itm/165173984775 |
| | otherbuddys/Other Buddy's | otherbuddys | 1.64948E+11 | https://www.ebay.com/itm/164948349486 |
| | otherbuddys/Other Buddy's | otherbuddys | 1.65075E+11 | https://www.ebay.com/itm/165075474296 |
| | otherbuddys/Other Buddy's | otherbuddys | 1.6524E+11 | https://www.ebay.com/itm/165239748747 |
| | otherbuddys/Other Buddy's | otherbuddys | 1.65244E+11 | https://www.ebay.com/itm/165244154795 |
| | otherbuddys/Other Buddy's | otherbuddys | 1.65285E+11 | https://www.ebay.com/itm/165285032288 |
| | otherbuddys/Other Buddy's | otherbuddys | 1.65525E+11 | https://www.ebay.com/itm/165525231633 |
| | otherbuddys/Other Buddy's | otherbuddys | 1.65525E+11 | https://www.ebay.com/itm/165525236005 |
| | otherbuddys/Other Buddy's | otherbuddys | 1.65557E+11 | https://www.ebay.com/itm/165557138442 |
| | otherbuddys/Other Buddy's | otherbuddys | 1.65574E+11 | https://www.ebay.com/itm/165574378192 |
| | otherbuddys/Other Buddy's | otherbuddys | 1.65586E+11 | https://www.ebay.com/itm/165586279720 |

| | otherbuddys/Other Buddy's | otherbuddys | 1.65965E+11 | https://www.ebay.com/itm/165964593844 |
|---|---|---|---|---|
| | otherbuddys/Other Buddy's | otherbuddys | 1.6524E+11 | https://www.ebay.com/itm/165239757119 |
| | otherbuddys/Other Buddy's | otherbuddys | 1.65965E+11 | https://www.ebay.com/itm/165964538007 |
| | otherbuddys/Other Buddy's | otherbuddys | 1.65965E+11 | https://www.ebay.com/itm/165964550433 |
| | otherbuddys/Other Buddy's | otherbuddys | 1.65149E+11 | https://www.ebay.com/itm/165148792644 |
| | otherbuddys/Other Buddy's | otherbuddys | 1.66357E+11 | https://www.ebay.com/itm/166357385969 |
| 97 | rajaifkay0 | rajaifkay0 | 3.85738E+11 | https://www.ebay.com/itm/385737758564 |
| 98 | rareunlimited/RARE &UNLIMITED | rareunlimited | 1.94552E+11 | https://www.ebay.com/itm/194552430992 |
| | rareunlimited/RARE &UNLIMITED | rareunlimited | 1.9523E+11 | https://www.ebay.com/itm/195230425917 |
| | rareunlimited/RARE &UNLIMITED | rareunlimited | 1.95281E+11 | https://www.ebay.com/itm/195280594495 |
| | rareunlimited/RARE &UNLIMITED | rareunlimited | 1.95746E+11 | https://www.ebay.com/itm/195745626787 |
| | rareunlimited/RARE &UNLIMITED | rareunlimited | 3.63788E+11 | https://www.ebay.com/itm/363788090787 |
| | rareunlimited/RARE &UNLIMITED | rareunlimited | 3.6417E+11 | https://www.ebay.com/itm/364170283418 |
| | rareunlimited/RARE &UNLIMITED | rareunlimited | 3.6429E+11 | https://www.ebay.com/itm/364289896907 |
| | rareunlimited/RARE &UNLIMITED | rarewavesusa | 3.9436E+11 | https://www.ebay.com/itm/394359539921 |
| | rareunlimited/RARE &UNLIMITED | rareunlimited | 3.6451E+11 | https://www.ebay.com/itm/364510091145 |
| | rareunlimited/RARE &UNLIMITED | rareunlimited | 3.64514E+11 | https://www.ebay.com/itm/364513641606 |
| 98 | rarewavesusa/RARE &UNLIMITED | rarewavesusa | 1.95921E+11 | https://www.ebay.com/itm/195921405098 |
| | rarewavesusa/RARE &UNLIMITED | rarewavesusa | 1.96067E+11 | https://www.ebay.com/itm/196067009890 |

| 99 | retail4lesss/ELITE Sports Collectibles Antiques | retail4lesss | 2.84588E +11 | https://www.ebay.com/itm/284 587917700 |
|---|---|---|---|---|
| 100 | rjgoods/rj-goods | rjgoods | 3.1476E+ 11 | https://www.ebay.com/itm/314 759752522 |
| 101 | safulfillment | safulfillment | 2.8459E+ 11 | https://www.ebay.com/itm/284 590247762 |
| 102 | sarsa-5542 | sarsa-5542 | 1.25876E +11 | https://www.ebay.com/itm/125 876154789 |
| 103 | savemoreondeals/Sav e More On Deals | savemoreonde als | 2.85661E +11 | https://www.ebay.com/itm/285 660646124 |
