# EXHIBIT 2



≡ All   Amazon Basics   Customer Service   Amazon Health ⌄   Pet Supplies   Beauty & Personal Care   Coupons   Amazon Home   Home Improvement          Shop women-owned businesses

Industrial & Scientific   Janitorial & Facilities   Safety Supplies   Medical Supplies   Diagnostic Equipment   Material Handling   Educational Supplies   Sealants and Lubricants   Additive Manufacturing   Laboratory Supplies

Office Products › Office & School Supplies › Time Clocks & Cards › Time Cards



Roll over image to zoom in

## BCW Booklet Card Topload, Vertical, 10 Per Pack

Visit the BCW Store

★★★★☆ · 79 ratings

**Lowest price in 30 days**

-18% $8⁹⁹

Was: $10⁹⁹

Get $50 off instantly: Pay $0.00 $8.99 upon approval for the Amazon Rewards Visa Card. No annual fee.

- Holds an opened booklet card - up to 197 pts.
- Open on the short side
- Exterior Dimensions:5 5/8 x 3 15/16 x 5mm
- Interior Dimensions:5 1/2 x 3 13/16
- High quality rigid PVC, 10 holders per pack

### Additional Details

🏪 **Small Business**
This product is from a small business brand. Support small. Learn more

### Specifications for this item

| | |
|---|---|
| Brand Name | BCW |
| Ean | 0722626002120 |
| Is Assembly Required | false |
| Material | Polyvinyl Chloride |
| Model Number | 1-TLCH-BC-V |
| Number of Items | 1 |
| Part Number | 1-TLCH-BC-V |
| Specification Met | |

⌄ See more

⚑ Report incorrect product information.



4 Pack Clear Plastic Business Card Holder,Acrylic Business Card Display for Desk Business Card Stand
★★★★★ 1,712
$6⁹⁹ ✓prime

Sponsored ⓘ

### Frequently bought together



Total price: $25.38

[ Add all three to Cart ]

ⓘ These items are shipped from and sold by different sellers. Show details

☑ This item: BCW Booklet Card Topload, Vertical, 10 Per Pack $8.99
☑ Ultra Pro Vertical Booklet Trading Card Sleeves (100 Count Pack), Clear $8.99
☑ Ultra Pro Horizontal Booklet Trading Card Sleeves (100 Count Pack), Clear $7.40

### Products related to this item

Sponsored ⓘ

$8⁹⁹

FREE delivery April 3 - 5. Details

Or fastest delivery March 30 - 31. Details

⌖ Deliver to Clerk - Chicago 60601

**In Stock**

Qty: 1 ⌄

[ Add to Cart ]

[ Buy Now ]

🔒 Secure transaction

Ships from   Blogs Hobby Shop LLC
Sold by      Blogs Hobby Shop LLC
Returns      Eligible for Return, Re...

Details

[ Add to List ⌄ ]

New (9) from $8⁹⁹ & FREE Shipping

### Other Sellers on Amazon

$10.60   [ Add to Cart ]
& FREE Shipping
Sold by: Wizard Coin Supply

$10.89   [ Add to Cart ]
& FREE Shipping on orders over $25.00
shipped by Amazon. Details
Sold by: ACS Pacific Supply

$10.89   [ Add to Cart ]
& FREE Shipping on orders over $25.00
shipped by Amazon. Details
Sold by: Susy Kay Company

Have one to sell?
[ Sell on Amazon ]

SANRUI Vertical Business Card Holder for Desk, Clear Acrylic Business Car...
★★★★★ 64
$14⁵⁰ ✓prime

Sponsored ⓘ

       

| BCW Supplies 240 Pt. Thick Card Topload Holder (10 Count Pack) | Thick Card Topload Holder - 168 PT. | 4-Pocket Secure Platinum Page for Toploaders - Protect Your Cards While on... | BCW 3 X 4 Topload Card Holder - (8 Pack) Baseball, Football, Basketball, Hockey, Go... | Trading Card Storage Box, Baseball Card Storage Box Holds 900+ Sport Cards or 200 T... | BCW 1-TLCH-13X19 13X19 - Topload Holder | 11" x 17" Heavy Duty Rigid Print Crystal-Clear Toploader Frame - Hold, Protect, Sto... | Clear Adhesive 4" Index Card Pockets - Top Open for Loa... 50 Pack, Plast... |
|---|---|---|---|---|---|---|---|
| ★★★★☆ 31 | ★★★★★ 14 | ★★★★★ 64 | ★★★★☆ 4 | ★★★☆☆ 5 | ★★★★☆ 1 | ★★★★☆ 262 | ★★★★☆ 213 |
| $9.76 ✓prime | $7.48 Save 5% with coupon | $29.99 ✓prime | $26.51 ✓prime | $35.00 ($8.75/Count) | $50.61 ✓prime | $39.97 ✓prime | $19.99 ✓prime |

Doe 2

## Product details

**Is Discontinued By Manufacturer** :  No

**Product Dimensions** :  7.87 x 7.87 x 1.57 inches; 6.95 Ounces

**Item model number** :  1-TLCH-BC-V

**Date First Available** :  August 31, 2016

**Manufacturer** :  BCW

**ASIN** :  B01LA2MN10

**Best Sellers Rank:** #93,044 in Office Products (See Top 100 in Office Products)
#75 in  Time Cards

**Customer Reviews:** ★★★★½  ⌄        79 ratings

## Product Description

BCW Toploader holders are known as the most popular rigid individual card holders in the collectible card industry. Use this product to protect, store or display your collectible booklet cards.

## From the manufacturer

### Booklet Card (Vertical) Topload Holder

Holds an opened booklet card - up to 197 pts. Open on the long side Exterior Dimensions: 5 7/8 x 3 15/16 x 5mm Interior Dimensions: 5 5/8 x 3 13/16 BCW toploaders are known as the most popular rigid individual card holders in the collectible card industry. Use this product to protect, store or display your collectible booklet cards. 10 Holders per Pack SKU: 1-TLCH-BC-V Brand: BCW Weight: 0.44 lbs Holds an opened booklet card - up to 197 pts. Open on the long side Exterior Dimensions: 5 7/8 x 3 15/16 x 5mm Interior Dimensions: 5 5/8 x 3 13/16 BCW toploaders are known as the most popular rigid individual card holders in the collectible card industry. Use this product to protect, store or display your collectible booklet cards. 10 Holders per Pack SKU: 1-TLCH-BC-V Brand: BCW Weight: 0.44 lbs

## Related products with free delivery on eligible orders

Sponsored ⓘ | Try Prime for unlimited fast, free shipping

       

| Passive Paradise Card Grading Centering Tool Set - 30x Magnifying Tool Included - S... | 11" x 17" Heavy Duty Rigid Print Crystal-Clear Toploader Frame - Hold, Protect, Sto... | Vault X Semi-Rigid Card Holders for Trading Cards & Sports Card Grading submissions... | Trading Card Storage Box, Baseball Card Storage Box Holds 900+ Sport Cards or 200 T... | BCW Trading Card Dividers - 10 Dividers per Pack (Quantity of 25 Packs, 250 Cards T... | 200 Count TopLoaders for Cards,Baseball Card Protector, Toploaders Card Sleeve with... | (10) Packs of BCW Brand Trading Card Divider Cards(100 Dividers Total) | Dunwell Photo Album Refill Pages - (3.5x Pack), for 200 Pict 3-Ring Binde... |
| ★★★★½ 287 | ★★★★½ 262 | ★★★★½ 633 | ★★★½ 5 | ★★★★½ 328 | ★★★★½ 128 | ★★★★½ 1,164 | ★★★★½ 2,083 |
| $18.99 ✓prime | $39.97 ✓prime | $10.99 ✓prime | $35.00 ($8.75/Count) ✓prime | $26.99 ($1.08/Count) | $29.99 ✓prime | $14.85 ✓prime | $7.45 ✓prime |

## Videos

Help others learn more about this product by uploading a video!

Upload your video



Case-it The Z Shape Zipper Binder - Two Binders in One - Double Sided 1.5 Inch D-Ring - Multiple Pockets - 5...
★★★★☆ 2,029
$25⁴⁷ √prime

Sponsored ⓘ

## Looking for specific info?

See questions and answers ›

## Customer reviews

★★★★½ 4.7 out of 5

79 global ratings

| | | |
|---|---|---|
| 5 star | | 80% |
| 4 star | | 11% |
| 3 star | | 6% |
| 2 star | | 2% |
| 1 star | | 0% |

˅ How customer reviews and ratings work

Shop now

Sponsored ⓘ

Top reviews ⌄

**Top reviews from the United States**

Steve sanchez
★★★★★ **Very nice**
Reviewed in the United States on November 15, 2022
Verified Purchase
Is what I've been looking for. Good product

Helpful | Report abuse

Brian
★★★★★ **Great**
Reviewed in the United States on June 18, 2019
Verified Purchase
Worked great

Helpful | Report abuse

See all reviews ›



Back to School with Case-It

Case-it The Z Shape…
★★★★☆ 2,029
$25⁴⁷ √prime

Sponsored ⓘ

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell products on Amazon | Amazon Rewards Visa Signature Cards | Amazon and COVID-19 |
| Amazon Newsletter | Sell apps on Amazon | Amazon Store Card | Your Account |
| | Supply to Amazon | | |







About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a package delivery business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Your Recalls and Product Safety Alerts
Help

amazon
English
United States

Amazon Music Stream millions of songs
Amazon Advertising Find, attract, and engage customers
6pm Score deals on fashion brands
AbeBooks Books, art & collectibles
ACX Audiobook Publishing Made Easy
Sell on Amazon Start a Selling Account
Amazon Business Everything For Your Business
Amazon Fresh Groceries & More Right To Your Door
AmazonGlobal Ship Orders Internationally
Home Services Experienced Pros Happiness Guarantee
Amazon Ignite Sell your original Digital Educational Resources
Amazon Web Services Scalable Cloud Computing Services
Audible Listen to Books & Original Audio Performances
Book Depository Books With Free Delivery Worldwide
Box Office Mojo Find Movie Box Office Data
ComiXology Thousands of Digital Comics
DPReview Digital Photography
Fabric Sewing, Quilting & Knitting
Goodreads Book reviews & recommendations
IMDb Movies, TV & Celebrities
IMDbPro Get Info Entertainment Professionals Need
Kindle Direct Publishing Indie Digital & Print Publishing Made Easy
Amazon Photos Unlimited Photo Storage Free With Prime
Prime Video Direct Video Distribution Made Easy
Shopbop Designer Fashion Brands
Amazon Warehouse Great Deals on Quality Used Products
Whole Foods Market America's Healthiest Grocery Store
Woot! Deals and Shenanigans
Zappos Shoes & Clothing
Ring Smart Home Security Systems
eero WiFi Stream 4K Video in Every Room
Blink Smart Security for Every Home
Neighbors App Real-Time Crime & Safety Alerts
Amazon Subscription Boxes Top subscription boxes – right to your door
PillPack Pharmacy Simplified
Amazon Renewed Like-new products you can trust

Conditions of Use Privacy Notice Your Ads Privacy Choices
© 1996-2023, Amazon.com, Inc. or its affiliates

amazon | Deliver to Clerk Chicago 60601 | Office Products | Search Amazon | EN | Hello, Clerk Account & Lists | Returns & Orders | 0 Cart

All | Amazon Basics | Customer Service | Amazon Health | Pet Supplies | Beauty & Personal Care | Home Improvement | Amazon Home | Coupons | Household, Health & Baby Care | Find a Gift | Handmade | Live tonight: ONE Fight Night

Office Products | Office Deals | School Supplies | Printers, Ink & Toner | Projectors

Toys & Games › Collectible Toys › Collectible Display & Storage › Card Storage & Display › Protective Sleeves

Roll over image to zoom in

# BCW 200-Count 3x4 Card Toploaders and Card Sleeves, for Sports Cards, Baseball Cards, Magic The Gathering, & Others, Acid-Free, Archival Quality, with a Lumintrail Cleaning Cloth

Visit the Lumintrail Store

★★★★★ 3 ratings

Lowest price in 30 days

-6% $30.99

Was: $32.99

FREE Returns

Get $50 off instantly: Pay $0.00 ~~$30.99~~ upon approval for the Amazon Rewards Visa Card. No annual fee.

Size: **200 Holders & 200 Sleeves**

100 Holders & 100 Sleeves $21.99 | 200 Holders & 200 Sleeves $30.99

| | |
|---|---|
| **Material** | Polyvinyl Chloride |
| **Brand** | Lumintrail |
| **Color** | Clear |
| **Style** | Sports |
| **Max Input Sheet Capacity** | 200 |
| **Number of Pieces** | 200 |

## About this item

- BCW Card Sleeves (often called 'penny sleeves') are an acid free, archival quality product made of crystal clear polypropylene. Use this protective holder to protect, store and display your collectible trading cards like: baseball cards, basketball cards, football cards, hockey cards, Magic The Gathering, and others.
- BCW Card Sleeves measure 2-5/8" x 3-5/8" exterior dimensions
- BCW Standard 3x4 Toploaders are made of high-quality, rigid PVC. These toploading holders are some of the most popular rigid individual card holders in the collectible card industry.
- BCW Standard 3x4 Toploaders measure 3" x 4-1/16" for exterior dimensions and 2-3/4" x 3-7/8" for interior dimensions
- Bundle comes with 200 card sleeves and 200 standard toploaders

## Additional Details

Small Business

This product is from a small business brand. Support small. Learn more

Report incorrect product information.

Delivery | Pickup

$30.99

FREE Returns

FREE delivery **Wednesday, March 29**

Or fastest delivery **Tomorrow, March 25**. Order within 3 hrs 45 mins

Deliver to Clerk - Chicago 60601

In Stock

Qty: 1

Add to Cart

Buy Now

Secure transaction

Ships from Amazon
Sold by Busiapp Corporation
Returns Eligible for Return, Re…

Details

Add your 30-day FREE trial of Prime and get **fast, free delivery**

Add a gift receipt for easy returns

Add to List

New (2) from $30.99 & **FREE Shipping**.

**Other Sellers on Amazon**

$32.99 Add to Cart
& **FREE Shipping**
Sold by: **Busiapp Corporation**

Have one to sell?

Sell on Amazon

TITANSHIELD

**Premium sleeves**

TitanShield (150 Sleeves/Slime Green) Standard Size Board Game…
★★★★☆ 6,054
$11.99 prime

Sponsored

TITANSHIELD

**Premium sleeves**
★★★★☆ 4,409
$11.99 prime

Sponsored

## Frequently bought together

+

Total price: $42.49

Add both to Cart

These items are shipped from and sold by different sellers. Show details

- [x] **This item:** BCW 200-Count 3x4 Card Toploaders and Card Sleeves, for Sports Cards, Baseball Cards, Magic The Gath… $30.99
- [x] 1000) BCW Brand Trading Card Polypropylene Outer Sleeves - 2-5/8" x 3-5/8" - TCSP $11.50

## Products related to this item

Sponsored

3/24/23, 4:30 PM    Amazon.com: BCW 200-Count 3x4 Toploaders and Card Sleeves, for Sports Cards, Baseball Cards, Magic The Gathering, …

Case 1:24-cv-07259 Document #: 1-3 Filed: 08/14/24 Page 7 of 148 PageID #:50










TitanShield 3" x 4" Toploaders Top Loader Sleeves for Collectible Trading Cards (10...
⭐⭐⭐⭐ 791
$26.99 ✓prime

200 Pcs 3 x 4" Top Loader Card Sleeves Trading Card Topload Holder Clear Protective...
⭐⭐⭐⭐ 22
$24.93 ✓prime

1 Full case of 1000 Standard 3" x 4" Toploaders Collectible Supplies 35pt.
⭐⭐⭐⭐ 30
$149.95

150 Pack Trading Card Sleeves, Toploaders Consist 50 Hard Plastic Card Protectors +...
⭐⭐⭐⭐ 510
$14.96 ✓prime

Fortress Trading 3" x 4" Clear Regular Top Loaders for Cards Sleeves Basketball Car...
⭐⭐⭐⭐ 38
$16.95 ✓prime
Save 5% with coupon

Star Collector 3 X4 Clear Toploaders and Penny Sleeves (100 35 Point Thickness Hard...
⭐⭐⭐⭐ 96
$22.99 ✓prime

Monster Pro-Tech Premium Top Loaders for Cards with Film Protector – 100 3x4...
⭐⭐⭐⭐ 59
$29.94 ✓prime

100 Pack 3"x4" Hard Plastic Card Sleeves T Loaders for Cards, Baseball Card Prote...
⭐⭐⭐⭐ 766
Amazon's Choice in Collectible Trading Card Protective Sleeves
$15.49 ✓prime

## Compare with similar items

| | This item BCW 200-Count 3x4 Toploaders and Card Sleeves, for Sports Cards, Baseball Cards, Magic The Gathering, & Others, Acid-Free, Archival Quality, with a Lumintrail Cleaning Cloth | BCW 100-Count Card Toploaders and Card Sleeves | Ultra PRO 3" x 4" Clear Regular Top Loaders for Cards with Card Sleeves Bundle Standard Size 200ct Baseball Card Sleeves Trading Card Sleeve Baseball Card Protectors Toploader Card Protectors | Ultra PRO 3" x 4" Clear Regular Top Loaders For Cards With Card Sleeves Bundle Standard Size 100ct Baseball Card Sleeves Trading Card Sleeve Baseball Card Protectors Toploader Card Protectors |
|---|---|---|---|---|
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| Customer Rating | ⭐⭐⭐⭐⭐ (3) | ⭐⭐⭐⭐⭐ (1818) | ⭐⭐⭐⭐ (1829) | ⭐⭐⭐⭐ (9060) |
| Price | $30⁹⁹ | $14²⁵ | $28⁷³ | $17¹⁹ |
| Sold By | Busiapp Corporation | MTGbiz | Alignment Retail | What America Buys |
| Are batteries required? | No | No | No | No |
| Number of Pieces | 200 | 100 | 200 | 100 |

## Product Description

BCW Standard 3x4 toploaders are made of high-quality, rigid PVC. These toploading holders are some of the most popular rigid individual card holders in the collectible card industry. BCW Card Sleeves (often called 'penny sleeves') are an acid free, archival quality product made of crystal clear polypropylene. Use this product to protect, store or display collectible baseball cards, football cards, hockey cards, or other trading cards like Magic The Gathering, YuGiOh, and others.

## Looking for specific info?

See questions and answers ›

## Product information

### Technical Details

| | |
|---|---|
| Manufacturer | Lumintrail |
| Brand | Lumintrail |
| Item Weight | 3.64 pounds |
| Package Dimensions | 8.9 x 7.6 x 3.3 inches |
| Color | Clear |
| Material Type | Polyvinyl Chloride |
| Size | 200 Holders & 200 Sleeves |

### Additional Information

| | |
|---|---|
| ASIN | B0BJ12TWFB |
| Customer Reviews | ⭐⭐⭐⭐⭐ 3 ratings 5.0 out of 5 stars |
| Best Sellers Rank | #169,453 in Sports & Outdoors (See Top 100 in Sports & Outdoors) #959 in Collectible Trading Card Protective Sleeves |
| Date First Available | October 12, 2022 |

### Warranty & Support

Case 1:24-cv-07259 Document #: 1-3 Filed: 08/14/24 Page 8 of 148 PageID #:51

| Manufacturer Part Number | 1-SSLV, 1-TLCH-N |
|---|---|

**Amazon.com Return Policy: Amazon.com.tr Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

**Product Warranty:** For warranty information about this product, please click here

Feedback

Would you like to tell us about a lower price? ⌄

## Videos

### Videos for related products

    

| 0:14 | 0:21 | 0:51 | 2:08 | |
|---|---|---|---|---|
| BCW Topload Card Holders | Baseball and Trading Card Soft "Penny" Sleeves Review | TopLoaders for Cards | BCW 100 Count Card Toploaders and Card Sleeves | This is how Collectibl |
| BCW Supplies | Butterflies In Space Joe | Mikero | Parent Pacifier | IntelliMinds |

Upload your video

Sponsored

## Products related to this item

Sponsored ⓘ

       

| 9 Pocket Page Protector, 400 Pack Trading Card Sleeve, Baseball Card Sheets for 3 R... | (10,000) Saf-T-Gard Trading Card Sleeves | 100 Pack 3"x4" Hard Plastic Card Sleeves Top Loaders for Cards, Baseball Card Prote... | 150 Count Hard Card Sleeves (Cross Side Opening), 3x4 Inch Top Loaders for Cards Ha... | TitanShield 3" x 4" Toploaders Top Loader Sleeves for Collectible Trading Cards (10... | Premium Top Loaders for Cards | Hard Card Sleeves. Baseball Card Protectors. Tradin... | 50ct Magnetic Card Holder 35pt, Card case Holder for Trading Cards, Card... | The Center Tool Card Grading - Centering T New 2022 Includes 2> Card Centering T... |
|---|---|---|---|---|---|---|---|
| ★★★★☆ 299 | ★★★★★ 3 | ★★★★☆ 766 | ★★★★☆ 791 | ★★★★☆ 791 | ★★★★☆ 162 | ★★★★★ 5 | ★★★★☆ 158 |
| $33.99 ($8.50/100 Items) ✓prime | $49.95 | $15.49 ✓prime | $19.99 ✓prime | $26.99 ✓prime | $25.99 ✓prime | $49.99 ✓prime | $9.99 ✓prime |



BCW 50-Count Topload Card Holders and 100-Count Sleeves

★★★★☆ 502

$8³⁷ ✓prime

Shop now

Sponsored ⓘ

## Customer reviews

★★★★★ 5 out of 5

3 global ratings

| 5 star | | 100% |
|---|---|---|
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

⌄ How customer reviews and ratings work

Top reviews ⌄

### Top review from the United States

Amazon Customer

★★★★★ **AWESOME PRODUCT!! BEST ON THE MARKET BY FAR!!**

Reviewed in the United States on February 6, 2023

Size: 200 Holders & 200 Sleeves    Verified Purchase

I have been a card collector for years and I've used all different brands of top loaders and sleeves. BCW is the best by far! Thank you for a great product.

 Helpful    | Report abuse

See all reviews ›

Shop now

Sponsored

WITHYU Trading Card Sleeves

600 Pcs Soft Trading Card Sleeves, Top Loading Sleeve…
920
$14.99 prime
Shop now

Sponsored

© 1996-2023, Amazon.com, Inc. or its affiliates





2/8/24, 1:51 PM
Case: 1:24-cv-07259 Document #: 1-3 Filed: 08/14/24 Page 10 of 148 PageID #:53
Amazon.com : BCW 300 Card Sleeves +300 Top Loaders for Cards Baseball Card Protectors Penny Sleeves + Toploaders : Toys & ...



  

## Similar items

BCW 100-Count Card Toploaders and Card Sleeves
★★★★★ 2,423
$13.28

(100 ct.) TitanShield 3"x4" Platinum Quality Seamless Toploaders Top Loader Sleeves for Collectible Trading Cards
★★★★☆ 1,064
$24.99

400 Card Sleeves Top Loaders for Cards, Arjiekwei 3"X4" Baseball Card Protectors Hard Plastic, Premium Toploaders Card
★★★★☆ 722
$28.49

Toys & Games › Collectible Toys › Collectible Display & Storage › Card Storage & Display › Protective Sleeves



Roll over image to zoom in

### BCW 300 Card Sleeves +300 Top Loaders for Cards Baseball Card Protectors Penny Sleeves + Toploaders

Visit the BCW Store

★★★★★ 5.0 | 2 ratings | Search this page

#1 New Release in Collectible Trading Card Protective Sleeves

400+ bought in past month

**$39.99**

FREE Returns ∨

Get $50 off instantly: Pay $0.00 upon approval for Amazon Visa. No annual fee.

**Size: 300 Each**

| 300 Each | 500 Each | 1000 Each |
| $39.99 | $64.95 | $119.99 |

- Includes 300 Soft Sleeves and 300 Top Loaders - Provide Top Quality Protection for Your Collectible Trading Cards - The Card Sleeves Fit Inside the Toploaders, or Each Sleeve and Toploader Can be Used Separately - Protect up to 600 Trading Cards with this Bundle.
- Premium Quality Card Protector Combo - BCW Card Sleeves and Top Loaders are Designed to Protect All Your Trading Cards - Sports Cards and Gaming Cards - Baseball Card Sleeves, Football, Basketball, Yugioh, Pokemon Card Sleeves and Toploaders.
- Toploader Fits Card Sleeve Perfectly - The Trading Card Sleeves Fit Perfectly Inside The Toploaders For Your Cards To Be Ultra Protected. Whether you Collect Pokemon Cards, Baseball Cards or Other Trading Cards, The BCW Card Protector Sleeves and Top Loaders Bundle is Designed to Provide Your Collection with Ultimate Protection.
- For Sports and Gaming Cards - BCW Toploaders and Penny Sleeves for Trading Cards - Pokemon Card Sleeves, Baseball Card Sleeves, Football Card Sleeves, and Anything You Need Trading Card Protectors for. Works Great as a Baseball Card Holder, Football Card Holder, Yugioh or Pokemon Card Protector Sleeves etc.
- For Standard Sized Trading Cards - The 3"x4" Top Loaders and Standard Penny Sleeves Fit All Standard Sized Trading Cards Including Sports Cards and Gaming Cards, Baseball Cards, Basketball Cards, Football Cards, Soccer Cards, Pokemon Cards, Yugioh Cards and More.

### Additional Details

Small Business
This product is from a small business brand. Support small. Learn more

Report an issue with this product or seller



☐ Add your free 30-day trial of Prime and get fast, free delivery  prime

**Delivery** | Pickup

$39.99

FREE Returns ∨

FREE delivery **Tuesday, February 13**

Or fastest delivery **Tomorrow, February 9**. Order within **11 hrs 8 mins**

⊙ Deliver to Clerk - Chicago 60601

**In Stock**

Quantity: 1 ∨

**Add to Cart**

**Buy Now**

Ships from   Amazon
Sold by      Customer Service Guaranteed
Returns      Eligible for Return, Refund or Replacement...
Payment      Secure transaction
∨ See more

☐ Add a gift receipt for easy returns

Add to List ∨

Amazon.com: BCW 300 Card Sleeves +300 Toploaders for Cards Baseball Card Protectors Penny Sleeves + Toploaders : Toys & …

### Similar item to consider



Amazon Basics 9 Sleeve Card Protectors Binder Sheet, 100 Pack, Clear
★★★★½ (8130)
$15.18 ($0.15/Count) ✓prime

## Frequently bought together

 + 

**This item:** BCW 300 Card Sleeves +300 Top Loaders for Cards Baseball Card Protectors Penny...
$39.99

Re-Sealable Team Set Bags (100 Count)
$4.29

Total price: $44.28

**Add both to Cart**

ⓘ These items are shipped from and sold by different sellers.
Show details

## Based on your recent views

Sponsored ⓘ

      

QTYORD 400Pcs Clear Top Loaders for Cards (200Pcs Hard Plastic Card Holders & 200Pc...
★★★★☆ 10
$21.99 ✓prime

BCW SR1 Grading Submission Sleeves for PSA | Save & Grade Your Cards | Semi Rigid C...
★★★★½ 221
Amazon's Choice in Collectible Trading Card Protective Sleeves
$15.99 ✓prime

PIT66 Regular 3x4 Toploaders + 100 Soft Sleeves New Top loaders
★★★★½ 1
$19.99 ✓prime

Strategic Fit Premium Snug Fit Clear Card Sleeves for Games - 500 Trading Card Slee...
★★★★½ 466
$15.99 ✓prime

400 Pieces Card Sleeve Hard Plastic Card Protector Card Holder for Trading Card, Ba...
★★★★☆ 99
$46.99 ✓prime

/CARD-DICT Trading Card Holder Compatible with Pokemon Card, 3-1/8" x 4-1/8" 200ct ...
★★★★½ 297
$24.99 ✓prime

TCGUARD Toploader Binder,Holds 216 Toploaders,9 Pocket Top Loader Binder with...
★★★★★ 27
Amazon's Choice in Collectible Trading Card Albums
$21.99 ✓prime

## 4 stars and above

Sponsored ⓘ

      

400 Pieces Card Sleeve Hard Plastic Card Protector Card Holder for Trading Card, Ba...
★★★★☆ 99
$46.99 ✓prime

Card Sleeves | Penny Sleeves. Baseball Card Sleeves. Soft Trading Card Sleeve. Penn...
★★★★½ 621
$74.99

BCW SR1 Grading Submission Sleeves for PSA | Save & Grade Your Cards | Semi Rigid C...
★★★★½ 221
$99.99 ✓prime

CARD TITAN PRO 3" x 4" Standard 35pt Toploaders and Soft Sleeves - Premium...
★★★★½ 59
$27.99 ✓prime

1000 Count TopLoaders for Cards,Baseball Card Protector with 1000 Count Clear Soft...
★★★★½ 482
$115.99 ✓prime

BCW Toploader and Card Sleeve Combo
★★★★½ 131
$16.98 ✓prime

Premium 200 Count Toploaders + Penny Sleeves Storage | Hard Plastic & Soft Sleeves ...
★★★★½ 537
Amazon's Choice in Collectible Trading Card Protective Sleeves
$44.99 ✓prime

## Compare with similar items

**This Item**                    **Recommendations**

   

BCW 300 Card Sleeves +300 Top Loaders for Cards Baseball Card Protectors Penny Sleeves + Toploaders

Ultra PRO 3" x 4" Clear Regular Top Loaders For Baseball Cards, Card Bundle Standard Size 100ct Card Sleeves Trading...

Ultra Pro 3" X 4" Clear Regular 25ct Top Loaders for Cards Baseball Card Protectors Hard Plastic Sleeves

BCW SR1 Grading Submission Sleeves for PSA | Save & Grade Your Cards | Semi Rigid Card Holder 200ct

| | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
|---|---|---|---|---|
| Price | $39.99 | -25% $14.99 List: $19.99 | $5.92 | $24.07 |
| Delivery | Get it as soon as **Tuesday, Feb 13** | Get it as soon as **Tuesday, Feb 13** | Get it as soon as **Tuesday, Feb 13** | Get it as soon as **Tuesday, Feb 13** |
| Customer Ratings | 5.0 ★★★★★ 2 | 4.7 ★★★★½ 11,769 | 4.7 ★★★★½ 8,568 | 4.7 ★★★★½ 221 |
| Sturdiness | — | 4.3 ★★★★☆ | 4.4 ★★★★☆ | 4.7 ★★★★★ |
| Durability | — | 4.3 ★★★★☆ | 4.4 ★★★★☆ | 4.6 ★★★★★ |
| Value For Money | — | 4.2 ★★★★☆ | 4.2 ★★★★☆ | 4.5 ★★★★★ |
| Sheerness | — | 4.1 ★★★★☆ | 4.2 ★★★★☆ | — |
| Sold By | Customer Service Guaranteed | Alignment Retail | Ultra PRO International | BCW Supplies |
| Paper Size | — | 2.5 x 3.5 | 2.5 x 3.5 | — |
| Max Input Sheets | — | 100 | 25 | 200 |
| Number Of Pieces | — | 100 | 25 | 200 |
| Style | — | Sports | REGULAR | Sports |
| Material | — | Plastic | Plastic | Polyvinyl Chloride (PVC) |

## Looking for specific info?

## Product information

### Technical Details

| Manufacturer | BCW |
|---|---|
| Brand | BCW |
| Item Weight | 5.21 pounds |
| Package Dimensions | 10.04 x 7.4 x 4.21 inches |
| Item model number | TLCH-100 & SSLV |
| Color | Clear |
| Size | 300 Each |
| Manufacturer Part Number | TLCH-100 & SSLV |

### Additional Information

| ASIN | B0CP8JTJ95 |
|---|---|
| Customer Reviews | 5.0 ★★★★★ 2 ratings<br>5.0 out of 5 stars |
| Best Sellers Rank | #3,013 in Sports & Outdoors (See Top 100 in Sports & Outdoors)<br>#45 in Collectible Trading Card Protective Sleeves |
| Date First Available | January 1, 2024 |

### Warranty & Support

Amazon.com Return Policy: **Amazon.com Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

### Feedback

Would you like to tell us about a lower price? ⌄

## Videos

### Videos for this product



2:48
**Paldean Fates Elite Trainer Box Unboxing**
Jacob Gay

Upload your video

## Product Description

BCW Card Sleeves and Toploaders - Designed to Provide Reliable Protection for Standard Trading Cards

Case 1:24-cv-07259 Document #: 1-3 Filed: 08/14/24 Page 13 of 148 PageID #:56

## Brands in this category on Amazon

Sponsored ⓘ




## Products related to this item

Sponsored ⓘ









| QTYORD 400Pcs Clear Top Loaders for Cards (200Pcs Hard Plastic Card Holders & 200Pc... | PIT66 Regular 3x4 Toploaders + 100 Soft Sleeves New Top loaders | 400 Pieces Card Sleeve Hard Plastic Card Protector Card Holder for Trading Card, Ba... | 100 ct Magnetic Card Holders for Trading Cards - 35pt Magnetic Card Holder, Baseball... | VOKOKOYA Toploaders Storage Box - Fits 3" x 4" 35pt-75pt Rigid Card Holders, Hard A... | Card Sleeves \| Penny Sleeves. Baseball Card Sleeves. Soft Trading Card Sleeve. Penn... | EVORETRO 200 35 PT Top Loaders - Rigid Card Holder and 200 Penny Sleeves for Sports... |
|---|---|---|---|---|---|---|
| ★★★★☆ 10 | ★☆☆☆☆ 1 | ★★★★☆ 99 | ★★★★½ 248 | ★★★★☆ 5 | ★★★★½ 621 | ★★★★½ 242 |
| $21.99 ✓prime | $19.99 ✓prime | $46.99 | $85.99 ✓prime | $45.99 ✓prime | $9.99 ✓prime | $32.95 ✓prime |
|  |  |  |  | Save 5% with coupon |  |  |

## Customer reviews

★★★★★ 5 out of 5

2 global ratings

| | | |
|---|---|---|
| 5 star | ▇▇▇▇▇▇▇▇ | 100% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

˅ How customer reviews and ratings work

### Reviews with images

See all photos ›



Top reviews ▾

### Top reviews from the United States

◯ Brett Shine

★★★★★ **Exactly What I Expected...Top Quality**

Reviewed in the United States on January 29, 2024

Size: 300 Each | **Vine Customer Review of Free Product** ( What's this? )

This set of 300 toploaders and penny sleeves from BCW are exactly as advertised. They are industry standard quality and fit my old Topps baseball cards perfectly. The top of the loader has a little split that really makes it easy to slip in your card. That's important. You don't want to manhandle your card getting it into place.

The acrylic and sleeves are perfectly clear. A great product to protect my collection of sports cards. Recommended. Five stars.

2/8/24, 1:51 PM                  Amazon.com: BCW Sleeves and Card Toploaders - 300 Pack, 150 Sleeves and 150 Toploaders, 3 x 4 Baseball Card Holders : Toys & ...

Case 1:24-cv-67259 Document # 1-3 Filed: 08/14/24 Page 14 of 148 PageID #:57



One person found this helpful

[ Helpful ]   |   Report

S & L

★★★★★ Good price for combo pack of sleeves and toploaders.

Reviewed in the United States on January 29, 2024

Size: 300 Each   |   Vine Customer Review of Free Product ( What's this? )

BCW is one of my go-to vendors for bulk purchasing sleeves, toploaders, sheets, etc... for card collecting.

This is the first time I've seen them offer their combo packs on Amazon, but they've offered them direct, for years now.

Pricing is good, quality is always good. Definitely recommended.

One person found this helpful

[ Helpful ]   |   Report

See more reviews ›

## Important information

To report an issue with this product or seller, click here.



Case 1:24-cv-07259 Document #: 1-3 Filed: 08/14/24 Page 15 of 148 PageID #:58

| Amazon Music | Amazon Ads | 6pm | AbeBooks | ACX | Sell on Amazon | Amazon Business |
|---|---|---|---|---|---|---|
| Stream millions of songs | Reach customers wherever they spend their time | Score deals on fashion brands | Books, art & collectibles | Audiobook Publishing Made Easy | Start a Selling Account | Everything For Your Business |
| Amazon Fresh | AmazonGlobal | Home Services | Amazon Web Services | Audible | Box Office Mojo | Goodreads |
| Groceries & More Right To Your Door | Ship Orders Internationally | Experienced Pros Happiness Guarantee | Scalable Cloud Computing Services | Listen to Books & Original Audio Performances | Find Movie Box Office Data | Book reviews & recommendations |
| IMDb | IMDbPro | Kindle Direct Publishing | Amazon Photos | Prime Video Direct | Shopbop | Amazon Warehouse |
| Movies, TV & Celebrities | Get Info Entertainment Professionals Need | Indie Digital & Print Publishing Made Easy | Unlimited Photo Storage Free With Prime | Video Distribution Made Easy | Designer Fashion Brands | Great Deals on Quality Used Products |
| Whole Foods Market | Woot! | Zappos | Ring | eero WiFi | Blink | Neighbors App |
| America's Healthiest Grocery Store | Deals and Shenanigans | Shoes & Clothing | Smart Home Security Systems | Stream 4K Video in Every Room | Smart Security for Every Home | Real-Time Crime & Safety Alerts |
| Amazon Subscription Boxes | | PillPack | Amazon Renewed | | | |
| Top subscription boxes – right to your door | | Pharmacy Simplified | Like-new products you can trust | | | |

Conditions of Use    Privacy Notice    Your Ads Privacy Choices

© 1996-2024, Amazon.com, Inc. or its affiliates

amazon Deliver to Clerk Chicago 60601 | Industrial & Scientific | Search Amazon | EN | Hello, Clerk Account & Lists | Returns & Orders | 0 Cart

All | Amazon Basics | Customer Service | Amazon Health | Pet Supplies | Beauty & Personal Care | Coupons | Amazon Home | Home Improvement | Shop women-owned businesses

Industrial & Scientific | Janitorial & Facilities | Safety Supplies | Medical Supplies | Food Service | Diagnostic Equipment | Material Handling | Educational Supplies | Sealants and Lubricants | Additive Manufacturing | Laboratory Supplies

Office Products › Office & School Supplies › Desk Accessories & Workspace Organizers › Business Card Holders

VIDEO

Roll over image to zoom in

# BCW 1-TLCH-BL 3X4 Topload Card Holder - Blue Border

Visit the BCW Store

14 ratings

$7.90

Get $50 off instantly: Pay $0.00 ~~$7.90~~ upon approval for the Amazon Rewards Visa Card. No annual fee.

| | |
|---|---|
| **Material** | Pvc |
| **Brand** | BCW |
| **Color** | Colored Blue Border |
| **Item Weight** | 0.53 Pounds |
| **Max Input Sheet Capacity** | 25 |
| **Number of Pieces** | 25 |

## About this item

- Holds a standard sized trading card
- Open on the short side
- Colored blue border
- 25 holders per pack

## Additional Details

Small Business
This product is from a small business brand. Support small. Learn more

### Specifications for this item

| | |
|---|---|
| Brand Name | BCW |
| Color | Colored Blue Border |
| Ean | 4573458433202 , 0783627639173 , 0722626902413 |
| Is Assembly Required | false |
| Item Weight | 8.5 ounces |
| Material | Pvc |
| Model Number | 1-TLCH-BL |
| Number of Items | 1 |

See more

Report incorrect product information.

SANRUI Vertical Business Card Holder for Desk，Clear Acrylic Business Card Display Stand，2 Slots 1 Tier， Holds 100 Cards
64
$14.50 prime

Sponsored

$7.90

FREE delivery **March 31 - April 4**. Details

Or fastest delivery **March 30 - 31**. Details

Deliver to Clerk - Chicago 60601

In Stock

Qty: 1

Add to Cart

Buy Now

Secure transaction

| | |
|---|---|
| Ships from | ENC Sports Cards |
| Sold by | ENC Sports Cards |
| Returns | Eligible for Return, Re... |

Details

Add to List

New (8) from $6.97 & **FREE Shipping**

**Other Sellers on Amazon**

$7.85 Add to Cart
& **FREE Shipping**
Sold by: Wizard Coin Supply

$7.99 Add to Cart
& **FREE Shipping**
Sold by: MYISTORES

$9.17 Add to Cart
& **FREE Shipping** on orders over $25.00 shipped by Amazon. Details
Sold by: Gustotrade

Have one to sell?
Sell on Amazon

SANRUI Clear Horizontal Business Card Holder Stand for Desk, Acrylic...
211
$8.90 prime

Sponsored

## Frequently bought together

 +  + 

Total price: $21.78
Add all three to Cart

- ☑ **This item:** BCW 1-TLCH-BL 3X4 Topload Card Holder - Blue Border $7.85
- ☑ BCW 1-TLCH-RD 3X4 Topload Card Holder - Red Border $7.02
- ☑ BCW 1-TLCH-GR 3X4 Topload Card Holder - Green Border $6.91

## Products related to this item

Sponsored





3/28/23, 4:27 PM    Amazon.com: BCW 1-TLCH-BL Topload Card Holder | 3"x4" Standard | Collectible Sports Trading Cards : Office Products

Case: 1:24-cv-07259 Document #: 1-3 Filed: 08/14/24 Page 17 of 148 PageID #:60


BCW Topload Card Holder for Standard Trading Cards ,3" x 4" ,Up to 20 pts, 100-Count
★★★★½ 2,723
**Amazon's Choice** in Collectible Trading Card Protective Sleeves
$13.75 ✓prime


BCW Toploader and Card Sleeve Combo
★★★★½ 96
$15.95 ✓prime


BCW Supplies 240 Pt. Thick Card Topload Holder (10 Count Pack)
★★★★ 31
$9.76 ✓prime


Thick Card Topload Holder - 168 PT.
★★★★½ 14
$7.48 ✓prime
Save 5% with coupon


BCW 50-Count Topload Card Holders and 100-Count Sleeves
★★★★½ 508
$8.68 ✓prime


200ct Semi Rigid Card Holders #1 - Grading Submission Size - 3 5/16" x 4 7/8 - Gem ...
★★★★½ 210
$28.99 ✓prime


Extra Thick Horizontal Plastic Clear Card Protector,4.13x3.5 Inch...
★★★★½ 8
$12.99 ✓prime


Monster Pro-Tech Premium Top Load for Cards with Film Protector - 100 3x...
★★★★½ 59
$29.94 ✓prime

## Product details

**Is Discontinued By Manufacturer :** No

**Product Dimensions :** 3.94 x 5.91 x 0.79 inches; 8.48 Ounces

**Manufacturer recommended age :** 7 years and up

**Item model number :** 1-TLCH-BL

**Date First Available :** September 17, 2009

**Manufacturer :** BCW

**ASIN :** B002PGY7W4

**Best Sellers Rank:** #189,432 in Office Products (See Top 100 in Office Products)
   #1,226 in Index Card Filing Products
   #1,566 in Business Card Holders

**Customer Reviews:**
★★★★☆ ⌄      14 ratings

## Product Description

BCW 3x4 top loading card holders are made of high-quality, rigid PVC. These top loading holders are some of the most popular rigid individual card holders in the collectible card industry. Use this product to protect, store or displaycollectible baseball cards, football cards, hockey cards, or other Trading cards like Magic the gathering, pokémon, yugioh, and others.

## Brands you might like
Sponsored ⓘ


BCW 1-TLCH-6X9-S Bcw 6X9 - Topload Holder - with Stand
★★★½ 26
$10.79 ✓prime


BCW Trading Card Dividers - 10 Dividers per Pack (Quantity of 25 Packs, 250 Cards T...
★★★★½ 328
$26.99 ($1.08/Count) ✓prime


BCW Card Sleeves, 2 5/8 x 3 5/8"
★★★★½ 38
$3.76 ✓prime


Thick Card Topload Holder - 138 PT.
★★★★½ 18
$24.92 ✓prime


BCW 5X7 Topload Holder
★★★★½ 75
$17.99 ✓prime


Ultra Pro 3" X 4" Blue Border Toploader 25ct
★★★★★ 18
$6.17 ✓prime


BCW Starter Comic Book Storage Kit - Storage Box, Dividers, Resealable Bags, Backin...
★★★★½ 332
$48.00 ✓prime


Box of 20 BCW Ma Card Holders - 3S
★★★★★ 743
$29.95 ✓prime

Case: 1:24-cv-07250 Document #: 1-3 Filed: 08/14/24 Page 18 of 148 PageID #:61

## Videos

**Videos for this product**          **Videos for related products**







0:08                0:09                0:14                0:14                

BCW Blue Bordered Toploader    BCW Red Bordered Toploader    BCW Topload Card Holders    BCW Premium Topload Card Holders    BCW 100 ct P

BCW Supplies    BCW Supplies    BCW Supplies    BCW Supplies    BCW Supplies

[ Upload your video ]

Sponsored



SANRUI Vertical Business Card Holder for Desk，Clear
Acrylic Business Card Display Stand，2 Slots 1 Tier，…

★★★★☆ 64

$14.50  ✓prime

Sponsored ⓘ

## Looking for specific info?

See questions and answers ›

## Customer reviews

★★★★☆ 4.2 out of 5

14 global ratings

| | | |
|---|---|---|
| 5 star | | 56% |
| 4 star | | 22% |
| 3 star | | 14% |
| 2 star | | 0% |
| 1 star | | 8% |

Top reviews ▾

### Top reviews from the United States

   seawurm

★★★☆☆ **durable**

Reviewed in the United States on April 24, 2012

<span style="color:orange">Verified Purchase</span>

I use these for Warmachine/Hordes cards and they are a little too big for that purpose. But otherwise they
do exactly what I want by keeping my cards safe and dry.

[ Helpful ]    Report abuse

How customer reviews and ratings work

Nicholas T.

**Awesome product**

Reviewed in the United States on February 2, 2022

Verified Purchase

I picked them up on sale and seem exactly the same as the plain. They charged $15 more for color around pick your poison

Helpful | Report abuse

See all reviews ›

Shop now

Sponsored

SANRUI Vertical Business Card Holder for Desk，Clear Acrylic Business Card Display…

64

$14.50 prime

Sponsored

Back to top

**Get to Know Us**

- Careers
- Amazon Newsletter
- About Amazon
- Accessibility
- Sustainability
- Press Center
- Investor Relations
- Amazon Devices
- Amazon Science

**Make Money with Us**

- Sell products on Amazon
- Sell apps on Amazon
- Supply to Amazon
- Protect & Build Your Brand
- Become an Affiliate
- Become a Delivery Driver
- Start a package delivery business
- Advertise Your Products
- Self-Publish with Us
- Host an Amazon Hub
- › See More Ways to Make Money

**Amazon Payment Products**

- Amazon Rewards Visa Signature Cards
- Amazon Store Card
- Amazon Secured Card
- Amazon Business Card
- Shop with Points
- Credit Card Marketplace
- Reload Your Balance
- Amazon Currency Converter

**Let Us Help You**

- Amazon and COVID-19
- Your Account
- Your Orders
- Shipping Rates & Policies
- Amazon Prime
- Returns & Replacements
- Manage Your Content and Devices
- Your Recalls and Product Safety Alerts
- Help

amazon English United States

| | | | | | |
|---|---|---|---|---|---|
| Amazon Music<br>Stream millions of songs | Amazon Advertising<br>Find, attract, and engage customers | 6pm<br>Score deals on fashion brands | AbeBooks<br>Books, art & collectibles | ACX<br>Audiobook Publishing Made Easy | Sell on Amazon<br>Start a Selling Account |
| Amazon Business<br>Everything For Your Business | Amazon Fresh<br>Groceries & More Right To Your Door | AmazonGlobal<br>Ship Orders Internationally | Home Services<br>Experienced Pros Happiness Guarantee | Amazon Ignite<br>Sell your original Digital Educational Resources | Amazon Web Services<br>Scalable Cloud Computing Services |
| Audible<br>Listen to Books & Original Audio Performances | Book Depository<br>Books With Free Delivery Worldwide | Box Office Mojo<br>Find Movie Box Office Data | ComiXology<br>Thousands of Digital Comics | DPReview<br>Digital Photography | Fabric<br>Sewing, Quilting & Knitting |
| Goodreads<br>Book reviews & recommendations | IMDb<br>Movies, TV & Celebrities | IMDbPro<br>Get Info Entertainment Professionals Need | Kindle Direct Publishing<br>Indie Digital & Print Publishing Made Easy | Amazon Photos<br>Unlimited Photo Storage Free With Prime | Prime Video Direct<br>Video Distribution Made Easy |
| Shopbop<br>Designer Fashion Brands | Amazon Warehouse<br>Great Deals on Quality Used Products | Whole Foods Market<br>America's Healthiest Grocery Store | Woot!<br>Deals and Shenanigans | Zappos<br>Shoes & Clothing | Ring<br>Smart Home Security Systems |
| eero WiFi<br>Stream 4K Video in Every Room | Blink<br>Smart Security for Every Home | Neighbors App<br>Real-Time Crime & Safety Alerts | Amazon Subscription Boxes<br>Top subscription boxes – right to your door | PillPack<br>Pharmacy Simplified | Amazon Renewed<br>Like-new products you can trust |

Conditions of Use Privacy Notice Your Ads Privacy Choices

© 1996-2023, Amazon.com, Inc. or its affiliates



amazon | Deliver to Clerk Chicago 60601 | Home & Kitchen | Search Amazon | EN | Hello, Clerk Account & Lists | Returns & Orders | 0 Cart

All | Amazon Basics | Customer Service | Amazon Health | Pet Supplies | Beauty & Personal Care | Home Improvement | Amazon Home | Coupons | Household, Health & Baby Care | Find a Gift | Shop Easter

Amazon Home | Shop by Room | Discover | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

fresh Prepare your Easter brunch, for less Shop Fresh ›

Office Products › Office & School Supplies › Desk Accessories & Workspace Organizers › Business Card Holders

Click image to open expanded view

# 100 BCW Card Toploaders Plus 100 Card Sleeves

Visit the BCW Store

No reviews

$14.98 ($0.30 / Count)

FREE Returns

Get $50 off instantly: Pay $0.00 upon approval for the Amazon Rewards Visa Card.

| | |
|---|---|
| **Brand** | BCW |
| **Item Weight** | 15.9 Ounces |
| **Max Input Sheet Capacity** | 50 |
| **Number of pieces** | 100 |

### About this item

- 100 BCW TOPLOADERS AND 100 CARD SLEEVES

### Additional Details

Small Business

This product is from a small business brand. Support small. Learn more

Report incorrect product information.

Business Card Organizer for Women and Men, Cards Holder Display for Desk 4...
35
$23.99 prime

Sponsored

Delivery | Pickup

$14.98 ($0.30 / Count)

FREE Returns

FREE delivery **Wednesday, March 29** on orders shipped by Amazon over $25

Or fastest delivery **Tomorrow, March 25**. Order within 5 hrs 37 mins

Deliver to Clerk - Chicago 60601

In Stock

Qty: 1

Add to Cart

Buy Now

Secure transaction

Ships from Amazon
Sold by Fantastical Hobbies
Returns Eligible for Return, Re...

Details

Add your 30-day FREE trial of Prime and get **fast, free delivery**

Add a gift receipt for easy returns

Add to List

Have one to sell?

Sell on Amazon

SANRUI Business Card Holder for D...
42
$22.99 prime
5% off coupon

Sponsored

## Buy it with

Total price: $51.32

Add all three to Cart

Some of these items ship sooner than the others. Show details

- **This item:** 100 BCW Card Toploaders Plus 100 Card Sleeves $14.98 ($0.30/Count)
- Ultra PRO Clear Card Sleeves for Standard Size Trading Cards measuring 2.5" x 3.5" (500 count pack) $7.18
- Ultra PRO 3" x 4" Clear Regular Top Loaders for Cards with Card Sleeves Bundle Standard Size 200ct Baseball Card S... $29.16

## More to shop from BCW

Sponsored

BCW Supplies 240 Pt. Thick Card Topload Holder (10 Count Pack)
31
$9.75 prime

BCW Card Sleeves, 2 5/8 x 3 5/8"
38
$3.76 prime

BCW 3" x 4" Topload Card Holder for Standard Trading Cards | Up to 20 pts | 150-Count
201
$18.37 prime

BCW 3x4 Toploader Card Holders - Rookie Gold - 25ct Pack
85
Amazon's Choice in Collectible Trading Card Protective Sleeves
$7.88 prime

Thick 138PT Card Top Load Holder (Pack of 10), 3 x 4
175
$9.02 prime
Save 5% with coupon

BCW 1-TLCH-TH-1.5MM New Thick Card Topload Holder - 59 Pt.
150
$8.87 prime

BCW 1-TLCH-13X19 13X19 - Topload Holder
1
$50.69 prime

BCW 1-IS-48B 48 Bowman Insert Sle
5
$6.60 prime



       

## Product information

| | |
|---|---|
| Package Dimensions | 7.09 x 4.21 x 3.19 inches |
| Item Weight | 15.9 ounces |
| ASIN | B00N4OODU2 |
| Item model number | 1-TLCH-N |
| Best Sellers Rank | #186,332 in Office Products (See Top 100 in Office Products) #1,224 in Index Card Filing Products #1,561 in Business Card Holders |
| Is Discontinued By Manufacturer | No |
| Number of pieces | 100 |
| Batteries required | No |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to **tell us about a lower price?**

## Videos

#### Videos for related products

    

BCW 100 ct Pack Topload Card Holder
BCW Supplies — 0:14

BCW 100 Count Card Toploaders and Card Sleeves
Parent Pacifier — 2:08

Majhulla 3" x 4" Clear Top Loaders for Cards
Majhulla Store — 1:52

BCW Topload Card Holders
BCW Supplies — 0:14

BCW Premium
BCW Supplies

Upload your video

## Related products with free delivery on eligible orders

Sponsored | Try Prime for unlimited fast, free shipping

       

WPGEAR Waterproof Toploader Storage Box for 3" x 4" 35PT Rigid Card Holder, Trading...
★★★★☆ 19
#1 New Release
$45.99

BCW 1-IS-48B 48 Bowman Insert Sleeve
★★★★★ 5
$6.60

Coinz Comics: (15-Pack) 8x10 Toploader / Picture Holder / Autograph Holder, Perfect...
★★★★☆ 40
$23.99

200 Count TopLoaders for Cards,Baseball Card Protector, Toploaders Card Sleeve with...
★★★★☆ 123
$29.99

BCW 1-TLCH-13X19 13X19 - Topload Holder
★★★★☆ 1
$50.69

BCW 3" x 4" Topload Card Holder for Standard Trading Cards | Up to 20 pts | 150-Count
★★★★☆ 201
$18.37

50 ct Top Card Loaders for Cards, 3 "x4" Hard Card Holder Thick Card Binder Penny S...
★★★★☆ 328
$7.99

MERFUNTO 5 Pack Transparency Holder 3 X 4 Inches Card Tag Protector R...
★★★★☆ 210
$5.99 ($1.20/Cou...



BCW Spectrum Pale Moon White Prism Deck Case - 2 ct
$19.98 prime
Shop now

Sponsored

## Looking for specific info?

See questions and answers

## Customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

No customer reviews

⌄ How customer reviews and ratings work

Shop now

Sponsored ⓘ

BCW Spectrum Pale Moon White Prism Deck Case - 2 ct
$19.98 ✓prime
Shop now

Sponsored ⓘ

Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell products on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a package delivery business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Your Recalls and Product Safety Alerts
Help





amazon

English | United States

Amazon Music
Stream millions of songs

Amazon Advertising
Find, attract, and engage customers

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Sell on Amazon
Start a Selling Account

Amazon Business
Everything For Your Business

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Ignite
Sell your original Digital Educational Resources

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Book Depository
Books With Free Delivery Worldwide

Box Office Mojo
Find Movie Box Office Data

ComiXology
Thousands of Digital Comics

DPReview
Digital Photography

Fabric
Sewing, Quilting & Knitting

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Amazon Photos
Unlimited Photo Storage Free With Prime

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

Amazon Warehouse
Great Deals on Quality Used Products

Whole Foods Market
America's Healthiest Grocery Store

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems

eero WiFi
Stream 4K Video in Every Room

Blink
Smart Security for Every Home

Neighbors App
Real-Time Crime & Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right to your door

PillPack
Pharmacy Simplified

Amazon Renewed
Like-new products you can trust

Conditions of Use | Privacy Notice | Your Ads Privacy Choices
© 1996-2023, Amazon.com, Inc. or its affiliates

amazon Deliver to Clerk Chicago 60601 | Office Products | Search Amazon | EN | Hello, Clerk Account & Lists | Returns & Orders | 0 Cart

All | Amazon Basics | Customer Service | Amazon Health | Pet Supplies | Beauty & Personal Care | Coupons | Amazon Home | Home Improvement | Household, Health & Baby Care | Find a Gift | Shop women-owned businesses

Office Products | Office Deals | School Supplies | Printers, Ink & Toner | Projectors

Toys & Games › Collectible Toys › Collectible Display & Storage › Card Storage & Display › Protective Sleeves

VIDEO

Roll over image to zoom in

# Thick Card Topload Holder - 168 PT.

Visit the BCW Store

14 ratings

$7.27

Get $50 off instantly: Pay $0.00 ~~$7.27~~ upon approval for the Amazon Rewards Visa Card. No annual fee.

Available at a lower price from other sellers that may not offer free Prime shipping.

| | |
|---|---|
| **Material** | Pvc |
| **Brand** | BCW |
| **Color** | White |
| **Max Input Sheet Capacity** | 100 |
| **Number of Pieces** | 168 |

## About this item

- The BCW 3x4 thick toploaders are designed to hold cards that are thicker than standard trading cards. The phrase 'thicker cards' includes a wide variety of special patch, jersey, swatch, relics, memorabilia, and game-used fragments cards.
- These toploading holders are some of the most popular rigid individual card holders in the collectible card industry.
- The BCW 3x4 top loading thick card holders are designed to hold cards that are thicker than standard trading cards.
- BCW 3x4 top loading card holders are made of high-quality, rigid PVC.
- Use this product to protect, store or display your collectible cards.

## Additional Details

Small Business
This product is from a small business brand. Support small.
Learn more

Report incorrect product information.

$7.27

FREE delivery **April 4 - 6**.
Details

Deliver to Clerk - Chicago 60601

Only 8 left in stock - order soon

Qty: 1

Add to Cart

Buy Now

Secure transaction

Ships from GameTimeTCG
Sold by GameTimeTCG
Returns Eligible for Retur...

Details

**Get it faster**

$7.48

FREE delivery: **Sunday, April 2** on orders over $25.00 shipped by Amazon.
Ships from: Amazon
Sold by: Gustotrade

Add to List

New (11) from $7.25 & **FREE Shipping**

**Other Sellers on Amazon**

$7.48 Add to Cart
& **FREE Shipping** on orders over $25.00 shipped by Amazon. Details
Sold by: westlake

$8.06 Add to Cart
& **FREE Shipping**
Sold by: Wizard Coin Supply

$9.49 Add to Cart
& **FREE Shipping** on orders over $25.00 shipped by Amazon. Details
Sold by: ACS Pacific Supply

Have one to sell?
Sell on Amazon

BCW 3x4 Standard Topload Card Holder - 2 pk
233
$7.90 prime

Sponsored

## Frequently bought together

+

+

Total price: $19.28
Add all three to Cart

Some of these items ship sooner than the others. Show details

- [x] **This item:** Thick Card Topload Holder - 168 PT. $7.48
- [x] Thick 138PT Card Top Load Holder (Pack of 10), 3 x 4 $7.35
- [x] BCW 1-SSLV-Thick Thick Card Soft Sleeves for Sports and Non-Sports $4.45

Premium sleeves

TitanShield (150 Sleeve/Green Small Japanese Sized Trading Card Sleeve...
4,426
$11.99 prime

Sponsored

## Products related to this item

Sponsored

BCW Supplies 240 Pt. Thick Card Topload Holder (10 Count Pack)
31
$9.76 prime

Vault X 50 Toploaders 55pt - 3" x 4" Rigid Card Holders for Trading Cards & Sports ...
580
$14.99 prime

BCW 3x4 Toploader Card Holders - Rookie Gold - 25ct Pack
85
$7.69 prime

BCW Toploader and Card Sleeve Combo
96
$15.95 prime

TitanShield 3" x 4" Toploaders Top Loader Sleeves for Collectible Trading Cards (10...
793
$26.99 prime

JODSSXI 25 Pcs Super Clear Regular Toploader for Standard Card Slightly Flexible 35...
25
$8.99 prime

DECKEE Ultra Cl 2 5/8"× Sleeves,
$22.9

## Compare with similar items

| | This item Thick Card Topload Holder - 168 PT. | BCW 1-TLCH-TH-1.5MM New Thick Card Topload Holder - 59 Pt. | BCW 1-SSLV-Thick Thick Card Soft Sleeves for Sports and Non-Sports | Ultra Pro 82327 3 x 4 inch Toploaders Super Thick (10 Count), Clear #1 Best Seller |
|---|---|---|---|---|
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| Customer Rating | ★★★★½ (14) | ★★★★★ (152) | ★★★★½ (492) | ★★★★½ (943) |
| Price | $7²⁷ | $8¹⁰ | $4⁴⁵ | $7²⁷ |
| Sold By | GameTimeTCG | Hooked on Cards Online | MEGACARDS!!! | Ultra PRO International |
| Are batteries required? | No | No | No | No |
| Required Assembly | No | No | No | No |
| Number of Pieces | 168 | 1 | 1 | 10 |

## Product Description

Holds a jersey or memorabilia card - up to 168 pts. Open on the short side Exterior Dimensions: 3 x 4 x 1/4 Interior Dimensions: 2 3/4 x 3 7/8 x 5/32_The BCW 3x4 thick toploaders are designed to hold cards that are thicker than standard trading cards. The phrase 'thicker cards' includes a wide variety of special patch, jersey, swatch, relics, memorabilia, and game-used fragments cards. BCW 3x4 top loading card holders are made of high-quality, rigid PVC. These toploading holders are some of the most popular rigid individual card holders in the collectible card industry. Use this product to protect, store or display your collectible cards. BCW Card Thickness Point Gauge(Printable BCW Card Thickness Gaugues)_More Information Brand BCW UPC Code 722626009709 Case Configuration 50 PACKS/CASE Case UPC 722626211041 Case Weight 14.2 lbs Case Volume 0.78 cu ft

## Looking for specific info?

See questions and answers ›

## Product information

### Technical Details

| | |
|---|---|
| Manufacturer | bcwsupplies |
| Brand | BCW |
| Item Weight | 3.84 ounces |
| Package Dimensions | 4.06 x 3.11 x 1.97 inches |
| Item model number | 1-TLCH-TH-4.25MM |
| Is Discontinued By Manufacturer | No |
| Color | White |
| Material Type | Pvc |
| Manufacturer Part Number | 1-TLCH-TH-4.25MM |

### Additional Information

| | |
|---|---|
| ASIN | B07D4QX2RQ |
| Customer Reviews | ★★★★½ ⌄   14 ratings<br>4.4 out of 5 stars |
| Best Sellers Rank | #47,957 in Sports & Outdoors (See Top 100 in Sports & Outdoors)<br>#335 in Collectible Trading Card Protective Sleeves |
| Date First Available | May 17, 2018 |

### Warranty & Support

Amazon.com Return Policy: **Amazon.com.tr Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price?

## Videos

**Videos for this product**          **Videos for related products**

    

| 0:33 | 0:14 | 0:20 | 2:08 | |
| What Size Toploader Do You Need for Thick Cards? | BCW Topload Card Holders | Ultra PRO Toploader | BCW 100 Count Card Toploaders and Card Sleeves | BCW Topl... Standard |
| BCW Supplies | BCW Supplies | Ultra PRO International | Parent Pacifier | Scotts Hom... |

[ Upload your video ]

Sponsored

---

**Brands you might like**

Sponsored ⓘ

      

| BCW Toploader and Card Sleeve Combo | WINTRA 3" x 4" 100 Count 35pt Topload Hard Card Holder and 100 Count Penny Soft... | TitanShield 3" x 4" Toploaders Top Loader Sleeves for Collectible Trading Cards (10... | Hard Card Sleeves PVC Trading Card Holder Clear Protective Sleeves Holder for Baseb... | BCW 3x4 Toploader Card Holders - Rookie Gold - 25ct Pack | TitanShield (5 Packs of 200s /Total 1000 Sleeves) Inner Sleeve Protectors Perfect S... | TitanShield Premium 9-Pocket 9 Pocket 100 Pages of Card Sleeves for Trading Card Bi... | TitanShield (150 Sleeves/Blue Standard Size Board Game Trad Card Sleeves Deck Pr... |
| ★★★★½ 96 | ★★★★★ 681 | ★★★★½ 793 | ★★★★½ 1,199 | ★★★★½ 85 | ★★★★½ 1,388 | ★★★★★ 837 | ★★★★½ 6,064 |
| $15.95 ✓prime | $16.99 ✓prime | $26.99 ✓prime | $48.99 | $7.69 ✓prime | $22.99 ✓prime | $22.99 ✓prime | $11.99 ✓prime |

---



BCW 3x4 Standard Topload Card Holder - 2 pk
★★★★★ 233
$7⁹⁰ ✓prime

Sponsored ⓘ

## Customer reviews

★★★★½  4.4 out of 5

14 global ratings

| 5 star | | 72% |
| 4 star | | 16% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 12% |

⌄ How customer reviews and ratings work

No customer reviews

There are 0 customer reviews and 14 customer ratings.



[ Shop now ]

Sponsored ⓘ



Rayvol Toploader Binder, Holds 250+ Toploaders 9-Pocket Top Loader Card Storage...

⭐⭐⭐⭐ 37

$49.99 ✓prime

Sponsored ⓘ

Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell products on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a package delivery business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Your Recalls and Product Safety Alerts
Help

amazon

🌐 English          🇺🇸 United States

| Amazon Music | Amazon Advertising | 6pm | AbeBooks | ACX | Sell on Amazon |
| Stream millions of songs | Find, attract, and engage customers | Score deals on fashion brands | Books, art & collectibles | Audiobook Publishing Made Easy | Start a Selling Account |

Amazon Business      Amazon Fresh      AmazonGlobal      Home Services      Amazon Ignite      Amazon Web Services
Everything For Your Business      Groceries & More Right To Your Door      Ship Orders Internationally      Experienced Pros Happiness Guarantee      Sell your original Digital Educational Resources      Scalable Cloud Computing Services

Audible      Book Depository      Box Office Mojo      ComiXology      DPReview      Fabric
Listen to Books & Original Audio Performances      Books With Free Delivery Worldwide      Find Movie Box Office Data      Thousands of Digital Comics      Digital Photography      Sewing, Quilting & Knitting

Goodreads      IMDb      IMDbPro      Kindle Direct Publishing      Amazon Photos      Prime Video Direct
Book reviews & recommendations      Movies, TV & Celebrities      Get Info Entertainment Professionals Need      Indie Digital & Print Publishing Made Easy      Unlimited Photo Storage Free With Prime      Video Distribution Made Easy

Shopbop      Amazon Warehouse      Whole Foods Market      Woot!      Zappos      Ring
Designer Fashion Brands      Great Deals on Quality Used Products      America's Healthiest Grocery Store      Deals and Shenanigans      Shoes & Clothing      Smart Home Security Systems

eero WiFi      Blink      Neighbors App      Amazon Subscription Boxes      PillPack      Amazon Renewed
Stream 4K Video in Every Room      Smart Security for Every Home      Real-Time Crime & Safety Alerts      Top subscription boxes – right to your door      Pharmacy Simplified      Like-new products you can trust

Conditions of Use      Privacy Notice      Your Ads Privacy Choices
© 1996-2023, Amazon.com, Inc. or its affiliates

amazon Deliver to Clerk Chicago 60601 | Industrial & Scientific | Search Amazon | EN | Hello, Clerk Account & Lists | Returns & Orders | 0

All | Valentine's Gifts | Medical Care | Amazon Basics | Customer Service | Music | Groceries | Shop By Interest | Livestreams | Pet Supplies | Coupons | Household, Health & Baby Care | Beauty & Personal Care | Amazon Home | Shop Black-owned businesses

Industrial & Scientific | Janitorial & Facilities | Safety Supplies | Medical Supplies | Food Service | Diagnostic Equipment | Material Handling | Educational Supplies | Sealants and Lubricants | Additive Manufacturing | Laboratory Supplies | FSA Eligible Items | Deals

Toys & Games › Collectible Toys › Collectible Display & Storage › Card Storage & Display › Protective Sleeves

Roll over image to zoom in

# BCW 1-TLCH-TBC-25 Tobacco Card Topload Holder

Visit the BCW Store

4.8 ★★★★★ 154 ratings | Search this page

200+ bought in past month

-23% $5.39

Typical price: $6.99

FREE Returns

Get $50 off instantly: Pay $0.00 upon approval for Amazon Visa. No annual fee.

Available at a lower price from other sellers that may not offer free Prime shipping.

| | |
|---|---|
| **Material** | Polyvinyl Chloride (PVC) |
| **Brand** | BCW |
| **Style** | Classic |
| **Item Weight** | 0.01 Ounces |
| **Max Input Sheet Capacity** | 25 |

## About this item

- Perfect for mini cards like topps T205, topps T206, allen and ginter reprints
- Open on the short side
- 25 holders per pack

## Additional Details

Small Business

This product is from a small business brand. Support small. Learn more

Report an issue with this product or seller

Add your free 30-day trial of Prime and get fast, free delivery

Delivery | Pickup

$5.39

FREE Returns

FREE delivery Tuesday, February 13 on orders shipped by Amazon over $35

Or fastest delivery Tomorrow, February 9. Order within 9 hrs 48 mins

Deliver to Clerk - Chicago 60601

In Stock

Quantity: 1

Add to Cart

Buy Now

| | |
|---|---|
| Ships from | Amazon |
| Sold by | Gustotrade |
| Returns | Eligible for Return, Refund or Replacement… |
| Payment | Secure transaction |

See more

Add a gift receipt for easy returns

Add to List

New (10) from $3.99 & FREE Shipping on orders over $35.00 shipped by Amazon.

## Frequently bought together

Total price: $13.93

Add all 3 to Cart

**This item:** BCW 1-TLCH-TBC-25 Tobacco Card Topload Holder $5.39

BCW Tobacco Card Sleeves $4.95

BCW 1-is-TBC Tobacco Card Insert Sleeve $3.59

## Products related to this item

Page 1 of 67

Sponsored

BCW Tobacco Card Sleeves ★★★★★ 13 $4.95 prime

BCW 50-Count Topload Card Holders and 100-Count Sleeves ★★★★½ 635 $8.90 prime

BCW 300 Card Sleeves +300 Top Loaders for Cards Baseball Card Protectors Penny Slee… ★★★★★ 2 #1 New Release $39.99 prime

BCW 1-TLCH-Tall Tall Card Topload Holder ★★★★½ 48 $11.79 prime

BCW SR1 Grading Submission Sleeves for PSA | Save & Grade Your Cards | Semi Rigid C… ★★★★½ 221 $99.99 prime

BCW Toploader and Card Sleeve Combo ★★★★½ 131 $16.98 prime

Other Sellers on Amazon

$6.33 Add to Cart & FREE Shipping on orders over $35.00 shipped by Amazon. Details Sold by: MEGACARDS!!!

$6.33 Add to Cart & FREE Shipping on orders over $35.00 shipped by Amazon. Details Sold by: Goat Industries

$6.56 Add to Cart & FREE Shipping on orders over $35.00 shipped by Amazon. Details Sold by: Susy Kay Company

## You might also like

Page 1 of 7

BCW 100 9-Pocket Plastic Sheets to Protect, Store, Display Sports or Trading Cards ★★★★½ 1,996 $20.99 Get it as soon as Tuesday, Feb 13 FREE Shipping on orders over $35 shipped by Amazon

BCW 1-SSLV-Thick Thick Card Soft Sleeves for Sports and Non-Sports ★★★★½ 561 $4.43 Get it as soon as Tuesday, Feb 13 FREE Shipping on orders over $35 shipped by Amazon

BCW 59 pt Thick Card Topload Holder ★★★★★ 178 $5.89 Get it as soon as Tuesday, Feb 13 FREE Shipping on orders over $35 shipped by Amazon

BCW 3X4 Premium Toploader Card Holder - 25ct Pack ★★★★½ 183 $6.26 Get it as soon as Tuesday, Feb 13 FREE Shipping on orders over $35 shipped by Amazon Only 4 left in stock - order…

BCW 1-SSLV-I Regular Inner Card Sleeves for Double Sleeving ★★★★½ 53 $5.88 Get it as soon as Tuesday, Feb 13 FREE Shipping on orders over $35 shipped by Amazon

BCW Topload Card Holder for Standard Trading Cards, 6 Packs of 25, 3x4 Inch, Up to 20 pts, Toploaders for… ★★★★½ 213 $16.23 Get it as soon as Tuesday, Feb 13 FREE Shipping on orders over $35 shipped by Amazon

BCW Standard Card Sleeves - 2-5/8" x 3-5/8" - 5 Packs (500 Total) | Crystal Clear Acid-Free, Toploader | Trading Ca… ★★★★½ 217 $7.29 Get it as soon as Tuesday, Feb 13 FREE Shipping on orders over $35 shipped by Amazon Only 12 left in stock - orde…

## Product details

- **Is Discontinued By Manufacturer** : No
- **Product Dimensions** : 7.87 x 7.87 x 1.57 inches; 0.01 Ounces
- **Manufacturer recommended age** : 3 years and up
- **Item model number** : 1-TLCH-TBC-25
- **Date First Available** : June 24, 2014
- **Manufacturer** : BCW
- **ASIN** : B00L9HDER4
- **Best Sellers Rank:** #27,420 in Sports & Outdoors (See Top 100 in Sports & Outdoors)
  #289 in Collectible Trading Card Protective Sleeves
- **Customer Reviews:** 4.8 ★★★★★ 154 ratings

**Product Description**

The BCW top loading card holders are known as the most popular rigid individual card holders in the collectible card industry. The PVC used in BCW top loads contain no plasticizers or stearates. Our high-grade quality PVC does not migrate and will not harm your cards, photos or prints, while offering maximum protection and visual appeal.

## Important information

To report an issue with this product or seller, click here.

## From the brand



## 4 stars and above

Sponsored ⓘ
Page 1 of 28









| /CARD-DICT Trading Card Holder Compatible with Pokemon Card, 3-1/8" x 4-1/8" 200ct ... | BCW 50-Count Topload Card Holders and 100-Count Sleeves | BCW SR1 Grading Submission Sleeves for PSA | Save & Grade Your Cards | Semi Rigid C... | 100 Pack 3"x4" Hard Plastic Card Cards, Baseball Card Prote... | 200ct Semi Rigid Card Holders - Card Sleeves for Trading Card with 1/2" Lip Sleeves... | BCW Toploader and Card Sleeve Combo | D DACCKIT Toploader Binder, Holds 288 Toploaders, 9 Pocket Top Loader Binders with ... |
| --- | --- | --- | --- | --- | --- | --- |
| ★★★★☆ 297 | ★★★★★ 635 | ★★★★☆ 221 | ★★★★★ 1,596 | ★★★★☆ 104 | ★★★★★ 131 | ★★★★☆ 238 |
| $24.99 √prime | $8.90 √prime | $99.99 √prime | Amazon's Choice in Collectible Trading Card Protective Sleeves $15.99 | $20.99 √prime | $16.98 √prime | $29.99 √prime Save $10.00 with coupon |

## Related products with free delivery on eligible orders

Sponsored ⓘ | Try Prime for unlimited fast, free shipping
Page 1 of 40









| BCW 300 Card Sleeves +300 Top Loaders for Cards Baseball Card Protectors Penny Slee... | 50ct Magnetic Card Holder 35pt, Card case Holder for Trading Cards, Card... | BCW SR1 Grading Submission Sleeves for PSA | Save & Grade Your Cards | Semi Rigid C... | 200ct Semi Rigid Card Holders - Card Sleeves for Trading Card with 1/2" Lip Sleeves... | LASPRINTAL 100pcs Top Loaders for Cards 3"x4" Premium Quality 35PT Toploaders Top L... | 50 Count Baseball Card Protector Sleeves 3 x 4 Sports Card Holder Plastic Baseball ... | Premium 200 Count Toploaders + Penny Sleeves Storage | Hard Plastic & Soft Sleeves ... |
| --- | --- | --- | --- | --- | --- | --- |
| ★★★★☆ 2 | ★★★★☆ 71 | ★★★★☆ 221 | ★★★★☆ 104 | ★★★★★ 161 | ★★★★★ 3 | ★★★★★ 537 |
| #1 New Release | Amazon's Choice in Collectible Trading Card Protective Sleeves | $42.99 √prime | $20.99 √prime | $22.99 √prime | $15.99 √prime | $44.99 √prime |
| $39.99 √prime | $42.99 √prime | | | Save 5% with coupon | | |

## Videos

Help others learn more about this product by uploading a video!

Upload your video

## Similar brands on Amazon

Sponsored ⓘ

BCW
Shop the Store on Amazon ›

PREZA
Shop the Store on Amazon ›

Invested Alliance
Shop the Store on Amazon ›

Arjekwei
Shop the Store on Amazon ›






| BCW Card Sleeves, 2 5/8 x 3 5/8 | PREZA Toploader Binder - Holds 216 Top Loaders - 9 Pocket Top Loader Binders - ... | Premium Top Loaders for Cards | Hard Card Sleeves. Baseball Card Protectors,... | 3"X4" Card S... Baseball Ca... |
| --- | --- | --- | --- |
| ★★★★☆ 43 | ★★★★★ 14 | ★★★★★ 537 | ★★★★★ ... |
| $4.01 Typical: $4.59 | $39.99 | $25.99 | $13.99 List ... |

## Looking for specific info?





Search in reviews, Q&A...

## Customer reviews

4.8 out of 5

154 global ratings

| | |
|---|---|
| 5 star | 86% |
| 4 star | 8% |
| 3 star | 3% |
| 2 star | 2% |
| 1 star | 1% |

How customer reviews and ratings work

**Customers say**

Customers like the fit and quality of the card document sleeve. They mention that it fits perfectly and is a great product.

AI-generated from the text of customer reviews

Fit Quality

Top reviews

### Top reviews from the United States

kepjr1001

**Nice product**

Reviewed in the United States on December 10, 2023

Verified Purchase

Happy BCW makes this size. Using regular top loaders for this card just doesn't work.

Helpful | Report

Joseph A Depta

**Fit**

Reviewed in the United States on November 4, 2023

Verified Purchase

Fits perfect

Helpful | Report

Bo Morris

**As Described**

Reviewed in the United States on November 30, 2023

Verified Purchase

Exactly as described. Thank you.

Helpful | Report

Sara Carrizales

**Price**

Reviewed in the United States on October 10, 2023

Verified Purchase

Great

Helpful | Report

Amazon Customer

**Amazing**

Reviewed in the United States on August 6, 2023

Verified Purchase

Literally the fastest delivery I have ever received. Very very happy

Helpful | Report

Patricia

**Size**

Reviewed in the United States on July 22, 2023

Verified Purchase

Perfect for Allen and Ginter mini cards

One person found this helpful

Helpful | Report

Rhonda Maxwell

**Perfect fit**

Reviewed in the United States on May 25, 2023

Verified Purchase

Very nice to protect these smaller cards

Helpful | Report

Brandon

**Nice**

Reviewed in the United States on January 30, 2022

Verified Purchase

Great

Helpful | Report

See more reviews ›

### Top reviews from other countries

Olivia

**do not fit photocards**

Reviewed in Australia on November 20, 2021

Verified Purchase

i bought these thinking there were normal top loaders but they are too small :( my fault for not realising sooner but if u want these for photo cards or any other normal size card, don't 😭

2 people found this helpful

Report

See more reviews ›

Back to top

**Get to Know Us**
- Careers
- Amazon Newsletter
- About Amazon
- Accessibility
- Sustainability
- Press Center
- Investor Relations
- Amazon Devices
- Amazon Science

**Make Money with Us**
- Start Selling with Amazon
- Sell apps on Amazon
- Supply to Amazon
- Protect & Build Your Brand
- Become an Affiliate
- Become a Delivery Driver
- Start a Package Delivery Business
- Advertise Your Products
- Self-Publish with Us
- Host an Amazon Hub
- › See More Ways to Make Money

**Amazon Payment Products**
- Amazon Visa
- Amazon Store Card
- Amazon Secured Card
- Amazon Business Card
- Shop with Points
- Credit Card Marketplace
- Reload Your Balance
- Gift Cards
- Amazon Currency Converter

**Let Us Help You**
- Your Account
- Your Orders
- Shipping Rates & Policies
- Amazon Prime
- Returns & Replacements
- Manage Your Content and Devices
- Recalls and Product Safety Alerts
- Help

amazon

English | United States

Amazon Music Stream millions of songs
Amazon Ads Reach customers wherever they spend their time
6pm Score deals on fashion brands
AbeBooks Books, art & collectibles
ACX Audiobook Publishing Made Easy
Sell on Amazon Start a Selling Account
Amazon Business Everything For Your Business
Amazon Fresh Groceries & More Right To Your Door
AmazonGlobal Ship Orders Internationally
Home Services Experienced Pros Happiness Guarantee
Amazon Web Services Scalable Cloud Computing Services
Audible Listen to Books & Original Audio Performances
Box Office Mojo Find Movie Box Office Data
Goodreads Book reviews & recommendations
IMDb Movies, TV & Celebrities
IMDbPro Get Info Entertainment Professionals Need
Kindle Direct Publishing Indie Digital & Print Publishing Made Easy
Amazon Photos Unlimited Photo Storage Free With Prime
Prime Video Direct Video Distribution Made Easy
Shopbop Designer Fashion Brands
Amazon Warehouse Great Deals on Quality Used Products
Whole Foods Market America's Healthiest Grocery Store
Woot! Deals and Shenanigans
Zappos Shoes & Clothing
Ring Smart Home Security Systems
eero WiFi Stream 4K Video in Every Room
Blink Smart Security for Every Home
Neighbors App Real-Time Crime & Safety Alerts
Amazon Subscription Boxes Top subscription boxes – right to your door
PillPack Pharmacy Simplified
Amazon Renewed Like-new products you can trust

Conditions of Use  Privacy Notice  Your Ads Privacy Choices
© 1996-2024, Amazon.com, Inc. or its affiliates



amazon Deliver to Clerk Chicago 60601 | Office Products | Search Amazon | EN | Hello, Clerk Account & Lists | Returns & Orders | 0 Cart

All | Amazon Basics | Customer Service | Amazon Health | Pet Supplies | Beauty & Personal Care | Home Improvement | Amazon Home | Coupons | Household, Health & Baby Care | Find a Gift | Handmade | Live tonight: ONE Fight Night

Office Products | Office Deals | School Supplies | Printers, Ink & Toner | Projectors

Toys & Games › Collectible Toys › Collectible Display & Storage › Card Storage & Display › Protective Sleeves

2 VIDEOS

Roll over image to zoom in

# BCW 3" x 4" Topload Card Holder for Standard Trading Cards | Up to 20 pts | 25-Count

Visit the BCW Store

3,006 ratings | 14 answered questions

Amazon's Choice in Collectible Trading Card Protective Sleeves b...

-42% $4.90

List Price: ~~$8.46~~

FREE Returns

Get $50 off instantly: Pay $0.00 upon approval for the Amazon Rewards Visa Card.

Available at a lower price from other sellers that may not offer free Prime shipping.

| | |
|---|---|
| Material | Pvc |
| Brand | BCW |
| Color | White |
| Item Weight | 0.41 Pounds |
| Max Input Sheet Capacity | 25 |
| Number of Pieces | 25 |

## About this item

- 25 Holders per Pack. Topload, open on the short side
- Each card holder holds a standard trading card - Up to 20 pts
- 12-mil thickness panels made of high-quality, rigid PVC
- Exterior Dimensions: 3" x 4-1/16"
- Interior Dimensions: 2-3/4" x 3-7/8"

## Additional Details

Small Business

This product is from a small business brand. Support small. Learn more

Report incorrect product information.

Delivery | Pickup

$4.90

FREE Returns

FREE delivery **Wednesday, March 29** on orders shipped by Amazon over $25

Or fastest delivery **Sunday, March 26**. Order within 17 hrs 35 mins

Deliver to Clerk - Chicago 60601

In Stock

Qty: 1

Add to Cart

Buy Now

Secure transaction

Ships from Amazon
Sold by Kaizen8
Returns Eligible for Return, Re...

Details

**Seller Certifications:**
Minority-Owned Business

Add your 30-day FREE trial of Prime and get **fast, free delivery**

Add a gift receipt for easy returns

Add to List

New (29) from $4.90 & **FREE Shipping** on orders over $25.00 shipped by Amazon.

**Other Sellers on Amazon**

$4.90 Add to Cart
& **FREE Shipping** on orders over $25.00 shipped by Amazon. Details
Sold by: MEGACARDS!!!

$4.90 Add to Cart
& **FREE Shipping** on orders over $25.00 shipped by Amazon. Details
Sold by: Tag Collectibles

$4.95 Add to Cart
& **FREE Shipping** on orders over $25.00 shipped by Amazon. Details
Sold by: KINARA

Have one to sell?
Sell on Amazon

**WITHYU Trading Card Sleeves**

800 Pcs Soft Trading Card Sleeves, Top Loading Sleeves for Standard Cards 2.5" X...
920
$18.99 prime

Sponsored

## Frequently bought together

+

+

Total price: $17.48
Add all three to Cart

These items are shipped from and sold by different sellers. Show details

- **This item:** BCW 3" x 4" Topload Card Holder for Standard Trading Cards | Up to 20 pts | 25-Count $4.90
- Baskiss 100 Packs Photocard Sleeves, 59 x 90 mm 200 Microns Kpop Clear Sleeves Idol Photo Cards Transparent Pro... $7.59
- 150 Pieces Little Star Laser Flashing Card Sleeves, Photocard Sleeves, Kpop photocard Sleeves, Foil Card Protective ... $4.99

## 4 stars and above

Sponsored

Zantrech 120 Pack 3x4 Inch Top Loaders for Cards, Hard Card Sleeves for Game Card, ...
67
$19.99 prime

BCW 100-Count Card Toploaders and Card Sleeves
1,815
$13.79 prime

100 Pack 3"x4" Hard Plastic Card Sleeves Top Loaders for Cards, Baseball Card Prote...
766
Amazon's Choice in Collectible Trading Card Protective Sleeves
$15.49 prime

Premium Top Loaders for Cards | Hard Card Sleeves. Baseball Card Protectors. Tradin...
162
$25.99 prime

3" x 4" Top loaders for Cards, 35PT Hard Plastic Card Sleeves, Baseball Card Protec...
51
Limited time deal
$4.19 prime
List: ~~$5.99~~ (30% off)

WINTRA 800 Count Ultra Clear Penny Card Sleeves,2-5/8 x 3-5/8" Soft Card Protector...
641
$12.99 prime

120 Pac Loaders Protect for Base
$17.9

TitanShield (150 Sleeves /Earth Brown Standard Size Board Game...
6,054
$11.99 prime

Sponsored

## Compare with similar items

| | **This item BCW 3" x 4" Topload Card Holder for Standard Trading Cards \| Up to 20 pts \| 25-Count** | JODSSXI 25 Pcs Super Clear Regular Toploader for Standard Card Slightly Flexible 35pt Top Loader Card Sleeves Premium Hard Plastic Standard Card Protectors for MTG Cards YUGIOH Cards Sports Card | Ultra Pro 3" X 4" Clear Regular Toploader 25ct Top Loaders for Cards Baseball Card Protectors Hard Plastic Hard Card Sleeves Toploader Card Protectors Card Top Loaders | BCW 50-Count Topload Card Holders and 100-Count Sleeves |
|---|---|---|---|---|
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| Customer Rating | ★★★★½ (3006) | ★★★★½ (23) | ★★★★½ (7190) | ★★★★½ (502) |
| Price | $4⁹⁰ | $8⁹⁹ | $5²⁸ | $8³⁷ |
| Sold By | Kaizen8 | JODSSXI | Ultra PRO International | Kaizen8 |
| Are batteries required? | No | No | No | No |
| Item Dimensions | 30 x 40 x 1 inches | 3.16 x 1.8 x 4.2 inches | 4.13 x 3.15 x 1.69 inches | 4 x 3.75 x 3 inches |
| Number of Pieces | 25 | 25 | 25 | 100 |

## Product Description

BCW Standard 3-Inches x 4-Inches toploaders are made of high-quality, rigid PVC. These top loading holders are some of the most popular rigid individual cardholders in the collectible card industry. Use this product to protect, store or display collectible baseball cards, football cards, hockey cards, or other trading cards like Magic The Gathering, Pokemon, YuGiOh, and others. 12-mil thickness panels. Topload, open on the short side. Each cardholder holds a standard trading card - Up to 20 pts. 25 holders per pack

## Looking for specific info?

See questions and answers ›

## Product information

### Technical Details

| | |
|---|---|
| Manufacturer | BCW |
| Brand | BCW |
| Item Weight | 6.6 ounces |
| Product Dimensions | 30 x 40 x 1 inches |
| Item model number | 1-TLCH-N |
| Is Discontinued By Manufacturer | No |
| Color | White |
| Material Type | Pvc |
| Manufacturer Part Number | 1-TLCH-N |

### Additional Information

| | |
|---|---|
| ASIN | B07K1WGRQ1 |
| Customer Reviews | ★★★★½ 3,006 ratings<br>4.7 out of 5 stars |
| Best Sellers Rank | #9,172 in Sports & Outdoors (See Top 100 in Sports & Outdoors)<br>#86 in Collectible Trading Card Protective Sleeves |
| Date First Available | October 25, 2018 |

### Warranty & Support

Amazon.com Return Policy: **Amazon.com.tr Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price? →

## Videos

Videos for this product



0:14

BCW Topload Card Holders
BCW Supplies

0:15

Customer Review: Good quality
Leslie Banda

1:27

Topload Card Holder For
Standard Trading Cards BCW
Digital David

0:20

Customer Review: A must for
Photocard sellers/traders
Madeline Ramirez

Videos for rela...

3" x 4" Top loade...
Plastic Card Slee...
San Dao

Upload your video

Sponsored

---

Related products with free delivery on eligible orders

Sponsored ⓘ | Try Prime for unlimited fast, free shipping

      

VOOVAO Toploader
Clear 3" x 4" Toploaders
Holder,Top loaders for
Cards,Card Protect...
★★★★☆ 97
$26.99 ✓prime

BCW Toploader and Card
Sleeve Combo
★★★★☆ 95
$15.95 ✓prime

BCW 3" x 4" Topload
Card Holder for Standard
Trading Cards | Up to 20
pts | 150-Count
★★★★☆ 201
$18.37 ✓prime

WINTRA 800 Count Ultra
Clear Penny Card
Sleeves,2-5/8 x 3-5/8"
Soft Card Protector...
★★★★☆ 641
$12.99 ✓prime

BCW 100-Count Card
Toploaders and Card
Sleeves
★★★★★ 1,815
$13.79 ✓prime

150 Count Hard Card
Sleeves (Cross Side
Opening), 3x4 Inch Top
Loaders for Cards Ha...
★★★★★
$19.99

TitanShield 3" x 4"
Toploaders Top Loader
Sleeves for Collectible
Trading Cards (10...
★★★★☆ 791
$26.99 ✓prime

Zantrech 150 Pack 3x
Inch Top Loaders for
Cards, Hard Card Slee
for Game Card, ...
★★★★☆ 67
$24.99 ✓prime

---

WITHYU Trading Card
Sleeves



400 Pcs Soft Trading Card Sleeves, Top Loading
Sleeves for Standard Cards 2.5" X 3.5",  Ultra-...
★★★★☆ 920
$10.99 ✓prime
Shop now

Sponsored ⓘ

---

## Customer reviews

★★★★☆ 4.7 out of 5

3,006 global ratings

| | | |
|---|---|---|
| 5 star | | 84% |
| 4 star | | 10% |
| 3 star | | 4% |
| 2 star | | 1% |
| 1 star | | 2% |

∨ How customer reviews and ratings work



Shop now

Sponsored ⓘ

### Reviews with images



See all customer images

Top reviews ▾

### Top reviews from the United States

Dakota

★★★★★ **Very sturdy and great for any cards**
Reviewed in the United States on March 22, 2023
Verified Purchase

I like the durability, the sturdiness, and the value for money is great. I used these for Pokemon cards and
they look great in the top loaders.

Helpful | Report abuse

Samantha Lowe

★★★★☆ **Thin**
Reviewed in the United States on February 24, 2023
Verified Purchase

Very thin but good for price

Helpful | Report abuse



Kathy Ainsworth

★★★★★ **product was good for the price I paid**
Reviewed in the United States on February 26, 2023
Verified Purchase

very good

Helpful | Report abuse

Anon

★★★★★ **Great for shipping cards**
Reviewed in the United States on January 14, 2023
Verified Purchase

I've used these for a while for shipping Pokemon cards. They work very well and can even fit double sleeved cards. I've had no issues where a seller received a damaged card.

Helpful | Report abuse

Haydee Gattas (아이다)

★★★★★ 💜💜💜💜💜
Reviewed in the United States on January 31, 2023
Verified Purchase

Helpful | Report abuse

Joker

★★★★★ **YAAAASSS**
Reviewed in the United States on January 3, 2023
Verified Purchase

Very strong and good quality some came a little broken from the corners but i loved them i used them for my k pop photo card. wonhos abbs framed by this is beautiful 🥰👌🃏🪒

3 people found this helpful

Helpful | Report abuse

nhi

★★★☆☆ **3/5**
Reviewed in the United States on March 18, 2023
Verified Purchase

they seem like normal toploaders and i thought they were going to be white, but they're like the regular blue in real life… that was the only reason i bought from the listing :/

Helpful | Report abuse

Val

★★★★★ **great top loader for kpop cards!**
Reviewed in the United States on December 28, 2022
Verified Purchase

these top loaders are great quality! i use them for my kpop photo cards, i love them! none of them came broken, they came in good condition.

2 people found this helpful

Helpful | Report abuse

**See all reviews ›**

**Top reviews from other countries**

Translate all reviews to English

P

★★★★★ **Justo lo que esperaba :)**
Reviewed in Mexico on November 5, 2021
Verified Purchase

las quería para proteger y decorar mis pcs y quedaron perfecto!

6 people found this helpful

Report abuse

Translate review to English

Enrico

★★★★★ **Leggeri e resistenti**
Reviewed in Italy on February 24, 2021
Verified Purchase

Sleeve perfette per proteggere le vostre carte, uso esclusivamente per le carte pokemon e sono resistenti e leggeri,

Report abuse

Translate review to English

Francesco



**Perfette per carte pokemon**
Reviewed in Italy on March 24, 2021
Verified Purchase
Perfetto, ottima plastica e proteggono

Report abuse

Translate review to English

Juri Ackermann
**Top**
Reviewed in Germany on October 2, 2019
Verified Purchase
Super

Report abuse

**See all reviews ›**

**WITHYU Trading Card Sleeves**

800 Pcs Soft Trading Card Sleeves, Top Loading Sleeve…
920
$18.99 prime
Shop now

Sponsored

Back to top

**Get to Know Us**
- Careers
- Amazon Newsletter
- About Amazon
- Accessibility
- Sustainability
- Press Center
- Investor Relations
- Amazon Devices
- Amazon Science

**Make Money with Us**
- Sell products on Amazon
- Sell apps on Amazon
- Supply to Amazon
- Protect & Build Your Brand
- Become an Affiliate
- Become a Delivery Driver
- Start a package delivery business
- Advertise Your Products
- Self-Publish with Us
- Host an Amazon Hub
- › See More Ways to Make Money

**Amazon Payment Products**
- Amazon Rewards Visa Signature Cards
- Amazon Store Card
- Amazon Secured Card
- Amazon Business Card
- Shop with Points
- Credit Card Marketplace
- Reload Your Balance
- Amazon Currency Converter

**Let Us Help You**
- Amazon and COVID-19
- Your Account
- Your Orders
- Shipping Rates & Policies
- Amazon Prime
- Returns & Replacements
- Manage Your Content and Devices
- Your Recalls and Product Safety Alerts
- Help

amazon English United States

Amazon Music Stream millions of songs
Amazon Advertising Find, attract, and engage customers
6pm Score deals on fashion brands
AbeBooks Books, art & collectibles
ACX Audiobook Publishing Made Easy
Sell on Amazon Start a Selling Account
Amazon Business Everything For Your Business
Amazon Fresh Groceries & More Right To Your Door
AmazonGlobal Ship Orders Internationally
Home Services Experienced Pros Happiness Guarantee
Amazon Ignite Sell your original Digital Educational Resources
Amazon Web Services Scalable Cloud Computing Services
Audible Listen to Books & Original Audio Performances
Book Depository Books With Free Delivery Worldwide
Box Office Mojo Find Movie Box Office Data
ComiXology Thousands of Digital Comics
DPReview Digital Photography
Fabric Sewing, Quilting & Knitting
Goodreads Book reviews & recommendations
IMDb Movies, TV & Celebrities
IMDbPro Get Info Entertainment Professionals Need
Kindle Direct Publishing Indie Digital & Print Publishing Made Easy
Amazon Photos Unlimited Photo Storage Free With Prime
Prime Video Direct Video Distribution Made Easy
Shopbop Designer Fashion Brands
Amazon Warehouse Great Deals on Quality Used Products
Whole Foods Market America's Healthiest Grocery Store
Woot! Deals and Shenanigans
Zappos Shoes & Clothing
Ring Smart Home Security Systems
eero WiFi Stream 4K Video in Every Room
Blink Smart Security for Every Home
Neighbors App Real-Time Crime & Safety Alerts
Amazon Subscription Boxes Top subscription boxes – right to your door
PillPack Pharmacy Simplified
Amazon Renewed Like-new products you can trust

Conditions of Use Privacy Notice Your Ads Privacy Choices
© 1996-2023, Amazon.com, Inc. or its affiliates





Help their budget go farther
Shop gift cards ›

Toys & Games › Collectible Toys › Collectible Display & Storage › Card Storage & Display › Protective Sleeves

Roll over image to zoom in

# BCW 200-Count Card Toploaders and Card Sleeves

Visit the BCW Store

408 ratings

Amazon's Choice for "bcw toploader"

$23.98

FREE Returns

Get $50 off instantly: Pay $0.00 upon approval for the Amazon Rewards Visa Card.

| | |
|---|---|
| Material | Pvc |
| Brand | BCW |
| Color | Clear |
| Max Input Sheet Capacity | 200 |
| Number of Pieces | 200 |

## About this item

- Contains 200 standard toploaders
- Contains 200 trading card sleeves
- Toploader Exterior Dimensions: 3 x 4 1/16 (in)
- Toploader Interior Dimensions: 2 3/4 x 3 7/8 (in
- Sleeve Exterior Dimensions: 2 5/8 X 3 5/8 (in)

## Additional Details

Small Business
This product is from a small business brand. Support small.
Learn more

Report incorrect product information.

TitanShield (150 Sleeve/Bordeaux Red) Small Japanese Sized Trading Card Sleeves Deck...
4,409
$11.99 prime

Sponsored

Delivery | Pickup

$23.98

FREE Returns

FREE delivery **Wednesday, April 5** on orders shipped by Amazon over $25

Or fastest delivery **April 2 - 4**

Deliver to Clerk - Chicago 60601

Only 1 left in stock - order soon

Add to Cart

Buy Now

Secure transaction

Ships from Amazon
Sold by KINARA
Returns Eligible for Return, Re...

Details

Add your 30-day FREE trial of Prime and get **fast, free delivery**

Add a gift receipt for easy returns

Add to List

Add to Registry & Gifting

New (12) from $23.98 & **FREE Shipping** on orders over $25.00 shipped by Amazon.

### Other Sellers on Amazon

$23.98 Add to Cart
& **FREE Shipping** on orders over $25.00 shipped by Amazon. Details
Sold by: Fantastical Hobbies

$23.98 Add to Cart
& **FREE Shipping** on orders over $25.00 shipped by Amazon. Details
Sold by: MTGbiz

$23.98 Add to Cart
& **FREE Shipping** on orders over $25.00 shipped by Amazon. Details
Sold by: Kaizen8

Have one to sell?
Sell on Amazon

## Frequently bought together

Total price: $41.82
Add all three to Cart

Some of these items ship sooner than the others. Show details

- **This item:** BCW 200-Count Card Toploaders and Card Sleeves $23.98
- Ultra Pro Clear Card Sleeves for Standard Trading Cards (1000) $13.95
- Ultra Pro Extra Thick Card Sleeves for Thick Jersey or Memorabilia Sports Trading Cards by Topps $3.89

## 4 stars and above

Sponsored

Zantrech 120 Pack 3x4 Inch Top Loaders for Cards, Hard Card Sleeves for Game Card, ... 67 $19.99 prime

BCW 3" x 4" Topload Card Holder for Standard Trading Cards | Up to 20 pts | 200-Count 784 $21.90 prime

200 Count TopLoaders for Cards,Baseball Card Protector, Toploaders Card Sleeve with... 123 $29.99 prime

Foldermax 100 Toploaders for Cards,35PT Toploader Card Protector, 3" x 4"... 535 $26.87 prime

120 Pack 3x4 Inch Top Loaders for Cards, Card Protectors Hard Plastic for Baseball ... 212 Amazon's Choice in Collectible Trading Card Protective Sleeves $17.99 prime

Star Collector 3 X4 Clear Toploaders and Penny Sleeves (100 35 Point Thickness Hard... 96 $22.99 prime

200ct T... Sleeves Trading TopLoa... $28.9...

TitanShield (150 Sleeves) Clear Tarot Size Card Sleeves
169
$13.99 prime

Sponsored

## Product information

| | |
|---|---|
| Product Dimensions | 8 x 7 x 3 inches |
| Item Weight | 4.16 pounds |
| ASIN | B0864PM233 |
| Manufacturer recommended age | 6 years and up |
| Best Sellers Rank | #4,020 in Sports & Outdoors (See Top 100 in Sports & Outdoors)<br>#37 in Collectible Trading Card Protective Sleeves |
| Customer Reviews | ★★★★½  408 ratings<br>4.7 out of 5 stars |
| Manufacturer | BCW Supplies |

### Warranty & Support

Product Warranty: For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price? ⌄

## Product Description

BCW Standard 3x4 toploaders are made of high-quality, rigid PVC. These toploading holders are some of the most popular rigid individual card holders in the collectible card industry. Use this product to protect, store or display collectible baseball cards, football cards, hockey cards, or other trading cards like Magic The Gathering, Pokemon, YuGiOh, and others.

BCW Card Sleeves (often called 'penny sleeves') are an acid free, archival quality product made of crystal clear polypropylene. Use this protective holder to protect, store and display your collectible trading cards

---

### Related products with free delivery on eligible orders

Sponsored ⓘ | Try Prime for unlimited fast, free shipping

       

BCW Toploader and Card Sleeve Combo
★★★★½ 95
$15.95 ✓prime

200 Count TopLoaders for Cards, Baseball Card Protector, Toploaders Card Sleeve with...
★★★★½ 123
$29.99 ✓prime

BCW 100-Count Card Toploaders and Card Sleeves
★★★★½ 1,815
$13.79 ✓prime

500 Counts Card Sleeves Toploaders for Trading Cards, Matte Card Sleeves Deck Card ...
★★★★½ 19
$14.99 ✓prime

720 Pockets Trading Card Binder, 9 Pockets Card Binder with Sleeves Card Organizer ...
★★★★★ 292
$23.99 ✓prime

Zantrech 150 Pack 3x4 Inch Top Loaders for Cards, Hard Card Sleeves for Game Card, ...
★★★★½ 67
$24.99 ✓prime

1000 Count Card Sleeves Toploaders for Trading Cards,Soft Baseball Card Sleeve for ...
★★★★½ 16
$39.99 ✓prime

1000 Counts Black Ca Sleeves Toploaders fo Trading Cards,Matte Card Sleeves Deck ...
★★★★½ 179
$27.99 ✓prime

## Videos

### Videos for this product



Customer Review: Legit toploader
MrGreeneInTheKitchenWithLeadPipe
0:19



Customer Review: only 100 toploaders
joel hernandess
0:08

### Videos for related products



Toploader Product Test - TarverCards
House of Hobby
0:59



What Size Toploader Do You Need for Thick Cards?
BCW Supplies
0:33



KITOYZ Toploade
kitoyz

Upload your video

Sponsored

---

Case: 1:24-cv-07259 Document #: 1-3 Filed: 08/14/24 Page 39 of 148 PageID #:82



## Looking for specific info?

See questions and answers ›



## Customer reviews

★★★★★ 4.7 out of 5

408 global ratings

| | | |
|---|---|---|
| 5 star | | 83% |
| 4 star | | 9% |
| 3 star | | 4% |
| 2 star | | 1% |
| 1 star | | 3% |

˅ How customer reviews and ratings work

Sponsored ⓘ

Shop now

### Reviews with images

See all customer images

Top reviews ˅

### Top reviews from the United States

Michael Swanger
★★★★★ Great
Reviewed in the United States on March 20, 2023
Verified Purchase
Seamless

Helpful  |  Report abuse

Cara
★★★★☆ Awesome for the money
Reviewed in the United States on February 5, 2023
Verified Purchase
Great top loaders and card sleeves. Good value for price and quantity. The top loaders are also good. Only a few have marks/glue resin on them. My only complaint is that the packing quality is not the best. 4 of my top loader packs only had 24 instead of 25. Not the biggest deal, but kindle annoying. Received 200 sleeves and only 196 top loaders. Curious if this happened to anyone else?

Helpful  |  Report abuse

Jelybones
★★★★★ Product exactly as expected
Reviewed in the United States on February 17, 2023
Verified Purchase
Showed up timely and the product is as I expected.
Penny sleeves are thin and the right amount.
Top loaders could use a bit more sturdiness, but for the price... Who would complain?
10/10 will buy again!

Helpful  |  Report abuse



Katherine Wise

★★★★★ Great Value! Great Quality!
Reviewed in the United States on January 1, 2023
Verified Purchase

I absolutely recommend this bundle. I love BCW products - I've been using them for years and have never had an issue with keeping my collection clean and secure. The top loaders are a great value and a great quality - the penny sleeves included in this deal are a must have for slipping your cards in before putting them in a top loader. If you're looking for a great option for protecting your card collection OR mailing them because you've sold them or what to trade by mail - you've found it. I've sent hundreds of cards by mail in these products and haven't had a single one damaged.

Helpful | Report abuse

Russell Spinner

★★★★★ Good quality plastic, but a little dark
Reviewed in the United States on January 10, 2023
Verified Purchase

These are very easy to insert cards into and tap them into their correct place. I wish the plastic view was a little bit clearer. These are great to move your cards straight into from an opened pack to keep them safe from markings!

Helpful | Report abuse

Shea

★★★★★ Good alternative to Ultra Pro Toploaders
Reviewed in the United States on January 5, 2023
Verified Purchase

Wanted toploaders that weren't too expensive to use for about 200 sports cards. I've only used Ultra Pro in the past, but was interested in these due to the price point. I'd recommend them as they do the job well. Will be buying these again in the future.

Helpful | Report abuse

Nicholas Coon

★★★★★ The are good for the value
Reviewed in the United States on January 25, 2023
Verified Purchase

Feels like every other top loaders I have used. They are durable and decently rigged

Helpful | Report abuse

Caswell Family

★★★★★ Good value top loaders!
Reviewed in the United States on January 4, 2023
Verified Purchase

Pretty much as advertised. Fit standard sized spots cards and come with the soft plastic sleeve as well to help protect from scratching your cards when inserting them in the sleeves. Haven't had any big issues with any of the sleeves.

Helpful | Report abuse

See all reviews ›

TITANSHIELD          Premium sleeves          TitanShield Premium 9-...
★★★★★ 835
$22.99 √prime
Shop now
Sponsored ⓘ



Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell products on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a package delivery business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Your Recalls and Product Safety Alerts
Help

amazon
🌐 English      🇺🇸 United States

Amazon Music        Amazon                6pm                  AbeBooks             ACX                  Sell on Amazon
Stream millions     Advertising           Score deals          Books, art           Audiobook            Start a Selling
of songs            Find, attract, and    on fashion brands    & collectibles       Publishing           Account
                    engage customers                                                Made Easy

Amazon Business     Amazon Fresh          AmazonGlobal         Home Services        Amazon Ignite        Amazon Web
Everything For      Groceries & More      Ship Orders          Experienced Pros     Sell your original   Services
Your Business       Right To Your         Internationally      Happiness Guarantee  Digital Educational  Scalable Cloud
                    Door                                                            Resources            Computing
                                                                                                         Services

Audible             Book Depository       Box Office Mojo       ComiXology           DPReview             Fabric
Listen to Books &   Books With Free       Find Movie            Thousands of         Digital              Sewing, Quilting
Original            Delivery              Box Office Data       Digital Comics       Photography          & Knitting
Audio Performances  Worldwide

| | | | | | |
|---|---|---|---|---|---|
| **Goodreads** Book reviews & recommendations | **IMDb** Movies, TV & Celebrities | **IMDbPro** Get Info Entertainment Professionals Need | **Kindle Direct Publishing** Indie Digital & Print Publishing Made Easy | **Amazon Photos** Unlimited Photo Storage Free With Prime | **Prime Video Direct** Video Distribution Made Easy |
| **Shopbop** Designer Fashion Brands | **Amazon Warehouse** Great Deals on Quality Used Products | **Whole Foods Market** America's Healthiest Grocery Store | **Woot!** Deals and Shenanigans | **Zappos** Shoes & Clothing | **Ring** Smart Home Security Systems |
| **eero WiFi** Stream 4K Video in Every Room | **Blink** Smart Security for Every Home | **Neighbors App** Real-Time Crime & Safety Alerts | **Amazon Subscription Boxes** Top subscription boxes – right to your door | **PillPack** Pharmacy Simplified | **Amazon Renewed** Like-new products you can trust |

Conditions of Use    Privacy Notice    Your Ads Privacy Choices
© 1996-2023, Amazon.com, Inc. or its affiliates

Doe 10



amazon Deliver to Clerk Chicago 60601 | Toys & Games | Search Amazon | EN | Hello, Clerk Account & Lists | Returns & Orders | 0 Cart

All | Amazon Basics | Customer Service | Amazon Health | Pet Supplies | Beauty & Personal Care | Home Improvement | Amazon Home | Coupons | Household, Health & Baby Care | Find a Gift | Handmade | Live tonight: ONE Fight Night

Toys & Games | Kids Gift Guide | Shop Toys by Character | Shop Best Selling Toys | Shop Newly Released Toys | Shop Amazon Exclusive Toys | Shop Toy Deals | Create a Birthday Gift List | Create a Holiday Gift List

Toys & Games › Collectible Toys › Collectible Display & Storage › Card Storage & Display › Protective Sleeves

Roll over image to zoom in

# BCW 3" x 4" Topload Card Holder for Standard Trading Cards | Up to 20 pts | 200-Count

Visit the BCW Store

784 ratings | 7 answered questions

Amazon's Choice for "toploader 200"

$21.90

FREE Returns

Get $50 off instantly: Pay $0.00 upon approval for the Amazon Rewards Visa Card.

Available at a lower price from other sellers that may not offer free Prime shipping.

| | |
|---|---|
| **Material** | PVC |
| **Brand** | BCW |
| **Item Weight** | 0.01 Ounces |
| **Max Input Sheet Capacity** | 200 |
| **Number of Pieces** | 200 |

## About this item

- 200 Holders Total. Topload, open on the short side
- Each card holder holds a standard trading card - Up to 20 pts
- 12-mil thickness panels made of high-quality, rigid PVC.
- Exterior Dimensions: 3" x 4-1/16"
- Interior Dimensions: 2-3/4" x 3-7/8"

## Additional Details

Small Business
This product is from a small business brand. Support small. Learn more

Report incorrect product information.

TitanShield 3" x 4" Toploaders Top Loader Sleeves for Collectible Trading Cards (100 ct.)
791
$26.99 prime

Sponsored

$21.90

FREE Returns

FREE delivery **Wednesday, March 29** on orders shipped by Amazon over $25

Or fastest delivery **Tomorrow, March 25**. Order within 6 hrs 4 mins

Deliver to Clerk - Chicago 60601

Only 10 left in stock - order soon

Qty: 1

Add to Cart

Buy Now

Secure transaction

| | |
|---|---|
| Ships from | Amazon |
| Sold by | MEGACARDS!!! |
| Returns | Eligible for Return, Re... |

Details

Add your 30-day FREE trial of Prime and get **fast, free delivery**

Add a gift receipt for easy returns

Add to List

Add to Registry & Gifting

New (12) from $21.90 & **FREE Shipping** on orders over $25.00 shipped by Amazon.

### Other Sellers on Amazon

$21.90 Add to Cart
& **FREE Shipping** on orders over $25.00 shipped by Amazon. Details
Sold by: Vlish

$21.90 Add to Cart
& **FREE Shipping** on orders over $25.00 shipped by Amazon. Details
Sold by: Fantastical Hobbies

$26.95 Add to Cart
& **FREE Shipping**. Details
Sold by: NATURE'S-HEALTH

Have one to sell?
Sell on Amazon

TitanShield (150 Sleeves/Purple Standard Size Board Game Trading...
6,054
$11.99 prime

Sponsored

## Frequently bought together

Total price: $37.32
Add all three to Cart

Some of these items ship sooner than the others. Show details

- [x] **This item:** BCW 3" x 4" Topload Card Holder for Standard Trading Cards | Up to 20 pts | 200-Count $21.90
- [x] Ultra PRO Clear Card Sleeves for Standard Size Trading Cards measuring 2.5" x 3.5" (500 count pack) $7.18
- [x] Ultra Pro 3 x 4 Super Thick Baseball Card Toploaders, Holds 75pt Cards (Pack of 25) $8.24

## 4 stars and above

Sponsored

Premium Top Loaders for Cards | Hard Card Sleeves. Baseball Card Protectors. Tradin... 162 Amazon's Choice in Collectible Trading Card Protective Sleeves $25.99 prime

200ct Semi Rigid Card Holders #1 - Grading Submission Size - 3 5/16" x 4 7/8 - Gem ... 210 $28.99 prime

1200 Count Card Sleeves Toploaders for Trading Cards,Soft Clear Baseball Card Sleev... 105 $17.99 prime

200 Count TopLoaders for Cards,Baseball Card Protector, Toploaders Card Sleeve with... 124 $29.99 prime

WINTRA 3" x 4" 100 Count 35pt Topload Hard Card Holder and 100 Count Penny Soft... 678 $16.99 prime

Star Collector 3 X4 Clear Toploaders and Penny Sleeves (100 35 Point Thickness Hard... 96 $22.99 prime

BCW 10 Toploac Sleeves $13.7

Case: 1:24-cv-07259 Document #: 13 Filed: 08/14/24 Page 43 of 148 PageID #:86

## Product information

| | |
|---|---|
| Product Dimensions | 7.99 x 7.2 x 4.21 inches |
| Item Weight | 0.01 ounces |
| ASIN | B07DKWFPDB |
| Manufacturer recommended age | 7 - 18 years |
| Best Sellers Rank | #12,997 in Sports & Outdoors (See Top 100 in Sports & Outdoors) #110 in Collectible Trading Card Protective Sleeves |
| Customer Reviews | ★★★★½ ~ 784 ratings 4.7 out of 5 stars |
| Is Discontinued By Manufacturer | No |
| Release date | July 1, 2018 |
| Manufacturer | BCW |

### Feedback

Would you like to tell us about a lower price? ↳

## Product Description

200 BCW Standard 3-Inches x 4-Inches toploaders are made of high-quality, rigid PVC. These toploading holders are some of the most popular rigid individual cardholders in the collectible card industry. Use this product to protect, store or display collectible baseball cards, football cards, hockey cards, or other trading cards like Magic The Gathering, Pokemon, YuGiOh, and others. 12-mil thickness panels. Topload, open on the short side. Each cardholder holds a standard trading card - Up to 20 pts. 200 Holders Total.

## From the manufacturer

### About Us

BCW was founded in 1981 and is headquartered in Middletown, Indiana USA. For over 40 years BCW has been manufacturing high quality, cost effective products designed to protect, store, and display collectibles. We strive to ensure you with the best possible experience for all your needs.

## What's in the box

- Topload Card Holder

### Related products with free delivery on eligible orders

Sponsored ⓘ | Try Prime for unlimited fast, free shipping



**BCW 3" x 4" Topload Card Holder for Standard Trading Cards | Up to 20 pts | 150-Count**
★★★★½ 201
$18.37 ✓prime



**Passive Paradise Card Grading Centering Tool Set - 30x Magnifying Tool Included - S...**
★★★★½ 286
$18.99 ✓prime



**150 Count Hard Card Sleeves (Cross Side Opening), 3x4 Inch Top Loaders for Cards Ha...**
$19.99 ✓prime



**100 Pack 9 Pockets Trading Card Pages, 900 Pockets Double-Sided Trading Card Pages ...**
★★★★½ 196
$13.99 ✓prime



**9 Pocket Page Protector, 200 Pack Trading Card Sleeve, Baseball Card Sheets for 3 R...**
★★★★½ 298
$23.99 ($1.20/10 Items)
✓prime



**BCW Toploader and Card Sleeve Combo**
★★★★½ 95
$15.95 ✓prime



**Premium Top Loaders for Cards | Hard Card Sleeves. Baseball Card Protectors. Tradin...**
★★★★½ 162
$25.99 ✓prime



**Semi Rigid Card Holde ~ 50 Card Holders for Trading Cards and 50 Penny Sleeves ~ ...**
★★★★½ 1,020
$17.95 ✓prime

## Videos

3/24/23, 2:11 PM Amazon.com: BCW 200 Count Trading Card Toploaders - Standard Card Holders - Stores & Protects Trading Cards, Sports Cards... : Toys & Games

Case: 1:24-cv-07259 Document #: 1-3 Filed: 08/14/24 Page 44 of 148 PageID #:87

Videos for this product · Videos for related products



| 0:14 | 0:32 | 2:19 | 1:03 |
| BCW Topload Card Holders | Toploaders and Card Sleeves | Best top loaders that protect and hold any valuable card! | What These Toploaders Are REALLY Like! |
| BCW Supplies | Hornby | Dane | Cory Weigel |

 

BCW Topl... Standard

Upload your video

Sponsored



TitanShield 3" x 4" Toploaders Top Loader Sleeves for
Collectible Trading Cards (100 ct.)
★★★★½ 791
$26⁹⁹ ✓prime
Shop now

Sponsored ⓘ

## Looking for specific info?

See questions and answers ›

## Customer reviews

★★★★½ 4.7 out of 5

784 global ratings

| 5 star | | 85% |
| 4 star | | 9% |
| 3 star | | 3% |
| 2 star | | 1% |
| 1 star | | 2% |

⌄ How customer reviews and ratings work

### Reviews with images



See all customer images

Top reviews ⌄

### Top reviews from the United States



Pokey_Poke

★★★★★ I was worried

Reviewed in the United States on January 1, 2023

Verified Purchase

I was worried when first reading some reviews and not knowing if theyd work for my sports and non sports cards but these are awesome. Exactly what I needed. i have hundreds of cards that are more than commons and wanted to place all in toploaders so for the price it worked out perfect. They came all in one piece none broken or chipped and have been a good fit with ease sliding in to for me. Ill be buying more.

Helpful | Report abuse



**McJimmy**
★★★★★ **Great Great**
Reviewed in the United States on January 25, 2023
Verified Purchase

Items arrived safely! Clear and perfect! <3

Helpful | Report abuse

**Kari**
★★★☆☆ **Most of the time good**
Reviewed in the United States on January 23, 2023
Verified Purchase

We get these all the time normaly good buy this last batch was dirty and had shards of plastic inside of the protector defeating the purpose as did scratch a few cards! Dust and debris on inside and outside of these made them useless but as we had opened them we cant send back so now we r trying to clean these so we can at least put less rare cards inside.

Helpful | Report abuse

**Kenny Trumbetta**
★★★★★ **200 BCW plastic toploaders**
Reviewed in the United States on August 15, 2022
Verified Purchase

I bought these bc of 20pt instead of typical 25pt, hoping for a tighter fit on slim cards. These seem sturdy but honestly fit thicker Topps Chrome cards the best. Cards will slide on slim cards like Dcore 1996. Sounds petty but this year BCW 20ptpack holder is in fact thicker tjan previous years BCW 20pt. Id guess it seems like 27pt instead of tupical 25pt.

Helpful | Report abuse

**Amazon Customer**
★★★★☆ **Great price**
Reviewed in the United States on July 11, 2022
Verified Purchase

Quick shipping. As described

Helpful | Report abuse

**Raul Airada**
★★★★☆ **Overall good**
Reviewed in the United States on June 20, 2022
Verified Purchase

Fit good with my yugioh cards

Helpful | Report abuse

**J. Svensson**
★★★★★ **Just what we needed**
Reviewed in the United States on June 12, 2022
Verified Purchase

This particular brand has always treated my valuable baseball cards very well. Others get too brittle or stick to cards over time. I have not had that problem with these!

Helpful | Report abuse

**Tristan Albrecht**
★★★★☆ **Regular ol salt and pepper.**
Reviewed in the United States on March 16, 2022
Verified Purchase

They are flimsy but get the job done.

Helpful | Report abuse

See all reviews ›



TitanShield 3" x 4" Toploaders Top Loader Sleeves for Collectible Trading Cards (10…
★★★★☆ 791
$26.99 √prime
Shop now
Sponsored ⓘ

Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell products on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a package delivery business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Your Recalls and Product Safety Alerts
Help

Case: 1:24-cv-07259 Document #: 1-3 Filed: 08/14/24 Page 46 of 148 PageID #:89

amazon
English
United States

Amazon Music
Stream millions
of songs

Amazon Advertising
Find, attract, and engage customers

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Sell on Amazon
Start a Selling Account

Amazon Business
Everything For Your Business

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Ignite
Sell your original Digital Educational Resources

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Book Depository
Books With Free Delivery Worldwide

Box Office Mojo
Find Movie Box Office Data

ComiXology
Thousands of Digital Comics

DPReview
Digital Photography

Fabric
Sewing, Quilting & Knitting

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Amazon Photos
Unlimited Photo Storage Free With Prime

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

Amazon Warehouse
Great Deals on Quality Used Products

Whole Foods Market
America's Healthiest Grocery Store

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems

eero WiFi
Stream 4K Video in Every Room

Blink
Smart Security for Every Home

Neighbors App
Real-Time Crime & Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right to your door

PillPack
Pharmacy Simplified

Amazon Renewed
Like-new products you can trust

Conditions of Use Privacy Notice Your Ads Privacy Choices
© 1996-2023, Amazon.com, Inc. or its affiliates

Doe 11





Help their budget go farther
Shop gift cards ›

Toys & Games › Collectible Toys › Collectible Display & Storage › Card Storage & Display › Protective Sleeves

Roll over image to zoom in

# BCW 100-Count Card Toploaders and Card Sleeves

Visit the BCW Store

1,818 ratings | 12 answered questions

Amazon's Choice for "top loaders"

$14.25

FREE Returns

Get $50 off instantly: Pay $0.00 upon approval for the Amazon Rewards Visa Card.

Available at a lower price from other sellers that may not offer free Prime shipping.

| | |
|---|---|
| **Brand** | BCW |
| **Grade Rating** | Ungraded |
| **Sport** | Hockey, Baseball, Football |
| **Theme** | Anime |
| **Is Autographed** | No |
| **Color** | Clear |
| **Material** | Pvc |

## About this item

- Contains 100 standard toploaders
- Contains 100 trading card sleeves
- Toploader Exterior Dimensions: 3 x 4 1/16 (in)
- Toploader Interior Dimensions: 2 3/4 x 3 7/8 (in
- Sleeve Exterior Dimensions: 2 5/8 X 3 5/8 (in)

## Additional Details

Small Business
This product is from a small business brand. Support small.
Learn more

Report incorrect product information.

TitanShield 3" x 4" Toploaders Top Loader Sleeves for Collectible Trading Cards (100 ct.)
791
$26.99 prime

Sponsored

Delivery | Pickup

$14.25

FREE Returns

FREE delivery **Wednesday, March 29** on orders shipped by Amazon over $25

Or fastest delivery **Overnight 7 AM - 11 AM**. Order within 10 hrs 49 mins

Deliver to Clerk - Chicago 60601

In Stock

Qty: 1

Add to Cart

Buy Now

Secure transaction

Ships from Amazon
Sold by MTGbiz
Returns Eligible for Return, Re...

Details

Add your 30-day FREE trial of Prime and get **fast, free delivery**

Add a gift receipt for easy returns

Add to List

Add to Registry & Gifting

New (17) from $13.79 & **FREE Shipping** on orders over $25.00 shipped by Amazon.

**Other Sellers on Amazon**

$13.79 Add to Cart
& **FREE Shipping** on orders over $25.00 shipped by Amazon. Details
Sold by: Fantastical Hobbies

$14.25 Add to Cart
& **FREE Shipping** on orders over $25.00 shipped by Amazon. Details
Sold by: Vlish

$14.25 Add to Cart
& **FREE Shipping** on orders over $25.00 shipped by Amazon. Details
Sold by: MEGACARDS!!!

Have one to sell?
Sell on Amazon

## Frequently bought together

 +  + 

Total price: $29.92
Add all three to Cart

These items are shipped from and sold by different sellers. Show details

- **This item:** BCW 100-Count Card Toploaders and Card Sleeves $14.25
- Ultra PRO Clear Card Sleeves for Standard Size Trading Cards measuring 2.5" x 3.5" (500 count pack) $7.18
- Ultra Pro 3" X 4" Super Thick 100PT Toploader 25ct $8.49

## 4 stars and above

Sponsored

BCW 3x4 Standard Topload Card Holder - 2 pk
232
$7.95 prime

100 Count TopLoaders for Cards,Baseball Card Protector, Toploaders Card Sleeve with...
123
$15.99 prime

Star Collector 3 X4 Clear Toploaders and Penny Sleeves (100 35 Point Thickness Hard...
96
$22.99 prime

HOMTHY Toploaders Cards Sleeves Bundle for Trading Cards, 100 Toploaders and 200 So...
1,788
$15.42 prime

100 Pack 3"x4" Hard Plastic Card Sleeves Top Loaders for Cards, Baseball Card Prote...
761
Amazon's Choice in Collectible Trading Card Protective Sleeves
$15.49 prime

Foldermax 100 Toploaders for Cards,35PT Toploader Card Protector, 3" x 4"...
535
$26.87 prime

100 Cou Card Sle Cards, P Sleeves
$7.99

TitanShield (150 Sleeve,Purple Small Japanese Sized Trading Card Sleeve...
4,409
$11.99 prime

Sponsored

## Product information

| | |
|---|---|
| Product Dimensions | 7 x 4 x 3 inches |
| Item Weight | 1.74 pounds |
| ASIN | B086GRCCQ2 |
| Item model number | AMZ-TLCH+SSLV_100 |
| Manufacturer recommended age | 6 years and up |
| Best Sellers Rank | #287 in Unique Finds (See Top 100 in Unique Finds)<br>#6 in Collectible Trading Card Protective Sleeves<br>#24 in Unique Toys |
| Customer Reviews | ★★★★★ 1,818 ratings<br>4.8 out of 5 stars |
| Manufacturer | BCW Supplies |

### Warranty & Support

Product Warranty: For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price? ⌄

## Product Description

BCW Standard 3x4 toploaders are made of high-quality, rigid PVC. These toploading holders are some of the most popular rigid individual card holders in the collectible card industry. Use this product to protect, store or display collectible baseball cards, football cards, hockey cards, or other trading cards like Magic The Gathering, Pokemon, YuGiOh, and others.

BCW Card Sleeves (often called 'penny sleeves') are an acid free, archival quality product made of crystal clear polypropylene. Use this protective holder to protect, store and display your collectible trading cards

## Brands you might like

Sponsored ⓘ

       

TitanShield 3" x 4" Toploaders Top Loader Sleeves for Collectible Trading Cards (10...
★★★★½ 791
$26.99 ✓prime

BCW Toploader and Card Sleeve Combo
★★★★½ 95
$15.95 ✓prime

WINTRA 3" x 4" 100 Count 35pt Toploads Hard Card Holder and 100 Count Penny Soft...
★★★★★ 678
$16.99 ✓prime

Rayvol 9-Pocket Trading Card Binder, Fits 900 Cards with 50 Removable Sleeves,...
★★★★½ 392
$39.99 ✓prime

BCW 3" x 4" Toploads Holder for Standard Trading Cards | Up to 20 pts | 150-Count
★★★★½ 201
$18.37 ✓prime

TitanShield (150 Sleeves/Purple Standard Size Board Game Trading Card Sleeves Deck ...
★★★★½ 6,054
$11.99 ✓prime

BCW Elite 2 Gloss Card Sleeves – Green (100)
★★★★½ 46
$5.05 ✓prime

BCW 50-Count Card Holders and 100 Count Sleeves
★★★★½ 502
$8.68 ✓prime

## Videos

**Videos for this product**          **Videos for related products**

    

2:08
BCW 100 Count Card Toploaders and Card Sleeves
Parent Pacifier

0:33
What Size Toploader Do You Need for Thick Cards?
BCW Supplies

0:14
BCW Topload Card Holders
BCW Supplies

1:05
What These Toploaders Are REALLY Like!
Cory Weigel

BCW Premium To...
BCW Supplies

Upload your video

Sponsored



Sponsored

**Looking for specific info?**

See questions and answers ›

---



**Customer reviews**

★★★★★ 4.8 out of 5

1,818 global ratings

| | | |
|---|---|---|
| 5 star | | 86% |
| 4 star | | 9% |
| 3 star | | 2% |
| 2 star | | 1% |
| 1 star | | 2% |

˅ How customer reviews and ratings work

Shop now

Sponsored

**Reviews with images**

See all customer images

Top reviews ˅

**Top reviews from the United States**

David M.
★★★★★ **These are better than Ultra Pro**
Reviewed in the United States on March 19, 2023
Verified Purchase

I need these for shipping TCG cards. These have significantly less plastic debris than the Ultra Pro that I have historically purchased. I had to order these from Amazon to restock quickly when Ultra Pro was unavailable for a few days. I have now switched to these as my main hard protectors as I have only thrown away two or three with stuck debris.

Helpful | Report abuse

Mcarter1
★★★★★ **This item works perfectly!**
Reviewed in the United States on March 17, 2023
Verified Purchase

This item is a great value for the money. The top loaders are pretty sturdy as well. They came just as described in the item listing. I can most definitely say, I will be purchasing again.

Helpful | Report abuse

A. Gift For You
★★★★★ **No chipping, no split top loaders**
Reviewed in the United States on March 20, 2023
Verified Purchase

Just buy them already.

Helpful | Report abuse

Ymann



★★★★★ great!!!
Reviewed in the United States on March 13, 2023
Verified Purchase

everything came safely and in perfect condition^^

Helpful | Report abuse

TwinzMommy
★★★★★ Perfect
Reviewed in the United States on March 3, 2023
Verified Purchase

Bought these for my daughter who trades photo cards and they were great quality and not a bad price.

One person found this helpful

Helpful | Report abuse

Russell L. Telander
★★★★★ The quality of the product.
Reviewed in the United States on March 8, 2023
Verified Purchase

Wish they were a little cheaper in price.

Helpful | Report abuse

TJ
★★★★★ Best price available
Reviewed in the United States on February 12, 2023
Verified Purchase

Great product that does exactly what I need it to do.

There is some shaved plastic still inside the hard plastic card sleeves but a quick blast of air or simply wiping the inside is fine.

Helpful | Report abuse

ArticFaux
★★★★★ Continued quality
Reviewed in the United States on February 8, 2023
Verified Purchase

I've ordered these top loaders time and time again. Never any complaints from the item. Comes with sleeves to compliment the top loaders and provide extra protection to your cards, these fit standard sports/TCG cards

Helpful | Report abuse

See all reviews ›

## Top reviews from other countries

Translate all reviews to English

Patricia del Consuelo Mejia Weir
★★★★★ Magnifico
Reviewed in Mexico on February 7, 2022
Verified Purchase

salen muy buenos y protejen muy bien mis tarjetas y foto.

Report abuse

Translate review to English

Cliente de Amazon
★★★★★ El producto esta excelente
Reviewed in Mexico on December 18, 2022
Verified Purchase

Me gusta que se protegen mucho las tarjetas

Report abuse

Translate review to English

Olmo Escalante Zenteno
★☆☆☆☆ Producto incompleto
Reviewed in Mexico on July 31, 2021
Verified Purchase

Cada paquete de "25" cargadores tenía únicamente 24.

One person found this helpful

Report abuse

Translate review to English

Alex Rodríguez
★★★★★ Asombroso
Reviewed in Mexico on July 2, 2022
Verified Purchase

Excelente producto

Report abuse

See all reviews ›

TITANSHIELD  Premium sleeves

TitanShield Premium 9-...
★★★★☆ 835
$22.99 vprime
Shop now

Sponsored



Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell products on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a package delivery business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Your Recalls and Product Safety Alerts
Help

amazon English United States

Amazon Music Stream millions of songs
Amazon Advertising Find, attract, and engage customers
6pm Score deals on fashion brands
AbeBooks Books, art & collectibles
ACX Audiobook Publishing Made Easy
Sell on Amazon Start a Selling Account
Amazon Business Everything For Your Business
Amazon Fresh Groceries & More Right To Your Door
AmazonGlobal Ship Orders Internationally
Home Services Experienced Pros Happiness Guarantee
Amazon Ignite Sell your original Digital Educational Resources
Amazon Web Services Scalable Cloud Computing Services
Audible Listen to Books & Original Audio Performances
Book Depository Books With Free Delivery Worldwide
Box Office Mojo Find Movie Box Office Data
ComiXology Thousands of Digital Comics
DPReview Digital Photography
Fabric Sewing, Quilting & Knitting
Goodreads Book reviews & recommendations
IMDb Movies, TV & Celebrities
IMDbPro Get Info Entertainment Professionals Need
Kindle Direct Publishing Indie Digital & Print Publishing Made Easy
Amazon Photos Unlimited Photo Storage Free With Prime
Prime Video Direct Video Distribution Made Easy
Shopbop Designer Fashion Brands
Amazon Warehouse Great Deals on Quality Used Products
Whole Foods Market America's Healthiest Grocery Store
Woot! Deals and Shenanigans
Zappos Shoes & Clothing
Ring Smart Home Security Systems
eero WiFi Stream 4K Video in Every Room
Blink Smart Security for Every Home
Neighbors App Real-Time Crime & Safety Alerts
Amazon Subscription Boxes Top subscription boxes – right to your door
PillPack Pharmacy Simplified
Amazon Renewed Like-new products you can trust

Conditions of Use Privacy Notice Your Ads Privacy Choices
© 1996-2023, Amazon.com, Inc. or its affiliates

Case: 1:24-cv-07259 Document #: 1-3 Filed: 08/14/24 Page 52 of 148 PageID #:95

3/28/23, 4:38 PM
Amazon.com: BCW 3X4 Topload Card Holders - Premium - 25 Top Loaders Per Pack (Quantity of 200) : Office Products



Office Products › Office & School Supplies › Binders & Binding Systems › Binder Accessories › Sheet Protectors, Card & Photo Sleeves

### BCW 3X4 Topload Card Holders - Premium - 25 Top Loaders Per Pack (Quantity of 200)

Visit the BCW Store

★★★★☆  12 ratings

$25.99

Get $50 off instantly: Pay $0.00 $25.99 upon approval for the Amazon Rewards Visa Card. No annual fee.

| Material | Plastic |
|---|---|
| Brand | BCW |
| Color | Clear |
| Max Input Sheet Capacity | 200 |
| Number of Pieces | 200 |

**About this item**
- BCW Top load Holders
- 25 Top Loaders Per Pack
- Holds a Standard sized trading card. Crystal Clear. Made of High Impact rigid PVC

**Additional Details**

Small Business
This product is from a small business brand. Support small. Learn more

Report incorrect product information.

$25.99

FREE delivery April 3 - 5. Details

Or fastest delivery March 31 - April 3. Details

Deliver to Clerk - Chicago 60601

Only 17 left in stock - order soon

Qty: 1

Add to Cart

Buy Now

Secure transaction

Ships from MYISTORES
Sold by MYISTORES
Returns Eligible for Return, Re...

Details

Add to List

New (5) from $25.99 & FREE Shipping

**Other Sellers on Amazon**

$27.99 & FREE Shipping
Sold by: Ghezziky — Add to Cart

$28.82 & FREE Shipping
Sold by: Wizard Coin Supply — Add to Cart

Have one to sell?
Sell on Amazon

100 Sheet Protectors, Heavy Duty 8.5 X 11 Inch Clear Page Protectors for...
★★★★☆ 221
$13.99 prime

**Frequently bought together**

Total price: $58.90

Add all three to Cart

Some of these items ship sooner than the others. Show details

- ☑ This item: BCW 3X4 Topload Card Holders - Premium - 25 Top Loaders Per Pack (Quantity of 200) $25.99
- ☑ BCW 59 pt Thick Card Topload Holder - 4 pk $24.99
- ☑ 25 - BCW 3 x 4 x 2 mm - Thick Card Topload Holder 79 Point - Baseball & Other Sports Cards - Collecting Supplies $7.92

**More to shop from BCW**

Sponsored

       

BCW 3x4 Toploader Card Holders - Rookie Gold - 25ct Pack
★★★★★ 85
Amazon's Choice in Collectible Trading Card Protective Sleeves
$7.69 prime

Thick Card Topload Holder - 168 PT.
★★★★☆ 14
$7.48 prime
Save 5% with coupon

BCW 3 X 4 Topload Card Holder - (8 Pack) Baseball, Football, Basketball, Hockey, Go...
★★★★☆ 4
$26.52 prime

BCW Trading Card Dividers - 10 Dividers per Pack (Quantity of 25 Packs, 250 Cards T...
★★★★★ 328
$26.99 ($1.08/Count)
prime

BCW Golden Age Comic Topload Holders - 10 ct
★★★★★ 99
$29.30 prime

BCW 1-TLCH-6X9-S Bcw 6X9 - Topload Holder - with Stand
★★★★☆ 26
$10.79 prime

BCW 5X7 Topload Holder
★★★★★ 75
$17.99 prime

BCW Silver Age Co Book Topload Hol 20 ct
★★★★★ 246
Amazon's Choice in Binder Sheets, Card & Sleeves
$41.00 prime

https://www.amazon.com/BCW-3X4-Topload-Card-Holders/dp/B001OOWRUM/ref=sr_1_318_mod_primary_new

**Doe 13**

1/4

## Product Description

BCW Top load Holders - 3X4 Top load Card Holders - Premium – Item: TLCH

## Product information

### Technical Details

| | |
|---|---|
| Item Package Dimensions L x W x H | 8.19 x 7.2 x 3.11 inches |
| Package Weight | 1.81 Kilograms |
| Brand Name | BCW |
| Model Name | Premium Topload Card Holders |
| Color | Clear |
| Material | Plastic |
| Suggested Users | unisex-teen |
| Manufacturer | BCW |
| Part Number | TLCH |
| Included Components | Premium Topload Card Holders |

### Additional Information

| | |
|---|---|
| ASIN | B001OOWRUM |
| Customer Reviews | ★★★★☆ 12 ratings<br>4.0 out of 5 stars |
| Best Sellers Rank | #81,128 in Office Products (See Top 100 in Office Products)<br>#444 in Binder Sheets, Card & Photo Sleeves |
| Date First Available | August 9, 2010 |

### Feedback

Would you like to tell us about a lower price? ⌄

## Videos

### Videos for related products


3:28
REAL Assorted Cards, Booster Boxes, Etc - Pokemon Fan Review
Teressa & Corey


0:08
BCW Rookie White Toploader
BCW Supplies


0:59
Toploader Product Test - TarverCards
House of Hobby


1:03
What These Toploaders Are REALLY Like!
Cory Weigel


Top Loaders for Trading Ca
House of Hobb

[ Upload your video ]

### Products related to this item

Sponsored ⓘ


BCW 3x4 Toploader Card Holders - Rookie Gold - 25ct Pack
★★★★☆ 85
$7.69 ✓prime


4 BCW DELUXE CURRENCY SLAB - REGULAR BILL by BCW
$39.50


BCW Supplies 240 Pt. Thick Card Topload Holder (10 Count Pack)
★★★★☆ 31
$9.76 ✓prime


Hobby Armor Graded Card Shipping Protectors 4" x 6" – Half-Stack Box - 500 Cardboar...
★★★★★ 86
$67.99 ✓prime


P.Y.P Protect You Play 3"x4" Toploader Card Sleeves Combo of 100ct Top loaders + 10...
★★★★★ 28
$24.99 ✓prime


11" x 17" Heavy Duty Rigid Print Crystal-Clear Toploader Frame - Hold, Protect, Sto...
★★★★★ 24
$23.49 ✓prime


Passive Paradise Card Grading Centering Tool Set - 30x Magnifying Tool Included - S...
★★★★★ 288
$18.99 ✓prime


BCW 1-TLCH-13X1 13X19 - Topload H
★★★★★ 1
$50.62 ✓prime

## Looking for specific info?

See questions and answers ›



## Customer reviews

4 out of 5

12 global ratings

| | | |
|---|---|---|
| 5 star | | 72% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 11% |
| 1 star | | 17% |

How customer reviews and ratings work

Shop now

Sponsored

Top reviews

### Top reviews from the United States

Lifetime Amazon Buyer

**Five Stars**

Reviewed in the United States on January 20, 2016

Verified Purchase

Great Product at a Great Price. What more could you ask for???

One person found this helpful

Helpful | Report abuse

Daniel Rustani

**NOT premium toploaders**

Reviewed in the United States on April 7, 2020

Verified Purchase

The product is not what is pictured. The BCW came as the standard toploaders and NOT the premium ones in the picture

4 people found this helpful

Helpful | Report abuse

Garza

**Not as pictured**

Reviewed in the United States on April 18, 2020

Verified Purchase

Not Premium top loaders. Seller sent STANDARD.

2 people found this helpful

Helpful | Report abuse

See all reviews ›

Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell products on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a package delivery business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Your Recalls and Product Safety Alerts
Help

amazon | English | United States

Amazon Music Stream millions of songs
Amazon Advertising Find, attract, and engage customers
6pm Score deals on fashion brands
AbeBooks Books, art & collectibles
ACX Audiobook Publishing Made Easy
Sell on Amazon Start a Selling Account
Amazon Business Everything For Your Business
Amazon Fresh Groceries & More Right To Your Door
AmazonGlobal Ship Orders Internationally
Home Services Experienced Pros Happiness Guarantee
Amazon Ignite Sell your original Digital Educational Resources
Amazon Web Services Scalable Cloud Computing Services
Audible Listen to Books & Original Audio Performances
Book Depository Books With Free Delivery Worldwide
Box Office Mojo Find Movie Box Office Data
ComiXology Thousands of Digital Comics
DPReview Digital Photography
Fabric Sewing, Quilting & Knitting



| Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Kindle Direct Publishing Indie Digital & Print Publishing Made Easy | Amazon Photos Unlimited Photo Storage Free With Prime | Prime Video Direct Video Distribution Made Easy |
| Shopbop Designer Fashion Brands | Amazon Warehouse Great Deals on Quality Used Products | Whole Foods Market America's Healthiest Grocery Store | Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Ring Smart Home Security Systems |
| eero WiFi Stream 4K Video in Every Room | Blink Smart Security for Every Home | Neighbors App Real-Time Crime & Safety Alerts | Amazon Subscription Boxes Top subscription boxes – right to your door | PillPack Pharmacy Simplified | Amazon Renewed Like-new products you can trust |

Conditions of Use    Privacy Notice    Your Ads Privacy Choices
© 1996-2023, Amazon.com, Inc. or its affiliates



Deliver to Clerk Chicago 60601 | Industrial & Scientific | Search Amazon | EN | Hello, Clerk Account & Lists | Returns & Orders | 0

All | Valentine's Gifts | Medical Care | Amazon Basics | Customer Service | Music | Groceries | Shop By Interest | Livestreams | Pet Supplies | Coupons | Shop Black-owned businesses

**Industrial & Scientific** | Janitorial & Facilities | Safety Supplies | Medical Supplies | Food Service | Diagnostic Equipment | Material Handling | Educational Supplies | Sealants and Lubricants | Additive Manufacturing

## Customers who viewed this item also viewed

Ultra Pro Card Sleeve - Tall (100 per Pack)
275
$4.99

BCW 1-TLCH-Tall Tall Card Topload Holder
48
$11.79

BCW (25) 3x5 Topload Holders - Rigid Plastic Sleeves Brand
477
$9.98

Office Products › Office & School Supplies › Binders & Binding Systems › Binder Accessories › Sheet Protectors, Card & Photo Sleeves

Click image to open expanded view

# BCW Tall ( 3 X 5 ) Topload Holder (25 Holders/pack - Classic 3x5 Size) Tall Basketball, Football, Widevison, Non-sport & Sports Trading Cards Top Load - Sportcards Card Collecting Supplies

Visit the BCW Store
4.6 | 42 ratings | Search this page

-11% $8.87
Typical price: ~~$9.99~~

FREE Returns

Save 5% when you buy $150 of select items Shop items ›

Get $50 off instantly: Pay $0.00 upon approval for Amazon Visa. No annual fee.

Available at a lower price from other sellers that may not offer free Prime shipping.

| | |
|---|---|
| **Material** | Polyvinyl Chloride (PVC) |
| **Brand** | BCW |
| **Style** | Classic |
| **Item Weight** | 0.65 Pounds |
| **Max Input Sheet Capacity** | 25 |

### Additional Details

Small Business
This product is from a small business brand. Support small. Learn more

Report an issue with this product or seller

### Similar item with fast delivery

BCW 11 x 14 Topload Holder, 1 ct
(28)
$7.96 prime

Add your free 30-day trial of Prime and get **fast, free delivery**

Delivery | Pickup

$8.87

FREE Returns

FREE delivery **Tuesday, February 13** on orders shipped by Amazon over $35

Or fastest delivery **Saturday, February 10**. Order within 10 hrs 56 mins

Deliver to Clerk - Chicago 60601

In Stock

Quantity: 1

Add to Cart

Buy Now

| | |
|---|---|
| Ships from | Amazon |
| Sold by | SADIVIN |
| Returns | Eligible for Return, Refund or Replacement… |
| Payment | Secure transaction |

See more

Add a gift receipt for easy returns

Add to List

New (5) from $8.89 & **FREE Shipping** on orders over $35.00 shipped by Amazon.

**Other Sellers on Amazon**

$9.74 Add to Cart
& **FREE Shipping** on orders over $35.00 shipped by Amazon. Details
Sold by: The'House Shop'

$12.99 Add to Cart
& **FREE Shipping** on orders over $35.00 shipped by Amazon. Details
Sold by: Zentra, LLC

$6.36 Add to Cart
+ $6.63 shipping
Sold by: K & M Coin and Currency Supplies

## Frequently bought together

+

**This item:** BCW Tall ( 3 X 5 ) Topload Holder (25 Holders/pack - Classic 3x5 Size) Tall Basketba…
$8.87

Ultra PRO 3" x 4" Clear Regular Top Loaders for Cards with Sleeves - Bundle of 200 Standa…
$26.97

Total price: $35.84

Add both to Cart

These items are shipped from and sold by different sellers.
Show details

## Products related to this item

Sponsored

2/8/24, 2:03 PM    Amazon.com: Tall Toploader Holders... Holder - 25 Count: Trading Card Sleeves - Madison, Non-sp...

Case: 1:24-cv-07259 Document #: 1-3 Filed: 08/14/24 Page 57 of 148 PageID #:100








25ct. Clear 3" x 4" Toploaders Holder, Top Loaders for Cards, Card Protectors Hard ...
★★★★ 174
$9.99 ✓prime

BCW Top Load Holder (25 Count), 5 x 7
★★★★★ 13
$17.06 ✓prime

36 Pack 9 Pocket Page Protector, Sooez Trading Card Sleeves Pages Baseball for 3 Ri...
★★★★½ 10,098
Amazon's Choice in Collectible Trading Card Albums
$6.99 ✓prime

BCW 1-TLCH-6X4 Bcw 6X4 - Toplad Holder
★★★★½ 5
$12.88 ✓prime

BCW Topload Holder (25-Pack), 6x8
★★★★½ 242
$16.26 ✓prime

Vault X Magne... Holders - 35pt Trading Cards Cards (5 Pack)
★★★★½ 2
Amazon's Choice in Collectible Tradin Protective Sleeve
$11.99 ✓prime

## You might also like









BCW Book Bags - 100 ct
★★★★½ 618
$18.06
Get it Feb 15 - 22
FREE Shipping

BCW Silver Age Comic Bags and Backer Boards - 200 ct
★★★★½ 247
$37.53
Get it as soon as Tuesday, Feb 13
FREE Shipping by Amazon

BCW Current Comic Book Bags - 400 ct
★★★★½ 187
$20.90
Get it as soon as Tuesday, Feb 13
FREE Shipping on orders over $35 shipped by Amazon

BCW 3 x 5 Topload Holder - 100 ct
★★★★★ 5
$37.01
Get it as soon as Tuesday, Feb 13
FREE Shipping by Amazon

BCW Pro 3-Pocket Page (100 Ct. Box) ( 4" X 6")
★★★★½ 443
Amazon's Choice in Binder Sheets, Card & Photo Sleeves
$26.97
Get it as soon as Tuesday, Feb 13
FREE Shipping on orders over $35 shipped by Amazon

BCW Pro 2-Pocket Photo Pages - 50 ct
★★★★½ 602
$14.99
Get it as soon as Tuesday, Feb 13
FREE Shipping on orders over $35 shipped by Amazon

## Product details

Is Discontinued By Manufacturer : No

Package Dimensions : 5.35 x 3.74 x 1.77 inches; 10.4 Ounces

Manufacturer recommended age : 7 years and up

Item model number : 1-TLCH-TALL

Date First Available : October 31, 2007

Manufacturer : BCW

ASIN : B00441QRXA

Country of Origin : China

Best Sellers Rank: #148,188 in Office Products (See Top 100 in Office Products)
    #726 in Binder Sheets, Card & Photo Sleeves

Customer Reviews:
4.6 ★★★★½ ⌄    42 ratings

## Product Description

The BCW TALL (3 X 5) toploading holders are designed to hold cards, photos or prints that measure no bigger than 2 11/16 X 5 13/16. The PVC used in BCW Toploads contain no plasticizers or stearates. Our high impact grade PVC does not migrate and will not harm your cards, photos or prints, while offering maximum protection and visual appeal.

## Important information

To report an issue with this product or seller, click here.

## From the brand

Case: 1:24-cv-07259 Document #: 1-3 Filed: 08/14/24 Page 58 of 148 PageID #:101

## Related products with free delivery on eligible orders

Sponsored ⓘ | Try Prime for unlimited fast, free shipping



**25ct. Clear 3" x 4" Toploaders Holder, Top Loaders for Cards, Card Protectors Hard ...**
⭐⭐⭐⭐½ 174
**$9.99** ✓prime



**Card Protectors Trading Cards Shipping Supplies, 510-Pack 4" x 6" Graded Card Sle...**
⭐⭐⭐⭐½ 83
**$65.97** ✓prime
**Extra $5.00 off** when you subscribe



**100 ct Magnetic Card Holders for Trading Cards - 35pt Magnetic Card Holder, Baseball...**
Amazon's Choice in Collectible Trading Card Protective Sleeves
⭐⭐⭐⭐½ 248
**$85.99** ✓prime



**12 Pcs 8 1/2" x 11" Rigid Print Protectors Clear Rigid Toploaders Clear Sheet Prote...**
⭐⭐⭐⭐⭐ 11
**$19.99** ✓prime



**500ct Cards Sleeves Hard Plastics Toploaders, 35pt Baseball Card Protectors Hard Ca...**
⭐⭐⭐⭐½ 46
**$57.99** ✓prime



**Clear Sheet Protectors, 8.5" x 11", 200 Pack, Durable, Top Load,Reinforced Holes,...**
⭐⭐⭐⭐☆ 160
**$11.97** ✓prime



**400 Top Loaders for Cards with Card Sleeves, Top Loader Card Protectors Hard Plasti...**
**$27.69** ✓prime
**Save 15%** with coupon

## Videos

Help others learn more about this product by uploading a video!

Upload your video

## Looking for specific info?

## Customer reviews

⭐⭐⭐⭐½ 4.6 out of 5

Reviews with images



See all photos ›

2/8/24, 2:03 PM    Amazon.com: Tall Topload Holders (25) Pack of 25 Sports Card Storage Holder Display - Baseball, Football, Basketball, Hockey, Madison, Non-sp...

Case: 1:24-cv-07259 Document #: 1-3 Filed: 08/14/24 Page 59 of 148 PageID #:102



42 global ratings

| | |
|---|---|
| 5 star | 80% |
| 4 star | 11% |
| 3 star | 5% |
| 2 star | 0% |
| 1 star | 4% |

⌄ How customer reviews and ratings work

Top reviews ⌄

### Top reviews from the United States

**Amazon Customer**
★★★★★ **AWESOME!**
Reviewed in the United States on February 6, 2023
**Verified Purchase**

Quick delivery and the look great!!

Helpful | Report

**Troy**
★★★★★ **As advertised and fit perfectly**
Reviewed in the United States on October 28, 2019
**Verified Purchase**

I purchased these for some of may 1965 Topps tall boy football cards and they fit perfectly. No complaints and hopefully they hold up well over time.

Helpful | Report

**Robert Johnson**
★★★★★ **These work great for Star Wars armada ship cards**
Reviewed in the United States on October 26, 2016
**Verified Purchase**

These work great for Star Wars armada ship cards. I double side them. Even with single cards they do not slip out. I never have to worry about bending them. Great product.

Helpful | Report

**G**
★★★★☆ **good**
Reviewed in the United States on May 21, 2023
**Verified Purchase**

great product except for about 1/4 of the cards being really scratched up

Helpful | Report

**thorgrum**
★★★★★ **These are excellent and I liked the sturdiness and clearness they provide**
Reviewed in the United States on April 22, 2017
**Verified Purchase**

I am using them for the 1965 Topps Football trading cards. These are excellent and I liked the sturdiness and clearness they provide. Would buy again.

2 people found this helpful

Helpful | Report

**Jessup singer**
★★★★★ **A**
Reviewed in the United States on June 20, 2020
**Verified Purchase**

A

Helpful | Report

**Rodney Sullivan**
★★★★★ **Works great with tall sports cards.**
Reviewed in the United States on December 7, 2018
**Verified Purchase**

Sturdy and clear

Helpful | Report

chris miller

**Five Stars**

Reviewed in the United States on March 21, 2018

Verified Purchase

Great product, great price.

Helpful | Report

See more reviews ›

Back to top

**Get to Know Us**

- Careers
- Amazon Newsletter
- About Amazon
- Accessibility
- Sustainability
- Press Center
- Investor Relations
- Amazon Devices
- Amazon Science

**Make Money with Us**

- Start Selling with Amazon
- Sell apps on Amazon
- Supply to Amazon
- Protect & Build Your Brand
- Become an Affiliate
- Become a Delivery Driver
- Start a Package Delivery Business
- Advertise Your Products
- Self-Publish with Us
- Host an Amazon Hub
- › See More Ways to Make Money

**Amazon Payment Products**

- Amazon Visa
- Amazon Store Card
- Amazon Secured Card
- Amazon Business Card
- Shop with Points
- Credit Card Marketplace
- Reload Your Balance
- Gift Cards
- Amazon Currency Converter

**Let Us Help You**

- Your Account
- Your Orders
- Shipping Rates & Policies
- Amazon Prime
- Returns & Replacements
- Manage Your Content and Devices
- Recalls and Product Safety Alerts
- Help

amazon English United States

Amazon Music Stream millions of songs

Amazon Ads Reach customers wherever they spend their time

6pm Score deals on fashion brands

AbeBooks Books, art & collectibles

ACX Audiobook Publishing Made Easy

Sell on Amazon Start a Selling Account

Amazon Business Everything For Your Business

Amazon Fresh Groceries & More Right To Your Door

AmazonGlobal Ship Orders Internationally

Home Services Experienced Pros Happiness Guarantee

Amazon Web Services Scalable Cloud Computing Services

Audible Listen to Books & Original Audio Performances

Box Office Mojo Find Movie Box Office Data

Goodreads Book reviews & recommendations

IMDb Movies, TV & Celebrities

IMDbPro Get Info Entertainment Professionals Need

Kindle Direct Publishing Indie Digital & Print Publishing Made Easy

Amazon Photos Unlimited Photo Storage Free With Prime

Prime Video Direct Video Distribution Made Easy

Shopbop Designer Fashion Brands

Amazon Warehouse Great Deals on Quality Used Products

Whole Foods Market America's Healthiest Grocery Store

Woot! Deals and Shenanigans

Zappos Shoes & Clothing

Ring Smart Home Security Systems

eero WiFi Stream 4K Video in Every Room

Blink Smart Security for Every Home

Neighbors App Real-Time Crime & Safety Alerts

Amazon Subscription Boxes Top subscription boxes – right to your door

PillPack Pharmacy Simplified

Amazon Renewed Like-new products you can trust

Conditions of Use Privacy Notice Your Ads Privacy Choices

© 1996-2024, Amazon.com, Inc. or its affiliates





amazon Deliver to Clerk Chicago 60601 | Industrial & Scientific | Search Amazon | EN | Hello, Clerk Account & Lists | Returns & Orders | 0

All | Valentine's Gifts | Medical Care | Amazon Basics | Customer Service | Music | Groceries | Shop By Interest | Livestreams | Pet Supplies | Coupons | Household, Health & Baby Care | Beauty & Personal Care | Amazon Home | Handmade | Books | Shop Black-owned businesses

Industrial & Scientific | Janitorial & Facilities | Safety Supplies | Medical Supplies | Food Service | Diagnostic Equipment | Material Handling | Educational Supplies | Sealants and Lubricants | Additive Manufacturing | Laboratory Supplies | FSA Eligible Items | Deals

## Customers who viewed this item also viewed

Ultra Pro SG_B07JHZBVQ9_US 85787
321
$11.50

BCW (25) 3x5 Topload Holders - Rigid Plastic Sleeves Brand
477
$9.98

Ultra Pro Postcard Soft Sleeves Ultra Clear | Holds 3-11/16" x 5-3/4" Postcards | 100-Count
851
$5.08

Toys & Games › Collectible Toys › Collectible Display & Storage › Card Storage & Display › Protective Sleeves

Roll over image to zoom in

# BCW 1-TLCH-3.5X5 3½X5 - Topload Holder

Visit the BCW Store
4.6 | 592 ratings | Search this page
100+ bought in past month

$11.90

FREE Returns

Get $50 off instantly: Pay $0.00 upon approval for Amazon Visa. No annual fee.

Available at a lower price from other sellers that may not offer free Prime shipping.

Size: **1 Pack**

| | |
|---|---|
| **Material** | Polyvinyl Chloride (PVC) |
| **Brand** | BCW |
| **Color** | White |
| **Style** | Protection |
| **Item Weight** | 0.35 Kilograms |

### About this item

- Holds 3½x5 trading cards, index cards and photos
- Perfect for oversized cards like Transformers TCG character card, Magic: the Gathering Planechase, Archenemy, and large Commander cards
- 25 holders per pack
- Exterior Dimensions: 3 7/8 x 5 3/16
- Interior Dimensions: 3 9/16 x 5 1/8

### Additional Details

Small Business
This product is from a small business brand. Support small. Learn more

Report an issue with this product or seller

Add your free 30-day trial of Prime and get **fast, free delivery**

Delivery | Pickup

$11.90

FREE Returns

FREE delivery **Tuesday, February 13** on orders shipped by Amazon over $35

Or fastest delivery **Overnight 7 AM - 11 AM**. Order within 7 hrs 25 mins

Deliver to Clerk - Chicago 60601

In Stock

Quantity: 1

Add to Cart

Buy Now

| | |
|---|---|
| Ships from | Amazon |
| Sold by | SUNSHINE STATE PRODUCTS |
| Returns | Eligible for Return, Refund or Replacement… |
| Payment | Secure transaction |

See more

Add a gift receipt for easy returns

Add to List

New (9) from $11.89 & **FREE Shipping** on orders over $35.00 shipped by Amazon.

## Frequently bought together

**This item:** BCW 1-TLCH-3.5X5 3½X5 - Topload Holder
$11.90

Ultra Pro Postcard Soft Sleeves Ultra Clear | Holds 3-11/16" x 5-3/4" Postcards | 100-Count
$5.08

BCW (25) 4x6 Post Card & Photo Topload Holders - Rigid Plastic Sleeves Brand
$11.98

Total price: $28.96
Add all 3 to Cart

Some of these items ship sooner than the others.
Show details

### Other Sellers on Amazon

$11.89 Add to Cart
& **FREE Shipping** on orders over $35.00 shipped by Amazon. Details
Sold by: Bear Paw Goods

$11.92 Add to Cart
& **FREE Shipping** on orders over $35.00 shipped by Amazon. Details
Sold by: Goat Industries

$11.99 Add to Cart
& **FREE Shipping** on orders over $35.00 shipped by Amazon. Details
Sold by: BCW Supplies

## Products related to this item

Sponsored

BCW SR1 Grading Submission Sleeves for PSA | Save & Grade Your Cards | Semi Rigid C...
221
$15.99 prime

BCW 300 Card Sleeves +300 Top Loaders for Cards Baseball Card Protectors Penny Slee...
2
#1 New Release
$39.99 prime

BCW Toploader and Card Sleeve Combo
131
$16.98 prime

100 Pack 3"x4" Hard Plastic Card Sleeves Top Loaders for Cards, Baseball Card Prote...
1,596
Amazon's Choice in Collectible Trading Card Protective Sleeves
$15.99 prime

WINTRA 3" x 4" 100 Count 35pt Topload Hard Card Holder and 100 Count Penny Soft...
708
$18.99 prime
Save 20% with coupon

600 Pcs 3 x 4" Top Loader Card Sleeves Trading Card Topload Holder Clear Protective...
29
$60.93 prime

Premium T... for Cards | Sleeves. Ba... Protectors.
$25.99

## You might also like

Multitool Pocket Knife Set, Tactical Multi Tool, Valentines Day Gifts for Him Men Boyfriend Dad Husband, Multipurpos...
1,395
$19.99
Get it as soon as **Tuesday, Feb 13**
FREE Shipping on orders over $35 shipped by Amazon

LEATHERMAN, Micra Keychain Multitool with Spring-Action Scissors and Grooming Tools,...
4,104
Amazon's Choice in Multitools
$49.95
Get it as soon as **Tuesday, Feb 13**
FREE Shipping by Amazon

LEATHERMAN, FREE P4 Multitool with Magnetic Locking, One Size Hand Accessible Tools and Premium Nylon Sheat...
3,082
$149.95
Get it as soon as **Tuesday, Feb 13**
FREE Shipping by Amazon

LEATHERMAN, Raptor Rescue, 6-in-1 Heavy-Duty Emergency/Trauma Shears, Made in the USA, Utility Holster Included
6,689
$99.95
Get it as soon as **Tuesday, Feb 13**
FREE Shipping by Amazon

Nite Ize DoohicKey ClipKey Key Tool - Black
1,362
$6.57
Get it as soon as **Tuesday, Feb 13**
FREE Shipping on orders over $35 shipped by Amazon

Wallet Ninja Multitool Card – 18 in 1 Credit Card Size Multi-Tool for Quick Repairs, EDC Survival Gear, Bottle...
1,355
$14.98
Get it as soon as **Tuesday, Feb 13**
FREE Shipping on orders over $35 shipped by Amazon

### Product Description

Holds 3½x5 trading cards, index cards and photos

### Product information

#### Technical Details

| | |
|---|---|
| Item Package Dimensions L x W x H | 6.1 x 4.65 x 1.85 inches |
| Package Weight | 0.42 Kilograms |
| Item Dimensions LxWxH | 7.87 x 7.87 x 1.57 inches |
| Item Weight | 0.35 Kilograms |
| Brand Name | BCW |
| Color | White |
| Material | Polyvinyl Chloride (PVC) |
| Number of Items | 1 |
| Manufacturer | BCW |
| Part Number | 1-TLCH-3.5X5 |
| Style | Protection |
| Size | 1 Pack |

#### Additional Information

| | |
|---|---|
| ASIN | B003C23PFU |
| Customer Reviews | 4.6 ★★★★☆ ∨  592 ratings<br>4.6 out of 5 stars |
| Best Sellers Rank | #19,184 in Sports & Outdoors (See Top 100 in Sports & Outdoors)<br>#217 in Collectible Trading Card Protective Sleeves |
| Date First Available | October 31, 2007 |

#### Feedback

Would you like to tell us about a lower price? ∨

### Videos

Videos for this product



0:07

Customer Review: Works, but comes a bit scratched up and…
Flora G

Upload your video

### Important information

To report an issue with this product or seller, click here.

### Products related to this item

Sponsored ⓘ

      

 

| BCW 300 Card Sleeves +300 Top Loaders for Cards Baseball Card Protectors Penny Slee... | BCW SR1 Grading Submission Sleeves for PSA | Save & Grade Your Cards | Semi Rigid C... | TitanShield (150 Sleeves/Slime Green) Standard Size Board Game Trading Card... | TitanShield (150 Sleeves/Slime Green) Small Japanese Sized Trading Card Sleeves... | 130PT Penny Sleeve for Thick Cards | Card Sleeves. Baseball Card Sleeves. Soft Trad... | Quiver Time 100 Green 3x4 Top Loaders for Cards - Durable 35pt Toploader Hard Plast... | BCW Toploader and Card Sleeve Combo | TitanShield 400 Premium 60-Microns Ultra Clear Standard S Perfect Exact Fit Inne... |
|---|---|---|---|---|---|---|---|
| ★★★★★ 2 | ★★★★★ 221 | ★★★★★ 6,841 | ★★★★★ 1,020 | ★★★★★ 621 | ★★★★★ 148 | ★★★★★ 131 | ★★★★★ 2,059 |
| #1 New Release | $15.99 | $11.99 | $11.99 | $9.99 | $44.99 | $16.98 | $13.99 |
| $39.99 | | | | | Save 10% with coupon | | |

### Similar brands on Amazon

Sponsored ⓘ

| BCW<br>Shop the Store on Amazon › | Invested Alliance<br>Shop the Store on Amazon › | TitanShield<br>Shop the Store on Amazon › | Arjekwel<br>Shop the Store on Amazon › |
|---|---|---|---|

   

| BCW Card Sleeves, 2 5/8 x 3 5/8" | Premium Top Loaders for Cards | Hard Card Sleeves. Baseball Card Protectors... | TitanShield (5 Packs of 200s /Total 1000 Sleeves) Inner Sleeve Protectors Perfect... | 3¾"x4" Card S Baseball Car |
|---|---|---|---|
| ★★★★★ 43 | ★★★★★ 537 | ★★★★★ 2,060 | ★★★★★ |
| $4.02 Typical: $4.98 | $25.99 | $22.99 | $13.99 Lis |

### Looking for specific info?

### Customer reviews

★★★★☆ 4.6 out of 5

592 global ratings

| | | |
|---|---|---|
| 5 star | | 78% |
| 4 star | | 12% |
| 3 star | | 5% |
| 2 star | | 3% |
| 1 star | | 3% |

∨ How customer reviews and ratings work

#### Customers say

Customers like the fit, quality and protection of the card document sleeve. They mention that it fits nicely with extra room around it, is very well made and provides good protection. That said, some complain that the sleeves are prone to scratching.

AI-generated from the text of customer reviews

✓ Quality   ✓ Fit   ✓ Protection   ⊗ Scratching

#### Reviews with images

See all photos ›

 

Top reviews ⌄

**Top reviews from the United States**

Israel Gutierrez
★★★★★ **HUGE**
Reviewed in the United States on June 14, 2023
Size: 1 Pack | Verified Purchase
These are exactly as advertised. They fit a pretty big card in them with ease. The quality and durability of these cards is definitely A-1. Go with this brand for all your toploader needs.

Helpful | Report

Daniela Sanchez
★★★★★ **MTG Planechase**
Reviewed in the United States on October 26, 2023
Size: 1 Pack | Verified Purchase



Super nice, sturdy plastic, great visibility. Purchased for my Planechaser cards because they need protection too!

Helpful | Report

James Santomassimo
★★★★★ **Fit perfectly**
Reviewed in the United States on December 26, 2023
Size: 1 Pack | Verified Purchase
They fit like a glove

Helpful | Report

Miss Hydrangea
★★★★☆ **Good for trades, fine for collecting**
Reviewed in the United States on February 16, 2022
Size: 1 Pack | Verified Purchase

FITS LARGER KPOP CARDS!!
I've been searching for a really long time for toploaders I can use for my kpop merchandise photocards and mini PCs! These are able to fit the larger kpop photocards; just make sure to also use a non-PVC soft sleeve to protect your cards as well because these toploaders are made with PVC, and so your card doesn't move around inside as much.

The cards slip in really easily— the gap at the bottom corners makes it easier to slide the cards in, so double sleeved cards should fit in a little easier in these.

The toploaders weigh 0.5oz each; a lightweight way to add extra protection when mailing/trading cards.

CONDITION UPON ARRIVAL:
A couple toploaders arrived with scratches on them, but that seems to be pretty normal for when you buy a stack of toploaders. The edges don't look super clean, but they did not have dust or debris— more like
⌄ Read more

9 people found this helpful

Helpful | Report

Maru
★★★★★ **very good**
Reviewed in the United States on February 4, 2024
Size: 1 Pack | Verified Purchase
I bought this for my mini paintings. it works really well. I will keep buying this

Helpful | Report

Roscoe szajko
★★★★★ **this product fits MTG PlaneChase cards. only product i could find that want to big.**
Reviewed in the United States on November 4, 2023
Not one to leave reviews but i had a hell of a time trying to find a product to fit MTG Planchase cards and this is the best i could do. I would have thought that after 10 years or so of this planechase cards being used that their would be more but this is it.

Helpful | Report

Erich Brown
★★★★★ **Good quality, as expected!**
Reviewed in the United States on October 23, 2023
Size: 1 Pack | Verified Purchase
Good quality, as expected!

Helpful | Report

Lizzy
★★★★★ **perfect for plushie tags!!**
Reviewed in the United States on August 24, 2023
Size: 1 Pack | Verified Purchase
most other more common sizes of toploaders were too small or too big, these are perfect size for all my plush tags! they are also nice and thick so i dont have to worry about the tag getting warped with my plush sitting on top :)

Helpful | Report

See more reviews ›

## Top reviews from other countries

Stan Desrosiers

★★★★★ **Fits jumbo rookie cards from upper deck**

Reviewed in Canada on August 25, 2023

Size: 1 Pack | Verified Purchase

They fit the jumbo cards perfectly. Price could be a little bit cheaper

Report

Amazon Customer

★★★★★ **Great card protectors**

Reviewed in the United Kingdom on February 3, 2020

Size: 1 Pack | Verified Purchase

Perfect for Transformers tcg

Report

badhammy

★★★★★ **Good alternative for Goldbacks**

Reviewed in Australia on July 5, 2023

Size: 1 Pack | Verified Purchase

These sleeves can hold 5 goldbacks securely and are a great alternative to the GB Wallet. Yes they are a little oversized (area-wise) but as a means of storage they're fine. For those wondering how to centre or move them once inserted (and this goes for any card inside a toploader/rigid sleeve), tap the loader on the on the OPPOSITE end that you want it to 'move'. Learned this trick from MtG cards

Report

Jarett

★★★★★ **Good size for card savers**

Reviewed in Canada on February 7, 2021

Size: 1 Pack | Verified Purchase

Good product for protecting cards. Was able to slide my cardsavers into this size easily.

Report

See more reviews ›

Back to top

**Get to Know Us**
- Careers
- Amazon Newsletter
- About Amazon
- Accessibility
- Sustainability
- Press Center
- Investor Relations
- Amazon Devices
- Amazon Science

**Make Money with Us**
- Start Selling with Amazon
- Sell apps on Amazon
- Supply to Amazon
- Protect & Build Your Brand
- Become an Affiliate
- Become a Delivery Driver
- Start a Package Delivery Business
- Advertise Your Products
- Self-Publish with Us
- Host an Amazon Hub
- › See More Ways to Make Money

**Amazon Payment Products**
- Amazon Visa
- Amazon Store Card
- Amazon Secured Card
- Amazon Business Card
- Shop with Points
- Credit Card Marketplace
- Reload Your Balance
- Gift Cards
- Amazon Currency Converter

**Let Us Help You**
- Your Account
- Your Orders
- Shipping Rates & Policies
- Amazon Prime
- Returns & Replacements
- Manage Your Content and Devices
- Recalls and Product Safety Alerts
- Help

amazon English United States

Amazon Music Stream millions of songs
Amazon Ads Reach customers wherever they spend their time
6pm Score deals on fashion brands
AbeBooks Books, art & collectibles
ACX Audiobook Publishing Made Easy
Sell on Amazon Start a Selling Account
Amazon Business Everything For Your Business
Amazon Fresh Groceries & More Right To Your Door
AmazonGlobal Ship Orders Internationally
Home Services Experienced Pros Happiness Guarantee
Amazon Web Services Scalable Cloud Computing Services
Audible Listen to Books & Original Audio Performances
Box Office Mojo Find Movie Box Office Data
Goodreads Book reviews & recommendations
IMDb Movies, TV & Celebrities
IMDbPro Get Info Entertainment Professionals Need
Kindle Direct Publishing Indie Digital & Print Publishing Made Easy
Amazon Photos Unlimited Photo Storage Free With Prime
Prime Video Direct Video Distribution Made Easy
Shopbop Designer Fashion Brands
Amazon Warehouse Great Deals on Quality Used Products
Whole Foods Market America's Healthiest Grocery Store
Woot! Deals and Shenanigans
Zappos Shoes & Clothing
Ring Smart Home Security Systems
eero WiFi Stream 4K Video in Every Room
Blink Smart Security for Every Home
Neighbors App Real-Time Crime & Safety Alerts
Amazon Subscription Boxes Top subscription boxes – right to your door
PillPack Pharmacy Simplified
Amazon Renewed Like-new products you can trust

Conditions of Use Privacy Notice Your Ads Privacy Choices
© 1996-2024, Amazon.com, Inc. or its affiliates





amazon Deliver to Clerk Chicago 60601 | Sports & Outdoors | Search Amazon | EN | Hello, Clerk Account & Lists | Returns & Orders | 0 Cart

All | Amazon Basics | Customer Service | Amazon Health | Pet Supplies | Beauty & Personal Care | Coupons | Amazon Home | Home Improvement | Household, Health & Baby Care | Find a Gift | Shop By Interest | Handmade | Shop Easter

Sports & Outdoors | Exercise & Fitness | Outdoor Recreation | Sports Fan Shop | Team Sports | Hunting | Fishing | The Ride Shop | Leisure Sports & Game Room | Sports Deals | Outdoor Deals

amazon clinic — Healthcare for common conditions, made easier — Get started

Office Products › Office & School Supplies › Binders & Binding Systems › Binder Accessories › Sheet Protectors, Card & Photo Sleeves

Click image to open expanded view

# BCW 8.5X11 Document Topload Holder - 10 ct

Visit the BCW Store

48 ratings

$29.95

FREE Returns

Get $50 off instantly: Pay $0.00 ~~$29.95~~ upon approval for the Amazon Rewards Visa Card. No annual fee.

Available at a lower price from other sellers that may not offer free Prime shipping.

| | |
|---|---|
| **Material** | Pvc,Plastic |
| **Brand** | BCW |
| **Style** | Protection |
| **Item Weight** | 0.01 Ounces |
| **Max Input Sheet Capacity** | 10 |
| **Number of Pieces** | 10 |
| **Sheet Size** | Letter |

## About this item

- Holds a standard sheet of paper or documents measuring up to 8½ X 11
- Open on the short side
- Rigid plastic
- Exterior Dimensions: 8 7/8 x 11 1/4
- Interior Dimensions: 8 5/8 x 11 1/8

## Additional Details

Small Business
This product is from a small business brand. Support small. Learn more

Report incorrect product information.

## Similar item to consider

Amazon's Choice
Amazon Basics Clear Sheet Protectors for 3 Ring Binder, 8.5 x 11 Inch, 100-Pack
(18394)
$10.79 prime

50 Sheet Protectors, Durable Clear Page Protectors 8.5 X 11 Inch for 3 Ring Binder, Plastic Sheet Sleeves, Durable Top...
351
$5.99 prime

Sponsored

Delivery | Pickup

$29.95
FREE Returns
FREE delivery **Sunday, April 2**. Order within 8 hrs 46 mins
Deliver to Clerk - Chicago 60601

In Stock

Qty: 1

Add to Cart
Buy Now

Secure transaction

| | |
|---|---|
| Ships from | Amazon |
| Sold by | The'House Shop' |
| Returns | Eligible for Return, Re... |
| Packaging | Shows what's inside. It... |

Details

Add your 30-day FREE trial of Prime and get **fast, free delivery**

Add a gift receipt for easy returns

Add to List

New (3) from $29.95 & **FREE Shipping**.

**Other Sellers on Amazon**
$29.95 Add to Cart
& **FREE Shipping**. Details
Sold by: S. A. Products

Have one to sell?
Sell on Amazon

100 Sheet Protectors, Heavy Duty 8.5 X 11 Inch Clear Page Protectors for ...
221
$13.99 prime

Sponsored

## Frequently bought together

Total price: $59.91
Add all three to Cart

Some of these items ship sooner than the others. Show details

- **This item:** BCW 8.5X11 Document Topload Holder - 10 ct $29.95
- BCW 8X10 Photograph Topload Holder - 10 ct $19.98
- BCW 1-8X10SLV Bcw 8X10 Photo Sleeves $9.98

## 4 stars and above

Sponsored

- 150 Sheet Protectors, 8.5 X 11 Inch Clear Page Protectors for 3 Ring Binder, Plasti... 236 — $14.97 prime
- 100 Clear Sheet Protectors, 8.5" x 11" Clear Page Protectors for 3 Ring Binder, Pla... 2,181 — Amazon's Choice in Binder Sheets, Card & Photo Sleeves — $9.97 prime
- Dunwell Binders with Plastic Sleeves 12-Pocket - (2 Pack, Ivory) Presentation Books... 1,373 — $11.45 ($5.73/Count) prime
- 50 Sheet Protectors, Heavy Duty 8.5 X 11 Inch Clear Page Protectors for 3 Ring Bind... 601 — $9.97 prime
- Samsill No Holes Sheet Protectors, 50 Pack, 8.5x11 Inch Page Protectors for 3 Ring ... 1,668 — $13.99 prime
- VST Sheet Protectors No Holes 8.5 x 11 Inches Crystal Clear Page Protectors Heavywe... 89 — $11.99 prime
- NIUBEE 8.5x11 Clear Acrylic Plexi Sign Holders with Double Sided Adhesive Tape,... 1,189 — Amazon's Choice in Business & Store Sign Holders — $27.99 prime
- 11" x 17" Heavy Duty Rigid Print Crystal-Cle Toploader Frame - Ho Protect, Sto... 262 — $39.97 prime

## Product Description

BCW's 8½x11 topload holder is made with rigid PVC that contains no plasticizers or stearates, like the rest of our toploaders. This high-quality PVC does not migrate, so rest assured it will not harm your important documents. 8½x11 is the size of a standard sheet of paper, so each topload holder has a variety of uses, from photos and prints to work papers. No matter what type of document it is, these toploaders provide maximum protection and visual appeal.

## Product Information

### Technical Details

| Item Package Dimensions L x W x H | 11.34 x 9.65 x 1.06 inches |
|---|---|
| Package Weight | 0.7 Kilograms |
| Item Weight | 0.01 Ounces |
| Brand Name | BCW |
| Material | Pvc,Plastic |
| Part Number | 2-BCW-TLCH-8.5x11 |
| Style | Protection |

### Additional Information

| ASIN | B00JLVS6TG |
|---|---|
| Customer Reviews | ★★★★☆  48 ratings |
| | 4.8 out of 5 stars |
| Best Sellers Rank | #234,007 in Office Products (See Top 100 in Office Products) |
| | #968 in Binder Sheets, Card & Photo Sleeves |
| Date First Available | April 10, 2014 |

### Feedback

Would you like to tell us about a lower price? ⌄

## Videos

### Videos for related products



0:40

8 1/2" x 11" Rigid Print Protectors Clear
Rigid Toploaders
Kohundunye

[ Upload your video ]

## Related products with free delivery on eligible orders

Sponsored ⓘ | Try Prime for unlimited fast, free shipping

       

| Rubex Sheet Protectors 8.5 x 11 inch Clear Page Protectors Plastic Sleeves Reinforc... | 150 Sheet Protectors, 8.5 X 11 Inch Clear Page Protectors for 3 Ring Binder, Plasti... | 10 Pack Job Ticket Holders 8 1/2 x 11 - Work Order Plastic Sleeves for Documents... | 11 x 17 Sheet Protectors with 90 Microns Thick, Portrait View, Top Loading, Protect... | 50 Clear No Hole Sheet Protectors, 8.5" x 11", Plastic Sheet Sleeves, Top Loading P... | 8 1/2" x 11" Rigid Print Protectors Clear Rigid Toploaders Plastic Paper Page Prote... | Hexsonhoma 8 Pack 8.5 x 11 Plastic Sign Holder for Both Horizontal and Vertical, Cl... | VST Sheet Protectors Holes 8.5 x 11 Inches Crystal Clear Page Protectors Heavywe... |
|---|---|---|---|---|---|---|---|
| ★★★★☆ 7,954 | ★★★★☆ 236 | ★★★★★ 64 | ★★★★☆ 2 | ★★★★☆ 2 | ★★★★☆ 12 | ★★★★☆ 20 | ★★★★☆ 89 |
| $19.99 ✓prime | $14.97 ✓prime | $16.99 ✓prime | $18.97 ✓prime | $11.29 ✓prime | $31.99 ✓prime | $31.99 ✓prime | $11.99 ✓prime |

Sponsored

## Looking for specific info?

See questions and answers ›

## Customer reviews

⭐⭐⭐⭐⭐ 4.8 out of 5

48 global ratings

| | | |
|---|---|---|
| 5 star | | 88% |
| 4 star | | 8% |
| 3 star | | 0% |
| 2 star | | 4% |
| 1 star | | 0% |

⌄ How customer reviews and ratings work



Shop now

Sponsored ⓘ

Top reviews ▾

### Top reviews from the United States

**Ruth Lowry**

⭐⭐⭐⭐⭐ **Very nice!**

Reviewed in the United States on December 29, 2021

Verified Purchase

These are very nice for protecting photos, documents, etc. They are clear, not cloudy; and sturdy. I've purchased them before.

Helpful | Report abuse

**TJB**

⭐⭐⭐⭐⭐ **A teacher's or secretary's best friend.**

Reviewed in the United States on August 31, 2020

Verified Purchase

These are great for those papers (phone lists, addresses, calendars of events) we look at many times a week. They keep things clean and accessible. I'm now retired, but I use them for password lists, doctors' phone numbers, account information, and recipes, etc.). Excellent "Glad I learned about these" desk accessories.

One person found this helpful

Helpful | Report abuse

**Amazon Customer**

⭐⭐⭐⭐⭐ **Five Stars**

Reviewed in the United States on June 13, 2017

Verified Purchase

Great product

Helpful | Report abuse

**Sean M. Sullivan**

⭐⭐☆☆☆ **Quality control not great.**

Reviewed in the United States on July 27, 2020

Verified Purchase

2 of 10 top loaders were partially split down the side/along the side seam. I'd still buy again, but would hope quality control could be improved.

Helpful | Report abuse

**WKzzR Productions**

⭐⭐⭐⭐⭐ **Perfect**

Reviewed in the United States on November 26, 2021

Verified Purchase

Perfect for eight by ten pieces, collectibles, and more

Helpful | Report abuse

**Isabel Valdez**

⭐⭐⭐⭐⭐ **Great purchase**

Reviewed in the United States on August 10, 2019

Verified Purchase

Great for photo storage

One person found this helpful

Helpful | Report abuse

See all reviews ›



Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center

**Make Money with Us**
Sell products on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace

**Let Us Help You**
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime





Investor Relations
Amazon Devices
Amazon Science

Start a package delivery business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

Reload Your Balance
Amazon Currency Converter

Returns & Replacements
Manage Your Content and Devices
Your Recalls and Product Safety Alerts
Help

amazon
English
United States

Amazon Music
Stream millions of songs

Amazon Advertising
Find, attract, and engage customers

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Sell on Amazon
Start a Selling Account

Amazon Business
Everything For Your Business

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Ignite
Sell your original Digital Educational Resources

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Book Depository
Books With Free Delivery Worldwide

Box Office Mojo
Find Movie Box Office Data

ComiXology
Thousands of Digital Comics

DPReview
Digital Photography

Fabric
Sewing, Quilting & Knitting

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Amazon Photos
Unlimited Photo Storage Free With Prime

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

Amazon Warehouse
Great Deals on Quality Used Products

Whole Foods Market
America's Healthiest Grocery Store

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems

eero WiFi
Stream 4K Video in Every Room

Blink
Smart Security for Every Home

Neighbors App
Real-Time Crime & Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right to your door

PillPack
Pharmacy Simplified

Amazon Renewed
Like-new products you can trust

Conditions of Use  Privacy Notice  Your Ads Privacy Choices
© 1996-2023, Amazon.com, Inc. or its affiliates

amazon Deliver to Clerk Chicago 60601 | Sports & Outdoors | Search Amazon | EN | Hello, Clerk Account & Lists | Returns & Orders | 0 Cart

All | Amazon Basics | Customer Service | Amazon Health | Pet Supplies | Beauty & Personal Care | Home Improvement | Amazon Home | Coupons | Household, Health & Baby Care | Find a Gift | Handmade | Live tonight: ONE Fight Night

Sports & Outdoors | Exercise & Fitness | Outdoor Recreation | Sports Fan Shop | Team Sports | Hunting | Fishing | The Ride Shop | Leisure Sports & Game Room | Sports Deals | Outdoor Deals

fresh Save on game winning snacks

Toys & Games › Collectible Toys › Collectible Display & Storage › Card Storage & Display › Protective Sleeves

Click image to open expanded view

# BCW 3X4 Premium Toploader Card Holder - 25ct Pack

Visit the BCW Store
179 ratings

$7.98

Get $50 off instantly: Pay $0.00 ~~$7.98~~ upon approval for the Amazon Rewards Visa Card. No annual fee.

| | |
|---|---|
| Material | PVC |
| Brand | BCW |
| Max Input Sheet Capacity | 25 |
| Number of Pieces | 25 |

## About this item

- Holds a standard trading card - Up to 20 pts
- 25 Holders per pack. Open on the short side
- Thicker, 15mil panels
- Exterior Dimensions: 3" x 4 1/16"
- Interior Dimensions: 2 3/4" x 3 7/8"

## Additional Details

Small Business
This product is from a small business brand. Support small. Learn more

Report incorrect product information.

BCW 3x4 Standard Topload Card Holder - 2 pk
232
$7.95 prime

Sponsored

$7.98

FREE delivery **March 30 - April 3**. Details

Deliver to Clerk - Chicago 60601

In Stock

Qty: 1

Add to Cart

Buy Now

Secure transaction

| | |
|---|---|
| Ships from | Wizard Coin Supply |
| Sold by | Wizard Coin Supply |
| Returns | Eligible for Return, Re... |

Details

Add to List

New (3) from $7.98 & **FREE Shipping**

**Other Sellers on Amazon**

$7.99 Add to Cart
& **FREE Shipping**
Sold by: MYISTORES

Have one to sell?
Sell on Amazon

TitanShield (150 Sleeve/Bubblegum Pink) Small Japanese Sized Trading...
4,409
$11.99 prime

Sponsored

## Frequently bought together

+

Total price: $10.48
Add both to Cart

These items are shipped from and sold by different sellers. Show details

- [x] **This item:** BCW 3X4 Premium Toploader Card Holder - 25ct Pack $7.98
- [x] Sleeve Kings Standard USA Card Sleeves (56x87mm) - 110 Pack, 60 Microns $2.50

## Based on your recent views

Sponsored

Premium Top Loaders for Cards | Hard Card Sleeves. Baseball Card Protectors. Tradin...
162
$25.99 prime

TitanShield 3" x 4" Toploaders Top Loader Sleeves for Collectible Trading Cards (10...
791
$26.99 prime

Monster Pro-Tech Premium Top Loaders for Standard Card Protector - 100 3x4...
59
$29.94 prime

JODSSXI 25 Pcs Super Clear Regular Toploader for Standard Card Slightly Flexible 35...
23
$8.99 prime

Star Collector 3 X4 Clear Toploaders and Penny Sleeves (100 35 Point Thickness Hard...
96
$22.99 prime

1000 Premium Toploaders, Rivertown Hobby & Supply - 40 cartons of 25 Pack...
1,189
$139.99

200 Pcs 3 x 4" Top Loader Card Sleeves Trading Card Topload Holder Clear Protective...
22
$24.93 prime

100 Pack 3"x4" Hard Plastic Card Sleeves T Loaders for Cards, Baseball Card Prote...
766
Amazon's Choice in Collectible Trading Card Protective Sleeves
$15.49 prime

Doe 17

3/24/23, 4:32 PM
Case: 1:24-cv-07259 Document #: 1-3 Filed: 08/14/24 Page 70 of 148 PageID #:113
BCW 3x4 Premium Toploaders 4-card Large - 7.5 of P.48

**Product Description**

The BCW Premium 3x4 toploaders feature thicker, clearer panels and are made of high-quality, rigid PVC.

These toploading holders are a favorite among discerning collectors.

Use this product to protect, store, and display collectible baseball cards, football cards, basketball cards, hockey cards, or other trading cards.

**Product information**

Technical Details

| | |
|---|---|
| Item Package Dimensions L x W x H | 4.21 x 3.11 x 1.93 inches |
| Package Weight | 0.22 Kilograms |
| Item Dimensions LxWxH | 4 x 3 x 1.9 inches |
| Brand Name | BCW |
| Material | PVC |
| Manufacturer | BCW |
| Part Number | 1-TLCH |

Additional Information

| | |
|---|---|
| ASIN | B00ZZ10YCS |
| Customer Reviews | ★★★★☆ 179 ratings<br>4.7 out of 5 stars |
| Best Sellers Rank | #212,069 in Sports & Outdoors (See Top 100 in Sports & Outdoors)<br>#1,107 in Collectible Trading Card Protective Sleeves |
| Date First Available | June 19, 2015 |

Feedback

Would you like to tell us about a lower price? ⌄

**Videos**

Videos for related products


2:58
The Best Toploaders for Mailing Pokemon Cards
Perfect Sports Fan


1:03
What These Toploaders Are REALLY Like!
Cory Weigel


0:14
BCW Topload Card Holders
BCW Supplies


2:08
BCW 100 Count Card Toploaders and Card Sleeves
Parent Pacifier


Best Top Loa
Topload C
Parent

Upload your video

**Related products with free delivery on eligible orders**

Sponsored ⓘ | Try Prime for unlimited fast, free shipping


150 Count Hard Card Sleeves (Cross Side Opening), 3x4 Inch Top Loaders for Cards Ha...
$19.99 ✓prime


Premium Top Loaders for Cards | Hard Card Sleeves. Baseball Card Protectors. Tradin...
★★★★☆ 162
$25.99 ✓prime


Zantrech 150 Pack 3x4 Inch Top Loaders for Cards, Hard Card Sleeves for Game Card, ...
★★★★☆ 67
$24.99 ✓prime


JODSSXI 25 Pcs Super Clear Regular Toploader for Standard Card Slightly Flexible 35...
★★★★☆ 23
$8.99 ✓prime


200ct Semi Rigid Card Holders #1 - Grading Submission Size - 3 5/16" x 4 7/8 - Gem ...
★★★★☆ 210
$28.99 ✓prime


TitanShield 3" x 4" Toploaders Top Loader Sleeves for Collectible Trading Cards (10...
★★★★☆ 791
$26.99 ✓prime


P.Y.P Protect You Play 3"x4" Toploader Card Sleeves Combo of 100ct Top loaders + 10...
★★★★☆ 28
$24.99 ✓prime


Storage Box for Toploaders and Cards Penny Sleeves - 5 Pac 200 Pound Test Box...
★★★★☆ 1,189
$19.95 ($3.99/Count
✓prime

Sponsored

**Looking for specific info?**

See questions and answers ›



## Customer reviews

★★★★☆ 4.7 out of 5

179 global ratings

| | |
|---|---|
| 5 star | 84% |
| 4 star | 8% |
| 3 star | 4% |
| 2 star | 1% |
| 1 star | 2% |

⌄ How customer reviews and ratings work

Shop now

Sponsored ⓘ

Top reviews ⌄

### Top reviews from the United States

**Jayden**

★★★★☆ **LOOSE**

Reviewed in the United States on July 17, 2021

Verified Purchase

Loose fit! I put my cards in there and they float and move around a lot; so I'd suggest buying thick penny sleeves if you were to buy these.

Helpful | Report abuse

**natalie**

★★★★★ **Very Durable!**

Reviewed in the United States on July 1, 2021

Verified Purchase

These top loaders are very durable and worth it for the price. However it's way larger than a photo card so just know if you plan on decorating top loaders, there will be a lot of empty space.

Helpful | Report abuse

**Kayliah See**

★★★★★ **Great!**

Reviewed in the United States on April 22, 2021

Verified Purchase

came nice and packaged and was of good use! good purchase, would recommend!

Helpful | Report abuse

**Austin Healey**

★★★★★ **Really good**

Reviewed in the United States on January 20, 2021

Verified Purchase

Way better quality then the other toploader options and it's also less bendy

Helpful | Report abuse

**Ozzie**

★★★★★ **Good value for money**

Reviewed in the United States on April 29, 2021

Verified Purchase

Very thick. Nice item

Helpful | Report abuse

**Aaron Gutierrez**

★★★☆☆ **Product was good, packaging and cleanliness of products were poor.**

Reviewed in the United States on January 8, 2021

Verified Purchase

The product itself is good, but when it arrived the insides of some the sleeves had tiny bits of trash and some of the cards were damaged (had cracks).

Helpful | Report abuse

**Andrew John**

★★★★★ **Simply great**

Reviewed in the United States on January 20, 2021

Verified Purchase

Amazing quality and such great fast shipping!

Helpful | Report abuse

See all reviews ›

### Top reviews from other countries

Translate all reviews to English

**Kleber**

★★★★★ **porta cards POKEMON**

Reviewed in Brazil on March 8, 2022

Verified Purchase

todos os cards ficaram muito bem protegidos com estes Porta-Cards.

Report abuse

Translate review to English

**Raul Maciel dos Santos**

★★★★★ **Top**

Reviewed in Brazil on March 7, 2022

Verified Purchase

Muito bom

Report abuse

Translate review to English

See all reviews ›

Back to top

**Get to Know Us**

- Careers
- Amazon Newsletter
- About Amazon
- Accessibility
- Sustainability
- Press Center
- Investor Relations
- Amazon Devices
- Amazon Science

**Make Money with Us**

- Sell products on Amazon
- Sell apps on Amazon
- Supply to Amazon
- Protect & Build Your Brand
- Become an Affiliate
- Become a Delivery Driver
- Start a package delivery business
- Advertise Your Products
- Self-Publish with Us
- Host an Amazon Hub
- › See More Ways to Make Money

**Amazon Payment Products**

- Amazon Rewards Visa Signature Cards
- Amazon Store Card
- Amazon Secured Card
- Amazon Business Card
- Shop with Points
- Credit Card Marketplace
- Reload Your Balance
- Amazon Currency Converter

**Let Us Help You**

- Amazon and COVID-19
- Your Account
- Your Orders
- Shipping Rates & Policies
- Amazon Prime
- Returns & Replacements
- Manage Your Content and Devices
- Your Recalls and Product Safety Alerts
- Help

English | United States

| | | | | | |
|---|---|---|---|---|---|
| Amazon Music<br>Stream millions of songs | Amazon Advertising<br>Find, attract, and engage customers | 6pm<br>Score deals on fashion brands | AbeBooks<br>Books, art & collectibles | ACX<br>Audiobook Publishing Made Easy | Sell on Amazon<br>Start a Selling Account |
| Amazon Business<br>Everything For Your Business | Amazon Fresh<br>Groceries & More Right To Your Door | AmazonGlobal<br>Ship Orders Internationally | Home Services<br>Experienced Pros Happiness Guarantee | Amazon Ignite<br>Sell your original Digital Educational Resources | Amazon Web Services<br>Scalable Cloud Computing Services |
| Audible<br>Listen to Books & Original Audio Performances | Book Depository<br>Books With Free Delivery Worldwide | Box Office Mojo<br>Find Movie Box Office Data | ComiXology<br>Thousands of Digital Comics | DPReview<br>Digital Photography | Fabric<br>Sewing, Quilting & Knitting |
| Goodreads<br>Book reviews & recommendations | IMDb<br>Movies, TV & Celebrities | IMDbPro<br>Get Info Entertainment Professionals Need | Kindle Direct Publishing<br>Indie Digital & Print Publishing Made Easy | Amazon Photos<br>Unlimited Photo Storage Free With Prime | Prime Video Direct<br>Video Distribution Made Easy |
| Shopbop<br>Designer Fashion Brands | Amazon Warehouse<br>Great Deals on Quality Used Products | Whole Foods Market<br>America's Healthiest Grocery Store | Woot!<br>Deals and Shenanigans | Zappos<br>Shoes & Clothing | Ring<br>Smart Home Security Systems |
| eero WiFi<br>Stream 4K Video in Every Room | Blink<br>Smart Security for Every Home | Neighbors App<br>Real-Time Crime & Safety Alerts | Amazon Subscription Boxes<br>Top subscription boxes – right to your door | PillPack<br>Pharmacy Simplified | Amazon Renewed<br>Like-new products you can trust |

Conditions of Use  Privacy Notice  Your Ads Privacy Choices

© 1996-2023, Amazon.com, Inc. or its affiliates

Doe 17







Office Products › Office & School Supplies › Binders & Binding Systems › Binder Accessories › Sheet Protectors, Card & Photo Sleeves



W 8.5 x 11 Topload Holder – 5

the BCW Store
★★★★☆ | 18 ratings | Search this page

: $14.01
FREE Returns ⌄

Get $50 off instantly: Pay $0.00 upon approval for Amazon Visa. No annual fee.

| | |
|---|---|
| terial | Polyvinyl Chloride (PVC) |
| d | BCW |
| e | Protection |
| Input | 5 |
| t | |
| acity | |
| ber of | 5 |
| s | |

### ut this item
- lds a standard sheet of paper or documents measuring up to 8½ X 11
- pen on the short side
- xterior Dimensions: 8 7/8 x 11 1/4
- terior Dimensions: 8 5/8 x 11 1/8

### itional Details

Small Business
This product is from a small business brand. Support small. Learn more

Report an issue with this product or seller

**Delivery** | Pickup

One-time purchase:
$14.01

FREE Returns ⌄

**FREE delivery Tuesday, February 13** on orders shipped by Amazon over $35

Or fastest delivery **Overnight 7 AM - 11 AM**. Order within **7 hrs 23 mins**

Deliver to Clerk - Chicago 60601

**In Stock**

Buy 2 or more, save 7%
Discount by Amazon Terms

Quantity: 1 ⌄

[ Add to Cart ]
[ Buy Now ]

| | |
|---|---|
| Ships from | Amazon |
| Sold by | Zentra, LLC |
| Returns | Eligible for Return, Refund or Replacement… |
| Payment | Secure transaction |

See more

☐ Add a gift receipt for easy returns

Subscribe & Save:
$14.01
First delivery on Feb 13
Ships from: Amazon
Sold by: Shopy Express

### Similar item to consider

Amazon's Choice

Amazon Basics Clear Sheet Protectors for 3 Ring Binder, 8.5 x 11 Inch,Polypropylene, 100-Pack
★★★★★ (23221)
$10.59 ✓prime

Add to List ⌄

New (3) from $14.01 & FREE Shipping on orders over $35.00 shipped by Amazon.

### Frequently bought together



Total price: $35.97

[ Add all 3 to Cart ]

ⓘ Some of these items ship sooner than the others. Show details

This item: BCW 8.5 x 11 Topload Holder - 5 ct
$14.01

BCW (25) 4x6 Post Card & Photo Topload Holders - Rigid Plastic Sleeves Brand
$11.98

BCW 8 x 10 Photo Topload Holders - 5 ct
$9.98

Other Sellers on Amazon

$14.01  [ Add to Cart ]
& FREE Shipping on orders over $35.00 shipped by Amazon. Details ⌄
Sold by: ACS Pacific Supply

[ Add to Cart ]

**Based on your recent views**

Doe 18

1/5

2/8/24, 2:06 PM
Case: 1:24-cv-07259 Document #: 1-3 Filed: 08/14/24 Page 74 of 148 PageID #:117
Amazon.com - 3 filed: x.x.x - Image - of plus - Image

## Based on your recent views

Sponsored ⓘ

$14.01
& FREE Shipping on orders over $35.00 shipped by Amazon. Details ⌄
Sold by: Shopy Express

     

| 50 Pcs 8 1/2" x 11" Rigid Print Protectors Clear Rigid Top loaders Plastic Paper Pa... | BCW Pro 2-Pocket Photo Pages - 50 ct | 6 Pcs 8.5 x 11" Rigid Print Protectors, Clear Rigid Top loaders Plastic Paper Page... | BCW 4 x 6 Topload Holder - 100 ct | BCW 1-TLCH-6X4 Bcw 6X4 - Topload Holder | 100 Sheet Pro Heavy Duty 8.5 Clear Page Pro 3 Ring Bin... |
| ⭐ 48 | ⭐ 602 | ⭐ 4 | ⭐ 2 | ⭐ 5 | ⭐ 2 |
| $59.99 ✓prime | $14.99 | $9.99 ✓prime | $49.14 ✓prime | $12.88 ✓prime | $13.99 ✓prime |

## Products related to this item

Sponsored ⓘ

     

| 50 Pcs 8 1/2" x 11" Rigid Print Protectors Clear Rigid Top loaders Plastic Paper Pa... | 6 Pcs 8.5 x 11" Rigid Print Protectors, Clear Rigid Top loaders Plastic Paper Page... | BCW 1-TLCH-6X4 Bcw 6X4 - Topload Holder | 12 Pcs 8 1/2" x 11" Rigid Print Protectors Clear Rigid Toploaders Clear Sheet Prote... | BCW 1-TLCH-MAG-10MM Program Topload Holder - Rigid Plastic Sleeves | 10 Pieces 8 1/... Clear Toploade Document Hol... |
| ⭐ 48 | ⭐ 4 | ⭐ 5 | ⭐ 11 | ⭐ 2 | ⭐ 6 |
| $59.99 ✓prime | $9.99 ✓prime | $12.88 ✓prime | $19.99 ✓prime | $36.00 ✓prime | $16.99 ✓prime |

## Product Description

BCW's 8½x11 topload holder is made with rigid PVC that contains no plasticizers or stearates, like the rest of our toploaders. This high-quality PVC does not migrate, so rest assured it will not harm your important documents. 8½x11 is the size of a standard sheet of paper, so each topload holder has a variety of uses, from photos and prints to work papers. No matter what type of document it is, these toploaders provide maximum protection and visual appeal.

## Compare with similar items

| | This Item | Recommendations | | |
|---|---|---|---|---|
| |  |  |  |  |
| | BCW 8.5 x 11 Topload Holder - 5 ct | HYARUAT 8.5 x 11 Rigid Clear Toploaders - Durable PVC Document Protectors, Plastic Sleeves for Photos, Prints, and Menu... | BCW 5 x 7 Topload Holder - 5 ct | BCW 8 1/2" x 11" Clear Rigid Toploaders (Qty: 1 Pack of 25) |
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| Price | $14.01 | -33% $19.99 List: $29.99 | $7.79 | $34.89 |
| Delivery | Get it as soon as Tuesday, Feb 13 | Get it as soon as Tuesday, Feb 13 | Get it as soon as Tuesday, Feb 13 | Get it as soon as Tuesday, Feb 13 |
| Customer Ratings | 4.2 ⭐ 18 | 4.4 ⭐ 31 | 4.9 ⭐ 28 | 4.5 ⭐ 48 |
| Sold By | Zentra, LLC | HYARUAT | ACS Pacific Supply | MTGbiz |
| Max Input Sheets | 5 | 10 | 100 | 25 |
| Number Of Pieces | 5 | 10 | 5 | 25 |
| Style | Protection | Classic | Classic | Classic |
| Material | Polyvinyl Chloride (PVC) | Plastic | Polyvinyl Chloride (PVC) | Plastic |

## Product information

### Technical Details

| Manufacturer | BCW Diversified |
|---|---|

### Additional Information

| ASIN | B09KJ7YM15 |
|---|---|

| Brand | BCW |
| Item Weight | 12.6 ounces |
| Package Dimensions | 12.32 x 8.98 x 1.18 inches |
| Item model number | 1-TLCH-8.5X11-5 |
| Material Type | Polyvinyl Chloride (PVC) |
| Manufacturer Part Number | 1-TLCH-8.5X11-5 |

| Customer Reviews | 4.2 ★★★★☆ ~   18 ratings<br>4.2 out of 5 stars |
| Best Sellers Rank | #81,318 in Office Products (See Top 100 in Office Products)<br>#478 in Binder Sheets, Card & Photo Sleeves |
| Date First Available | October 27, 2021 |

### Warranty & Support

Amazon.com Return Policy: **Amazon.com Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

### Feedback

Would you like to **tell us about a lower price?** ⌄

## Looking for specific info?

## Videos

Help others learn more about this product by uploading a video!

[ Upload your video ]

## Brands in this category on Amazon

Sponsored ⓘ



**Protect Documents with Binder Sheet Protectors**
Shop JAM Paper ›



Easily Protect your Letter Size Paper
Shop Blue Summit Supplies ›

## Products related to this item

Sponsored ⓘ

      

| 50 Pcs 8 1/2" x 11" Rigid Print Protectors Clear Rigid Top loaders Plastic Paper Pa... | 3 pack of HAITIAN Clear Acrylic Sign Holder 8.5 x 11 Inch wall mount, 2 of 3M Doubl... | 6 Pcs 8.5 x 11" Rigid Print Protectors, Clear Rigid Top loaders Plastic Paper Page... | Sheet Protectors, HERKKA 500 Pack Heavy Duty Clear Plastic Page Protectors Sheet Re... | LUXPaper 9.5" x 12" Certificate Holders | Silver Metallic | 105lb. Cover | 25 Qty | PecMuikee Acrylic Sign Holder 8.5x11, Wall Mount Acrylic Sign Holder and Plastic Pa... | Acrylic Sign Holder,8.5x11 Inches Plastic Sign Holder paper holder,6 Pack T Shape... |
| ★★★★☆ 48 | ★★★★☆ 2 | ★★★★★ 4 | ★★★★☆ 2,235 | ★★★★☆ 238 | ★★★★☆ 63 | ★★★★☆ 279 |
| $59.99 ✓prime | $12.99 ✓prime | $9.99 ✓prime | $24.99 ✓prime | $37.95 ✓prime | Amazon's Choice in Business & Store Sign Holders<br>$18.99 ✓prime | $25.99 ✓prime<br>Save 10% with coupon |

---

## Customer reviews

### Reviews with images



See all photos ›



⭐⭐⭐⭐☆  4.2 out of 5

18 global ratings

| | | |
|---|---|---|
| 5 star | | 69% |
| 4 star | | 10% |
| 3 star | | 8% |
| 2 star | | 0% |
| 1 star | | 13% |

⌄ How customer reviews and ratings work

---

Top reviews ⌄

### Top reviews from the United States

**TrashBoat**
⭐⭐⭐⭐⭐ **Awesome**
Reviewed in the United States on June 10, 2023
Verified Purchase
I bought this for my autograph from RJ Mitte and I love it 😆 ❤️

Helpful | Report

**Bailey**
⭐☆☆☆☆ **Very flimsy**
Reviewed in the United States on August 24, 2023
Verified Purchase
I ordered a paper size, but received a baseball card size. Did not provide basic measurements. Says it was sturdy but is very flimsy.

Helpful | Report

See more reviews ›

### Top reviews from other countries

**Brownstone**
⭐⭐⭐☆☆ **Not for magazines.**
Reviewed in Canada on September 24, 2023
Verified Purchase
Add mentioned it would work for magazine s. It would on very thin magazine. Like a comic book. I bought these for displaying magazines and they are too tight.

Report

See more reviews ›

---

## Important information

To report an issue with this product or seller, click here.

Doe 18





Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Start Selling with Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Help

amazon
English
United States

Amazon Music Stream millions of songs
Amazon Ads Reach customers wherever they spend their time
6pm Score deals on fashion brands
AbeBooks Books, art & collectibles
ACX Audiobook Publishing Made Easy
Sell on Amazon Start a Selling Account
Amazon Business Everything For Your Business
Amazon Fresh Groceries & More Right To Your Door
AmazonGlobal Ship Orders Internationally
Home Services Experienced Pros Happiness Guarantee
Amazon Web Services Scalable Cloud Computing Services
Audible Listen to Books & Original Audio Performances
Box Office Mojo Find Movie Box Office Data
Goodreads Book reviews & recommendations
IMDb Movies, TV & Celebrities
IMDbPro Get Info Entertainment Professionals Need
Kindle Direct Publishing Indie Digital & Print Publishing Made Easy
Amazon Photos Unlimited Photo Storage Free With Prime
Prime Video Direct Video Distribution Made Easy
Shopbop Designer Fashion Brands
Amazon Warehouse Great Deals on Quality Used Products
Whole Foods Market America's Healthiest Grocery Store
Woot! Deals and Shenanigans
Zappos Shoes & Clothing
Ring Smart Home Security Systems
eero WiFi Stream 4K Video in Every Room
Blink Smart Security for Every Home
Neighbors App Real-Time Crime & Safety Alerts
Amazon Subscription Boxes Top subscription boxes – right to your door
PillPack Pharmacy Simplified
Amazon Renewed Like-new products you can trust

Conditions of Use Privacy Notice Your Ads Privacy Choices
© 1996-2024, Amazon.com, Inc. or its affiliates

### Similar sponsored items    See all >

    

| Trading Card Sleeves Hard Plastic Clear Case Holder 100 - Baseball Cards Topload | Lot of 5 Individual 8-1/2 (8.5") X 11 Ultra PRO Toploaders for Photos & Cards | Ultra PRO 3" x 4" Thick Toploader - Clear, 4 PK of 25 = 1PK 100 inner sleeves | BCW 3x4 Topload Card Holder, Standard, 100 Count Pack | 50 Trading Card Sleeves Hard Plastic Toploader Holder Plus 100 Penny Sleeves 100 |
|---|---|---|---|---|
| $16.55 | $14.75 | $3.99 | $18.92 | $17.20 |
| Free shipping | New | 1 bid | New | New |
| 44 sold | Free shipping | + $8.25 shipping | Free shipping | Free shipping |
| | 122 sold | Seller with a 100% positive feedback | Seller with a 99.5% positive feedback | 32 sold |

### Sponsored items customers also bought    See all >

    

| 50 Trading Card Sleeves Hard Plastic Toploader Holder Plus 100 Penny Sleeves 100 | 100 CBG Trading Card Hard Toploaders Holders Plus100 Soft Poly Penny Sleeves | 100 Pro Safe Regular 3x4 Toploaders + 100 soft sleeves New Top loaders STANDARD | 100 STANDARD 3x4 BCW TOPLOADER CARD HOLDER - 100 CT PACK - BRAND NEW & SEALED | Ultra PRO 3x4 inch Regular Toploader - 25 Pack - New Top Loader Holders Clear |
|---|---|---|---|---|
| $17.20 | $17.74 | $15.95 | $16.43 | $5.79 |
| Free shipping | $19.99 1% off | Free shipping | Free shipping | Free shipping |
| 32 sold | Free shipping | 310 sold | 537 sold | 578 sold |
| | Direct from Columbia Sports Cards | | | |

About this item    Shipping, returns & payments

Report this item

Seller assumes all responsibility for this listing.

Last updated on Jul 16, 2023 04:16:25 PDT  View all revisions

eBay item number: 134651943240

### Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more | Brand | Does not apply |
| Type | Does not apply | Max Input Sheet Capacity | 100 |
| Style | Classic | Color | Clear |
| Material | Polyvinyl Chloride (PVC), Polypropylene (PP) | Item Weight | 14.9 ounces |
| Manufacturer recommended age | 12 years and up | Product Dimensions | 4 x 3.75 x 3 inches |
| UPC | 744110500912 | ISBN | Does not apply |
| EAN | 0744110500912 | | |

### Item description from the seller

- Contains 50 standard toploaders
- Contains 100 trading card sleeves
- Toploader Exterior Dimensions: 3 x 4 1/16 in
- Toploader Interior Dimensions: 2 3/4 x 3 7/8 in
- Sleeve Exterior Dimensions: 2 5/8 X 3 5/8 in

BCW Standard 3x4 toploaders are made of high-quality, rigid PVC. These toploading holders are some of the most popular rigid individual card holders in the collectible card industry. Use this product to protect, store or display collectible baseball cards, football cards, hockey cards, or other trading cards like Magic The Gathering, YuGiOh, and others.

BCW Card Sleeves (often called 'penny sleeves') are an acid free, archival quality product made of crystal clear polypropylene. Use this protective holder to protect, store and display your collectible trading cards.





## 1stopshop41

**98.1%** Positive Feedback
**1.2K** Items sold

Seller's other items
Contact
Save seller

### Detailed seller ratings

Average for the last 12 months

| | |
|---|---|
| Accurate description | 4.9 |
| Reasonable shipping cost | 5.0 |
| Shipping speed | 4.9 |
| Communication | 4.9 |

### Seller feedback (425)

c***t (9) • Past month

Duffle bag looks just like the photo. Well made.

Extra Large Duffle Bag Lightweight 96L Travel Duffle Bag Foldable for Men Women (#134609513825)

p***e (1326) • Past month

The item didn't arrive at all because the seller cancelled the transaction, without any notice or explanation. I would tread c arefully with this vendor.

Marineland Rite Size Cartridge C 6 Pack NEW (#134606351473)

d***r (578) • Past month

A Great E-Bayer!! Highly Recommend Anytime!! Fast Shipping Too!! Thank You!!

Swivel Caster Wheels 2 Inch Heavy Duty Threaded Stem Casters 3/8"-16X1" with Bra (#134522724596)

See all feedback

Back to previous page
Return to top

More to explore : Sports Trading Card Toploaders & Holders, Magnetic Holder Sports Trading Card Toploaders & Holders, Gold Sports Trading Card Toploaders & Holders, Screwdown Holder Sports Trading Card Toploaders & Holders, BCW Sports Trading Card Toploaders & Holders, Sports Trading Card Toploaders & Holders for Standard, Semi-Rigid Holder Sports Trading Card Toploaders & Holders, Ultra PRO Sports Trading Card Toploaders & Holders, BCW Magnetic Holder Sports Trading Card Toploaders & Holders, Sports Trading Card Toploaders & Holders with UV Protection

About eBay Announcements Community Security Center Seller Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

How do you like our checkout? Give us feedback

To add more items, go to cart.

## Pay with

○ Add new card
  VISA · Mastercard · AMEX · DISCOVER

○ **PayPal**

○ **PayPal CREDIT**
  Special financing available.
  Apply now. See terms

○ G Pay Google Pay

## Ship to

Clerk2 Clerk2
161 North Clark St.
Chicago, IL 60601-3206
United States
(312) 375-1573
Change

## Review item and shipping

Seller: 1stopshop41 | Message to seller



50 Count Topload Card Holders And 100 Count Sleeves NEW
**$13.02**
Quantity 1

**Delivery**
Est. delivery: Jul 20 – Jul 22
Standard Shipping
Free

## Gift cards, coupons, eBay Bucks

Enter code: | Apply

## Donate to charity (optional) ⓘ

Motorsports Charities, Inc.

The NASCAR Foundations improves the lives of children in our NASCAR communities. Helping children survive and thrive. That's our checkered flag! PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount | None ▾

| | |
|---|---|
| Subtotal (1 item) | $13.02 |
| Shipping | Free |
| Tax* | $1.33 |
| **Order total** | **$14.35** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

🔒 Confirm and pay

Select a payment option

ebay MONEY BACK GUARANTEE
See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

Case: 1:24-cv-07259 Document #: 1-3 Filed: 08/14/24 Page 81 of 148 PageID #:124

Hi Clerk2!    Daily Deals    Help & Contact

Sell    Watchlist ⌄    My eBay ⌄

ebay

Search for anything    [All Categories ⌄]

Back to home page | Listed in category:   Sporting Goods   ⋯   Storage & Display Supplies   ›   Card Toploaders & Holders   ›   See more BCW ITLCHN 3 X 4 Ba...

Share  |  Add to Watchlist



### Hard Plastic Card Holder 25 Sleeves for Baseball Card Topload Display Supplies.

★★★★★ 308 product ratings

🔥 Last item available

| Condition: | New |
|---|---|
| Quantity: | 1    **Last One** / 12 sold |

Price: **US $7.20**

[ Buy It Now ]

[ Add to cart ]

[ ♡ Add to watchlist ]

🚚 **Fast and reliable.** Ships from United States.

| Shipping: | **Free Standard Shipping.** See details |
|---|---|
| | Located in: Richardson, Texas, United States |
| Delivery: | Estimated between **Mon, Jul 24** and **Thu, Jul 27** to 60601 ⓘ |
| Returns: | Seller does not accept returns. If the item you received doesn't match the listing description, your purchase may be eligible for eBay Money Back Guarantee if the return request is made within 3 days from delivery. See details |
| Payments: | PayPal   G Pay   VISA   ● MasterCard   DISCOVER   AMERICAN EXPRESS |

*PayPal* **CREDIT**

Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Seller information**

mohmus_j6e0a9z6 (86 ⭐)

97.4% positive feedback

♡ Save seller

Contact seller

Visit store

See other items

**Have one to sell?** [ Sell now ]

## Similar sponsored items    See all ›

    

Feedback on our suggestions

BCW 3X4 Toploader Sports Gaming 20pt Card Holder 12 Mil Standard (25) Per Pack
New
$6.79
~~$7.22~~ 6% off
Free shipping
🛡 Top Rated Plus

Trading Card Sleeves Hard Plastic Clear Case Holder 25 Baseball Cards Top load
New
$8.49
Free shipping
4174 sold

371 Ct Card Saver I | 300+ Ct Ultra Pro Sleeves | 100 Ct Cardboard Gold Sleeves
New
$8.85
11 bids
Free shipping
Seller with a 100% positive feedback

25 BCW Topload Holders Standard 3x4 Trading Sport Card Rigid Game Sleeve New
New
$7.18
Free shipping
21 sold

Pack /25 BCW Hard Plastic Baseball Trading Card Topload Holders 12 mil protector
New
$8.49
Free shipping
🛡 Top Rated Plus
6990 sold

## Sponsored items customers also bought

See all ›

Feedback on our suggestions











Trading Card Sleeves Hard Plastic Clear Case Holder 25 Baseball Cards Top load
New
$8.49
Free shipping
4174 sold

250 Trading Card Sleeves 50 hard plastic toploader holders plus 200 penny sleeve
New
$16.31
Free shipping
34 sold

Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading ✅✅✅
New
$14.99
Free shipping
45 sold

BCW Hard Plastic Baseball Trading Card Topload Holders standard 59 79 138pt 360+
New
$6.89
Free shipping
2346 sold

BCW 3X4 Toploaders PREMIUM 20pt Point 4 Packs of 25 for Standard Cards 100 Total
New
$17.58
Free shipping
🛡 Top Rated Plus
89 sold

| About this item | Shipping, returns & payments |
|---|---|

Report this item

Seller assumes all responsibility for this listing.
Last updated on Jul 18, 2023 01:09:15 PDT View all revisions

eBay item number: 334925511863

## Item specifics

| | |
|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more |
| EAN | 0722626902291 |
| Package Dimensions LxWxH | 4.06x3.15x1.65 Inches |
| ISBN | 0722626902291 |
| Color | White |
| Model | Does not apply |
| Material | Plastic |
| Weight | 0.4 Pounds |
| UPC | 0722626902291 |
| Brand | BCW |
| Type | Rigid |
| MPN | 1TLCHN |

## About this product

### Product Identifiers

| | |
|---|---|
| Brand | BCW |
| MPN | 1TLCHN |

| | |
|---|---|
| GTIN | 0722626902291 |
| UPC | 0722626902291 |
| eBay Product ID (ePID) | 625692437 |

**Product Key Features**

| | |
|---|---|
| Type | Rigid |

**Additional Product Features**

| | |
|---|---|
| Size | Standard |
| Team | Base Ball |
| Border Color | Clear |

## Item description from the seller

Hard Plastic Card Holder 25 Sleeves for Baseball Card Topload Display Sup

### Item description from the seller

Hard Plastic Card Holder 25 Sleeves for Baseball Card Topload Display Supplies
- 25 Holders per Pack. Topload open on the short side
- Each card holder holds a standard trading card - Up to 20 pts
- 12-mil thickness panels made of high-quality  rigid PVC
- Exterior Dimensions: 3" x 4-1/16"
- Interior Dimensions: 2-3/4" x 3-7/8"



## 214 shops

**97.4% Positive Feedback**
**275 Items sold**

Visit store

Contact

♡ Save seller

### Detailed seller ratings
Average for the last 12 months

| | |
|---|---|
| Accurate description | 4.9 |
| Reasonable shipping cost | 5.0 |
| Shipping speed | 4.8 |
| Communication | 4.8 |

### Popular categories from this store    See all

Pet Supplies    Collectibles    Crafts

Books & Magazines    Health & Beauty

Business & Industrial    Consumer Electronics

eBay Motors    Cameras & Photo

### Seller feedback (68)

This item (1)    All items (68)

⊕ p***r (257) • Past month

Exactly as described.

See all feedback

## Ratings and Reviews    Learn more

Write a review



# 4.9

★★★★★

308 product ratings

| | | |
|---|---|---|
| 5 | ▬▬▬▬▬▬▬▬▬ | 290 |
| 4 | ▬▬▬ | 15 |
| 3 | ▬ | 1 |
| 2 | ▬ | 1 |
| 1 | | 0 |



95%

Would recommend



97%

Good value



100%

Good quality

## Most relevant reviews

See all 193 reviews

★★★★★

by loudguy8711

Jan 05, 2016

### BCW hard plastic card holders with penny sleeves.

What a great buy on a top quality product! If you collect any type of cards then these are a great yet inexpensive investment to keep your collecting protected. I ordered the 100 holder set with the sleeves. Was so happy with the quality I ordered 100 more the next day.

Verified purchase: Yes | Condition: New | Sold by: hobby*supplies

👍(3)   💬(0)   !

★★★★★

by livewiredealz

Feb 15, 2018

### Excellent Card Protectors for Shipping and Storage!

These things are super thick and perfect for shipping and storage, while also being reasonably cheap, even in small bulk quantities, such as, 100 per purchase. Bear in mind that each set of 25 is 1 Box of Rigid/Hard Plastic Sleeves. So, if you order 100, then it'll come with 4 boxes. Luckily, I found me a really cool person who sells them in lots of 100 and includes an addition 100 Soft Sleeves, as well! Really great deal for a great product by BCW!

Verified purchase: Yes | Condition: New | Sold by: hobby*supplies

👍(3)   💬(0)   !

★★★★★

by zacwaspe-0

Nov 09, 2021

### Quick easy affordable!

I've bought from quite a few small shops on here for toploaders and sleeves and this one is by far the most reliable for bulk. Every time I order it's here within the week and ready for card storage! And one of the few I've found with not as messed up toploaders.

Verified purchase: Yes | Condition: New | Sold by: ghezziky

👍(0)   💬(0)   !

★★★★★

by listnewandnotnew

Jul 05, 2016

### Exactly as described, good quality

Worked exactly as I expected, great protection for the cards, easy to use.

Verified purchase: Yes | Condition: New | Sold by: 7thstent

👍(2)   💬(0)   !

★★★★★

by bryjor68

Jul 20, 2016

### Quality product

If possible, an overhead or "top" view of the "toploader" would help visually so that the buyer could get a better idea that a certain card would fit. Actual "mm" size is good, but the added view would be very helpful especially when trying to figure out if a thicker card, such as a jersey or patch card, would fit.

Verified purchase: Yes | Condition: New | Sold by: hobby*supplies

👍(3)   💬(0)   !

Back to home page | See More Details about "BCW 1TLCHN 3 X 4 Baseball Trading Card Topload Holders..."          Return to top

More to explore : Sports Trading Card Toploaders & Holders,   Magnetic Holder Sports Trading Card Toploaders & Holders,   Gold Sports Trading Card Toploaders & Holders,
BCW Sports Trading Card Toploaders & Holders,   Screwdown Holder Sports Trading Card Toploaders & Holders,   Sports Trading Card Toploaders & Holders for Standard,
Black Sports Trading Card Toploaders & Holders,   Ultra PRO Sports Trading Card Toploaders & Holders,   Semi-Rigid Holder Sports Trading Card Toploaders & Holders,
BCW Magnetic Holder Sports Trading Card Toploaders & Holders

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices 🅵 and AdChoice ⓘ

 Checkout

How do you like our checkout? Give us feedback

## Pay with

○ **Add new card**
VISA  Mastercard  American Express  Discover

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

○ G Pay  Google Pay

## Ship to

Clerk2 Clerk2
161 North Clark St.
Chicago, IL 60601-3206
United States
(312) 375-1573
Change

## Review item and shipping

Seller:  mohmus_j6e0...    Message to seller



Hard Plastic Card Holder 25 Sleeves for
Baseball Card Topload Display Supplies.
**$7.20**
Quantity 1

**Delivery**
Est. delivery: Jul 24 – Jul 27
FedEx Ground or FedEx Home Delivery
**Free**

## Gift cards, coupons, eBay Bucks



| | |
|---|---|
| Subtotal (1 item) | $7.20 |
| Shipping | Free |
| Tax* | $0.74 |

| | |
|---|---|
| **Order total** | **$7.94** |

*We're required by law to collect sales tax
and applicable fees for certain tax
authorities. Learn more

🔒 **Confirm and pay**

**Select a payment option**

ebay MONEY BACK GUARANTEE
See details

Enter code:

Apply

## Donate to charity (optional) ⓘ

Motorsports Charities, Inc.

The NASCAR Foundations improves the lives of children in our NASCAR communities. Helping children survive and thrive. That's our checkered flag! PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount    None ⌄

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices ✓✗ and AdChoice ⓘ

Case: 1:24-cv-07259 Document #: 1-3 Filed: 08/14/24 Page 87 of 148 PageID #:130



Hi Clerk2! ∨ | Daily Deals | Brand Outlet | Gift Cards | Help & Contact

Sell | Watchlist ∨ | My eBay ∨

**ebay**  Shop by category ∨ | Search for anything | All Categories ∨ | Search

Back to search results | Collectibles & Art > | ... > | Sports Trading Cards > | Storage & Display Supplies > | Card Toploaders & Holders

Share | Add to Watchlist

### 100 Top Loaders for Cards Toploader Hard Plastic Card Sleeves Baseball Football

aliflaammeem (18)
94.1% positive · Seller's other items · Contact seller

## US $17.75

Condition: New

Quantity: 1  10 available / 3 sold

**Buy It Now**

**Add to cart**

♡ **Add to watchlist**

Shipping: **Free** Economy Shipping. See details
Located in: Miami, Florida, United States

Delivery: Estimated between **Wed, Feb 14** and **Tue, Feb 20** to 60601 ⓘ

Returns: Seller does not accept returns. If the item you received doesn't match the listing description, your purchase may be eligible for eBay Money Back Guarantee if the return request is made within 3 days from delivery. See details

Payments: [PayPal] [G Pay] [VISA] [MasterCard] [American Express] [Discover]

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Have one to sell? Sell now

---

About this item | Shipping, returns, and payments

Report this item

Seller assumes all responsibility for this listing.

Last updated on Feb 05, 2024 20:22:21 PST  View all revisions

eBay item number: 364712939407

### Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more | | |
| Type | Toploader | | |
| Material | Plastic | | |

### Item description from the seller

Unmatched Protection: These trading card sleeves are renowned for setting the standard in card protection. Safeguard your collection from wear, scratches, and other potential damages. These card toploaders provide top-of-the-line card protection.
Designed for Security: Our toploaders strike the perfect balance, being less flexible than semi-rigid holders and more flexible than magnetic card holders. This ensures your cards remain safe even if accidentally dropped.
Dimensions and Clarity: Each toploader is standard-sized with outer dimensions of 3x4 inches, accommodating items slightly smaller. The sleeves are clear with a slight blue tinge, allowing every detail of your card to shine through.
Multi-Purpose Use: Utilize these trading card top loaders to protect, store, or proudly display your cards. The crystal-clear clarity with a subtle blue tinge ensures that your cards' details are showcased with perfection.

Seller's other items

Doe 22



### aliflaammeem

**94.1%** Positive Feedback
129 items sold

📅 Joined Oct 2022

<div>Contact</div>

<div>♡ Save seller</div>

## Detailed seller ratings

Average for the last 12 months

| | | |
|---|---|---|
| Accurate description | | 4.9 |
| Reasonable shipping cost | | 5.0 |
| Shipping speed | | 4.9 |
| Communication | | 4.6 |

## Seller feedback (21)

**This item (1)**   All items (21)

➕ i***8 (315) • Past month

Perfect

[ See all feedback ]

---

Back to search results
Return to top

More to explore :  Sports Trading Card Toploaders & Holders,   BCW Sports Trading Card Toploaders & Holders,   Gold Sports Trading Card Toploaders & Holders,
Magnetic Holder Sports Trading Card Toploaders & Holders,   Sports Trading Card Toploaders & Holders for Standard,   Ultra PRO Sports Trading Card Toploaders & Holders,
Screwdown Holder Sports Trading Card Toploaders & Holders,   Baseball Trading Card Singles,   Football Sports Trading Cards,   Sports Trading Card Card Sleeves

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice



# ebay Checkout

How do you like our checkout? Give us feedback

PayPal Buy with PayPal. It's fast and simple.

**Pay with**

Add new card

PayPal

Special financing available.
Apply now. See terms

Google Pay

| | |
|---|---|
| Item (1) | $17.75 |
| Shipping | Free |
| Tax* | $1.82 |
| **Order total** | **$19.57** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

Confirm and pay

Select a payment method

ebay MONEY BACK GUARANTEE
See details

**Ship to**

Clerk2 Clerk2
161 North Clark St.
Chicago, IL 60601-3206
United States
(312) 375-1573
Change

**Review item and shipping**

Seller: aliflaammeem | Message to seller

100 Top Loaders for Cards Toploader Hard Plastic Card Sleeves Baseball Football

**$17.75**

Quantity
1

**Delivery**
**Free USPS Media Mail**
Est. delivery: Feb 14 – Feb 20

**Gift cards, coupons, eBay Bucks**

Enter code:

Apply

**Donate to charity (optional)**

Asian Americans for Equality, Inc.

Help AAFE accomplish its mission to build affordable housing, provide housing advocacy, small business loans & support for first-time homeowners. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount None

Hi Clerk2! Daily Deals Brand Outlet Gift Cards Help & Contact Sell Watchlist My eBay

Shop by category Search for anything All Categories Search

Back to search results · Collectibles & Art > ... > Sports Trading Cards > Storage & Display Supplies > Card Toploaders & Holders Share · Add to Watchlist

SAVE UP TO 9% WHEN YOU BUY MORE

Have one to sell? Sell now

# BCW 8 x 10 Photo Topload Holders - 5 ct

alonzadok1 (1241)
99.1% positive · Seller's other items · Contact seller

**US $14.59/ea**

Condition: **New**

Quantity: 1 3 available / 1 sold

Bulk savings:

| Buy 1 | Buy 2 | Buy 3 |
|---|---|---|
| $14.59/ea | $14.15/ea | $13.86/ea |

Buy It Now

Add to cart

Add to watchlist

Shipping: **Free** Standard Shipping. See details
Located in: Denver, Colorado, United States

Delivery: Estimated between **Thu, Feb 15** and **Wed, Feb 21** to 60601
Includes **5 business days** handling time after receipt of cleared payment.

Returns: Seller does not accept returns. If the item you received doesn't match the listing description, your purchase may be eligible for eBay Money Back Guarantee if the return request is made within 3 days from delivery. See details

Payments: PayPal G Pay VISA Mastercard AMEX DISCOVER
PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

About this item | Shipping, returns, and payments | Report this item

Seller assumes all responsibility for this listing.

eBay item number: **404766263919**

Last updated on Feb 03, 2024 18:43:26 PST View all revisions

## Item specifics

| | |
|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more |
| EAN | 0722626031533 |
| ISBN | 0722626031533 |
| Package Dimensions LxWxH | 10.28x8.62x0.51 Inches |
| Weight | 0.66 Pounds |
| Type | Does not apply |
| Brand | BCW |
| UPC | 722626031533 |

## Item description from the seller

The rigid PVC used in the 8x10 toploader as well as other BCW toploaders contain no plasticizers or stearates.
Our high quality PVC does not migrate and will not harm your cards, photos or prints, while offering maximum protection and visual appeal.
Use this holder to protect, store and display your 8x10 photographs, prints and documents.
Holds 8x10 photographs
Open on the short side
Exterior Dimensions: 8 3/8 x 10 1/4
Interior Dimensions: 8 1/8 x 10 1/8



**alonzadok1**

99.1% Positive Feedback
5.0K items sold

Joined Jan 2018

Visit store

Contact

♡ Save seller

### Detailed seller ratings

Average for the last 12 months

| | | |
|---|---|---|
| Accurate description | | 4.9 |
| Reasonable shipping cost | | 5.0 |
| Shipping speed | | 5.0 |
| Communication | | 5.0 |

### Seller feedback (1,202)

This item (1)    All items (1,202)

➕ h***e (415) • Past month

Great product!

See all feedback

## Product ratings and reviews

Learn more

Write a review

☆☆☆☆☆
No ratings or reviews yet

Be the first to write the review

Back to search results

Return to top

More to explore :   BCW Sports Trading Card Toploaders & Holders,   BCW Magnetic Holder Sports Trading Card Toploaders & Holders,   BCW Sports Trading Card Toploaders & Holders for Tall, BCW Gold Sports Trading Card Toploaders & Holders,   BCW Screwdown Holder Sports Trading Card Toploaders & Holders,   Magnetic Holder Sports Trading Card Toploaders & Holders, Screwdown Holder Sports Trading Card Toploaders & Holders,   Gold Sports Trading Card Toploaders & Holders,   Semi-Rigid Holder Sports Trading Card Toploaders & Holders, Ultra PRO Sports Trading Card Toploaders & Holders

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice ⓘ

 Checkout

How do you like our checkout? Give us feedback

**PayPal** Buy with PayPal. It's fast and simple.

**Pay with**

○ Add new card
VISA · Mastercard · American Express · Discover

○ PayPal

○ Special financing available.
Apply now. See terms

○ G Pay Google Pay

**Ship to**

Clerk2 Clerk2
161 North Clark St.
Chicago, IL 60601-3206
United States
(312) 375-1573
Change

**Review item and shipping**

Seller: alonzadok1   |   Message to seller

BCW 8 x 10 Photo Topload Holders - 5 ct
$14.59

Quantity
1

**Delivery**

● Free Standard Shipping
Est. delivery: Feb 15 – Feb 21

○ Est. delivery: Feb 15 – Feb 21
USPS Ground Advantage
$1.00

**Gift cards, coupons, eBay Bucks**

Enter code:    Apply

**Donate to charity (optional)** ⓘ

Save a Child's Heart Foundation

Give $1 to help provide lifesaving heart surgery for children in need. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount   None

| Item (1) | $14.59 |
|---|---|
| Shipping | Free |
| Tax* | $1.50 |

**Order total** $16.09

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

🔒 Confirm and pay

Select a payment method

ebay MONEY BACK GUARANTEE
See details

Doe 23



Hi Clerk2! ∨    Daily Deals    Brand Outlet    Gift Cards    Help & Contact          Sell    Watchlist ∨    My eBay ∨    🔔 1    🛒

ebay    Shop by category ∨    🔍 Search for anything    All Categories ∨    Search

‹ Back to search results    Collectibles & Art    …    Sports Trading Cards    Storage & Display Supplies    Card Toploaders & Holders          Share    Add to Watchlist

🔥 SAVE UP TO **15%** WHEN YOU BUY MORE



Have one to sell? Sell now

## (200) BCW 3x4 Regular Card Toploaders | Top Loaders


Legendary Hobby (4091)
99.8% positive · Seller's other items · Contact seller

### US $29.99/ea
or Best Offer

Condition:    New

Quantity:    [ 1 ]    6 available / 297 sold

Bulk savings:

| Buy 1 $29.99/ea | Buy 2 $28.49/ea | Buy 3 $26.99/ea | 4 or more for $25.49/ea |

**Buy It Now**

**Add to cart**

**Make offer**

♡ Add to watchlist

⚡ **This one's trending.** 297 have already sold.

↩ **Breathe easy.** Returns accepted.

Shipping:    **Free 2-4 day shipping**
Get it between **Wed, Feb 14** and **Fri, Feb 16** to 60601.
See details
Located in: Jackson, Wisconsin, United States

Returns:    14 days returns. Buyer pays for return shipping. See details

Payments:    PayPal  G Pay  VISA  MasterCard  AMEX  Discover
PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

---

| About this item | Shipping, returns, and payments |

Report this item

Seller assumes all responsibility for this listing.                                        eBay item number: 402745558094

Last updated on Feb 04, 2024 05:32:19 PST View all revisions

## Item specifics

| | |
|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's … Read more |
| Brand | BCW |
| Type | Rigid |
| Compatible Card Size | Standard |
| Color | Clear |
| Use With | Standard Size Trading Cards |

Doe 24

## Item description from the seller

# Legendary Hobby

### BCW Pro 3" x 4" Regular Top Loader
### 200 Top Loaders

BCW Standard 3x4 toploaders are made of high-quality, rigid PVC. These toploading holders are some of the most popular rigid individual card holders in the collectible card industry. Use this product to protect, store or display collectible baseball cards, football cards, hockey cards, or other trading cards like Magic The Gathering, Pokemon, YuGiOh, and others.

BCW Card Sleeves (often called 'penny sleeves') are an acid free, archival quality product made of crystal clear polypropylene. Use this protective holder to protect, store and display your collectible trading cards.

### Shipping Information

Item will ship via UPS/Fedex Ground or USPS Priority Mail. Orders ship same day on orders placed and paid before 3pm EST. Weekend orders ship on Monday.

## Legendary Hobby

**99.8%** Positive Feedback

**14K** items sold

Visit store

Contact

Save seller

Joined Oct 2019

### Detailed seller ratings

Average for the last 12 months

| | |
|---|---|
| Accurate description | 5.0 |
| Reasonable shipping cost | 5.0 |
| Shipping speed | 5.0 |
| Communication | 5.0 |

### Popular categories from this store

See all

Sports Cards · Pokémon · Mens Apparel · Womens Apparel · Other

### Seller feedback (3,767)

This item (131) All items (3,767)

r***t (5325) • Past year

Great product,just as described, super secure package expertly shipped!!

j***a (322) • Past year

Doe 24





Good price, fast shipping, great product. Awesome..

d***v (1134) • Past year

GOOD PRODUCT... FAST SHIPPING. PACKED WELL. THANK YOU

See all feedback

Back to search results

More to explore :   BCW Sports Trading Card Toploaders & Holders,   BCW Sports Trading Card Toploaders & Holders for Tall,   BCW Gold Sports Trading Card Toploaders & Holders,
BCW Black Sports Trading Card Toploaders & Holders,   BCW White Sports Trading Card Toploaders & Holders,   BCW Magnetic Holder Sports Trading Card Toploaders & Holders,
Sports Trading Card Toploaders & Holders,   Magnetic Holder Sports Trading Card Toploaders & Holders,   Ultra PRO Sports Trading Card Toploaders & Holders,   BCW Sports Trading Card Storage Boxes

About eBay     Announcements     Community     Security Center     Seller Center     Policies     Affiliates     Help & Contact     Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice

Doe 24

 **Checkout**

How do you like our checkout? Give us feedback

**PayPal**  Buy with PayPal. It's fast and simple.



**Pay with**

○ Add new card
  VISA · Mastercard · AMEX · DISCOVER

○ **PayPal**  PayPal

○ **PayPal CREDIT**  Special financing available.
  Apply now.  See terms

○ **G Pay**  Google Pay

**Ship to**

Clerk2 Clerk2
161 North Clark St.
Chicago, IL 60601-3206
United States
(312) 375-1573
Change

**Review item and shipping**

Seller: legendaryhobby    Message to seller

(200) BCW 3x4 Regular Card Toploaders | Top Loaders
**$29.99**

Quantity
1

Returns accepted

**Delivery**
Free 2-4 day shipping
Get it by Feb 14 – Feb 16
Standard Shipping

**Gift cards, coupons, eBay Bucks**

Enter code:    Apply

**Donate to charity (optional)** ⓘ

Save a Child's Heart Foundation

Give $1 to help provide lifesaving heart surgery for children in need. PayPal
Giving Fund (PPGF) receives your donation and grants 100% to a charity no
later than 30 days after the end of the month in which the donation is
made. Donations are non-refundable and typically tax deductible. PPGF
may be unable to grant funds to a charity if the charity has lost tax exempt
status, has closed, or no longer accepts funds from PPGF.

Select amount    None

| Item (1) | $29.99 |
| Shipping | Free |
| Tax* | $3.07 |
| **Order total** | **$33.06** |

*We're required by law to collect sales tax and
applicable fees for certain tax authorities. Learn more

🔒 Confirm and pay

Select a payment method

**eBay** MONEY BACK GUARANTEE
See details

**Doe 24**





Have one to sell? Sell now

# Pack of (25) BCW 8x10 Picture Photo Clear Hard plastic Top Loaders

angeigiel_0 (117)
98.3% positive · Seller's other items · Contact seller

**US $28.00**

Condition: **New**

Quantity: 1 **Last One / 25 sold**

Buy It Now

Add to cart

Add to watchlist

**This one's trending.** 25 have already sold.

Shipping: **Free** Standard Shipping. See details
Located in: Downers Grove, Illinois, United States

Delivery: Estimated between **Fri, Feb 23** and **Wed, Feb 28** to 60601
Includes **10 business days** handling time after receipt of cleared payment.

Returns: Seller does not accept returns. If the item you received doesn't match the listing description, your purchase may be eligible for eBay Money Back Guarantee if the return request is made within 3 days from delivery. See details

Payments: PayPal G Pay VISA AMEX DISCOVER
PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

About this item | Shipping, returns, and payments | Report this item

Seller assumes all responsibility for this listing.

eBay item number: **235316113583**

Last updated on Feb 01, 2024 19:56:55 PST View all revisions

## Item specifics

| | |
|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more |
| Type | Card Holder |
| Brand | BCW |
| Country/Region of Manufacture | United States |
| UPC | Does not apply |

## Item description from the seller

Pack of (25) BCW 8x10 Picture Photo Clear Hard plastic Top Loaders

FreeShipping



### angeigiel_0

**98.3%** Positive Feedback
**344** items sold

📅 Joined May 2022

Seller's other items

Contact

♡ Save seller

### Detailed seller ratings

Average for the last 12 months

| | | |
|---|---|---|
| Accurate description | ▬▬▬ | 5.0 |
| Reasonable shipping cost | ▬▬▬ | 5.0 |
| Shipping speed | ▬▬▬ | 4.9 |
| Communication | ▬▬▬ | 4.9 |



### Seller feedback (122)

This item (13)    All items (122)

➕   n***a (1166) • Past month

A+ seller. Great item. Arrived in mint condition and ahead of schedule. Thank you.

➕   4***J (3685) • Past 6 months

Great product ! Fast shipper ! Great ebay seller !

➕   9***8 (538) • Past month

Not sure what happened with shipping. But communication was good. Product is as described.

See all feedback

---

Back to search results    Return to top

More to explore :   BCW Sports Trading Card Toploaders & Holders,   NBA Original Autographed Photos Nevada Wolf Pack,   BCW Sports Trading Card Binders,
BCW Sports Trading Card Display Cases & Stands,   BCW Sports Trading Card Storage & Display Supplies,   BCW Sports Trading Card Toploaders & Holders for Tall,
BCW Magnetic Holder Sports Trading Card Toploaders & Holders,   BCW Sports Trading Card Card Sleeves for Standard,   NFL Photos,   MLB Photos

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice

 **Checkout**

How do you like our checkout? [Give us feedback](#)



**PayPal** Buy with PayPal. It's fast and simple.

### Pay with

○ Add new card
  VISA ● MasterCard ● AMEX ● DISCOVER

○ **PayPal** PayPal

○ **PayPal CREDIT** Special financing available.
  Apply now. See terms

○ **G Pay** Google Pay

### Ship to

Clerk2 Clerk2
161 North Clark St.
Chicago, IL 60601-3206
United States
(312) 375-1573
[Change](#)

### Review item and shipping

Seller: angeigiel_0    [Message to seller](#)

**LAST ONE**
Pack of (25) BCW 8x10 Picture Photo Clear Hard plastic Top Loaders
**$28.00**
Quantity 1

**Delivery**
Free USPS First Class
Est. delivery: Feb 23 – Feb 28

### Gift cards, coupons, eBay Bucks

[ Enter code: ]    [ Apply ]

### Donate to charity (optional) ⓘ

**Save a Child's Heart Foundation**

Give $1 to help provide lifesaving heart surgery for children in need. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount    [ None ⌄ ]

| | |
|---|---|
| Item (1) | $28.00 |
| Shipping | Free |
| Tax* | $2.87 |
| **Order total** | **$30.87** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities. [Learn more](#)

[ 🔒 **Confirm and pay** ]

**Select a payment method**

**ebay** MONEY BACK GUARANTEE
[See details](#)



Have one to sell? Sell now

# 200 BCW Rigid Standard Toploaders 3x4 Plastic Standard Cards 35pt Trading Cards

anythingandeverythinghere (1115)
100% positive · Seller's other items · Contact seller

**US $22.95**

Condition: **New**

Buy It Now
Add to cart
Add to watchlist

**Breathe easy.** Returns accepted.

Shipping: **Free 2-4 day shipping**
Get it between **Wed, Feb 14** and **Fri, Feb 16** to 60601.
See details
Located in: German Valley, Illinois, United States

Returns: 30 days returns. Buyer pays for return shipping. See details

Payments: PayPal G Pay VISA Mastercard AMEX DISCOVER
PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

About this item | Shipping, returns, and payments | Report this item

Seller assumes all responsibility for this listing.

eBay item number: **266659407963**

Last updated on Feb 06, 2024 20:18:25 PST View all revisions

## Item specifics

| | |
|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more |
| Card Holder Type | rigid |
| Compatible Card Size | Standard |
| Color | Clear |
| UPC | Does not Apply |
| MPN | Does not apply |
| Year Manufactured | 2023 |
| Material | Plastic, Rigid PVC |
| Item Length | 3 in |
| Brand | BCW |
| Type | Toploader |
| EAN | Does not Apply |
| Item Height | 4 in |
| Number of Toploaders/Card Holders | 200 |
| Compatible Card Thickness | 35 Pt. |

## Item description from the seller

Brand new in packaging

200 total standard size toploaders.

If you have any questions, please feel free to ask.27.95

## anythingandeverythinghere

**100%** Positive Feedback

**2.5K** items sold

Seller's other items

Contact

Save seller

Joined Sep 2016

### Detailed seller ratings

Average for the last 12 months

| | |
|---|---|
| Accurate description | 5.0 |
| Reasonable shipping cost | 5.0 |
| Shipping speed | 5.0 |
| Communication | 5.0 |

### Seller feedback (827)

0***t (343) • Past 6 months

Card boxes arrived exactly as described. A+ seller!

2007 Press Pass Elvis Presley THE MUSIC Factory Sealed Blaster Box (#266523435483)

8***g (1399) • Past month

Excellent Transaction! Great Seller and Communication! Very Fast Shipper! A+++++! Thank You!

2007 PRESS PASS ELVIS PRESLEY THE MUSIC FACTORY SEALED BLASTER 20 BOX CASE (#266648586905)

n***e (11967) • Past 6 months

Fast shipping and excellent packaging! Thank you! Pleasure doing business with you!

Paul Reubens Pee Wee Herman Autographed Signed Card PSA DNA Certified 1985 (#266528131281)

See all feedback

Back to search results
Return to top

More to explore : BCW Sports Trading Card Toploaders & Holders for Standard, BCW Semi-Rigid Holder Sports Trading Card Toploaders & Holders for Standard, BCW Black Sports Trading Card Toploaders & Holders for Standard, BCW Magnetic Holder Sports Trading Card Toploaders & Holders for Standard, BCW Screwdown Holder Sports Trading Card Toploaders & Holders for Standard, BCW Sports Trading Card Toploaders & Holders, BCW Semi-Rigid Holder Sports Trading Card Toploaders & Holders, Sports Trading Card Toploaders & Holders for Standard, BCW Magnetic Holder Sports Trading Card Toploaders & Holders, Gold Sports Trading Card Toploaders & Holders for Standard

About eBay Announcements Community Security Center Seller Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice



 **Checkout**

How do you like our checkout? Give us feedback

**PayPal** Buy with PayPal. It's fast and simple.



**Pay with**

○ Add new card
   VISA ● ● ●

○ **PayPal** PayPal

○ **PayPal CREDIT** Special financing available.
   Apply now. See terms

○ **G Pay** Google Pay

**Ship to**

Clerk2 Clerk2
161 North Clark St.
Chicago, IL 60601-3206
United States
(312) 375-1573
Change

**Review item and shipping**

Seller: anythingand... Message to seller

[LAST ONE] 200 BCW Rigid Standard Toploaders 3x4 Plastic
Standard Cards 35pt Trading Cards
**$22.95**
Quantity 1

Returns accepted

**Delivery**
Free 2-4 day shipping
Get it by Feb 14 – Feb 16
Standard Shipping

**Gift cards, coupons, eBay Bucks**

Enter code:          Apply

**Donate to charity (optional)** ⓘ

Save a Child's Heart Foundation

Give $1 to help provide lifesaving heart surgery for children in need. PayPal
Giving Fund (PPGF) receives your donation and grants 100% to a charity no
later than 30 days after the end of the month in which the donation is
made. Donations are non-refundable and typically tax deductible. PPGF
may be unable to grant funds to a charity if the charity has lost tax exempt
status, has closed, or no longer accepts funds from PPGF.

Select amount    None ▾

| Item (1) | $22.95 |
| --- | --- |
| Shipping | Free |
| Tax* | $2.35 |

**Order total** **$25.30**

*We're required by law to collect sales tax and
applicable fees for certain tax authorities. Learn more

**🔒 Confirm and pay**

Select a payment method

**ebay** MONEY BACK GUARANTEE
See details





Hi Clerk2! Daily Deals Brand Outlet Gift Cards Help & Contact Sell Watchlist My eBay

Shop by category | Search for anything | All Categories | Search

Back to search results · Collectibles & Art › ... › Sports Trading Cards › Storage & Display Supplies › Card Toploaders & Holders Share · Add to Watchlist

SAVE UP TO 13% WHEN YOU BUY MORE

Have one to sell? Sell now

# 100 GREEN BORDER Top loaders 3X4 For Standard Size Trading, Sports & Gaming BCW

auctionsunlimitednyc (4530)
100% positive · Seller's other items · Contact seller

**US $23.79/ea**

Condition: **New**

Quantity: 1 4 available / 8 sold

Bulk savings:

| Buy 1 | Buy 2 | Buy 3 | 4 or more for |
|---|---|---|---|
| $23.79/ea | $21.89/ea | $21.41/ea | $20.70/ea |

Buy It Now

Add to cart

Add to watchlist

**Breathe easy.** Returns accepted.

Shipping: **Free** Expedited Shipping. See details
Located in: Bronx, New York, United States

Delivery: Estimated between **Thu, Feb 15** and **Sat, Feb 17** to 60601

Returns: 30 days returns. Buyer pays for return shipping. See details

Payments: PayPal, G Pay, VISA, Mastercard, American Express, Discover
PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

About this item | Shipping, returns, and payments | Report this item

Seller assumes all responsibility for this listing. eBay item number: 354871905443

Last updated on Feb 04, 2024 19:22:54 PST View all revisions

## Item specifics

| | |
|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more |
| Card Holder Type | Semi-Rigid Holder |
| Brand | BCW |
| Type | Toploader |
| Compatible Card Size | Standard |
| Color | Clear |
| Material | Rigid PVC |
| Number of Toploaders/Card Holders | 100 |
| Compatible Card Thickness | 20 Pt. |

## Item description from the seller

**SALE! LOWEST PRICE ON EBAY! SALE THIS WEEK ONLY!!! FAST SHIPPING!!! 100 COUNT 4 X 25=100 TOP LOADERS 3X4 FOR STANDARD SIZE TRADING, SPORTS, AND GAMING CARDS 100 COUNT YOU GET 4 PACKS OF 25. GREEN BORDER(IN STOCK) THIS IS THE STANDARD 3X4 TOP LOADER 20 POINT WHICH IS BY THE MOST POPULAR RIGID TRADING CARD HOLDER ON THE MARKET. CLEAR HOLDERS GREEN BORDER(BCW) BRAND NEW ITEM CASE FRESH. NO international orders, USA Shipping only.** **SEE OUR OTHER AUCTIONS FOR GREAT DEALS!!! CLICK ON LINK!** See other items **BUY NOW!!!!!! NO MORE AFTER THESE ARE SOLD!!!!! DONT MISS THIS AUCTION!!!!!** BCW Standard 3x4 toploaders are made of high-quality, rigid PVC. These toploading holders are some of the most popular rigid individual card holders in the collectible card industry. Use this product to protect, store or display collectible baseball cards, football cards, hockey cards, or other trading cards like Magic The Gathering, Pokemon, YuGiOh, and others.

**3x4 Topload ( GREEN BORDER ) Card Holder - Holds a Standard trading card-Up to 20 pts . 12 mil thickness panels - open on the short side - Exterior Dimensions: ( 3 x 4 1/16 ) Interior Dimensions: ( 2 3/4 x 3 7/8 )**

•

## auctionsunlimitednyc

**100%** Positive Feedback
**11K** items sold

Joined May 2004

Visit store | Contact | Save seller

### Detailed seller ratings

Average for the last 12 months

| | |
|---|---|
| Accurate description | 5.0 |
| Reasonable shipping cost | 5.0 |
| Shipping speed | 5.0 |
| Communication | 5.0 |



Popular categories from this store                                              See all

Collectibles     Movies & TV     Sports Mem, Cards & Fan Shop     Coins & Paper Money

## Seller feedback (6,382)

This item (3,250)    All items (6,382)

p***0 (303) • Past 6 months

Excellent items and communication

Reply from: auctionsunlimitednyc:
Super fast payment great transaction thank you very much for bidding on my auctions highly recommended AA*****

r***l (820) • Past 6 months

Great communication ! Thank you for helping me out with my special order.

Reply from: auctionsunlimitednyc:
Super fast payment great transaction thank you very much for bidding on my auctions highly recommended AA*****

a***s (494) • Past month

Thanks again. A++++++++++

Reply from: auctionsunlimitednyc:
Super fast payment great transaction thank you very much for bidding on my auctions highly recommended AA*****

See all feedback

More to explore :   BCW Sports Trading Card Holders for Standard,   BCW Sports Trading Card Toploaders & Holders for Standard,   BCW Sports Trading Card Card Sleeves for Standard,   BCW Sports Trading Card Sleeves & Bags for Standard,
BCW Black Sports Trading Card Toploaders & Holders for Standard,   BCW Sports Trading Card Toploaders & Holders,   BCW Sports Trading Card Storage Boxes,   BCW Sports Trading Card Display Cases & Stands,
BCW Sports Trading Card Storage & Display Supplies,   BCW Sports Trading Card Card Sleeves

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice





Case: 1:24-cv-07259 Document #: 1-3 Filed: 08/14/24 Page 106 of 148 PageID #:149

# Checkout

How do you like our checkout? Give us feedback

PayPal Buy with PayPal. It's fast and simple.

## Pay with

Add new card

PayPal

Special financing available.
Apply now. See terms

Google Pay

## Ship to

Clerk2 Clerk2
161 North Clark St.
Chicago, IL 60601-3206
United States
(312) 375-1573
Change

## Review item and shipping

Seller: auctionsunl... | Message to seller

100 GREEN BORDER Top loaders 3X4 For Standard Size Trading, Sports & Gaming BCW

**$23.79**

Quantity
1

Returns accepted

**Delivery**
**Free USPS Priority Mail Padded Flat Rate Envelope**
Est. delivery: Feb 15 – Feb 17

## Gift cards, coupons, eBay Bucks

Enter code:

Apply

## Donate to charity (optional)

Save a Child's Heart Foundation

Give $1 to help provide lifesaving heart surgery for children in need. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount None

| | |
|---|---|
| Item (1) | $23.79 |
| Shipping | Free |
| Tax* | $2.44 |
| **Order total** | **$26.23** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

Confirm and pay

Select a payment method

ebay MONEY BACK GUARANTEE
See details

SAVE UP TO 10% WHEN YOU BUY MORE

**Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading ✅✅✅**

Condition: New

Bulk savings: Buy 1 $14.99/ea | Buy 2 $14.24/ea | Buy 3 $13.79/ea

4 or more for $13.49/ea

Quantity: 1 10 available / 39 sold

Price: **US $14.99/ea**

Buy It Now

Add to cart

Add to watchlist

**This one's trending.** 39 have already sold.

**Breathe easy.** Returns accepted.

Have one to sell? Sell now

Shipping: **Free** One-day Shipping. See details
Located in: Multiple Locations, United States

Delivery: UPS Next Day Air Saver Estimated between **Sat, Jul 15** and **Wed, Jul 19** to 60601

Returns: 30 days returns. Buyer pays for return shipping. See details

Payments: PayPal, G Pay, Visa, Mastercard, American Express, Discover

PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Seller information**
avi.best.deals (70)
98.6% positive feedback

Save seller
Contact seller
Visit store
See other items

## Similar sponsored items

See all

Feedback on our suggestions

Trading Card Sleeves Hard Plastic Clear Case Holder 100 - Baseball Cards Topload
New
**$15.55**
Free shipping
**32 sold**

Trading Card Sleeves Hard Plastic Clear Case Holder 100 Baseball Cards Topload
New
**$13.99**
Free shipping
Seller with a 100% positive feedback

100 Standard Size 3x4 Top Loaders w/ 100 Soft Sleeves Fits Standard Size Cards
New
**$0.99**
0 bids
+ $9.99 shipping
Top Rated Plus
Seller with a 100% positive feedback

✅Trading Card Sleeves Hard Plastic Clear Case Holder 100 Baseball Cards Topload✅
New
**$16.80**
Free shipping
Seller with a 100% positive feedback

Trading Card Sleeves Hard Plastic Clear Case Holder 100 Baseball Cards Topload!!
New
**$15.25**
Free shipping
**32 sold**

Pla Sle Ho
Ne
**$8**
Fre
57

## Sponsored items customers also bought

See all

Feedback on our suggestions

Trading Card Sleeves Hard Plastic Topload Clear Case Holder 200 Baseball Cards
New
**$32.99**
**Free 2-3 day shipping**
Top Rated Plus
**44 sold**

Trading Card Sleeves Hard Plastic Clear Case Holder 100 Baseball Cards Topload!!
New
**$15.25**
Free shipping
**32 sold**

50 CBG Hard Plastic Baseball Trading Card Topload Holders 12 mil rigid protector
New
**$11.68**
Free shipping
Direct from Columbia Sports Cards
**7645 sold**

Ultra PRO 3x4 inch Regular Toploader - 25 Pack - New Top Loader Holders Clear
New
**$5.79**
Free shipping
**448 sold**

Trading Card Sleeves Hard Plastic Clear Case Holder 25 Baseball Cards Top load
New
**$8.49**
**Free 2-3 day shipping**
**4166 sold**

Tra Cle Top
Ne
**$1**
Fre
Se

About this item | Shipping, returns & payments | Report this item

Seller assumes all responsibility for this listing.
Last updated on Jul 10, 2023 16:05:05 PDT View all revisions

eBay item number: **394686740066**

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more | Package Dimensions LxWxH | 8.35x3.74x2.01 Inches |
| Number of Pieces | 100 | Color | Clear |
| Material | Polyvinyl Chloride (PVC), Polypropylene (PP) | MPN | MA62PI4 |
| Max Input Sheet Capacity | 100 | SHIPPING | FREE & FAST SHIPPING |
| Weight | 0.93 Pounds | Brand | Avi Best Deals |
| RETURN | 30 DAYS RETURN | Type | Does not apply |
| EAN | 0722626030420 | ISBN | 0722626030420 |
| CUSTOMER SERVISE | 24/7 CONTACT | Model | MA62PI4 |
| Number of Toploaders/Card Holders | 100 | UPC | 722626030420 |

**Item description from the seller**

# Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:)

24.99$
18.99$
TOP
Card Sleeves

- Contains 50 standard toploaders
- Contains 100 trading card sleeves
- Toploader Exterior Dimensions: 3 x 4 1/16 in
- Toploader Interior Dimensions: 2 3/4 x 3 7/8 in
- Sleeve Exterior Dimensions: 2 5/8 X 3 5/8 in

**BCW Standard 3x4 toploaders are made of high-quality, rigid PVC. These toploading holders are some of the most popular rigid individual card holders in the collectible card industry. Use this product to protect, store or display collectible baseball cards, football cards, hockey cards, or other trading cards like Magic The Gathering, Pokemon, YuGiOh, and others. BCW Card Sleeves (often called 'penny sleeves') are an acid free, archival quality product made of crystal clear polypropylene. Use this protective holder to protect, store and display your collectible trading cards.**

**Feedbacks from buyers**

1.not much to say they were in perfect condition and work amazing would recommend!

2.Great value and product

3.My son loves collecting baseball cards and will only use this brand. He uses the sturdier ones for special cards and the thinner sleeves for the ones he stores in boxes.

## Shipping

- We offer FREE shipping on all orders!
- Our deliveries are extremely fast
- 1-5 business days / 1-3 business days
- We ship within Three business days of payment, usually sooner.

FREE SHIPPING

## Return

- You can return a product for up to 30 days from the date you purchased it.
- Any product you return must be in the same condition you received it and in the original packaging. Please keep the receipt.

30 DAYS

## Payment

We accept payment by any of the following methods:
**PayPal, Google Pay ,Visa etc ...**
Please pay as soon as possible after winning an auction, as that will allow us to post your item to you sooner!

PayPal

## Feedback

Customer satisfaction is very important to us.
If you have any problem with your order, please contact us and we will do our best to make you satisfied.

Customer Reviews

## Contact Us

If you have any queries, please contact us via ebay. We usually respond within 24 hours on weekdays.

**Please visit our eBay store to check out other items for sale!**

## Thank you for shopping at our store.

Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:) Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:)

**avi.best.deals**
**98.6%** Positive Feedback
**245** Items sold

Visit store
Contact
Save seller

**Detailed seller ratings**
Average for the last 12 months

| | |
|---|---|
| Accurate description | 4.9 |
| Reasonable shipping cost | 5.0 |
| Shipping speed | 4.9 |
| Communication | 4.9 |

**Popular categories from this store** See all

Collectibles | Crafts | Everything Else | Musical Instruments & Gear

**Seller feedback** (63)

This item (12) All items (63)

d***5 (528) • Past month
Excellent product and price. Quality, fast delivery. Thank you.

6***8 (27) • Past month
Came quickly and just what I needed for my baseball card collection, highly recommend purchasing!

r***a (1515) • Past month

| Cameras & Photo | Cell Phones & Accessories |
| Clothing, Shoes & Accessories | Toys & Hobbies | Pet Supplies |

Great deal with quick shipping too!!! Thank you!!!

See all feedback

More to explore :   Sports Trading Card Toploaders & Holders,   Magnetic Holder Sports Trading Card Toploaders & Holders,   Gold Sports Trading Card Toploaders & Holders,   BCW Sports Trading Card Toploaders & Holders,
Sports Trading Card Toploaders & Holders for Standard,   Screwdown Holder Sports Trading Card Toploaders & Holders,   Ultra PRO Sports Trading Card Toploaders & Holders,
Semi-Rigid Holder Sports Trading Card Toploaders & Holders,   BCW Magnetic Holder Sports Trading Card Toploaders & Holders,   Magnetic Holder Sports Trading Card Toploaders & Holders for Standard

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

 Checkout

How do you like our checkout? Give us feedback

**Pay with**

○ Add new card

○ PayPal

○ PayPal CREDIT
Special financing available.
Apply now. See terms

○ G Pay Google Pay

**Ship to**

Clerk2 Clerk2
161 North Clark St.
Chicago, IL 60601-3206
United States
(312) 375-1573
Change

**Review item and shipping**

Seller: avi.best.deals    Message to seller

Best Card Sleeves Hard Plastic Case Holder 100
Baseball Cards Topload Trading ✅✅✅
$14.99

Quantity
1

Delivery
Est. delivery: Jul 15 – Jul 19
UPS Next Day Air Saver
Free

**Gift cards, coupons, eBay Bucks**

Enter code:        Apply

**Donate to charity (optional)** ⓘ

ASPCA

Can you spare some change for animals in need? Add a donation to the ASPCA now.
PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no
later than 30 days after the end of the month in which the donation is made. Donations
are non-refundable and typically tax deductible. PPGF may be unable to grant funds
to a charity if the charity has lost tax exempt status, has closed, or no longer accepts
funds from PPGF.

Select amount        None

| | |
|---|---|
| Subtotal (1 item) | $14.99 |
| Shipping | Free |
| Tax* | $1.54 |
| Order total | $16.53 |

*We're required by law to collect sales tax
and applicable fees for certain states
authorities. Learn more

🔒 Confirm and pay

Select a payment option

ebay MONEY BACK GUARANTEE
See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ





Have one to sell? Sell now

# THICK CARDS 7MM TOPLOADER 10 PK

Baums Collectables (2383)
99.7% positive · Seller's other items · Contact seller

**US $6.99**

Condition: **New**

Quantity: 1 6 available

Buy It Now

Add to cart

Add to watchlist

**Breathe easy.** Returns accepted.

Shipping: **US $4.38** Standard Shipping. See details
Located in: North Ridgeville, Ohio, United States

Delivery: Estimated between **Thu, Feb 15** and **Tue, Feb 20** to 60601

Returns: 30 days returns. Buyer pays for return shipping. See details

Payments: PayPal G Pay VISA Mastercard AMEX DISCOVER
PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

About this item | Shipping, returns, and payments | Report this item

Seller assumes all responsibility for this listing.

eBay item number: **166444373483**

Last updated on Nov 17, 2023 17:03:47 PST View all revisions

## Item specifics

| | |
|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more |
| Brand | BCW |
| Type | Toploader |
| UPC | 722626902604 |

## Item description from the seller

- Holds a jersey or memorabilia card - up to 240 pts.
- Open on the short side

**Exterior Dimensions:**
3 x 4 x 5/16

**Interior Dimensions:**
2 3/4 x 3 7/8 x 1/4

## Baums Collectables

**99.7%** Positive Feedback

**9.8K** items sold

Visit store

Contact

Save seller

Joined Jan 2013

### Detailed seller ratings

Average for the last 12 months

| | |
|---|---|
| Accurate description | 5.0 |
| Reasonable shipping cost | 4.9 |
| Shipping speed | 5.0 |
| Communication | 5.0 |

### Popular categories from this store

See all

Stamps | Books & Magazines | Toys & Hobbies | Movies & TV | Sports Mem, Cards & Fan Shop | Coins & Paper Money

### Seller feedback (2,274)

6***e (337) • Past 6 months

I RECEIVED MY ORDER YESTERDAY AND THE PACKAGE WAS WELL WRAPPED, THE THREE PIECES THAT I ORDER WERE IN PRETTY GOOD CONDITION AND THE ORDER WAS DELIVERED VERY QUICKLY. THANK YOU SELLER AND YOU DESERVE A FIVE STAR PLUS RATING. I WILL DEFINITELY BUY FROM YOU AGAIN. QUIRINO.

BCW Coin Display Slab, No Inserts, 25 Pack (#166405096056)

a***a (147) • Past year

Item was as described. Shipping was fast, and my $2 bills arrived in perfect condition. I would purchase from this seller again. A++++++++

2017-A $2 Note Cleveland Federal Reserve Two Dollar Note in Protective Sleeve (#165318920172)

e***r • Past 6 months

Quick delivery, packaged well, item as described, highly recommend!

Shrek: The Ultimate Collection (Blu-ray) (#166391556232)

See all feedback

Back to search results

Return to top

More to explore : Sports Trading Card Toploaders & Holders with Features For Extra Thick Cards, Gold Sports Trading Card Toploaders & Holders with Features For Extra Thick Cards, BCW Sports Trading Card Toploaders & Holders with Features For Extra Thick Cards, Magnetic Holder Sports Trading Card Toploaders & Holders with Features For Extra Thick Cards, Screwdown Holder Sports Trading Card Toploaders & Holders with Features For Extra Thick Cards, Sports Trading Card Toploaders & Holders, Gold Sports Trading Card Toploaders & Holders, Magnetic Holder Sports Trading Card Toploaders & Holders, Ultra PRO Sports Trading Card Toploaders & Holders, Sports Trading Card Toploaders & Holders with UV Protection

About eBay Announcements Community Security Center Seller Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice





# ebay Checkout

How do you like our checkout? Give us feedback

PayPal Buy with PayPal. It's fast and simple.

**Pay with**

Add new card

PayPal

Special financing available.
Apply now. See terms

**Ship to**

Clerk2 Clerk2
161 North Clark St.
Chicago, IL 60601-3206
United States
(312) 375-1573
Change

**Review item and shipping**

Seller: baumscollec... | Message to seller

THICK CARDS 7MM TOPLOADER 10 PK

**$6.99**

Quantity
1

Returns accepted

**Delivery**
Est. delivery: Feb 15 – Feb 20
USPS Ground Advantage
**$4.38**

**Gift cards, coupons, eBay Bucks**

Enter code:

Apply

**Donate to charity (optional)**

Save a Child's Heart Foundation

Give $1 to help provide lifesaving heart surgery for children in need. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount None

| | |
|---|---|
| Item (1) | $6.99 |
| Shipping | $4.38 |
| Tax* | $1.17 |
| **Order total** | **$12.54** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

Confirm and pay

Select a payment method

ebay MONEY BACK GUARANTEE
See details

SAVE UP TO 15% WHEN YOU BUY MORE

## BCW 3x4 Topload Card Holder - Premium- Thicker Clearer Panels

39 product ratings

Condition: New

Bulk savings: Buy 1 $6.25/ea | Buy 2 $5.94/ea | Buy 3 $5.63/ea

4 or more for $5.31/ea

Quantity: 1 More than 10 available / 22 sold

Price: US $6.25/ea

Buy It Now

Add to cart

Add to watchlist

**This one's trending.** 22 have already sold.

**Breathe easy.** Free shipping and returns.

Have one to sell? Sell now

Shipping: Free 2-4 day shipping
Get it between Mon, Jul 17 and Wed, Jul 19 to 60601. See details
Located in: Indianapolis, Indiana, United States

Returns: 30 days returns. Seller pays for return shipping. See details

Payments: PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Shop with confidence

Top Rated Plus
Trusted seller, fast shipping, and easy returns.
Learn more

**Seller information**
betta-believe-it (2885)
100% positive feedback

Save seller
Contact seller
Visit store
See other items

## Similar sponsored items See all

Feedback on our suggestions

Ultra PRO 3x4 inch Regular Toploader - 25 Pack - New Top Loader Holders Clear
New
$5.79
Free shipping
532 sold

Ultra Pro 3x4 Regular Top Loaders Rigid Card Holder 25, 50, 100, 200, 500, 1000
New
$8.99
Free shipping
Top Rated Plus
113 sold

Ultra Pro Top Loaders & Soft Sleeves Goldsmith Cards 3x4 Standard Card Holders
New
$9.99
Free shipping
Top Rated Plus
62 sold

Pack /25 BCW Hard Plastic Baseball Trading Card Topload Holders 12 mil protector
New
$8.49
Free shipping
Top Rated Plus
6990 sold

BCW 3x4 Topload Card Holder, Standard, 100 Count Pack
New
$18.92
Free shipping
Seller with a 99.5% positive feedback

Ult Top TC Ne $6 Fre 20

## Sponsored items customers also bought See all

Feedback on our suggestions

Ultra PRO 3x4 inch Regular Toploader - 25 Pack - New Top Loader Holders Clear
New
$5.79
Free shipping
532 sold

Soft Hard Game Card Sleeves Holders Top loaders 3"x4" for Pokemon SoulSilver NDS
New
$7.99
Free shipping
44 sold

(25-Pack) CSP 4x6 Toploaders 4" x 6" Topload Rigid Card Holders Photo, Postcard
New
$16.95
Free shipping
Seller with a 99.8% positive feedback

100 Ultra Pro Regular 3 x 4 Toploaders New top loaders + 100 soft sleeves
New
$17.95
~~$17.99~~ 0% off
Free shipping
Direct from Columbia Sports Cards

Ultra Pro 35pt 3X4 Clear Regular Toploader 25ct Trading Cards NBA NFL TCG CCG
New
$6.98
Free shipping
Top Rated Plus
202 sold

9 P Ho Ne $3 + $ 48

About this item | Shipping, returns & payments | Report this item

Seller assumes all responsibility for this listing.

eBay item number: 256079141591

### 10% of the sale of this item will benefit Wounded Warrior Project

The mission of Wounded Warrior Project is to honor and empower wounded warriors. Our free services in physical and mental health, career counseling, and long-term rehabilitative care change lives. Generous donors make our programs possible. **Please note eBay sellers who list items for sale are not directly associated with WWP; they have chosen to donate a percentage of their sales to this organization. These funds directly support our mission. For more information, visit www.woundedwarriorproject.org.

ebay FOR CHARITY

- Official eBay for Charity listing | Learn more
- Sale benefits a verified non-profit partner

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more | Card Holder Type | Rigid |
| Compatible Card Size | Standard | Color | Clear |
| Material | Rigid PVC | MPN | 1-TLCH |
| Number of Toploaders/Card Holders | 25 | Country/Region of Manufacture | China |
| Compatible Card Thickness | 20 Pt. | UPC | 0722626902345 |
| Brand | BCW | Type | Rigid |

## About this product

### Product Identifiers

| | | | |
|---|---|---|---|
| Brand | BCW | GTIN | 0722626902345 |
| UPC | 0722626902345 | eBay Product ID (ePID) | 1131149263 |

### Product Key Features

| | |
|---|---|
| Type | Rigid |

### Additional Product Features

| | |
|---|---|
| Size | Standard |

## Item description from the seller

### Betta Believe It

#### BCW 3x4 Toploead Card Holder - Premium- Thicker Clearer Panels

- Holds a standard trading card - Up to 20 pts
- Open on the short side
- Thicker, 15mil panels

Exterior Dimensions:
3 x 4 1/16

Interior Dimensions:
2 3/4 x 3 7/8

25 Holders per Pack

The BCW Premium 3x4 toploaders feature thicker, clearer panels and are made of high-quality, rigid PVC. These toploading holders are a favorite among discerning collectors. Use this product to protect, store, and display collectible baseball cards, football cards, hockey cards, or other trading cards like Magic the Gathering, Pokemon, YuGiOh and others.

#### Payment Policy

All orders sent within one day of receiving payment

#### Return Policy

Thank you for your purchase. We hope you are happy with your purchase. However, if you are not completely satisfied with your purchase for any reason, you may return it to us for a full refund or an exchange. Please see below for more information on our return policy.

**RETURNS**

All returns must be postmarked within 30 days of the purchase date. All returned items must be in be in new and unused condition, with all original tags and labels attached.

**RETURN PROCESS**

To return an item, place the item securely in its original packaging and mail your return using the label enclosed with your order.

**REFUNDS**

After receiving your return and inspecting the condition of your item, we will process your return or exchange.

**EXCEPTIONS**

The following items cannot be returned or exchanged:

For defective or damaged products, please contact us.

**Please Note**

Sale items are FINAL SALE and cannot be returned.

For purchases under $20 please contact us for a solution.

International sales

**QUESTIONS**

If you have any questions concerning our return policy, please contact us.

#### Shipping Policy

As always FREE shipping.

Items ship within one business day of receiving payment.

#### Feedback

We appreciate your feedback. If you have any questions or suggestions we're here for you.

### Betta Believe It

Copyright © Betta Believe It



**Betta Believe It**
100% Positive Feedback
79K Items sold



Visit store

Contact

♡ Save seller





**Detailed seller ratings**

Average for the last 12 months

| | |
|---|---|
| Accurate description | 5.0 |
| Reasonable shipping cost | 5.0 |
| Shipping speed | 5.0 |
| Communication | 5.0 |

**Popular categories from this store** See all

Sports Cards · For The Home · Games · Closeout · Collecting Supplies · Used Books · Non Sport Trading Cards · Christmas Ornaments · Handmade Jewelry

**Seller feedback** (3,005)

-***h (22) • Past month

Great experience

e***7 (594) • Past month

Great product and experience.

r***z (705) • Past month

A+ fast shipping as described

See all feedback

**Ratings and Reviews** Learn more

Write a review

4.7

39 product ratings

| Stars | Count |
|---|---|
| 5 | 34 |
| 4 | 3 |
| 3 | 0 |
| 2 | 0 |
| 1 | 2 |

86% Would recommend

93% Good value

93% Good quality

**Most relevant reviews**

See all 28 reviews

by pixelatedjpeg
Mar 24, 2019

Perfect!

These are perfect, wouldn't even consider buying another brand. I use these specifically to display ACEO/ATC cards, and I mount them in the wall with small command strips. Minimal glare. Several of my friends also use these for their magic cards.

Verified purchase: Yes | Condition: New | Sold by: billyjames2

(0) (0) !

by wherebfolg
Apr 04, 2018

Great value with this product.

In my opinion these toploaders are the same quality as the standard toploaders BCW sells. Just with a little more buffing. I've only been 1/4 of the way through the case and have had multiple cracked or chipped (not so PREMIUM) toploaders. On the value side it is a good deal.

Verified purchase: Yes | Condition: New | Sold by: sharpgaming

(0) (0) !

by popjerr-mplwbs
Jan 13, 2020

Hold my cards.

Just what I wanted perfect for my Mattingly collection. Well made and cards fit in nicely. Best deal I found on ebay for the amount that I needed. Highly recommend them.

Verified purchase: Yes | Condition: New | Sold by: jadedstud

(0) (0) !

by natwes7180
Aug 25, 2022

Great Toploaders

Great quality, even better price! I use them for all of my collectible baseball cards!

Verified purchase: Yes | Condition: New | Sold by: sportscardsgrading

(0) (0) !

by kathiephan
Aug 22, 2017

Durable and great!

Love them!! Perfect protection for my trading cards! Can weather any storm 😀

Verified purchase: Yes | Condition: New | Sold by: billyjames2

(0) (0) !

This is a private listing and your identity will not be disclosed to anyone except the seller.

Back to home page | See More Details about "BCW Premium 3x4 Topload Card Holder" Return to top

More to explore : BCW Sports Trading Card Toploaders & Holders, BCW Magnetic Holder Sports Trading Card Toploaders & Holders, BCW Sports Trading Card Toploaders & Holders for Tall, BCW Gold Sports Trading Card Toploaders & Holders, BCW Screwdown Holder Sports Trading Card Toploaders & Holders, Magnetic Holder Sports Trading Card Toploaders & Holders, Gold Sports Trading Card Toploaders & Holders, Screwdown Holder Sports Trading Card Toploaders & Holders, Black Sports Trading Card Toploaders & Holders, Semi-Rigid Holder Sports Trading Card Toploaders & Holders

About eBay Announcements Community Security Center Seller Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

 Checkout

How do you like our checkout? Give us feedback

**Pay with**

○ Add new card


○ **PayPal**

○ PayPal CREDIT
Special financing available.
Apply now. See terms

○ G Pay Google Pay

**Ship to**

Clerk2 Clerk2
161 North Clark St.
Chicago, IL 60601-3206
United States
(312) 375-1573
Change

**Review item and shipping**

Seller: betta-belie...    Message to seller

BCW 3x4 Topload Card Holder - Premium- Thicker Clearer Panels
$6.25

Quantity
1

**Delivery**
Free 2-4 day shipping
Get it by Jul 17 – Jul 19
USPS First Class

**Gift cards, coupons, eBay Bucks**

Enter code:          Apply

**Donate to charity (optional)** ⓘ

ASPCA

Can you spare some change for animals in need? Add a donation to the ASPCA now. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount    None

| | |
|---|---|
| Subtotal (1 item) | $6.25 |
| Shipping | Free |
| Tax* | $0.64 |
| **Order total** | **$6.89** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

🔒 Confirm and pay

Select a payment option

eBay MONEY BACK GUARANTEE
See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ



### BCW 3x4 Standard Topload Card Holder & Standard Card Sleeves - 100 Each

★★★★★ 42 product ratings

Condition: New

Quantity: 1    Last One / 29 sold

Price: US $10.99

**Buy It Now**

**Add to cart**

Best Offer:

**Make offer**

♡ Add to watchlist

⚡ This one's trending. 29 have already sold.
↩ Breathe easy. Returns accepted.

Shipping: US $10.25 Standard Shipping. See details
Located in: Mill Creek, Pennsylvania, United States

Delivery: Estimated between Tue, Jul 25 and Fri, Jul 28 to 60601 ⓘ

Returns: 30 days returns. Seller pays for return shipping. See details

Payments: PayPal  GPay  VISA  💳  💳  💳

Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Seller information**
wolverines18 (701 ★)
99.4% positive feedback

♡ Save seller
Contact seller
Visit store
See other items

---

### Similar sponsored items    See all >

Feedback on our suggestions

    

| BCW 3x4 Topload Card Holder, Standard, 100 Count Pack | BCW Top Loaders 3x4 Toploaders 100 Card Protectors | LOT OF (2) USED PRO INDEX SYSTEM CARD STORAGE CASES. EACH HOLDS 120 CARDS. | 25-pack ● BCW ● 1-TLCH-BK ● 3x4 Rigid Top Load Card Holder ● Black Border | 100 TOPLOAD CARD HOLDER, CLEAR, FOR TRADING CARDS, 12M 3 X 4 RIGID PLASTIC |
|---|---|---|---|---|
| New | New | New | New | New |
| $18.92 | $16.65 10% off | $15.00 | $8.49 | $9.75 |
| Free shipping | $18.50 10% off | 0 bids | Free shipping | + $9.30 shipping |
| Seller with a 99.5% positive feedback | Free shipping | + $14.30 shipping | Seller with a 99.3% positive feedback | Seller with a 99.9% positive feedback |
| | | Seller with a 99.2% positive feedback | | |

---

### Sponsored items customers also bought    See all >

Feedback on our suggestions

    

| BCW 3X4 WHITE ROOKIE Standard Toploaders 35pt 4 Packs of 25, 100 total | BCW 3x4 Topload Card Holder - Premium- Thicker Clearer Panels | 25 Ultra CBG 2.5mm 100pt Pro Top Loaders Toploaders Topload Thick Jersey Cards | Ultra Pro 3X4 GOLD ROOKIE 35pt Toploaders 1 Pack of 25 for Standard Sized Cards | BCW 3X4 Thick Card Toploaders 1 Pack of 10 for up to 138pt Cards |
|---|---|---|---|---|
| New | New | New | New | New |
| $19.94 | $6.25 | $7.68 | $7.49 | $6.85 |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |
| ☑ Top Rated Plus | ☑ Top Rated Plus | ☑ Direct from Columbia Sports Cards | ☑ Top Rated Plus | ☑ Top Rated Plus |
| 35 sold | 27 sold | 4068 sold | 1242 sold | 602 sold |

---

About this item    Shipping, returns & payments

Report this item

Seller assumes all responsibility for this listing.

Last updated on Jun 26, 2023 20:14:12 PDT View all revisions

eBay item number: 285109297091

### Item specifics

| Condition | New: A brand-new, unused, unopened, undamaged item [including handmade items]. See the seller's ... Read more | Card Holder Type | Semi-Rigid Holder |
|---|---|---|---|
| Compatible Card Size | Standard | Color | Clear |
| Features | 12 Mil Thickness | Number of Toploaders/Card Holders | 100 |
| Compatible Card Thickness | 20 Pt. | UPC | 0722626007972 |



| | | | |
|---|---|---|---|
| Brand | BCW | Type | Rigid |

## About this product

**Product Identifiers**

| | | | |
|---|---|---|---|
| Brand | BCW | UPC | 0722626007972 |
| eBay Product ID (ePID) | 23002809383 | | |

**Product Key Features**

| | |
|---|---|
| Type | Rigid |

**Additional Product Features**

| | | | |
|---|---|---|---|
| Size | Standard | Team | Chicago White Sox |
| Border Color | Clear | Series | Topps Chrome |
| Year | 2020 | | |

## Item description from the seller

## 3x4 Topload Card Holder

- Holds a standard trading card - Up to 20 pts
- 12 mil thickness panels
- Open on the short side

## Standard Card Sleeves

- Fits inside topload card holders
- Protect cards while handling

## 14U14ME

**99.4%** Positive Feedback
**2.0K** Items sold

Visit store
Contact
Save seller

**Detailed seller ratings**

Average for the last 12 months

| | |
|---|---|
| Accurate description | 5.0 |
| Reasonable shipping cost | 4.9 |
| Shipping speed | 4.9 |
| Communication | 4.9 |

**Seller feedback** (658)

This item (1) All items (658)

e***h (2462) • Past month

Fast Shipping-Thanks

See all feedback

**Popular categories from this store** See all

Collectibles | Crafts | Everything Else | Cameras & Photo | Cell Phones & Accessories | Clothing, Shoes & Accessories | Computers/Tablets & Networking | Toys & Hobbies | Health & Beauty

**Ratings and Reviews** Learn more

Write a review

4.8

42 product ratings

| | |
|---|---|
| 5 | 39 |
| 4 | 1 |
| 3 | 0 |
| 2 | 1 |
| 1 | 1 |

93% Would recommend
96% Good value
96% Good quality

**Most relevant reviews**

See all 29 reviews

by baldey
Oct 11, 2021

Will keep using and order more

Good product for shipping standard size baseball cards safely

Verified purchase: Yes | Condition: New | Sold by: turbodsales

(0) (0) !

by micbe_166945
Jun 12, 2022

Great Deal!

Thank you for my recent purchase, I used the Toploaders to finally complete my 2020 Panini Phoenix Football (200) Card set with Joe Burrow RC & Justin Herbert RC. Now every card is protected.

Verified purchase: Yes | Condition: New | Sold by: sportscardsgrading

(0) (0) !

by breki_5432
Jun 08, 2021

Quality

This is what my husband wanted for Father's Day, he
Loves this brand.

(0) (0) !

★★★★☆
by theworkingstiff296
May 12, 2022

**Top Loader**

Top loaders in good condition, however there seems to be alot of plastic shavings inside the loaders and could potentially ruin sports cards. But, they are still a good buy. Thanks!

Verified purchase: Yes | Condition: New | Sold by: hookedoncardswh...

👍 (0)    💬 (0)    !

★★★★★
by Jeshrieck_1
Jan 12, 2021

**Great purchase**

Great purchase of top loaders , great quality, fair price

Verified purchase: Yes | Condition: New | Sold by: ghszzlky

👍 (0)    💬 (0)    !

Back to previous page | See More Details about "BCW I-TLCH-100 3X4 Topload Card Holder - Standard"    Return to top

More to explore :    BCW Sports Trading Card Toploaders & Holders for Standard,    BCW Black Sports Trading Card Toploaders & Holders for Standard,
BCW Screwdown Holder Sports Trading Card Toploaders & Holders for Standard,    BCW Magnetic Holder Sports Trading Card Toploaders & Holders for Standard,
BCW Snap Lock Holder Sports Trading Card Toploaders & Holders for Standard,    BCW Sports Trading Card Toploaders & Holders,    Sports Trading Card Toploaders & Holders for Standard,
BCW Magnetic Holder Sports Trading Card Toploaders & Holders,    BCW Snap Lock Holder Sports Trading Card Toploaders & Holders,    BCW Semi-Rigid Holder Sports Trading Card Toploaders & Holders

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ


**Checkout**

How do you like our checkout? Give us feedback

**Pay with**

○ Add new card
 VISA  Mastercard  American Express  Discover

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

○ G Pay  Google Pay

**Ship to**

Clerk2 Clerk2
161 North Clark St.
Chicago, IL 60601-3206
United States
(312) 375-1573
Change

**Review item and shipping**

Seller: wolverines18    Message to seller

BCW 3x4 Standard Topload Card Holder & Standard Card Sleeves - 100 Each
**$10.99**
Quantity 1

**Delivery**
Est. delivery: Jul 25 – Jul 28
USPS Ground Advantage
$10.25

**Gift cards, coupons, eBay Bucks**

Enter code:    Apply

**Donate to charity (optional)** ⓘ

Motorsports Charities, Inc.

The NASCAR Foundations improves the lives of children in our NASCAR communities. Helping children survive and thrive. That's our checkered flag! PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount    None ⌄

| Subtotal (1 item) | $10.99 |
| Shipping | $10.25 |
| Tax* | $2.18 |
| **Order total** | **$23.42** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

🔒 **Confirm and pay**

Select a payment option

ebay MONEY BACK GUARANTEE
See details



Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ



Hi Clerk2! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

Shop by category | Search for anything | All Categories | Search | Advanced

Back to previous page | Listed in category: Sporting Goods > ... > Sports Trading Cards > Storage & Display Supplies > Card Toploaders & Holders

Share | Add to Watchlist

# BCW Record Toploader 33RPM 13" x 13-1/4"

Condition: --

Quantity: 1 6 available / 9 sold

Price: US $12.25

Buy It Now

Add to cart

Add to watchlist

**Breathe easy.** Returns accepted.

**Fast and reliable.** Ships from United States.

Shipping: Free 2-3 day shipping
Get it between **Sat, Jul 22** and **Mon, Jul 24** to 60601. See details
Located in: Penrose, North Carolina, United States

Returns: 30 days returns. Buyer pays for return shipping. See details

Payments: PayPal, G Pay, VISA, Mastercard, American Express, Discover

PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Seller information
budssportscardsfl (27075)
100% positive feedback

Save seller
Contact seller
Visit store
See other items

$ Have one to sell? Sell now

## Similar sponsored items

See all

Feedback on our suggestions

BCW Newspaper Topload Holder - 13x11 Rigid PVC for Maximum Protection Pack of 5
New
$25.93
Free shipping
Top Rated Plus
Seller with a 100% positive feedback

5 10 25 50 BCW 4 x 6 Hard Plastic Postcard Photo Topload Holders 4x6 Guardhouse
New
$8.29
Free shipping
320 sold

Ultra PRO 3" x 4" Thick Toploader - Clear, 4 PK of 25 + 1PK 100 inner sleeves
New
$6.50
4 bids
+ $8.25 shipping
Seller with a 100% positive feedback

10 25 50 PK BCW 5 x 7 Hard Plastic Rigid Topload Photo Holders 5 x 7 toploaders
New
$9.99
Free shipping
615 sold

1 ULTRA PRO 9x11.5 PROGRAM 10MM TOPLOADER NEW Photo Collectible Rigid Magazine
New
$10.99
Free shipping
Top Rated Plus
125 sold

Ca
Sta
10(
Ne
$8
Fre
23(

## Sponsored items customers also bought

See all

Feedback on our suggestions

Ultra Pro 3X4 GOLD ROOKIE 35pt Toploaders 1 Pack of 25 for Standard Sized Cards
New
$7.49
Free shipping
Top Rated Plus
1242 sold

BCW 3x4 Topload Card Holder - Premium- Thicker Clearer Panels
New
$6.25
Free shipping
Top Rated Plus
27 sold

Coin Slab / Graded Card Display Easel Stand 20 BCW Clear Stands Hold Toploader
New
$10.88
Free shipping
124 sold

25 Ultra CBG 2.5mm 100pt Pro Top Loaders Toploaders Topload Thick Jersey Cards
New
$7.68
Free shipping
Direct from Columbia Sports Cards
4068 sold

20 Count Box - BCW 2 Piece Card Stands, Coin, and Currency - Adjustable Display
New
$12.75
Free shipping
Top Rated Plus
432 sold

20
Mo
Ho
Ne
$7.
$8.
Fre

About this item | Shipping, returns & payments

Report this item

Seller assumes all responsibility for this listing.
Last updated on Jun 07, 2022 09:37:24 PDT View all revisions

eBay item number: 354091487990

## Item specifics

| | | | |
|---|---|---|---|
| Card Holder Type | record | Type | Toploader |
| Brand | BCW | | |

## Item description from the seller

# One BCW Record Toploader 33RPM 13" x 13-1/4" x 5mm Thick

**The BCW Record Toploader holds a Single Record Album. Opens on the long side. Holder has Yellowed some.**

## budssportscardsfl

**100%** Positive Feedback
**54K** Items sold

Visit store
Contact
Save seller

### Detailed seller ratings

Average for the last 12 months

| | |
|---|---|
| Accurate description | 5.0 |
| Reasonable shipping cost | 5.0 |
| Shipping speed | 5.0 |
| Communication | 5.0 |

### Popular categories from this store

See all

Unautograph 8 x 10 photos
AUTOGRAPH BASEBALLS
AUTOGRAPH 8 X 10 PHOTOS
GOAL LINE ART CARDS
MISC.
UNAUTOGRAPH MAGAZINES/PROGR...
AUTOGRAPH CARDS
GOLD HALL OF FAME POST CARDS
Jersey Cards

### Seller feedback (28,738)

This item (6) All items (28,738)

k***1 (197) • Past 6 months

Great price, great quality. Fast Shipping. Would gladly repeat business with seller. 11/10.

a***n (1736) • Past year

Item received, fast shipping, great packaging, as advertised, thanks!

z***a (303) • Past year

Excellent transaction. Thanks!

See all feedback

Back to previous page Return to top

More to explore : BCW Sports Trading Card Toploaders & Holders, BCW Sports Trading Card Toploaders & Holders for Tall, BCW Gold Sports Trading Card Toploaders & Holders, BCW Sports Trading Card Toploaders & Holders for Standard, BCW Black Sports Trading Card Toploaders & Holders, BCW White Sports Trading Card Toploaders & Holders, BCW Magnetic Holder Sports Trading Card Toploaders & Holders, BCW Semi-Rigid Holder Sports Trading Card Toploaders & Holders, BCW Magnetic Holder Sports Trading Card Toploaders & Holders for Standard, 13-17 oz NASCAR Glasses

About eBay Announcements Community Security Center Seller Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice



Case: 1:24-cv-07259 Document #: 1-3 Filed: 08/14/24 Page 124 of 148 PageID #:167

 **Checkout**

How do you like our checkout? Give us feedback

**Pay with**

○ Add new card
VISA  mastercard  AMEX  DISCOVER

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

○ G Pay  Google Pay

**Ship to**

Clerk2 Clerk2
161 North Clark St.
Chicago, IL 60601-3206
United States
(312) 375-1573
Change

**Review item and shipping**

Seller: budssportsc...  Message to seller ⓘ

BCW Record Toploader 33RPM 13" x 13-1/4"
**$12.25**

Quantity
1 ▾

**Delivery**
Free 2-3 day shipping
Get it by Jul 22 – Jul 24
USPS First Class

**Gift cards, coupons, eBay Bucks**

Enter code: | Apply

**Donate to charity (optional)** ⓘ

Motorsports Charities, Inc.

The NASCAR Foundations improves the lives of children in our NASCAR communities. Helping children survive and thrive. That's our checkered flag! PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount | None ▾

---

Subtotal (1 item) | $12.25
Shipping | Free
Tax* | $1.26

Order total | **$13.51**

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

🔒 **Confirm and pay**

**Select a payment option**

ebay MONEY BACK GUARANTEE
See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ





Hi Clerk2! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category | Search for anything | All Categories | Search | Advanced

Back to home page | Listed in category: Sporting Goods > ... > Sports Trading Cards > Storage & Display Supplies > Card Toploaders & Holders

Share | Add to Watchlist

SAVE UP TO 10% WHEN YOU BUY MORE

## Trading Card Sleeves Hard Plastic Topload Clear Case Holder 200 Baseball Cards

42 product ratings

Condition: New

Bulk savings: Buy 1 $32.99/ea | Buy 2 $31.34/ea

3 or more for $29.69/ea

Quantity: 1 More than 10 available / 44 sold

Price: US $32.99/ea

Buy It Now

Add to cart

Add to watchlist

Have one to sell? Sell now

Breathe easy. Free shipping and returns.

This one's trending. 44 have already sold.

Shipping: Free 2-3 day shipping
USPS Priority Mail Padded Flat Rate Envelope Get it between Fri, Jul 14 and Sat, Jul 15 to 60601. See details
Located in: Versailles, Kentucky, United States

Returns: 30 days returns. Seller pays for return shipping. See details

Payments: PayPal G Pay VISA

PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Shop with confidence

Top Rated Plus
Trusted seller, fast shipping, and easy returns.
Learn more

Seller information
ghezziky (109384)
99.9% positive feedback

Save seller
Contact seller
Visit store
See other items

## Similar sponsored items

See all

Feedback on our suggestions

Trading Card Sleeves Hard Plastic Clear Case Holder 100 Baseball Cards Topload!!
New
$15.25
Free shipping
32 sold

Trading Card Sleeves Hard Plastic Topload Clear Case Holder 100 Baseball Cards
New
$23.98
Free shipping
Top Rated Plus
1252 sold

75 New Standard Size Top Loaders and 100 Soft Sleeves Fits Regular Size Cards
New
$0.99
1 bid
+ $9.99 shipping
Top Rated Plus
Seller with a 100% positive feedback

✅Trading Card Sleeves Hard Plastic Clear Case Holder 100 Baseball Cards Topload✅
New
$16.80
Free shipping
Seller with a 100% positive feedback

BCW Top Loaders 3x4 Toploaders 100 Card Protectors
New
$18.50
Free shipping

Tra Cle Top Ne $1 Fre Se

## Sponsored items customers also bought

See all

Feedback on our suggestions

Trading Card Sleeves Hard Plastic Topload Clear Case Holder 100 Baseball Cards
New
$23.98
Free shipping
Top Rated Plus
1252 sold

Trading Card Sleeves Hard Plastic Clear Case Holder 100 Baseball Cards Topload!!
New
$15.25
Free shipping
32 sold

Trading Card Sleeves Hard Plastic Clear Case Holder 100 Baseball Cards Topload
New
$21.68
Free shipping
Last one

200 Trading Card Sleeves Hard Plastic Toploader Holder Plus 200 Penny Sleeves
New
$36.99
Free shipping
22 sold

200 Trading Card Sleeves Hard Plastic Toploader Holder Plus 200 Penny Sleeves
New
$17.20
Free shipping
Almost gone

Be Ho Tra Ne $1 Fre 39

About this item | Shipping, returns & payments

Report this item

Seller assumes all responsibility for this listing.

eBay item number: 225617735248

Last updated on Jun 30, 2023 10:18:02 PDT View all revisions

### Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more | Card Holder Type | sleeves |
| Product 1 | Rigid Top Load 3X4 Card Holder | Compatible Card Size | Standard |
| thickness | 12 mil | Color | Clear |
| Qty | 100 | Product | 3X4 Card Toploaders |
| Material | Plastic | Year Manufactured | 2021 |
| Country/Region of Manufacture | China | Number of Toploaders/Card Holders | 200 |
| Compatible Card Thickness | 20 Pt. | UPC | 0722626007972 |
| Brand | BCW | Type | Rigid |

## About this product

**Product Identifiers**

| | | | |
|---|---|---|---|
| Brand | BCW | UPC | 0722626007972 |
| eBay Product ID (ePID) | 23002809383 | | |

**Product Key Features**

| | |
|---|---|
| Type | Rigid |

**Additional Product Features**

| | | | |
|---|---|---|---|
| Size | Standard | Team | Chicago White Sox |
| Border Color | Clear | Series | Topps Chrome |
| Year | 2020 | | |

## Item description from the seller

Other Items For Sale

300 9" x 12" POLY T-SHIRT CLEAR PLASTIC BAGS 2" BACK FLAP US $11.88
110 SHIPPING 10X13 POLY PLASTIC MAILING BAGS ENVELOPES US $16.95
6 1/2" x 6 1/2 " Square Cello Bags for Greeting Cards 6 x 6 Card Photo US $4.98
100 Crystal Clear Resealable Flap Seal Bags 5" x 7" mailing US $8.85
100 Resealable Life Large Size Magazine Sleeves Poly Bags Covers US $15.95

Browse all items from this seller

Auctiva's Scrolling Gallery
Mobile Responsive and Active Content Free

200 BCW 3X4 TOPLOAD CARD HOLDER - STANDARD

**SKU:**1-TLCH-N **Brand:bcw** **Weight:**0.44 lbs

Holds a standard sized trading card
12 mil thickness
Open on the short side
**Exterior Dimensions:** 3 x 4 1/16
**Interior Dimensions:** 2 3/4 x 3 7/8
100 holders

BCW Standard 3x4 top loading card holders are made of high-quality, rigid PVC. These toploading holders are some of the most popular rigid individual card holders in the collectible card industry. Use this product to protect, store or display collectible baseball cards, football cards, hockey cards, or other trading cards like Magic The Gathering, Pokémon, Yugioh, and others.

0000

Track Page Views With
Auctiva's FREE Counter

**ghezziky**

**99.9%** Positive Feedback
**326K** Items sold

Visit store
Contact
Save seller

**Detailed seller ratings**

Average for the last 12 months

| | |
|---|---|
| Accurate description | 5.0 |
| Reasonable shipping cost | 5.0 |
| Shipping speed | 5.0 |
| Communication | 5.0 |

**Popular categories from this store** See all

Poly Mailers · Poly Mailers Combo · Storage Bags · Zip lock bags · Poly Bags Back Flap · Cello Bags · Trading card supplies · Other

**Seller feedback** (120,087)

This item (10) All items (120,087)

i***c (155) • Past month
Great seller fast shipping recommended thanks

e***a (255) • Past month
Fast shipping and well packed.

c***a (66) • Past month
Quick shipping, excellent communication and a very good seller. Thank you!

See all feedback

**Ratings and Reviews** Learn more

Write a review

4.8
42 product ratings

| Stars | Count |
|---|---|
| 5 | 39 |
| 4 | 1 |
| 3 | 0 |
| 2 | 1 |
| 1 | 1 |

93% Would recommend
96% Good value
96% Good quality

**Most relevant reviews** See all 29 reviews

by baldey
Oct 11, 2021

Will keep using and order more
Good product for shipping standard size baseball cards safely
Verified purchase: Yes | Condition: New | Sold by: turbodsales
(0) (0) !

by micbe_166945
Jun 12, 2022

Great Deal!
Thank you for my recent purchase, I used the Toploaders to finally complete my 2020 Panini Phoenix Football (200) Card set with Joe Burrow RC & Justin Herbert RC. Now every card is protected.
Verified purchase: Yes | Condition: New | Sold by: sportscardsgrading
(0) (0) !

by breki_5432
Jun 08, 2021

Quality
This is what my husband wanted for Father's Day, he
Loves this brand.
(0) (0) !

★★★★☆
by threeeklopsdf2hi
May 12, 2022

## Top Loader

Top loaders are in good condition, however there seems to be alot of plastic shavings inside the loaders and could potentially ruin sports cards. But, they are still a good buy. Thanks!

Verified purchase: Yes | Condition: New | Sold by: howkedomcardswft...

👍 (0)    💬 (0)    !

★★★★★
by joshrock_1
Jan 12, 2021

## Great purchase

Great purchase of top loaders...great quality, fair price

Verified purchase: Yes | Condition: New | Sold by: gtezzzky

👍 (0)    💬 (0)    !

Back to home page    Return to top

More to explore :  Sports Trading Card Toploaders & Holders,   Magnetic Holder Sports Trading Card Toploaders & Holders,   Gold Sports Trading Card Toploaders & Holders,   BCW Sports Trading Card Toploaders & Holders,
Sports Trading Card Toploaders & Holders for Standard,   Black Sports Trading Card Toploaders & Holders,   Screwdown Holder Sports Trading Card Toploaders & Holders,   Sports Trading Card Toploaders & Holders for Tall,
Ultra PRO Sports Trading Card Toploaders & Holders,   Semi Rigid Holder Sports Trading Card Toploaders & Holders

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices 🄫 and AdChoice ⓘ

 **Checkout**

How do you like our checkout? Give us feedback

### Pay with

○ Add new card
  VISA  ⬤⬤  AMEX  Discover

○ **PayPal**

○ **PayPal CREDIT**
  Special financing available.
  Apply now. See terms

○ G Pay  Google Pay

### Ship to

Clerk2 Clerk2
161 North Clark St.
Chicago, IL 60601-3206
United States
(312) 375-1573
Change

### Review item and shipping

Seller: ghezziky    Message to seller

Trading Card Sleeves Hard Plastic Topload Clear Case Holder 200 Baseball Cards
**$32.99**

Quantity
1

**Delivery**
Free 2-3 day shipping
Get it by Jul 14 – Jul 15
USPS Priority Mail Padded Flat Rate Envelope

### Gift cards, coupons, eBay Bucks

Enter code:        Apply

### Donate to charity (optional) ⓘ

ASPCA

Can you spare some change for animals in need? Add a donation to the ASPCA now. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount    None

---

Subtotal (1 item)          $32.99
Shipping                    Free
Tax*                       $3.38

Order total               $36.37

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

🔒 Confirm and pay

**Select a payment option**

**ebay** MONEY BACK GUARANTEE
See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

Case: 1:24-cv-07259 Document #: 1-8 Filed: 08/14/24 Page 129 of 148 PageID #:172



### (50) BCW REGULAR Toploaders + 100 PENNY SLEEVES Ultra Pro

Condition: New

Price: US $9.99

Buy It Now

Add to cart

Best Offer: Make offer

♡ Add to watchlist

🚚 Fast and reliable. Ships from United States.

Shipping: US $1.99 Standard Shipping. See details
Located in: Pasadena, California, United States

Delivery: Estimated between Tue, Jul 25 and Sat, Jul 29 to 60601 ⓘ

Returns: Seller does not accept returns. If the item you received doesn't match the listing description, your purchase may be eligible for eBay Money Back Guarantee if the return request is made within 3 days from delivery. See details

Payments:

**Seller information**
closdonecards (2005 ★)
99.5% positive feedback

♡ Save seller
Contact seller
See other items

PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®.
Learn more

---

### Similar sponsored items    See all ›

Feedback on our suggestions













| 100 Toploaders Penny Sleeves and Top loader Sleeves - Sports and Trading Cards | (100) BCW REGULAR Toploaders + 100 PENNY SLEEVES Ultra Pro | 100 ULTRA PRO SOFT CARD THICK PENNY SLEEVES+10 BCW 138pt toploader TOP LOADER | BCW SOFT CARD SLEEVES 100 in Pack (2) Penny Sleeves Top Loaders K11020506 | (100) BCW Regular 3x4 Toploaders + 100 Cardboard Gold PENNY SLEEVES Ultra Pro | |
|---|---|---|---|---|---|
| New | New | New | New | New | New |
| $24.99 | $17.98 | $11.99 | $9.39 | $17.48 | $2 |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Fre |
| 241 sold | ⊕ Top Rated Plus 787 sold | ⊕ Top Rated Plus 24 sold | 52 sold | ⊕ Top Rated Plus Seller with a 99.9% positive feedback | 13 |

### Sponsored items inspired by your views    See all ›

Feedback on our suggestions











| BCW Card Point Thickness Guage Measurer Ruler TOPLOADERS LAMINATED HELPFUL TOOL | Ultra Pro 3X4 Regular Toploaders 35pt 1 Pack of 25 WITH 25 Card Sleeves included | 10 PRO SAFE 3x4 180PT PREMIUM SUPER THICK TOPLOADERS Ultra Clear Card Sleeve | 75 Ultra CBG Pro 100pt 3x4 Toploaders Premium Card Top Loaders Thick Jersey New | New 5 10 20 BCW 8 x 10 Hard Plastic Rigid Topload Photo Holders 8x10 toploaders | Ult Thi |
|---|---|---|---|---|---|
| $1.99 | $7.99 | $7.35 | $49.99 | $14.96 | $1 |
| Free shipping | Free shipping Seller with a 100% positive feedback | $9.19 20% off Free shipping ⊕ Top Rated Plus | ⊙ Direct from Columbia Sports Cards | Free shipping | ~ |
| 87 sold | | | 332 sold | 753 sold | 29 |

---

| About this item | Shipping, returns & payments |
|---|---|

Report this item

Seller assumes all responsibility for this listing.    eBay item number: 166236185207

### Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more | Type | Toploader |
| Compatible Card Size | Standard | Color | Clear |
| Number of Toploaders/Card Holders | 100 | | |

### Item description from the seller

Doe 35

Tracking Info: You will receive a shipment confirmation email and tracking info once your order has shipped. All packages will be shipped with a tracking number. Some packages may require a signature confirmation based on the value and carrier requirements. All packages are properly secured/protected.

Please check under the shipping and payments tab to see if your country is an eligible country we ship to. Please note that international addresses will be charged an additional amount during checkout for shipping and customs fee. Please also allow for additional transit and delivery time for international orders. All international return charges must be paid for by the buyer.

Combined Shipping: We do not offer combined shipping rates, for each additional item you purchase the shipping price will be added to the listing and the items will be shipped together. Please make all your payment purchases for each item.



More to explore :   BCW Sports Trading Card Toploaders & Holders,   Ultra PRO Sports Trading Card Toploaders & Holders,   BCW Sports Trading Card Toploaders & Holders for Tall,
BCW Gold Sports Trading Card Toploaders & Holders,   BCW Sports Trading Card Toploaders & Holders for Standard,   Ultra PRO Sports Trading Card Toploaders & Holders for Standard
BCW Magnetic Holder Sports Trading Card Toploaders & Holders,   Ultra PRO Magnetic Holder Sports Trading Card Toploaders & Holders,   BCW Semi-Rigid Holder Sports Trading Card Toploaders & Holders,
Ultra PRO Screwdown Holder Sports Trading Card Toploaders & Holders

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices  and AdChoice

5/30/24, 4:01 PM
200 BCW Rigid toploaders & 200 Clear Sleeves 3x4 Standard Cards 35pt | eBay
Case: 1:24-cv-07259 Document #: 1-3 Filed: 08/14/24 Page 131 of 148 PageID #:174



Hi Clerk2! ∨   Daily Deals   Brand Outlet   Gift Cards   Help & Contact                    Sell   Watchlist ∨   My eBay ∨

Shop by category ∨       Search for anything       All Categories ∨    Search

Back to home page   Collectibles & Art   ...   Sports Trading Cards   Storage & Display Supplies   Card Toploaders & Holders

Share · Add to Watchlist

LAST ITEM AVAILABLE

### 200 BCW Rigid toploaders & 200 Clear Sleeves 3x4 Standard Cards 35pt

Collectors At Choice (880)
98.5% positive · Seller's other items · Contact seller

**US $29.25**

Condition: New

Quantity: 1      Last One / 7 sold

**Buy It Now**

**Add to cart**

♡ **Add to watchlist**

↩ **Breathe easy.** Returns accepted.

Shipping:   **Free Standard Shipping.** See details
            Located in: Chantilly, Virginia, 20151, United States
Delivery:   Estimated between **Mon, Jun 3** and **Fri, Jun 7** to 60601 ⓘ
Returns:    30 days returns. Buyer pays for return shipping. See details
Payments:   PayPal  G Pay  VISA  ●● mastercard  AMEX  DISCOVER
            PayPal CREDIT
            Special financing available. See terms and apply now

            Earn up to 5x points when you use your eBay Mastercard®.
            Learn more





Have one to sell?  Sell now

## Similar Items
Sponsored          Feedback on our suggestions   |   See all

1000ct Regular 3X4 Toploaders + 1000 Soft Sleeves 35pt Trading Cards Protectors
New
$79.99
Free shipping
Seller with 100% positive feedback

(25)BCW 3" x 4" Topload Card Holder for Standard Sized Trading Cards Top Loader
New
$9.99
Free shipping
⊠ Top Rated Plus
26 sold

BCW-TOPLOAD-HORIZONTAL-BOOKLET CARD TOP LOADER-SLEEVE-BAG-THICKNESS TOOL
Pre-owned
$4.99
0 bids
2d
Free shipping
⊠ Top Rated Plus
Seller with 100% positive feedback

(100) BCW Rigid Topload Card Holder 3x4 White Border Baseball Trading Toploaders
New
$19.75
Free shipping
⊠ Top Rated Plus
Seller with 100% positive feedback

Report this item

Doe 36





About this item | Shipping, returns, and payments

Seller assumes all responsibility for this listing.

Last updated on May 26, 2024 15:50:46 PDT  View all revisions

eBay item number: 354558817292

## Item specifics

| | |
|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more |
| Card Holder Type | rigid |
| Compatible Card Size | Standard |
| Color | Clear |
| UPC | Does not Apply |
| MPN | Does not apply |
| Year Manufactured | 2023 |
| Material | Rigid PVC |
| Item Length | 3 in |
| Brand | BCW |
| Type | Toploader |
| EAN | Does not Apply |
| Item Height | 4 in |
| Number of Toploaders/Card Holders | 200 |
| Compatible Card Thickness | 35 Pt. |

## Item description from the seller

BCW 200-Count Card Toploaders and 200 Card Sleeves

- Contains 200 standard toploaders
- Contains 200 trading card sleeves
- Toploader Exterior Dimensions: 3 x 4 1/16 (in)
- Toploader Interior Dimensions: 2 3/4 x 3 7/8 (in)
- Sleeve Exterior Dimensions: 2 5/8 X 3 5/8 (in)

BCW Standard 3x4 toploaders are made of high-quality, rigid PVC. These toploading holders are some of the most popular rigid individual card holders in the collectible card industry. Use this product to protect, store or display collectible baseball cards, football cards, hockey cards, or other trading cards like Magic The Gathering, Pokemon, YuGiOh, and others.

BCW Card Sleeves (often called 'penny sleeves') are an acid free, archival quality product made of crystal clear polypropylene. Use this protective holder to protect, store and display your collectible trading cards

- Brand: BCW
- Color: Clear
- Material: Polyvinyl Chloride
- Shape: Rectangular
- Pattern: Solid



### Collectors A1 Choice

98.5% positive feedback
2.0K items sold

[ Visit store ]
[ Contact ]
[ ♡ Save seller ]

📅 Joined Oct 2020

### Detailed seller ratings

Average for the last 12 months

| | |
|---|---|
| Accurate description | 4.9 |
| Reasonable shipping cost | 5.0 |
| Shipping speed | 4.9 |
| Communication | 4.9 |

### Popular categories from this store

See all

Collectibles | Crafts | Everything Else | Travel | Clothing, Shoes & Accessories | Toys & Hobbies | Video Games & Consoles | Pet Supplies | Stamps

### Seller feedback (907)

This item (5)  All items (907)

⊕ k***w (591) • Past 6 months                    Verified purchase

Thank you for the fast service



-***3 (1257) • Past 6 months                                                                    Verified purchase

Thanks

r***e (275) • Past 6 months                                                                    Verified purchase

Thank you

[ See all feedback ]

Back to home page

More to explore :   BCW Semi-Rigid Holder Sports Trading Card Toploaders & Holders for Standard,   BCW Semi-Rigid Holder Sports Trading Card Toploaders & Holders,   BCW Sports Trading Card Toploaders & Holders for Standard,
BCW Sports Trading Card Toploaders & Holders,   BCW Black Sports Trading Card Toploaders & Holders for Standard,   BCW Sports Trading Card Toploaders & Holders for Tall,   BCW Magnetic Holder Sports Trading Card Toploaders & Holders,
Semi-Rigid Holder Sports Trading Card Toploaders & Holders,   Sports Trading Card Toploaders & Holders for Standard,   BCW Sports Trading Card Sleeves & Bags

About eBay     Announcements     Community     Security Center     Seller Center     Policies     Affiliates     Help & Contact     Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice

 Checkout

How do you like our checkout? Give us feedback

PayPal Buy with PayPal. It's fast and simple.

### Pay with

○ Add new card
VISA  mastercard  AMEX  DISCOVER

○ PayPal PayPal

○ PayPal CREDIT  Special financing available.
Apply now. See terms

○ G Pay Google Pay

### Ship to
Clerk2 Clerk2
161 North Clark St.
Chicago, IL 60601-3206
United States
(312) 375-1573
Change

### Review item and shipping
Seller: collectorsa...   Message to seller

LAST ONE
200 BCW Rigid toploaders & 200 Clear Sleeves 3x4 Standard Cards 35pt
$29.25
Quantity 1

Returns accepted

**Delivery**
Free Standard Shipping
Est. delivery: Jun 3 – Jun 7

### Gift cards, coupons, eBay Bucks
Enter code:   Apply

### Donate to charity (optional) ⓘ
The Jed Foundation

The Jed Foundation (JED) supports millions of teens and young adults who rely on JED's evidence-based mental health and suicide prevention strategies. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount   None ⌄

| | |
|---|---|
| Item (1) | $29.25 |
| Shipping | Free |
| Tax* | $3.00 |

**Order total** **$32.25**

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

**Confirm and pay**

Select a payment method

🛡 Purchase protected by eBay Money Back Guarantee

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice

5/30/24, 4:03 PM
Case: 1:24-cv-07259 Document #: 1-3 Filed: 08/14/24 Page 135 of 148 PageID #:178
Pack of 10 Max Pro 11 x 17 Hard Plastic Topload Holders 11x17 Toploaders Sheets | eBay

ebay          Shop by category ▾          Search for anything          All Categories ▾          **Search**

< Back to home page | Collectibles & Art | ··· | Storage & Display Supplies | Card Toploaders & Holders | See more Max Protection A...          Share | Add to Watchlist



3 PEOPLE HAVE THIS IN THEIR CART

**Pack of 10 Max Pro 11 x 17 Hard Plastic Topload Holders 11x17 Toploaders Sheets**

Trusted By Over 500,000 eBay Customers and Counting!

Columbia Hobby Sports Cards n More (436034)
100% positive | Seller's other items | Contact seller

**US $29.99**
List price US $32.99 (9% off) ⓘ | Price details

Condition: **New**

Quantity: [ 1 ]    More than 10 available / 46 sold

[ **Buy It Now** ]

[ Add to cart ]

[ ♡ Add to watchlist ]

⚡ This one's trending. 46 have already sold.

↩ Breathe easy. Returns accepted.

Shipping:  Free Standard Shipping. See details
           Located in: Vancouver, Washington, United States

Delivery:  Estimated between **Mon, Jun 3** and **Wed, Jun 5** to 60601 ⓘ

Returns:   30 days returns. Buyer pays for return shipping. See details

Payments:  PayPal  GPay  VISA  ●●  AMEX  DISCOVER
           PayPal CREDIT
           Special financing available. See terms and apply now

           Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

✓ Direct from Columbia Sports Cards
  Item sold directly by the brand.

Have one to sell? Sell now

## Similar Items
Sponsored          Feedback on our suggestions   |   See all



PACK OF 10 CSP 14" X 17" TOPLOADERS TOP LOAD for ART PRINTS, LITHOGRAPHS, DOCS
New
**$37.80**
Free shipping
Seller with 99.8% positive feedback

10 Pack 11 x 17 INCH Extra Large Size RIGID Plastic Protector Sleeve For Poster
New
**$28.95**
Free shipping
Seller with 99.5% positive feedback



Heavy Duty Transparent Badge / Card Holders - Baker's Dozen Set
Pre-owned
**$6.49**
0 bids
3d 19h
+ $4.43 shipping
Seller with 100% positive feedback



Platinum Protectors 11x17 Toploaders for Posters Lithographs Art Plastic Holders
New
**$21.99**
Free shipping
🏅 Top Rated Plus
53 sold



**Doe 37**

About this item | Shipping, returns, and payments

<div align="right">Report this item</div>

Seller assumes all responsibility for this listing.

<div align="right">eBay item number:   386114253669</div>

Last updated on May 28, 2024 11:09:38 PDT   View all revisions

## Item specifics

| | |
|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ...  Read more |
| MPN | MX-TL-11x17-PREMIUM |
| UPC | 0858188000424 |
| Brand | Max Protection |
| Type | Card Holder |
| Color | Clear |
| Material | Rigid PVC |

## About this product

### Product Identifiers

| | |
|---|---|
| Brand | Max Protection |
| GTIN | 0858188000424 |
| UPC | 0858188000424 |
| eBay Product ID (ePID) | 2016817349 |

### Product Key Features

| | |
|---|---|
| Color | Clear |
| Material | Rigid PVC |
| Type | Card Holder |

### Additional Product Features

| | |
|---|---|
| Country/Region of Manufacture | Unknown |

## Item description from the seller

<div align="right">Powered by <b>Froition</b></div>



Pack of 10 Max Pro 11 x 17 Hard Plastic Topload Holders 11x17 Toploaders Sheets

ALL ITEMS

See our eBay store for more great items >>

SHOP CATEGORIES

SINGLE CARDS - BASEBALL
SINGLE CARDS - BASKETBALL
SINGLE CARDS - FOOTBALL
SINGLE CARDS - HOCKEY
SINGLE CARDS - NON-SPORTS
SINGLE CARDS - SOCCER
SINGLE CARDS - UFC / WRESTLING

HELPFUL LINKS

ADD TO FAVORITE SELLERS
SIGN UP TO NEWSLETTER
VIEW FEEDBACK
VISIT SELLER'S EBAY SHOP
ABOUT SELLER PAGE

MORE ITEMS!



## Columbia Hobby Sports Cards n More

100% positive feedback
1.0M items sold

[ Visit store ]
[ Contact ]
[ ♡ Save seller ]

🗓 Joined Nov 1998

### Detailed seller ratings

Average for the last 12 months

| | |
|---|---|
| Accurate description | 5.0 |
| Reasonable shipping cost | 5.0 |
| Shipping speed | 5.0 |
| Communication | 5.0 |

### Popular categories from this store

See all

Pokemon   Single Cards - Baseball   Single Cards - Basketball   Single Cards - Football   Single Cards - Hockey   Single Cards - Non-Sports

Single Cards - Soccer   Graded Cards   Comic & Magazine Supplies

### Seller feedback (502,279)

**This item (20)**   All items (502,279)

⊕ l***f (6686) • Past month                                      Verified purchase

Quality toploaders . 5 star seller w awesome price , friendly service. Quick shipment.

⊕ v***e (10208) • Past 6 months                                  Verified purchase

FANTASTIC SELLER, BEAUTFUL ITEM, SUPER FAST SHIPPING, GREAT PRICE. ALL IN ALL TOP SELLER!!

⊕ 1***1 (994) • Past 6 months                                    Verified purchase

Fast shipping, great items and prices, thanks so much !!

[ See all feedback ]

## Product ratings and reviews

Learn more

[ Write a review ]

### 3.8

★★★★☆
5 product ratings

| ★ 5 | 3 |
|---|---|
| ★ 4 | 0 |
| ★ 3 | 1 |
| ★ 2 | 0 |
| ★ 1 | 1 |

 100% Would recommend

 100% Good value

 100% Good quality

### Most relevant reviews

See all 3 reviews

★★★☆☆
by chamberofxs
Apr 30, 2018

**Wheres the hanging bit?**

These used to come with a piece on the back so you could hang it on a wall if you wanted to. Now, they got rid of it. Cheezy move. What do you do with them now, stand it in a corner?

Verified purchase: Yes · Condition: New · Sold by: columbiasportscard

★★★★★

by fspfre_pb8bo5gjp
Apr 29, 2024

**Art print protectors.**

Great way to protect art or paper collectibles.

Verified purchase: Yes · Condition: New · Sold by: columbiasportscard

★★★★★

by craftycruzer
Jul 13, 2017

**Perfect for my needs**

I've looked before for an answer to protect & display my Posters.... This was perfect... Quality at a Great Price!!!

Verified purchase: Yes · Condition: New · Sold by: columbiasportscard

Back to home page  |  See More Details about "Max Protection Art Print Toploader Holder - Pack of 10"        Return to top

More to explore :   Ultra PRO Sports Trading Card Toploaders & Holders,   Sports Trading Card Toploaders & Holders,   Max Protection Sports Trading Card Toploaders & Holders,
Ultra PRO Magnetic Holder Sports Trading Card Toploaders & Holders,   Magnetic Holder Sports Trading Card Toploaders & Holders,   Gold Sports Trading Card Toploaders & Holders,
Sports Trading Card Toploaders & Holders for Standard,   Screwdown Holder Sports Trading Card Toploaders & Holders,   White Sports Trading Card Toploaders & Holders,
Cardboard Gold Sports Trading Card Toploaders & Holders

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice ⓘ





# Checkout

How do you like our checkout? Give us feedback

Buy with PayPal. It's fast and simple.

## Pay with

Add new card

PayPal

Special financing available.
Apply now. See terms

Google Pay

| | |
|---|---|
| Item (1) | $29.99 |
| Shipping | Free |
| Tax* | $3.07 |
| **Order total** | **$33.06** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

Confirm and pay

Select a payment method

Purchase protected by **eBay Money Back Guarantee**

## Ship to

Clerk2 Clerk2
161 North Clark St.
Chicago, IL 60601-3206
United States
(312) 375-1573
Change

## Review item and shipping

Seller: columbiaspo... | Message to seller

Pack of 10 Max Pro 11 x 17 Hard Plastic Topload Holders 11x17 Toploaders Sheets
**$29.99** ~~$32.99~~ 9% off

Quantity
1

Returns accepted

**Delivery**
**Free Standard Shipping**
Est. delivery: Jun 3 – Jun 5

## Gift cards, coupons, eBay Bucks

Enter code:

Apply

## Donate to charity (optional)

The Jed Foundation

The Jed Foundation (JED) supports millions of teens and young adults who rely on JED's evidence-based mental health and suicide prevention strategies. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount None

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice

2/12/24, 5:29 PM

Case: 1:24-cv-07259 Document #: 1-3 Filed: 08/14/24 Page 140 of 148 PageID #:183

Hi Clerk2! ∨ | Daily Deals | Brand Outlet | Gift Cards | Help & Contact                Sell | Watchlist ∨ | My eBay ∨

### ebay

Shop by category ∨ | Search for anything | All Categories ∨ | **Search**

Back to search results · Collectibles & Art · ⋯ · Storage & Display Supplies · Card Toploaders & Holders · See more BCW Premium 3x...        Share | Add to Watchlist

**(100) BCW Premium TOPLOADERS Card Holders (4 Packs of 25) 3x4 Ultra Pro**



Cowboys Fan Trading Cards (3476)
99.9% positive · Seller's other items · Contact seller

**US $19.99**

Condition:  New

Quantity:  [ 1 ]   9 available / 1 sold

| Buy It Now |
| Add to cart |
| ♡ Add to watchlist |

Shipping:   Free Standard Shipping. See details
Located in: Pearland, Texas, United States

Delivery:   Estimated between **Fri, Feb 16** and **Tue, Feb 20** to 60601 ⓘ

Returns:    Seller does not accept returns. If the item you received doesn't match the listing description, your purchase may be eligible for eBay Money Back Guarantee if the return request is made within 3 days from delivery. See details

Payments:   [PayPal] [G Pay] [VISA] [MasterCard] [AMEX] [Discover]

PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Have one to sell?  Sell now

---

About this item | Shipping, returns, and payments                                    Report this item

Seller assumes all responsibility for this listing.                                   eBay item number: 155835992913

Last updated on Jan 29, 2024 10:33:43 PST  View all revisions

### Item specifics

| | |
|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more |
| Card Holder Type | topload |
| Compatible Card Size | Standard |
| Size | 3X4 |
| Color | Clear |
| Model | 1-TLCH |
| MPN | 1-TLCH |
| Number of Toploaders/Card Holders | 100 |
| Number of Sleeves | 100 |
| Border Color | Clear |
| Compatible Card Thickness | 20 Pt. |
| Modified Item | No |
| UPC | 0722626902345 |
| Brand | BCW |
| Type | Rigid |

## About this product

**Product Identifiers**

| | |
|---|---|
| Brand | BCW |
| GTIN | 0722626902345 |
| UPC | 0722626902345 |
| eBay Product ID (ePID) | 1131149263 |

**Product Key Features**

| | |
|---|---|
| Type | Rigid |

**Additional Product Features**

| | |
|---|---|
| Size | Standard |

## Item description from the seller

*4 Packs Deal - 100 Holders.*

The BCW Premium 3 X 4 toploading card holders are known as the most popular rigid individual card holder in the collectible card industry.
Use this product to protect store or display collectible baseball cards football cards hockey cards or other trading cards like Magic the Gathering Pokemon Yugioh Dragonball Z and others.

The PVC used in BCW Toploads contain no plasticizers or stearates.
The high impact grade PVC does not migrate and will not harm your cards photos or prints while offering maximum protection and visual appeal.
Sold in packs of 25.
Holds a standard sized trading card Premium Toploader Crystal clear Made of high impact rigid PVC.

Exterior Dimensions 3 x 4 1/16
Interior Dimensions 2 3/4 x 3 7/16



### Cowboys Fan Trading Cards

**99.9%** Positive Feedback
**13K** items sold

📅 Joined Aug 2002

| Visit store |
|---|
| Contact |
| ♡ Save seller |

## Detailed seller ratings

Average for the last 12 months

| | | |
|---|---|---|
| Accurate description | ▬▬▬ | 5.0 |
| Reasonable shipping cost | ▬▬▬ | 5.0 |
| Shipping speed | ▬▬▬ | 5.0 |
| Communication | ▬▬▬ | 5.0 |

### Popular categories from this store

See all

Football Cards    Basketball Cards    Baseball Cards    Pokemon Cards    Racing Cards    Hockey Cards    Soccer Cards    Other

### Seller feedback (4,983)

__This item (1)__    All items (4,983)

➕ f***0 (3500) • Past month

Excellent! Thanks!

See all feedback

## Product ratings and reviews

Learn more                                                                    Write a review

**4.7**
★★★★½
39 product ratings

| | |
|---|---|
| ★ 5 | ▬▬▬▬▬▬ 34 |
| ★ 4 | ▬ 3 |
| ★ 3 | 0 |
| ★ 2 | 0 |
| ★ 1 | ▬ 2 |

 86% Would recommend

 93% Good value

 93% Good quality

### Most relevant reviews

See all 28 reviews

★★★★★
by pixelatedjpeg
Mar 24, 2019
**TOP FAVORABLE REVIEW**

**Perfect!**

These are perfect, wouldn't even consider buying another brand. I use these specifically to display ACEO/ATC cards, and I mount them in the wall with small command strips. Minimal glare. Several of my friends also use these for their magic cards.

Verified purchase: Yes · Condition: New · Sold by: billyjames2

★★★★★
by wherebfolg
Apr 04, 2018

**Great value with this product.**

In my opinion these toploaders are the same quality as the standard BCW sells. Just with a little more buffing. I've only been 1/4 of the way through the case and have had multiple cracked or chipped (not so PREMIUM) toploaders. On the value side it is a good deal.

Verified purchase: Yes · Condition: New · Sold by: sharpgaming

★★★★★
by roojerr-mplwbs
Jan 13, 2020

**Hold my cards.**

Just what I wanted perfect for my Mattingly collection. Well made and cards fit in nicely. Best deal I found on ebay for the amount that I needed. Highly recommend them.

Verified purchase: Yes · Condition: New · Sold by: jadedstud

★★★★★
by natwes7180
Aug 25, 2022

**Great Toploaders**

Great quality, even better price! I use them for all of my collectible baseball cards!

Verified purchase: Yes · Condition: New · Sold by: sportscardsgrading

★★★★★
by kathiephan
Aug 22, 2017

**Durable and great!**

Love them!! Perfect protection for my trading cards! Can weather any storm 😍

Verified purchase: Yes · Condition: New · Sold by: billyjames2

Back to search results | See More Details about "BCW Premium 3x4 Topload Card Holder"
Return to top

More to explore :   BCW Sports Trading Card Toploaders & Holders,   Ultra PRO Sports Trading Card Toploaders & Holders,   BCW Magnetic Holder Sports Trading Card Toploaders & Holders,   BCW Sports Trading Card Toploaders & Holders for Tall,   BCW Gold Sports Trading Card Toploaders & Holders,   Ultra PRO Magnetic Holder Sports Trading Card Toploaders & Holders,   Ultra PRO Sports Trading Card Toploaders & Holders for Standard,   BCW Semi-Rigid Holder Sports Trading Card Toploaders & Holders,   Ultra PRO White Sports Trading Card Toploaders & Holders,   Ultra PRO Semi-Rigid Holder Sports Trading Card Toploaders & Holders

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice



ebay **Checkout**

How do you like our checkout? Give us feedback

PayPal Buy with PayPal. It's fast and simple.

**Pay with**

Add new card

PayPal

Special financing available.
Apply now. See terms

Google Pay

**Ship to**

Clerk2 Clerk2
161 North Clark St.
Chicago, IL 60601-3206
United States
(312) 375-1573
Change

**Review item and shipping**

Seller: cowboysftc | Message to seller

(100) BCW Premium TOPLOADERS Card Holders (4 Packs of 25) 3x4 Ultra Pro

**$19.99**

Quantity
1

**Delivery**
**Free Standard Shipping**
Est. delivery: Feb 16 – Feb 20

**Gift cards, coupons, eBay Bucks**

Enter code:

Apply

**Donate to charity (optional)**

Save a Child's Heart Foundation

Give $1 to help provide lifesaving heart surgery for children in need. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount None

| | |
|---|---|
| Item (1) | $19.99 |
| Shipping | Free |
| Tax* | $2.05 |
| **Order total** | **$22.04** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

Confirm and pay

Select a payment method

ebay MONEY BACK GUARANTEE
See details

Case: 1:24-cv-07259 Document #: 1-3 Filed: 08/14/24 Page 145 of 148 PageID #:188



SAVE UP TO **10%** WHEN YOU BUY MORE

### Trading Card Sleeves Hard Plastic Clear Case Holder 100 Baseball Cards Topload

Condition: New

Bulk savings:
| Buy 1 $20.49/ea | Buy 2 $19.88/ea | Buy 3 $19.26/ea |

Quantity: 1          3 available

Price: **US $20.49/ea**

**Buy It Now**

**Add to cart**

♡ Add to watchlist

↩ Breathe easy. Free shipping and returns.

🚚 Fast and reliable. Ships from United States.

Shipping: **Free 2-4 day shipping**
Get it between Thu, Jul 27 and Sat, Jul 29 to 60601. See details
Located in: Woodbridge, New Jersey, United States

Returns: 30 days returns. Buyer pays for return shipping. See details

Payments: PayPal  G Pay  VISA  Mastercard  AMEX  Discover

PayPal CREDIT Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Seller information**
d-mart001 (295 ★)
97.6% positive feedback

♡ Save seller
Contact seller
See other items

---

Similar sponsored items          See all ›


Trading Card Sleeves Hard Plastic Clear Case Holder 100 Baseball Cards Topload#!
New
$15.35
Free shipping
Seller with a 100% positive feedback


Trading Card Sleeves Hard Plastic Clear Case Holder 100 Baseball Cards Topload
New
$19.29
Free shipping


100 Standard Size 3x4 Top Loaders w/ 100 Soft Sleeves Fits Standard Size Cards
$3.25
2 bids
+ $9.99 shipping
Top Rated Plus
Seller with a 100% positive feedback


Trading Card Sleeves Hard Plastic Clear Case Holder 100 Baseball Cards Topload
New
$19.29
Free shipping
Seller with a 99.3% positive feedback


Trading Card Sleeves Hard Plastic Topload Clear Case Holder 100 Baseball Cards
New
$23.98
Free shipping
Top Rated Plus
1255 sold

---

Sponsored items inspired by your views          See all ›


5pk Universal Card Stand: Black - PSA, BGS, Business, One-Touch, Toploader, etc.
New
$7.95
+ $5.00 shipping
Seller with a 100% positive feedback


(25) One Touch Magnet Toploader Protector for baseball, basketball, pokemon
New
$26.99
+ $8.99 shipping
Seller with a 100% positive feedback


50pcs Ultra PRO Top Loaders Cards Sleeves Toploaders Topload Toploader 3x4"
New
$11.99
Free shipping
Seller with a 99.3% positive feedback


Trading Card Sleeves Hard Plastic Clear Case Holder 100 Baseball Cards Topload
New
$16.99
Free shipping
Seller with a 100% positive feedback


100-200Pcs Trading Card Sleeves Hard Plastic Case Holder Baseball Cards -3"x4"
New
$17.99
Free shipping

---

About this item | Shipping, returns & payments

Seller assumes all responsibility for this listing.

Report this item

eBay item number: 364362323959

### Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more | Brand | Unbranded |
| Type | Toploader | Color | Clear |
| Material | Plastic | Number of Toploaders/Card Holders | 100 |

Country/Region of Manufacture: United States

## Item description from the seller

**Trading Card Sleeves Hard Plastic Clear Case Holder 100 Baseball Cards Topload**

- 100 Holders Total. Topload, open on the short side.
- Each card holder holds a standard trading card - Up to 20 pts.
- 12-mil thickness panels made of high-quality, rigid PVC.
- Exterior Dimensions: 3" x 4-1/16".
- Interior Dimensions: 2-3/4" x 3-7/8".

## d-mart001

**97.6%** Positive Feedback
**720** Items sold

Seller's other items
Contact
Save seller

### Detailed seller ratings

Average for the last 12 months

| | |
|---|---|
| Accurate description | 4.9 |
| Reasonable shipping cost | 5.0 |
| Shipping speed | 4.9 |
| Communication | 4.9 |

### Seller feedback (154)

0***f (1002) • Past month

thank u

Razor Blades - Stainless Blades Single Edge Blades 100 Pcs Heat Treated Shaving (#364320200840)

2***9 (837) • Past month

item as described.

5pc Reciprocating Saw Blades Electric Wood Pruning 5TPI Saw Blades 12" (#364354056449)

r***j (1725) • Past month

Great

Zippo Typhoon Match Kit Storm Proof Matches W/ Case 15 Waterproof Survival Match (#364315940075)

See all feedback

Back to previous page
Return to top

More to explore : Sports Trading Card Toploaders & Holders, Magnetic Holder Sports Trading Card Toploaders & Holders, Gold Sports Trading Card Toploaders & Holders, BCW Sports Trading Card Toploaders & Holders, Sports Trading Card Toploaders & Holders for Standard, Screwdown Holder Sports Trading Card Toploaders & Holders, Ultra PRO Sports Trading Card Toploaders & Holders, Semi-Rigid Holder Sports Trading Card Toploaders & Holders, BCW Magnetic Holder Sports Trading Card Toploaders & Holders, Sports Trading Card Toploaders & Holders with UV Protection

About eBay Announcements Community Security Center Seller Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice



 Checkout

How do you like our checkout? Give us feedback

## Pay with

○ Add new card
VISA · Mastercard · AMEX · Discover

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

○ G Pay  Google Pay

### Ship to

Clerk2 Clerk2
161 North Clark St.
Chicago, IL 60601-3206
United States
(312) 375-1573
Change

### Review item and shipping

Seller: d-mart001    Message to seller

 Trading Card Sleeves Hard Plastic Clear Case Holder 100 Baseball Cards Topload

**$20.49**

Quantity
1

Delivery
**Free 2-4 day shipping**
Get it by Jul 27 – Jul 29
FedEx 2Day

### Gift cards, coupons, eBay Bucks

Enter code:          Apply

### Donate to charity (optional) ⓘ

Reflections of Trinity

Help children, seniors and others in crisis with food, clothing and basic needs. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount    None

| | |
|---|---|
| Subtotal (1 item) | $20.49 |
| Shipping | Free |
| Tax* | $2.10 |

**Order total** **$22.59**

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

🔒 **Confirm and pay**

Select a payment option

ebay MONEY BACK GUARANTEE
See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ



Hi Clerk2! ∨    Daily Deals   Brand Outlet   Gift Cards   Help & Contact                    Sell   Watchlist ∨   My eBay ∨

ebay    Shop by category ∨    | Search for anything | All Categories ∨ | Search |

Back to home page  ·  Collectibles & Art  ·  …  ·  Storage & Display Supplies  ·  Card Toploaders & Holders  ·  See more BCW 1-TLCH-100 …

Share   Add to Watchlist

🏷 **SAVE UP TO 8% WHEN YOU BUY MORE**





### 100 Top Loaders for Cards | Toploader Hard Plastic Card Sleeves for Baseball ...

danodeals111 (3894)
99.6% positive · Seller's other items · Contact seller

## US $17.69/ea

Condition: New

Quantity: [ 1 ]   3 available / 2 sold

Bulk savings:

| Buy 1 $17.69/ea | Buy 2 $17.16/ea | Buy 3 $16.81/ea |

| **Buy It Now** |

| **Add to cart** |

| ♡ Add to watchlist |

↩ **Breathe easy.** Free shipping and returns.

Shipping:   Free Expedited Shipping. See details
Located in: Phoenix, AZ, United States

Delivery:    Estimated between **Fri, Feb 16** and **Thu, Feb 22** to 60601 ⓘ

Returns:     30 days returns. Seller pays for return shipping. See details

Payments:    PayPal  GPay  VISA  ●●  AMEX  ●●
PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

| About this item | Shipping, returns, and payments |

Report this item

Seller assumes all responsibility for this listing.

Last updated on Feb 10, 2024 23:26:28 PST  View all revisions

eBay item number: 235371718096

## Item specifics

| | |
|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's … Read more |
| EAN | 0722626007972 |
| ISBN | 0722626007972 |
| Package Dimensions LxWxH | 6.38x4.06x3.03 Inches |
| Weight | 1.54 Pounds |
| MPN | Does not apply |
| Model | Does not apply |
| UPC | 0722626007972 |
| Brand | BCW |
| Type | Rigid |