| 104 | sayersbrotherscards/S ayers Brothers Cards | sayersbrothers cards | 3.86026E +11 | https://www.ebay.com/itm/386 026397317 |
| 105 | seventhstreetenterpris e/7thstent | seventhstreete nterprise | 1.55164E +11 | https://www.ebay.com/itm/155 163560987 |
| | seventhstreetenterpris e/7thstent | seventhstreete nterprise | 1.54896E +11 | https://www.ebay.com/itm/154 895624193 |
| | seventhstreetenterpris e/7thstent | seventhstreete nterprise | 1.55164E +11 | https://www.ebay.com/itm/155 163572387 |
| | seventhstreetenterpris e/7thstent | seventhstreete nterprise | 1.55273E +11 | https://www.ebay.com/itm/155 273074764 |
| | seventhstreetenterpris e/7thstent | seventhstreete nterprise | 3.85117E +11 | https://www.ebay.com/itm/385 116981704 |
| | seventhstreetenterpris e/7thstent | seventhstreete nterprise | 3.85143E +11 | https://www.ebay.com/itm/385 143322060 |
| | seventhstreetenterpris e/7thstent | seventhstreete nterprise | 3.84645E +11 | https://www.ebay.com/itm/384 644776850 |
| | seventhstreetenterpris e/7thstent | seventhstreete nterprise | 1.5545E+ 11 | https://www.ebay.com/itm/155 449928105 |
| | seventhstreetenterpris e/7thstent | seventhstreete nterprise | 3.85188E +11 | https://www.ebay.com/itm/385 187798899 |
| | seventhstreetenterpris e/7thstent | seventhstreete nterprise | 1.56048E +11 | https://www.ebay.com/itm/156 048207993 |
| | seventhstreetenterpris e/7thstent | seventhstreete nterprise | 3.8675E+ 11 | https://www.ebay.com/itm/386 749714011 |
| | seventhstreetenterpris e/7thstent | seventhstreete nterprise | 3.81118E +11 | https://www.ebay.com/itm/381 118267266 |
| | seventhstreetenterpris e/7thstent | seventhstreete nterprise | 3.851E+1 1 | https://www.ebay.com/itm/385 099791841 |

| | seventhstreetenterprise/7thstent | seventhstreetenterprise | 3.84281E+11 | https://www.ebay.com/itm/384280538165 |
|---|---|---|---|---|
| | seventhstreetenterprise/7thstent | seventhstreetenterprise | 1.55119E+11 | https://www.ebay.com/itm/155118812853 |
| | seventhstreetenterprise/7thstent | seventhstreetenterprise | 3.85143E+11 | https://www.ebay.com/itm/385143349919 |
| | seventhstreetenterprise/7thstent | seventhstreetenterprise | 1.5545E+11 | https://www.ebay.com/itm/155449928105 |
| | seventhstreetenterprise/7thstent | seventhstreetenterprise | 3.81713E+11 | https://www.ebay.com/itm/381713137152 |
| | seventhstreetenterprise/7thstent | seventhstreetenterprise | 1.55117E+11 | https://www.ebay.com/itm/155116808705 |
| | seventhstreetenterprise/7thstent | seventhstreetenterprise | 1.55109E+11 | https://www.ebay.com/itm/155108743764 |
| | seventhstreetenterprise/7thstent | seventhstreetenterprise | 3.83598E+11 | https://www.ebay.com/itm/383598030859 |
| | seventhstreetenterprise/7thstent | seventhstreetenterprise | 3.84783E+11 | https://www.ebay.com/itm/384782979564 |
| | seventhstreetenterprise/7thstent | seventhstreetenterprise | 1.55149E+11 | https://www.ebay.com/itm/155148587170 |
| | seventhstreetenterprise/7thstent | seventhstreetenterprise | 3.85062E+11 | https://www.ebay.com/itm/385061768206 |
| | seventhstreetenterprise/7thstent | seventhstreetenterprise | 1.5522E+11 | https://www.ebay.com/itm/155219795406 |
| | seventhstreetenterprise/7thstent | seventhstreetenterprise | 3.84782E+11 | https://www.ebay.com/itm/384781523081 |
| | seventhstreetenterprise/7thstent | seventhstreetenterprise | 1.5605E+11 | https://www.ebay.com/itm/156050329823 |
| | seventhstreetenterprise/7thstent | seventhstreetenterprise | 3.84782E+11 | https://www.ebay.com/itm/384781563927 |
| | seventhstreetenterprise/7thstent | seventhstreetenterprise | 1.55149E+11 | https://www.ebay.com/itm/155148637251 |
| | seventhstreetenterprise/7thstent | seventhstreetenterprise | 1.549E+11 | https://www.ebay.com/itm/154899840668 |
| | seventhstreetenterprise/7thstent | seventhstreetenterprise | 1.55109E+11 | https://www.ebay.com/itm/155108751495 |
| | seventhstreetenterprise/7thstent | seventhstreetenterprise | 3.84782E+11 | https://www.ebay.com/itm/384781550881 |
| | seventhstreetenterprise/7thstent | seventhstreetenterprise | 3.85143E+11 | https://www.ebay.com/itm/385143337235 |

| | seventhstreetenterprise/7thstent | seventhstreetenterprise | 3.85008E+11 | https://www.ebay.com/itm/385007788730 |
|---|---|---|---|---|
| | seventhstreetenterprise/7thstent | seventhstreetenterprise | 3.851E+11 | https://www.ebay.com/itm/385099783632 |
| | seventhstreetenterprise/7thstent | seventhstreetenterprise | 1.52854E+11 | https://www.ebay.com/itm/152853800062 |
| | seventhstreetenterprise/7thstent | seventhstreetenterprise | 1.51547E+11 | https://www.ebay.com/itm/151547341731 |
| | seventhstreetenterprise/7thstent | seventhstreetenterprise | 3.84645E+11 | https://www.ebay.com/itm/384644876121 |
| | seventhstreetenterprise/7thstent | seventhstreetenterprise | 3.81713E+11 | https://www.ebay.com/itm/381713131814 |
| | seventhstreetenterprise/7thstent | seventhstreetenterprise | 3.86582E+11 | https://www.ebay.com/itm/386582088791 |
| | seventhstreetenterprise/7thstent | seventhstreetenterprise | 3.84782E+11 | https://www.ebay.com/itm/384781537180 |
| | seventhstreetenterprise/7thstent | seventhstreetenterprise | 3.85048E+11 | https://www.ebay.com/itm/385047616330 |
| | seventhstreetenterprise/7thstent | seventhstreetenterprise | 3.85188E+11 | https://www.ebay.com/itm/385187786242 |
| | seventhstreetenterprise/7thstent | seventhstreetenterprise | 3.86753E+11 | https://www.ebay.com/itm/386753316882 |
| | seventhstreetenterprise/7thstent | seventhstreetenterprise | 1.5605E+11 | https://www.ebay.com/itm/156050329825 |
| | seventhstreetenterprise/7thstent | seventhstreetenterprise | 1.54773E+11 | https://www.ebay.com/itm/154772866164 |
| | seventhstreetenterprise/7thstent | seventhstreetenterprise | 1.56048E+11 | https://www.ebay.com/itm/156048207990 |
| | seventhstreetenterprise/7thstent | seventhstreetenterprise | 1.5545E+11 | https://www.ebay.com/itm/155449951030 |
| | seventhstreetenterprise/7thstent | seventhstreetenterprise | 3.85189E+11 | https://www.ebay.com/itm/385189194722 |
| | seventhstreetenterprise/7thstent | seventhstreetenterprise | 1.56048E+11 | https://www.ebay.com/itm/156048207989 |
| | seventhstreetenterprise/7thstent | seventhstreetenterprise | 1.55164E+11 | https://www.ebay.com/itm/155163560987 |
| | seventhstreetenterprise/7thstent | seventhstreetenterprise | 3.851E+11 | https://www.ebay.com/itm/385099795219 |
| | seventhstreetenterprise/7thstent | seventhstreetenterprise | 1.56048E+11 | https://www.ebay.com/itm/156048207994 |

| | seventhstreetenterprise/7thstent | seventhstreetenterprise | 3.8675E+11 | https://www.ebay.com/itm/386749714006 |
|---|---|---|---|---|
| | seventhstreetenterprise/7thstent | seventhstreetenterprise | 3.8675E+11 | https://www.ebay.com/itm/386749714013 |
| | seventhstreetenterprise/7thstent | seventhstreetenterprise | 1.55185E+11 | https://www.ebay.com/itm/155184768284 |
| | seventhstreetenterprise/7thstent | seventhstreetenterprise | 3.851E+11 | https://www.ebay.com/itm/385099725798 |
| | seventhstreetenterprise/7thstent | seventhstreetenterprise | 3.851E+11 | https://www.ebay.com/itm/385099695335 |
| | seventhstreetenterprise/7thstent | seventhstreetenterprise | 1.55149E+11 | https://www.ebay.com/itm/155148625949 |
| | seventhstreetenterprise/7thstent | seventhstreetenterprise | 3.85062E+11 | https://www.ebay.com/itm/385061761052 |
| | seventhstreetenterprise/7thstent | seventhstreetenterprise | 3.8675E+11 | https://www.ebay.com/itm/386749714007 |
| | seventhstreetenterprise/7thstent | seventhstreetenterprise | 3.8675E+11 | https://www.ebay.com/itm/386749714009 |
| | seventhstreetenterprise/7thstent | seventhstreetenterprise | 1.5605E+11 | https://www.ebay.com/itm/156050329826 |
| | seventhstreetenterprise/7thstent | seventhstreetenterprise | 3.8675E+11 | https://www.ebay.com/itm/386749714015 |
| | seventhstreetenterprise/7thstent | seventhstreetenterprise | 1.56048E+11 | https://www.ebay.com/itm/156048207992 |
| | seventhstreetenterprise/7thstent | seventhstreetenterprise | 3.86753E+11 | https://www.ebay.com/itm/386753316879 |
| | seventhstreetenterprise/7thstent | seventhstreetenterprise | 1.55117E+11 | https://www.ebay.com/itm/155116788017 |
| | seventhstreetenterprise/7thstent | seventhstreetenterprise | 3.85252E+11 | https://www.ebay.com/itm/385251895202 |
| | seventhstreetenterprise/7thstent | seventhstreetenterprise | 3.8501E+11 | https://www.ebay.com/itm/385010064281 |
| | seventhstreetenterprise/7thstent | seventhstreetenterprise | 1.5546E+11 | https://www.ebay.com/itm/155460464808 |
| | seventhstreetenterprise/7thstent | seventhstreetenterprise | 1.56054E+11 | https://www.ebay.com/itm/156053945648 |
| | seventhstreetenterprise/7thstent | seventhstreetenterprise | 3.85474E+11 | https://www.ebay.com/itm/385474245181 |
| | seventhstreetenterprise/7thstent | seventhstreetenterprise | 3.84783E+11 | https://www.ebay.com/itm/384782962800 |

| | seventhstreetenterprise/7thstent | seventhstreetenterprise | 1.55078E+11 | https://www.ebay.com/itm/155078475113 |
|---|---|---|---|---|
| | seventhstreetenterprise/7thstent | seventhstreetenterprise | 3.851E+11 | https://www.ebay.com/itm/385099735565 |
| | seventhstreetenterprise/7thstent | seventhstreetenterprise | 3.8506E+11 | https://www.ebay.com/itm/385060100890 |
| | seventhstreetenterprise/7thstent | seventhstreetenterprise | 1.5605E+11 | https://www.ebay.com/itm/156050329827 |
| | seventhstreetenterprise/7thstent | seventhstreetenterprise | 1.56048E+11 | https://www.ebay.com/itm/156048207988 |
| 106 | shahretailllc | shahretailllc | 2.85288E+11 | https://www.ebay.com/itm/285288248990 |
| 107 | sharpbrothersgaming/Sharp Gaming | sharpbrothersgaming | 2.75949E+11 | https://www.ebay.com/itm/275948503247 |
| | sharpbrothersgaming/Sharp Gaming | sharpbrothersgaming | 2.75818E+11 | https://www.ebay.com/itm/275818230394 |
| | sharpbrothersgaming/Sharp Gaming | sharpbrothersgaming | 2.75756E+11 | https://www.ebay.com/itm/275756046314 |
| | sharpbrothersgaming/Sharp Gaming | sharpbrothersgaming | 2.75818E+11 | https://www.ebay.com/itm/275818151847 |
| | sharpbrothersgaming/Sharp Gaming | sharpbrothersgaming | 2.75792E+11 | https://www.ebay.com/itm/275792064819 |
| | sharpbrothersgaming/Sharp Gaming | sharpbrothersgaming | 2.7587E+11 | https://www.ebay.com/itm/275870342317 |
| | sharpbrothersgaming/Sharp Gaming | sharpbrothersgaming | 2.75945E+11 | https://www.ebay.com/itm/275945494168 |
| | sharpbrothersgaming/Sharp Gaming | sharpbrothersgaming | 2.75218E+11 | https://www.ebay.com/itm/275218199860 |
| | sharpbrothersgaming/Sharp Gaming | sharpbrothersgaming | 2.75526E+11 | https://www.ebay.com/itm/275526056693 |
| | sharpbrothersgaming/Sharp Gaming | sharpbrothersgaming | 2.75842E+11 | https://www.ebay.com/itm/275841871126 |
| | sharpbrothersgaming/Sharp Gaming | sharpbrothersgaming | 2.75828E+11 | https://www.ebay.com/itm/275828327068 |
| | sharpbrothersgaming/Sharp Gaming | sharpbrothersgaming | 2.75218E+11 | https://www.ebay.com/itm/275218207060 |
| 108 | shopolica1 | shopolica1 | 3.14612E+11 | https://www.ebay.com/itm/314611578305 |
| 109 | slamdunk330 | slamdunk330 | 1.54691E+11 | https://www.ebay.com/itm/154691017975 |

| 110 | sloppygoose | sloppygoose | 1.95197E +11 | https://www.ebay.com/itm/195 197077955 |
|---|---|---|---|---|
| 111 | sportinggearunlimited | sportinggearu nlimited | 1.55192E +11 | https://www.ebay.com/itm/155 192332423 |
| 112 | sportscardsgrading/Sp orts Cards Grading | sportscardsgra ding | 1.15138E +11 | https://www.ebay.com/itm/115 137572735 |
|  | sportscardsgrading/Sp orts Cards Grading | sportscardsgra ding | 1.15184E +11 | https://www.ebay.com/itm/115 183624614 |
|  | sportscardsgrading/Sp orts Cards Grading | sportscardsgra ding | 1.15184E +11 | https://www.ebay.com/itm/115 183628435 |
|  | sportscardsgrading/Sp orts Cards Grading | sportscardsgra ding | 1.15224E +11 | https://www.ebay.com/itm/115 224476199 |
|  | sportscardsgrading/Sp orts Cards Grading | sportscardsgra ding | 1.15248E +11 | https://www.ebay.com/itm/115 247608660 |
|  | sportscardsgrading/Sp orts Cards Grading | sportscardsgra ding | 1.15305E +11 | https://www.ebay.com/itm/115 305458425 |
|  | sportscardsgrading/Sp orts Cards Grading | sportscardsgra ding | 1.15407E +11 | https://www.ebay.com/itm/115 407472939 |
|  | sportscardsgrading/Sp orts Cards Grading | sportscardsgra ding | 1.15419E +11 | https://www.ebay.com/itm/115 419432972 |
|  | sportscardsgrading/Sp orts Cards Grading | sportscardsgra ding | 1.15469E +11 | https://www.ebay.com/itm/115 469497361 |
|  | sportscardsgrading/Sp orts Cards Grading | sportscardsgra ding | 1.1547E+ 11 | https://www.ebay.com/itm/115 469500869 |
|  | sportscardsgrading/Sp orts Cards Grading | sportscardsgra ding | 1.1547E+ 11 | https://www.ebay.com/itm/115 469501606 |
|  | sportscardsgrading/Sp orts Cards Grading | sportscardsgra ding | 1.1547E+ 11 | https://www.ebay.com/itm/115 469503098 |
|  | sportscardsgrading/Sp orts Cards Grading | sportscardsgra ding | 1.15531E +11 | https://www.ebay.com/itm/115 530633703 |
|  | sportscardsgrading/Sp orts Cards Grading | sportscardsgra ding | 1.15647E +11 | https://www.ebay.com/itm/115 647048087 |
|  | sportscardsgrading/Sp orts Cards Grading | sportscardsgra ding | 2.03748E +11 | https://www.ebay.com/itm/203 748191164 |
|  | sportscardsgrading/Sp orts Cards Grading | sportscardsgra ding | 2.03806E +11 | https://www.ebay.com/itm/203 805555248 |
|  | sportscardsgrading/Sp orts Cards Grading | sportscardsgra ding | 2.0383E+ 11 | https://www.ebay.com/itm/203 830008337 |
|  | sportscardsgrading/Sp orts Cards Grading | sportscardsgra ding | 2.03975E +11 | https://www.ebay.com/itm/203 975091343 |

| | | | |
|---|---|---|---|
| | sportscardsgrading/Sports Cards Grading | sportscardsgrading | 2.04043E+11 | https://www.ebay.com/itm/204042776672 |
| | sportscardsgrading/Sports Cards Grading | sportscardsgrading | 2.04096E+11 | https://www.ebay.com/itm/204095788405 |
| | sportscardsgrading/Sports Cards Grading | sportscardsgrading | 2.03811E+11 | https://www.ebay.com/itm/203810868602 |
| | sportscardsgrading/Sports Cards Grading | sportscardsgrading | 2.03811E+11 | https://www.ebay.com/itm/203810878171 |
| | sportscardsgrading/Sports Cards Grading | sportscardsgrading | 1.15647E+11 | https://www.ebay.com/itm/115647047652 |
| | sportscardsgrading/Sports Cards Grading | sportscardsgrading | 1.15407E+11 | https://www.ebay.com/itm/115407470973 |
| 113 | sportscardsupply/Sports Card Supply | sportscardsupply | 3.74188E+11 | https://www.ebay.com/itm/374188022067 |
| | sportscardsupply/Sports Card Supply | sportscardsupply | 2.95136E+11 | https://www.ebay.com/itm/295135887548 |
| 114 | sportshatsandmore/Sports Hats and More | sportshatsandmore | 2.93865E+11 | https://www.ebay.com/itm/293864896690 |
| | sportshatsandmore/Sports Hats and More | sportshatsandmore | 3.54363E+11 | https://www.ebay.com/itm/354363253259 |
| | sportshatsandmore/Sports Hats and More | sportshatsandmore | 2.93865E+11 | https://www.ebay.com/itm/293864893431 |
| | sportshatsandmore/Sports Hats and More | sportshatsandmore | 3.53542E+11 | https://www.ebay.com/itm/353541659737 |
| | sportshatsandmore/Sports Hats and More | sportshatsandmore | 3.53674E+11 | https://www.ebay.com/itm/353673909387 |
| | sportshatsandmore/Sports Hats and More | sportshatsandmore | 3.62875E+11 | https://www.ebay.com/itm/362874671821 |
| | sportshatsandmore/Sports Hats and More | sportshatsandmore | 3.63441E+11 | https://www.ebay.com/itm/363441098748 |
| | sportshatsandmore/Sports Hats and More | sportshatsandmore | 2.93865E+11 | https://www.ebay.com/itm/293864898306 |
| 115 | sportsloungecollectibles/darcochen-0 | sportsloungecollectibles | 3.85747E+11 | https://www.ebay.com/itm/385747331107 |
| 116 | sportsunleashedonline | sportsunleashedonline | 1.64955E+11 | https://www.ebay.com/itm/164954762712 |
| 117 | sportszonetoyscomics/agent007-jb | sportszonetoyscomics | 1.25949E+11 | https://www.ebay.com/itm/125949281975 |
| | sportszonetoyscomics/agent007-jb | sportszonetoyscomics | 1.25951E+11 | https://www.ebay.com/itm/125950545683 |

| | | | | |
|---|---|---|---|---|
| | sportszonetoyscomics/agent007-jb | sportszonetoyscomics | 1.25951E+11 | https://www.ebay.com/itm/125950555695 |
| | sportszonetoyscomics/agent007-jb | sportszonetoyscomics | 1.26013E+11 | https://www.ebay.com/itm/126013136383 |
| | sportszonetoyscomics/agent007-jb | sportszonetoyscomics | 4.04307E+11 | https://www.ebay.com/itm/404306806668 |
| | sportszonetoyscomics/agent007-jb | sportszonetoyscomics | 1.25949E+11 | https://www.ebay.com/itm/125949399211 |
| 118 | stellartradingpost/marlindajh16 | stellartradingpost | 1.85122E+11 | https://www.ebay.com/itm/185122128901 |
| | stellartradingpost/marlindajh16 | stellartradingpost | 1.85374E+11 | https://www.ebay.com/itm/185373729916 |
| | stellartradingpost/marlindajh16 | stellartradingpost | 1.85499E+11 | https://www.ebay.com/itm/185498515892 |
| | stellartradingpost/marlindajh16 | stellartradingpost | 1.85499E+11 | https://www.ebay.com/itm/185498519283 |
| | stellartradingpost/marlindajh16 | stellartradingpost | 1.85984E+11 | https://www.ebay.com/itm/185983690343 |
| | stellartradingpost/marlindajh16 | stellartradingpost | 2.03597E+11 | https://www.ebay.com/itm/203597125406 |
| | stellartradingpost/marlindajh16 | stellartradingpost | 2.03829E+11 | https://www.ebay.com/itm/203828667239 |
| | stellartradingpost/marlindajh16 | stellartradingpost | 2.03836E+11 | https://www.ebay.com/itm/203835609022 |
| | stellartradingpost/marlindajh16 | stellartradingpost | 2.04055E+11 | https://www.ebay.com/itm/204054989587 |
| | stellartradingpost/marlindajh16 | stellartradingpost | 2.04055E+11 | https://www.ebay.com/itm/204054992097 |
| | stellartradingpost/marlindajh16 | stellartradingpost | 2.04086E+11 | https://www.ebay.com/itm/204086398061 |
| | stellartradingpost/marlindajh16 | stellartradingpost | 1.85334E+11 | https://www.ebay.com/itm/185334307538 |
| | stellartradingpost/marlindajh16 | stellartradingpost | 1.85324E+11 | https://www.ebay.com/itm/185323612018 |
| | stellartradingpost/marlindajh16 | stellartradingpost | 1.85341E+11 | https://www.ebay.com/itm/185340743519 |
| | stellartradingpost/marlindajh16 | stellartradingpost | 2.03591E+11 | https://www.ebay.com/itm/203591479304 |
| | stellartradingpost/marlindajh16 | stellartradingpost | 1.86209E+11 | https://www.ebay.com/itm/186208545970 |

| | | | |
|---|---|---|---|
| | stellartradingpost/marlindajh16 | stellartradingpost | 1.85038E+11 | https://www.ebay.com/itm/185038339198 |
| 119 | swsn34 | swsn34 | 3.14652E+11 | https://www.ebay.com/itm/314651980826 |
| 120 | theartfulcodgergalleries/thewoodhaventradingfirm | theartfulcodgergalleries | 2.55542E+11 | https://www.ebay.com/itm/255541718086 |
| 121 | thecoindiggernumismatics | thecoindiggernumismatics | 2.23034E+11 | https://www.ebay.com/itm/223033761021 |
| 122 | tiwaritradersusa/swapniltiwari | tiwaritradersusa | 1.75815E+11 | https://www.ebay.com/itm/175814589952 |
| 123 | topqualitysports/kabun41 | topqualitysports | 3.9467E+11 | https://www.ebay.com/itm/394669506350 |
| 124 | toysforuniverse/2ndtonone76 | toysforuniverse | 1.66326E+11 | https://www.ebay.com/itm/166325577365 |
| | toysforuniverse/2ndtonone76 | toysforuniverse | 1.66326E+11 | https://www.ebay.com/itm/166325577403 |
| | toysforuniverse/2ndtonone76 | toysforuniverse | 1.65612E+11 | https://www.ebay.com/itm/165611695344 |
| | toysforuniverse/2ndtonone76 | toysforuniverse | 1.65612E+11 | https://www.ebay.com/itm/165611732077 |
| | toysforuniverse/2ndtonone76 | toysforuniverse | 1.65612E+11 | https://www.ebay.com/itm/165611743585 |
| | treasurefinder01 | treasurefinder01 | 2.25639E+11 | https://www.ebay.com/itm/225638509889 |
| 125 | vintagerepro | vintagerepro | 1.55086E+11 | https://www.ebay.com/itm/155085975710 |
| 126 | vlishdeals | vlishdeals | 3.74679E+11 | https://www.ebay.com/itm/374678977288 |
| 127 | wahoosportscardsncollectibles | wahoosportscardsncollectibles | 2.04378E+11 | https://www.ebay.com/itm/204377547674 |
| 128 | waxpacksdaws/bdaws1089 | waxpacksdaws | 2.24668E+11 | https://www.ebay.com/itm/224667706228 |
| | waxpacksdaws/bdaws1089 | waxpacksdaws | 2.25447E+11 | https://www.ebay.com/itm/225447485062 |
| | waxpacksdaws/bdaws1089 | waxpacksdaws | 2.25505E+11 | https://www.ebay.com/itm/225504762500 |
| | waxpacksdaws/bdaws1089 | waxpacksdaws | 2.25641E+11 | https://www.ebay.com/itm/225640598974 |

| | waxpacksdaws/bdaws 1089 | waxpacksdaws | 2.25817E +11 | https://www.ebay.com/itm/225 816562955 |
|---|---|---|---|---|
| 129 | wizardcoinsupply | wizardcoinsupply | 1.15272E +11 | https://www.ebay.com/itm/115 272126872 |
| | wizardcoinsupply | wizardcoinsupply | 1.15272E +11 | https://www.ebay.com/itm/115 272432111 |
| | wizardcoinsupply | wizardcoinsupply | 1.15272E +11 | https://www.ebay.com/itm/115 272436100 |
| | wizardcoinsupply | wizardcoinsupply | 1.15303E +11 | https://www.ebay.com/itm/115 303439820 |
| | wizardcoinsupply | wizardcoinsupply | 1.15438E +11 | https://www.ebay.com/itm/115 438397352 |
| | wizardcoinsupply | wizardcoinsupply | 1.15438E +11 | https://www.ebay.com/itm/115 438402340 |
| | wizardcoinsupply | wizardcoinsupply | 1.15554E +11 | https://www.ebay.com/itm/115 554243250 |
| | wizardcoinsupply | wizardcoinsupply | 1.15554E +11 | https://www.ebay.com/itm/115 554258320 |
| | wizardcoinsupply | wizardcoinsupply | 1.15554E +11 | https://www.ebay.com/itm/115 554263235 |
| | wizardcoinsupply | wizardcoinsupply | 1.15567E +11 | https://www.ebay.com/itm/115 567332720 |
| | wizardcoinsupply | wizardcoinsupply | 1.15627E +11 | https://www.ebay.com/itm/115 627022152 |
| | wizardcoinsupply | wizardcoinsupply | 1.1564E+ 11 | https://www.ebay.com/itm/115 640438732 |
| | wizardcoinsupply | wizardcoinsupply | 1.15704E +11 | https://www.ebay.com/itm/115 704241498 |
| | wizardcoinsupply | wizardcoinsupply | 1.15798E +11 | https://www.ebay.com/itm/115 797503066 |
| | wizardcoinsupply | wizardcoinsupply | 1.15839E +11 | https://www.ebay.com/itm/115 839193255 |
| 130 | wolverinecardsandcollectibles | wolverinecardsandcollectibles | 3.74624E +11 | https://www.ebay.com/itm/374 624160397 |
| | yoavt2312 | yoavt2312 | 1.15859E +11 | https://www.ebay.com/itm/115 858707946 |
| 131 | zedsoft/zed-com | zedsoft | 2.95764E +11 | https://www.ebay.com/itm/295 764016751 |

| 132 | eCommdealz | 6089ee9f8c4d d754ecbe2665 | 636ba158 13c36135 68dca27a | https://www.wish.com/product /636ba15813c3613568dca27a |
|-----|-----------|--------------------------|---------------------------|-------------------------------------------------------|
| 133 | LatestBuy | 5e6b5cb88d68 d28867a06b9 d | 60549a7fa caa395e23 87b131 | https://www.wish.com/product /60549a7facaa395e2387b131 |
| | LatestBuy | 5e6b5cb88d68 d28867a06b9 d | 60549a8b bffae7529 b3e8731 | https://www.wish.com/product /60549a8bbffae7529b3e8731 |
| | LatestBuy | 5e6b5cb88d68 d28867a06b9 d | 60549a87 480ae955 a90a29ae | https://www.wish.com/product /60549a87480ae955a90a29ae |
| | LatestBuy | 5e6b5cb88d68 d28867a06b9 d | 60549a83f b0d6d62ff 9c972c | https://www.wish.com/product /60549a83fb0d6d62ff9c972c |
| | LatestBuy | 5e6b5cb88d68 d28867a06b9 d | 60549a7b 124ae85ca 68012a5 | https://www.wish.com/product /60549a7b124ae85ca68012a5 |
| | LatestBuy | 5e6b5cb88d68 d28867a06b9 d | 6085ed17 e16d7b07 90fd9962 | https://www.wish.com/product /6085ed17e16d7b0790fd9962 |
| | LatestBuy | 5e6b5cb88d68 d28867a06b9 d | 60549b4a a60bf35ae 5cbc252 | https://www.wish.com/product /60549b4aa60bf35ae5cbc252 |
| | LatestBuy | 5e6b5cb88d68 d28867a06b9 d | 6054b9d4 bffae7ca6 d3e7d70 | https://www.wish.com/product /6054b9d4bffae7ca6d3e7d70 |
| | LatestBuy | 5e6b5cb88d68 d28867a06b9 d | 6054b9de 1ef58db82 9dadffa | https://www.wish.com/product /6054b9de1ef58db829dadffa |
| | LatestBuy | 5e6b5cb88d68 d28867a06b9 d | 60549b98 e5549659 1c519bde | https://www.wish.com/product /60549b98e55496591c519bde |
| | LatestBuy | 5e6b5cb88d68 d28867a06b9 d | 6054b9d0 c0b5a4b9f d91489f | https://www.wish.com/product /6054b9d0c0b5a4b9fd91489f |
| | LatestBuy | 5e6b5cb88d68 d28867a06b9 d | 6054b9d9 a27c2ba2 0ed63a7a | https://www.wish.com/product /6054b9d9a27c2ba20ed63a7a |
| | LatestBuy | 5e6b5cb88d68 d28867a06b9 d | 60549d93 aa3a7b68 9aa1b0c8 | https://www.wish.com/product /60549d93aa3a7b689aa1b0c8 |
| | LatestBuy | 5e6b5cb88d68 d28867a06b9 d | 6054bc49 7a6c25aa8 0fff410 | https://www.wish.com/product /6054bc497a6c25aa80fff410 |

| | LatestBuy | 5e6b5cb88d68d28867a06b9d | 60549b12e1e98047d831affd | https://www.wish.com/product/60549b12e1e98047d831affd |
|---|---|---|---|---|
| | LatestBuy | 5e6b5cb88d68d28867a06b9d | 60549ad228594b6a88840c03 | https://www.wish.com/product/60549ad228594b6a88840c03 |
| | LatestBuy | 5e6b5cb88d68d28867a06b9d | 60549d8ef32da96ec18ec37c | https://www.wish.com/product/60549d8ef32da96ec18ec37c |
| | LatestBuy | 5e6b5cb88d68d28867a06b9d | 6085ed111d9bef2097ffa1dd | https://www.wish.com/product/6085ed111d9bef2097ffa1dd |
| | LatestBuy | 5e6b5cb88d68d28867a06b9d | 6054a4f41ef58d8331dadda8 | https://www.wish.com/product/6054a4f41ef58d8331dadda8 |
| | LatestBuy | 5e6b5cb88d68d28867a06b9d | 6054bc3a4c5896b7d798b201 | https://www.wish.com/product/6054bc3a4c5896b7d798b201 |