## About this product

**Product Identifiers**

Brand                           BCW
UPC                             0722626007972
eBay Product ID (ePID)          23002809383

**Product Key Features**

Type                            Rigid

**Additional Product Features**

Size                            Standard
Team                            Chicago White Sox
Border Color                    Clear
Series                          Topps Chrome
Year                            2020

## Item description from the seller

2/12/24, 12:35 PM  100 Top Loaders for Cards | Toploader Hard Plastic Card Sleeves for Baseball, Football, Basketball, Pokemon, Yugioh... | eBay

Case: 1:24-cv-07259 Document #: 1-4 Filed: 08/14/24 Page 2 of 241 PageID #:193

# 100 Top Loaders for Cards | Toploader Hard Plastic Card Sleeves for Baseball, Football, Basketball, Pokemon, Yugioh, MTG, Kpop Cards | Ultra Clear | Made for Hobbyists and Pro Collectors



- WHAT IS INCLUDED - 100 toploaders designed to hold standard thickness cards (20pt)
- PROTECT YOUR COLLECTION - toploaders are the standard for protecting your sports cards, gaming cards and other collectible cards
- DESIGNED TO PROTECT YOUR CARDS - Less flexible than semi-rigids and more flexible than magnetic card holders. The give provides additional protection for cards if dropped.
- DIMENSIONS AND CLARITY - Standard sized (length and width) of 3x4 (outer dimensions - fits items that are slightly smaller). Toploaders are clear with a slight blue tinge
- RANGE OF THICKNESSES AVAILABLE - has standard sized toploaders and a range of toploaders for cards of different thickness.

standard 3x4 top loading card holders are made of high-quality, rigid PVC. These top loading holders are some of the most popular rigid individual card holders in the collectible card industry. Use this product to protect, store or display collectible baseball cards, football cards, hockey cards, or other Trading cards like Magic the gathering, pokémon, yugioh, and others.

## Shipping

- We offer FREE shipping on all orders!
- We ship within Three business days of payment, usually sooner.
- We use a selection of shipping services such as UPS, FedEx, USPS etc.
- We only ship to the lower 48 states, no APO/FPO addresses or PO Boxes allowed.
- Local pickups and combined shipping options are not provided at this time.



## Return

- You can return a product for up to 30 days from the date you purchased it.
- Any product you return must be in the same condition you received it and in the original packaging. Please keep the receipt.



## Payment

We accept payment by any of the following methods:
**PayPal**
Please pay as soon as possible after winning an auction, as that will allow us to post your item to you sooner!



## Feedback

Customer satisfaction is very important to us.
If you have any problem with your order, please contact us and we will do our best to make you satisfied.

## Contact Us

If you have any queries, please contact us via ebay. We usually respond within 24 hours on weekdays.

**Please visit our eBay store to check out other items for sale!**

## Thank you for shopping at our store.



## danodeals111

**99.6%** Positive Feedback
**13K** items sold

Joined May 2017

Visit store

Contact

♡ Save seller

### Detailed seller ratings

Average for the last 12 months

| Accurate description | | 5.0 |
| --- | --- | --- |
| Reasonable shipping cost | | 5.0 |
| Shipping speed | | 5.0 |
| Communication | | 5.0 |

### Seller feedback (4,038)

This item (1)    All items (4,038)

⊕ m***l (369) · Past month

Awesome to do business with A++++++++++

See all feedback

## Product ratings and reviews

Learn more

Write a review

### 4.8
★★★★★
52 product ratings

| ★ 5 | | 48 |
| ★ 4 | | 2 |
| ★ 3 | | 0 |
| ★ 2 | | 1 |
| ★ 1 | | 1 |


**97%** Would recommend


**96%** Good value


**95%** Good quality

### Most relevant reviews

See all 39 reviews

★★★★★
by baldev
Oct 11, 2021
TOP FAVORABLE REVIEW

**Will keep using and order more**

Good product for shipping standard size baseball cards safely

Verified purchase: Yes · Condition: New · Sold by: turbodsales

★★★★★
by bron059
Oct 25, 2023

**Best toploaders in the industry**

Good quality top loaders that are easy to use for sports cards.

Verified purchase: Yes · Sold by: otherbuddy

★★★★★
by micbe_166945
Jun 12, 2022

**Great Deal!**

Thank you for my recent purchase, I used the Toploaders to finally complete my 2020 Panini Phoenix Football (200) Card set with Joe Burrow RC & Justin Herbert RC. Now every card is protected.

Verified purchase: Yes · Condition: New · Sold by: sportscardsgrading

★★★★★

**Quality**

by breki_5432
Jun 08, 2021

This is what my husband wanted for Father's Day, he Loves this brand.

Verified purchase: Yes · Condition: New

★★★★☆

### Top Loader

by theworkingstiff216
May 12, 2022

Top loaders are in good condition, however there seems to be alot of plastic shavings inside the loaders and could potentially ruin sports cards. But, they are still a good buy. Thanks!

Verified purchase: Yes · Condition: New · Sold by: hookedoncardswholesale

Back to home page | See More Details about "BCW 1-TLCH-100 3X4 Topload Card Holder - Standard"    Return to top

More to explore :  Sports Trading Card Toploaders & Holders,  BCW Sports Trading Card Toploaders & Holders,  Gold Sports Trading Card Toploaders & Holders,
Magnetic Holder Sports Trading Card Toploaders & Holders,  Sports Trading Card Toploaders & Holders for Standard,  Ultra PRO Sports Trading Card Toploaders & Holders,
Screwdown Holder Sports Trading Card Toploaders & Holders,  Baseball Trading Card Singles,  Semi-Rigid Holder Sports Trading Card Toploaders & Holders,  Sports Trading Card Card Sleeves

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice





# Checkout

How do you like our checkout? Give us feedback

PayPal Buy with PayPal. It's fast and simple.

## Pay with

- Add new card
- PayPal
- Special financing available. Apply now. See terms
- Google Pay

| | |
|---|---|
| Item (1) | $17.69 |
| Shipping | Free |
| Tax* | $1.81 |
| **Order total** | **$19.50** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

Confirm and pay

Select a payment method

ebay MONEY BACK GUARANTEE
See details

## Ship to

Clerk2 Clerk2
161 North Clark St.
Chicago, IL 60601-3206
United States
(312) 375-1573
Change

## Review item and shipping

Seller: danodeals111 | Message to seller

100 Top Loaders for Cards | Toploader Hard Plastic Card Sleeves for Baseball ...

**$17.69**

Quantity
1

Free returns

**Delivery**
**Free Expedited Shipping**
Est. delivery: Feb 16 – Feb 22

## Gift cards, coupons, eBay Bucks

Enter code:
Apply

## Donate to charity (optional)

Save a Child's Heart Foundation

Give $1 to help provide lifesaving heart surgery for children in need. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount None

Hi Clerk2! ⌄   Daily Deals   Brand Outlet   Gift Cards   Help & Contact                    Sell   Watchlist ⌄   My eBay ⌄   🔔 2   🛒

ebay   Shop by category ⌄   [Search for anything]   All Categories ⌄   [Search]

Back to home page · Collectibles & Art · ⋯ · Sports Trading Cards · Storage & Display Supplies · Card Toploaders & Holders          Share   Add to Watchlist

🔥 SAVE UP TO **20%** WHEN YOU BUY MORE





Have one to sell? Sell now

### BCW Topload Holders For Horizontal Booklet Card /Ticket 7 1/2 x 2 1/2 Pack of 10

DB_Cards (787)
100% positive · Seller's other items · Contact seller

**US $9.49/ea**
or Best Offer

Condition:   New

Quantity:   [1]   9 available / 10 sold

Bulk savings:

| Buy 1 $9.49/ea | Buy 2 $8.54/ea | Buy 3 $8.07/ea | 4 or more for $7.59/ea |
| --- | --- | --- | --- |

[ Buy It Now ]

[ Add to cart ]

[ Make offer ]

[ ♡ Add to watchlist ]

↩ **Breathe easy.** Free shipping and returns.

Shipping:   **Free Standard Shipping.** See details
Located in: Weatherford, Texas, United States

Delivery:   Estimated between **Fri, Feb 16** and **Tue, Feb 20** to 60601 ⓘ

Returns:   30 days returns. Seller pays for return shipping. See details

Payments:   PayPal   G Pay   VISA   MasterCard   American Express   Discover
PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

🛡 **Top Rated Plus**
Trusted seller, fast shipping, and easy returns. Learn more

About this item | Shipping, returns, and payments                    Report this item

Seller assumes all responsibility for this listing.                    eBay item number: **296109043148**

Last updated on Feb 08, 2024 07:42:49 PST   View all revisions

## Item specifics

| | |
| --- | --- |
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's … Read more |
| Card Holder Type | Semi Rigid |
| Compatible Card Size | Booklet |

| | |
|---|---|
| Size | 7 1/2 x 2 1/2 |
| Color | Clear |
| Sleeve Type | Thick Toploader |
| Material | Rigid PVC |
| MPN | 1-TLCH-BC |
| Alt Model | 1-TLCH-BC |
| Border Color | Not Applicable |
| Number of Sleeves | 10 |
| Number of Pockets | 1 |
| Modified Item | No |
| Brand | BCW |
| Type | Toploader |
| Capacity | 1 each |
| Item Height | 2 11/16 |
| Model | 1-TLCH-BC |
| Number of Toploaders/Card Holders | 10 |
| Compatible Card Thickness | opened booklet card - up to 197 pts |
| UPC | 722626909405 |

## Item description from the seller

BCW Topload Holders For Horizontal Booklet Card /Ticket 7 1/2 x 2 1/2 Pack of 10. In hand, ready to ship. Buy more and save!



### DB_Cards

**100% Positive Feedback**

**3.3K items sold**

📅 Joined Jun 2018



Doe 41



## Detailed seller ratings

Average for the last 12 months

| | | |
|---|---|---|
| Accurate description | | 5.0 |
| Reasonable shipping cost | | 4.9 |
| Shipping speed | | 5.0 |
| Communication | | 5.0 |

## Popular categories from this store

See all

Comics   Games   Cards   Clothes   Other

## Seller feedback (1,227)

This item (2)     All items (1,227)

e***e (17064) • Past month

Just what I needed, Thank You!

r***r (1735) • Past 6 months

See all feedback

## Product ratings and reviews

Learn more

Write a review

☆☆☆☆☆

No ratings or reviews yet

Be the first to write the review.

More to explore :   BCW Sports Trading Card Toploaders & Holders,   BCW Magnetic Holder Sports Trading Card Toploaders & Holders,   BCW Sports Trading Card Toploaders & Holders for Tall,   BCW Gold Sports Trading Card Toploaders & Holders,   BCW Screwdown Holder Sports Trading Card Toploaders & Holders,   BCW White Sports Trading Card Toploaders & Holders,   BCW Semi-Rigid Holder Sports Trading Card Toploaders & Holders,   7 1/2 Size MLB Fan Cap, Hats,   7 1/2 Size MLB Fan Apparel & Souvenirs,   7 1/2 Size NBA Fan Cap, Hats

About eBay   Announcements   Community   Security Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice ⓘ

Doe 41



**Checkout**

How do you like our checkout? Give us feedback

PayPal Buy with PayPal. It's fast and simple.

**Pay with**

Add new card

PayPal

Special financing available.
Apply now. See terms

Google Pay

| | |
|---|---|
| Item (1) | $9.49 |
| Shipping | Free |
| Tax* | $0.97 |
| **Order total** | **$10.46** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

Confirm and pay

Select a payment method

ebay MONEY BACK GUARANTEE
See details

**Ship to**

Clerk2 Clerk2
161 North Clark St.
Chicago, IL 60601-3206
United States
(312) 375-1573
Change

**Review item and shipping**

Seller: db_cards | Message to seller

BCW Topload Holders For Horizontal Booklet Card /Ticket 7 1/2 x 2 1/2 Pack of 10

**$9.49**

Quantity
1

Free returns

**Delivery**
**Free USPS Ground Advantage**
Est. delivery: Feb 16 – Feb 20

**Gift cards, coupons, eBay Bucks**

Enter code: Apply

**Donate to charity (optional)**

Save a Child's Heart Foundation

Give $1 to help provide lifesaving heart surgery for children in need. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount None







Hi Clerk2! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category | Search for anything | All Categories | Search | Advanced

Back to home page | Listed in category: Sporting Goods > ... > Sports Trading Cards > Storage & Display Supplies > Card Toploaders & Holders

Share | Add to Watchlist

$ Have one to sell? Sell now

## BCW 3X4 Thick card Toploaders Pack Of 10 197pt

Condition: New

Bulk savings: Buy 1 $5.98/ea | Buy 2 $5.92/ea

Quantity: 1 2 available

Price: US $5.98/ea

Buy It Now

Add to cart

Add to watchlist

Fast and reliable. Ships from United States.

Shipping: Free 3-4 day shipping
Get it between Fri, Jul 21 and Sat, Jul 22 to 60601. See details
Located in: Leechburg, Pennsylvania, United States

Returns: Seller does not accept returns. If the item you received doesn't match the listing description, your purchase may be eligible for eBay Money Back Guarantee if the return request is made within 3 days from delivery. See details

Payments: PayPal G Pay VISA Mastercard AmEx Discover
PayPal CREDIT
Special financing available. See terms and apply now
Earn up to 5x points when you use your eBay Mastercard®. Learn more

Seller information
1ststreetsportscards (290)
100% positive feedback
Save seller
Contact seller
Visit store
See other items

## Similar sponsored items

See all

Feedback on our suggestions

(25)BCW 3" x 4" Topload Card Holder for Standard Sized Trading Cards Top Loader
New
$6.98
Free shipping
Top Rated Plus
89 sold

BCW 3X4 Thick Card Toploaders 1 Pack of 10 for up to 197pt Cards
New
$5.98
Free shipping
Top Rated Plus
452 sold

Ultra PRO 3x4 inch Regular Toploader - 25 Pack - New Top Loader Holders Clear
New
$5.79
Free shipping
595 sold

BCW Hard Plastic Baseball Trading Card Topload Holders standard 59 79 138pt 360+
New
$6.89
Free shipping
2345 sold

BCW 3X4 Thick Card Toploaders 4 Packs of 10 for up to 197pt Cards, 40 Total
New
$17.00
Free shipping
Top Rated Plus
31 sold

(25 To PA Ne $6 Fre 39

## Sponsored items customers also bought

See all

Feedback on our suggestions

Ultra Pro 3X4 Super Thick Toploaders 180pt Point 1 Pack of 10 for Thick Cards
New
$7.85
Free shipping
Top Rated Plus
570 sold

Ultra Pro 3X4 Thick 55pt Toploaders 1 Pack of 25 for up to 55pt Cards
New
$8.91
Free shipping
Top Rated Plus
4945 sold

BCW 3x4 Topload Card Holder - Premium- Thicker Clearer Panels
New
$6.25
Free shipping
Top Rated Plus
27 sold

Ultra Pro 3X4 GOLD ROOKIE 35pt Toploaders 1 Pack of 25 for Standard Sized Cards
New
$6.14
Free shipping
Top Rated Plus
1239 sold

BCW 3" x 4" Topload for Standard Trading Cards | Up to 20 pts | 25-Count
New
$6.72
Free shipping
Last one

10/ Dis Cli Ne $3 Fre 93

About this item | Shipping, returns & payments

Report this item

Seller assumes all responsibility for this listing.

eBay item number: 195866781940

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more | Brand | BCW |
| Type | Toploader | Compatible Card Thickness | 197 Pt. |

## Item description from the seller

BCW 3X4 Thick card Toploaders Pack Of 10 197pt.

## 1st Street Sports Cards

**100%** Positive Feedback
**598** Items sold

Visit store
Contact
Save seller

### Detailed seller ratings

Average for the last 12 months

| | |
|---|---|
| Accurate description | 5.0 |
| Reasonable shipping cost | 5.0 |
| Shipping speed | 5.0 |
| Communication | 5.0 |

### Popular categories from this store

See all

Posters · NFL Cards · MMA Cards · Baseball Cards · Basketball Cards · Golf · Other

### Seller feedback (218)

w***7 (28) • Past month

Thank you so much great product and fast shipping A++++

2022 Panini Prizm Isiah Pacheco Green Prizm #352 Rookie Chiefs (#195855101472)

s***t (59) • Past month

Fast

Ultra Pro 3X4 Super Thick 75pt Top loaders Pack Of 25 (#195866827057)

d***a (2780) • Past month

Fast smooth transaction!! Great EBayer!!

2022 Panini Mosaic Cordarrelle Patterson Honeycomb #8 (#195855096455)

See all feedback

Back to home page    Return to top

More to explore : BCW Sports Trading Card Toploaders & Holders with Features For Extra Thick Cards, BCW Sports Trading Card Toploaders & Holders, BCW Screwdown Holder Sports Trading Card Toploaders & Holders with Features For Extra Thick Cards, BCW Magnetic Holder Sports Trading Card Toploaders & Holders with Features For Extra Thick Cards, BCW Semi-Rigid Holder Sports Trading Card Toploaders & Holders with Features For Extra Thick Cards, BCW White Sports Trading Card Toploaders & Holders, BCW Magnetic Holder Sports Trading Card Toploaders & Holders, BCW Semi-Rigid Holder Sports Trading Card Toploaders & Holders, BCW Extra Thick Sports Trading Card Sleeves & Bags, Ultra PRO Sports Trading Card Toploaders & Holders with Features For Extra Thick Cards

About eBay  Announcements  Community  Security Center  Seller Center  Policies  Affiliates  Help & Contact  Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

Hi Clerk2! Daily Deals Brand Outlet Gift Cards Help & Contact Sell Watchlist My eBay

Shop by category | Search for anything | All Categories | Search

Back to home page · Collectibles & Art > ... > Sports Trading Cards > Storage & Display Supplies > Card Toploaders & Holders | Share · Add to Watchlist

**BUY 2, GET 1 FREE (add 3 to cart)** See all eligible items and terms

Have one to sell? Sell now

## BCW 3X4 Thick Card Toploaders Pack of 10 for up to 138pt Cards

**Last item available**

Dio's Eclectic Treasures (6161)
99.5% positive · Seller's other items · Contact seller

**US $3.00**

Condition: **New**

Quantity: 1 **Last One / 3 sold**

Buy It Now

Add to cart

Add to watchlist

**Breathe easy.** Returns accepted.

Shipping: **US $5.00** Standard Shipping. See details
Located in: Le Roy, New York, United States

Delivery: Estimated between **Fri, Feb 16** and **Tue, Feb 20** to 60601

Returns: 30 days returns. Seller pays for return shipping. See details

Payments: PayPal, G Pay, VISA, Mastercard, AmEx, Discover
PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

Top Rated Plus
Trusted seller, fast shipping, and easy returns. Learn more

About this item | Shipping, returns, and payments | Report this item

Seller assumes all responsibility for this listing. eBay item number: **315073879983**

Last updated on Jan 23, 2024 22:28:32 PST View all revisions

## Item specifics

| | |
|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more |
| Brand | BCW |
| Type | Toploader |
| Country/Region of Manufacture | Jersey |
| Compatible Card Thickness | 138 Pt. |

## Item description from the seller

(Please reference pictures for cosmetic condition).

- Take advantage of our multi item discount!!! When you buy 2 items you will have the opportunity to select a 3rd item of equal our lesser value for free from our whole inventory. (Must use Ebay's shopping cart feature in order to take advantage of this discount).

- If you have any inquiries please feel free to message us and we will respond as soon possible, usually within 24 hours.

**SHIPPING**
We almost always use USPS as our primary SHIPPING service. We ship within 24 hours of receipt of payment and will always provide tracking, unless otherwise stated in the listing. (We reserve the right to use a different carrier or service).

**FEEDBACK**
Your FEEDBACK is important to us as a growing small business. If for any reason you are unhappy with your transaction, please message us and we will do everything in our power to make it right.

**Returns**
Returns are accepted within 30 days of confirmation of delivery. If there is anything you are unhappy about with your purchase please message us and we will respond within 24 hours to your concerns.

*Thank you for supporting our small business.  We appreciate your valued business with us and look forward to serving you in the future.*

*Dan & Tonya*
*Dio's Eclectic Treasures*



**Dio's Eclectic Treasures**

99.5% Positive Feedback
27K Items sold

Visit store

Contact

♡ Save seller

📅 Joined Jul 2020

**Detailed seller ratings**
Average for the last 12 months

| | | |
|---|---|---|
| Accurate description | ▬▬▬ | 4.9 |
| Reasonable shipping cost | ▬▬▬ | 5.0 |
| Shipping speed | ▬▬▬ | 5.0 |
| Communication | ▬▬▬ | 5.0 |

**Popular categories from this store**                                    See all

Collectibles   Crafts   Entertainment Memorabilia   Clothing, Shoes & Accessories   Toys & Hobbies   Video Games & Consoles   Dolls & Bears   Stamps   Books & Magazines

**Seller feedback (8,500)**

This item (1)   All items (8,500)

➕ s***l (403) · Past month

Super fast shipping thank you

See all feedback

🔖 BUY 2, GET 1 **FREE** (add 3 to cart) ⓘ   See all eligible items →

BUY ANY 2 ITEMS GET 1 FREE!!! WHOLE INVENTORY!!!
Discount will be applied when you add promotional items from dios.eclect_22 to your cart          All promotional offers from dios.eclect_22






See all

BCW 3X4 Thick Card Toploaders 1 Pack of 25 for up to 79pt Point Cards

US $5.00

BCW 3X4 Thick Card Toploaders 1 Pack of 25 for up to 59pt Point Cards

US $5.00

1× BCW Thick Card Topload Holder - 360 PT. Holds a Jersey or Memorabilia Card

US $2.00

Case: 1:24-cv-07259 Document #: 1-4 Filed: 08/14/24 Page 14 of 241 PageID #:205

You can change quantities in your cart.

More to explore :   BCW Sports Trading Card Toploaders & Holders with Features For Extra Thick Cards ,   BCW Sports Trading Card Toploaders & Holders ,
BCW Screwdown Holder Sports Trading Card Toploaders & Holders with Features For Extra Thick Cards ,   BCW Magnetic Holder Sports Trading Card Toploaders & Holders with Features For Extra Thick Cards ,
BCW Semi-Rigid Holder Sports Trading Card Toploaders & Holders with Features For Extra Thick Cards ,   BCW Sports Trading Card Toploaders & Holders for Tall ,   BCW Magnetic Holder Sports Trading Card Toploaders & Holders ,
Sports Trading Card Toploaders & Holders with Features For Extra Thick Cards ,   BCW Semi-Rigid Holder Sports Trading Card Toploaders & Holders ,   Magnetic Holder Sports Trading Card Toploaders & Holders with Features For Extra Thick Cards

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility , User Agreement , Privacy , Payments Terms of Use , Cookies , CA Privacy Notice , Your Privacy Choices and AdChoice

Doe 43

 **Checkout**

How do you like our checkout? Give us feedback



*PayPal* Buy with PayPal. It's fast and simple.

**Pay with**

○ Add new card
   VISA · Mastercard · American Express · Discover

○ PayPal PayPal

○ PayPal Credit — Special financing available.
   Apply now. See terms

○ G Pay Google Pay

**Ship to**

Clerk2 Clerk2
161 North Clark St.
Chicago, IL 60601-3206
United States
(312) 375-1573
Change

**Review item and shipping**

Seller: dios.eclect_22    Message to seller

[LAST ONE]

BCW 3X4 Thick Card Toploaders Pack of 10 for up to 138pt Cards
$3.00
Quantity 1
Free returns

Delivery
Est. delivery: Feb 16 – Feb 20
USPS Ground Advantage
$5.00

**Gift cards, coupons, eBay Bucks**

Enter code:        Apply

**Donate to charity (optional)** ⓘ

Save a Child's Heart Foundation

Give $1 to help provide lifesaving heart surgery for children in need. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount    None ⌄

| | |
|---|---|
| Item (1) | $3.00 |
| Shipping | $5.00 |
| Tax* | $0.82 |
| **Order total** | **$8.82** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

🔒 **Confirm and pay**

Select a payment method

ebay MONEY BACK GUARANTEE
See details





Case: 1:24-cv-07259 Document #: 1-4 Filed: 08/14/24 Page 16 of 241 PageID #:207

Hi **Clerk2**! Daily Deals Brand Outlet Gift Cards Help & Contact Sell Watchlist My eBay 2

Shop by category | Search for anything | All Categories | Search

Back to home page · Share · Add to Watchlist

1 OTHER PERSON HAS THIS IN THEIR CART

Have one to sell? Sell now

# (250) 4X6 PHOTO PICTURE IMAGE or POSTCARD CLEAR PLASTIC HARD RIGID TOPLOADERS

DISCOUNT COLLECTIBLE SUPPLIES (38903)
99.5% positive · Seller's other items · Contact seller

**US $74.90**

Condition: **New**

Quantity: 1 More than 10 available / 10 sold

Buy It Now

Add to cart

Add to watchlist

**Breathe easy.** Free shipping and returns.

Shipping: **Free** Standard Shipping. See details
Located in: Tivoli, New York, United States

Delivery: Estimated between **Mon, Jun 3** and **Wed, Jun 5** to 60601

Returns: 30 days returns. Seller pays for return shipping. See details

Payments: PayPal, G Pay, VISA, Mastercard, AMEX, DISCOVER

Earn up to 5x points when you use your eBay Mastercard®. Learn more

## Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

## Similar Items

Sponsored

Feedback on our suggestions | See all

ALMOST GONE
100 BCW 4 x 6 Hard Plastic Postcard / Photo Topload Holders 4x6 rigid protectors
New
**$43.99**
Free shipping
**62 sold**

ALMOST GONE
(100 Pack) Regular Size Postcard Toploaders Rigid Holders FREE SHIP!
New
**$28.79**
Free shipping
**33 sold**

NR NIB LOT OF 3 Org Lensball 80mm Clear Photography Camera Creative Pictures Art
New
**$0.01**
0 bids
20h 9m
+ $12.00 shipping
Seller with 100% positive feedback

ALMOST GONE
150 4X6 PHOTO TOPLOADERS-CLEAR-ARCHIVAL SAFE - HIGH QUALITY PVC - BY BCW
New
**$62.95**
~~$69.95~~ 10% off
Free shipping
Seller with 99.9% positive feedback

| About this item | Shipping, returns, and payments |
| --- | --- |

Report this item

Seller assumes all responsibility for this listing.

eBay item number:  **285534043479**

## Item specifics

| | |
| --- | --- |
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more |
| Brand | Saf-T-Gard Supplies |
| MPN | Does Not Apply |
| Type | Toploader |
| UPC | Does Not Apply |

## Item description from the seller

## You receive (250) Brand New 4x6 Toploaders

The **4X6 toploader holders** are designed to hold cards, photos or prints that measure 4x6. The PVC used in these toploader as well as other toploaders contain no plasticizers or stearates. Our high quality PVC does not migrate and will not harm your cards, photos or prints and event tickets while offering maximum protection and visual appeal

- **Each holds 1 Postcard, Photo, Print or Event Ticket up to 4x6 in size**
- Super Clear plastic
- 15Mil Thick Plastic
- Open on the short side
- Made of high quality rigid PVC
- Archival Quality
- Acid free

Exterior Dimensions:
    4 1/2" x 6 1/4" x 1/16"
Interior Dimensions:
    4 3/16" x 6 1/8" x 1/32"

---

**SHIPPING:** **FREE Standard Flat Rate Shipping to the lower 48 States.**

- Hawaii, Alaska, and APO/FPO Customers please contact me for a shipping qoute.
- We offer fast shipping, usually between 24-48 hours.
- Tracking number is emailed via Ebay messaging (packages over 3-4 pounds)
- NO International Shipping for this item.
- Local pickup is not available.

---

**PAYMENT:**

- We accept PAYPAL from CONFIRMED ADDRESSES ONLY. We will accept other forms, please email me with questions. Paypal is preferred.
- Payment must be received within (7) days of the closing of the auction.
- To process your order quickly, please do the following:

**When paying with paypal: please confirm your shipping address with paypal.**

**SALES TAX:** A sales tax is charged for items shipped to: NY (**8.125%**)

---

**GUARANTEE:** All products are individually inspected before being shipped, to ensure items are sent out in perfect condition. In the unlikely event that your item arrives damaged or it is not what you ordered, please contact us within 10 days of receipt iof your purchase.

For damaged items, we file a claim with shipping company and as soon as the claim is complete, we will ship out the replacement. When contacting us about damaged items, please include your order number and a brief description of the damage and if the shipping box was damaged. Please hold on to all shipping boxes as the shipping company  may ask for a pickup of the damaged goods or they may physically come out to inspect. If for any other reason you are not satisfied, we will fully refund, less shipping costs.

inkFrog logo

## DISCOUNT COLLECTIBLE SUPPLIES

99.5% positive feedback
85K items sold

📅 Joined Sep 2006

Visit store

Contact

♡ Save seller

### Detailed seller ratings

Average for the last 12 months

| | |
|---|---|
| Accurate description | 5.0 |
| Reasonable shipping cost | 4.9 |
| Shipping speed | 4.9 |



| Communication | | 4.9 |

### Popular categories from this store

See all

Sports Memorabilia Supplies    Trading Card Supplies    Coin Supplies    Comic Supplies    Magazine Supplies    Art Print Supplies    Photo Supplies

Postcard Supplies    Poster Supplies

### Seller feedback (43,123)

This item (2)    All items (43,123)

m***t (1812) • Past 6 months                                                          Verified purchase

Great item and quick delivery!

3***3 (4803) • Past year                                                               Verified purchase

Easy and quick transaction thanks

See all feedback

---

Back to home page                                                                      Return to top

More to explore :   Clear Rigid Plastic Camera Hard Cases,   Rigid Plastic Camera Hard Cases,   Clear Plastic Photo Slip - in Albums,   White Rigid Plastic Camera Hard Cases,
Clear Rigid Plastic Camera Rain Covers,   Clear Plastic Photo Albums & Boxes,   HPRC Rigid Plastic Camera Hard Cases,   Black Rigid Plastic Camera Hard Cases,   Green Rigid Plastic Camera Hard Cases,
Sony Rigid Plastic Camera Hard Cases

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices  and AdChoice

 # Checkout

How do you like our checkout? Give us feedback

PayPal Buy with PayPal. It's fast and simple.

**Pay with**

Add new card

PayPal

Special financing available.
Apply now. See terms

Google Pay

| | |
|---|---|
| Item (1) | $74.90 |
| Shipping | Free |
| Tax* | $7.68 |
| **Order total** | **$82.58** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

Confirm and pay

Select a payment method

Purchase protected by **eBay Money Back Guarantee**

**Ship to**
Clerk2 Clerk2
161 North Clark St.
Chicago, IL 60601-3206
United States
(312) 375-1573
Change

**Review item and shipping**

Seller: otbssupplies | Message to seller

(250) 4X6 PHOTO PICTURE IMAGE or POSTCARD CLEAR PLASTIC HARD RIGID TOPLOADERS
**$74.90**

Quantity
1

Free returns

**Delivery**
**Free Standard Shipping**
Est. delivery: Jun 3 – Jun 5

**Gift cards, coupons, eBay Bucks**

Enter code:

Apply

**Donate to charity (optional)**
The Jed Foundation

The Jed Foundation (JED) supports millions of teens and young adults who rely on JED's evidence-based mental health and suicide prevention strategies. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount None

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice





Hi Clerk2! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category | Search for anything | All Categories | Search | Advanced

Back to home page | Listed in category: Sporting Goods > ... > Sports Trading Cards > Storage & Display Supplies > Card Toploaders & Holders

Share | Add to Watchlist

SAVE UP TO 10% WHEN YOU BUY MORE

Hover to zoom

Have one to sell? Sell now

## BCW Sports & Gaming Thick Trading Card Toploaders & Sleeves Pick Your Size & Qty

Condition: **New**

Size: BCW 79 point 2 millimeter 25 c...

Bulk savings: Buy 1 **$6.93/ea** | Buy 2 **$6.58/ea**

**3 or more for $6.24/ea**

Quantity: 1 | 6 available / 13 sold

Price: **US $6.93/ea**

Buy It Now

Add to cart

Add to watchlist

**Breathe easy.** Returns accepted.

**Fast and reliable.** Ships from United States.

Shipping: **US $5.00** Economy Shipping. See details
Located in: Pittsburgh, Pennsylvania, United States

Delivery: Estimated between **Mon, Jul 24** and **Fri, Jul 28** to 60601

Returns: 30 days returns. Buyer pays for return shipping. See details

Payments: PayPal, G Pay, VISA, Mastercard, American Express, Discover

PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Seller information**
duckbrothers (4059)
100% positive feedback

Save seller
Contact seller
Visit store
See other items

## Similar sponsored items

See all

Feedback on our suggestions

(25)BCW 3" x 4" Topload Card Holder for Standard Sized Trading Cards Top Loader
New
**$6.98**
Free shipping
Top Rated Plus
**89 sold**

BCW 3X4 Thick Card Topload Holder 197 PT Toploader (10) Per Pack Sports Gaming
New
**$7.66**
~~$8.15~~ 6% off
Free shipping
Top Rated Plus

25 BCW ROOKIE WHITE FOIL TOPLOADERS Sports Card Holders Baseball Trading 3x4
New
**$7.11**
~~$8.89~~ 20% off
Free shipping
Top Rated Plus

25 BCW Topload Holders Standard 3x4 Trading Sport Card Rigid Game Sleeve
New
**$7.28**
Free shipping
**21 sold**

(Pack of 100) BCW THICK Trading Card Sleeves For Thick Extra Thick Sports Cards
New
**$5.79**
Free shipping
**562 sold**

Tra
Cle
Top
Ne
$1
Fre
46

## Sponsored items customers also bought

See all

Feedback on our suggestions

Ultra Pro 25 3 X 4 Top Loader Card Holder for TCG/Sports Cards
New
**$7.25**
Free shipping
**82 sold**

100 CBG Trading Card Hard Toploaders Holders Plus100 Soft Poly Penny Sleeves
New
**$17.74**
~~$17.99~~ 1% off
Free shipping
Direct from Columbia Sports Cards

BCW 3x4 Topload Card Holder - Premium- Thicker Clearer Panels
New
**$6.25**
Free shipping
Top Rated Plus
**27 sold**

200 Trading Card Sleeves Hard Plastic Toploader Holder Plus 200 Penny Sleeves
New
**$16.31**
Free shipping
**34 sold**

Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading ✅✅✅
New
**$14.99**
Free shipping
**45 sold**

Tra
Top
Ba
Ne
$3
Fre
58

About this item | Shipping, returns & payments | Report this item

Seller assumes all responsibility for this listing.
Last updated on Jul 11, 2023 16:25:27 PDT View all revisions

eBay item number: **304880179403**

### Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more | Brand | BCW |
| Type | Toploader | Autographed | No |
| Compatible Card Size | Standard | Color | Clear |
| Item Height | 4 in | Material | Rigid PVC |
| Item Length | 3 in | Inscribed | No |

### Item description from the seller

Use the dropdown to choose the size of toploader or penny sleeves that you'd like to purchase. Choose your quantity, and then click "Add to Cart." Then you'll be able to choose an additional size toploader or penny sleeves pack following this same process.

The dropdown shows the maximum thickness of a card that the toploaders will hold along with how many toploaders come in a pack. Penny Sleeves are in packs of 100 and you have a choice of sleeves for standard thickness cards or for thick cards.

For example, "BCW 59 point 1.5 millimeter 25 count package" means that it's BCW brand, package of 25 holders with each holder fitting cards that are maximum 1.5 millimeters in thickness. The 1.5 millimeters is also expressed in a point system being 59 points in this case. For reference a standard trading card is 20 points in thickness.

Here's a description for the currently available options:

### Thick Card Topload Holder - 59 PT.

**Exterior Dimensions:**
3 x 4 x 1/8

**Interior Dimensions:**
2 3/4 x 3 7/8

**25 Holders per Pack**

The BCW 3x4 thick toploaders are designed to hold cards that are thicker than standard trading cards. The phrase 'thicker cards' includes a wide variety of special patch, jersey, relics, memorabilia, and game-used fragments cards.

BCW 3x4 top loading card holders are made of high-quality, rigid PVC. These toploading holders are some of the most popular rigid individual card holders in the collectible card industry. Use this product to protect, store or display your collectible cards.

---

### Thick Card Topload Holder - 79 PT.

**Exterior Dimensions:**
3 x 4 x 5/32

**Interior Dimensions:**
2 3/4 x 3 7/8 x 3/32

**25 Holders per Pack**

The BCW 3x4 thick toploaders are designed to hold cards that are thicker than standard trading cards. The phrase 'thicker cards' includes a wide variety of special patch, jersey, swatch, relics, memorabilia, and game-used fragments cards.

BCW 3x4 top loading card holders are made of high-quality, rigid PVC. These toploading holders are some of the most popular rigid individual card holders in the collectible card industry. Use this product to protect, store or display your collectible cards.

---

### Thick Card Topload Holder - 108 PT.

**Exterior Dimensions:**
3 x 4 x 13/64

**Interior Dimensions:**
2 3/4 x 3 7/8 x 7/64

**10 Holders per Pack**

The BCW 3x4 thick toploaders are designed to hold cards that are thicker than standard trading cards. The phrase 'thicker cards' includes a wide variety of special patch, jersey, swatch, relics, memorabilia, and game-used fragments cards.

BCW 3x4 top loading card holders are made of high-quality, rigid PVC. These toploading holders are some of the most popular rigid individual card holders in the collectible card industry. Use this product to protect, store or display your collectible cards.

---

### Thick Card Topload Holder - 138 PT.

**Exterior Dimensions:**
3 x 4 x 3/16

**Interior Dimensions:**
2 3/4 x 3 7/8 x 1/8

**10 Holders per Pack**

The BCW 3x4 thick toploaders are designed to hold cards that are thicker than standard trading cards. The phrase 'thicker cards' includes a wide variety of special patch, jersey, swatch, relics, memorabilia, and game-used fragments cards.

BCW 3x4 top loading card holders are made of high-quality, rigid PVC. These toploading holders are some of the most popular rigid individual card holders in the collectible card industry. Use this product to protect, store or display your collectible cards.

---

### Thick Card Topload Holder - 197 PT.

**Exterior Dimensions:**
3 x 4 x 1/4

**Interior Dimensions:**
2 3/4 x 3 7/8 x 3/16

**10 Holders per Pack**

The BCW 3x4 thick toploaders are designed to hold cards that are thicker than standard trading cards. The phrase 'thicker cards' includes a wide variety of special patch, jersey, swatch, relics, memorabilia, and game-used fragments cards.

BCW 3x4 top loading card holders are made of high-quality, rigid PVC. These toploading holders are some of the most popular rigid individual card holders in the collectible card industry. Use this product to protect, store or display your collectible cards.

---

### Thick Card Topload Holder - 240 PT.

**Exterior Dimensions:**
3 x 4 x 5/16

**Interior Dimensions:**
2 3/4 x 3 7/8 x 1/4



10 Holders per Pack

The BCW 3x4 thick toploaders are designed to hold cards that are thicker than standard trading cards. The phrase 'thicker cards' includes a wide variety of special patch, jersey, swatch, relics, memorabilia, and game-used fragments cards.

BCW 3x4 top loading card holders are made of high-quality, rigid PVC. These toploading holders are some of the most popular rigid individual card holders in the collectible card industry. Use this product to protect, store or display your collectible cards.

### Standard Card Sleeves

- Fits inside topload card holders
- Protect cards while handling

Exterior Dimensions: 2 5/8 X 3 5/8

100 Sleeves per Pack

BCW Card Sleeves (often called 'penny sleeves') are an acid free, archival quality product made of crystal clear polypropylene. Use this protective holder to protect, store and display your collectible trading cards like: baseball cards, basketball cards, football cards, hockey cards, Pokemon, Magic The Gathering, and others.

### Thick Card Sleeves

- Fits inside thick-card topload holders
- Holds up to 240pt thickness
- Protect cards while handling

Exterior Dimensions: 2 3/4 X 3 13/16

100 Sleeves per Pack

BCW Card Sleeves are an acid free, archival quality product made of crystal clear polypropylene. Use these card holders to protect, store and display your collectible thick memorabilia baseball cards, basketball cards, football cards, hockey cards, and others.

Please contact me with any questions.



 Checkout

How do you like our checkout? [Give us feedback](#)

**Pay with**

○ Add new card 

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. [See terms](#)

○ **G Pay** Google Pay

**Ship to**

Clerk2 Clerk2
161 North Clark St.
Chicago, IL 60601-3206
United States
(312) 375-1573
[Change](#)

**Review item and shipping**

Seller: duckbrothers    [Message to seller](#)

BCW Sports & Gaming Thick Trading Card
Toploaders & Sleeves Pick Your Size & Qty
Size: BCW 79 point 2 millimeter 25 count package
**$6.93**

Quantity
1

**Delivery**
Est. delivery: Jul 22 – Jul 25
Economy Shipping
$5.00

**Gift cards, coupons, eBay Bucks**

Enter code:          Apply

**Donate to charity (optional)** ⓘ

Motorsports Charities, Inc.

The NASCAR Foundations improves the lives of children in our NASCAR communities.
Helping children survive and thrive. That's our checkered flag! PayPal Giving Fund
(PPGF) receives your donation and grants 100% to a charity no later than 30 days after
the end of the month in which the donation is made. Donations are non-refundable
and typically tax deductible. PPGF may be unable to grant funds to a charity if the
charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount    None

| | |
|---|---|
| Subtotal (1 item) | $6.93 |
| Shipping | $5.00 |
| Tax* | $1.22 |
| **Order total** | **$13.15** |

*We're required by law to collect sales tax
and applicable fees for certain tax
authorities. [Learn more](#)

🔒 Confirm and pay

Select a payment option

**ebay** MONEY BACK GUARANTEE
[See details](#)

Copyright © 1995-2023 eBay Inc. All Rights Reserved. [Accessibility](#), [User Agreement](#), [Privacy](#), [Payments Terms of Use](#), [Cookies](#), [Your Privacy Choices](#) and [AdChoice](#) ⓘ

Hi Clerk2! ⌄     Daily Deals     Help & Contact

Sell     Watchlist ⌄     My eBay ⌄     🔔     🛒



Search for anything                                          🔍     | All Categories ⌄ |

← Back to home page | Listed in category: Sporting Goods › ⋯ › Sports Trading Cards › Storage & Display Supplies › Card Toploaders & Holders          Share

This listing has ended.

## Similar sponsored items          See all ›          Feedback on our suggestions











NEW 10ct Pack 3x4 BCW 138pt Toploaders Holders For Thick Patch Cards - 1 PACK
**$8.89**
Free shipping
189 sold

Ultra PRO 3x4 inch Regular Toploader - 25 Pack - New Top Loader Holders Clear
New
**$5.79**
Free shipping
644 sold

200 CBG Card Saver I Semi Rigid PSA Grading Submission Holders LOT OF 4
New
**$29.99**
1 bid
+ $12.90 shipping
Seller with a 100% positive feedback

Cardboard Gold CBG 3x4 Toploaders- 35pt Standard Sized Sports Cards 25-Pack...
New
**$7.50**
Free shipping
Seller with a 100% positive feedback

10/20pcs Card Stand Graded Cards Display Stand Coins Small Box Paper Clip Holder
New
**$3.99**
Free shipping
98 sold

## Sponsored items customers also bought          See all ›          Feedback on our suggestions











Cardboard Gold CBG 3x4 Toploaders- 35pt Standard Sized Sports Cards 25-Pack...
New
**$7.50**
Free shipping
Seller with a 100% positive feedback

BCW 3x4 Topload Card Holder - Premium- Thicker Clearer Panels
New
**$6.25**
Free shipping
🟦 Top Rated Plus
27 sold

25 Ultra CBG 2.5mm 100pt Pro Top Loaders Toploaders Topload Thick Jersey Cards
New
**$7.68**
Free shipping
✓ Direct from Columbia Sports Cards
4068 sold

Ultra Pro 3X4 GOLD ROOKIE 35pt Toploaders 1 Pack of 25 for Standard Sized Cards
New
**$7.49**
Free shipping
🟦 Top Rated Plus
1242 sold

1000 Ultra CBG Pro Regular Sports Card Trading Toploaders Blue Edge
New
**$74.99**
Free shipping
✓ Direct from Columbia Sports Cards
28 sold

NEW {2} 10ct Pack 3x4 BCW 138pt Toploaders Holders + 1 NEW Pack of Card Sleeves

**Seller information**
a.duke58 (2195 ⭐)
100% positive feedback





Hover to zoom

$ Have one to sell? | Sell now |

**Condition** New

**Quantity** | 1 |   Out of Stock / 4 sold

**Price:** US $5.99

**Shipping:** US $4.95 Standard Shipping. See details
Located in: Mahanoy City, Pennsylvania, United States

**Delivery:** Estimated between **Sat, Jul 22** and **Mon, Jul 24** to 60601 ⓘ

**Returns:** 30 days returns. Buyer pays for return shipping. See details

**Payments:** 

 **PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

♡ Save seller
Contact seller
Visit store
See other items

---

| About this item | Shipping, returns & payments |

Report this item

Seller assumes all responsibility for this listing.
Last updated on Apr 19, 2023 06:51:26 PDT  View all revisions

eBay item number:   275805740715

## Item specifics

| | |
|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more |
| Brand | BCW |
| Type | Toploader |
| Compatible Card Size | Standard |
| Color | Clear |
| Features | For Extra Thick Cards |
| Number of Toploaders/Card Holders | 10 |
| Compatible Card Thickness | 138 Pt. |

## Item description from the seller

You will receive Two brand new packs of 10 ct. 138 pt. Thick Card Holders
Plus one pack of 100 Ct. Card Sleeves for Regular cards size is: 2 5/8 X 3 5/8
Thanks

---



## Duke's Sports Cards

100% Positive Feedback
4.1K Items sold

| Visit store |
| Contact |
| ♡ Save seller |

### Detailed seller ratings
Average for the last 12 months

Accurate description  ▬▬▬▬▬  5.0

### Seller feedback (2,416)

➕ 8***8 (2184) · Past month

Doe 46

| | |
|---|---|
| Reasonable shipping cost | 4.9 |
| Shipping speed | 5.0 |
| Communication | 5.0 |

### Popular categories from this store    See all

Football Cards   Baseball Cards   Football Card Lots

Football Card Rookies   Basketball Cards

Graded Cards   Halloween and spooky items

Coke Cans   Sealed Sports Boxes

Excellent transaction

Samaje Perine - 18 Card Rookie Lot - Autographs, Numbered, Patch - LEX1 (#275928286121)

➕ 3***n (147) • Past month

Great seller,fast easy transaction.

2020 Score - Jalen Hurts - Rookie Card #358 - FX119L (#285367992134)

➕ 0***d (730) • Past month

A+++

2021 Onyx - Sam Huard - Auto Rookie Card #CASA - FX44L (#285334247325)

See all feedback

---

More to explore :   BCW Sports Trading Card Toploaders & Holders,   BCW Magnetic Holder Sports Trading Card Toploaders & Holders,   BCW Sports Trading Card Toploaders & Holders for Tall,
BCW Gold Sports Trading Card Toploaders & Holders,   BCW Screwdown Holder Sports Trading Card Toploaders & Holders,   BCW White Sports Trading Card Toploaders & Holders,
Sports Trading Card Toploaders & Holders,   Magnetic Holder Sports Trading Card Toploaders & Holders,   Gold Sports Trading Card Toploaders & Holders,
Semi-Rigid Holder Sports Trading Card Toploaders & Holders

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices 🄫 and AdChoice ⓘ

Doe 46



Hi Clerk2! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

Shop by category | Search for anything | All Categories | Search | Advanced

Back to home page | Listed in category: Sporting Goods > ... > Sports Trading Cards > Storage & Display Supplies > Card Sleeves & Bags

Share | Add to Watchlist

**SAVE UP TO 10% WHEN YOU BUY MORE**

Hover to zoom

Have one to sell? Sell now

## 10 Packs (1000) Count BCW Thick Card Sleeves Fits 3X4 Top Loaders Acid Free

Condition: **New**

Bulk savings: Buy 1 $19.99/ea | Buy 2 $19.39/ea

Quantity: 1 | 2 available / 3 sold

Price: **US $19.99/ea**

Buy It Now

Add to cart

Add to watchlist

**Breathe easy.** Returns accepted.

**Fast and reliable.** Ships from United States.

Shipping: **Free** Expedited Shipping. See details
Located in: Paulina, Louisiana, United States

Delivery: Estimated between **Fri, Jul 28** and **Mon, Jul 31** to 60601

Returns: 30 days returns. Buyer pays for return shipping. See details

Payments: PayPal, G Pay, VISA, Mastercard, American Express, Discover

PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Seller information**
eazycash24 (2517)
100% positive feedback

Save seller
Contact seller
Visit store
See other items

## Similar sponsored items

See all

Feedback on our suggestions

1000 BCW Thick Sleeves - Sport/Trading/Gaming Cards 10 Packs
New
**$15.19**
Free shipping
**Last one**

BCW Penny Card Soft Sleeves 10 Packs of 100 for THICK Sized Cards = 1000
New
**$15.49**
Free shipping
Top Rated Plus
**133 sold**

100 Standard Size 3x4 Top Loaders w/ 100 Soft Sleeves Fits Standard Size Cards
New
**$3.25**
2 bids
+ $9.99 shipping
Top Rated Plus
Seller with a 100% positive feedback

Case 1000 Ultra CBG 3x4 Baseball Trading Card Topload Holders Pro Toploaders
New
**$74.39**
Free shipping
Direct from Columbia Sports Cards
**11923 sold**

1000 BCW Standard Toploaders 3x4 Trading Card Top Load Rigid Full Case FREE SHIP
New
**$99.95**
Free shipping
Seller with a 100% positive feedback

## Sponsored items inspired by your views

See all

Feedback on our suggestions

1000 BCW Standard Toploaders 3x4 Trading Card Top Load Rigid Full Case FREE SHIP
New
**$99.95**
Free shipping
Seller with a 100% positive feedback

Ultra Pro 3" x 4" Super Thick 130PT Toploaders & Thick Sleeve Combo (10ct)
New
**$8.45**
Free shipping
**120 sold**

Pack of 10 BCW Booklet Trading Card Hard Plastic Topload Holders protectors
New
**$13.69**
Free shipping
Seller with a 100% positive feedback

(25-Pack) BCW Regular Size Postcard Toploaders Rigid Holders Opens On Long Side
New
**$12.99**
+ $6.38 shipping
**143 sold**

25 Beckett Shield Toploaders Card Holders Ultra clear Pro Storage- TOP LOADER
New
**$8.98**
Free shipping
Seller with a 99.9% positive feedback

About this item | Shipping, returns & payments | Report this item

Seller assumes all responsibility for this listing.
Last updated on Jul 14, 2023 11:21:25 PDT View all revisions

eBay item number: **266081031719**

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more | Card Holder Type | Sleeve |
| Brand | BCW | Autographed | No |

| | | | |
|---|---|---|---|
| Compatible Card Size | Thick | Color | Clear |
| Features | Acid-Free, For Extra Thick Cards | Country/Region of Manufacture | China |
| Number of Toploaders/Card Holders | 1000 | Compatible Card Thickness | 130 Pt |
| UPC | 0722626901041 | Type | Sleeve |
| MPN | 1-SSLV-THICK, 1SSLVTHICK | | |

**Item description from the seller**

## 10 Packs (1000) Count BCW Thick Card Sleeves Fits 3X4 Top Loaders Acid Free



**Product**

You are purchasing (1000) Count BCW Thick Card Soft Sleeves.



**Shipping**

All sleeves are shipped USPS Priority mail. Usually ships in one business day. All packages are shipped securely in a sealed envelope or a small shipping box. We package every order with care to ensure your items arrive at your doorstep quickly and safely.



**Returns**

Returns are accepted for any unopened/ undamaged cards or packs. Buyer has 14 days after receiving the item to make the return. Buyer will pay for the cost of the return shipping. Buyer will be fully refunded or may request a replacement.

Welcome To EaZy Ca$h Sports Cards

- BCW Thick Card Sleeves
- 1000 Count Thick Sleeves
- Crystal Clear
- Fits 3X4 Top Loaders
- Acid Free
- Visit Our eBay Store for More Items @ https://www.ebay.com/str/eazycahsportscards

**EAZY CASH SPORTS CARDS**



This is a private listing and your identity will not be disclosed to anyone except the seller.



Hi Clerk2! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category | Search for anything | All Categories | Search | Advanced

Back to previous page | Listed in category: Sporting Goods > ... > Sports Trading Cards > Storage & Display Supplies > Card Toploaders & Holders

Share | Add to Watchlist

**SAVE UP TO 10% WHEN YOU BUY MORE**

Hover to zoom

Have one to sell? Sell now

## Trading Card Sleeves Hard Plastic Clear Case Holder 100 Baseball Cards Topload

Condition: **New**

Bulk savings: Buy 1 $19.29/ea | Buy 2 $18.71/ea | Buy 3 $18.13/ea

Quantity: 1 | 3 available

Price: **US $19.29/ea**

Buy It Now

Add to cart

Add to watchlist

**Breathe easy.** Free shipping and returns.

**Fast and reliable.** Ships from United States.

Shipping: **Free** Standard Shipping. See details
Located in: Jersey City, New Jersey, United States

Delivery: Estimated between **Sat, Jul 29** and **Thu, Aug 3** to 60601

Returns: 30 days returns. Seller pays for return shipping. See details

Payments: PayPal, G Pay, VISA, Mastercard, American Express, Discover

PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Seller information**
emkru-94 (424)
99.3% positive feedback

Save seller
Contact seller
See other items

## Similar sponsored items

See all

Feedback on our suggestions

Trading Card Sleeves Hard Plastic Clear Case Holder 100 Baseball Cards Topload!!
New
**$15.35**
Free shipping
Seller with a 100% positive feedback

Trading Card Sleeves Hard Plastic Clear Case Holder 100 Baseball Cards Topload..
New
**$18.99**
Free shipping
Seller with a 99.6% positive feedback

100 Standard Size 3x4 Top Loaders w/ 100 Soft Sleeves Fits Standard Size Cards
New
**$3.76**
3 bids
+ $9.99 shipping
Top Rated Plus
Seller with a 100% positive feedback

Top Loaders Trading Card Sleeves Baseball Protector Fit Hard Plastic 50 Count
New
**$15.13**
Free shipping
**Last one**

Trading Card Sleeves Hard Plastic Clear Case Holder 50 Baseball Cards Topload
New
**$14.99**
Free shipping
**1929 sold**

100 Pla Ca Ne $1 $3 Fre 35

## Sponsored items inspired by your views

See all

Feedback on our suggestions

6 Ct Magnetic Card Holder Case for Trading Card - 35Pt Magnet Top Loaders Baseba
New
**$19.93**
Free shipping
**Last one**

10x Toploaders Hard Plastic Card Holder MTG YuGiOh Pokemon CFV Sports Cards 3x4
New
**$7.43**
~~$7.99~~ 7% off
+ $3.99 shipping
**53 sold**

50 Trading Card Sleeves Hard Plastic Toploader Holder Plus 100 Penny Sleeves 100
New
**$22.93**
Free shipping
Seller with a 100% positive feedback

Trading Card Sleeves Hard Plastic Toploader Holder Plus 200 Penny Sleeves
New
**$16.19**
Free shipping

25 Count Case Regular Size (3" x 4") 35 Pt Top Loaders Pack of 25 New
New
**$6.74**
~~$8.99~~ 25% off
+ $5.05 shipping
Seller with a 99.6% positive feedback

He Pro Pa Ne $6 Fre Sel

About this item | Shipping, returns & payments | Report this item

Seller assumes all responsibility for this listing.

eBay item number: **166237828658**

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more | Brand | Unbranded |
| Type | Toploader | Color | Clear |
| Material | Plastic | Number of Toploaders/Card Holders | 100 |

Country/Region of Manufacture: United States

## Item description from the seller

**Trading Card Sleeves Hard Plastic Clear Case Holder 100 Baseball Cards Topload**

- 100 Holders Total. Topload, open on the short side.
- Each card holder holds a standard trading card - Up to 20 pts.
- 12-mil thickness panels made of high-quality, rigid PVC.
- Exterior Dimensions: 3" x 4-1/16".
- Interior Dimensions: 2-3/4" x 3-7/8".

## emkru-94

**99.3%** Positive Feedback
**231** Items sold

Seller's other items
Contact
Save seller

### Detailed seller ratings

Average for the last 12 months

| | |
|---|---|
| Accurate description | 4.9 |
| Reasonable shipping cost | 5.0 |
| Shipping speed | 4.9 |
| Communication | 4.9 |

### Seller feedback (49)

1***1 (942) • Past month
Perfect
Bonded Nylon Sewing Thread #138 T135 Thread For Upholstery Canvas Leather Set! (#166210024019)

c***r (556) • Past month
Great Item
4pack Fruit Fly Traps, Gnat Killer Trap Indoor Reusable Fly Trap Catcher (#166185518762)

p***6 (68) • Past month
i use this for my rideing mower really helps that tailbone ....
Tailbone Pain Relief Memory Foam Seat Cushion Memory Foam Non-Slip Orthopedic (#166242866965)

See all feedback

Back to previous page
Return to top

More to explore : Sports Trading Card Toploaders & Holders, Magnetic Holder Sports Trading Card Toploaders & Holders, Gold Sports Trading Card Toploaders & Holders, BCW Sports Trading Card Toploaders & Holders, Sports Trading Card Toploaders & Holders for Standard, Screwdown Holder Sports Trading Card Toploaders & Holders, Ultra PRO Sports Trading Card Toploaders & Holders, Semi-Rigid Holder Sports Trading Card Toploaders & Holders, BCW Magnetic Holder Sports Trading Card Toploaders & Holders, Sports Trading Card Toploaders & Holders with UV Protection

About eBay Announcements Community Security Center Seller Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice



 **Checkout**

How do you like our checkout? Give us feedback

## Pay with

○ Add new card
VISA  MasterCard  AMEX  DISCOVER

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

○ G Pay  Google Pay

## Ship to

Clerk2 Clerk2
161 North Clark St.
Chicago, IL 60601-3206
United States
(312) 375-1573
Change

## Review item and shipping

Seller: emkru-94    Message to seller

 Trading Card Sleeves Hard Plastic Clear Case Holder 100 Baseball Cards Topload
**$19.29**

Quantity
1

**Delivery**
Est. delivery: Jul 29 – Aug 3
USPS Ground Advantage
Free

## Gift cards, coupons, eBay Bucks

Enter code:    Apply

## Donate to charity (optional) ⓘ

Reflections of Trinity

Help children, seniors and others in crisis with food, clothing and basic needs. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount    None

---

| Subtotal (1 item) | $19.29 |
| Shipping | Free |
| Tax* | $1.98 |

| Order total | $21.27 |

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

🔒 **Confirm and pay**

Select a payment option

ebay MONEY BACK GUARANTEE
See details

---

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ



Hi Clerk2! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category Search for anything All Categories Search Advanced

Back to home page | Listed in category: Sporting Goods > ... > Sports Trading Cards > Storage & Display Supplies > Card Toploaders & Holders Share | Add to Watchlist

SAVE UP TO 5% WHEN YOU BUY MORE

Have one to sell? Sell now

## Pick Your Size - BCW Toploader Top Loader 20pt 59pt 79pt 108pt 168pt 197pt 360pt

Condition: New

Card Thickness: 20pt BCW Toploader pack of (25)

Bulk savings: Buy 1 $3.99/ea | Buy 2 $3.91/ea | Buy 3 $3.87/ea

4 or more for $3.79/ea

Quantity: 1 More than 10 available / 620 sold

Price: US $3.99/ea

Buy It Now

Add to cart

Add to watchlist

**This one's trending.** 620 have already sold.

**Fast and reliable.** Ships from United States.

Shipping: US $4.95 Standard Shipping. See details
Located in: New Bern, North Carolina, United States

Delivery: Standard Shipping Estimated between Sat, Jul 15 and Tue, Jul 18 to 60601

Returns: Seller does not accept returns. If the item you received doesn't match the listing description, your purchase may be eligible for eBay Money Back Guarantee if the return request is made within 3 days from delivery. See details

Payments: PayPal, G Pay, VISA, Mastercard, American Express, Discover

PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Seller information**
enc_sportscards (1150)
100% positive feedback

Save seller
Contact seller
Visit store
See other items

## Similar sponsored items

See all

Feedback on our suggestions

YOU PICK!! BCW Top Loaders Standard 59 79 108 138 168 197 pt Sleeves Team Bags
New
**$1.08**
+ $3.98 shipping
**628 sold**

Pick Your Size BCW 3x4 Topload Sleeve Card Holders 20 59 79 108 168 197 360pt.
New
**$5.10**
Free shipping
**150 sold**

1000 Top Loaders - Premium 20 pt. BCW (40 packs of 25)
New
**$52.00**
19 bids
+ $32.02 shipping
Top Rated Plus
Seller with a 100% positive feedback

BCW Toploader Thick Card 1.5MM up to 59pt card (1 pack of 25) (55pt) ***NEW***
New
**$8.20**
Free shipping
**41 sold**

Thick Top Loaders Cardboard Gold Toploader 60 pt, 100 pt, 140 pt, 190 pt, 240 pt
New
**$8.99**
Free shipping
Top Rated Plus
**1352 sold**

Ext Ca To Ne $8 Fre 93

## Sponsored items customers also bought

See all

Feedback on our suggestions

100 20pt 3x4 Cardboard Gold TopLoaders + 100 Soft Sleeves Standard New Sealed
New
**$17.25**
Free 3-4 day shipping
**360 sold**

BCW Toploader Thick Card 1.5MM up to 59pt card (1 pack of 25) (55pt) ***NEW***
New
**$8.20**
Free 3-4 day shipping
**42 sold**

Ultra Pro 3X4 NEW Regular Toploaders 35pt 1 Pack of 100 for Standard Sized Cards
New
**$15.00**
Free 2-3 day shipping
Top Rated Plus
**1203 sold**

25 Beckett Shield Toploaders Card Holders Ultra clear Pro Storage-for grading
New
**$8.98**
Free shipping
Top Rated Plus
Seller with a 99.9% positive feedback

200 Regular Card 3 x 4 Toploaders New top loaders + 200 Ultra Pro Soft Sleeves
New
**$27.89**
~~$99.99~~ 72% off
Free shipping
Direct from Columbia Sports Cards

Pa Cle ST Ne $2 Fre 30

About this item | Shipping, returns & payments

Report this item

Seller assumes all responsibility for this listing.
Last updated on May 26, 2023 16:06:52 PDT View all revisions

eBay item number: **275402385779**

### Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more | Compatible Card Thickness | 20 Pt. |
| Type | Toploader | Compatible Card Size | Standard |
| Brand | BCW | | |

### Item description from the seller

Please check out all of our other great auctions at ENC SPORTS CARDS and MEMORABILIA

## ENC SportsCards

**100%** Positive Feedback
**60K** Items sold

Visit store
Contact
Save seller

### Detailed seller ratings

Average for the last 12 months

| | |
|---|---|
| Accurate description | 5.0 |
| Reasonable shipping cost | 4.9 |
| Shipping speed | 5.0 |
| Communication | 5.0 |

### Popular categories from this store

See all

1930's Sports · 1960's Baseball · 1970's Baseball · 1970's Football · 1980's Baseball · 1980's Basketball · 1980's Football · 1990's Baseball · 1990's Basketball

### Seller feedback (22,545)

This item (125) All items (22,545)

e***j (21) • Past month
Superfast shipment..nice easy transaction..A++

e***j (21) • Past month
Smooth transaction..super fast shipment..A+

e***3 (1325) • Past month
A +++++ Seller A +++++ Web Site A +++++ Shipping

See all feedback

Back to home page Return to top

More to explore : BCW Sports Trading Card Toploaders & Holders, BCW Sports Trading Card Toploaders & Holders for Tall, BCW Gold Sports Trading Card Toploaders & Holders, BCW Sports Trading Card Toploaders & Holders for Standard, BCW Black Sports Trading Card Toploaders & Holders, Sports Trading Card Toploaders & Holders, Gold Sports Trading Card Toploaders & Holders, Magnetic Holder Sports Trading Card Toploaders & Holders, Ultra PRO Sports Trading Card Toploaders & Holders, BCW Sports Trading Card Storage Boxes

About eBay Announcements Community Security Center Seller Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice



 Checkout

How do you like our checkout? Give us feedback

**Pay with**

○ Add new card

○ PayPal

○ PayPal CREDIT
Special financing available.
Apply now. See terms

○ G Pay Google Pay

**Ship to**

Clerk2 Clerk2
161 North Clark St.
Chicago, IL 60601-3206
United States
(312) 375-1573
Change

**Review item and shipping**

Seller: enc_sportsc...    Message to seller

Pick Your Size - BCW Toploader Top Loader 20pt
59pt 79pt 108pt 168pt 197pt 360pt
Card Thickness: 20pt BCW Toploader pack of (25)
**$3.99**

Quantity
1

Delivery
Est. delivery: Jul 15 – Jul 18
Standard Shipping
$4.95

**Gift cards, coupons, eBay Bucks**

Enter code:    Apply

**Donate to charity (optional)** ⓘ

ASPCA

Can you spare some change for animals in need? Add a donation to the ASPCA now.
PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no
later than 30 days after the end of the month in which the donation is made. Donations
are non-refundable and typically tax deductible. PPGF may be unable to grant funds
to a charity if the charity has lost tax exempt status, has closed, or no longer accepts
funds from PPGF.

Select amount    None ▾

| | |
|---|---|
| Subtotal (1 item) | $3.99 |
| Shipping | $4.95 |
| Tax* | $0.92 |
| **Order total** | **$9.86** |

*We're required by law to collect sales tax
and applicable fees for certain tax
authorities. Learn more

🔒 Confirm and pay

Select a payment option

ebay MONEY BACK GUARANTEE
See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice





## Similar sponsored items    See all >

Feedback on our suggestions






| NEW (2 PK) BCW 45 RPM Record Album Toploaders-Topload Holder Protective Case | BCW Newspaper Topload Holder - 13x11 Rigid PVC for Maximum Protection Pack of 5 | (25-Pack) Ultra Pro Gold Foil Rookie Card Topload Card Holder Rigid Toploaders | Ultra PRO 3x4 inch Regular Toploader - 25 Pack - New Top Loader Holders Clear | 25-pack ● BCW ● 1-TLCH-BK ● 3x4 Rigid Top Load Card Holder ● Black Border |
|---|---|---|---|---|
| New | New | New | New | New |
| $8.79 | $25.93 | $7.95 | $5.79 | $8.49 |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |
| Seller with a 99.3% positive feedback | Top Rated Plus | 58 sold | 645 sold | Seller with a 99.3% positive feedback |
| | Seller with a 100% positive feedback | | | |

## Sponsored items customers also bought    See all >

Feedback on our suggestions







| BCW 3x4 Topload Card Holder - Premium- Thicker Clearer Panels | 25 Ultra CBG 2.5mm 100pt Pro Top Loaders Toploaders Topload Thick Jersey Cards | Ultra Pro 3X4 Thick 55pt Toploaders 1 Pack of 25 for up to 55pt Cards | BCW 3X4 Thick Card Toploaders 1 Pack of 10 for up to 138pt Cards | Ultra Pro One-Touch Magnetic Card Holder 35pt Point - Lot of 5 |
|---|---|---|---|---|
| New | New | New | New | New |
| $6.25 | $7.68 | $8.91 | $6.85 | $13.43 |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |
| Top Rated Plus | Direct from Columbia Sports Cards | Top Rated Plus | Top Rated Plus | Top Rated Plus |
| 27 sold | 4068 sold | 4951 sold | 602 sold | 4184 sold |

| About this item | Shipping, returns & payments | | Report this listing |
|---|---|---|---|

Seller assumes all responsibility for this listing.

Last updated on May 04, 2023 11:49:38 PDT    View all revisions

eBay item number: 165642331900

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more | Type | Toploader |
| Holds | Vinyl Record Albums | Brand | BCW |
| UPC | Does not apply | | |

## Item description from the seller

**Welcome to E & R Sports Collectibles.**

E & R has been in the sports collectibles specializing in sports cards and autographs/memorabilia for over 25 years.

**Our #1 goal is to provide top quality unaltered sports cards and collectibles to collectors.**

**1 Lot = 8    45 RPM Record Toploader**

The rigid PVC used in the 45 RPM toploader as well as other BCW toploaders contain no plasticizers or stearates. Our high quality PVC does not migrate and will not harm your cards, photos or prints, while offering maximum protection and visual appeal. Use this holder to protect, store and display your records

**45 RPM Record Topload Holder**

**SKU:** 1-TLCH-45RPM   **Brand:** **BCW**

- **Holds a single 45 Record Album**

- **Open on the short side**

**Exterior Dimensions:**
   7 3/4 x 7 7/8

**Interior Dimensions:**
   7 1/2 x 7 3/4

Have collections to sell, E & R is always offering top dollar for any sports collection, please contact us.



 **Checkout**

How do you like our checkout? Give us feedback

To add more items, go to cart.

**Pay with**

○ Add new card
  VISA ● AMEX DISCOVER

○ **PayPal**

○ **PayPal CREDIT**
  Special financing available.
  Apply now. See terms

○ G Pay Google Pay

**Ship to**

Clerk2 Clerk2
161 North Clark St.
Chicago, IL 60601-3206
United States
(312) 375-1573
Change

**Review item and shipping**

Seller: blmille2 | Message to seller



NEW (8 PK) BCW 45 RPM Record Album Toploaders-Topload Holder Protective Case

**$19.79**

Quantity
1

Delivery
Free 3-4 day shipping
Get it by Jul 24 – Jul 25
Standard Shipping

**Gift cards, coupons, eBay Bucks**

Enter code:            Apply

**Donate to charity (optional)** ⓘ

Motorsports Charities, Inc.

The NASCAR Foundations improves the lives of children in our NASCAR communities. Helping children survive and thrive. That's our checkered flag! PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount    None

| Subtotal (1 item) | $19.79 |
|---|---|
| Shipping | Free |
| Tax* | $2.03 |
| **Order total** | **$21.82** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

🔒 Confirm and pay

Select a payment option

ebay MONEY BACK GUARANTEE
See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice







Hi Clerk2! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category Search for anything All Categories Search Advanced

Back to previous page | Listed in category: Sporting Goods > ... > Sports Trading Cards > Storage & Display Supplies > Card Toploaders & Holders Share | Add to Watchlist

Have one to sell? Sell now

## You Choose! BCW Top Loaders 3x4 Standard Toploader 25 50 100 200 500 1000

Condition: New

MPN: 25

Quantity: 1 8 available / 3 sold

Price: **US $7.39**

Buy It Now

Add to cart

Add to watchlist

**Breathe easy.** Returns accepted.

**Fast and reliable.** Ships from United States.

Shipping: **Free** Standard Shipping. See details
Located in: Foster, Rhode Island, United States

Delivery: Estimated between **Thu, Jul 20** and **Sat, Jul 22** to 60601

Returns: 30 days returns. Buyer pays for return shipping. See details

Payments: PayPal, G Pay, VISA, Mastercard, American Express, Discover

PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Seller information**
estate-runners (2326)
100% positive feedback

Save seller
Contact seller
Visit store
See other items

### Similar sponsored items See all

Feedback on our suggestions

You Pick! BCW Top Loaders 3x4 Standard Toploader 25 50 100 200 500 1000
New
**$7.49**
Free shipping
Top Rated Plus
**240 sold**

Ultra Pro Top Loaders & Soft Sleeves 3x4 Toploader 25, 100, 200, 500, 1000, 1600
New
**$6.90**
Free shipping
**396 sold**

Ultra PRO 3" x 4" Thick Toploader - Clear, 4 PK of 25 + 1PK 100 inner sleeves
New
**$3.99**
1 bid
+ $8.25 shipping
Seller with a 100% positive feedback

Ultra Pro Top Loaders Regular 35pt 3x4 Toploaders 25, 50, 100, 200, 500, 1000
New
**$9.90**
Free shipping
Top Rated Plus
**310 sold**

Ultra Pro 3x4 Top Loaders & Soft Sleeves - 25, 50, 100, 200, 300, 500, 1000
New
**$10.99**
Free shipping
**72 sold**

Thi Top 24 Ne $8 Fre 136

### Sponsored items customers also bought See all

Feedback on our suggestions

BCW Top Loaders 3x4 Standard Trading Card Toploader 25 50 100 200 500 1000
New
**$7.99**
Free shipping
**66 sold**

Case 1000 Ultra CBG 3x4 Baseball Trading Card Topload Holders Pro Toploaders
New
**$74.43**
Free shipping
Direct from Columbia Sports Cards
**11842 sold**

1000 Ultra CBG Pro Regular Sports Card Trading Toploaders Blue Edge
New
**$74.99**
Free shipping
Direct from Columbia Sports Cards
**27 sold**

Ultra Pro Top Loaders Regular 35pt 3x4 Toploaders 25, 50, 100, 200, 500, 1000
New
**$9.90**
Free shipping
Top Rated Plus
**310 sold**

Ultra Pro Top Loaders & Soft Sleeves 3x4 Toploader 25, 100, 200, 500, 1000, 1600
New
**$6.90**
Free shipping
**396 sold**

Ca Sta 20 Ne $6 Fre 416

About this item | Shipping, returns & payments | Report this item

Seller assumes all responsibility for this listing.

eBay item number: **125957217298**

### Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more | Card Holder Type | Rigid |
| Brand | BCW | Type | Toploader |
| Compatible Card Size | Standard | Color | Clear |
| Features | Acid-Free, Extra Clear | Year Manufactured | 2021 |
| Number of Toploaders/Card Holders | 25 | Compatible Card Thickness | 20 Pt. |

### Item description from the seller

These are New BCW Top load card holders.
You choose the quantity!

Check out our EBAY store for other great items.

Thanks for looking!

## estate-runners

**100%** Positive Feedback
**9.2K** Items sold

Visit store
Contact
Save seller

### Detailed seller ratings

Average for the last 12 months

| | |
|---|---|
| Accurate description | 5.0 |
| Reasonable shipping cost | 5.0 |
| Shipping speed | 5.0 |
| Communication | 5.0 |

### Popular categories from this store

See all

RECORDS AND CD'S
TOOLS AND HARDWARE
COLLECTIBLES
MAKEUP, CLOTHES, JEWELERY, ETC
MAGAZINES AND BOOKS
SPORTSCARDS
Other

### Seller feedback (3,769)

This item (3) All items (3,769)

5***o (7885) • Past month

Thank you!

5***o (7885) • Past month

Thank you!

a***d (282) • Past 6 months

Excellent transaction, fast shipping, great seller. Thanks very much!

See all feedback

Back to previous page
Return to top

More to explore : BCW Sports Trading Card Toploaders & Holders for Standard, BCW Black Sports Trading Card Toploaders & Holders for Standard, BCW Sports Trading Card Toploaders & Holders, BCW Screwdown Holder Sports Trading Card Toploaders & Holders for Standard, BCW Magnetic Holder Sports Trading Card Toploaders & Holders for Standard, BCW Sports Trading Card Toploaders & Holders for Tall, BCW Semi-Rigid Holder Sports Trading Card Toploaders & Holders for Standard, BCW Magnetic Holder Sports Trading Card Toploaders & Holders, BCW Semi-Rigid Holder Sports Trading Card Toploaders & Holders, Sports Trading Card Toploaders & Holders for Standard

About eBay Announcements Community Security Center Seller Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

**Checkout**

How do you like our checkout? Give us feedback

To add more items, go to cart.

**Pay with**

Add new card

PayPal

PayPal CREDIT
Special financing available.
Apply now. See terms

Google Pay

**Ship to**

Clerk2 Clerk2
161 North Clark St.
Chicago, IL 60601-3206
United States
(312) 375-1573
Change

**Review item and shipping**

Seller: estate-runners | Message to seller

You Choose! BCW Top Loaders 3x4 Standard Toploader 25 50 100 200 500 1000
MPN: 25
**$7.39**

Quantity
1

**Delivery**
Est. delivery: Jul 20 – Jul 22
USPS Ground Advantage
**Free**

**Gift cards, coupons, eBay Bucks**

Enter code:

Apply

**Donate to charity (optional)**

Motorsports Charities, Inc.

The NASCAR Foundations improves the lives of children in our NASCAR communities. Helping children survive and thrive. That's our checkered flag! PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount None

| | |
|---|---|
| Subtotal (1 item) | $7.39 |
| Shipping | Free |
| Tax* | $0.76 |
| **Order total** | **$8.15** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

**Confirm and pay**

Select a payment option

ebay MONEY BACK GUARANTEE
See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

Hi Clerk2! | Daily Deals | Brand Outlet | Gift Cards | Help & Contact

Sell | Watchlist | My eBay | 🛒 2

**ebay** | Shop by category | 🔍 Search for anything | All Categories | Search

Back to previous page | Collectibles & Art | ⋯ | Sports Trading Cards | Storage & Display Supplies | Card Toploaders & Holders

Share | Add to Watchlist

🔴 SAVE UP TO 10% WHEN YOU BUY MORE



3 PEOPLE HAVE THIS IN THEIR CART



Have one to sell? Sell now

### 25 1 Pack BCW Postcard Toploaders Hard Sleeves 1-TLCH-PC

Family Traditions Hobby (8937)
99.9% positive · Seller's other items · Contact seller

**US $15.95/ea**

Condition: New

Quantity: [1] More than 10 available / 221 sold

Bulk savings:

| Buy 1 $15.95/ea | Buy 2 $15.15/ea | 3 or more for $14.36/ea |
|---|---|---|

**Buy It Now**

**Add to cart**

♡ **Add to watchlist**

⚡ This one's trending. 221 have already sold.

Shipping: **Free Standard Shipping.** See details
Located in: Jonestown, Pennsylvania, United States

Delivery: Estimated between **Mon, Jun 3** and **Wed, Jun 5** to 60601 ⓘ

Returns: Seller does not accept returns. If the item you received doesn't match the listing description, your purchase may be eligible for eBay Money Back Guarantee if the return request is made within 3 days from delivery. See details

Payments: PayPal | GPay | VISA | 🔴 | AMEX | DISCOVER
**PayPal** CREDIT
Special financing available. See terms and apply now

💳 Earn up to 5x points when you use your eBay Mastercard®. Learn more

## Similar Items
Sponsored

Feedback on our suggestions | See all



♡
**4" X 6" Ultra PRO Clear Toploaders Top Loaders Pack of 25 & 100 Soft Sleeves 4x6**
New
**$24.80**
Free shipping
44 sold

ALMOST GONE ♡
**25 POSTCARD TOPLOADERS, RIGID PVC, ARCHIVAL SAFE, HOLDS 5.875"X 3.75" CARDS**
New
**$19.95**
Free shipping
148 sold

♡
**sports card top loaders And Sleeves**
New
**$2.25**
2 bids
5d 23h
+ $6.46 shipping
Seller with 100% positive feedback

ALMOST GONE ♡
**(25-Pack) BCW Regular Size Postcard Toploaders Rigid Holders Opens On Long Side**
New
**$12.99**
+ $6.38 shipping
154 sold





About this item    Shipping, returns, and payments                                                    Report this item

Seller assumes all responsibility for this listing.                                    eBay item number: **324964764884**

Last updated on May 20, 2024 13:31:12 PDT    View all revisions

## Item specifics

| | |
|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ...<br>Read more |
| Brand | BCW |
| Type | Toploader |
| Compatible Card Size | Postcard |
| Color | Clear |
| MPN | 1-TLCH-PC |
| Number of Toploaders/Card Holders | 25 |
| UPC | 722626962103 |

## Item description from the seller

### BCW Postcard Topload Holder

- Item# 1-TLCH-PC
- Holds 5⅞" x 3¾" Postcards
- Open on the long side
- Use with BCW Postcard Soft Sleeves
- 25 Holders per Pack
- Exterior Dimensions: 6 1/8" x 3 7/8"
- Interior Dimensions: 5 7/8" x 3 3/4"

The rigid PVC used in the postcard toploader as well as other BCW toploaders contain no plasticizers or stearates.
Our high quality PVC does not migrate and will not harm your cards, photos or Currency, while offering maximum protection and visual appeal.

Please contact us with any questions or concerns BEFORE placing your order!!

Shipping:



## Family Traditions Hobby

99.9% positive feedback
31K items sold

Visit store

Contact

♡ Save seller

📅 Joined Feb 2013
🕐 Usually responds within 24 hours

### Detailed seller ratings

Average for the last 12 months

Accurate description                           5.0

| Reasonable shipping cost | ———— | 5.0 |
| Shipping speed | ———— | 5.0 |
| Communication | ———— | 5.0 |

### Popular categories from this store

See all

[Baseball Singles]  [Auto Parts]  [Team Sets]  [Football Singles]  [Mini Cards]  [Collectibles]  [Storage & Display Supplies]  [Non-Sport]  [Complete Sets]

### Seller feedback (10,550)

This item (77)    All items (10,550)

---

➕ 5***k (357) • Past 6 months                                    Verified purchase

Fast shipping. Quality item

---

➕ l***i (1415) • Past 6 months                                   Verified purchase

great item-fast ship-thank you

---

➕ k***n (884) • Past year                                        Verified purchase

Great toploaders. Fast shipping. Thank you.

---

[ See all feedback ]

---

Back to previous page                                              Return to top

More to explore : BCW Sports Trading Card Toploaders & Holders, BCW Sports Trading Card Toploaders & Holders for Tall, BCW Gold Sports Trading Card Toploaders & Holders, BCW Sports Trading Card Toploaders & Holders for Standard, BCW Black Sports Trading Card Toploaders & Holders, BCW Magnetic Holder Sports Trading Card Toploaders & Holders, Formula 1 Autographed Postcards, Formula 1 Racing Fan Postcards, Mercedes Formula 1 Racing Fan Postcards, Honda Formula 1 Racing Fan Postcards

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice ⓘ

 Checkout

How do you like our checkout? Give us feedback



PayPal Buy with PayPal. It's fast and simple.

**Pay with**

○ Add new card
  VISA · MasterCard · American Express · Discover

○ PayPal PayPal

○ PayPal CREDIT  Special financing available. Apply now. See terms

○ G Pay Google Pay

**Ship to**
Clerk2 Clerk2
161 North Clark St.
Chicago, IL 60601-3206
United States
(312) 375-1573
Change

**Review item and shipping**

Seller: familytradi... | Message to seller ⓘ

25 1 Pack BCW Postcard Toploaders Hard Sleeves 1-TLCH-PC
**$15.95**

Quantity
1 ⌄

**Delivery**
Free Standard Shipping
Est. delivery: Jun 3 – Jun 5

**Gift cards, coupons, eBay Bucks**

Enter code: [            ] Apply

**Donate to charity (optional)** ⓘ
The Jed Foundation

The Jed Foundation (JED) supports millions of teens and young adults who rely on JED's evidence-based mental health and suicide prevention strategies. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount  None ⌄

| Item (1) | $15.95 |
|---|---|
| Shipping | Free |
| Tax* | $1.63 |

**Order total** $17.58

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

[ Confirm and pay ]

Select a payment method

S Purchase protected by eBay Money Back Guarantee

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice



Hi ClJork2! ▾   Daily Deals   Brand Outlet   Help & Contact          Sell   Watchlist ▾   My eBay ▾          🔔   🛒

ebay          🔍 Search for anything          All Categories ▾   Search          Advanced

‹ Back to search results | Listed in category:   Sporting Goods ›  ···  ›  Sports Trading Cards  ›  Storage & Display Supplies  ›  Card Toploaders & Holders          Share | Add to Watchlist

🔥 SAVE UP TO **5%** WHEN YOU BUY MORE



**✅ Trading Card Sleeves Hard Plastic Clear Case Holder 100 Baseball Cards Topload✅**

Condition:   New

Bulk savings:
| Buy 1 | Buy 2 | Buy 3 |
| $16.69/ea | $16.36/ea | $16.19/ea |

4 or more for $15.86/ea

Quantity:   [ 1 ]   4 available

Price:   US $16.69/ea

**Buy It Now**

**Add to cart**

♡ Add to watchlist

↩ Breathe easy. Free shipping and returns.

🚚 Fast and reliable. Ships from United States.

Shipping: Free Overnight shipping. See details
Located in: Miami, Florida, United States

Delivery: Estimated between Mon, Jul 31 and Tue, Aug 1 to 60601 ⓘ

Returns: 30 days returns. Seller pays for return shipping. See details

Payments: PayPal  G Pay  VISA  MasterCard  AMEX  Discover

PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay
Mastercard®. Learn more

**Seller information**
faststore1 (645 ⭐)
96.2% positive feedback

♡ Save seller
Contact seller
See other items

---

### Similar sponsored items          See all ›          Feedback on our suggestions



| Trading Card Sleeves Hard Plastic Clear Case Holder 100 Baseball Cards Topload!! | Trading Card Sleeves Hard Plastic Topload Clear Case Holder 200 Baseball Cards | 100 Standard Size 3x4 Top Loaders w/ 100 Soft Sleeves Fits Standard Size Cards | Top Loaders Trading Cards Baseball Protector Fit Hard Plastic 50 Count | Trading Card Sleeves Hard Plastic Clear Case Holder 50 Baseball Cards Topload |
| New | New | New | New | New |
| $15.35 | $32.99 | $3.76 | $15.13 | $14.99 |
| Free shipping | Free shipping | 3 bids | 3 bids | Free shipping |
| Seller with a 100% positive feedback | 🔵 Top Rated Plus | + $9.99 shipping | Last one | 1929 sold |
| | | 🔵 Top Rated Plus | | |
| | | 72 sold | | |
| | | Seller with a 100% positive feedback | | |

### Sponsored items inspired by your views          See all ›          Feedback on our suggestions

| 100 3x4 standard toploaders 35pt | 3x4 top loaders for 25 standard sports and pokemon cards (Pokémon) | 50 TOP LOADERS Clear 3x4 baseball and pokemon Cards Holder 35 pt. 2 Packs of 25 | (25) One Touch Magnet Toploader Protector for baseball, basketball, pokemon | five (5) magnetic top loaders for baseball and pokemon cards 35pt |
| New | New | New | New | New |
| $12.99 | $6.99 | $12.99 | $26.99 | $11.99 |
| + $15.60 shipping | + $2.00 shipping | + $6.99 shipping | + $8.99 shipping | + $5.75 shipping |
| Seller with a 100% positive feedback | Seller with a 100% positive feedback | Seller with a 100% positive feedback | Seller with a 100% positive feedback | Seller with a 100% positive feedback |

About this item | Shipping, returns & payments          Report this item

Seller assumes all responsibility for this listing.          eBay item number: 175801507466

### Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more | Card Holder Type | Semi-Rigid Holder |
| Compatible Card Size | Standard | Number of Pieces | 100 |

Case: 1:24-cv-07259 Document #: 1-4 Filed: 08/14/24 Page 47 of 241 PageID #:238

| | | | |
|---|---|---|---|
| Color | Clear | Material | Plastic |
| MPN | Does not apply | Item Length | 4 |
| Product Dimensions | 4 x 3.75 x 3 inches | Max Input Sheet Capacity | 100 |
| Brand | Unbranded | Type | Toploader |
| Item Height | 3 inches | Features | Extra Clear |
| Number of Toploaders/Card Holders | 100 | Country/Region of Manufacture | Unknown |
| Item Weight | 14.9 ounces | UPC | Does not apply |

**Item description from the seller**



Trading Card Sleeves Hard Plastic Clear Case Holder 100 Baseball Cards Topload

Contains 50 standard toploaders

Contains 100 trading card sleeves

Toploader Exterior Dimensions: 3 x 4 1/16 in

Toploader Interior Dimensions: 2 3/4 x 3 7/8 in

Sleeve Exterior Dimensions: 2 5/8 X 3 5/8 in

**faststore1**



**faststore1**

96.2% Positive Feedback
960 Items sold

Seller's other items

Contact

Save seller

**Detailed seller ratings**

Average for the last 12 months

| | |
|---|---|
| Accurate description | 4.9 |
| Reasonable shipping cost | 5.0 |
| Shipping speed | 5.0 |
| Communication | 4.9 |

**Seller feedback** (162)

2***a (19) • Past month

Easy ordering Fast Free Shipping. No label's or directions haven't used yet will see.

RV Awning Repair Tape, Ultra Sticky Canvas Repair Tape Kit, Waterproof Clear (#175807740632)

r***i (129) • Past month

Great product and fast shipping

Delicious Celtic Sea Salt Light Grey No Additives, 1 Pound of Resealable Quality (#175824736290)

2***j (350) • Past month

Great

Cristal Product Untouchable Tire Wet Finish 13oz (2 bottle) Ever Gloss (#175792930435)

See all feedback

Back to search results                                                                                                    Return to top

More to explore : Sports Trading Card Toploaders & Holders , Magnetic Holder Sports Trading Card Toploaders & Holders , Gold Sports Trading Card Toploaders & Holders , BCW Sports Trading Card Toploaders & Holders ,
Semi-Rigid Holder Sports Trading Card Toploaders & Holders , Black Sports Trading Card Toploaders & Holders , Sports Trading Card Toploaders & Holders for Tall , Ultra PRO Sports Trading Card Toploaders & Holders ,
Semi-Rigid Holder Sports Trading Card Toploaders & Holders , Sports Trading Card Toploaders & Holders with UV Protection

About eBay   Announcements   Community   Security Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

 Checkout

How do you like our checkout? Give us feedback

## Pay with

○ Add new card
VISA · mastercard · AMEX · DISCOVER

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

○ G Pay Google Pay

## Ship to

Clerk2 Clerk2
161 North Clark St.
Chicago, IL 60601-3206
United States
(312) 375-1573
Change

## Review item and shipping

Seller: faststore1    Message to seller

 ✅ Trading Card Sleeves Hard Plastic Clear Case Holder 100 Baseball Cards Topload ✅

**$16.69**

Quantity
1 ▾

Delivery
Est. delivery: Jul 31 – Aug 1
Overnight shipping
Free

## Gift cards, coupons, eBay Bucks

Enter code:        Apply

## Donate to charity (optional) ⓘ

**Reflections of Trinity**

Help children, seniors and others in crisis with food, clothing and basic needs. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount    None ▾

| | |
|---|---|
| Subtotal (1 item) | $16.69 |
| Shipping | Free |
| Tax* | $1.71 |

| | |
|---|---|
| Order total | $18.40 |

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

🔒 **Confirm and pay**

Select a payment option

ebay MONEY BACK GUARANTEE
See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ



Hi Clerk2! Daily Deals Brand Outlet Gift Cards Help & Contact Sell Watchlist My eBay 10

ebay Shop by category Search for anything All Categories Search

Back to home page · Collectibles & Art > ... > Sports Trading Cards > Storage & Display Supplies > Card Toploaders & Holders Share · Add to Watchlist

Have one to sell? Sell now

# BCW 3X4 Thick Card Toploaders for up to 79pt 1 Pack of 25

Furfari's Sports Cards (431)
100% positive · Seller's other items · Contact seller

**US $7.50**
or Best Offer

Condition: **New**

Quantity: 1 4 available

Buy It Now
Add to cart
Make offer
Add to watchlist

Shipping: **US $5.95** Standard Shipping. See details
Located in: Mantua, New Jersey, United States

Delivery: Estimated between **Sat, Jun 8** and **Tue, Jun 11** to 60601

Returns: Seller does not accept returns. If the item you received doesn't match the listing description, your purchase may be eligible for eBay Money Back Guarantee if the return request is made within 3 days from delivery. See details

Payments: PayPal Venmo G Pay VISA Mastercard AMEX DISCOVER

PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

## Similar Items

Sponsored

Feedback on our suggestions | See all

LAST ONE
PACK OF 25 Ultra PRO 6X9 Toploaders TOP LOADER Holders for CARDS up to 6" X 9"
New
**$26.20**
Free shipping
**25 sold**

BCW 3X4 Thick Card Toploaders 1 Pack of 25 for up to 79pt Point Cards
New
**$9.98**
Free shipping
Top Rated Plus
**1139 sold**

100 Trading Card 3" x 4" Plastic Top Loaders (Used) For Cards
**$0.99**
1 bid
4d 13h
+ $6.09 shipping
Seller with 99.1% positive feedback

BCW 3X4 Thick Card Toploaders 1 Pack of 10 for up to 138pt Cards
New
**$6.88**
**Free 2-4 day shipping**
Top Rated Plus
**852 sold**



### Item specifics

| | |
|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more |
| Brand | BCW |
| Type | Toploader |
| Compatible Card Size | 79pt |
| Size | Thick |
| Color | Clear |
| Features | UV Protection |
| Number of Toploaders/Card Holders | 25 |
| Border Color | Clear |
| Compatible Card Thickness | 79 Pt. |

### Item description from the seller

BCW 3X4 Thick Card Toploaders for up to 79pt 1 Pack of 25

Seller assumes all responsibility for this listing.

eBay item number: 195404913795

Last updated on Jul 06, 2023 18:13:48 PDT   View all revisions

Report this item



2023 LEAF SIGNATURE SERIES BASEBALL HOBBY BOX -1 auto 1/1 per box (#195981628226)

⊕ n***i (1057) • Past month

Verified purchase

Item recieved quickly and as described. Nice doing business with you. Thanks!

2023 LEAF SIGNATURE SERIES BASEBALL HOBBY BOX -1 auto 1/1 per box (#195981628226)

See all feedback

Back to home page

Return to top

More to explore : BCW Sports Trading Card Toploaders & Holders, BCW Screwdown Holder Sports Trading Card Toploaders & Holders with Features For Extra Thick Cards, BCW Magnetic Holder Sports Trading Card Toploaders & Holders with Features For Extra Thick Cards, BCW Sports Trading Card Toploaders & Holders for Tall, BCW Gold Sports Trading Card Toploaders & Holders, Sports Trading Card Toploaders & Holders with Features For Extra Thick Cards, Snap Lock Holder Sports Trading Card Toploaders & Holders with Features For Extra Thick Cards, Sports Trading Card Toploaders & Holders, Sports Trading Card Toploaders & Holders for Standard, Gold Sports Trading Card Toploaders & Holders

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice





# ebay Checkout

How do you like our checkout? Give us feedback

venmo New! Pay with Venmo for fast and easy checkout.

**Pay with**

- PayPal PayPal
- venmo Venmo
- Add new card
- G Pay Google Pay
- PayPal CREDIT Special financing available. Apply now. See terms

| | |
|---|---|
| Item (1) | $7.50 |
| Shipping | $5.95 |
| Tax* | $1.38 |
| **Order total** | **$14.83** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

Confirm and pay

Select a payment method

Purchase protected by **eBay Money Back Guarantee**

**Ship to**
Clerk2 Clerk2
161 North Clark St.
Chicago, IL 60601-3206
United States
(312) 375-1573
Change

**Review item and shipping**

Seller: furfaris_sp... | Message to seller

BCW 3X4 Thick Card Toploaders for up to 79pt 1 Pack of 25
**$7.50**

Quantity
1

**Delivery**
Est. delivery: Jun 8 – Jun 11
USPS First Class
**$5.95**

**Gift cards, coupons, eBay Bucks**

Enter code: Apply

**Donate to charity (optional)**
Wildlife Trafficking Alliance

In honor of World Oceans Week and World Sea Turtle Day, donate to WTA to help stop the illegal trade of tortoiseshell. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount None

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice

Hi **Clerk2**! Daily Deals Brand Outlet Gift Cards Help & Contact Sell Watchlist My eBay 2

Shop by category Search for anything All Categories Search

Back to home page · Collectibles & Art > ... > Storage & Display Supplies > Card Toploaders & Holders > See more BCW 1TLCHN 3 X ... Share · Add to Watchlist

EXTRA **5%** OFF 3+ ITEMS See all eligible items and terms

Have one to sell? Sell now

# BCW 3 x 4 Topload Card Holder for Standard Trading Cards 25-Count Toploader

Galactic Toys & Games (126031)
99.6% positive · Seller's other items · Contact seller

**US $7.15**
or Best Offer

Condition: **New**

Quantity: 1 More than 10 available

Buy It Now

Add to cart

Make offer

Add to watchlist

**Breathe easy.** Free shipping and returns.

Shipping: **Free** Economy Shipping. See details
Located in: Grand Rapids, Michigan, United States

Delivery: Estimated between **Fri, Feb 16** and **Tue, Feb 20** to 60601

Returns: 30 days returns. Seller pays for return shipping. See details

Payments: PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

Top Rated Plus
Trusted seller, fast shipping, and easy returns. Learn more

About this item | Shipping, returns, and payments | Report this item

Seller assumes all responsibility for this listing.

eBay item number: **134868894008**

Last updated on Feb 05, 2024 08:54:10 PST View all revisions

## Item specifics

| | |
|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more |
| Game | BCW |
| Age Level | 12-16 Years |
| Material | Plastic |
| UPC | 0722626902291 |
| Brand | BCW |
| Type | Rigid |

MPN                                                    1TLCHN

## About this product

### Product Identifiers

| | |
|---|---|
| Brand | BCW |
| MPN | 1TLCHN |
| GTIN | 0722626902291 |
| UPC | 0722626902291 |
| eBay Product ID (ePID) | 625692437 |

### Product Key Features

| | |
|---|---|
| Type | Rigid |

### Additional Product Features

| | |
|---|---|
| Size | Standard |
| Team | Base Ball |
| Border Color | Clear |

## Item description from the seller

Galactic Toys

Our eBay Store        Follow my store!



# BCW 3 x 4 Topload Card Holder for Standard Trading Cards 25-Count Toploader

BCW standard 3x4 top loading card holders are made of high-quality, rigid PVC. These top loading holders are some of the most popular rigid individual card holders in the collectible card industry. Use this product to protect, store or display collectible baseball cards, football cards, hockey cards, or other Trading cards like Magic the gathering, pokémon, yugioh, and others.

## Product Details

| | |
|---|---|
| Width | 3.000 |
| Height | 1.750 |
| Length | 4.000 |
| Manufacturer # | 1-TLCH-N |
| UPC | 722626902291 |

## Shipping & Order Information

All items ship within 1 business day and ship using DHL Global Mail, USPS, or UPS Ground. The DHL service uses the United States Postal Service (USPS) to deliver packages. All items will be packaged with care and use proper padding and packing.

## International Shipping

We ship international orders with tracking using DHL global mail. On orders above 40 USD we will upgrade to a faster DHL delivery service. Customers are responsible for duties and taxes in their country. We can't modify shipment values for custom purposes.

## Return Guidelines

Please always contact us before making a return. Returns must be sent back to us using the same shipping format, protective packaging, original condition you received your item and include a tracking number.

On orders that are unwanted, a 20% restock fee will apply. If you had FREE Shipping the original shipping cost will be deducted from your refund. Allow up to 3 Business Days for processing once we receive your return before being issued a refund. If a Return is being made from a mistake on our end contact us for individual instructions**



---



# Galactic Toys & Games

**99.6%** Positive Feedback

**382K** items sold

📅 Joined Jun 2003

Visit store

Contact

♡ Save seller

## Detailed seller ratings

Average for the last 12 months

Accurate description ──────  5.0



| | |
|---|---|
| Reasonable shipping cost | 5.0 |
| Shipping speed | 5.0 |
| Communication | 5.0 |

### Popular categories from this store

See all

Collectibles  Crafts  Everything Else  Clothing, Shoes & Accessories  Computers/Tablets & Networki...  Toys & Hobbies  Video Games & Consoles

Books & Magazines  Health & Beauty

### Seller feedback (148,040)

d***l (28) • Past 6 months

Fantastic seller!!! Package was held up enroute and they immediately sent an inquiry to post office to get the issue resolved. They were willing to refund me if the post office couldn't fix the situation. It did eventually show up, Packaged securely and looking exactly as advertised. It's hard to find good customer service these days, and they stepped up to help me with a problem that didn't have anything to do with them! Definitely recommend, great experience! 👍

Banpresto Demon Slayer: Kimetsu no Yaiba Demon Series Vol. 7 Daki USA Seller (#134826496447)

a***c (170) • Past month

Exactly as described, the box wan't dented, figure and accessories were in perfect condition and best of all, nothing fell off! Easy posing and fast shipping. When I asked the seller a question there was an immediate response! Great figure! Thank you!

Bandai Naruto S.H.Figuarts Sakura (Inheritor of Tsunade's Indominable Will) (#145542573170)

y***- (6) • Past month

Great communication, item as described and the package arrived early. Great seller!

Bandai Gundam RX-78-2 Ver.3.0 MG 1/100 Model Kit USA Seller (#145556441194)

See all feedback

---

🏷 **EXTRA 5% OFF 3+ ITEMS**ⓘ  See all eligible items →

All Products
Discount will be applied when you add promotional items from galactictoysllc to your cart                    All promotional offers from galactictoysllc









| 25 - Ultra Pro 3 X 4 Top Loader Card Holder for Baseball, Football, Basketball, | BCW 3x4 Topload Card Holder - Standard (100 CT. Pack) Toploader | Ultra Pro 3" x 4" Clear Toploader Combo (25-Count) | Ultra Pro 100 Pcs Soft Card Sleeves 2 5/8 x 3 5/8 Inches Standard Size - 5 Packs | Ultimate Guard QuadRow Zipfolio Xenoskin Card Binder, Red |
|---|---|---|---|---|
| **Now:** US $6.95 | **Now:** US $14.74 | US $8.95 | US $7.99 | US $44.95 |

You can change quantities in your cart.

---

### Product ratings and reviews

Learn more

Write a review

**4.9**

★★★★★

312 product ratings

| | | | |
|---|---|---|---|
| ★ 5 | | | 293 |
| ★ 4 | | | 15 |
| ★ 3 | | | 2 |
| ★ 2 | | | 2 |
| ★ 1 | | | 0 |



**97%**

Would recommend



**100%**

Good value

---

## Most relevant reviews

See all 197 reviews

★★★★★

by loudguy8711
Jan 05, 2016

[TOP FAVORABLE REVIEW]

### BCW hard plastic card holders with penny sleeves.

What a great buy on a top quality product! If you collect any type of cards then these are a great yet inexpensive investment to keep your collecting protected. I ordered the 100 holder set with the sleeves. Was so happy with the quality I ordered 100 more the next day.

Verified purchase: Yes · Condition: New · Sold by: hobby°supplies

★★★★★

by jjjbj123
Nov 10, 2023

### Perfect for Me

Just the right size holders I was looking for. Only needed a few and good to have on hand. A great deal and a fast delivery!

Verified purchase: Yes · Condition: New · Sold by: ghezziky

★★★★★

by livewiredealz
Feb 15, 2018

### Excellent Card Protectors for Shipping and Storage!

These things are super thick and perfect for shipping and storage, while also being reasonably cheap, even in small bulk quantities, such as, 100 per purchase. Bear in mind that each set of 25 is 1 Box of Rigid/Hard Plastic Sleeves. So, if you order 100, then it'll come with 4 boxes. Luckily, I found me a really cool person who sells them in lots of 100 and includes an addition 100 Soft Sleeves, as well! Really great deal for a great product by BCW!

Verified purchase: Yes · Condition: New · Sold by: hobby°supplies

★★★★★

by zacwaspe-0
Nov 09, 2021

### Quick easy affordable!

I've bought from quite a few small shops on here for toploaders and sleeves and this one is by far the most reliable for bulk. Every time I order it's here within the week and ready for card storage! And one of the few I've found with not as messed up toploaders

Verified purchase: Yes · Condition: New · Sold by: ghezziky

★★★★★

by listnewandnotnew
Jul 05, 2016

### Exactly as described, good quality

Worked exactly as I expected, great protection for the cards, easy to use.

Verified purchase: Yes · Condition: New · Sold by: 7thstent

---

Back to home page | See More Details about "BCW 1TLCHN 3 X 4 Baseball Trading Card Topload Holders…"

Return to top

More to explore : BCW Sports Trading Card Toploaders & Holders, BCW Sports Trading Card Toploaders & Holders for Standard, BCW Black Sports Trading Card Toploaders & Holders for Standard, BCW Gold Sports Trading Card Toploaders & Holders, BCW Sports Trading Card Toploaders & Holders for Tall, BCW Magnetic Holder Sports Trading Card Toploaders & Holders, Sports Trading Card Toploaders & Holders for Standard, Sports Trading Card Toploaders & Holders, Magnetic Holder Sports Trading Card Toploaders & Holders, Gold Sports Trading Card Toploaders & Holders

---

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice

 Checkout

How do you like our checkout? Give us feedback

**PayPal** Buy with PayPal. It's fast and simple.

### Pay with

○ Add new card
  VISA  MasterCard  AMEX  DISCOVER

○ **PayPal** PayPal

○ PayPal Credit — Special financing available.
  Apply now. See terms

○ GPay Google Pay

### Ship to

Clerk2 Clerk2
161 North Clark St.
Chicago, IL 60601-3206
United States
(312) 375-1573
Change

### Review item and shipping

Seller: galactictoy...    Message to seller

BCW 3 x 4 Topload Card Holder for Standard Trading
Cards 25-Count Toploader
**$7.15**

Quantity
1

Free returns

**Delivery**

● Free Economy Shipping
  Est. delivery: Feb 16 – Feb 20

○ Est. delivery: Feb 16 – Feb 22
  Standard Shipping
  $1.98

### Gift cards, coupons, eBay Bucks

Enter code:           Apply

### Donate to charity (optional) ⓘ

Save a Child's Heart Foundation

Give $1 to help provide lifesaving heart surgery for children in need. PayPal
Giving Fund (PPGF) receives your donation and grants 100% to a charity no
later than 30 days after the end of the month in which the donation is
made. Donations are non-refundable and typically tax deductible. PPGF
may be unable to grant funds to a charity if the charity has lost tax exempt
status, has closed, or no longer accepts funds from PPGF.

Select amount    None

| | |
|---|---|
| Item (1) | $7.15 |
| Shipping | Free |
| Tax* | $0.73 |
| **Order total** | **$7.88** |

*We're required by law to collect sales tax and
applicable fees for certain tax authorities. Learn more

🔒 Confirm and pay

Select a payment method

**ebay** MONEY BACK GUARANTEE
See details



SAVE UP TO 10% WHEN YOU BUY MORE

Trading Card Sleeves Hard Plastic Clear Case Case Holder 100 Baseball Cards Topload

Condition: New

Bulk savings:
Buy 1 $19.29/ea
Buy 2 $18.71/ea
Buy 3 $18.13/ea

Quantity: 1    3 available

Price: US $19.29/ea

Buy It Now
Add to cart
Add to watchlist

Breathe easy. Free shipping and returns.

Fast and reliable. Ships from United States.

Shipping: Free Standard Shipping. See details
Located in: Arlington, Texas, United States

Delivery: Estimated between Sat, Jul 29 and Wed, Aug 2 to 60601

Returns: 30 days returns. Seller pays for return shipping. See details

Payments: PayPal, G Pay, VISA, Mastercard, Amex, Discover

Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Seller information**
ghularaz-2 (26)
93.8% positive feedback

Save seller
Contact seller
See other items

Have one to sell? Sell now

---

## Similar sponsored items     See all >







Trading Card Sleeves Hard Plastic Clear Case Holder 100 Baseball Cards Topload!!
New
$15.35
Free shipping
Seller with a 100% positive feedback

100 Regular Card 3 x 4 Toploaders New top loaders + 100 Ultra Pro Soft Sleeves
New
$17.89
$19.99 64% off
Free shipping
Direct from Columbia Sports Cards

100 Standard Size 3x4 Top Loaders w/ 100 Soft Sleeves Fits Standard Size Cards
New
$3.76
1 bids
+ $9.99 shipping
Top Rated Plus
Seller with a 100% positive feedback

Trading Card Sleeves Hard Plastic Clear Case Holder 100 Baseball Cards Topload.
New
$18.99
Free shipping
Seller with a 99.6% positive feedback

Top Loaders Trading Card Sleeves Baseball Protector Fit Hard Plastic 50 Count
New
$15.13
Free shipping
Last one

---

## Sponsored items inspired by your views     See all >







Regular Top Loaders 35pt 3x4 Rigid Card Holder 25, and 50 pcs
New
$5.79
+ $4.67 shipping
Seller with a 100% positive feedback

540 Pockets Trading Card Sleeves Pages Fit 3 Ring Binder, 9 Pocket 30 Pack USA
New
$9.39
Free shipping
Seller with a 99.6% positive feedback

100 Pack Top Loader Card Sleeve Holder for Sports/Trading Toploaders - 3"x4"
New
$17.99
$35.98 50% off
Free shipping
Seller with a 99.6% positive feedback

3d Printed PSA CGC BGS Top Loader CSI One Touch Card Stand Custom Read Descrip
New
$4.00
+ $5.60 shipping
Seller with a 100% positive feedback

Heavy-Duty Toploaders with Clear Sleeves - PVC - Water/Dust-Proof - 100 Count
New
$37.00
Free shipping
Seller with a 100% positive feedback

---

About this item      Shipping, returns & payments                        Report this item

Seller assumes all responsibility for this listing.                 eBay item number: 364362990512

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more | Brand | Unbranded |
| Type | Toploader | Color | Clear |
| Material | Plastic | Number of Toploaders/Card Holders | 100 |

| Country/Region of Manufacture | United States |
| --- | --- |

### Item description from the seller

**Trading Card Sleeves Hard Plastic Clear Case Holder 100 Baseball Cards Topload**

- 100 Holders Total. Topload, open on the short side.
- Each card holder holds a standard trading card - Up to 20 pts.
- 12-mil thickness panels made of high-quality, rigid PVC.
- Exterior Dimensions: 3" x 4-1/16".
- Interior Dimensions: 2-3/4" x 3-7/8".



ghularaz-2

93.8% Positive Feedback
150 Items sold

Seller's other items

Contact

♡ Save seller

**Detailed seller ratings**

Average for the last 12 months

| | |
| --- | --- |
| Accurate description | 5.0 |
| Reasonable shipping cost | 5.0 |
| Shipping speed | 5.0 |
| Communication | 4.7 |

**Seller feedback** (22)

⊕ f***i (096) • Past month

All is good!

Vegetable Peeler Stainless Steel Potato Peeler Tool Carrot Peeler High Quality (#364331010352)

⊕ 7***i (2141) • Past month

Received

Q-Tips Cotton Swabs 100% Cotton Tips Wood Sticks Cotton Swabs 375 Count (#364336058727R)

⊕ n***4 (5080) • Past month

Fast shipping. Great seller!!!!

Window Blinds Mini Blinds 1" Slat Vinyl Venetian Blinds - White 35x64 Mini Shade (#364314043454)

See all feedback

Back to previous page                                                                          Return to top
More to explore :   Sports Trading Card Toploaders & Holders,   Magnetic Holder Sports Trading Card Toploaders & Holders,   Gold Sports Trading Card Toploaders & Holders,   BCW Sports Trading Card Toploaders & Holders,
Sports Trading Card Toploaders & Holders for Standard,   Screwdown Holder Sports Trading Card Toploaders & Holders,   Ultra PRO Sports Trading Card Toploaders & Holders,
Semi-Rigid Holder Sports Trading Card Toploaders & Holders,   BCW Magnetic Holder Sports Trading Card Toploaders & Holders,   Sports Trading Card Toploaders & Holders with UV Protection

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices ⓘ and AdChoice ⓘ

 Checkout

How do you like our checkout? Give us feedback

## Pay with

○ Add new card
VISA MasterCard AMEX Discover

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

○ G Pay Google Pay

## Ship to

Clerk2 Clerk2
161 North Clark St.
Chicago, IL 60601-3206
United States
(312) 375-1573
Change

## Review item and shipping

Seller: ghularaz-2 | Message to seller

Trading Card Sleeves Hard Plastic Clear Case Holder 100 Baseball Cards Topload
**$19.29**

Quantity
1

Delivery
Est. delivery: Jul 29 – Aug 2
USPS First Class
Free

## Gift cards, coupons, eBay Bucks

Enter code: [ Apply ]

## Donate to charity (optional) ⓘ

Reflections of Trinity

Help children, seniors and others in crisis with food, clothing and basic needs. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount    None ▾

| | |
|---|---|
| Subtotal (1 item) | $19.29 |
| Shipping | Free |
| Tax* | $1.98 |
| **Order total** | **$21.27** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

🔒 Confirm and pay

Select a payment option

ebay MONEY BACK GUARANTEE
See details



Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ



## Trading Card Sleeves Hard Plastic Clear Case Holder 100 Baseball Cards Toploaded!!!

Condition: New

Quantity: 1     6 available / 32 sold

Price: US $15.25

**Buy It Now**

**Add to cart**

♡ Add to watchlist

⚡ This one's trending. 32 have already sold.

↺ Breathe easy. Returns accepted.

Shipping: Free Expedited Shipping. See details
Located in: Multiple Location, United States

Delivery: Estimated between Sat, Jul 15 and Wed, Jul 19 to 60601 ⓘ

Returns: 30 days returns. Buyer pays for return shipping. See details

Payments: [PayPal] [VISA] [Mastercard] [Discover]

PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

### Seller information
gjp1ng (12 🌟)
95.1% positive feedback

♡ Save seller
Contact seller
See other items

Share | Add to Watchlist

---

### Similar sponsored items     See all →

Feedback on our suggestions

Trading Card Sleeves Hard Plastic Clear Case Holder 100 - Baseball Cards Toploaded
New
$15.55
Free shipping
32 sold

Trading Card Sleeves Hard Plastic Clear Case Holder 100 Baseball Cards Toploaded
New
$16.80
Free shipping
Seller with a 100% positive feedback

100 Standard Size 3x4 Top Loaders w/ 100 Soft Sleeves Fits Standard Size Cards
New
$0.99
0 bids
+ $9.99 shipping
Top Rated Plus
Seller with a 100% positive feedback

Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Toploaded
New
$14.99
Free shipping
39 sold

200 Trading Card Sleeves Hard Plastic Toploader Holder Plus 200 Penny Sleeves
New
$36.99
Free shipping
22 sold

---

### Sponsored items customers also bought     See all →

Feedback on our suggestions

Trading Card Sleeves Hard Plastic Clear Case Holder 100 - Baseball Cards Toploaded
New
$15.55
Free shipping
32 sold

Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Toploaded Trading
New
$14.99
Free shipping
39 sold

Trading Card Sleeves Hard Plastic Clear Case Holder 100 Baseball Cards Toploaded
New
$15.38
Free shipping
98 sold

100 x Trading Card Sleeves Hard Plastic Clear Case Holder Baseball Cards - 3"x4"
New
$18.59
$37.18 50% off
Free shipping
347 sold

100 CBG Trading Card Hard Toploaders Holders Plus100 Soft Poly Penny Sleeves
New
$17.74
$17.99 1% off
Free shipping
✓ Direct from Columbia Sports Cards

---

About this item | Shipping, returns & payments

Seller assumes all responsibility for this listing.

Last updated on Jul 11, 2023 11:46:56 PDT View all revisions

Report this item

eBay item number: 235047558303

### Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more | Brand | Unbranded |
| Type | Does not apply | Manufacturer recommended age | 12 years and up |
| Number of Pieces | 100 | Color | Clear |
| Material | Pvc.Polypropylene | Product Dimensions | 4 x 3.75 x 3 inches |
| Max Input Sheet Capacity | 100 | Item Weight | 14.9 ounces |
| UPC | 744105009912 | | |

### Item description from the seller



## Trading Card Sleeves Hard Plastic Clear Case Holder 100 Baseball Cards Topload!!



### About this item

- Contains 50 standard toploaders

- Contains 100 trading card sleeves

- Toploader Exterior Dimensions: 3 x 4 1/16 in

- Toploader Interior Dimensions: 2 3/4 x 3 7/8 in

- Sleeve Exterior Dimensions: 2 5/8 X 3 5/8 in

### Product Description

BCW Standard 3x4 toploaders are made of high-quality, rigid PVC. These toploading holders are some of the most popular rigid individual card holders in the collectible card industry. Use this product to protect, store or display collectible baseball cards, football cards, hockey cards, or other trading cards like Magic The Gathering, Pokemon, YuGiOh, and others.
BCW Card Sleeves (often called 'penny sleeves') are an acid free, archival quality product made of crystal clear polypropylene. Use this protective holder to protect, store and display your collectible trading cards.

## Contact us

We can be contacted at any time through eBay messages if you have any questions, comments or product requests. We will respond to you within 24 hours and do our best to help you out! We encourage our customers to contact us with any questions or concerns! We'd like to be sure you are completely satisfied with your purchase.

Payment     We accept PayPal, PayPal Credit, Visa, Mastercard, American Express, Discover, Google Pay, and Apple Pay. Immediate Payment is required!

Shipping    We provide **FAST, FREE SHIPPING** to the Continental 48 US States. We do not ship to Alaska, Hawaii, APO/FPO, PO Boxes, or any US Protectorates. PLEASE PROVIDE A PHYSICAL ADDRESS. Your order will be processed within the allotted time frame. Most items ship out with 1-2 Business Days after payment is received. Please not that some orders may be shipped in multiple packages.

Disclaimer  We take our reputation seriously. If you have any questions or concerns, please contact us and we will respond back to your message within 24 hours.

### Have Nice Shopping!

giptime



 Checkout

How do you like our checkout? Give us feedback

## Pay with

○ Add new card
  VISA ● ● ●

○ **PayPal**

○ **PayPal CREDIT**
  Special financing available.
  Apply now. See terms

○ G Pay Google Pay

## Ship to

Clerk2 Clerk2
161 North Clark St.
Chicago, IL 60601-3206
United States
(312) 375-1573
Change

## Review item and shipping

Seller: giptime   |   Message to seller

Trading Card Sleeves Hard Plastic Clear Case Holder 100 Baseball Cards Topload!!
$15.25

Quantity
1

Delivery
Est. delivery: Jul 15 – Jul 19
Expedited Shipping
Free

## Gift cards, coupons, eBay Bucks

Enter code:        Apply

## Donate to charity (optional) ⓘ

ASPCA

Can you spare some change for animals in need? Add a donation to the ASPCA now. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount        None ▾

| | |
|---|---|
| Subtotal (1 item) | $15.25 |
| Shipping | Free |
| Tax* | $1.56 |
| Order total | $16.81 |

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

🔒 Confirm and pay

Select a payment option

ebay MONEY BACK GUARANTEE
See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ



Hi Clerk2! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category | Search for anything | All Categories | Search | Advanced

Back to previous page | Listed in category: Sporting Goods > ... > Sports Trading Cards > Storage & Display Supplies > Card Toploaders & Holders

Share | Add to Watchlist

Have one to sell? Sell now

## Trading Card Sleeves Hard Plastic Clear Case Holder 100 Baseball Cards Topload

Last item available

Condition: **New**

Quantity: 1 Last One / 7 sold

Price: **US $21.68**

Buy It Now

Add to cart

Add to watchlist

**Breathe easy.** Free shipping and returns.

**Fast and reliable.** Ships from United States.

Shipping: **Free** Expedited Shipping. See details
Located in: Miami, FL, United States

Delivery: Estimated between **Mon, Jul 31** and **Fri, Aug 4** to 60601
Includes **7 business days** handling time after receipt of cleared payment.

Returns: 30 days returns. Seller pays for return shipping. See details

Payments: PayPal G Pay VISA Mastercard AmEx Discover

PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Seller information**
thogon2633 (125)
100% positive feedback

Save seller
Contact seller
Visit store
See other items

## Similar sponsored items

See all

Feedback on our suggestions

Trading Card Sleeves Hard Plastic Clear Case Holder 100 Baseball Cards Topload
New
**$20.49**
Free shipping

Trading Card Sleeves Hard Plastic Clear Case Holder 100 Baseball Cards Topload!!
New
**$15.35**
Free shipping
Seller with a 100% positive feedback

100 Standard Size 3x4 Top Loaders w/ 100 Soft Sleeves Fits Standard Size Cards
New
**$3.25**
2 bids
+ $9.99 shipping
Top Rated Plus
Seller with a 100% positive feedback

Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading ✅✅✅
New
**$15.99**
Free shipping
**46 sold**

Trading Card Sleeves Hard Plastic Clear Case Holder 100 Baseball Cards Topload..
New
**$18.99**
Free shipping
Seller with a 99.6% positive feedback

## Sponsored items inspired by your views

See all

Feedback on our suggestions

1,800 Toploaders (60 Packs of 30 Top Loaders) NEW Bulk Wholesale Case
New
**$175.00**
Free shipping
Seller with a 99.5% positive feedback

NEW STOCK IN! 2000 35PT Premium New 3x4 Top Loaders 80*25 Ultra Clear SHIP NOW
New
**$159.99**
+ $0.99 shipping
**136 sold**

Ultra PRO 3"x4" Clear Regular Top Loaders for Cards With Card Sleeves Bundle S
New
**$29.99**
Free shipping
Seller with a 100% positive feedback

250 Trading Card Sleeves 50 hard plastic toploader holders plus 200sleeve
New
**$17.24**
Free shipping

500 35 PT Premium New 3x4 Top Loaders 20*25 Ultra Clear SHIP NOW
New
**$47.99**
+ $0.99 shipping
**37 sold**

About this item | Shipping, returns & payments

Report this item

Seller assumes all responsibility for this listing.
Last updated on Jul 24, 2023 20:39:41 PDT View all revisions

eBay item number: **354833063523**

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more | Brand | Unbranded |
| Type | Does not apply | Color | Clear |
| Item Weight | 14.9 ounces | Product Dimensions | 4 x 3.75 x 3 inches |
| Manufacturer recommended age | 12 years and up | Material | Polyvinyl Chloride (PVC), Polypropylene (PP) |

| Max Input Sheet Capacity | 100 | | Number of Pieces | 100 |
| UPC | 744110500912 | | ISBN | Does not apply |
| EAN | 0744110500912 | | | |

### Item description from the seller

- Are you looking for a reliable and high-quality solution to protect and display your valuable collectible cards? Look no further! Introducing BCW Standard 3x4 toploaders and card sleeves, the ultimate combo for any trading card enthusiast.

Our BCW Standard 3x4 toploaders are crafted from premium rigid PVC, ensuring the utmost protection for your precious cards. These toploading holders have gained immense popularity in the collectible card industry for their exceptional quality and durability. Whether you collect baseball cards, football cards, hockey cards, or other trading cards like Magic The Gathering, YuGiOh, and more, these toploaders are a must-have addition to your collection.

The exterior dimensions of our toploaders are perfectly designed at 3 x 4 1/16 inches, providing a snug fit for your cards. Inside, the toploader offers spacious interior dimensions of 2 3/4 x 3 7/8 inches, ensuring your cards are secure and protected at all times. With 50 standard toploaders included in this package, you'll have more than enough to safeguard your prized cards.

To complement the toploaders, we also provide you with 100 BCW Card Sleeves, commonly referred to as 'penny sleeves.' These sleeves are made from acid-free, archival-quality polypropylene, ensuring crystal clear visibility while protecting your cards from external elements. With dimensions of 2 5/8 x 3 5/8 inches, our card sleeves are perfectly sized to accommodate your treasured cards.

Whether you're a collector looking to preserve your cards or a seller aiming to enhance your eBay sales, our BCW Standard 3x4 toploaders and card sleeves are the ultimate choice. You can confidently showcase your cards, attract potential buyers, and increase the value of your listings.



 **Checkout**

How do you like our checkout? Give us feedback

## Pay with

○ Add new card
  VISA ● Mastercard ● AMEX ● Discover

○ **PayPal**

○ **PayPal CREDIT**
  Special financing available.
  Apply now. See terms

○ G Pay Google Pay

## Ship to

Clerk2 Clerk2
161 North Clark St.
Chicago, IL 60601-3206
United States
(312) 375-1573
Change

## Review item and shipping

Seller: thogon2633 | Message to seller

Trading Card Sleeves Hard Plastic Clear Case Holder 100 Baseball Cards Topload
**$21.68**
Quantity 1

**Delivery**
Est. delivery: Jul 31 – Aug 4
Expedited Shipping
Free

## Gift cards, coupons, eBay Bucks

Enter code: [                    ]  Apply

## Donate to charity (optional) ⓘ

**Reflections of Trinity**

Help children, seniors and others in crisis with food, clothing and basic needs. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount [ None ▾ ]

| Subtotal (1 item) | $21.68 |
|---|---|
| Shipping | Free |
| Tax* | $2.22 |
| **Order total** | **$23.90** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

🔒 Confirm and pay

Select a payment option

ebay MONEY BACK GUARANTEE
See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ



Hi Clerk2! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category Search for anything All Categories Search Advanced

Back to home page | Listed in category: Sporting Goods > ... > Sports Trading Cards > Storage & Display Supplies > Card Toploaders & Holders Share | Add to Watchlist

Have one to sell? Sell now

## Post Card Photo Topload Holders Rigid Plastic Sleeves Crystal Clear 4" X 6" 25

Last item available

Condition: New

Quantity: 1 Last One / 10 sold

Price: **US $14.19**

Buy It Now

Add to cart

Add to watchlist

**Breathe easy.** Returns accepted.

**Fast and reliable.** Ships from United States.

Shipping: **Free** Standard Shipping. See details
Located in: Denver, Colorado, United States

Delivery: Estimated between **Fri, Jul 21** and **Mon, Jul 24** to 60601

Returns: 30 days returns. Buyer pays for return shipping. See details

Payments: PayPal G Pay VISA Mastercard AmEx Discover

PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Seller information**
godlydove (783)
97.3% positive feedback

Save seller
Contact seller
See other items

### Similar sponsored items See all

Feedback on our suggestions

Card Sleeves Top loaders Holders Standard 3x4 25, 50, 100, 200, 500 1000
New
**$8.99**
Free shipping
Top Rated Plus
**236 sold**

Pack /25 BCW Hard Plastic Baseball Trading Card Topload Holders 12 mil protector
New
**$8.49**
Free shipping
Top Rated Plus
**6990 sold**

44 ASSORTED USED MAGNETIC CARD HOLDERS 35-150PT.
Pre-owned
**$19.99**
1 bid
Free shipping
Seller with a 100% positive feedback

10 Ultra Pro 4"x6" TOPLOADERS NEW Photo Sports Card Collectible Rigid Postcard
New
**$11.49**
Free shipping
Top Rated Plus
**47 sold**

BCW 3X4 Toploaders PREMIUM 20pt Point 4 Packs of 25 for Standard Cards 100 Total
New
**$17.58**
Free shipping
Top Rated Plus
**89 sold**

Tra Cle Top Ne $1 Fre 46

### Sponsored items customers also bought See all

Feedback on our suggestions

15 Loose 4 X 6 Holders and Sleeves Top Loader Card Holder
**$7.99**
+ $5.00 shipping
Seller with a 99.9% positive feedback

(25-Pack) CSP 4x6 Toploaders 4" x 6" Topload Rigid Card Holders Photo, Postcard
New
**$16.95**
Free shipping
Seller with a 99.8% positive feedback

5 Ultra Pro 4"x6" TOPLOADERS NEW Photo Sports Card Collectible Rigid Postcard
New
**$7.99**
Free shipping
Top Rated Plus
**129 sold**

25 5x7 Ultra CBG Premium Pro Hard Rigid Toploaders Photo Topload Holders - New
New
**$18.98**
Free shipping
Direct from Columbia Sports Cards
**2158 sold**

5 10 25 50 BCW 4 x 6 Hard Plastic Postcard Photo Topload Holders 4x6 Guardhouse
New
**$8.29**
Free shipping
**320 sold**

1 Pa Ho Lo Ne $1 Fre Se

About this item | Shipping, returns & payments | Report this item

Seller assumes all responsibility for this listing.
Last updated on Jul 16, 2023 16:45:42 PDT View all revisions

eBay item number: **354748514654**

### Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more | Brand | Does not apply |
| Type | Photo Topload Holders | Number of Toploaders/Card Holders | 25 |
| Compatible Card Thickness | Does Not Apply | Card Holder Type | Does Not Apply |
| Compatible Card Size | Does Not Apply | Color | Clear |
| Autograph Authentication | Does Not Apply | Year Manufactured | Does Not Apply |
| Country/Region of Manufacture | Unknown | Item Length | Does Not Apply |
| Item Height | Does Not Apply | MPN | Does Not Apply |
| Autograph Authentication Number | Does Not Apply | UPC | 751738810682 |
| ISBN | Does not apply | EAN | 0313033885842 |

### Item description from the seller

Post Card Photo Topload Holders Rigid Plastic Sleeves Crystal Clear 4" X 6" 25



**Summary**
- Holds Post Cards & Photos
- Crystal clear
- Made of high impact rigid PVC (PolyVinyl Chloride)
- Protect Edges from Wear & Keep Sleeve from Bending!
- 4" x 6"

---



**godlydove**
97.3% Positive Feedback
2.5K items sold

Seller's other items

Contact

♡ Save seller

**Detailed seller ratings**
Average for the last 12 months

| | | |
|---|---|---|
| Accurate description | ———— | 4.9 |
| Reasonable shipping cost | ———— | 5.0 |
| Shipping speed | ———— | 4.9 |
| Communication | ———— | 4.9 |

**Seller feedback** (850)

This item (5)     All items (850)

🟢 a***o (9750) •  Past month
tha

🟢 c***c (2630) •  Past month
A very good seller, Highly Recommend! Good product , prompt shipping, I appreciate dealing with this seller! AAA+++

🟢 s***s (79) •  Past month
Shipped it quickly and let me know what their process was. Very communicative.

See all feedback

---

More to explore :   Semi-Rigid Holder Sports Trading Card Toploaders & Holders ,   Semi-Rigid Holder Sports Trading Card Toploaders & Holders for Tall ,   BCW Semi-Rigid Holder Sports Trading Card Toploaders & Holders ,
Semi-Rigid Holder Sports Trading Card Toploaders & Holders for Standard ,   Ultra PRO Semi-Rigid Holder Sports Trading Card Toploaders & Holders ,   Magnetic Holder Sports Trading Card Toploaders & Holders ,
Gold Sports Trading Card Toploaders & Holders ,   BCW Sports Trading Card Toploaders & Holders ,   Ultra PRO Sports Trading Card Toploaders & Holders ,   BCW Magnetic Holder Sports Trading Card Toploaders & Holders

About eBay     Announcements     Community     Security Center     Seller Center     Policies     Affiliates     Help & Contact     Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved.   Accessibility,   User Agreement,   Privacy,   Payments Terms of Use,   Cookies,   Your Privacy Choices ⃞ and AdChoice ⓘ





# Checkout

How do you like our checkout? Give us feedback

## Pay with

Add new card

PayPal

PayPal CREDIT
Special financing available.
Apply now. See terms

Google Pay

## Ship to

Clerk2 Clerk2
161 North Clark St.
Chicago, IL 60601-3206
United States
(312) 375-1573
Change

## Review item and shipping

Seller: godlydove | Message to seller

Post Card Photo Topload Holders Rigid Plastic Sleeves Crystal Clear 4" X 6" 25

**$14.19**

Quantity 1

**Delivery**
Est. delivery: Jul 21 – Jul 24
Standard Shipping
**Free**

## Gift cards, coupons, eBay Bucks

Enter code:

Apply

## Donate to charity (optional)

Motorsports Charities, Inc.

The NASCAR Foundations improves the lives of children in our NASCAR communities. Helping children survive and thrive. That's our checkered flag! PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount None

| | |
|---|---|
| Subtotal (1 item) | $14.19 |
| Shipping | Free |
| Tax* | $1.45 |
| **Order total** | **$15.64** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

Confirm and pay

Select a payment option

ebay MONEY BACK GUARANTEE
See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

Hi Clerk2! Daily Deals Brand Outlet Gift Cards Help & Contact Sell Watchlist My eBay

Shop by category | Search for anything | All Categories | Search

Back to previous page > Collectibles & Art > ... > Sports Trading Cards > Storage & Display Supplies > Card Toploaders & Holders    Share · Add to Watchlist

**SAVE UP TO 20% WHEN YOU BUY MORE**

Have one to sell? Sell now

## (1) BCW 5 x 7 Toploader Photo Postcard Rigid Oversize Card Holder FREE SHIPPING

golden-era-x (4066)
100% positive · Seller's other items · Contact seller

**US $3.79/ea**

Condition: **Ungraded - Near mint or better**

COUNT: 1 TOPLOADER

Quantity: 1 9 available / 153 sold

Bulk savings:

| Buy 1 | Buy 2 | Buy 3 | 4 or more for |
|---|---|---|---|
| $3.79/ea | $3.60/ea | $3.41/ea | $3.03/ea |

Buy It Now

Add to cart

Add to watchlist

**This one's trending.** 153 have already sold.

Shipping: **Free** Economy Shipping. See details
Located in: Merrillville, Indiana, United States

Delivery: Estimated between **Mon, Jun 3** and **Wed, Jun 5** to 60601

Returns: Seller does not accept returns. If the item you received doesn't match the listing description, your purchase may be eligible for eBay Money Back Guarantee if the return request is made within 3 days from delivery. See details

Payments: PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

## Similar Items

Sponsored    Feedback on our suggestions | See all

BCW 25ct Rigid Car Holders - Free Shipping
New
**$2.99**
Free shipping
Seller with 100% positive feedback

NEW Ultra Pro 3.5 x 5" Toploader Index Photo Postcard Card Holder 25 COUNT 43006
New
**$11.35**
~~$11.95~~ 5% off
Free shipping
**336 sold**

NEW AUCTION
EDDIE MURRAY MINT IN TOPLOADER 1988 O-Pee-Chee Blank Back CARD TEST PROOF
Pre-owned
**$6.95**
0 bids
6d 4h
+ $2.48 shipping
Seller with 99.9% positive feedback

ALMOST GONE
25 BCW 5 x 7 Soft Photo Loose Sleeves Oversized Cards Postcards Free Shipping
Pre-owned
**$3.99**
Free shipping
**100 sold**

About this item | Shipping, returns, and payments    Report this item

Seller assumes all responsibility for this listing.    eBay item number: **334943814273**

Last updated on May 10, 2024 11:44:50 PDT View all revisions

## Item specifics

| | |
|---|---|
| Condition | Ungraded - Near mint or better: Not in original packaging or professionally graded |
| Brand | BCW |
| Card Holder Type | Rigid Card Holder |
| Card Size | Oversized |
| Sport | Baseball, Basketball, Football |
| Type: | Toploader |
| Manufacturer | BCW |
| UPC | 722626962004 |
| SKU | 1-TLCH-5X7 |

Number of Toploaders/Card Holders | 1

## Item description from the seller

**1 BCW 5 x 7 Toploader**

The rigid PVC used in the 5x7 toploader as well as other BCW toploaders contain no plasticizers or stearates. Our high quality PVC does not migrate and will not harm your cards, photos or prints, while offering maximum protection and visual appeal. Use this holder to protect, store and display your 5x7 photographs, prints and documents. 1 loose toploader with an option to add 1 sleeve.

- Holds postcards and photos
- Open on the short side

Exterior Dimensions:

5 3/8 x 7 1/4

Interior Dimensions:

5 1/8 x 7 1/8

A package of 1 toploader (sleeve optional) will come loose (without packaging) and shipped in a standard envelope. Orders of 1 - 3 will be shipped individually. Orders of 4 or more toploaders are shipped First Class USPS with tracking. Orders of 25 or more will come in original packaging of 25 count.

All orders are processed and shipped within 1 business day.

If you have any questions or concerns about an order, contact me anytime.



**golden-era-x**

100% positive feedback
11K items sold

Joined Jan 2021
Usually responds within 24 hours

[ Seller's other items ]
[ Contact ]
[ ♡ Save seller ]

### Detailed seller ratings

Average for the last 12 months

| | | |
|---|---|---|
| Accurate description | | 5.0 |
| Reasonable shipping cost | | 5.0 |
| Shipping speed | | 5.0 |
| Communication | | 5.0 |

### Seller feedback (3,473)

b/***c (91) • Past 6 months — Verified purchase

Great seller, fast shipping and item was exactly as described. Packaging was handled with attention to details that ensured that the item wasn't damaged in shipping.

i/***t (111) • Past 6 months — Verified purchase

Thank you. As described. Shipped quick. Packed well. Great communication. Recommended.

o/***t (13737) • Past 6 months — Verified purchase

Rec'd Supplies As Advertised, Quick Delivery & Packaged Well = 5 Star Seller

[ See all feedback ]

This is a private listing and your identity will not be disclosed to anyone except the seller.

Back to previous page                                                                 Return to top

### Related Searches

[ wearables ]

About eBay   Announcements   Community   Security Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice





# ebay Checkout

How do you like our checkout? Give us feedback

Buy with PayPal. It's fast and simple.

## Pay with

- Add new card
- PayPal
- Special financing available. Apply now. See terms
- Google Pay

| | |
|---|---|
| Item (1) | $3.79 |
| Shipping | Free |
| Tax* | $0.39 |
| **Order total** | **$4.18** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

Confirm and pay

Select a payment method

Purchase protected by **eBay Money Back Guarantee**

## Ship to

Clerk2 Clerk2
161 North Clark St.
Chicago, IL 60601-3206
United States
(312) 375-1573
Change

## Review item and shipping

Seller: golden-era-x | Message to seller

(1) BCW 5 x 7 Toploader Photo Postcard Rigid Oversize Card Holder FREE SHIPPING

COUNT: 1 TOPLOADER

**$3.79**

Quantity
1

**Delivery**
**Free Economy Shipping**
Est. delivery: Jun 3 – Jun 5

## Gift cards, coupons, eBay Bucks

Enter code:

Apply

## Donate to charity (optional)

The Jed Foundation

The Jed Foundation (JED) supports millions of teens and young adults who rely on JED's evidence-based mental health and suicide prevention strategies. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount None

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice

bcw toploaders New thick card stock 197 point lot of 2 packs (20) total | eBay

ebay

| Shop by category | Search for anything | All Categories | Search | Advanced |

Back to home page | Listed in category: Sporting Goods > Sports Trading Cards > Storage & Display Supplies > Card Toploaders & Holders | Share | Add to Watchlist

**bcw toploaders New thick card stock 197 point lot of 2 packs (20) total**

Last item available

Condition: New

Quantity: 1    Last One / 7 sold

Price: US $8.99

**Buy It Now**

**Add to cart**

♡ Add to watchlist

Fast and reliable. Ships from United States.

Shipping: US $3.92 Economy Shipping. See details
Located in: Richmond, Virginia, United States

Delivery: Estimated between Mon, Jul 24 and Wed, Jul 26 to 60601

Returns: Seller does not accept returns. If the item you received doesn't match the listing description, your purchase may be eligible for eBay Money Back Guarantee if the return request is made within 3 days from delivery. See details

Payments: PayPal | GPay | VISA | ● | 📷 | PayPal CREDIT

Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Seller information**
goodonebless#d (237 ★)
100% positive feedback

♡ Save seller
Contact seller
See other items

💲 Have one to sell?  Sell now

**Similar sponsored items**    See all >

Feedback on our suggestions


Trading Card Sleeves Hard Plastic Topload Clear Case Holder 100 Baseball Cards
New
$23.98
Free shipping
Top Rated Plus
1252 sold


4PK NEW SEALED BCW 108 PT THICK TOP LOADERS 10 CT/PACK 40 TOTAL MS
New
$18.99
Free shipping
Seller with a 99.8% positive feedback


BCW 3X4 Thick Card Toploaders 1 Pack of 10 for up to 197pt Cards
New
$5.98
Free shipping
Top Rated Plus
452 sold

(25)PK Toploader 3" x 4" Topload Card Holder for Standard Sized Trading Cards Top Loader
New
$6.98
Free shipping
Top Rated Plus
89 sold


BCW 3X4 Thick Card Toploaders 4 Packs of 10 for up to 197pt Cards, 40 Total
New
$17.00
Free shipping
Top Rated Plus
31 sold

NE
Top
Ca
Ne
$8
Fre
18

**Sponsored items customers also bought**    See all >

Feedback on our suggestions

20 Count Box - BCW 2 Piece Card Stands, Coin, and Currency - Adjustable Display
New
$12.75
Free shipping
Top Rated Plus
432 sold

BCW 3x4 Topload Card Holder - Premium- Thicker Clearer Panels
New
$6.25
Free shipping
Top Rated Plus
27 sold

25 Ultra CBG 2.5mm 100pt Pro Top Loaders Toploaders Topload Thick Jersey Cards
New
$7.68
Free shipping
Direct from Columbia Sports Cards
4068 sold

BCW 3X4 Thick Card Toploaders 1 Pack of 10 for up to 138pt Cards
New
$6.85
Free shipping
Top Rated Plus
602 sold

20 + Large Size Trading Card Stands Most Durable Display Coins Cards Holder US
New
$7.99
$8.88 10% off
Free shipping
Top Rated Plus

Co
Sta
To
Ne
$1
124

| About this item | Shipping, returns & payments |

Report this item

Seller assumes all responsibility for this listing.
Last updated on Mar 23, 2023 06:11:05 PDT View all revisions

eBay item number: 175545171697

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more | Brand | BCW |
| Card Holder Type | Semi-Rigid Holder | Type | Toploader |
| Compatible Card Size | Standard | Color | Clear |
| Material | Plastic | Number of Toploaders/Card Holders | 10 |
| Compatible Card Thickness | 197 Pt. | | |

## Item description from the seller

bcw toploaders New thick card stock 197 point lot of 2 packs of top loaders. 20 total

New Sealed

No Returns

## goodeyeblessed

**100%** Positive Feedback
**427** Items sold

Seller's other items

Contact

Save seller

### Detailed seller ratings

Average for the last 12 months

| | |
|---|---|
| Accurate description | 5.0 |
| Reasonable shipping cost | 4.9 |
| Shipping speed | 5.0 |
| Communication | 5.0 |

### Seller feedback (202)

This item (3) All items (202)

2***o (4233) • Past 6 months

Absolutely perfect! Thanks!

-***u (24) • Past 6 months

Fast shipping. Product as described. Thank you.

7***e (3410) • Past year

A++++++

See all feedback

Back to home page Return to top

More to explore : BCW Sports Trading Card Toploaders & Holders with Features For Extra Thick Cards, BCW Sports Trading Card Toploaders & Holders, BCW Screwdown Holder Sports Trading Card Toploaders & Holders with Features For Extra Thick Cards, BCW Magnetic Holder Sports Trading Card Toploaders & Holders with Features For Extra Thick Cards, BCW Semi-Rigid Holder Sports Trading Card Toploaders & Holders with Features For Extra Thick Cards, BCW Gold Sports Trading Card Toploaders & Holders, BCW Magnetic Holder Sports Trading Card Toploaders & Holders, BCW Semi-Rigid Holder Sports Trading Card Toploaders & Holders, Sports Trading Card Toploaders & Holders with Features For Extra Thick Cards, Ultra PRO Sports Trading Card Toploaders & Holders with Features For Extra Thick Cards

About eBay Announcements Community Security Center Seller Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice



 Checkout

How do you like our checkout? Give us feedback

To add more items, go to cart.

## Pay with

○ Add new card
VISA  Mastercard  AMEX  Discover

○ PayPal

○ PayPal CREDIT
Special financing available.
Apply now. See terms

○ G Pay Google Pay

## Ship to

Clerk2 Clerk2
161 North Clark St.
Chicago, IL 60601-3206
United States
(312) 375-1573
Change

## Review item and shipping

Seller: goodeyeblessed    Message to seller



bcw toploaders New thick card stock 197 point lot of 2 packs (20) total ⚾ 🏀 ⚽ ⚽
$8.99
Quantity 1

**Delivery**
Est. delivery: Jul 24 – Jul 26
USPS Media Mail
$3.92

## Gift cards, coupons, eBay Bucks

Enter code:           Apply

## Donate to charity (optional) ⓘ

Motorsports Charities, Inc.

The NASCAR Foundations improves the lives of children in our NASCAR communities. Helping children survive and thrive. That's our checkered flag! PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount    None ⌄

| | |
|---|---|
| Subtotal (1 item) | $8.99 |
| Shipping | $3.92 |
| Tax* | $1.32 |
| **Order total** | **$14.23** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

🔒 Confirm and pay

Select a payment option

ebay MONEY BACK GUARANTEE
See details



Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ





Hi **Clerk2**! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category | Search for anything | All Categories | Search | Advanced

Back to previous page | Listed in category: Sporting Goods > ... > Sports Trading Cards > Storage & Display Supplies > Card Toploaders & Holders

Share | Add to Watchlist

Hover to zoom

Have one to sell? Sell now

**Trading Card Sleeves Hard Plastic Clear Case Holder 100 Baseball Cards Topload**

★★★★★ 1 product rating

Condition: **New**

Quantity: 1 2 available / **59 sold**

Price: **US $13.29**

Buy It Now

Add to cart

Best Offer:

Make offer

Add to watchlist

**This one's trending.** 59 have already sold.

**Breathe easy.** Returns accepted.

Shipping: **Free** Standard Shipping. See details
Located in: Baton Rouge, Louisiana, United States

Delivery: Estimated between **Tue, Jul 18** and **Fri, Jul 21** to 60601

Returns: 30 days returns. Buyer pays for return shipping. See details

Payments: PayPal, G Pay, VISA, Mastercard, American Express, Discover

PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Seller information**
hannan03 (420 ★)
98.6% positive feedback

Save seller
Contact seller
See other items

## Sponsored items customers also bought

See all >

Feedback on our suggestions

Trading Card Sleeves Hard Plastic Clear Case Holder 100 - Baseball Cards Topload
New
**$16.55**
Free shipping
**42 sold**

Trading Card Sleeves Hard Plastic Topload Clear Case Holder 100 Baseball Cards
New
**$23.98**
Free shipping
Top Rated Plus
**1252 sold**

Trading Card Sleeves Hard Plastic Topload Clear Case Holder 200 Baseball Cards
New
**$32.99**
Free shipping
Top Rated Plus
**47 sold**

100 x Trading Card Sleeves Hard Plastic Clear Case Holder Baseball Cards - 3"x4"
New
**$18.59**
~~$37.18~~ 50% off
Free shipping
**348 sold**

50 Trading Card Sleeves Hard Plastic Toploader Holder Plus 100 Penny Sleeves 100
New
**$17.20**
Free shipping
**32 sold**

100 Ho Sle Ne $1 $17 Fre

About this item | Shipping, returns & payments | Report this item

Seller assumes all responsibility for this listing.
Last updated on Jul 07, 2023 12:39:42 PDT View all revisions

eBay item number: **165990470117**

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more | Manufacturer recommended age | 12 years and up |
| Compatible Card Size | Standard | Number of Pieces | 100 |
| Color | Clear | Material | Plastic |
| MPN | Does Not apply | Product Dimensions | 4 x 3.75 x 3 inches |
| Max Input Sheet Capacity | 100 | Brand | Does not apply |
| Type | Toploader | Features | Extra Clear |
| Country/Region of Manufacture | United States | Number of Toploaders/Card Holders | 100 |
| Compatible Card Thickness | fit basic card | Item Weight | 14.9 ounces |
| UPC | 7445054724749 | | |

## Item description from the seller

### Trading Card Sleeves Hard Plastic Clear Case Holder 100 Baseball Cards Topload

Contains 50 standard toploaders

Contains 100 trading card sleeves

Toploader Exterior Dimensions: 3 x 4 1/16 in

Toploader Interior Dimensions: 2 3/4 x 3 7/8 in

Sleeve Exterior Dimensions: 2 5/8 X 3 5/8 in

**hannan03**
**98.6%** Positive Feedback
**1.7K** Items sold

Visit shop
Contact
Save seller

**Detailed seller ratings**
Average for the last 12 months

Accurate description 4.9

**Seller feedback** (440)

This item (26) All items (440)

Reasonable shipping cost ⎯⎯⎯⎯⎯ 5.0
Shipping speed ⎯⎯⎯⎯⎯ 4.9
Communication ⎯⎯⎯⎯⎯ 4.9

s***o (3483) • Past month
Everything all good

s***o (3483) • Past month
Super fast - item as described at good price

r***i (109) • Past month
TY

See all feedback



### Ratings and Reviews    Learn more

Write a review

**5.0**
★★★★★
1 product rating

★5  ⎯⎯⎯⎯⎯ 1
★4  ⎯⎯⎯⎯⎯ 0
★3  ⎯⎯⎯⎯⎯ 0
★2  ⎯⎯⎯⎯⎯ 0
★1  ⎯⎯⎯⎯⎯ 0

100%
Would recommend

100%
Good value

100%
Good quality

### Most relevant reviews

★★★★★
by la-604475
Apr 28, 2023

**Very good product**
This is a very good product.

👍 (0)   👎 (0)   !

Back to previous page                                                                                              Return to top

More to explore :   Sports Trading Card Toploaders & Holders ,   Magnetic Holder Sports Trading Card Toploaders & Holders ,   Gold Sports Trading Card Toploaders & Holders ,   BCW Sports Trading Card Toploaders & Holders ,
Sports Trading Card Toploaders & Holders for Standard ,   Screwdown Holder Sports Trading Card Toploaders & Holders ,   Ultra PRO Sports Trading Card Toploaders & Holders ,
Semi-Rigid Holder Sports Trading Card Toploaders & Holders ,   BCW Magnetic Holder Sports Trading Card Toploaders & Holders ,   Sports Trading Card Toploaders & Holders with UV Protection

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved.   Accessibility ,   User Agreement ,   Privacy ,   Payments Terms of Use ,   Cookies ,   Your Privacy Choices  and  AdChoice ⓘ

 Checkout

How do you like our checkout? Give us feedback

To add more items, go to cart.

**Pay with**

○ Add new card

○ **PayPal**

○ PayPal CREDIT
Special financing available.
Apply now. See terms

○ G Pay Google Pay

**Ship to**

Clerk2 Clerk2
161 North Clark St.
Chicago, IL 60601-3206
United States
(312) 375-1573
Change

**Review item and shipping**

Seller: hannan03    Message to seller

Trading Card Sleeves Hard Plastic Clear Case Holder 100 Baseball Cards Topload
**$13.29**

Quantity
1

Delivery
Est. delivery: Jul 18 – Jul 21
USPS First Class
Free

**Gift cards, coupons, eBay Bucks**

Enter code:    Apply

**Donate to charity (optional)** ⓘ

ASPCA

Can you spare some change for animals in need? Add a donation to the ASPCA now. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount    None

| | |
|---|---|
| Subtotal (1 item) | $13.29 |
| Shipping | Free |
| Tax* | $1.36 |
| **Order total** | **$14.65** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

🔒 Confirm and pay

Select a payment option

ebay MONEY BACK GUARANTEE
See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ



Trading Card Sleeves Hard Plastic Clear Case Case Holder 100 Baseball Cards Topload

Condition: New

Quantity: 1    2 available / 10 sold

Price: US $16.99

**Buy It Now**

**Add to cart**

♡ Add to watchlist

↩ Breathe easy. Returns accepted.

🚚 Fast and reliable. Ships from United States.

Shipping: Free Standard Shipping. See details
Located in: New York, New York, United States

Delivery: Estimated between Fri, Jul 28 and Wed, Aug 2 to 60601 ⓘ

Returns: 30 days returns. Buyer pays for return shipping. See details

Payments: [PayPal] [G Pay] [VISA] [mastercard] [AMEX] [Discover]

PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay
Mastercard®. Learn more

**Seller information**
honestsmart (5k ⭐)
100% positive feedback

♡ Save seller
Contact seller
See other items

### Similar sponsored items    See all ›    Feedback on our suggestions


Trading Card Sleeves Hard Plastic Clear Case Holder 100 Baseball Cards Topload!!
New
$15.35
Free shipping
Seller with a 100% positive feedback


Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload ✅✅✅
New
$15.99
Free shipping
46 sold


100 Standard Size 3x4 Top Loaders w/ 100 Soft Sleeves Fits Standard Size Cards
New
$3.25
2 bids
+ $9.99 shipping
Top Rated Plus
Seller with a 100% positive feedback


Trading Card Sleeves Hard Plastic Clear Case Holder 100 Baseball Cards
New
$23.98
Free shipping
Top Rated Plus
1255 sold


Trading Card Sleeves Hard Plastic Clear Case Holder 100 Baseball Cards Topload...
New
$18.99
Free shipping
Seller with a 99.6% positive feedback

Tra
Cle
Top
Ne
$1
50

### Sponsored items customers also bought    See all ›    Feedback on our suggestions

Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading ✅✅✅
New
$15.99
Free shipping
46 sold

Trading Card Sleeves Hard Plastic Clear Case Holder 100 - Baseball Cards Topload
New
$17.25
Free shipping
50 sold

Trading Card Sleeves Hard Plastic Topload Clear Case Holder 100 Baseball Cards
New
$23.98
Free shipping
Top Rated Plus
1255 sold

Trading Card Sleeves Hard Plastic Topload Clear Case Holder 200 Baseball Cards
New
$32.99
Free shipping
Top Rated Plus
72 sold

Trading Card Sleeves Hard Plastic Clear Case Holder 25 Baseball Cards Topload
New
$9.99
Free shipping
803 sold

10
Pla
Ca
Ne
$3
Fre
35

About this item    Shipping, returns & payments    Report this item

Seller assumes all responsibility for this listing.
Last updated on Jul 21, 2023 10:25:18 PDT View all revisions

eBay item number: 354877190073

### Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more | Brand | Unbranded |
| Card Holder Type | Semi-Rigid Holder | Type | Topload |
| Compatible Card Size | Standard | Color | Clear |
| Item Height | 4 x 3.75 x 3 inches | Material | Polyvinyl Chloride (PVC), Polypropylene (PP) |
| Item Length | 4 x 3.75 x 3 inches | Number of Toploaders/Card Holders | 50 |
| Country/Region of Manufacture | Unknown | Compatible Card Thickness | 100 Pt. |
| UPC | does not apply | | |

Item description from the seller

**Trading Card Sleeves Hard Plastic Clear Case Holder 100 Baseball Cards Topload**

**Description:**

- Contains 50 standard toploaders
- Contains 100 trading card sleeves
- Toploader Exterior Dimensions: 3 x 4 1/16 in
- Toploader Interior Dimensions: 2 3/4 x 3 7/8 in
- Sleeve Exterior Dimensions: 2 5/8 X 3 5/8 in



honestymart

100% Positive Feedback
49 items sold

Seller's other items

Contact

♡ Save seller

**Detailed seller ratings**
Average for the last 12 months.

| | |
|---|---|
| Accurate description | 4.8 |
| Reasonable shipping cost | 5.0 |
| Shipping speed | 5.0 |
| Communication | 5.0 |

**Seller feedback** (16)

This item (4)    All items (16)

g***c (486) • Past month
Great deal, thank you

a***a (662) • Past month
Excellent transaction and service.

2***9 (30) • Past month
Super fast shipping. As described.

See all feedback

Back to previous page

More to explore :    Sports Trading Card Toploaders & Holders,    Magnetic Holder Sports Trading Card Toploaders & Holders,    Gold Sports Trading Card Toploaders & Holders,    BCW Sports Trading Card Toploaders & Holders,
Sports Trading Card Toploaders & Holders for Standard,    Screwdown Holder Sports Trading Card Toploaders & Holders,    Ultra PRO Sports Trading Card Toploaders & Holders,
Semi-Rigid Holder Sports Trading Card Toploaders & Holders,    BCW Magnetic Holder Sports Trading Card Toploaders & Holders,    Sports Trading Card Toploaders & Holders with UV Protection

Return to top

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices    AdChoice

 **Checkout**

How do you like our checkout? Give us feedback

**Pay with**

○ Add new card
  VISA  mastercard  AMEX  DISCOVER

○ **PayPal**

○ PayPal CREDIT
  Special financing available.
  Apply now. See terms

○ G Pay  Google Pay

**Ship to**

Clerk2 Clerk2
161 North Clark St.
Chicago, IL 60601-3206
United States
(312) 375-1573
Change

**Review item and shipping**

Seller: honestymart | Message to seller

Trading Card Sleeves Hard Plastic Clear Case Holder 100 Baseball Cards Topload
**$16.99**

Quantity
1 ▾

Delivery
Est. delivery: Jul 28 – Aug 2
Standard Shipping
Free

**Gift cards, coupons, eBay Bucks**

Enter code:    Apply

**Donate to charity (optional)** ⓘ

Reflections of Trinity

Help children, seniors and others in crisis with food, clothing and basic needs. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount   None ▾

| Subtotal (1 item) | $16.99 |
| Shipping | Free |
| Tax* | $1.74 |

**Order total** — **$18.73**

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

🔒 **Confirm and pay**

Select a payment option

ebay MONEY BACK GUARANTEE
See details

? 

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ





 Case: 1:24-cv-07259 Document #: 1-4 Filed: 08/14/24 Page 83 of 241 PageID #:274

Hi Clerk2! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

Shop by category | Search for anything | All Categories | Search | Advanced

Back to home page | Listed in category: Sporting Goods > ... > Sports Trading Cards > Storage & Display Supplies > Card Toploaders & Holders

Share | Add to Watchlist

**SAVE UP TO 15% WHEN YOU BUY MORE**

Hover to zoom

Have one to sell? Sell now

## Pick Your Size BCW 3x4 Toploader Card Holders 20 59 79 108 138 168 197 240 360pt

4 sold in last 24 hours

Condition: New

MPN: BCW 3x4 Standard (25)

Bulk savings: Buy 1 $3.25/ea | Buy 2 $3.06/ea | Buy 3 $2.93/ea

4 or more for $2.76/ea

Quantity: 1 More than 10 available / 213 sold

Price: **US $3.25/ea**

Buy It Now

Add to cart

Add to watchlist

**This one's trending.** 213 have already sold.

**Breathe easy.** Returns accepted.

Shipping: US $4.20 Standard Shipping. See details
Located in: North Ridgeville, Ohio, United States

Delivery: Estimated between **Tue, Jul 18** and **Wed, Jul 19** to 60601

Returns: 30 days returns. Buyer pays for return shipping. See details

Payments: PayPal G Pay VISA

PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Seller information**
hookedoncardswholesale (183397)
99.8% positive feedback

Save seller
Contact seller
Visit store
See other items

## Similar sponsored items

See all

Feedback on our suggestions

Pick Your Size BCW 3x4 Topload Sleeve Card Holders 20 59 79 108 168 197 360pt.
New
**$5.10**
Free shipping
**150 sold**

YOU PICK!! BCW Top Loaders Standard 59 79 108 138 168 197 pt Sleeves Team Bags
New
**$1.08**
+ $3.98 shipping
**657 sold**

100 20pt 3x4 Cardboard Gold TopLoaders + 100 Soft Sleeves Standard New Sealed
New
**$9.98**
+ $3.99 shipping
**22 sold**

Ultra Pro 3x4 Regular Top Loaders Rigid Card Holder 25, 50, 100, 200, 500, 1000
New
**$8.99**
Free shipping
Top Rated Plus
**113 sold**

BCW 3X4 Thick Card Toploaders 1 Pack of 10 for up to 138pt Cards
New
**$6.85**
Free shipping
Top Rated Plus
**600 sold**

## Sponsored items customers also bought

See all

Feedback on our suggestions

Pick Your Size BCW 3x4 Topload Sleeve Card Holders 20 59 79 108 168 197 360pt.
New
**$5.10**
Free shipping
**150 sold**

500 Ultra CBG Pro Regular 3x4 Toploaders New top loaders + 5 packs soft sleeves
New
**$49.94**
~~$99.99~~ 50% off
Free shipping
Direct from Columbia Sports Cards

BCW 3X4 Thick Card 138pt Toploaders 1 Pack of 10 top loaders
**$6.19**
Free shipping
Top Rated Plus
**58 sold**

Cardboard Gold 3x4" Toploaders Standard Size (Pokemon, Magic, Yugioh) Pack of 25
New
**$6.20**
Free shipping
Top Rated Plus
**75 sold**

15 Loose 4 X 6 Holders and Sleeves Top Loader Card Holder
**$7.99**
+ $5.00 shipping
Seller with a 99.9% positive feedback

About this item | Shipping, returns & payments | Report this item

Seller assumes all responsibility for this listing.
Last updated on May 02, 2023 16:04:56 PDT View all revisions

eBay item number: **364128675923**

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more | Brand | BCW |
| Type | Toploader | Color | Clear |

## Item description from the seller

YOU PICK YOUR SIZE -
BCW BRAND CARD HOLDERS.

BRAND NEW IN THE PACKAGE.

$4.20 SHIPPING - ADD $.75 EACH ADDITIONAL ITEM.

SHIPPING BY STANDARD USPS OR UPS GROUND SHIPPING.

Doe 65

## Hooked on Cards Online Warehouse

**99.8%** Positive Feedback
**434K** Items sold

Visit store
Contact
Save seller

### Detailed seller ratings

Average for the last 12 months

| | |
|---|---|
| Accurate description | 5.0 |
| Reasonable shipping cost | 5.0 |
| Shipping speed | 5.0 |
| Communication | 5.0 |

### Popular categories from this store

See all

Autographed Memorabilia
MLB Fan Merchandise
NBA Fan Merchandise
NCAA Fan Merchandise
NFL Fan Merchandise
NHL Fan Merchandise
Riddell Helmets
Sporting Goods
Sports Figures

### Seller feedback (206,166)

This item (33) All items (206,166)

_***m (367) • Past month
New top loaders, fast delivery, good price. Thank you.

_***m (367) • Past month
New top loaders, fast delivery, good price. Thank you.

2***2 (518) • Past month
Excellent seller and fast shipment! A+++

See all feedback

Back to home page Return to top

More to explore : BCW Sports Trading Card Toploaders & Holders, BCW Magnetic Holder Sports Trading Card Toploaders & Holders, BCW Sports Trading Card Toploaders & Holders for Tall, BCW Gold Sports Trading Card Toploaders & Holders, BCW Screwdown Holder Sports Trading Card Toploaders & Holders, Sports Trading Card Toploaders & Holders, Magnetic Holder Sports Trading Card Toploaders & Holders, Gold Sports Trading Card Toploaders & Holders, Sports Trading Card Toploaders & Holders for Standard, Semi-Rigid Holder Sports Trading Card Toploaders & Holders

About eBay Announcements Community Security Center Seller Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

**Checkout**

How do you like our checkout? Give us feedback

**Pay with**

○ Add new card


○ **PayPal**

○ PayPal CREDIT
Special financing available.
Apply now. See terms

○ G Pay Google Pay

**Ship to**

Clerk2 Clerk2
161 North Clark St.
Chicago, IL 60601-3206
United States
(312) 375-1573
Change

**Review item and shipping**

Seller: hookedoncar... Message to seller

Pick Your Size BCW 3x4 Toploader Card Holders 20 59 79 108 138 168 197 240 360pt
MPN: BCW 3x4 Standard (25)
**$3.25**

Quantity
1

**Delivery**
Est. delivery: Jul 18 – Jul 19
Standard Shipping
$4.20

**Gift cards, coupons, eBay Bucks**

Enter code:     Apply

**Donate to charity (optional)** ⓘ

ASPCA

Can you spare some change for animals in need? Add a donation to the ASPCA now. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount     None

| Subtotal (1 item) | $3.25 |
|---|---|
| Shipping | $4.20 |
| Tax* | $0.76 |
| **Order total** | **$8.21** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

🔒 Confirm and pay

Select a payment option

ebay MONEY BACK GUARANTEE
See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice



⚠ This item is out of stock.

✅ Trading Card Sleeves Hard Plastic Clear Case Holder 100 Baseball Cards Topload✅

★★★★★ | 1 product rating

**Seller information**
pku_electron (766 ⭐)
99.6% positive feedback

Save seller
Contact seller
Visit store
See other items

| Condition: | New |
| Quantity: | 1    Out of Stock / 16 sold |
| Price: | US $15.99 |

♡ Add to watchlist

Shipping:   Free Expedited Shipping. See details
Located in: Mahwah, New Jersey, United States

Delivery:   Estimated between Thu, Jul 20 and Sat, Jul 22 to 60601 ⓘ

Returns:    30 days returns. Buyer pays for return shipping. See details

Payments:   PayPal  PayPal CREDIT  VISA  🔲  🔲  🔲

Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

🏷 Have one to sell?  Sell now

## Similar sponsored items    See all ›

Feedback on our suggestions

    

Trading Card Sleeves Hard Plastic Clear Case Holder 100 - Baseball Cards Topload
New
$16.55
Free shipping
44 sold

25-100 Hard Plastic Card Sleeves Trading Card Holder Sleeves Protector Baseball
New
$8.99
Free shipping
Seller with a 100% positive feedback

100 Standard Size 3x4 Top Loaders w/ 100 Soft Sleeves Fits Standard Size Cards
New
$2.25
4 bids
· $9.99 shipping
🏷 Top Rated Plus
Seller with a 100% positive feedback

Soft Hard Game Card Sleeves Holders Top loaders 3"x4" for Pokemon Soul/Silver NDS
New
$11.99
Free shipping
46 sold

Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading✅✅✅
New
$15.99
Free shipping
45 sold

## Sponsored items customers also bought    See all ›

Feedback on our suggestions

   

100 x Trading Card Sleeves Hard Plastic Clear Case Holder Baseball Cards - 3"x4"
New
$18.59
$37.18 50% off
Free shipping
348 sold

Trading Card Sleeves Hard Plastic Clear Case Holder 100 Baseball Cards Topload
New
$15.38
Free shipping
98 sold

Trading Card Sleeves Hard Plastic Clear Case Holder 100 - Baseball Cards Topload
New
$16.55
Free shipping
44 sold

Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading✅✅✅
New
$15.99
Free shipping
45 sold

100 Ultra Pro Regular 3 x 4 Toploaders New top loaders + 100 soft sleeves
New
$17.95
$17.99 0% off
Free shipping
🔵 Direct from Columbia Sports Cards

About this item      Shipping, returns & payments

Report this item

Seller assumes all responsibility for this listing.
Last updated on Jul 14, 2023 13:53:36 PDT  View all revisions

eBay item number: 234946048035

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more | Features | Extra Clear |
| Compatible Card Size | Standard | Number of Pieces | 100 |
| Max Input Sheet Capacity | 100 | Country/Region of Manufacture | United States |
| Material | Plastic | Product Dimensions | 4 x 3.75 x 3 inches |
| Compatible Card Thickness | fit basic card | Item Weight | 14.9 ounces |
| Number of Toploaders/Cards Holders | 100 | Brand | Does not apply |
| Color | Clear | Manufacturer recommended age | 12 years and up |
| Type | Toploader | UPC | 7445054724749 |

## Item description from the seller

About this item
Contains 50 standard toploaders
Contains 100 trading card sleeves
Toploader Exterior Dimensions: 3 x 4 1/16 in
Toploader Interior Dimensions: 2 3/4 x 3 7/8 in
Sleeve Exterior Dimensions: 2 5/8 X 3 5/8 in

BCW Standard 3x4 toploaders are made of high-quality, rigid PVC. These toploading holders are some of the most popular rigid individual card holders in the collectible card industry. Use this product to protect, store or display collectible baseball cards, football cards, hockey cards, or other trading cards like Magic The Gathering, Pokemon, YuGiOh, and others.
BCW Card Sleeves (often called 'penny sleeves') are an acid free, archival quality product made of crystal clear polypropylene. Use this protective holder to protect, store and display your collectible trading cards.

Case: 1:24-cv-07259 Document #: 1-4 Filed: 08/14/24 Page 87 of 241 PageID #:278



## Detailed seller ratings
Average for the last 12 months

| | | |
|---|---|---|
| Accurate description | | 4.9 |
| Reasonable shipping cost | | 5.0 |
| Shipping speed | | 5.0 |
| Communication | | 4.8 |

### Popular categories from this store    See all

Collectibles   Health & Beauty   Business & Industrial

Home & Garden   Sports Mem, Cards & Fan Shop   eBay Motors

Sporting Goods

### Seller feedback (189)

This item (9)    All items (189)

a***i (30) • Past month
Excellent buyer experience. Thanks for the quick shipping.

c***i (36) • Past month
Thank you so much it was great

j***o (556) • Past 6 months
Definitely will be doing business again... A+

See all feedback

## Most popular sponsored items    See all ⟩

Feedback on our suggestions






| 100 x Trading Card Sleeves Hard Plastic Clear Case Holder Baseball Cards - 3"x4" | Trading Card Sleeves Hard Plastic Clear Case Holder 100 Baseball Cards Topload | Trading Card Sleeves Hard Plastic Clear Case Holder 100 - Baseball Cards Topload | Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading | 100 Ultra Pro Regular 3 x 4 Toploaders New top loaders + 100 soft sleeves | |
|---|---|---|---|---|---|
| New | New | New | New | New | |
| $18.59 | $15.38 | $16.55 | $15.99 | $17.95 | $2 |
| $3718 50% off | Free shipping | Free shipping | Free shipping | $1799 0% off | Top |
| Free shipping | 98 sold | 44 sold | 45 sold | Free shipping | Bar |
| 348 sold | | | | ⬥ Direct from Columbia Sports Cards | 12 |

## Ratings and Reviews    Learn more

Write a review

**5.0**
★★★★★
1 product rating

| | | |
|---|---|---|
| ★ 5 | ▬▬▬▬ | 1 |
| ★ 4 | | 0 |
| ★ 3 | | 0 |
| ★ 2 | | 0 |
| ★ 1 | | 0 |

⭕ 100% Would recommend
⭕ 100% Good value
⭕ 100% Good quality

### Most relevant reviews

★★★★★
by la.b0747S
Apr 28, 2023

**Very good product**
This is a very good product.

## Influenced by recent sponsored views







| Trading Card Sleeves Hard Plastic Clear Case Holder 100 - Baseball Cards Topload | Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading | Trading Card Sleeves Hard Plastic Clear Case Holder 100 - Baseball Cards Topload | Ultra Pro 35pt 3X4 Clear Regular Toploader 25ct Trading Cards NBA NFL TCG CCG | BCW 3X4 Toploaders Regular 35pt Point 4 Packs of 25, 100 Total | |
|---|---|---|---|---|---|
| New | New | New | New | New | |
| $16.55 | $15.99 | $23.98 | $6.98 | $16.94 | $3 |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Top |
| 44 sold | 45 sold | ✪ Top Rated Plus | ✪ Top Rated Plus | ✪ Top Rated Plus | Bar |
| | | 1252 sold | 207 sold | 401 sold | 28 |

## Related sponsored items







| Trading Card Sleeves Hard Plastic Clear Case Holder 100 - Baseball Cards Topload | Trading Card Sleeves Hard Plastic Clear Case Holder 100 Baseball Cards Topload... | Trading Card Sleeves Hard Plastic Clear Case Holder 100 Baseball Cards Topload | Trading Card Sleeves Hard Plastic Topload Clear Case Holder 200 Baseball Cards | BCW Shoe Storage Box (1,600 CT) Holds over 300 3x4 topload Sports/Trading Cards | |
|---|---|---|---|---|---|
| New | New | New | New | New | |
| $16.55 | $17.99 | $15.38 | $32.99 | $11.35 | |

Free shipping
44 sold

Free shipping
Seller with a 99.5% positive feedback

Free shipping
98 sold

Free shipping
Top Rated Plus
53 sold

Free shipping
1631 sold

Fre

30

## People who viewed this item also viewed

    

Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading
New
$15.99
Free shipping
45 sold

Trading Card Sleeves Hard Plastic Clear Case Holder 100 Baseball Cards Topload
New
$15.38
Free shipping
98 sold

Trading Card Sleeves Hard Plastic Clear Case Holder 10 Baseball Cards Topload
New
$14.00
Free shipping

Hard Plastic Card Holder 25 Sleeves for Sports Cards Topload Display Supplies
New
$8.52
Free shipping
47 sold

Trading Card Sleeves Hard Plastic Clear Case Holder 100 - Baseball Cards Topload
New
$16.55
Free shipping
44 sold

Tr
To
Ba
Ne
$3

53

## Find more sponsored items

Feedback on our suggestions

   

Trading Card Sleeves Hard Plastic Clear Case Holder 100 - Baseball Cards Topload
New
$16.55
Free shipping
44 sold

Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading
New
$15.99
Free shipping
45 sold

Trading Card Sleeves Hard Plastic Topload Clear Case Holder 200 Baseball Cards
New
$32.99
Free shipping
Top Rated Plus
53 sold

Trading Card Sleeves Hard Plastic Clear Case Holder 100 Baseball Cards Topload
New
$15.38
Free shipping
98 sold

   

Trading Card Sleeves Hard Plastic Topload Clear Case Holder 100 Baseball Cards.
New
$23.98
Free shipping
Top Rated Plus
1252 sold

25-100 Hard Plastic Card Sleeves Trading Card Holder Sleeves Protector Baseball
New
$8.99
Free shipping
Seller with a 100% positive feedback

50 Trading Card Sleeves Hard Plastic Toploader Holder Plus 100 Penny Sleeves 100
New
$17.20
Free shipping
32 sold

Hard Plastic Card Protectors Sleeves Top Loaders For Baseball Trading Game Card
New
$9.99
Free shipping
Seller with a 100% positive feedback

   

200 Trading Card Sleeves Hard Plastic Toploader Holder Plus 200 Penny Sleeves
New
$16.31
Free shipping
29 sold

100 Ultra Pro Regular 3 x 4 Toploaders New top loaders + 100 soft sleeves
New
$17.95
$19.95 0% off
Free shipping
Direct from Columbia Sports Cards

Trading Card Sleeves Hard Plastic Clear Case Holder 100 Baseball Cards Topload
New
$14.99
Free shipping
Seller with a 100% positive feedback

Soft Hard Game Card Sleeves Holders Top loaders 3"x4" for Pokemon SoulSilver NDS
New
$11.99
Free shipping
46 sold

   

Trading Card Sleeves Hard Plastic Clear Case Holder Baseball Cards Topload
New
$15.40
Free shipping
Seller with a 99.3% positive feedback

Platinum Protectors Top Loaders Premium Seamless Hard Sleeves for Trading Cards
New
$8.99
Free shipping
Top Rated Plus
47 sold

100 STANDARD 3x4 BCW TOPLOADER CARD HOLDER - 100 CT PACK - BRAND NEW & SEALED
New
$16.43
Free shipping
537 sold

100 Pro Safe Regular 3x4 Toploaders + 100 soft sleeves New Top loaders STANDARD
New
$15.95
Free shipping
308 sold

  

Trading Card Sleeves Hard Plastic Clear Case Holder 50 Baseball Cards Topload

100 TOPLOAD CARD HOLDER, CLEAR, FOR TRADING CARDS, 12M 3 X 4 RIGID PLASTIC

Trading Card Sleeves Hard Plastic Clear Case Holder 100 Baseball Cards Topload

Pack /25 BCW Hard Plastic Baseball Trading Card Topload Holders 12 mil protector

New
$14.99
Free shipping
1929 sold

New
$21.95
Free shipping
Seller with a 99.9% positive feedback

New
$21.68
Free shipping
Last one

New
$8.49
Top Rated Plus
6990 sold



TOPLOAD TRADING CARD SLEEVES Hard Plastic Clear Case Holder 100 Baseball Cards

New
$17.59
Free shipping
Last one



500 Counts Card Sleeves Toploaders for Trading Card Soft Baseball/Penny

New
$19.89
Free shipping
Seller with a 100% positive feedback



BCW 3x4 Topload Card Holder, Standard, 100 Count Pack

New
$18.92
Free shipping
Seller with a 99.5% positive feedback

Trading Card Sleeves Hard Plastic Clear Case Holder Baseball Cards Topload

New
$15.40
Free shipping
Seller with a 99.3% positive feedback



Trading Card Sleeves Hard Plastic Clear Case Holder 25 Baseball Cards Top load

New
$8.49
Free shipping
4170 sold

Back to home page

Return to top

More to explore : Sports Trading Card Toploaders & Holders, Magnetic Holder Sports Trading Card Toploaders & Holders, Gold Sports Trading Card Toploaders & Holders, BCW Sports Trading Card Toploaders & Holders, Sports Trading Card Toploaders & Holders for Standard, Black Sports Trading Card Toploaders & Holders, Sports Trading Card Toploaders & Holders for Tall, Ultra PRO Sports Trading Card Toploaders & Holders, 5cm Rigid Holder Sports Trading Card Toploaders & Holders, Sports Trading Card Toploaders & Holders with UV Protection

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice





Hi Clerk2! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category Search for anything All Categories Search Advanced

Back to previous page | Listed in category: Sporting Goods > ... > Sports Trading Cards > Storage & Display Supplies > Card Toploaders & Holders

Share | Add to Watchlist

**SAVE UP TO 10% WHEN YOU BUY MORE**

Have one to sell? Sell now

## 4PK NEW SEALED BCW 108 PT THICK TOP LOADERS 10 CT/PACK 40 TOTAL MS

Condition: New

Bulk savings: Buy 1 $18.99/ea | Buy 2 $18.04/ea

3 or more for $17.09/ea

Quantity: 1 8 available / 14 sold

Price: **US $18.99/ea**

Buy It Now

Add to cart

Add to watchlist

**Breathe easy.** Free shipping and returns.

**Fast and reliable.** Ships from United States.

Shipping: **Free** Expedited Shipping. See details
Located in: Mechanicsburg, Pennsylvania, United States

Delivery: Estimated between **Mon, Jul 24** and **Wed, Jul 26** to 60601

Returns: 30 days returns. Seller pays for return shipping. See details

Payments: PayPal G Pay VISA Mastercard AmEx Discover

PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Shop with confidence

Top Rated Plus
Trusted seller, fast shipping, and easy returns.
Learn more

**Seller information**
ironman8cards (9658 )
99.8% positive feedback

Save seller
Contact seller
Visit store
See other items

## Similar sponsored items

See all

Feedback on our suggestions

(25) 1 Pack of BCW 8x10 Picture Photo Clear Hard Plastic Top Loaders Toploaders
New
**$28.95**
Free shipping
Top Rated Plus
**151 sold**

NEW 10ct Pack 3x4 BCW 138pt Toploaders Holders For Thick Patch Cards - 1 PACK
**$8.89**
Free shipping
**189 sold**

NICE LOT OF CASES, TOP LOADERS, PLASTIC SLEEVES AND MORE. LOOK
Pre-owned
**$5.00**
2 bids
+ $5.50 shipping
Seller with a 99.2% positive feedback

BCW 3X4 Thick Card Toploaders 4 Packs of 10 for up to 197pt Cards, 40 Total
New
**$17.00**
Free shipping
Top Rated Plus
**31 sold**

1 PK NEW SEALED 168 PT 4.25 MM BCW THICK TOP LOADERS 10 CT/PACK 10 TOTAL TI MS
New
**$8.49**
Free shipping
Top Rated Plus
**22 sold**

BC of 1 Ne $6 Fre 25

## Sponsored items customers also bought

See all

Feedback on our suggestions

(25) 1 Pack of BCW 8x10 Picture Photo Clear Hard Plastic Top Loaders Toploaders
New
**$28.95**
Free shipping
Top Rated Plus
**151 sold**

200 Regular Card 3 x 4 Toploaders New top loaders + 200 Ultra Pro Soft Sleeves
New
**$27.89**
~~$99.99~~ 72% off
Free shipping
Direct from Columbia Sports Cards

25 Ultra CBG 2.5mm 100pt Pro Top Loaders Toploaders Topload Thick Jersey Cards
New
**$7.68**
Free shipping
Direct from Columbia Sports Cards
**4068 sold**

BCW 3X4 Thick Card Toploaders 1 Pack of 10 for up to 138pt Cards
New
**$6.85**
Free shipping
Top Rated Plus
**602 sold**

(1000) BCW 3x4 Regular Trading Card Toploaders Top Loaders Case *IN STOCK*
New
**$84.93**
Free shipping
**905 sold**

BC Pre Ne $6 Fre 27

About this item | Shipping, returns & payments

Report this item

Seller assumes all responsibility for this listing.
Last updated on Jun 14, 2023 04:15:35 PDT View all revisions

eBay item number: **325570669757**

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more | Card Holder Type | Semi-Rigid Holder |
| Brand | BCW | Type | Toploader |
| Compatible Card Size | Standard | Color | Clear |
| Autograph Authentication | Beckett Authentication Services (BAS) | Material | Rigid PVC |
| Number of Toploaders/Card Holders | 40 | Compatible Card Thickness | 108 Pt. |

Doe 67

    

### Item description from the seller

- ***YOU ARE VIEWING/PURCHASING THE CARD IN THE TITLE AND PICTURES***
- ***SHIPPING TO USA ADDRESSES IS FREE***
- ***NOW OFFERING WORLDWIDE SHIPPING!! CHECK YOUR LOCATION FOR SHIPPING RATES***
- ***SHIPPING IS USPS /FIRST CLASS/ OR FIRST CLASS INTERNATIONAL WITH DELIVERY TRACKING BUBBLE MAILER. ALL CARDS ARE SECURELY PACKAGED.***
- ***WE TYPICALLY SHIP NEXT BUSINESS DAY AFTER PAYMENT IS RECEIVED***
- *****PAY PAL ONLY --DUE WITHIN 5 DAYS***
- ***++OVER 9300 POSITIVE FEEDBACK SO BUY WITH CONFIDENCE,***
- ***WE STRIVE FOR 5 SO ANY QUESTIONS FEEL FREE TO ASK!***

## ironman8cards

**99.8%** Positive Feedback
**27K** Items sold

Visit store
Contact
Save seller

### Detailed seller ratings

Average for the last 12 months

| | |
|---|---|
| Accurate description | 5.0 |
| Reasonable shipping cost | 4.9 |
| Shipping speed | 5.0 |
| Communication | 5.0 |

### Popular categories from this store

See all

BASKETBALL FOOTBALL BASEBALL HOCKEY RACING
OTHER SPORT CARD PROTECTION TV& MOVIES SOCCER

### Seller feedback (13,810)

This item (8) All items (13,810)

9***i (553) • Past month
Satisfied customer

a***n (22) • Past 6 months
Yes, and great communication from the seller because they had to send 2 separate packages. Great seller!!!

a***n (22) • Past 6 months
Communicated really well about shipping. Product was exactly as described. Looking forward to next purchase from this s eller

See all feedback

Back to previous page Return to top

More to explore : BCW Extra Thick Sports Trading Card Card Sleeves, BCW Extra Thick Sports Trading Card Sleeves & Bags, BCW Sports Trading Card Toploaders & Holders with Features For Extra Thick Cards, BCW Sports Trading Card Card Holders with Features For Extra Thick Cards, BCW Screwdown Holder Sports Trading Card Toploaders & Holders with Features For Extra Thick Cards, BCW Sports Trading Card Toploaders & Holders, BCW Sports Trading Card Storage Boxes, BCW Sports Trading Card Sleeves & Bags, Sealed Sports Trading Card Packs, BCW Sports Trading Card Storage & Display Supplies

About eBay Announcements Community Security Center Seller Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice



 **Checkout**

How do you like our checkout? Give us feedback

**Pay with**

○ Add new card
VISA  mastercard  AMEX  DISCOVER

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

○ G Pay Google Pay

**Ship to**

Clerk2 Clerk2
161 North Clark St.
Chicago, IL 60601-3206
United States
(312) 375-1573
Change

**Review item and shipping**

Seller: ironman8cards    Message to seller

4PK NEW SEALED BCW 108 PT THICK TOP LOADERS 10 CT/PACK 40 TOTAL MS
**$18.99**

Quantity
1

**Delivery**
Est. delivery: Jul 24 – Jul 26
Expedited Shipping
Free

**Gift cards, coupons, eBay Bucks**

Enter code:    Apply

**Donate to charity (optional)** ⓘ

Motorsports Charities, Inc.

The NASCAR Foundations improves the lives of children in our NASCAR communities. Helping children survive and thrive. That's our checkered flag! PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount    None

| Subtotal (1 item) | $18.99 |
|---|---|
| Shipping | Free |
| Tax* | $1.95 |

| **Order total** | **$20.94** |
|---|---|

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

🔒 **Confirm and pay**

**Select a payment option**

ebay MONEY BACK GUARANTEE
See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

Doe 67



**BUY 1, GET 1 AT 10% OFF (add 2 to cart)** See all eligible items and terms

Have one to sell? Sell now

## 25 Quality BCW Toploader 3x4 Standard Trading Card WHITE Border Holder Rigid PVC

I.T BankNotes (32707)
99.9% positive · Seller's other items · Contact seller

**US $12.70**

Condition: **New**

Quantity: 1 2 available / 2 sold

Buy It Now

Add to cart

Add to watchlist

**Breathe easy.** Free shipping and returns.

Shipping: **Free** Standard Shipping. See details
Located in: Chantilly, Virginia, United States

Delivery: Estimated between **Thu, Feb 15** and **Sat, Feb 17** to 60601

Returns: 30 days returns. Seller pays for return shipping. See details

Payments: PayPal, G Pay, VISA, Mastercard, AMEX, Discover
PayPal CREDIT
Special financing available. See terms and apply now
Earn up to 5x points when you use your eBay Mastercard®. Learn more

### Shop with confidence

Top Rated Plus
Trusted seller, fast shipping, and easy returns. Learn more

About this item | Shipping, returns, and payments | Report this item

Seller assumes all responsibility for this listing.

eBay item number: **275715460764**

Last updated on Jan 31, 2024 06:36:15 PST View all revisions

## Item specifics

| | |
|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more |
| Card Holder Type | n/a |
| Autographed | No |
| Compatible Card Size | Standard |
| Custom Bundle | No |
| MOdel | 1-TLCH-WH |
| Inscribed | No |
| Country/Region of Manufacture | China |
| UPC | 0722626902444 |
| Brand | BCW |
| Type | Rigid |
| MPN | 1TLCHWH |
| Features | Open on the short side, Protects with Crystal Clear Clarity, Holds a standard sized trading card |

## About this product

### Product Identifiers

| | |
|---|---|
| Brand | BCW |
| MPN | 1TLCHWH |
| UPC | 0722626902444 |
| eBay Product ID (ePID) | 1603455630 |

### Product Key Features

| | |
|---|---|
| Features | Open on the short side, Protects with Crystal Clear Clarity, Holds a standard sized trading card |
| Type | Rigid |

**Additional Product Features**

| | |
|---|---|
| Size | Standard |
| Border Color | White |
| Year | 2020 |

Item description from the seller



## 25 Quality BCW Toploader 3x4 Standard Trading Card WHITE Border Holder Rigid PVC

**SAVE**    ADD 2 ITEMS TO CART AND SAVE 10% OFF    **- 10%**

### 25 BCW WHITE BORDER 3x4 TOPLOADERS

BCW 3x4 black toploaders are made of high-quality, rigid PVC. These toploading holders are some of the most popular rigid individual card holders in the collectible card industry. Use this product to protect, store or display collectible baseball cards, football cards, hockey cards, or other trading cards like Magic The Gathering, Pokemon, YuGiOh, and others.
25 Holders per Pack.

- Holds a standard sized trading card
- Open on the short side
- Colored white border

Exterior Dimensions: 3 x 4 1/16
Interior Dimensions: 2 3/4 x 3 7/8

Rocket Fast Shipping..WOW!, AlwaysTop Quality Merchandise..Thank You!

VIEW FEEDBACK





# ebay Money Back Guarantee

SAVE ADD 2 ITEMS TO CART AND SAVE 10% OFF - 10%

Welcome to I.T. Banknote! Your store for a huge variety of world currency and collector supplies. From coin tubes to fancy stamp albums. More than 5000 items available. Feel free to contact me via ebay message.

IBNS MEMBER

11979

I.T.BANKNOTES

See our other items

Payment Shipping Returns Feedback

We accept different kinds of payment methods. Choose at your convenience.
-Credit Cards or Debit Cards
- Paypal / Paypal Credit
- Apple Pay / Google Pay
Send us a message for payment concerns.
Your order will be processed as soon as cleared payment is received

## I.T BankNotes

**99.9%** Positive Feedback
**80K** items sold

Visit store
Contact
Save seller

Joined Jan 2015

### Detailed seller ratings

Average for the last 12 months

| | |
|---|---|
| Accurate description | 5.0 |
| Reasonable shipping cost | 5.0 |
| Shipping speed | 5.0 |
| Communication | 5.0 |

### Popular categories from this store

See all

World Banknotes · World Coins · Magnifiers and Loupes · Amazing Collectors Supplies · Books & Catalogs · Coin Cleaning · Albums Binders Folders · Cases & Boxs · Stamps

Case: 1:24-cv-07259 Document #: 1-4 Filed: 08/14/24 Page 97 of 241 PageID #:288

## Seller feedback (36,757)

This item (1)    All items (36,757)

➕ r***b (1755) • Past month

Great seller-excellent packaging-smooth and quick transaction - arrived as described

[See all feedback]

---

🏷️ **BUY 1, GET 1 AT 10% OFF** (add 2 to cart)* ⓘ    See all eligible items →

NOV Sale ON 10% Off ANY 2nd Item! STORE WIDE WOW!

Discount will be applied when you add promotional items from it.banknotes to your cart

All promotional offers from it.banknotes


**25 Quality BCW Toploader 3x4 Standard Trading Card RED Border Holder Rigid PVC**
US $12.70


**25 Quality BCW Toploader 3x4 Standard Trading Card Blue Border Holder Rigid PVC**
US $12.70


**25 Quality BCW Toploader 3x4 Standard Trading Card Black Border Holder Rigid PVC**
US $12.70


**25 Quality BCW Toploader 3x4 Standard Trading Card Green Border Holder Rigid PVC**
US $12.70


**BCW Quality Vertical Acrylic Stand Holder For Standard Trading Cards Display NEW**
US $14.90

➕
See all

You can change quantities in your cart.

---

## Product ratings and reviews

Learn more

Write a review

**5.0**
★★★★★
1 product ratings

★ 5 ▬▬▬▬▬▬ 1
★ 4 ▬▬▬▬▬▬ 0
★ 3 ▬▬▬▬▬▬ 0
★ 2 ▬▬▬▬▬▬ 0
★ 1 ▬▬▬▬▬▬ 0


**100%**
Would recommend


**100%**
Good value


**100%**
Good quality

We have ratings, but no written reviews for this, yet. Be the first to write the review

[Back to home page]  |  See More Details about "BCW ITLCHWH Top Load Card Holder"    Return to top

More to explore :    BCW Semi-Rigid Holder Sports Trading Card Toploaders & Holders for Standard,   BCW Semi-Rigid Holder Sports Trading Card Toploaders & Holders,   BCW Sports Trading Card Toploaders & Holders for Standard,
BCW White Sports Trading Card Toploaders & Holders,   BCW Sports Trading Card Toploaders & Holders,   BCW Magnetic Holder Sports Trading Card Toploaders & Holders,   Semi-Rigid Holder Sports Trading Card Toploaders & Holders,
Sports Trading Card Toploaders & Holders for Standard,   Ultra PRO Semi-Rigid Holder Sports Trading Card Toploaders & Holders for Standard,   Ultra PRO Semi-Rigid Holder Sports Trading Card Toploaders & Holders

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices 🇨🇦ⓘ and AdChoice ⓘ

 # Checkout

How do you like our checkout? Give us feedback

PayPal Buy with PayPal. It's fast and simple.

**Pay with**

Add new card

PayPal

Special financing available.
Apply now. See terms

**Ship to**

Clerk2 Clerk2
161 North Clark St.
Chicago, IL 60601-3206
United States
(312) 375-1573
Change

**Review item and shipping**

Seller: it.banknotes | Message to seller

25 Quality BCW Toploader 3x4 Standard Trading Card WHITE Border Holder Rigid PVC

**$12.70**

Quantity
1

Free returns

**Delivery**
**Free Standard Shipping**
Est. delivery: Feb 15 – Feb 17

**Gift cards, coupons, eBay Bucks**

Enter code:

Apply

**Donate to charity (optional)**

Save a Child's Heart Foundation

Give $1 to help provide lifesaving heart surgery for children in need. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount None

| | |
|---|---|
| Item (1) | $12.70 |
| Shipping | Free |
| Tax* | $1.30 |
| **Order total** | **$14.00** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

Confirm and pay

Select a payment method

ebay MONEY BACK GUARANTEE
See details





Hi Clerk2! ˅   Daily Deals   Brand Outlet   Gift Cards   Help & Contact                    Sell   Watchlist ˅   My eBay ˅   🔔 2   🛒

ebay      Shop by category ˅       [Search for anything]      All Categories ˅      Search

< Back to home page · Collectibles & Art · ⋯ · Sports Trading Cards · Storage & Display Supplies · Card Toploaders & Holders                    Share    Add to Watchlist

🔥 SAVE UP TO **15%** WHEN YOU BUY MORE



Have one to sell? Sell now

### NEW (200) BCW TALL CARD SLEEVES 2-5/8"X4-13/16" 2 PACKS GAME DAY WIDEVISION



**JABAuthentics Collectibles Gifts** (2182)
100% positive · Seller's other items · Contact seller

**US $6.99/ea**
or Best Offer

Condition:  New

Quantity:  [ 1 ]   4 available / 1 sold

Bulk savings:

| Buy 1 | Buy 2 | Buy 3 | 4 or more for |
|-------|-------|-------|---------------|
| $6.99/ea | $6.64/ea | $6.29/ea | $5.94/ea |

**Buy It Now**

**Add to cart**

**Make offer**

♡ Add to watchlist

Shipping:   US $5.96 Standard Shipping. See details
            Located in: Maryville, Tennessee, United States

Delivery:   Estimated between **Fri, Feb 16** and **Tue, Feb 20** to 60601 ⓘ

Returns:    Seller does not accept returns. If the item you received doesn't match the listing description, your purchase may be eligible for eBay Money Back Guarantee if the return request is made within 3 days from delivery. See details

Payments:   
            **PayPal CREDIT**
            Special financing available. See terms and apply now

            Earn up to 5x points when you use your eBay Mastercard®. Learn more

---

About this item | Shipping, returns, and payments                    Report this item

Seller assumes all responsibility for this listing.                    eBay item number: 335015711668

## Item specifics

| | |
|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more |
| Brand | BCW |
| Type | Toploader |
| Compatible Card Size | Tall |
| Color | Clear |
| UPC | 722626902888 |

## Item description from the seller

THIS ITEM IS FROM A SMOKE FREE ENVIRONMENT!

You're bidding on the item listed in the title.

See pictures for more details on the item.

If you have questions regarding the condition please inquire as the blemish is more than likely an issue with the picture and not the item.

We always allow combined shipping on multiple items purchased so please ask if you have any questions. We try to send combined invoices but in the event you pay beforehand and get charged we will refund you the overage.

(International rates vary - please inquire with questions)

Thank you and please check out all our other auctions.

Send us a message if there's anything we can do for you or if you have any questions. Thank you for shopping with us!

This item is in hand and ready to be shipped to you today! Thank you for your business and please check out all our other auctions. New auctions are listed daily, nightly and/or weekly, so check back often. Don't forget, combined S&H is available for all items purchased in any combination; just wait for us to send you a combined invoice to save you more money. Thanks again!



### JABAuthentics Collectibles Gifts

**100%** Positive Feedback
**3.6K** items sold

Joined Feb 2001

[ Visit store ]
[ Contact ]
[ ♡ Save seller ]

### Detailed seller ratings
Average for the last 12 months

| | |
|---|---|
| Accurate description | 5.0 |
| Reasonable shipping cost | 4.8 |
| Shipping speed | 5.0 |
| Communication | 5.0 |

### Popular categories from this store                     *See all*

[ Clothing ]  [ Collectibles, Apparel & Toys ]  [ Comics ]  [ Electronics ]  [ Home & Garden ]  [ Movies ]  [ Music ]  [ Odd Ball Stuff ]  [ Pottery & Glass ]

### Seller feedback (2,322)

__This item (1)__    All items (2,322)

➕ l***l (2259) • Past 6 months

super fast sipping - THANKS

[ See all feedback ]

More to explore : BCW Sports Trading Card Card Sleeves for Tall, BCW Sports Trading Card Sleeves & Bags for Tall, BCW Sports Trading Card Card Holders for Tall, BCW Sports Trading Card Card Sleeves, BCW Sports Trading Card Toploaders & Holders for Tall, BCW Sports Trading Card Sleeves & Bags, BCW Sports Trading Card Card Holders, Sports Trading Card Card Sleeves for Tall.

Doe 69

BCW Sports Trading Card Toploaders & Holders, BCW Sports Trading Card Storage Boxes

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice

 Checkout

How do you like our checkout? Give us feedback

PayPal Buy with PayPal. It's fast and simple.

**Pay with**

○ Add new card
VISA · Mastercard · AMEX · DISCOVER

○ PayPal PayPal

○ PayPal CREDIT Special financing available.
Apply now. See terms

○ G Pay Google Pay

**Ship to**

Clerk2 Clerk2
161 North Clark St.
Chicago, IL 60601-3206
United States
(312) 375-1573
Change

**Review item and shipping**

Seller: silverfield... | Message to seller

NEW (200) BCW TALL CARD SLEEVES 2-5/8"X4-13/16" 2 PACKS GAME DAY WIDEVISION
$6.99

Quantity
1

Delivery
Est. delivery: Feb 16 – Feb 20
USPS Ground Advantage
$5.96

**Gift cards, coupons, eBay Bucks**

Enter code:    Apply

**Donate to charity (optional)** ⓘ

Save a Child's Heart Foundation

Give $1 to help provide lifesaving heart surgery for children in need. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount    None

| | |
|---|---|
| Item (1) | $6.99 |
| Shipping | $5.96 |
| Tax* | $1.33 |
| **Order total** | **$14.28** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

🔒 Confirm and pay

Select a payment method

ebay MONEY BACK GUARANTEE
See details

Doe 69





Have one to sell? Sell now

## BCW Top Loaders Regular 3x4 Card Holder 25ct Rigid Holders K11020506

J & J Sports Cards (13263)
99.6% positive · Seller's other items · Contact seller

**US $8.75**

Condition: **New**

Quantity: 1 More than 10 available / 61 sold

Buy It Now

Add to cart

Add to watchlist

**Breathe easy.** Free shipping and returns.

**This one's trending.** 61 have already sold.

Shipping: **Free** Standard Shipping. See details
Located in: Gilroy, California, United States

Delivery: Estimated between **Sat, Feb 17** and **Fri, Feb 23** to 60601

Returns: 30 days returns. Seller pays for return shipping. See details

Payments: PayPal G Pay VISA Mastercard American Express Discover
PayPal CREDIT
Special financing available. See terms and apply now
Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

Top Rated Plus
Trusted seller, fast shipping, and easy returns. Learn more

About this item | Shipping, returns, and payments | Report this item

Seller assumes all responsibility for this listing. eBay item number: **124710005759**

Last updated on Nov 22, 2022 19:20:34 PST View all revisions

### Item specifics

| | |
|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more |
| Material | Rigid PVC |
| Type | Premium Regular Rigid Holder |
| Features | Crystal Clear, Acid Free |
| Color | Crystal Clear |
| Compatible Card Size | Standard Cards |
| Year Manufactured | 2022 |
| Team | Supplies |
| Set | BCW Card supplies |
| Player/Athlete | Supplies |
| Brand | BCW |
| Number of Toploaders/Card Holders | 25 |

### Item description from the seller

## BCW Top Loaders Standard 3x4 Card Holder 25ct Rigid Holders K11020506

**AS ADVERTISED, THE PRODUCT or SETS DESCRIBED IN THE TITLE IS WHAT YOU WILL RECEIVE.**

- **ATTN : THE PICTURE YOU SEE IS TO SHOW THAT OTHER PRODUCTS, CARDS, PACKS or SETS ARE AVAILABLE AND TO SHOW AN EXAMPLE OF WHAT WE HAVE.**
- **THANKS FOR YOUR INTEREST IN OUR PRODUCTS. PLEASE VISIT OUR eBay STORE FOR COMPLETE UP TO DATE ITEMS.**
- **PLEASE VISIT OFTEN AS WE ARE UPDATING OUR LIST DAILY TO GIVE YOU THE BEST SELECTION OF NEW AND INTERESTING PRODUCTS.**
- **IF YOU DO NOT FIND AN ITEM YOU ARE LOOKING FOR, PLEASE EMAIL US FOR ASSISTANCE.**

**COMBINED SHIPPING : If you have multiple quantity orders, we can offer a shipping discount. Just place your order as usual, ADD TO CART, when you are done adding, proceed to "check out", then wait for our invoice and pay that amount. If the order have been paid or placed separately, we can not go back and reverse it due to eBay withdrawing funds for selling cost.**

## J & J Sports Cards

**99.6%** Positive Feedback
**41K** items sold

Joined Sep 2010

Visit store
Contact
Save seller

### Detailed seller ratings

Average for the last 12 months

| | | |
|---|---|---|
| Accurate description | | 5.0 |
| Reasonable shipping cost | | 5.0 |
| Shipping speed | | 5.0 |
| Communication | | 5.0 |

### Popular categories from this store

See all

AUTOGRAPH CARDS   AUTOGRAPH MEMORABILIA   BASEBAL SPECIALTY CARDS & ...   BASEBALL CARDS   BASKETBALL CARDS   BOOKS & MAGAZINES   BOX SETS   CARD SUPPLIES   COLLECTIBLES

### Seller feedback (15,935)

This item (12)   All items (15,935)

f***l (307) •   More than a year ago

Super fast shipping!! Item was perfect. Will do business again

r***s (65) •   More than a year ago

Good product and fast shipping

e***e (772) •   Past year

thanks

See all feedback

Return to top

More to explore :   BCW Semi-Rigid Holder Sports Trading Card Toploaders & Holders,   BCW Semi-Rigid Holder Sports Trading Card Toploaders & Holders for Standard,
BCW Semi-Rigid Holder Sports Trading Card Toploaders & Holders with Features For Extra Thick Cards,   BCW Sports Trading Card Card Holders,   BCW Sports Trading Card Toploaders & Holders,
BCW Magnetic Holder Sports Trading Card Toploaders & Holders,   Semi-Rigid Holder Sports Trading Card Toploaders & Holders,   Semi-Rigid Holder Sports Trading Card Toploaders & Holders for Tall,
Ultra PRO Semi-Rigid Holder Sports Trading Card Toploaders & Holders,   Semi-Rigid Holder Sports Trading Card Toploaders & Holders with Features for Extra Thick Cards

About eBay   Announcements   Community   Security Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved.   Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice

Doe 70

 **Checkout**

How do you like our checkout? Give us feedback



**PayPal** Buy with PayPal. It's fast and simple.

**Pay with**

○ Add new card

○ **PayPal** PayPal

○ **PayPal Credit** Special financing available.
Apply now. See terms

○ **G Pay** Google Pay

**Ship to**

Clerk2 Clerk2
161 North Clark St.
Chicago, IL 60601-3206
United States
(312) 375-1573
Change

**Review item and shipping**

Seller: jjsports44    Message to seller

BCW Top Loaders Regular 3x4 Card Holder 25ct Rigid
Holders K11020506
$8.75

Quantity
1

Free returns

**Delivery**
Free USPS First Class
Est. delivery: Feb 17 – Feb 23

**Gift cards, coupons, eBay Bucks**

Enter code:    Apply

**Donate to charity (optional)** ⓘ

Save a Child's Heart Foundation

Give $1 to help provide lifesaving heart surgery for children in need. PayPal
Giving Fund (PPGF) receives your donation and grants 100% to a charity no
later than 30 days after the end of the month in which the donation is
made. Donations are non-refundable and typically tax deductible. PPGF
may be unable to grant funds to a charity if the charity has lost tax exempt
status, has closed, or no longer accepts funds from PPGF.

Select amount    None

| | |
|---|---|
| Item (1) | $8.75 |
| Shipping | Free |
| Tax* | $0.90 |
| **Order total** | **$9.65** |

🔒 Confirm and pay

Select a payment method

**eBay** MONEY BACK GUARANTEE
See details

*We're required by law to collect sales tax and
applicable fees for certain tax authorities. Learn more







Hi Clerk2! Daily Deals Brand Outlet Gift Cards Help & Contact     Sell Watchlist My eBay

ebay Shop by category | Search for anything | All Categories | Search

Back to home page · Collectibles & Art > ... > Sports Trading Cards > Storage & Display Supplies > Card Toploaders & Holders     Share · Add to Watchlist

SAVE UP TO 5% WHEN YOU BUY MORE

Have one to sell? Sell now

## BCW Toploader Top Loader 20pt 108pt 138pt 197pt 360pt Pick Your Sizes

JM Comics and Cards (6937)
100% positive · Seller's other items · Contact seller

**US $3.95/ea**

Condition: **New**

Color: 20pt

Quantity: 1 More than 10 available / 2 sold

Bulk savings:

| Buy 1 | Buy 2 | Buy 3 | 4 or more for |
|---|---|---|---|
| $3.95/ea | $3.87/ea | $3.83/ea | $3.75/ea |

Buy It Now

Add to cart

Add to watchlist

Shipping: **US $6.05** Standard Shipping. See details
Located in: Tustin, California, United States

Delivery: Estimated between **Fri, Feb 16** and **Tue, Feb 20** to 60601

Returns: Seller does not accept returns. If the item you received doesn't match the listing description, your purchase may be eligible for eBay Money Back Guarantee if the return request is made within 3 days from delivery. See details

Payments: PayPal G Pay VISA Discover
PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

About this item | Shipping, returns, and payments     Report this item

Seller assumes all responsibility for this listing.     eBay item number: 126047589653

### Item specifics

| | |
|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more |
| Brand | BCW |
| Type | Toploader |
| Compatible Card Size | Standard |
| Compatible Card Thickness | 20 Pt. |

### Item description from the seller

20pt 59pt and 79pt are sold in packs of 25
The rest are sold in packs of 10

Top Loaders by BCW. Various sizes

## JM Comics and Cards

**100%** Positive Feedback
**18K** items sold

Joined Jan 1999

Visit store
Contact
Save seller

### Detailed seller ratings

Average for the last 12 months

| | |
|---|---|
| Accurate description | 5.0 |
| Reasonable shipping cost | 5.0 |
| Shipping speed | 5.0 |
| Communication | 5.0 |

### Popular categories from this store

See all

Pokemon Cards · Graded Comics · Movies · Music · Sealed Funko/Toy Cases · Statues and Action Figures · Funko Pop! · Bag Clips · Other

### Seller feedback (8,503)

6***e (170) · Past month

Top seller here, customer satisfaction is priority here, had a little mishap but he made up for it.. Item as described, well packaged, fast shipping great seller.. ★★★★★, great communication as well..

Funko Pop! Scooby-oo Games Pokemon 922 PSA 9 Mint FASC (From a Sealed Case) (#126309528786)

✓ u***f (4) · Past year

Item was exactly what was advertised. It was sent as soon as possible and I'm extremely happy with the delivery time. The book was only wrapped in bubble wrap and was very protected. Great shipping rates. I feel other sellers are overcharging and making a profit off of shipping, but not this seller. Very fair prices and shipping fees. I would definitely buy from this dealer, again.

Doom Patrol #107 1966 CGC 6.0 - Arnold Drake story Negative Man backup story (#125995643223)

✓ j***t (390) · Past month

Excellent seller! Item as described. Fast shipping and the packaging was awesome. My item was well protected and they even added a protector. A+++++

Spider-Man: Across the Spider-Verse Spider-Man Funko Pop! Vinyl Figure #1223 (#126285350707)

See all feedback

More to explore :   BCW Sports Trading Card Toploaders & Holders,   BCW Sports Trading Card Toploaders & Holders for Tall,   BCW Gold Sports Trading Card Toploaders & Holders,   BCW Black Sports Trading Card Toploaders & Holders,   BCW White Sports Trading Card Toploaders & Holders,   Sports Trading Card Toploaders & Holders,   Magnetic Holder Sports Trading Card Toploaders & Holders,   Ultra PRO Sports Trading Card Toploaders & Holders,   Sports Trading Card Toploaders & Holders for Tall,   Screwdown Holder Sports Trading Card Toploaders & Holders

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice





## Checkout

How do you like our checkout? Give us feedback

PayPal Buy with PayPal. It's fast and simple.

**Pay with**

Add new card

PayPal

Special financing available.
Apply now. See terms

Google Pay

| | |
|---|---|
| Item (1) | $3.95 |
| Shipping | $6.05 |
| Tax* | $1.03 |
| **Order total** | **$11.03** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

Confirm and pay

Select a payment method

MONEY BACK GUARANTEE
See details

**Ship to**

Clerk2 Clerk2
161 North Clark St.
Chicago, IL 60601-3206
United States
(312) 375-1573
Change

**Review item and shipping**

Seller: jmcomicsand... | Message to seller

BCW Toploader Top Loader 20pt 108pt 138pt 197pt 360pt Pick Your Sizes

Color: 20pt

**$3.95**

Quantity
1

**Delivery**
Est. delivery: Feb 16 – Feb 20
USPS Ground Advantage
**$6.05**

**Gift cards, coupons, eBay Bucks**

Enter code:

Apply

**Donate to charity (optional)**

Save a Child's Heart Foundation

Give $1 to help provide lifesaving heart surgery for children in need. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount None

Hi Clerk2! Daily Deals Brand Outlet Gift Cards Help & Contact Sell Watchlist My eBay

Shop by category | Search for anything | All Categories | Search

Back to home page · Collectibles & Art > ... > Sports Trading Cards > Storage & Display Supplies > Card Toploaders & Holders | Share · Add to Watchlist

Have one to sell? Sell now

# BCW Toploader Card Holder, Thick Card 168 PT, 10 per pack *NEW*

js052395-lonestarhobby (27)
100% positive · Seller's other items · Contact seller

**US $6.99**

Condition: **New**

Quantity: 1 2 available

Buy It Now

Add to cart

Add to watchlist

Shipping: **Free** Economy Shipping. See details
Located in: Amarillo, Texas, United States

Delivery: Estimated between **Sat, Feb 17** and **Fri, Feb 23** to 60601

Returns: Seller does not accept returns. If the item you received doesn't match the listing description, your purchase may be eligible for eBay Money Back Guarantee if the return request is made within 3 days from delivery. See details

Payments: PayPal, G Pay, VISA, Mastercard, AMEX, DISCOVER
PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

About this item | Shipping, returns, and payments | Report this item

Seller assumes all responsibility for this listing. eBay item number: **355444239375**

## Item specifics

| | |
|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more |
| Brand | BCW |
| Type | Card Holder |
| Number of Toploaders/Card Holders | 10 |
| Compatible Card Thickness | 168 Pt. |
| UPC | 722626009709 |

## Item description from the seller

*BCW Toploader Card Holder, Thick Card 168 PT, 10 per pack \*NEW\**

The BCW 3x4 thick toploaders are designed to hold cards that are thicker than standard trading cards. The phrase 'thicker cards' includes a wide variety of special patch, jersey, swatch, relics, memorabilia, and game-used fragments cards.

BCW 3x4 top loading card holders are made of high-quality, rigid PVC. These toploading holders are some of the most popular rigid individual card holders in the collectible card industry. Use this product to protect, store or display your collectible cards.

SKU: 1-TLCH-TH-4.25MM   Brand: BCW   Weight: 0.27 lbs

- Holds a jersey or memorabilia card - up to 168 pts.
- Open on the short side

**Exterior Dimensions:**

3 x 4 x 1/4

**Interior Dimensions:**

2 3/4 x 3 7/8 x 5/32

**10 Toploaders per Pack**



### js052395-lonestarhobby

100% Positive Feedback
55 items sold

🗓 Joined Sep 2021

Seller's other items

Contact

♡ Save seller

**Seller feedback** (17)

➕ a\*\*\*w (116) • Past 6 months

Item as described. Fast shipping!

Uniden Bearcat BCD996P2 TrunkTracker V, APCO Project 25 Phase II Scanner (#355122349350)

➕ o\*\*\*b (17) • Past year

Item is as described

M&M Collectible Ornament, Kurt S. Adler Inc., Red M&M riding stick horse. (#354907954696)

➕ i\*\*\*i (375) • Past month

Thanks

Christopher Morel #198: 2023 Topps Chrome Chicago Cubs (#355411999612)

See all feedback

More to explore : BCW Sports Trading Card Toploaders & Holders with Features For Extra Thick Cards,   BCW Sports Trading Card Toploaders & Holders,
BCW Screwdown Holder Sports Trading Card Toploaders & Holders with Features For Extra Thick Cards,   BCW Magnetic Holder Sports Trading Card Toploaders & Holders with Features For Extra Thick Cards,
BCW Semi-Rigid Holder Sports Trading Card Toploaders & Holders with Features For Extra Thick Cards,   BCW Magnetic Holder Sports Trading Card Toploaders & Holders,
BCW White Sports Trading Card Toploaders & Holders,   Sports Trading Card Toploaders & Holders with Features For Extra Thick Cards,
Magnetic Holder Sports Trading Card Toploaders & Holders with Features For Extra Thick Cards,   Sports Trading Card Toploaders & Holders

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices 🅥ⓧ and AdChoice ⓘ

Doe 72







# ebay Checkout

How do you like our checkout? Give us feedback

PayPal Buy with PayPal. It's fast and simple.

## Pay with

Add new card

PayPal

Special financing available.
Apply now. See terms

Google Pay

## Ship to

Clerk2 Clerk2
161 North Clark St.
Chicago, IL 60601-3206
United States
(312) 375-1573
Change

## Review item and shipping

Seller: js052395-lo... | Message to seller

BCW Toploader Card Holder, Thick Card 168 PT, 10 per pack *NEW*

**$6.99**

Quantity
1

**Delivery**

**Free Economy Shipping**
Est. delivery: Feb 17 – Feb 23

Est. delivery: Feb 17 – Feb 23
USPS Priority Mail
**$9.99**

## Gift cards, coupons, eBay Bucks

Enter code:

Apply

## Donate to charity (optional)

Save a Child's Heart Foundation

Give $1 to help provide lifesaving heart surgery for children in need. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount None

| | |
|---|---|
| Item (1) | $6.99 |
| Shipping | Free |
| Tax* | $0.72 |
| **Order total** | **$7.71** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

Confirm and pay

Select a payment method

ebay MONEY BACK GUARANTEE
See details

Hi Clerk2! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category Search for anything All Categories Search Advanced

Back to home page | Listed in category: Sporting Goods > ... > Sports Trading Cards > Storage & Display Supplies > Card Toploaders & Holders Share | Add to Watchlist

SAVE UP TO 5% WHEN YOU BUY MORE

Hover to zoom

Have one to sell? Sell now

## 1 Pack of 10 BCW Vertical Booklet Trading Card Hard Plastic Topload Holders

Condition: New

Bulk savings: Buy 1 $13.37/ea | Buy 2 $13.10/ea | Buy 3 $12.97/ea

4 or more for $12.70/ea

Quantity: 1 6 available / 4 sold

Price: US $13.37/ea

Buy It Now

Add to cart

Add to watchlist

Ships from United States

Pickup: Free local pickup from Allentown, Pennsylvania, United States. See details

Shipping: Free Standard Shipping. See details
Located in: Allentown, Pennsylvania, United States

Delivery: Estimated between Tue, Jul 25 and Sat, Jul 29 to 60601

Returns: Seller does not accept returns. If the item you received doesn't match the listing description, your purchase may be eligible for eBay Money Back Guarantee if the return request is made within 3 days from delivery. See details

Payments: PayPal G Pay VISA Mastercard AmEx Discover

PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Seller information
junejunesportscards (193)
100% positive feedback

Save seller
Contact seller
Visit store
See other items

## Similar sponsored items See all

Feedback on our suggestions

New 5 10 20 BCW 8 x 10 Hard Plastic Rigid Topload Photo Holders 8x10 toploaders
New
$14.96
Free shipping
753 sold

(10) 1 Full Pack - BCW Vertical Booklet Card Toploader Holders
$14.79
Free shipping
Top Rated Plus
43 sold

(10-Pack) BCW Booklet Card Toploaders Vertical Book Card Topload Holders
New
$13.95
Free shipping
63 sold

(25)BCW 3" x 4" Topload Card Holder for Standard Sized Trading Cards Top Loader
New
$6.98
Free shipping
Top Rated Plus
89 sold

Ultra PRO 3x4 inch Regular Toploader - 25 Pack - New Top Loader Holders Clear
New
$5.79
Free shipping
645 sold

3 L
Bo
Ne
$4
+ $
69

## Sponsored items customers also bought See all

Feedback on our suggestions

BCW 3X4 Thick Card Toploaders 1 Pack of 10 for up to 138pt Cards
New
$6.85
Free shipping
Top Rated Plus
602 sold

BCW 3x4 Topload Card Holder - Premium- Thicker Clearer Panels
New
$6.25
Free shipping
Top Rated Plus
27 sold

Ultra Pro 3X4 GOLD ROOKIE 35pt Toploaders 1 Pack of 25 for Standard Sized Cards
New
$7.49
Free shipping
Top Rated Plus
1242 sold

25 Ultra CBG 2.5mm 100pt Pro Top Loaders Toploaders Topload Thick Jersey Cards
New
$7.68
Free shipping
Direct from Columbia Sports Cards
4068 sold

10/20pcs Card Stand Graded Cards Display Stand Coins Small Box Paper Clip Holder
New
$3.99
Free shipping
98 sold

20
Mc
Ho
Ne
$7.
$8.
Fre

About this item | Shipping, returns & payments Report this item

Seller assumes all responsibility for this listing. eBay item number: 155627024246

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more | Brand | BCW |
| Type | Toploader | | |

## Item description from the seller







Please take a close look pictures before buying or bidding.
If the picture does not match the listing please contact me
Shipping Varies per listing
I do combine shipping after first card is won
.50 each additional card. $7.95 Maximum on combined orders.
Please take a look at my other listings and be sure to follow me for all the deals as they are posted!!

## JuneJunes Sports Cards

**100%** Positive Feedback
**4.3K** Items sold

Visit store
Contact
Save seller

### Detailed seller ratings

Average for the last 12 months

| | |
|---|---|
| Accurate description | 5.0 |
| Reasonable shipping cost | 5.0 |
| Shipping speed | 5.0 |
| Communication | 5.0 |

### Popular categories from this store

See all

Collectibles | Crafts | Business & Industrial | Consumer Electronics | Home & Garden | Computers/Tablets & Networking | Toys & Hobbies | Music | Sports Mem, Cards & Fan Shop

### Seller feedback (1,716)

c***9 (1596) • Past month
Thank you
1 BCW Super Shoe Storage Box (3000 CT) Holds over 600 Top Loads Sports Cards MTG (#155627216843)

9***c (2074) • Past month
Great Deal Great service
1 Pack BCW 3X4 GOLD ROOKIE Top loaders 35pt 25ct for Standard Sized Cards (#155624022270)

a***c (328) • Past month
Received item as described, thank you!
1 BCW Graded Shoe Box (#266311396910)

See all feedback

Back to home page Return to top

More to explore : BCW Sports Trading Card Toploaders & Holders, BCW Sports Trading Card Toploaders & Holders for Tall, BCW Gold Sports Trading Card Toploaders & Holders, BCW Magnetic Holder Sports Trading Card Toploaders & Holders, BCW Sports Trading Card Toploaders & Holders for Standard, BCW Semi-Rigid Holder Sports Trading Card Toploaders & Holders, Sports Trading Card Toploaders & Holders, Magnetic Holder Sports Trading Card Toploaders & Holders, Gold Sports Trading Card Toploaders & Holders, Screwdown Holder Sports Trading Card Toploaders & Holders

About eBay Announcements Community Security Center Seller Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice



 **Checkout**

How do you like our checkout? Give us feedback

## Pay with

○ Add new card
  VISA  ● mastercard  AMEX  DISCOVER

○ **PayPal**

○ **PayPal CREDIT**
  Special financing available.
  Apply now. See terms

○ G Pay  Google Pay

### Ship to

Clerk2 Clerk2
161 North Clark St.
Chicago, IL 60601-3206
United States
(312) 375-1573
Change

### Review item and shipping

Seller: junejunespo...    Message to seller

 1 Pack of 10 BCW Vertical Booklet Trading Card Hard Plastic
Topload Holders

**$13.37**

Quantity
1

● **Delivery**
  Est. delivery: Jul 25 – Jul 29
  USPS First Class
  Free

○ **Pickup**
  Contact seller after checkout to arrange pickup

### Gift cards, coupons, eBay Bucks

Enter code:    Apply

### Donate to charity (optional) ⓘ

Motorsports Charities, Inc.

The NASCAR Foundations improves the lives of children in our NASCAR communities.
Helping children survive and thrive. That's our checkered flag! PayPal Giving Fund
(PPGF) receives your donation and grants 100% to a charity no later than 30 days after
the end of the month in which the donation is made. Donations are non-refundable
and typically tax deductible. PPGF may be unable to grant funds to a charity if the
charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount    None

| Subtotal (1 item) | $13.37 |
| Shipping | Free |
| Tax* | $1.37 |

**Order total**    **$14.74**

*We're required by law to collect sales tax
and applicable fees for certain tax
authorities. Learn more

🔒 **Confirm and pay**

**Select a payment option**

 MONEY BACK GUARANTEE
See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices 🄯 and AdChoice ⓘ





### 3x4 Standard Topload Card Holder Up to standard trading card 20 pts Holder 2pack

Seller information
kapila_6 (255 ★)
99.6% positive feedback

♡ Save seller
Contact seller
Visit store
See other items

Condition: New
Quantity: 1    3 available

Price: **US $13.02**

[ Buy It Now ]
[ Add to cart ]

Best Offer:
[ Make offer ]
[ ♡ Add to watchlist ]

↩ **Breathe easy.** Returns accepted.

🚚 **Fast and reliable.** Ships from United States.

Shipping: Free Standard Shipping. See details
Located in: New York, New York, United States

Delivery: Estimated between Mon, Jul 31 and Wed, Aug 2 to 60601 ⓘ

Returns: 30 days returns. Buyer pays for return shipping. See details

Payments: [G Pay] [PayPal] [VISA] [●●] [AMEX] [⬛]

*PayPal* CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay
Mastercard®! Learn more

Have one to sell? [ Sell now ]

### Similar sponsored items    See all >

    

| 3" X 4" Topload Card Holder for Standard Trading Cards | up to 20 Pts | 25-Count | (25)BCW 3" x 4" Topload Card Holder for Standard Sized Trading Cards Top Loader | Ultra Pro Top Loaders & Soft Sleeves Goldsmith Cards 3x4 Standard Card Holders | BCW Top Loaders Regular 3x4 Card Holder 25ct Rigid Holders I 0921611 | 25-pack ● BCW ● 1-TLCH-BK ● 3x4 Rigid Top Load Card Holder ● Black Border |
|---|---|---|---|---|
| New | New | | New | New |
| $6.40 | $6.98 | $9.99 | $8.75 | $8.49 |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |
| Seller with a 100% positive feedback | 89 sold | 77 sold | ☑ Top Rated Plus / 121 sold | Seller with a 99.3% positive feedback |

### Sponsored items inspired by your views    See all >

    

| Ultra Pro 3x4 Regular Toploaders 35pt Standard Size Card Sleeves 1 Pack of 25 | Top Loader 3x4 25ct | 150 Pieces Unbranded Regular Top Loaders New Sealed with Plastic bag 6X 25 =150 | 35PT Top Loader 3X4in Board Game Card Protector Sleeves Football Basketball Card | Toploader Binder with 50 Pages Toploader Storage Trading Card Sleeves, 4 Pock... |
|---|---|---|---|---|
| New | New | New | New | New |
| $11.88 | $12.45 | $23.99 | $7.59 | $24.61 |
| Free shipping | Free shipping | + $4.99 shipping | $9.26 18% off | Free shipping |
| Seller with a 100% positive feedback | Seller with a 100% positive feedback | ☑ Top Rated Plus / 52m left | Free shipping | |

[ About this item ]  [ Shipping, returns & payments ]    Report this item

Seller assumes all responsibility for this listing.

Last updated on Jul 24, 2023 13:06:00 PDT View all revisions    eBay item number: 354709283646

### Item specifics

| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more | Brand | Unbranded |
|---|---|---|---|
| Type | Does not apply | Max Input Sheet Capacity | 50 |
| Number of Items | | Material | Pvc |

| Material Type | Pvc | | Manufacturer Part Number | 1-TLCH-N-2 |
|---|---|---|---|---|
| Item Weight | 13.3 ounces | | Shape | Rectangular |
| Package Dimensions | 4.29 x 3.74 x 3.19 inches | | Number of Pieces | 2 |
| Shipping | Free Shipping | | UPC | 7445007843848 |
| ISBN | Does not apply | | EAN | 0744500784384B |

### Item description from the seller



### 3x4 Standard Topload Card Holder Up to standard trading card 20 pts Holder 2pack

#### Description



| Max Input Sheet Capacity | 50 |
|---|---|
| Number of Items | 2 |
| Brand | Unbranded |
| Material | Pvc |
| Material Type | Pvc |
| Manufacturer Part Number | 1-TLCH-N-2 |
| Item Weight | 13.3 ounces |
| Shape | Rectangular |
| Package Dimensions | 4.29 x 3.74 x 3.19 inches |
| Number of Pieces | 2 |
| Shipping | Free Shipping |

- 2 packs of 25 toploaders each, 50 total
- Holds a standard trading card - Up to 20 pts
- 12 mil thickness panels
- Open on the short side
- Exterior Dimensions: 3 x 4 1/16
- Interior Dimensions: 2 3/4 x 3 7/8

Standard 3x4 toploaders are made of high-quality, rigid PVC.

These toploading holders are some of the most popular rigid individual card holders in the collectible card industry.

Use this product to protect, store or display collectible baseball cards, football cards, hockey cards, or other trading cards like Magic The Gathering, Pokemon, YuGiOh, and others.

#### ABOUT US

We offer the best prices around on high quality products. Our E-store includes media such as books, movies, music and games while offering electronics, toys, sporting apparel, clothing, tools, general home, garden items and more.

#### SHIPPING

We are always working hard to ensure your package arrives as soon as possible. Please understand that some factors like weather, high postal traffic, and the performance of shipping companies are outside of our control.

We offer free shipping to the lower 48 states and ship within 2 business days of payment, usually sooner. We do not accept P.O. Boxes. Please provide a physical address.

For shipping outside of the continental USA, we only use eBay's Global Shipping Program.The item is shipped to KY and then sent to the rest of the world. International customers are responsible for all duties and taxes. Continue to check out in order to calculate costs for shipping the item to your country. Messages regarding eBay's Global Shipping Program MUST be directed at eBay EXCLUSIVELY.

#### RETURNS

We offer a 30-Day Return Policy on items which you are not completely satisfied with. You have the option for a full-refund or an exchange of the item. No returns are available on items shipped outside of the USA.

#### CUSTOMER SATISFACTION

We try our very best to make sure every customer is completely satisfied. If there's a problem, message us! We're happy to help.

**WE ACCEPT**



Copyright © 2021 AutoDS. | All Rights Reserved



**Kapila_E-Store**

**99.6%** Positive Feedback
**749** Items sold

Visit store

Contact

♡ Save seller

### Detailed seller ratings

Average for the last 12 months

| | | |
|---|---|---|
| Accurate description | | 4.9 |
| Reasonable shipping cost | | 5.0 |
| Shipping speed | | 5.0 |
| Communication | | 4.9 |

### Seller feedback (262)

⊕ k***_ (256) • Past month

Awesome!

Earrings Organizer Jewelry Display Stand 3 Tier Earring Holder Rack for Hanging (#354470242412)

⊕ f***9 (653) • Past month

Great seller ! Super fast ship

2 Pack Lightsaber Wall Mount Lightsaber Holder Rack Compatible with Galaxy'S Edg (#354709751273)

⊕ b***2 (2374) • Past month

Rec'd my Skateboard LED Lights 2 Sets Front & Back USB Rechargeable Longboard Bicycle Lights, Fast Shipping

Skateboard LED Lights Front and Back USB Rechargeable Longboard Bicycles Lights (#354753778322)

See all feedback

More to explore :   Sports Trading Card Toploaders & Holders for Standard,   Magnetic Holder Sports Trading Card Toploaders & Holders for Standard,   Screwdown Holder Sports Trading Card Toploaders & Holders for Standard,   Gold Sports Trading Card Toploaders & Holders for Standard,   White Sports Trading Card Toploaders & Holders for Standard,   Sports Trading Card Toploaders & Holders,   Magnetic Holder Sports Trading Card Toploaders & Holders,   Gold Sports Trading Card Toploaders & Holders,   BCW Sports Trading Card Toploaders & Holders,   Semi-Rigid Holder Sports Trading Card Toploaders & Holders

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

 Checkout

How do you like our checkout? Give us feedback

## Pay with

○ Add new card
VISA  MasterCard  American Express  Discover

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

○ G Pay  Google Pay

## Ship to

Clerk2 Clerk2
161 North Clark St.
Chicago, IL 60601-3206
United States
(312) 375-1573
Change

## Review item and shipping

Seller: kapila_6    Message to seller



3x4 Standard Topload Card Holder Up to standard trading card 20 pts Holder 2pack

**$13.02**

Quantity
1

Delivery
Est. delivery: Jul 31 – Aug 2
Standard Shipping
Free

## Gift cards, coupons, eBay Bucks

Enter code:        Apply

## Donate to charity (optional) ⓘ

**Reflections of Trinity**

Help children, seniors and others in crisis with food, clothing and basic needs. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount    None

---

| Subtotal (1 item) | $13.02 |
|---|---|
| Shipping | Free |
| Tax* | $1.33 |

| **Order total** | **$14.35** |
|---|---|

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

🔒 **Confirm and pay**

**Select a payment option**

ebay MONEY BACK GUARANTEE
See details

?

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

Doe 74

Case: 1:24-cv-07259 Document #: 1-4 Filed: 08/14/24 Page 119 of 241 PageID #:310



Hi Clark2! ✓   Daily Deals   Brand Outlet   Help & Contact                                    Sell   Watchlist ✓   My eBay ✓

Shop by category ✓   🔍 Search for anything                          All Categories ✓   **Search**   Advanced

‹ Back to search results | Listed in category:   Sporting Goods  ›  ›  Sports Trading Cards  ›  Storage & Display Supplies  ›  Card Toploaders & Holders                    Share | Add to Watchlist

Trading Card Sleeves Hard Plastic Clear Case Holder 100 Baseball Cards Topload**



**Condition:** New

**Quantity:** 1    2 available

**Price:** US $17.89

**Buy It Now**

**Add to cart**

♡ Add to watchlist

🔄 Breathe easy. Free shipping and returns.

🚚 Fast and reliable. Ships from United States.

**Shipping:** Free Standard Shipping. See details
Located in: Tallevast, Florida, United States.

**Delivery:** Estimated between Sat, Jul 29 and Wed, Aug 2 to 60601 ⓘ

**Returns:** 30 days returns. Seller pays for return shipping. See details

**Payments:** PayPal  G Pay  VISA  🔲  🔲  🔲

PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay
Mastercard®. Learn more

Seller information
karagoliJgokhan_23 ♡
100% positive feedback

♡ Save seller
Contact seller
See other items

Hover to zoom

 

Have one to sell?   Sell now

## Similar sponsored items    See all ›

Feedback on our suggestions



Trading Card Sleeves Hard Plastic Clear Case Holder 100 Baseball Cards Topload!!
New
$15.35
Free shipping
Seller with a 100% positive feedback



Trading Card Sleeves Hard Plastic Clear Case Holder 100 Baseball Cards Topload✓
New
$16.69
Free shipping



100 Standard Size 3x4 Top Loaders w/ 100 Soft Sleeves Fits Standard Size Cards
New
$3.76
3 bids
+ $9.99 shipping
🔲 Top Rated Plus
Seller with a 100% positive feedback



Top Loaders Trading Card Sleeves Baseball Protector Fit Hard Plastic 50 Count
New
$15.13
Free shipping
Last one



Trading Card Sleeves Hard Plastic Clear Case Holder 50 Baseball Cards Topload
New
$14.99
Free shipping
1929 sold

Trai
Clea
Top
New
$18
Fre
Sel

## Sponsored items inspired by your views    See all ›

Feedback on our suggestions

35PT Top Loader 3X4In Board Game Card Protector Sleeves Football Basketball Card
New
$7.59
$9.26 18% off
Free shipping

TopLoader Binder with 50 Pages Toploader Storage Trading Card Sleeves, 4 Pock...
New
$24.61
Free shipping

BCW (25) 4x6 Post Card & Photo Topload Holders - Rigid Plastic Sleeves Brand
New
$17.52
Free shipping

32 Count Toploaders for Cards, Sooez 35PT Toploader Card Protector, 3&quote:...
New
$14.16
Free shipping
Seller with a 99.4% positive feedback

50 SEMI-RIGID CARD HOLDERS 4.5x6.5 w 1/2" Lip - Fits 3x5 4x6 Items – TOP LOAD
New
$29.95
Free shipping
Top Rated Plus
Seller with a 99.9% positive feedback

Pre
Exc
New
$5
Fre
Sel

About this item | Shipping, returns & payments                                    Report this item

Seller assumes all responsibility for this listing.
Last updated on Jul 26, 2023 11:21:03 PDT View all revisions                eBay item number: 394761524424

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more | Brand | Unbranded |
| Manufacturer recommended age | 12 years and up | Type | Toploader |
| Color | Clear | Material | Polyvinyl Chloride (PVC), Polypropylene (PP) |
| Product Dimensions | 4 x 3.75 x 3 inches | Number of Toploaders/Card Holders | 100 |
| Item Weight | 14.9 ounces | Max Input Sheet Capacity | 100 |

### Item description from the seller



| Material | Polyvinyl Chloride (PVC), Polypropylene (PP) |
|---|---|
| Brand | BCW |
| Color | Clear |
| Style | Classic |
| Max Input Sheet Capacity | 100 |

**About this item**

- Contains 50 standard toploaders
- Contains 100 trading card sleeves
- Toploader Exterior Dimensions: 3 x 4 1/16 in
- Toploader Interior Dimensions: 2 3/4 x 3 7/8 in
- Sleeve Exterior Dimensions: 2 5/8 X 3 5/8 in

### Product information

| Product Dimensions | 4 x 3.75 x 3 inches |
|---|---|
| Item Weight | 14.9 ounces |



**karagolgokhan_23**

100% Positive Feedback
6 Items sold

Seller's other items

Contact

♡ Save seller

**Seller feedback** (2)

● 1***b (146) • Past month
Great service all as described, highly recommend
Bamboo Wall Mounted Stylish Kitchen Plate Rack with Cup Hooks Perm-Free Delivery (#394630783228)

● a***y (80) • Past 6 months
My granddaughter loves the slide
5ft Slide Kids Children Toy Garden Outdoor Fun Red Heavy Duty Playset Smoby NEW" (#394636536476)

See all feedback

Back to search results

Return to top

More to explore : Sports Trading Card Toploaders & Holders, Magnetic Holder Sports Trading Card Toploaders & Holders, Gold Sports Trading Card Toploaders & Holders, BCW Sports Trading Card Toploaders & Holders, Sports Trading Card Toploaders & Holders for Standard, Black Sports Trading Card Toploaders & Holders, Screwdown Holder Sports Trading Card Toploaders & Holders, Sports Trading Card Toploaders & Holders for Tall, Ultra PRO Sports Trading Card Toploaders & Holders, Semi-Rigid Holder Sports Trading Card Toploaders & Holders

About eBay   Announcements   Community   Security Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

 Checkout

How do you like our checkout? Give us feedback

**Pay with**

○ Add new card
   VISA ● ● DISCOVER

○ **PayPal**

○ **PayPal CREDIT**
   Special financing available.
   Apply now. See terms

○ GPay Google Pay

**Ship to**

Clerk2 Clerk2
161 North Clark St.
Chicago, IL 60601-3206
United States
(312) 375-1573
Change

**Review item and shipping**

Seller: karagolgokh...    Message to seller

 Trading Card Sleeves Hard Plastic Clear Case Holder 100 Baseball Cards Topload**
**$17.89**

Quantity
1 ▾

**Delivery**
● Est. delivery: Jul 29 – Aug 2
   Standard Shipping
   Free
○ Est. delivery: Jul 29 – Aug 1
   Expedited Shipping
   $7.00

**Gift cards, coupons, eBay Bucks**

Enter code:          Apply

**Donate to charity (optional)** ⓘ

**Reflections of Trinity**

Help children, seniors and others in crisis with food, clothing and basic needs. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount    None ▾

| Subtotal (1 item) | $17.89 |
|---|---|
| Shipping | Free |
| Tax* | $1.83 |

| **Order total** | **$19.72** |
|---|---|

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

🔒 Confirm and pay

Select a payment option

ebay MONEY BACK GUARANTEE
See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices ☑ and AdChoice ⓘ

Hi Clerk2! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

Shop by category | Search for anything | All Categories | Search | Advanced

Back to previous page | Listed in category: Sporting Goods > ... > Sports Trading Cards > Storage & Display Supplies > Card Toploaders & Holders

Share

Bidding has ended on this item.

## Similar sponsored items

See all

Feedback on our suggestions

9 Pocket Large Toploader Binder | Holds 216 3"X4" Toploader Hard Cases
New
$30.99
+ $9.95 shipping
58 sold

100 Pro Safe Regular 3x4 Toploaders + 100 soft sleeves New Top loaders STANDARD
New
$15.95
Free shipping
319 sold

BCW 5X7 Topload Holder
New
$26.06
Free shipping

Ultra PRO 3x4 inch Regular Toploader - 25 Pack - New Top Loader Holders Clear
New
$5.79
Free shipping
645 sold

10 BCW 8x10 TOPLOADERS NEW MEMORBILIA PHOTO COLLECTIBLES
$18.69
Free shipping
66 sold

20( Loa
Ne
$2
+ $
Sel

## Sponsored items customers also bought

See all

Feedback on our suggestions

100 Pro Safe Regular 3x4 Toploaders + 100 soft sleeves New Top loaders STANDARD
New
$15.95
Free shipping
319 sold

YOU PICK!! BCW Top Loaders Standard 59 79 108 138 168 197 pt Sleeves Team Bags
New
$1.08
+ $4.98 shipping
754 sold

BCW 3X4 Thick Card Toploaders 1 Pack of 25 for up to 79pt Point Cards
New
$8.97
Free shipping
Top Rated Plus
1094 sold

(25) BCW 3.5" x 5" Toploaders 3 1/2 x 5 Topload Card Holder Photos Index Gaming
New
$7.99
+ $5.98 shipping
52 sold

Hover to zoom

## Lot (19) BCW Topload Card Holder 3"x4" Packs 59pt 25 Toploaders Per (475 Total)

Condition: New
Ended: Jul 16, 2023 19:30:01 PDT

Winning bid: US $41.07 [ 9 bids ]

Shipping: US $19.99 Expedited Shipping. See details
Located in: White Plains, New York, United States

Delivery: Estimated between Mon, Jul 24 and Fri, Jul 28 to 60601

Returns: 30 days returns. Buyer pays for return shipping. See details

Payments: PayPal, G Pay, VISA, Mastercard, American Express, Discover
PayPal CREDIT
Special financing available. See terms and apply now
Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Seller information**
kozmoshockeycards (41624)
99.6% positive feedback
Save seller
Contact seller
Visit store
See other items

Have one to sell? Sell now

About this item | Shipping, returns & payments

Report this item

Seller assumes all responsibility for this listing.

eBay item number: 115852921793

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more | Brand | BCW |
| Type | Toploader | Compatible Card Size | Standard |
| Color | Clear | Number of Toploaders/Card Holders | 475 |
| Compatible Card Thickness | 59 Pt. | | |

## Item description from the seller

Doe 76



You are bidding on the exact item featured in the title and images!!

Shipping to the USA is $19.99

*** WE ALWAYS COMBINE SHIPPING FOR MULTIPLE ITEMS WON/PURCHASED.

*** Please message me with any questions **before** placing a bid.

## KramersCollectibles

**99.6%** Positive Feedback
**143K** Items sold

Visit store
Contact
Save seller

### Detailed seller ratings

Average for the last 12 months

| | |
|---|---|
| Accurate description | 5.0 |
| Reasonable shipping cost | 4.8 |
| Shipping speed | 5.0 |
| Communication | 5.0 |

### Popular categories from this store

See all

KCC Memorabilia · AG Collection · JC Collection · LST Collection Batch 3 · JL Collection · LST Collection Batch 4 · LST Collection Batch 5 · LST Collection Batch 6 · LST Collection Batch 7

### Seller feedback (69,918)

o***c (1055) • Past month

Thank you, happy to add to the Josh Hamilton collection

Josh Hamilton 2013 Topps Museum Collection Momentous Material Jersey /35 (#115837858389)

d***d (153) • Past month

Thanks for a great transaction!

Dennis Martinez 2001 Fleer Greats of the Game Autographs Signature (#115813052951)

3***e (132) • Past month

Luv it

Ichiro 2001 Bowman Draft Picks & Prospects #BDP84 Rookie Card Mariners (#115841621991)

See all feedback

Back to previous page    Return to top

More to explore : BCW Sports Trading Card Toploaders & Holders, BCW Gold Sports Trading Card Toploaders & Holders, BCW Sports Trading Card Toploaders & Holders for Tall, BCW Magnetic Holder Sports Trading Card Toploaders & Holders, BCW White Sports Trading Card Toploaders & Holders, BCW Semi-Rigid Holder Sports Trading Card Toploaders & Holders, Sports Trading Card Toploaders & Holders, Magnetic Holder Sports Trading Card Toploaders & Holders, Gold Sports Trading Card Toploaders & Holders, Sports Trading Card Toploaders & Holders for Tall

About eBay Announcements Community Security Center Seller Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

Doe 76









Hi Clerk2! Daily Deals Brand Outlet Gift Cards Help & Contact Sell Watchlist My eBay

ebay Shop by category Search for anything All Categories Search

Back to previous page · Collectibles & Art > ... > Sports Trading Cards > Storage & Display Supplies > Card Toploaders & Holders    Share · Add to Watchlist

Have one to sell? Sell now

# BCW 200-Count Card Toploaders And Card Sleeves Hard Card Holder

kstamps-2015 (48934)
99.4% positive · Seller's other items · Contact seller

**US $26.99**

Condition: **New**

Quantity: 1 More than 10 available / 17 sold

Buy It Now

Add to cart

Add to watchlist

**People are checking this out.** 6 have added this to their watchlist.

Shipping: **Free** Standard Shipping. See details
Located in: Rochester, New York, United States

Delivery: Estimated between **Fri, Feb 16** and **Thu, Feb 22** to 60601

Returns: Seller does not accept returns. If the item you received doesn't match the listing description, your purchase may be eligible for eBay Money Back Guarantee if the return request is made within 3 days from delivery. See details

Payments: PayPal G Pay VISA Mastercard AMEX DISCOVER
PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

About this item | Shipping, returns, and payments    Report this item

Seller assumes all responsibility for this listing.    eBay item number: **335010917451**

Last updated on Feb 05, 2024 07:22:51 PST View all revisions

## Item specifics

| | |
|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more |
| Brand | BCW |
| Type | Not Applicable |
| EAN | 0695636854235 |
| Color | Clear |
| UPC | 695636854235 |
| MPN | Not Applicable |

## Item description from the seller

BCW 200-Count Card Toploaders and Card sleeves

## kstamps-2015

**99.4%** Positive Feedback
**354K** items sold

Visit store
Contact
Save seller

Joined Sep 2015

### Detailed seller ratings

Average for the last 12 months

| | |
|---|---|
| Accurate description | 5.0 |
| Reasonable shipping cost | 5.0 |
| Shipping speed | 5.0 |
| Communication | 5.0 |

### Popular categories from this store

See all

stamps | pokemon | yugioh | Baseball | MTG - MAGIC THE GATHERING | Other

### Seller feedback (76,074)

This item (9) All items (76,074)

8***8 (195) • Past month

Fast delivery great product.

a***k (1031) • Past 6 months

Great deal and the card protectors were packaged well - thank you!

0***0 (1058) • Past 6 months

Great stuff!!! A+++++++++++++

See all feedback

Back to previous page Return to top

More to explore : BCW Sports Trading Card Toploaders & Holders, BCW Magnetic Holder Sports Trading Card Toploaders & Holders, BCW Sports Trading Card Toploaders & Holders for Tall, BCW Gold Sports Trading Card Toploaders & Holders, BCW White Sports Trading Card Toploaders & Holders, BCW Semi-Rigid Holder Sports Trading Card Toploaders & Holders, Sports Trading Card Toploaders & Holders, BCW Sports Trading Card Card Sleeves, Magnetic Holder Sports Trading Card Toploaders & Holders, Gold Sports Trading Card Toploaders & Holders

About eBay Announcements Community Security Center Seller Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice

# Checkout

How do you like our checkout? Give us feedback

PayPal Buy with PayPal. It's fast and simple.

**Pay with**

Add new card

PayPal

Special financing available.
Apply now. See terms

Google Pay

**Ship to**

Clerk2 Clerk2
161 North Clark St.
Chicago, IL 60601-3206
United States
(312) 375-1573
Change

**Review item and shipping**

Seller: kstamps-2015 | Message to seller

BCW 200-Count Card Toploaders And Card Sleeves Hard Card Holder

**$26.99**

Quantity
1

**Delivery**

**Free USPS First Class**
Est. delivery: Feb 16 – Feb 22

**Free USPS Ground Advantage**
Est. delivery: Feb 16 – Feb 22

**Gift cards, coupons, eBay Bucks**

Enter code:

Apply

**Donate to charity (optional)**

Save a Child's Heart Foundation

Give $1 to help provide lifesaving heart surgery for children in need. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount None

| | |
|---|---|
| Item (1) | $26.99 |
| Shipping | Free |
| Tax* | $2.77 |
| **Order total** | **$29.76** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

Confirm and pay

Select a payment method

ebay MONEY BACK GUARANTEE
See details



Hi Clerk2! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

Shop by category | Search for anything | All Categories | Search | Advanced

Back to home page | Listed in category: Sporting Goods > ... > Sports Trading Cards > Storage & Display Supplies > Card Toploaders & Holders

Share | Add to Watchlist

SAVE UP TO 10% WHEN YOU BUY MORE

Have one to sell? Sell now

## BCW 3x4 Toploader Card Holder Standard (25)

Condition: New

Bulk savings: Buy 1 $6.49/ea | Buy 2 $6.17/ea | Buy 3 $5.97/ea

4 or more for $5.84/ea

Quantity: 1 More than 10 available / 11 sold

Price: **US $6.49/ea**

Buy It Now

Add to cart

Add to watchlist

**Breathe easy.** Returns accepted.

**Fast and reliable.** Ships from United States.

Shipping: **Free** Standard Shipping. See details
Located in: Bradenton, Florida, United States

Delivery: Estimated between **Tue, Jul 18** and **Thu, Jul 20** to 60601

Returns: 30 days returns. Buyer pays for return shipping. See details

Payments: PayPal, G Pay, VISA, Mastercard, American Express, Discover

PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Seller information**
lalleydist (23920)
100% positive feedback

Save seller
Contact seller
Visit store
See other items

## Similar sponsored items

See all

Feedback on our suggestions

(25)BCW 3" x 4" Topload Card Holder for Standard Sized Trading Cards Top Loader
New
**$6.98**
Free shipping
Top Rated Plus
**89 sold**

BCW 3x4 Topload Card Holder - Premium- Thicker Clearer Panels
New
**$6.25**
Free shipping
Top Rated Plus
**22 sold**

100 Standard Size 3x4 Top Loaders w/ 100 Soft Sleeves Fits Standard Size Cards
New
**$0.99**
1 bid
+ $9.99 shipping
Top Rated Plus
Seller with a 100% positive feedback

BCW 3" x 4" Topload for Standard Trading Cards | Up to 20 pts | 25-Count
New
**$6.72**
Free shipping
**Last one**

25-Ultra Pro 3X4 Platium Toploaders 35pt for Standard Sized Cards Factory Sealed
New
**$9.49**
Free shipping
Seller with a 100% positive feedback

BC Poi Ca
Ne
$6
Fre
122

## Sponsored items customers also bought

See all

Feedback on our suggestions

100 Ultra Pro Regular 3 x 4 Toploaders New top loaders + 100 soft sleeves
New
**$17.95**
~~$17.99~~ 0% off
Free shipping
Direct from Columbia Sports Cards

BCW 3x4 Topload Card Holder - Premium- Thicker Clearer Panels
New
**$6.25**
Free shipping
Top Rated Plus
**22 sold**

Ultra Pro 3X4 GOLD ROOKIE 35pt Toploaders 1 Pack of 25 for Standard Sized Cards
New
**$6.14**
Free shipping
Top Rated Plus
**1233 sold**

BCW 3" x 4" Topload for Standard Trading Cards | Up to 20 pts | 25-Count
New
**$6.72**
Free shipping
**Last one**

25 Ultra CBG 2.5mm 100pt Pro Top Loaders Toploaders Topload Thick Jersey Cards
New
**$7.68**
Free shipping
Direct from Columbia Sports Cards
**4035 sold**

UL CA CC
Ne
$1
Fre
20

About this item | Shipping, returns & payments | Report this item

Seller assumes all responsibility for this listing.
Last updated on Apr 24, 2023 15:07:58 PDT View all revisions

eBay item number: **374566262655**

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more | Card Holder Type | Top Loader |
| Brand | BCW | Type | Rigid |
| Compatible Card Size | Standard | Color | Clear |
| Material | Plastic | Country/Region of Manufacture | China |
| Number of Toploaders/Card Holders | 25 | Compatible Card Thickness | 20 Pt. |

## Item description from the seller

- Holds a standard trading card - Up to 20 pts
- 12 mil thickness panels
- Open on the short side

**Exterior Dimensions:**
3 x 4 1/16

**Interior Dimensions:**
2 3/4 x 3 7/8

**25 Holders per Pack**

BCW Standard 3x4 toploaders are made of high-quality, rigid PVC. These toploading holders are some of the most popular rigid individual card holders in the collectible card industry. Use this product to protect, store or display collectible baseball cards, football cards, hockey cards, or other trading cards like Magic The Gathering, Pokemon, YuGiOh, and others.



lalleydist
100% Positive Feedback
62K items sold

Visit store
Contact
♡ Save seller

**Detailed seller ratings**
Average for the last 12 months

| Accurate description | | 5.0 |
| Reasonable shipping cost | | 4.9 |
| Shipping speed | | 5.0 |
| Communication | | 5.0 |

**Popular categories from this store**   See all

| 1970 Kelloggs Football | 1982 Topps Baseball | 1982 Topps Football |
| 1983 Donruss Baseball | 1983 Fleer Baseball | 1984 Fleer Baseball |
| 1984 Topps Baseball | 1985 Donruss Baseball | 1985 Fleer Baseball |

**Seller feedback** (38,260)

This item (4)   All items (38,260)

f***i (64) • Past month
Fast shipment. A++++ Seller!

f***a (2422) • Past month
Great seller! Thank you!

f***i (463) • Past 6 months
Super fast shipping 10/10 will definitely buy again

See all feedback

Back to home page                                                                                                    Return to top

More to explore :   BCW Sports Trading Card Toploaders & Holders,   BCW Sports Trading Card Toploaders & Holders,   BCW Black Sports Trading Card Toploaders & Holders,
BCW Magnetic Holder Sports Trading Card Toploaders & Holders for Standard,   BCW Screwdown Holder Sports Trading Card Toploaders & Holders for Standard,   BCW Magnetic Holder Sports Trading Card Toploaders & Holders for Standard,
BCW Sports Trading Card Toploaders & Holders for Tall,   BCW Screwdown Holder Sports Trading Card Toploaders & Holders,   BCW Semi-Rigid Holder Sports Trading Card Toploaders & Holders,
Sports Trading Card Toploaders & Holders for Standard

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice



**ebay** Checkout

How do you like our checkout? Give us feedback

## Pay with

○ Add new card

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

○ **G Pay** Google Pay

## Ship to

Clerk2 Clerk2
161 North Clark St.
Chicago, IL 60601-3206
United States
(312) 375-1573
Change

## Review item and shipping

Seller: lalleydist    Message to seller

BCW 3x4 Toploader Card Holder Standard (25)
$6.49

Quantity
1

Delivery
Est. delivery: Jul 18 – Jul 20
USPS First Class
Free

## Gift cards, coupons, eBay Bucks

Enter code:     Apply

## Donate to charity (optional) ⓘ

ASPCA

Can you spare some change for animals in need? Add a donation to the ASPCA now.
PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no
later than 30 days after the end of the month in which the donation is made. Donations
are non-refundable and typically tax deductible. PPGF may be unable to grant funds
to a charity if the charity has lost tax exempt status, has closed, or no longer accepts
funds from PPGF.

Select amount    None

| Subtotal (1 item) | $6.49 |
|---|---|
| Shipping | Free |
| Tax* | $0.67 |
| **Order total** | **$7.16** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

🔒 Confirm and pay

Select a payment option

**ebay** MONEY BACK GUARANTEE
See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices, and AdChoice





Hi Clerk2! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

Shop by category | Search for anything | All Categories | Search | Advanced

Back to home page | Listed in category: Sporting Goods > ... > Storage & Display Supplies > Card Toploaders & Holders > See more BCW Thick Card Toplo... Share | Add to Watchlist

**SAVE UP TO 10% WHEN YOU BUY MORE**

Have one to sell? Sell now

## BCW 3X4 Thick Card Topload Holder 197 PT Toploader (10) Per Pack Sports Gaming

4 product ratings

Condition: New

Bulk savings: Buy 1 $7.66/ea | Buy 2 $7.28/ea | Buy 3 $7.12/ea

4 or more for $6.89/ea

Sale ends in: 2d 11h

Quantity: 1 More than 10 available / 31 sold

Price: **US $7.66/ea**
Was US $8.15
Save US $0.49 (6% off)

Buy It Now
Add to cart
Add to watchlist

**This one's trending.** 31 have already sold.

**Breathe easy.** Free shipping and returns.

Shipping: **Free** Standard Shipping. See details
Located in: Conroe, Texas, United States

Delivery: Estimated between **Sat, Jul 22** and **Tue, Jul 25** to 60601

Returns: 30 days returns. Seller pays for return shipping. See details

Payments: PayPal, G Pay, VISA, Mastercard, American Express, Discover

PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Shop with confidence

Top Rated Plus
Trusted seller, fast shipping, and easy returns.
Learn more

**Seller information**
*electric*threadz* (9781)
99.8% positive feedback

Save seller
Contact seller
Visit store
See other items

## Similar sponsored items

See all | Feedback on our suggestions

(25)BCW Premium 3X4 Trading Card Topload Holder - Top Loader - NEW IN PACK
New
**$6.99**
Free shipping
Top Rated Plus
**39 sold**

BCW 3x4 Topload Card Holder - Premium- Thicker Clearer Panels
New
**$6.25**
Free shipping
Top Rated Plus
**27 sold**

Ultra PRO 3" x 4" Thick Toploader - Clear, 4 PK of 25 + 1PK 100 inner sleeves
New
**$6.50**
4 bids
+ $8.25 shipping
Seller with a 100% positive feedback

BCW 3" x 4" Topload for Standard Trading Cards | Up to 20 pts | 25-Count
New
**$6.72**
Free shipping
**Last one**

Ultra PRO 3x4 inch Regular Toploader - 25 Pack - New Top Loader Holders Clear
New
**$5.79**
Free shipping
**619 sold**

10 I... TO... Ho... $9... Fre... Se...

## Sponsored items customers also bought

See all | Feedback on our suggestions

BCW 3x4 Topload Card Holder - Premium- Thicker Clearer Panels
New
**$6.25**
Free shipping
Top Rated Plus
**27 sold**

Ultra Pro 3X4 GOLD ROOKIE 35pt Toploaders 1 Pack of 25 for Standard Sized Cards
New
**$7.49**
Free shipping
Top Rated Plus
**1239 sold**

BCW 3" x 4" Topload for Standard Trading Cards | Up to 20 pts | 25-Count
New
**$6.72**
Free shipping
**Last one**

10/20pcs Card Stand Graded Cards Display Stand Coins Small Box Paper Clip Holder
New
**$3.99**
Free shipping
**97 sold**

Coin Slab / Graded Card Display Easel Stand 20 BCW Clear Stands Hold Toploader
New
**$10.88**
Free shipping
**124 sold**

20... Mo... Ho... Ne... $7... $8... Fre...

About this item | Shipping, returns & payments | Report this item

Seller assumes all responsibility for this listing.
Last updated on Jul 10, 2023 05:24:18 PDT View all revisions

eBay item number: **393985442928**

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more | Card Holder Type | Semi-Rigid Holder |
| Autographed | No | Compatible Card Size | Standard |
| Color | Clear | Material | Plastic |
| Country/Region of Manufacture | China | Number of Toploaders/Card Holders | 10 |
| Inscribed | No | Compatible Card Thickness | 197 Pt. |
| UPC | 0722626902338 | Brand | BCW |
| Type | Semi-Rigid, Rigid | MPN | 1-TLCH-TH-5MM |
| Features | UV Protection | | |

## About this product

**Product Identifiers**

| | | | |
|---|---|---|---|
| Brand | BCW | MPN | 1-TLCH-TH-5MM |
| UPC | 0722626902338 | eBay Product ID (ePID) | 1700628927 |

**Product Key Features**

| | | | |
|---|---|---|---|
| Features | UV Protection | Type | Semi-Rigid, Rigid |

**Additional Product Features**

Size Thick

## Item description from the seller

*BCW 3X4 Thick Card Topload Holder 197 PT Toploader Sports Gaming Cards (10) Per Pack*

*Holds a jersey or patch memorabilia card - up to 197 pts.*

*Open on the short side*

*Exterior Dimensions:*

*3 x 4 x ¼*

*Interior Dimensions:*

*2 3/4 x 3 7/8 x 3/16*

*10 Toploaders per Pack*

***** Returns Must Be Sent Back Unopened *****

*Thank you for your business*

## ElectricThreadz

99.8% Positive Feedback
31K Items sold

Visit store
Contact
Save seller

### Detailed seller ratings

Average for the last 12 months

| | |
|---|---|
| Accurate description | 5.0 |
| Reasonable shipping cost | 5.0 |
| Shipping speed | 5.0 |
| Communication | 5.0 |

### Popular categories from this store See all

Women's Clothing · Women's Shoes · Men's Clothing · Men's Shoes · Kids Shoes · Hats - Beanies & Headwear · Gloves Backpacks Belts Socks · PS4 Controller Grips · PS5 Controller Grips

### Seller feedback (9,083)

This item (8) All items (9,083)

9***- (1605) • Past month
Perfect transaction, super fast shipping

k***k (3550) • Past 6 months
Thank You!

n***y (373) • Past year
GREAT EBAYER!!!!!!!

See all feedback

### Ratings and Reviews Learn more

Write a review

5.0
4 product ratings

| Stars | Count |
|---|---|
| 5 | 4 |
| 4 | 0 |
| 3 | 0 |
| 2 | 0 |
| 1 | 0 |

100% Would recommend
100% Good value
100% Good quality

**Most relevant reviews**

by calebwwe2016
Jul 19, 2016
**Feedback**
Thanks so much, I have bought from them before HIGHLY RECCOMMEND!!!
Verified purchase: Yes | Condition: New | Sold by: hobby*supplies
(0) (0) !

by acciol492
Aug 27, 2018
**Great Toploaders!!**
Great value, well packaged, good secure product!!
Verified purchase: Yes | Condition: New | Sold by: rareandunlimited
(0) (0) !

by bigbeal982
Mar 01, 2021
**Item was what I expected**
Verified purchase: Yes | Condition: New | Sold by: 7thstent
(0) (0) !

by pablo_pr2014
Mar 15, 2021
**Perfecto**
Perfecto
Verified purchase: Yes | Condition: New | Sold by: firemasc
(0) (0) !

Back to home page | See More Details about "BCW Thick Card Topload Holder, 197 Point Cards" Return to top
More to explore : BCW Sports Trading Card Toploaders & Holders, BCW Sports Trading Card Toploaders & Holders with Features For Extra Thick Cards, BCW Gold Sports Trading Card Toploaders & Holders, BCW Sports Trading Card Toploaders & Holders for Tall, BCW Screwdown Holder Sports Trading Card Toploaders & Holders with Features For Extra Thick Cards, BCW Magnetic Holder Sports Trading Card Toploaders & Holders, Sports Trading Card Toploaders & Holders, Magnetic Holder Sports Trading Card Toploaders & Holders, Gold Sports Trading Card Toploaders & Holders, Sports Trading Card Toploaders & Holders for Standard





 **Checkout**

How do you like our checkout? Give us feedback

**Pay with**

○ Add new card
VISA ● ● ●

○ **PayPal**

○ **PayPal** CREDIT
Special financing available.
Apply now. See terms

○ GPay Google Pay

**Ship to**
Clerk2 Clerk2
161 North Clark St.
Chicago, IL 60601-3206
United States
(312) 375-1573
Change

**Review item and shipping**
Seller: *electric*t...    Message to seller

BCW 3X4 Thick Card Topload Holder 197 PT
Toploader (10) Per Pack Sports Gaming
**$7.66**
$8.15

Quantity
1 ▼

**Delivery**
● Est. delivery: Jul 22 – Jul 25
USPS Ground Advantage
Free

○ Est. delivery: Jul 22 – Jul 25
USPS Priority Mail
$8.99

○ Est. delivery: Jul 22 – Jul 25
Expedited Shipping
$39.99

Save up to 6%

**Gift cards, coupons, eBay Bucks**

Enter code        Apply

**Donate to charity (optional)** ⓘ

Motorsports Charities, Inc.

The NASCAR Foundations improves the lives of children in our NASCAR communities.
Helping children survive and thrive. That's our checkered flag! PayPal Giving Fund
(PPGF) receives your donation and grants 100% to a charity no later than 30 days after
the end of the month in which the donation is made. Donations are non-refundable
and typically tax deductible. PPGF may be unable to grant funds to a charity if the
charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount    None ▼

| Subtotal (1 item) | $7.66 |
|---|---|
| Shipping | Free |
| Tax* | $0.79 |
| **Order total** | **$8.45** |

*We're required by law to collect sales tax
and applicable fees for certain tax
authorities. Learn more

🔒 Confirm and pay

Select a payment option

ebay MONEY BACK GUARANTEE
See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice





SAVE UP TO 10% WHEN YOU BUY MORE

Have one to sell? Sell now

## 10 BCW 108pt THICK TOPLOADERS Trading Card Sports Relic Jersey Toploader 1 Pack

Condition: New

Bulk savings: Buy 1 $7.43/ea | Buy 2 $7.13/ea | Buy 3 $6.84/ea

4 or more for $6.69/ea

Quantity: 1 More than 10 available / 374 sold

Price: US $7.43/ea

Buy It Now
Add to cart
Add to watchlist

**This one's trending.** 374 have already sold.

**Breathe easy.** Free shipping and returns.

Shipping: **Free** Standard Shipping. See details
Located in: Allentown, Pennsylvania, United States

Delivery: Estimated between **Wed, Jul 19** and **Fri, Jul 21** to 60601

Returns: 30 days returns. Seller pays for return shipping. See details

Payments: PayPal, G Pay, VISA, Mastercard, American Express, Discover

PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Seller information**
lmdkj_liquidators (3364)
99.7% positive feedback

Save seller
Contact seller
Visit store
See other items

## Similar sponsored items

See all

Feedback on our suggestions

4PK NEW SEALED BCW 108 PT THICK TOP LOADERS 10 CT/PACK 40 TOTAL MS
New
**$18.99**
Free shipping
Top Rated Plus
Seller with a 99.8% positive feedback

BCW 3X4 Toploaders PREMIUM 20pt Point 4 Packs of 25 for Standard Cards 100 Total
New
**$17.53**
Free shipping
Top Rated Plus
**87 sold**

BCW 3X4 Thick Card Toploaders 1 Pack of 10 for up to 240pt Cards
New
**$8.75**
Free shipping
Top Rated Plus
**72 sold**

10 BCW 138pt 3.5MM THICK TOPLOADERS NEW Trading Card Holder Sport Jersey Topload
New
**$9.29**
Free shipping
Top Rated Plus
**27 sold**

BCW 3X4 Thick Card Toploaders 1 Pack of 10 for up to 168pt Cards
New
**$6.90**
Free shipping
Top Rated Plus
**447 sold**

BC
of 1
Ne
$5
Fre
44

## Sponsored items customers also bought

See all

Feedback on our suggestions

30 NEW Toploader Top Loaders Card Sleeves for Sports/Trading Cards 3x4 Storage
New
**$8.99**
Free shipping
**1390 sold**

25 Ultra CBG 2.5mm 100pt Pro Top Loaders Toploaders Topload Thick Jersey Cards
New
**$7.68**
Free shipping
Direct from Columbia Sports Cards
**4033 sold**

ULTRA PRO TOBACCO Allen & Ginter CARD 25 TOPLOADERS & 100 SLEEVES COMBO PACK
New
**$12.99**
Free shipping
**20 sold**

20 × Large Size Trading Card Stands Most Durable Display Coins Cards Holder US
New
**$7.99**
~~$8.88~~ 10% off
Free shipping
Top Rated Plus

1000 Regular Card 3 x 4 Toploaders New top loaders + 1000 Ultra Pro Soft Sleeves
New
**$89.99**
~~$279.99~~ 68% off
Free shipping
Direct from Columbia Sports Cards

100
Ca
Ne
$7
Fre
27

About this item | Shipping, returns & payments

Report this item

Seller assumes all responsibility for this listing.
Last updated on Apr 01, 2023 09:10:14 PDT View all revisions

eBay item number: **233772508356**

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more | Brand | BCW |
| Type | Toploader | Country/Region of Manufacture | Jersey |
| Compatible Card Thickness | 108 Pt. | | |

## Item description from the seller

Doe 80

10 BCW 108pt. THICK TOPLOADERS Trading Card Sports Relic Jersey Toploader

1 Pack of 10

1 Pack of 10

Holds Jersey Cards, Memorabilia Cards, Sports Cards, and other Trading Cards that are standard size and up to 108pt. thickness

Fast Shipping

1 Pack of 10

1 Pack of 10



Back to home page

More to explore :   BCW Sports Trading Card Toploaders & Holders ,   BCW Sports Trading Card Toploaders & Holders with Features For Extra Thick Cards ,   BCW Gold Sports Trading Card Toploaders & Holders ,
BCW Sports Trading Card Toploaders & Holders for Tall ,   BCW White Sports Trading Card Toploaders & Holders ,   Sports Trading Card Toploaders & Holders ,   Gold Sports Trading Card Toploaders & Holders ,
Black Sports Trading Card Toploaders & Holders ,   Blue Sports Trading Card Toploaders & Holders ,   Sports Trading Card Toploaders & Holders for Tall

Return to top

About eBay     Announcements     Community     Security Center     Seller Center     Policies     Affiliates     Help & Contact     Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices      and AdChoice

 **Checkout**

How do you like our checkout? [Give us feedback](#)

**Pay with**

○ Add new card


○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

○ G Pay  Google Pay

**Ship to**

Clerk2 Clerk2
161 North Clark St.
Chicago, IL 60601-3206
United States
(312) 375-1573
Change

**Review item and shipping**

Seller: imdkj_liqui...   Message to seller

10 BCW 108pt THICK TOPLOADERS Trading Card
Sports Relic Jersey Toploader 1 Pack
**$7.43**

Quantity
1

**Delivery**
Est. delivery: Jul 19 – Jul 21
USPS First Class
**Free**

**Gift cards, coupons, eBay Bucks**

Enter code:        Apply

**Donate to charity (optional)** ⓘ

ASPCA

Can you spare some change for animals in need? Add a donation to the ASPCA now.
PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no
later than 30 days after the end of the month in which the donation is made. Donations
are non-refundable and typically tax deductible. PPGF may be unable to grant funds
to a charity if the charity has lost tax exempt status, has closed, or no longer accepts
funds from PPGF.

Select amount    None

| Subtotal (1 item) | $7.43 |
| Shipping | Free |
| Tax* | $0.76 |
| **Order total** | **$8.19** |

*We're required by law to collect sales tax
and applicable fees for certain tax
authorities. Learn more

🔒 Confirm and pay

Select a payment option

eBay MONEY BACK GUARANTEE
See details

? 

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ



The seller is away until Jul 31, 2023. Add this item to your watchlist to keep track of it.

Have one to sell? Sell now

## Trading Card Sleeves Hard Plastic Clear Case Holder 100 Baseball Cards Topload

Condition: New

Quantity: 1 Last One / 45 sold

Price: US $17.37

Add to cart

Add to watchlist

**This one's trending.** 45 have already sold.

**Breathe easy.** Returns accepted.

Shipping: **Free** Economy Shipping. See details
Located in: Los Angeles, California, United States

Delivery: Estimated between **Fri, Aug 4** and **Wed, Aug 9** to 60601
This item has an extended handling time and a delivery estimate **greater than 19 business days.**

Returns: 30 days returns. Buyer pays for return shipping. See details

Payments: PayPal G Pay VISA

PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Seller information**
loaaistore (328)
98.4% positive feedback

Save seller
Contact seller
Visit store
See other items

## Similar sponsored items

See all >

Feedback on our suggestions

Trading Card Sleeves Hard Plastic Clear Case Holder 100 - Baseball Cards Topload
New
**$15.55**
Free shipping
**32 sold**

✅Trading Card Sleeves Hard Plastic Clear Case Holder 100 Baseball Cards Topload✅
New
**$16.80**
Free shipping
Seller with a 100% positive feedback

100 Standard Size 3x4 Top Loaders w/ 100 Soft Sleeves Fits Standard Size Cards
New
**$0.99**
1 bid
+ $9.99 shipping
Top Rated Plus
Seller with a 100% positive feedback

Trading Card Sleeves Hard Plastic Clear Case Holder 100 Baseball Cards Topload!!
New
**$15.25**
Free shipping
**32 sold**

Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading✅✅✅
New
**$14.99**
Free shipping
**39 sold**

Tra Cle Top Ne $1 Fre Se

## Sponsored items customers also bought

See all >

Feedback on our suggestions

✅Trading Card Sleeves Hard Plastic Clear Case Holder 100 Baseball Cards Topload✅
New
**$16.80**
Free shipping
Seller with a 100% positive feedback

Trading Card Sleeves Hard Plastic Clear Case Holder 100 - Baseball Cards Topload
New
**$15.55**
Free shipping
**32 sold**

Trading Card Sleeves Hard Plastic Topload Clear Case Holder 200 Baseball Cards
New
**$32.99**
**Free 2-3 day shipping**
Top Rated Plus
**44 sold**

Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading✅✅✅
New
**$14.99**
Free shipping
**39 sold**

Trading Card Sleeves Hard Plastic Clear Case Holder 25 Baseball Cards Top load
New
**$8.49**
**Free 2-3 day shipping**
**4166 sold**

100 Ho Sle Ne $1 $17 Fre

About this item | Shipping, returns & payments

Report this item

Seller assumes all responsibility for this listing.

eBay item number: **225481003340**

Last updated on Jul 09, 2023 14:46:24 PDT View all revisions

### Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more | Brand | Does not apply |
| Type | Toploader | Color | Clear |
| Material | Plastic | Year Manufactured | 2022 |
| Number of Toploaders/Card Holders | 100 | Compatible Card Thickness | Does Not Apply |
| UPC | 313023931931 | ISBN | Does not apply |
| EAN | 0313023931931 | | |

### Item description from the seller





loaaistore

Feel Free to Contact us USA 24

large image 1

thumbnail 1

# Trading Card Sleeves Hard Plastic Clear Case Holder 100 Baseball Cards Topload

100 Holders Total. Topload, open on the short side Each card holder holds a standard trading card - Up to 20 pts 12-mil thickness panels made of high-quality, rigid PVC. Exterior Dimensions: 3" x 4-1/16" Interior Dimensions: 2-3/4" x 3-7/8"

Description Payment Shipping

100 Holders Total. Topload, open on the short side Each card holder holds a standard trading card - Up to 20 pts 12-mil thickness panels made of high-quality, rigid PVC. Exterior Dimensions: 3" x 4-1/16" Interior Dimensions: 2-3/4" x 3-7/8"

Free Shipping

Quality Products

24/7 Support

Listings Feedback loaaistore Contact Store

Addtowatchlist © 2023 All Rights Reserved

## Loaai store

**98.4%** Positive Feedback
**1.1K** Items sold

Visit store
Contact
Save seller

### Detailed seller ratings

Average for the last 12 months

| | |
|---|---|
| Accurate description | 4.9 |
| Reasonable shipping cost | 5.0 |
| Shipping speed | 5.0 |
| Communication | 4.9 |

### Popular categories from this store See all

Collectibles, Crafts, Everything Else, Travel, Clothing, Shoes & Accessories, Toys & Hobbies, Video Games & Consoles, Dolls & Bears, Pet Supplies

### Seller feedback (316)

This item (17) All items (316)

8***a (56) • Past month
good experience and good stuff

b***e (3524) • Past month
A++++ Super fast shipping! Product was exactly as described! I cannot recommend this seller enough!!

e***8 (846) • Past month
Thank you ! Great seller!!

See all feedback

Back to home page Return to top

More to explore : Sports Trading Card Toploaders & Holders, Magnetic Holder Sports Trading Card Toploaders & Holders, Gold Sports Trading Card Toploaders & Holders, BCW Sports Trading Card Toploaders & Holders, Sports Trading Card Toploaders & Holders for Standard, Screwdown Holder Sports Trading Card Toploaders & Holders, Ultra PRO Sports Trading Card Toploaders & Holders, Semi-Rigid Holder Sports Trading Card Toploaders & Holders, BCW Magnetic Holder Sports Trading Card Toploaders & Holders, Sports Trading Card Toploaders & Holders with UV Protection

About eBay Announcements Community Security Center Seller Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

Hi Clerk2! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

Shop by category | Search for anything | All Categories | Search | Advanced

Back to home page | Listed in category: Sporting Goods > ... > Storage & Display Supplies > Card Toploaders & Holders > See more BCW 1-TLCH-TH-1.5M... Share | Add to Watchlist

**SAVE UP TO 15% WHEN YOU BUY MORE**

Hover to zoom

Have one to sell? Sell now

## 59 pt 3 x 4 x 1.5mm Thick Card Toploader 59 point 25ct pack BCW 1-TLCH-TH-1.5MM

23 product ratings

Condition: New

Bulk savings: Buy 1 $4.99/ea | Buy 2 $4.49/ea

3 or more for $4.24/ea

Quantity: 1 10 available / 42 sold

Price: US $4.99/ea

Buy It Now

Add to cart

Add to watchlist

**This one's trending.** 42 have already sold.

**Breathe easy.** Returns accepted.

Shipping: US $3.99 Standard Shipping. See details
Located in: Cookeville, Tennessee, United States

Delivery: Estimated between **Mon, Jul 17** and **Wed, Jul 19** to 60601

Returns: 30 days returns. Seller pays for return shipping. See details

Payments: PayPal, G Pay, VISA, Mastercard, American Express, Discover

PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Shop with confidence

Top Rated Plus
Trusted seller, fast shipping, and easy returns.
Learn more

**Seller information**
luvrc (99253)
100% positive feedback

Save seller
Contact seller
Visit store
See other items

## Similar sponsored items See all

Feedback on our suggestions

BCW 3" x 4" Topload for Standard Trading Cards | Up to 20 pts | 25-Count
New
$6.72
Free shipping
Last one

BCW 3X4 Thick Card Toploaders 1 Pack of 10 for up to 138pt Cards
New
$6.85
Free shipping
Top Rated Plus
600 sold

(25)BCW 3" x 4" Topload Card Holder for Standard Sized Trading Cards Top Loader
New
$6.98
Free shipping
Top Rated Plus
89 sold

4PK NEW SEALED BCW 108 PT THICK TOP LOADERS 10 CT/PACK 40 TOTAL MS
New
$18.99
Free shipping
Top Rated Plus
Seller with a 99.8% positive feedback

25-Ultra Pro 3X4 Platium Toploaders 35pt for Standard Sized Cards Factory Sealed
New
$9.49
Free shipping
Seller with a 100% positive feedback

## Sponsored items customers also bought See all

Feedback on our suggestions

BCW 3X4 Thick Card Toploaders 1 Pack of 10 for up to 138pt Cards
New
$6.85
Free shipping
Top Rated Plus
600 sold

BCW 3" x 4" Topload for Standard Trading Cards | Up to 20 pts | 25-Count
New
$6.72
Free shipping
Last one

25 Ultra CBG 2.5mm 100pt Pro Top Loaders Toploaders Topload Thick Jersey Cards
New
$7.68
Free shipping
Direct from Columbia Sports Cards
4035 sold

100 Ultra Pro Regular 3 x 4 Toploaders New top loaders + 100 soft sleeves
New
$17.95
~~$17.99~~ 0% off
Free shipping
Direct from Columbia Sports Cards

Ultra Pro 3X4 GOLD ROOKIE 35pt Toploaders 1 Pack of 25 for Standard Sized Cards
New
$6.14
Free shipping
Top Rated Plus
1233 sold

About this item | Shipping, returns & payments | Report this item

Seller assumes all responsibility for this listing. eBay item number: 275184945273
Last updated on Jul 13, 2023 13:42:55 PDT View all revisions

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more | Card Holder Type | Toploader |
| Compatible Card Size | 59pt Thick | Color | Clear |
| Material | Rigid PVC | Country/Region of Manufacture | China |
| Number of Toploaders/Card Holders | 25 | Compatible Card Thickness | 59 Pt. |
| UPC | 0722626902321 | Brand | BCW |
| Type | Rigid | MPN | 1TLCHTH15MM |
| Features | UV Protection | | |

## About this product

### Product Identifiers

| | | | |
|---|---|---|---|
| Brand | BCW | MPN | 1TLCHTH15MM |
| GTIN | 0722626902321 | UPC | 0722626902321 |









eBay Product ID (ePID)    735642613

**Product Key Features**

| Features | UV Protection | Type | Rigid |
|---|---|---|---|

**Additional Product Features**

| Size | Thick | Border Color | Clear |
|---|---|---|---|

### Item description from the seller

The BCW 3x4 thick toploaders are designed to hold cards that are thicker than standard trading cards. The phrase 'thicker cards' includes a wide variety of special patch, jersey, swatch, relics, memorabilia, and game-used fragments cards.

BCW 3x4 top loading card holders are made of high-quality, rigid PVC. These toploading holders are some of the most popular rigid individual card holders in the collectible card industry. Use this product to protect, store or display your collectible cards.

- Holds a thick trading card - up to 138 pts
- Open on the short side
- Crystal clear PVC

Exterior Dimensions:  3 x 4 x 1/8
Interior Dimensions:  2 3/4 x 3 7/8



**LuvRC**
100% Positive Feedback
275K items sold

Visit store
Contact
♡ Save seller

**Detailed seller ratings**
Average for the last 12 months

| Accurate description | —————— | 5.0 |
| Reasonable shipping cost | —————— | 4.9 |
| Shipping speed | —————— | 5.0 |
| Communication | —————— | 5.0 |

**Popular categories from this store**    See all

Aircraft & Vehicle KITS    Airplane Parts & Accessories

Batteries & Accessories    Boat Kits & Parts    Bodies, Wheels, & Tires

Chargers & Accessories    Collectibles and Accessories

Crawler Parts & Accessories    Grease / Lube / Oil / Glue

**Seller feedback** (117,187)

This item (7)    All items (117,187)

● 0***e (190) • Past month
Quick delivery. Product exactly as advertised. Overall great experience, I would buy from them again.

● a***s (939) • Past 6 months
Nice item, packed well, shipped fast AAAAA

● a***4 (1266) • Past 6 months
Thanks!!!!

See all feedback

### Ratings and Reviews    Learn more

Write a review



**5.0**
★★★★★
23 product ratings

| ● 5 | ——————— | 23 |
| ● 4 | | 0 |
| ● 3 | | 0 |
| ● 2 | | 0 |
| ● 1 | | 0 |

**Most relevant reviews**    See all 18 reviews

★★★★★
by johnsfac_bskcn0e
Feb 12, 2019
**The Next Size up from Standard.**
Great Product, If your looking for a top-loader for card protection. This is the next size up from your standard trading card.
Verified purchase: Yes | Condition: New | Sold by: shanggaming

★★★★★
by fromthé0
Apr 16, 2020
**Great product, fair price, highly recommend.**
I have converted my Pokemon card collection from 20pt standard holders to BCW 59pt toploaders. I found the BCW 59pt toploaders to be better quality and more convenient to use, especially with penny sleeves.
Verified purchase: Yes | Condition: New | Sold by: Trkstert

★★★★★
by jacryl230
Nov 07, 2015
**BCW - The Only Brand In Trading Card Peraphernalia**
I have been using BCW for all my trading card extras, from toploaders to sleeves, to team set bags. No other brand comes close.
Verified purchase: Yes | Condition: New | Sold by: hobby'suppliers

★★★★★
by skismer5
Aug 05, 2020
**Great product great price.**
These are great card holders and are a great value for the price. I don't use any other card holders for my collection.
Verified purchase: Yes | Condition: New | Sold by: mugshank

★★★★★
by bricklaxytrucker
Sep 14, 2020
**Perfect for Allen & Ginter relics**
Bought these for my A&G boxes coming in, my thin relics from last year perfectly however they aren't thick enough for Leather and Lumber or Donruss relics. My Topps Xmas fit nicely but not manufactured Topps relics.
Verified purchase: Yes | Condition: New | Sold by: bleacher seats

Back to home page  |  See More Details about "BCW 1-TLCH-TH-13MM 59 Pt. Thick Card Topload Holder"    Return to top
More to explore :  BCW Sports Trading Card Toploaders & Holders with Features for Extra Thick Cards,   BCW Sports Trading Card Toploaders & Holders,
BCW Screwdown Holder Sports Trading Card Toploaders & Holders with Features For Extra Thick Cards,   BCW Magnetic Holder Sports Trading Card Toploaders & Holders with Features For Extra Thick Cards,
BCW Semi Rigid Holder Sports Trading Card Toploaders & Holders with Features for Extra Thick Cards,   BCW Sports Trading Card Toploaders & Holders for Tall,   BCW Magnetic Holder Sports Trading Card Toploaders & Holders,
Sports Trading Card Toploaders & Holders with Features for Extra Thick Cards,   1 of 1 Card Attributes Sports Trading Cards & Accessories,   1 of 1 Original Sports Trading Cards & Accessories

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

Case: 1:24-cv-07259 Document #: 1-4 Filed: 08/14/24 Page 140 of 241 PageID #:331

 Checkout

How do you like our checkout? [Give us feedback](#)

## Pay with

○ Add new card
   VISA   ●●   AMEX   DISCOVER

○ **PayPal**

○ **PayPal CREDIT**
   Special financing available.
   Apply now. [See terms](#)

○ G Pay   Google Pay

## Ship to

Clerk2 Clerk2
161 North Clark St.
Chicago, IL 60601-3206
United States
(312) 375-1573
[Change](#)

## Review item and shipping

Seller: luvrc    [Message to seller](#)



59 pt 3 x 4 x 1.5mm Thick Card Toploader 59 point
25ct pack BCW 1-TLCH-TH-1.5MM
**$4.99**

Quantity
1 ▼

### Delivery

⦿ Est. delivery: Jul 17 – Jul 19
   USPS Ground Advantage
   $3.99

○ Est. delivery: Jul 17 – Jul 19
   USPS Priority Mail Padded Flat Rate Envelope
   $9.95

## Gift cards, coupons, eBay Bucks

Enter code: [_____]   [ Apply ]

## Donate to charity (optional) ⓘ

**ASPCA**

Can you spare some change for animals in need? Add a donation to the ASPCA now.
PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no
later than 30 days after the end of the month in which the donation is made. Donations
are non-refundable and typically tax deductible. PPGF may be unable to grant funds
to a charity if the charity has lost tax exempt status, has closed, or no longer accepts
funds from PPGF.

Select amount   None ▼

---

| | |
|---|---|
| Subtotal (1 item) | $4.99 |
| Shipping | $3.99 |
| Tax* | $0.92 |
| **Order total** | **$9.90** |

*We're required by law to collect sales tax
and applicable fees for certain tax
authorities. [Learn more](#)

[ 🔒 Confirm and pay ]

**Select a payment option**

ebay MONEY BACK GUARANTEE
[See details](#)

⊙?

Copyright © 1995-2023 eBay Inc. All Rights Reserved. [Accessibility](#), [User Agreement](#), [Privacy](#), [Payments Terms of Use](#), [Cookies](#), [Your Privacy Choices](#) and [AdChoice](#) ⓘ



Pack of 10 BCW Booklet Trading Card Hard Plastic Topload Holders Protectors | eBay

Hi Clerk2! Daily Deals Help & Contact

Sell Watchlist My eBay



ebay

Search for anything                          All Categories

Back to home page | Listed in category: Sporting Goods › ⋯ › Sports Trading Cards › Storage & Display Supplies › Card Toploaders & Holders

Share | Add to Watchlist




Have one to sell? **Sell now**

### Pack of 10 BCW Booklet Trading Card Hard Plastic Topload Holders Protectors

☆☆☆☆☆ Be the first to write a review

Condition: New

Quantity: 1    6 available / 4 sold

Price: **US $12.99**

**Buy It Now**

**Add to cart**

♡ Add to watchlist

🚚 Fast and reliable. Ships from United States.

Shipping: **Free 2-3 day shipping**
Get it between **Sat, Jul 22** and **Mon, Jul 24** to 60601. See details
Located in: Columbus, Mississippi, United States

Returns: Seller does not accept returns. If the item you received doesn't match the listing description, your purchase may be eligible for eBay Money Back Guarantee if the return request is made within 3 days from delivery. See details

Payments: PayPal  GPay  VISA  Mastercard  AMEX  DISCOVER

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Seller information**
sipsportscards (14814) ⭐
99.5% positive feedback

♡ Save seller
Contact seller
Visit store
See other items

## Similar sponsored items    See all ›

Feedback on our suggestions







| BCW Trading Card Dividers - (1) Pack (10) Per Pack - FREE FAST SHIPPING | BCW 3x4 Topload Card Holder - Premium- Thicker Clearer Panels | (Pack of 25) BCW 3x7 Ticket Toploaders - Tickets and Stubs 3" x 7" Rigid Holders | Pack /25 BCW Hard Plastic Baseball Trading Card Topload Holders 12 mil protector | 1 ULTRA PRO 9x11.5 PROGRAM 10MM TOPLOADER NEW Photo Collectible Rigid Magazine | |
| --- | --- | --- | --- | --- | --- |
| New | New | New | New | New | |
| $4.29 | $6.25 | $11.99 | $8.49 | $10.99 | |
| Free shipping | Free shipping | + $6.98 shipping | Free shipping | Free shipping | |
| 226 sold | Top Rated Plus | 42 sold | Top Rated Plus | Top Rated Plus | |
| | 27 sold | | 6990 sold | 125 sold | |

## Sponsored items customers also bought      See all >

Feedback on our suggestions






| Trading Card Sleeves Hard Plastic Topload Clear Case Holder 200 Baseball Cards | BCW 3x4 Topload Card Holder - Premium- Thicker Clearer Panels | BCW 3X4 Thick Card Toploaders 1 Pack of 10 for up to 138pt Cards | 25 Ultra CBG 2.5mm 100pt Pro Top Loaders Toploaders Topload Thick Jersey Cards | Coin Slab / Graded Card Display Easel Stand 20 BCW Clear Stands Hold Toploader | |
| --- | --- | --- | --- | --- | --- |
| New | New | New | New | New | |
| $32.99 | $6.25 | $6.85 | $7.68 | $10.88 | |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | |
| Top Rated Plus | Top Rated Plus | Top Rated Plus | Direct from Columbia Sports Cards | 124 sold | |
| 60 sold | 27 sold | 602 sold | 4068 sold | | |

---

| About this item | Shipping, returns & payments |
| --- | --- |

Report this item

Seller assumes all responsibility for this listing.

eBay item number: 385619205310

## Item specifics

| | |
| --- | --- |
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more |
| Brand | BCW |
| Type | Toploader |
| Compatible Card Size | Booklet |
| Color | Clear |
| Material | Plastic |
| Number of Toploaders/Card Holders | 10 |
| Compatible Card Thickness | 197 Pt. |
| UPC | 722626909405 |

## Item description from the seller

Sealed package of BCW Booklet Card Toploaders. 73/8 x 2.5. Free shipping.



**sipsportscards**

99.5% Positive Feedback
15K Items sold

Visit store

Contact

♡ Save seller

## Detailed seller ratings

Average for the last 12 months

| | |
|---|---|
| Accurate description | 4.9 |
| Reasonable shipping cost | 4.8 |
| Shipping speed | 5.0 |
| Communication | 4.9 |

## Seller feedback (12,815)

This item (2)   All items (12,815)

➕ e***y (489) • Past month

Great seller fast shipping

➕ b***u (2308) • Past 6 months

Thanks

See all feedback

## Popular categories from this store   See all

Collectibles   Sports Mem, Cards & Fan Shop

★★★★★
No ratings or reviews yet

Be the first to write a review.

Back to home page                                                                                    Return to top

More to explore :   BCW Sports Trading Card Toploaders & Holders,   BCW Sports Trading Card Toploaders & Holders for Tall,   BCW Gold Sports Trading Card Toploaders & Holders,
BCW Magnetic Holder Sports Trading Card Toploaders & Holders,   BCW Sports Trading Card Toploaders & Holders for Standard,   Magnetic Holder Sports Trading Card Toploaders & Holders,
Sports Trading Card Toploaders & Holders for Standard,   Black Sports Trading Card Toploaders & Holders,   Ultra PRO Sports Trading Card Toploaders & Holders,
Semi-Rigid Holder Sports Trading Card Toploaders & Holders

About eBay   Announcements   Community   Security Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices 🔵 and AdChoice ⓘ

 **Checkout**

How do you like our checkout? [Give us feedback](#)

To add more items, [go to cart](#).

## Pay with

○ **Add new card**


○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. [See terms](#)

○ **G Pay** Google Pay

## Ship to

Clerk2 Clerk2
161 North Clark St.
Chicago, IL 60601-3206
United States
(312) 375-1573
[Change](#)

## Review item and shipping

Seller: sipsportscards  |  [Message to seller](#)


Pack of 10 BCW Booklet Trading Card Hard Plastic Topload Holders Protectors
**$12.99**

| Quantity |
| --- |
| 1 ⌄ |

**Delivery**
Free 2-3 day shipping
Get it by Jul 22 – Jul 24
USPS First Class

## Gift cards, coupons, eBay Bucks

---

| Subtotal (1 item) | $12.99 |
| --- | --- |
| Shipping | Free |
| Tax* | $1.33 |

**Order total**      **$14.32**

*We're required by law to collect sales tax and applicable fees for certain tax authorities. [Learn more](#)

🔒 **Confirm and pay**

**Select a payment option**



ebay MONEY BACK GUARANTEE
[See details](#)

7/20/23, 12:12 PM
Case: 1:24-cv-07259 Document #: 1-4 Filed: 08/14/24 Page 145 of 241 PageID #:336
Order with eBay

| Enter code: | Apply |
|---|---|

## Donate to charity (optional) ⓘ

**Motorsports Charities, Inc.**

The NASCAR Foundations improves the lives of children in our NASCAR communities. Helping children survive and thrive. That's our checkered flag! PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount    None ⌄

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices ✓✗ and AdChoice ⓘ



Hi Clerk2! Daily Deals Brand Outlet Gift Cards Help & Contact Sell Watchlist My eBay

Shop by category | Search for anything | All Categories | Search

Back to previous page · Collectibles & Art > ... > Sports Trading Cards > Storage & Display Supplies > Card Toploaders & Holders Share · Add to Watchlist

Have one to sell? Sell now

## (5) BCW Tall Card Toploader and Sleeves Set in Loose Bag Flat Shipping !READ!Pls

Mahisamk (2710)
100% positive · Seller's other items · Contact seller

**US $3.95**

Condition: **New**

Quantity: 1 More than 10 available / 73 sold

Buy It Now

Add to cart

Add to watchlist

**This one's trending.** 73 have already sold.

Shipping: **US $4.50** Standard Shipping. See details
Located in: Blacklick, Ohio, United States

Delivery: Estimated between **Thu, Feb 15** and **Sat, Feb 17** to 60601

Returns: Seller does not accept returns. If the item you received doesn't match the listing description, your purchase may be eligible for eBay Money Back Guarantee if the return request is made within 3 days from delivery. See details

Payments: PayPal G Pay VISA Mastercard AMEX Discover
PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

About this item | Shipping, returns, and payments | Report this item

Seller assumes all responsibility for this listing. eBay item number: 175154022841

Last updated on Jul 31, 2023 02:53:45 PDT View all revisions

## Item specifics

| | |
|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more |
| Card Holder Type | Top Load |
| Brand | BCW |
| Type | Toploader |
| Compatible Card Size | Tall |
| Color | Clear |
| Material | Rigid PVC |
| Number of Toploaders/Card Holders | 5 |
| Compatible Card Thickness | 35 Pt. |

## Item description from the seller

BCW Tall Card Toploader and Tall Card Sleeves Set - 5 Count

## !!!Please measure your cards and make sure it will fits before place an order!!!

**Sleeves and Toploader are new from Original packs, and never been used.**

**You will receive**

- 1 Single BCW Tall Card Toploader X 5
- 1 Single BCW Tall Card Sleeves X 5

**Product Description :**
**BCW 3.5" X 5" Toploader**
Holds tall basketball, Gameday football or Widevision Cards
Open on the short side
Exterior Dimensions: 3" x 5"
Interior Dimensions: 2 3/4" x 4 7/8"

**Tall Trading Card Sleeves**
Fits Topload Card Holder
Protect cards while handling
Exterior Dimensions: 2 5/8" X 4 13/16"

**\*\*\*Packaging\*\*\***
**5 Toploaders and 5 Sleeves will put in a Team bag. (See Picture)**

## Flat Shipping for Multiple Quantities order.

 \*\*Item will be shipped with Protection and Tracking\*\*

\*\*\*Item comes from a smoke and pet free environment\*\*\*

Shipping: Shipping will be via USPS Mail within 1 business days after payment is received.
Item only ships to confirmed Ebay address in the U.S. Excludes: US Protectorates, APO/FPO, Alaska/Hawaii.

Handing: Shipping Only through Monday to Friday. If you order after Friday 2:00 PM(EST), your order will ship on Next Monday(Tuesday if Long Weekend) Morning.

Returns/refunds: There is no Returns or Refunds on this item. Please contact if you have any problem with your orders.

### Mahisamk

100% Positive Feedback
12K items sold

Visit store

Contact

♡ Save seller

📅 Joined Apr 2006

### Detailed seller ratings
Average for the last 12 months

| | | |
|---|---|---|
| Accurate description | ▬▬▬▬ | 5.0 |
| Reasonable shipping cost | ▬▬▬▬ | 4.9 |
| Shipping speed | ▬▬▬▬ | 5.0 |
| Communication | ▬▬▬▬ | 5.0 |

### Popular categories from this store

See all

Collectibles  Toys & Hobbies  Video Games & Consoles  Sports Mem, Cards & Fan Shop  Dolls & Bears

### Seller feedback (4,966)

This item (24)    All items (4,966)

➕ i\*\*\*a (1350) •  Past month

Great product, carefully packed, fast shipping, thanks!

➕ e\*\*\*d (240) •  Past month

Awesome product, great service!!

➕ l\*\*\*u (73) •  Past year

Fast shipping. Item delivered was exactly as described. Would definitely buy again. Great product.

Doe 84

See all feedback

Back to previous page

Return to top

More to explore :   BCW Sports Trading Card Toploaders & Holders for Tall,   BCW Sports Trading Card Sleeves & Bags for Tall,   BCW Sports Trading Card Toploaders & Holders,   BCW Sports Trading Card Card Sleeves for Tall,   BCW Gold Sports Trading Card Toploaders & Holders,   BCW Sports Trading Card Sleeves & Bags,   BCW Magnetic Holder Sports Trading Card Toploaders & Holders,   Sports Trading Card Toploaders & Holders for Tall,   BCW Semi-Rigid Holder Sports Trading Card Toploaders & Holders,   BCW Sports Trading Card Team Set Bags

About eBay   Announcements   Community   Security Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice

 Checkout

How do you like our checkout? Give us feedback

**PayPal**  Buy with PayPal. It's fast and simple.

**Pay with**

○ Add new card
　VISA  Mastercard  AMEX  Discover

○ **PayPal** PayPal

○ PayPal Credit  Special financing available.
　Apply now. See terms

○ G Pay Google Pay

**Ship to**

Clerk2 Clerk2
161 North Clark St.
Chicago, IL 60601-3206
United States
(312) 375-1573
Change

**Review item and shipping**

Seller: mahisamk    Message to seller

(5) BCW Tall Card Toploader and Sleeves Set in Loose Bag Flat Shipping !READ!Pls
$3.95

Quantity
1

Delivery
Est. delivery: Feb 15 – Feb 17
USPS First Class
$4.50

**Gift cards, coupons, eBay Bucks**

Enter code:    Apply

**Donate to charity (optional)** ⓘ

Save a Child's Heart Foundation

Give $1 to help provide lifesaving heart surgery for children in need. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount    None

| | |
|---|---|
| Item (1) | $3.95 |
| Shipping | $4.50 |
| Tax* | $0.87 |
| **Order total** | **$9.32** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

**Confirm and pay**

Select a payment method

ebay MONEY BACK GUARANTEE
See details



Hi Clerk2! Daily Deals Brand Outlet Gift Cards Help & Contact Sell Watchlist My eBay

Shop by category Search for anything All Categories Search

Back to previous page · Collectibles & Art › ... › Sports Trading Cards › Storage & Display Supplies › Card Toploaders & Holders Share · Add to Watchlist

Have one to sell? Sell now

# BCW STANDARD 20 POINT 3 X 4 TOPLOAD CARD HOLDER 100 COUNT

Last item available

MAKOLLECTIBLES (22072)
100% positive · Seller's other items · Contact seller

**US $7.99**

Condition: **New**

Quantity: 1 Last One / 2 sold

Buy It Now

Add to cart

Add to watchlist

**Breathe easy.** Returns accepted.

Shipping: **US $7.00** Standard Shipping. See details
Located in: Gardena, California, United States

Delivery: Estimated between **Fri, Feb 16** and **Tue, Feb 20** to 60601

Returns: 30 days returns. Seller pays for return shipping. See details

Payments: PayPal Credit
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

Top Rated Plus
Trusted seller, fast shipping, and easy returns. Learn more

About this item | Shipping, returns, and payments | Report this item

Seller assumes all responsibility for this listing. eBay item number: **374982102936**

Last updated on Oct 11, 2023 07:39:31 PDT View all revisions

## Item specifics

| | |
|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more |
| Brand | BCW |
| Card Holder Type | Topload Card Holder |
| Type | Card Holder |
| Compatible Card Size | Standard |
| Color | Clear |
| Material | Rigid PVC |
| Year Manufactured | 2023 |
| Number of Toploaders/Card Holders | 100 |
| Country/Region of Manufacture | China |
| Compatible Card Thickness | 20 Pt. |

## Item description from the seller

WELCOME TO "MAKOLLECTIBLES"

UP FOR AUCTION/SALE IS THE FOLLOWING ITEM:

BCW 3 X 4 TOPLOAD CARD HOLDER - 20 POINT - 100 COUNT

10 MIL THICKNESS - CLEAR COLOR - FITS ALL STANDARD SIZE SPORTS CARDS AND TABLE CARD GAME CARDS (POKEMON, WEISS SCHWARZ, DRAGON BALL, MAGIC, YU-GI-OH! ETC)

EXTERIOR DIMENSIONS: 3 X 4 1/16

INTERIOR DIMENSIONS: 2 3/4 X 3 7/8

MADE OF PLASTIC/RIGID PVC

YOU WILL RECEIVED EXACTLY WHAT YOU SEE IN THE PHOTOS

WILL BE SHIPPED WITH USPS TRACKING.

COMES FROM A SMOKE/PET FREE HOME

WILL SHIP NEXT BUSINESS DAY

COMBINED SHIPPING IS AVAILABLE FOR ALL U.S. DOMESTIC SHIPPING. PLEASE WAIT FOR COMBINED SHIPPING INVOICE TO BE SENT TO YOU AFTER AUCTIONS HAVE CLOSED.

INTERNATIONAL BUYERS:

INTERNATIONAL SHIPPING IS AVAILABLE. SHIPPING COST AND SHIPPING SPEED WILL VARY WITH YOUR LOCATION.

ANY UNPAID PAYMENTS BY THE 4TH DAY WILL BE CANCELLED AND RE-LISTED.

PLEASE CHECK OUT ALL MY OTHER ITEMS LISTED IN MY STORE!

PLEASE FOLLOW MY STORE FOR DAILY NEW LISTINGS!

THANK YOU.



**MAKOLLECTIBLES**

100% Positive Feedback
63K items sold

Visit store

Contact

♡ Save seller

📅 Joined Mar 2013

**Detailed seller ratings**

Average for the last 12 months

| | |
|---|---|
| Accurate description | 5.0 |
| Reasonable shipping cost | 4.9 |
| Shipping speed | 5.0 |
| Communication | 5.0 |

**Popular categories from this store**                                      See all

Autograph/Relic/Patch Cards | BCW Card Supplies & Accessori... | Card Accessories & Supplies | Cardboard Gold | CGC Graded Cards | Coin Supplies / Accessories | Collectible Coins

DC Universe | DC Universe Cards

**Seller feedback** (28,480)

🟢 j***s (519) · Past 6 months

A+ seller, item description, fast shipping, packaged with care, and great price.

2000 WOTC POKEMON GYM CHALLENGE SABRINA'S GASTLY 96/132 COMMON (#355144619557)

🟢 c***i (106) · Past 6 months

Fast shipping and cards were packaged well so that is didn't get damaged during the shipping process. All of the cards were in great condition as described. Plus, the seller automatically combined shipping and kindly refunded the difference. I would definitely buy from this seller again!

2022 POKEMON BRILLIANT STARS OCTILLERY TG03/TG30 FULL ART ULTRA RARE (#175016247742)

🟢 p***z (353) · Past 6 months

Awesome seller! I had done multiple cards and submitted the order. I went to contact him later to see about consolidating the shipping and he had already done that and provided a refund. Great communication. The cards came packaged extremely well, best I have seen from anyone I have dealt with prior. Cant say good enough things. Appreciate the extras too!

2021 POKEMON CROWN ZENITH DEOXYS GG12/GG70 ULTRA RARE FULL ART (#374906785330)

[ See all feedback ]

More to explore :   BCW Sports Trading Card Toploaders & Holders for Standard,   BCW Sports Trading Card Toploaders & Holders,   BCW Black Sports Trading Card Toploaders & Holders for Standard,
BCW Magnetic Holder Sports Trading Card Toploaders & Holders for Standard,   BCW Screwdown Holder Sports Trading Card Toploaders & Holders for Standard,   BCW Magnetic Holder Sports Trading Card Toploaders & Holders for Standard,
BCW Sports Trading Card Toploaders & Holders for Tall,   BCW Semi-Rigid Holder Sports Trading Card Toploaders & Holders,   Sports Trading Card Toploaders & Holders for Standard,   Sports Trading Card Toploaders & Holders

About eBay     Announcements     Community     Security Center     Seller Center     Policies     Affiliates     Help & Contact     Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice

Doe 85

 **Checkout**

How do you like our checkout? Give us feedback

**PayPal** Buy with PayPal. It's fast and simple.



Pay with

○ Add new card
VISA ● ● ● DISCOVER

○ **PayPal** PayPal

○ **PayPal CREDIT** Special financing available.
Apply now. See terms

○ **G Pay** Google Pay

**Ship to**

Clerk2 Clerk2
161 North Clark St.
Chicago, IL 60601-3206
United States
(312) 375-1573
Change

**Review item and shipping**

Seller: makollectibles | Message to seller

**LAST ONE**

BCW STANDARD 20 POINT 3 X 4 TOPLOAD CARD
HOLDER 100 COUNT
**$7.99**

Quantity 1

Free returns

**Delivery**
Est. delivery: Feb 16 – Feb 20
USPS Ground Advantage
$7.00

**Gift cards, coupons, eBay Bucks**

Enter code: | Apply

**Donate to charity (optional)** ⓘ

Save a Child's Heart Foundation

Give $1 to help provide lifesaving heart surgery for children in need. PayPal
Giving Fund (PPGF) receives your donation and grants 100% to a charity no
later than 30 days after the end of the month in which the donation is
made. Donations are non-refundable and typically tax deductible. PPGF
may be unable to grant funds to a charity if the charity has lost tax exempt
status, has closed, or no longer accepts funds from PPGF.

Select amount | None ⌄

| Item (1) | $7.99 |
|---|---|
| Shipping | $7.00 |
| Tax* | $1.54 |

**Order total** | **$16.53**

*We're required by law to collect sales tax and
applicable fees for certain tax authorities. Learn more

🔒 Confirm and pay

Select a payment method

**ebay** MONEY BACK GUARANTEE
See details



Hi Clerk2! Daily Deals Brand Outlet Gift Cards Help & Contact Sell Watchlist My eBay

Shop by category | Search for anything | All Categories | Search

Back to previous page · Collectibles & Art > ... > Sports Trading Cards > Storage & Display Supplies > Card Toploaders & Holders Share · Add to Watchlist

**SAVE UP TO 6% WHEN YOU BUY MORE**

Have one to sell? Sell now

## 2 Packs BCW 108pt THICK TOPLOADERS Trading Card Sports Relic Jersey Toploader

markjf2859 (570)
100% positive · Seller's other items · Contact seller

**US $15.49/ea**

Condition: **New**

Quantity: 1 More than 10 available / 9 sold

Bulk savings:

| Buy 1 | Buy 2 | Buy 3 | 4 or more for |
|---|---|---|---|
| $15.49/ea | $15.18/ea | $14.87/ea | $14.56/ea |

Buy It Now

Add to cart

Add to watchlist

Shipping: **Free** Standard Shipping. See details
Located in: Fords, New Jersey, United States

Delivery: Estimated between **Fri, Feb 16** and **Thu, Feb 22** to 60601

Returns: Seller does not accept returns. If the item you received doesn't match the listing description, your purchase may be eligible for eBay Money Back Guarantee if the return request is made within 3 days from delivery. See details

Payments: PayPal G Pay VISA Mastercard AMEX DISCOVER
PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

About this item | Shipping, returns, and payments | Report this item

Seller assumes all responsibility for this listing. eBay item number: **265473751292**

Last updated on Nov 23, 2023 15:54:23 PST View all revisions

## Item specifics

| | |
|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more |
| Brand | BCW |
| Type | Toploader |
| Country/Region of Manufacture | Jersey |
| Number of Toploaders/Card Holders | 20 |
| Compatible Card Thickness | 108 Pt. |

## Item description from the seller

2 Packs BCW 108pt THICK TOPLOADERS Trading Card Sports Relic Jersey Toploader. In total, you'll receive 20 toploaders (10 each pack).

## markjf2859

100% Positive Feedback
1.3K items sold

☐ Joined Sep 2011

Seller's other items

Contact

♡ Save seller

### Detailed seller ratings

Average for the last 12 months

| | | |
|---|---|---|
| Accurate description | ▬▬▬ | 4.8 |
| Reasonable shipping cost | ▬▬▬ | 5.0 |
| Shipping speed | ▬▬▬ | 4.8 |
| Communication | ▬▬▬ | 4.9 |

### Seller feedback (424)

This item (3)    All items (424)

➕ f***f (1092) • Past 6 months

Great item!!

➕ 2***a (1159) • Past month

Quick service perfect

➕ e***a (14205) • More than a year ago

Thank you very much

See all feedback

Back to previous page

Return to top

More to explore :  BCW Sports Trading Card Toploaders & Holders,  BCW Sports Trading Card Toploaders & Holders with Features For Extra Thick Cards,
BCW Gold Sports Trading Card Toploaders & Holders,  BCW Sports Trading Card Toploaders & Holders for Tall,  BCW White Sports Trading Card Toploaders & Holders,
Sports Trading Card Toploaders & Holders,  Sports Trading Card Toploaders & Holders with Features for Extra Thick Cards,  BCW Semi-Rigid Holder Sports Trading Card Toploaders & Holders,
Gold Sports Trading Card Toploaders & Holders,  Sports Trading Card Toploaders & Holders for Tall

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices ⓥ and AdChoice ⓘ

 Checkout

How do you like our checkout? Give us feedback

**PayPal** Buy with PayPal. It's fast and simple.

**Pay with**

○ Add new card
  VISA ● ● ●

○ **PayPal** PayPal

○ Special financing available.
  Apply now. See terms

○ **G Pay** Google Pay

**Ship to**

Clerk2 Clerk2
161 North Clark St.
Chicago, IL 60601-3206
United States
(312) 375-1573
Change

**Review item and shipping**

Seller: markjf2859    Message to seller

2 Packs BCW 108pt THICK TOPLOADERS Trading Card
Sports Relic Jersey Toploader
$15.49

Quantity
1

**Delivery**
Free USPS First Class
Est. delivery: Feb 16 – Feb 22

**Gift cards, coupons, eBay Bucks**

Enter code:    Apply

**Donate to charity (optional)** ⓘ

Save a Child's Heart Foundation

Give $1 to help provide lifesaving heart surgery for children in need. PayPal
Giving Fund (PPGF) receives your donation and grants 100% to a charity no
later than 30 days after the end of the month in which the donation is
made. Donations are non-refundable and typically tax deductible. PPGF
may be unable to grant funds to a charity if the charity has lost tax exempt
status, has closed, or no longer accepts funds from PPGF.

Select amount    None

| | |
|---|---|
| Item (1) | $15.49 |
| Shipping | Free |
| Tax* | $1.59 |
| **Order total** | **$17.08** |

*We're required by law to collect sales tax and
applicable fees for certain tax authorities. Learn more

🔒 Confirm and pay

Select a payment method

**ebay** MONEY BACK GUARANTEE
See details

Case: 1:24-cv-07250 Document #: 14 Filed: 08/14/24 Page 157 of 241 PageID #:348



## 200 BCW 3x4 Regular Standard 35pt TOPLOADERS Top Loaders - Ships Next Day

US $35.99

### Similar sponsored items    See all >

    

Pack /25 BCW Hard Plastic Baseball Trading Card Topload Holders 12 mil protector
New
$8.49
Free shipping
Top Rated Plus
6991 sold

BCW 3X4 Toploader (2) Sports Gaming 20pt Card Holder 12 Mil Standard (25) Pack
New
$12.65
Free shipping
Top Rated Plus
Seller with a 99.8% positive feedback

100 Standard Size 3x4 Top Loaders w/ 100 Soft Sleeves Fits Standard Size Cards
New
$3.25
2 bids
+ $9.99 shipping
Top Rated Plus
Seller with a 100% positive feedback

Ultra Pro Top Loaders Regular 35pt 3x4 Toploaders 25, 50, 100, 200, 500, 1000
New
$31.95
Free shipping
Top Rated Plus
66 sold

25 BCW Topload Holders Standard 3x4 Trading Sport Card Rigid Game Sleeve
New
$7.68
Free shipping
21 sold

### Sponsored items inspired by your views    See all >

    

Combo Pack (25) Each Ultra-Pro Topload Card Holders / Soft Sleeves Toploaders
New
$7.99
Free shipping
145 sold

100 PRO SAFE 3x4 REGULAR TOPLOADERS NEW Rigid Clear Trading Card Sleeves Sports
New
$18.79
Free shipping
Top Rated Plus
55 sold

(50-Count) Ultra-Pro Premium Topload Trading Card Holders Heavy Gauge Toploaders
New
$12.99
Free shipping
25 sold

Ultra PRO 130pt TOPLOADERS Top Loaders for SUPER THICK cards 1 Pack of 10
New
$13.10
Free shipping
60 sold

500 BCW TOPLOAD CARD HOLDERS w/color border, WHITE, RED, BLUE, BLACK,GREEN, 3X4
New
$79.95
Free shipping
Seller with a 99.9% positive feedback

### Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more | Compatible Card Thickness | 35 Pt. |
| Card Holder Type | Semi-Rigid Holder | Material | Plastic, Rigid PVC |
| Storage Box Type | Top Loader | Card Capacity | 200 ct |
| Color | Clear | Compatible Card Size | Standard |
| Year Manufactured | 2021 | Number of Toploaders/Card Holders | 200 |
| UPC | 0722626902291 | Brand | BCW |
| Type | Rigid | MPN | 1TLCHN |

Item description from the seller

200 BCW 3x4 Regular Standard 35pt TOPLOADERS Top Loaders

Each order is for 8 packs of 25 Toploaders equaling 200.



More to explore :   BCW Sports Trading Card Toploaders & Holders for Standard,   BCW Black Sports Trading Card Toploaders & Holders for Standard,   BCW Sports Trading Card Toploaders & Holders,
BCW Screwdown Holder Sports Trading Card Toploaders & Holders for Standard,   BCW Magnetic Holder Sports Trading Card Toploaders & Holders for Standard,   BCW Sports Trading Card Toploaders & Holders for Tall,
BCW Magnetic Holder Sports Trading Card Toploaders & Holders,   BCW Semi-Rigid Holder Sports Trading Card Toploaders & Holders,   Sports Trading Card Toploaders & Holders for Standard,
Ultra PRO Sports Trading Card Toploaders & Holders for Standard,

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

 Checkout

How do you like our checkout? Give us feedback

## Pay with

○ Add new card 

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

○ G Pay Google Pay

## Ship to

Clerk2 Clerk2
161 North Clark St.
Chicago, IL 60601-3206
United States
(312) 375-1573
Change

## Review item and shipping

Seller: midwestcard...    Message to seller

200 BCW 3x4 Regular Standard 35pt TOPLOADERS Top Loaders -
Ships Next Day
**$35.99**
Quantity 1

**Delivery**
Free 2-3 day shipping
Get it by Jul 26 – Jul 27
UPS Ground

## Gift cards, coupons, eBay Bucks

Enter code:    Apply

Subtotal (1 item)          $35.99
Shipping                      Free
Tax*                         $3.69

Order total               $39.68

*We're required by law to collect sales tax
and applicable fees for certain tax
authorities. Learn more

🔒 Confirm and pay

Select a payment option

ebay MONEY BACK GUARANTEE
See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ



Hi Clerk2! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category Search for anything All Categories Search Advanced

Back to previous page | Listed in category: Sporting Goods > ... > Storage & Display Supplies > Card Toploaders & Holders > See more BCW 1-TLCH-TH-1.5M... Share | Add to Watchlist

The seller is away until Jul 19, 2023. If you buy this item, expect a delay in shipping.

**SAVE UP TO 7% WHEN YOU BUY MORE**

Have one to sell? Sell now

## BCW 3X4" Thick Card Toploaders-1 Pack of 25 for up to 59pt Point Cards - Sealed

★★★★★ 23 product ratings

Condition: New

Bulk savings: Buy 1 $2.99/ea | Buy 2 $2.90/ea | Buy 3 $2.84/ea

4 or more for $2.78/ea

Quantity: 1 More than 10 available

Price: **US $2.99/ea**

Buy It Now

Add to cart

Best Offer:

Make offer

Add to watchlist

**Fast and reliable.** Ships from United States.

Shipping: **US $6.40** Standard Shipping. See details
Located in: Denver, Colorado, United States

Delivery: Estimated between **Sat, Jul 22** and **Mon, Jul 24** to 60601

Returns: Seller does not accept returns. If the item you received doesn't match the listing description, your purchase may be eligible for eBay Money Back Guarantee if the return request is made within 3 days from delivery. See details

Payments: PayPal G Pay VISA Mastercard AmEx Discover

PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Seller information**
milehighcollectibles720 (108)
100% positive feedback

Save seller
Contact seller
See other items

## Similar sponsored items See all

Feedback on our suggestions

(25)BCW 3" x 4" Topload Card Holder for Standard Sized Trading Cards Top Loader
New
**$6.98**
Free shipping
Top Rated Plus
**89 sold**

BCW 3X4 Thick Card Toploaders 1 Pack of 10 for up to 197pt Cards
New
**$5.98**
Free shipping
Top Rated Plus
**452 sold**

44 ASSORTED USED MAGNETIC CARD HOLDERS 35-150PT.
Pre-owned
**$19.99**
1 bid
Free shipping
Seller with a 100% positive feedback

BCW 3X4 Thick Card Toploaders 1 Pack of 25 for up to 79pt Point Cards
New
**$8.97**
Free shipping
Top Rated Plus
**1094 sold**

BCW 3X4 Thick Card Toploaders 1 Pack of 10 for up to 108pt Cards
New
**$6.96**
Free shipping
Top Rated Plus
**250 sold**

BC of 1 Ne $6 Fre 60

## Sponsored items customers also bought See all

Feedback on our suggestions

Ultra Pro 3X4 GOLD ROOKIE 35pt Toploaders 1 Pack of 25 for Standard Sized Cards
New
**$6.14**
Free shipping
Top Rated Plus
**1239 sold**

Ultra Pro 3X4 NEW Regular Toploaders 35pt 1 Pack of 100 for Standard Sized Cards
New
**$15.00**
Free shipping
Top Rated Plus
**1223 sold**

100 Ultra Pro Regular 3 x 4 Toploaders New top loaders + 100 soft sleeves
New
**$17.95**
~~$17.99~~ 0% off
Free shipping
Direct from Columbia Sports Cards

BCW 3x4 Topload Card Holder - Premium- Thicker Clearer Panels
New
**$6.25**
Free shipping
Top Rated Plus
**27 sold**

Case 1000 Ultra CBG 3x4 Baseball Trading Card Topload Holders Pro Toploaders
New
**$74.39**
Free shipping
Direct from Columbia Sports Cards
**11850 sold**

UL CA CC Ne $1 Fre 20

About this item | Shipping, returns & payments

Report this item

Seller assumes all responsibility for this listing.

eBay item number: **145182745976**

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more | Compatible Card Size | 59pt |
| Size | Thick | Color | Clear |
| Material | Rigid PVC | Number of Toploaders/Card Holders | 25 |
| Border Color | Clear | Compatible Card Thickness | 59 Pt. |
| UPC | 0722626902321 | Brand | BCW |
| Type | Rigid | MPN | 1TLCHTH15MM |
| Features | UV Protection | | |









## About this product

### Product Identifiers

| | | | |
|---|---|---|---|
| Brand | BCW | MPN | 1TLCHTH15MM |
| GTIN | 0722626902321 | UPC | 0722626902321 |
| eBay Product ID (ePID) | 735642613 | | |

### Product Key Features

| | | | |
|---|---|---|---|
| Features | UV Protection | Type | Rigid |

### Additional Product Features

| | | | |
|---|---|---|---|
| Size | Thick | Border Color | Clear |

## Item description from the seller

You are buying/bidding on 1 Pack of BCW 3X4" Thick Card Toploaders - 1 Pack of 25 for up to 59pt Point Cards - Sealed NEW

The BCW 3x4 thick toploaders are designed to hold cards that are thicker than standard trading cards. The phrase 'thicker cards' includes a wide variety of special patch, jersey, swatch, relics, memorabilia, and game-used fragments cards.

BCW 3x4 top loading card holders are made of high-quality, rigid PVC. These toploading holders are some of the most popular rigid individual card holders in the collectible card industry. Use this product to protect, store or display your collectible cards.

Thank you for purchasing! I ship everything out very quickly. Ships within 1-2 business days and I can ship with USPS or UPS. Also I am adding a discount if you purchase more than one! Have a great day!

## milehighcollectibles720

100% Positive Feedback
251 Items sold

Seller's other items
Contact
Save seller

### Detailed seller ratings

Average for the last 12 months

| | |
|---|---|
| Accurate description | 4.9 |
| Reasonable shipping cost | 5.0 |
| Shipping speed | 4.9 |
| Communication | 5.0 |

### Seller feedback (88)

o***o (3090) • Past 6 months
great seller

o***n (292) • Past 6 months
Bueno
100 BCW 3X4 Topload Card Holders Standard With 100 BCW Standard Card Sleeves NEW (#145009140916)

i***i (47) • Past 6 months
Always a pleasure. Thank you very much!!!
100 BCW 3X4 Topload Card Holders Standard With 100 BCW Standard Card Sleeves NEW (#145009140916)

See all feedback

## Ratings and Reviews

Learn more
Write a review

5.0
23 product ratings

| | |
|---|---|
| 5 | 23 |
| 4 | 0 |
| 3 | 0 |
| 2 | 0 |
| 1 | 0 |

100% Would recommend
100% Good value
100% Good quality

### Most relevant reviews

See all 18 reviews

by johnsfac_bvkcn0n
Feb 12, 2019

**The Next Size up from Standard.**
Great Product, If your looking for a top loader for card protection. This is the next size up from your standard trading card.
Verified purchase: Yes | Condition: New | Sold by: sharpgaming
(0) (0) !

by from1to60
Apr 16, 2020

**Great product, fair price, highly recommend.**
I have converted my Pokemon card collection from 20pt standard holders to BCW 59pt toploaders. I found the BCW 59pt toploaders to be better quality and more convenient to use, especially with penny sleeves.
Verified purchase: Yes | Condition: New | Sold by: 7thstent
(0) (0) !

by larry8241
Nov 07, 2015

**BCW - The Only Brand In Trading Card Peraphernalia**
I have been using BCW for all my trading card extras, from toploaders to sleeves, to team set bags. No other brand comes close.
Verified purchase: Yes | Sold by: hobby*supplies
(0) (0) !

by okemo15
Aug 05, 2020

**Great product great price.**
These are great card holders and are a great value for the price. I don't use any other card holders for my collection.
Verified purchase: Yes | Condition: New | Sold by: mugsfrank
(0) (0) !

by bigdawgtrucker
Sep 14, 2020

**Perfect for Allen & Ginter relics**
Bought these for my A&G boxes coming in, they fit my relics from last year perfectly however they aren't thick enough for Leather and Lumber or Donruss relics. My Topps Xmas fit nicely but not manufactured Topps relics.
Verified purchase: Yes | Condition: New | Sold by: bleacher-seats
(0) (0) !

Back to previous page | See More Details about "BCW 1-TLCH-TH-15MM 59 Pt. Thick Card Topload Holder" Return to top
More to explore : BCW Sports Trading Card Toploaders & Holders with Features For Extra Thick Cards, BCW Sports Trading Card Toploaders & Holders, BCW Screwdown Holder Sports Trading Card Toploaders & Holders with Features For Extra Thick Cards, BCW Magnetic Holder Sports Trading Card Toploaders & Holders with Features For Extra Thick Cards, BCW Semi-Rigid Holder Sports Trading Card Toploaders & Holders with Features For Extra Thick Cards, BCW White Sports Trading Card Toploaders & Holders, BCW Magnetic Holder Sports Trading Card Toploaders & Holders, Sports Trading Card Toploaders & Holders with Features For Extra Thick Cards, BCW Semi-Rigid Holder Sports Trading Card Toploaders & Holders, Ultra PRO Sports Trading Card Toploaders & Holders with Features For Extra Thick Cards

2/13/24, 12:09 PM | BCW 200-Count Card Toploaders and Card Sleeves | eBay

Hi Clerk2! ˅    Daily Deals    Brand Outlet    Gift Cards    Help & Contact          Sell    Watchlist ˅    My eBay ˅        🔔 ²    🛒

**eBay**    Shop by category ˅    🔍 Search for anything                    All Categories ˅    [ Search ]

< Back to previous page | Collectibles & Art › ... › Sports Trading Cards › Storage & Display Supplies › Card Toploaders & Holders          Share · Add to Watchlist



### BCW 200-Count Card Toploaders and Card Sleeves



mivac-0 (96)
100% positive · Seller's other items · Contact seller

## US $29.50

Condition:  --

[ **Buy It Now** ]

[ **Add to cart** ]

[ ♡ Add to watchlist ]

| Shipping: | **Free Standard Shipping.** See details<br>Located in: Fremont, Nebraska, United States |
|---|---|
| Delivery: | Estimated between **Sat, Feb 17** and **Fri, Feb 23** to 60601 ⓘ |
| Returns: | Seller does not accept returns. If the item you received doesn't match the listing description, your purchase may be eligible for eBay Money Back Guarantee if the return request is made within 3 days from delivery. See details |
| Payments: | PayPal  GPay  VISA  ●●  ●●●  DISCOVER<br>**PayPal CREDIT**<br>Special financing available. See terms and apply now<br>Earn up to 5x points when you use your eBay Mastercard®. Learn more |

---

| About this item | Shipping, returns, and payments |                Report this item |
|---|---|---|

Seller assumes all responsibility for this listing.                    eBay item number: 386736193042

## Item specifics

| Brand | BCW |
|---|---|
| Type | Does Not Apply |
| Compatible Card Size | Standard |
| EAN | 0722626029134 |
| Color | Clear |
| UPC | 722626029134 |
| MPN | AMZ-TLCH+SSLV_200 |
| Material | Plastic |
| Year Manufactured | 2023 |
| Number of Toploaders/Card Holders | 200 |
| Compatible Card Thickness | 20 Pt. |

## Item description from the seller

This set of card toploaders and sleeves from BCW is a great addition to any collector's storage and display supplies. The package includes 200 toploaders and card holders made of clear plastic, perfect for standard-sized cards up to 20pt thickness. The brand is known for quality and durability, and this set is no exception.

The toploaders and holders provide protection for your cards while allowing for easy viewing, and the included sleeves offer extra protection from dust and scratches. This is a must-have set for any sports trading card collector looking to preserve their cards for years to come.

Have one to sell? Sell now



 ## mivac-0

**100%** Positive Feedback

**118** items sold

Seller's other items

Contact

Save seller

Joined Apr 2018

### Detailed seller ratings

Average for the last 12 months

| | |
|---|---|
| Accurate description | 4.9 |
| Reasonable shipping cost | 4.6 |
| Shipping speed | 5.0 |
| Communication | 5.0 |

### Seller feedback (38)

p***y (741) • Past 6 months

Fast shipping services. Item as described. Well packaged

Charizard EX 215/197 Obsidian Flames Pokemon TCG NM (#386532524976)

c***u (140) • Past month

A++ seller! Shipped quickly and everything arrived well protected and in excellent condition as described!

Pokemon Genesect V Fusion Strike 255/264 Holo Alternate Alt Art Rare (#386581683347)

u***8 (325) • Past month

A+ Seller, Fast Shipping, Secure Packaging

Mega Construx Destiny DOMINUS GHAUL ASSAULT FVG41 Brand New Sealed Set 394 pcs (#386422520183)

See all feedback

## Product ratings and reviews

Learn more

Write a review

☆☆☆☆☆

No ratings or reviews yet

**Be the first to write the review.**

Back to previous page

Return to top

More to explore : BCW Sports Trading Card Toploaders & Holders, BCW Sports Trading Card Toploaders & Holders for Tall, BCW Gold Sports Trading Card Toploaders & Holders, BCW White Sports Trading Card Toploaders & Holders, BCW Black Sports Trading Card Toploaders & Holders, BCW Magnetic Holder Sports Trading Card Toploaders & Holders, BCW Semi-Rigid Holder Sports Trading Card Toploaders & Holders, BCW Sports Trading Card Sleeves & Bags, BCW Sports Trading Card Sleeves & Bags for Tobacco, Sports Trading Card Toploaders & Holders

About eBay Announcements Community Security Center Seller Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice

Checkout

How do you like our checkout? Give us feedback

**PayPal** Buy with PayPal. It's fast and simple.

### Pay with

○ Add new card
VISA · Mastercard · AMEX · DISCOVER

○ **PayPal** PayPal

○ **PayPal CREDIT** Special financing available.
Apply now. See terms

○ **G Pay** Google Pay

### Ship to

Clerk2 Clerk2
161 North Clark St.
Chicago, IL 60601-3206
United States
(312) 375-1573
Change

### Review item and shipping

Seller: mivac-0 | Message to seller

[LAST ONE]
BCW 200-Count Card Toploaders and Card Sleeves
$29.50
Quantity 1

Delivery
Free USPS Ground Advantage
Est. delivery: Feb 17 – Feb 23

### Gift cards, coupons, eBay Bucks

Enter code: | Apply

### Donate to charity (optional) ⓘ

Save a Child's Heart Foundation

Give $1 to help provide lifesaving heart surgery for children in need. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount | None ⌄

| | |
|---|---|
| Item (1) | $29.50 |
| Shipping | Free |
| Tax* | $3.02 |
| **Order total** | **$32.52** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

🔒 Confirm and pay

Select a payment method

**ebay** MONEY BACK GUARANTEE
See details





**SAVE UP TO 30% WHEN YOU BUY MORE**

Hover to zoom

Have one to sell? Sell now

# 100 Standard 3x4 BCW Topload - Card Holder / Toploader - NEW!

Condition: **New**

Bulk savings:

- Buy 1 **$21.97/ea**
- Buy 2 **$16.48/ea**
- Buy 3 **$15.82/ea**

**4 or more for $15.38/ea**

Quantity: 1 More than 10 available / **1,324 sold**

Price: **US $21.97/ea**

Buy It Now

Add to cart

Add to watchlist

**This one's trending.** 1,324 have already sold.

**Fast and reliable.** Ships from United States.

Shipping: **Free** Standard Shipping. See details
Located in: Tomball, Texas, United States

Delivery: Estimated between **Mon, Jul 24** and **Thu, Jul 27** to 60601

Returns: Seller does not accept returns. If the item you received doesn't match the listing description, your purchase may be eligible for eBay Money Back Guarantee if the return request is made within 3 days from delivery. See details

Payments:

PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

## Seller information

nerdicornconstellation (1403 ★)
99.3% positive feedback

Save seller
Contact seller
See other items

## Similar sponsored items

See all >

Feedback on our suggestions

BCW 3"x4" Toploader Card Holder for Standard Trading Cards-Various Counts
New
$19.97
Free shipping
Seller with a 100% positive feedback

BCW 3x4 Topload Card Holder, Standard, 100 Count Pack
New
$18.92
Free shipping
Seller with a 99.5% positive feedback

Ultra PRO 9 Card Black Screwdown Border Holder Display Frame Standard
New
$0.99
0 bids
+ $5.75 shipping
Seller with a 100% positive feedback

(25) 1 Pack BCW Regular Baseball Trading Card Toploader Holders 3x4
New
$7.45
Top Rated Plus
245 sold

100 Standard 3x4 BCW Topload - Card Holder / Toploader - BRAND NEW!
New
$21.97
Free shipping
24 sold

## Sponsored items customers also bought    See all ›



BCW 3x4 Topload Card Holder - Premium- Thicker Clearer Panels
New
$6.25
Free shipping
Top Rated Plus
27 sold

Ultra Pro 3X4 GOLD ROOKIE 35pt Toploaders 1 Pack of 25 for Standard Sized Cards
New
$7.49
Free shipping
Top Rated Plus
1242 sold



25 Ultra CBG 2.5mm 100pt Pro Top Loaders Loaders Topload Thick Jersey Cards
New
$7.68
Free shipping
Direct from Columbia Sports Cards
4068 sold



Ultra Pro One-Touch Magnetic Card Holder 35pt Point - Lot of 5
New
$13.43
Free shipping
Top Rated Plus
4184 sold



Coin Slab / Graded Card Display Easel Stand 20 BCW Clear Stands Hold Toploader
New
$10.88
Free shipping
124 sold

Feedback on our suggestions

---

| About this item | Shipping, returns & payments |
| --- | --- |

Report this item

Seller assumes all responsibility for this listing.
Last updated on Jun 24, 2023 08:02:23 PDT    View all revisions

eBay item number:  333850468806

## Item specifics

| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more |
| --- | --- |
| Brand | BCW |
| Card Holder Type | Rigid |
| Type | Rigid |
| Compatible Card Size | Standard |
| Color | Clear |
| Year Manufactured | 2021 |
| Material | Plastic, Rigid PVC |
| Number of Toploaders/Card Holders | 100 |
| Compatible Card Thickness | 20 Pt. |

## Item description from the seller

BCW Standard 3x4 top loading card holders are made of high-quality, rigid PVC / plastic. These toploaders are some of the most popular rigid individual collectible card industry. Use this product to protect, store or display collectible baseball cards, basketball cards, football cards, hockey cards, or other The Gathering, Pokemon, YuGiOh, and others.

Standard size, 20pt, as pictured and new in 1 pack of 100 holders, as shown. 12 mil panels.

Ships free within the US!

Tags:
Rigid, Sleeve, Holder, Card, Ship, Shipping, Sports, TCG, Tabletop, Game, Toploader, Topload,. Baseball, Basketball, hard, plastic, clear, sealed.



### nerdicornconstellation

99.3% Positive Feedback
4.7K Items sold

Seller's other items

Contact

♡ Save seller

#### Detailed seller ratings

Average for the last 12 months

| | |
|---|---|
| Accurate description | 5.0 |
| Reasonable shipping cost | 5.0 |
| Shipping speed | 5.0 |
| Communication | 5.0 |

#### Seller feedback (1,203)

This item (30)    All items (1,203)

⊕ i***g (292) • Past 6 months

Quick delivery!

⊕ e***b (478) • Past 6 months

Shipping was fast. Thank you.

⊕ 8***p (409) • Past 6 months

Fast ship will buy from again.

See all feedback

Back to home page

More to explore :   BCW Sports Trading Card Toploaders & Holders for Standard,   BCW Sports Trading Card Toploaders & Holders,
BCW Black Sports Trading Card Toploaders & Holders for Standard,   BCW Magnetic Holder Sports Trading Card Toploaders & Holders for Standard,
BCW Screwdown Holder Sports Trading Card Toploaders & Holders for Standard,   BCW Sports Trading Card Toploaders & Holders for Tall,
BCW Semi-Rigid Holder Sports Trading Card Toploaders & Holders,   Sports Trading Card Toploaders & Holders for Standard,   Sports Trading Card Toploaders & Holders,
Screwdown Holder Sports Trading Card Toploaders & Holders for Standard

Return to top

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

 **Checkout**

How do you like our checkout? <u>Give us feedback</u>

## Pay with

○ **Add new card**
VISA · Mastercard · American Express · Discover

○ *PayPal*

○ **PayPal CREDIT**
Special financing available.
Apply now. <u>See terms</u>

○ G Pay **Google Pay**

## Ship to

Clerk2 Clerk2
161 North Clark St.
Chicago, IL 60601-3206
United States
(312) 375-1573
<u>Change</u>

## Review item and shipping

Seller: nerdicornco...    |    <u>Message to seller</u>

 100 Standard 3x4 BCW Topload - Card Holder / Toploader - NEW!
**$21.97**

Quantity
1 ⌄

**Delivery**
Est. delivery: Jul 24 – Jul 27
USPS Ground Advantage
**Free**

## Gift cards, coupons, eBay Bucks

---

| Subtotal (1 item) | $21.97 |
|---|---|
| Shipping | Free |
| Tax* | $2.25 |

**Order total** — **$24.22**

*We're required by law to collect sales tax and applicable fees for certain tax authorities. <u>Learn more</u>

🔒 **Confirm and pay**

**Select a payment option**

ebay MONEY BACK GUARANTEE
<u>See details</u>

Enter code:

Apply

### Donate to charity (optional) ⓘ

Motorsports Charities, Inc.

The NASCAR Foundations improves the lives of children in our NASCAR communities. Helping children survive and thrive. That's our checkered flag! PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount        None ⌄

Copyright © 1995-2023 eBay Inc. All Rights Reserved. <u>Accessibility</u>, <u>User Agreement</u>, <u>Privacy</u>, <u>Payments Terms of Use</u>, <u>Cookies</u>, <u>Your Privacy Choices</u> ✓✗ and <u>AdChoice</u> ⓘ

Hi **Clerk2**! Daily Deals Brand Outlet Gift Cards Help & Contact Sell Watchlist My eBay

ebay Shop by category | Search for anything | All Categories | Search

Back to previous page · Collectibles & Art > ... > Storage & Display Supplies > Card Toploaders & Holders > See more BCW 1-TLCH-100 ... Share · Add to Watchlist

Have one to sell? Sell now

## 1 Pack of 100 BCW 3x4 Toploaders 35pt Point Standard Cards Top Loaders

Next Up Collectibles (2333)
99.8% positive · Seller's other items · Contact seller

**US $16.50**

Condition: --

Quantity: 1 More than 10 available / 12 sold

Buy It Now

Add to cart

Add to watchlist

**Breathe easy.** Free shipping and returns.

**People are checking this out.** 5 have added this to their watchlist.

Shipping: **Free** Standard Shipping. See details
Located in: Naperville, Illinois, United States

Delivery: Estimated between **Fri, Feb 16** and **Wed, Feb 21** to 60601

Returns: 30 days returns. Seller pays for return shipping. See details

Payments: PayPal, G Pay, VISA, Mastercard, AMEX, Discover
PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

Top Rated Plus
Trusted seller, fast shipping, and easy returns. Learn more

About this item | Shipping, returns, and payments | Report this item

Seller assumes all responsibility for this listing. eBay item number: **276156856900**

Last updated on Jan 22, 2024 10:59:44 PST View all revisions

## Item specifics

| | |
|---|---|
| Card Holder Type | Toploader |
| Compatible Card Size | Standard |
| Size | Standard |
| Color | Clear |
| Number of Toploaders/Card Holders | 100 |
| Border Color | Clear |
| Compatible Card Thickness | 35 Pt. |
| UPC | 0722626007972 |
| Brand | BCW |
| Type | Rigid |

## About this product

**Product Identifiers**

Brand                           BCW
UPC                             0722626007972
eBay Product ID (ePID)          23002809383

**Product Key Features**

Type                            Rigid

**Additional Product Features**

Size                            Standard
Team                            Chicago White Sox
Border Color                    Clear
Series                          Topps Chrome
Year                            2020

## Item description from the seller

1 Pack of 100 BCW 3x4 Toploaders 35pt Point for Standard Sized Cards Top Loaders



### Next Up Collectibles

99.8% Positive Feedback

7.5K items sold

📅 Joined Feb 2000



| Visit store |
| Contact |
| ♡ Save seller |



### Detailed seller ratings

Average for the last 12 months

| Accurate description | 5.0 |
| Reasonable shipping cost | 5.0 |
| Shipping speed | 5.0 |
| Communication | 5.0 |

### Popular categories from this store

See all

Toys & Hobbies    Sports Mem, Cards & Fan Shop    Cameras & Photo

### Seller feedback (2,277)

This item (7)    All items (2,277)

k***o (2979) • Past month

Great seller fast shipping great product.

a***0 (479) • Past month

Great seller and item. Fast shipping!

a***4 (2152) • Past 6 months

Great products and prompt delivery

See all feedback

## Product ratings and reviews

Learn more                                                    Write a review

**4.8**

★★★★★

52 product ratings

| ★ 5 | 48 |
| ★ 4 | 2 |
| ★ 3 | 0 |
| ★ 2 | 1 |
| ★ 1 | 1 |

 97% Would recommend

 96% Good value

 95% Good quality

### Most relevant reviews

See all 39 reviews

★★★★★
by baldey
Oct 11, 2021
**TOP FAVORABLE REVIEW**

**Will keep using and order more**

Good product for shipping standard size baseball cards safely

Verified purchase: Yes · Condition: New · Sold by: turbodsales

★★★★★
by bron059
Oct 25, 2023

**Best toploaders in the industry**

Good quality top loaders that are easy to use for sports cards.

Verified purchase: Yes · Sold by: otherbuddy

★★★★★
by micbe_166945
Jun 12, 2022

**Great Deal!**

Thank you for my recent purchase, I used the Toploaders to finally complete my 2020 Panini Phoenix Football (200) Card set with Joe Burrow RC & Justin Herbert RC. Now every card is protected.

Verified purchase: Yes · Condition: New · Sold by: sportscardsgrading

★★★★★

**Quality**

by breki_5432          This is what my husband wanted for Father's Day, he Loves this brand.
Jun 08, 2021           Verified purchase: Yes · Condition: New

★★★★☆                  **Top Loader**
by theworkingstiff216  Top loaders are in good condition, however there seems to be alot of plastic shavings inside the loaders and could potentially ruin sports cards. But, they are still a
May 12, 2022           good buy. Thanks!

                       Verified purchase: Yes · Condition: New · Sold by: hookedoncardswholesale

Back to previous page  |  See More Details about  "BCW 1-TLCH-100 3X4 Topload Card Holder - Standard"                                                    Return to top

More to explore :    BCW Sports Trading Card Toploaders & Holders for Standard,    BCW Sports Trading Card Toploaders & Holders,    BCW Black Sports Trading Card Toploaders & Holders for Standard,
BCW Magnetic Holder Sports Trading Card Toploaders & Holders for Standard,    BCW Screwdown Holder Sports Trading Card Toploaders & Holders for Standard,
BCW Magnetic Holder Sports Trading Card Toploaders & Holders,    BCW Snap Lock Holder Sports Trading Card Toploaders & Holders,    Sports Trading Card Toploaders & Holders for Standard,
BCW Sports Trading Card Card Sleeves for Standard,    Ultra PRO Sports Trading Card Toploaders & Holders for Standard

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice





# Checkout

How do you like our checkout? Give us feedback

PayPal Buy with PayPal. It's fast and simple.

## Pay with

Add new card

PayPal

Special financing available.
Apply now. See terms

Google Pay

## Ship to

Clerk2 Clerk2
161 North Clark St.
Chicago, IL 60601-3206
United States
(312) 375-1573
Change

## Review item and shipping

Seller: nextupcolle... | Message to seller

1 Pack of 100 BCW 3x4 Toploaders 35pt Point Standard Cards Top Loaders

**$16.50**

Quantity
1

Free returns

**Delivery**
**Free USPS Ground Advantage**
Est. delivery: Feb 16 – Feb 21

## Gift cards, coupons, eBay Bucks

Enter code:

Apply

## Donate to charity (optional)

Save a Child's Heart Foundation

Give $1 to help provide lifesaving heart surgery for children in need. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount None

| | |
|---|---|
| Item (1) | $16.50 |
| Shipping | Free |
| Tax* | $1.69 |
| **Order total** | **$18.19** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

Confirm and pay

Select a payment method

ebay MONEY BACK GUARANTEE
See details

Hi Clerk2! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

Shop by category | Search for anything | All Categories | Search | Advanced

Back to home page | Listed in category: Sporting Goods > ... > Sports Trading Cards > Storage & Display Supplies > Card Toploaders & Holders

Share | Add to Watchlist

Have one to sell? Sell now

## ✅ Trading Card Sleeves Hard Plastic Clear Case Holder 100 Baseball Cards Topload ✅

Condition: New

Quantity: 1 9 available / 15 sold

Price: **US $16.80**

Buy It Now

Add to cart

Add to watchlist

**Breathe easy.** Returns accepted.

**Fast and reliable.** Ships from United States.

Shipping: Free Economy Shipping. See details
Located in: Multilocation, United States

Delivery: Estimated between **Mon, Jul 17** and **Fri, Jul 21** to 60601
Includes **5 business days** handling time after receipt of cleared payment.

Returns: 30 days returns. Buyer pays for return shipping. See details

Payments: PayPal, G Pay, VISA, Mastercard, American Express, Discover

PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Seller information**
nifty-shop (197)
100% positive feedback

Save seller
Contact seller
See other items

## Similar sponsored items See all

Feedback on our suggestions

Trading Card Sleeves Hard Plastic Clear Case Holder 100 Baseball Cards Topload
New
**$13.99**
Free shipping
Seller with a 100% positive feedback

Trading Card Sleeves Hard Plastic Clear Case Holder 100 - Baseball Cards Topload
New
**$15.55**
Free shipping
**32 sold**

100 Standard Size 3x4 Top Loaders w/ 100 Soft Sleeves Fits Standard Size Cards
New
**$0.99**
1 bid
+ $9.99 shipping
Top Rated Plus
Seller with a 100% positive feedback

Trading Card Sleeves Hard Plastic Clear Case Holder 100 Baseball Cards Topload!!
New
**$15.25**
Free shipping
**32 sold**

Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading ✅ ✅ ✅
New
**$14.99**
Free shipping
**39 sold**

## Sponsored items customers also bought See all

Feedback on our suggestions

Trading Card Sleeves Hard Plastic Clear Case Holder 100 - Baseball Cards Topload
New
**$15.55**
Free shipping
**32 sold**

Trading Card Sleeves Hard Plastic Clear Case Holder 100 Baseball Cards Topload
New
**$15.38**
Free shipping
**98 sold**

25 5x7 Ultra CBG Premium Pro Hard Rigid Toploaders Photo Topload Holders - New
New
**$15.89**
Free shipping
Direct from Columbia Sports Cards
**2150 sold**

Hard Plastic Card Holder 25 Sleeves for Baseball Card Topload Display Supplies..
New
**$7.54**
Free shipping
**115 sold**

Ultra Pro 3X4 NEW Regular Toploaders 35pt 1 Pack of 25 for Standard Cards READ
New
**$6.96**
Free shipping
Top Rated Plus
**275 sold**

About this item | Shipping, returns & payments | Report this item

Seller assumes all responsibility for this listing.
Last updated on Jul 11, 2023 16:28:10 PDT View all revisions

eBay item number: **145127050714**

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more | Card Holder Type | Semi-Rigid Holder |
| Compatible Card Size | Standard | Number of Pieces | 100 |
| Color | Clear | Material | Plastic |
| MPN | Does not apply | Item Length | 4 |
| Product Dimensions | 4 x 3.75 x 3 inches | Max Input Sheet Capacity | 100 |
| Brand | Unbranded | Type | Toploader |
| Item Height | 3 inches | Features | Extra Clear |
| Country/Region of Manufacture | Unknown | Number of Toploaders/Card Holders | 100 |
| Item Weight | 14.9 ounces | UPC | Does not apply |

## Item description from the seller

## BCW 50-Count Topload Card Holders and 100-Count Sleeves



### About this item

- Contains 50 standard toploaders
- Contains 100 trading card sleeves
- **Toploader Exterior Dimensions:** 3 x 4 1/16 in
- **Toploader Interior Dimensions:** 2 3/4 x 3 7/8 in
- **Sleeve Exterior Dimensions:** 2 5/8 X 3 5/8 in

### Product Description

BCW Standard 3x4 toploaders are made of high-quality, rigid PVC. These toploading holders are some of the most popular rigid individual card holders in the collectible card industry. Use this product to protect, store or display collectible baseball cards, football cards, hockey cards, or other trading cards like Magic The Gathering, Pokemon, YuGiOh, and others.

BCW Card Sleeves (often called 'penny sleeves') are an acid free, archival quality product made of crystal clear polypropylene. Use this protective holder to protect, store and display your collectible trading cards.



*HAVE A NICE SHOPPING!*



 Checkout

How do you like our checkout? Give us feedback

**Pay with**

○ Add new card


○ **PayPal**

○ **PayPal CREDIT** Special financing available.
Apply now. See terms

○ G Pay Google Pay

**Ship to**

Clerk2 Clerk2
161 North Clark St.
Chicago, IL 60601-3206
United States
(312) 375-1573
Change

**Review item and shipping**

Seller: nifty-shop | Message to seller

☑️Trading Card Sleeves Hard Plastic Clear Case
Holder 100 Baseball Cards Topload ☑️

$16.80

Quantity
1 ▼

Delivery
Est. delivery: Jul 17 – Jul 21
Economy Shipping
Free

**Gift cards, coupons, eBay Bucks**

Enter code: | Apply

**Donate to charity (optional)** ⓘ

ASPCA

Can you spare some change for animals in need? Add a donation to the ASPCA now.
PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no
later than 30 days after the end of the month in which the donation is made. Donations
are non-refundable and typically tax deductible. PPGF may be unable to grant funds
to a charity if the charity has lost tax exempt status, has closed, or no longer accepts
funds from PPGF.

Select amount None ▼

| | |
|---|---|
| Subtotal (1 item) | $16.80 |
| Shipping | Free |
| Tax* | $1.72 |
| Order total | $18.52 |

*We're required by law to collect sales tax
and applicable fees for certain tax
authorities. Learn more

🔒 Confirm and pay

Select a payment option

ebay MONEY BACK GUARANTEE
See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices ⓘ and AdChoice ⓘ



ebay | Shop by category ∨ | 🔍 Search for anything | All Categories ∨ | **Search** | Advanced

‹ Back to search results | Listed in category: Sporting Goods › ⋯ › Sports Trading Cards › Storage & Display Supplies › Card Toploaders & Holders          Share | Add to Watchlist



### (25) 4X6 Post Card & Photo Topload Holders - Rigid Plastic Sleeves Brand**

Condition: New

Quantity: 1    4 available

Price: **US $16.24**

[ Buy It Now ]

[ Add to cart ]

[ ♡ Add to watchlist ]

↺ Breathe easy. Free shipping and returns.

🚚 Fast and reliable. Ships from United States.

Shipping: **Free Expedited Shipping**. See details
Located in: Chandler, Arizona, United States

Delivery: 📦 Estimated between **Mon, Jul 31 and Fri, Aug 4** to 60601 ⓘ
Includes 5 business days handling time receipt of cleared payment.

Returns: 14 days returns. Seller pays for return shipping. See details

Payments: PayPal  GPay  VISA  🔲  🔲  DISCOVER

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®.
Learn more

**Seller information**
omuaklic (93 ⭐)
91% positive feedback

♡ Save seller
Contact seller
See other items

---

### Similar sponsored items    See all ›

    

| BCW Topload Holders Photo or Postcard 6x8 25 Rigid Sleeves Long Term Storage NEW | Trading Card Sleeves Hard Plastic Clear Case Holder 100 Baseball Cards Topload!! | (25) 4X6 Post Card & Photo Topload Holders - Rigid Plastic Sleeves Brand | 10 25 50 PK BCW 6x8 Hard Plastic Rigid Topload Photo Holders 6x8 toploaders | 25 5x7 Ultra CBG Premium Pro Hard Rigid Toploaders Photo Topload Holders - New |
|---|---|---|---|---|
| New | New | New | New | New |
| $21.87 | $15.35 | $19.01 | $11.19 | $18.58 |
| Free shipping | Free shipping | Free shipping | Free shipping | ⊘ Direct from Columbia Sports Cards |
| 39 sold | Seller with a 100% positive feedback | | 498 sold | 2171 sold |

---

### Sponsored items inspired by your views    See all ›

    

| 3.5x5 Print Photo Protectors Clear Side Top loader 25 pack | (25 pcs ) 3" X 4" Top Loader Card Holder for Baseball, Basketball, Hockey Cards | (!) Card Thickness Point Gauge / Laminated Professional Tool | 4 x 6 Toploader Holders - 5 ct | 35PT Top Loader 3X4" Board Game Card Outer Protector Gaming Trading Card Holde u |
|---|---|---|---|---|
| New | New | New | New | New |
| $13.49  $14.99 10% off | $15.13 | $2.35 | $11.79 | $1.13 |
| Free shipping | + $11.35 shipping | + $3.99 shipping | Free shipping | + $1.40 shipping |
| Seller with a 100% positive feedback | | Seller with a 100% positive feedback | Seller with a 100% positive feedback | |

---

| About this item | Shipping, returns & payments |          Report this item

Seller assumes all responsibility for this listing.
Last updated on Jul 18, 2023 09:54:00 PDT View all revisions          eBay item number: 404295304814

### Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more | Model Name | Topload Holders |
| Part Number | 2-TLCH-4X6 | Number of Pieces | 25 |
| Included Components | Topload Holders | Item Package Dimensions L x W x H | 6.65 x 4.88 x 1.73 inches |
| Color | Clear | UPC | 751738810682 |
| MPN | 2-TLCH-4X6 | Material | Plastic |
| Item Dimensions LxWxH | 4.18 x 4.72 x 7.01 inches | Max Input Sheet Capacity | 25 |

| Brand | Unbranded | Type | Card Holders |
|---|---|---|---|
| EAN | 0751733810682 | Suggested Users | Unisex-child |
| Package Weight | 0.49 Kilograms | Number of Items | 1 |

### Item description from the seller

(25) 4X6 Post Card & Photo Topload Holders - Rigid Plastic Sleeves Brand**



**omaakllc**

97.5% Positive Feedback
454 Items sold

Seller's other items

Contact

♡ Save seller

#### Detailed seller ratings

Average for the last 12 months

| | |
|---|---|
| Accurate description | 4.9 |
| Reasonable shipping cost | 5.0 |
| Shipping speed | 5.0 |
| Communication | 4.9 |

#### Seller feedback (93)

n***i (2760) • Past month

**Fast shipping! Thanks!!**

Rubber Ducks in Bulk, Assortment Duckies for Jeep Ducking Floatie Duck Bath Toys** (#404272260061)

o***3 (1594) • Past month

**Fabulous &fast**

Kirkland Signature Extra Strength Energy Shot, 2 oz, 48 Bottles, 2 Flavors** (#404386774439)

i***** • Past month

--

See all feedback

More to explore : Semi-Rigid Holder Sports Trading Card Toploaders & Holders, Semi-Rigid Holder Sports Trading Card Toploaders & Holders for Tall, BCW Semi-Rigid Holder Sports Trading Card Toploaders & Holders, Semi-Rigid Holder Sports Trading Card Toploaders & Holders for Standard, Ultra PRO Semi-Rigid Holder Sports Trading Card Toploaders & Holders, Sports Trading Card Toploaders & Holders, Magnetic Holder Sports Trading Card Toploaders & Holders, Gold Sports Trading Card Toploaders & Holders, BCW Sports Trading Card Toploaders & Holders, Ultra PRO Sports Trading Card Toploaders & Holders

About eBay   Announcements   Community   Security Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices ⓘ and AdChoice ⓘ

 **Checkout**

How do you like our checkout? Give us feedback

**Pay with**

○ Add new card
   VISA  mastercard  AMEX  DISCOVER

○ **PayPal**

○ **PayPal CREDIT**
   Special financing available.
   Apply now. See terms

○ G Pay  Google Pay

**Ship to**

Clerk2 Clerk2
161 North Clark St.
Chicago, IL 60601-3206
United States
(312) 375-1573
Change

**Review item and shipping**

Seller: omaakllc  |  Message to seller

 (25) 4X6 Post Card & Photo Topload Holders - Rigid Plastic Sleeves Brand**

**$16.24**

Quantity
1 ⌄

Delivery
Est. delivery: Jul 31 – Aug 4
Expedited Shipping
Free

**Gift cards, coupons, eBay Bucks**

Enter code: _____     Apply

**Donate to charity (optional)** ⓘ

Reflections of Trinity

Help children, seniors and others in crisis with food, clothing and basic needs. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount   None ⌄

| Subtotal (1 item) | $16.24 |
|---|---|
| Shipping | Free |
| Tax* | $1.66 |

| Order total | $17.90 |
|---|---|

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

🔒 **Confirm and pay**

Select a payment option

ebay MONEY BACK GUARANTEE
See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

2/9/24, 2:51 PM



Hi Clerk2! | Daily Deals | Brand Outlet | Gift Cards | Help & Contact

Sell | Watchlist ⌄ | My eBay ⌄

ebay

Shop by category ⌄

[ Search for anything ] | All Categories ⌄ | **Search**

Back to search results > Collectibles & Art > ⋯ > Storage & Display Supplies > Card Toploaders & Holders > See more BCW 1-TLCH-100 ...

Share | Add to Watchlist



Have one to sell? Sell now



## 100 Top Loaders for Cards | Toploader Hard Plastic Card Sleeves for Baseball

omrik40442 (139)
100% positive · Seller's other items · Contact seller

### US $17.23

Condition: New

Quantity: [ 1 ]    2 available / 6 sold

**Buy It Now**

**Add to cart**

♡ Add to watchlist

⚡ **People are checking this out.** 6 have added this to their watchlist.

Shipping:  Free Expedited Shipping. See details
          Located in: Miami, Florida, United States

Delivery:  📦 Estimated between **Thu, Feb 15** and **Wed, Feb 21** to 60601 ⓘ
          Includes **5 business days** handling time after receipt of cleared payment.

Returns:   Seller does not accept returns. If the item you received doesn't match the listing description, your purchase may be eligible for eBay Money Back Guarantee if the return request is made within 3 days from delivery. See details

Payments:  [PayPal] [GPay] [VISA] [Mastercard] [American Express] [Discover]
          **PayPal CREDIT**
          Special financing available. See terms and apply now
          Earn up to 5x points when you use your eBay Mastercard®. Learn more

---

| About this item | Shipping, returns, and payments |

Report this item

Seller assumes all responsibility for this listing.

Last updated on Feb 09, 2024 06:13:33 PST View all revisions

eBay item number: 296175227935

## Item specifics

| | |
|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more |
| EAN | 0722626007972 |
| ISBN | 0722626007972 |
| Package Dimensions LxWxH | 14.57x12.44x1.61 Inches |
| Weight | 1.65 Pounds |
| UPC | 0722626007972 |
| Brand | BCW |
| Type | Rigid |

## About this product

**Product Identifiers**

Doe 94

2/9/24, 2:51 PM

| | |
|---|---|
| Brand | BCW |
| UPC | 0722626007972 |
| eBay Product ID (ePID) | 23002809383 |

**Product Key Features**

| | |
|---|---|
| Type | Rigid |

**Additional Product Features**

| | |
|---|---|
| Size | Standard |
| Team | Chicago White Sox |
| Border Color | Clear |
| Series | Topps Chrome |
| Year | 2020 |

## Item description from the seller

standard 3x4 top loading card holders are made of high-quality, rigid PVC. These top loading holders are some of the most popular rigid individual card holders in the collectible card industry. Use this product to protect, store or display collectible baseball cards, football cards, hockey cards, or other Trading cards like Magic the gathering, pokémon, yugioh, and others.
WHAT IS INCLUDED - 100 toploaders designed to hold standard thickness cards (20pt)
PROTECT YOUR COLLECTION - toploaders are the standard for protecting your sports cards, gaming cards and other collectible cards
DESIGNED TO PROTECT YOUR CARDS - Less flexible than semi-rigids and more flexible than magnetic card holders. The give provides additional protection for cards if dropped.
DIMENSIONS AND CLARITY - Standard sized (length and width) of 3x4 (outer dimensions - fits items that are slightly smaller). Toploaders are clear with a slight blue tinge
RANGE OF THICKNESSES AVAILABLE - has standard sized toploaders and a range of toploaders for cards of different thicknesses.

### omrik40442

100% Positive Feedback
453 items sold

Joined Nov 2017

Visit store

Contact

♡ Save seller

### Detailed seller ratings

Average for the last 12 months

| | | |
|---|---|---|
| Accurate description | ▬▬▬ | 4.9 |
| Reasonable shipping cost | ▬▬▬ | 5.0 |
| Shipping speed | ▬▬▬ | 5.0 |
| Communication | ▬▬▬ | 5.0 |

### Popular categories from this store

See all

Entertainment Memorabilia    Music

### Seller feedback (130)

This item (1)    All items (130)

⊕ 7***1 (2496) • Past month

A+++

See all feedback

Doe 94

2/3

## Product ratings and reviews

Learn more

Write a review

# 4.8

★★★★★

52 product ratings

| ★ 5 | ████████████ | 48 |
| ★ 4 | ██ | 2 |
| ★ 3 | | 0 |
| ★ 2 | █ | 1 |
| ★ 1 | █ | 1 |

**97%** Would recommend

**96%** Good value

**95%** Good quality

---

### Most relevant reviews

See all 39 reviews

★★★★★
by baldev
Oct 11, 2021
TOP FAVORABLE REVIEW

**Will keep using and order more**

Good product for shipping standard size baseball cards safely

Verified purchase: Yes · Condition: New · Sold by: turbodsales

★★★★★
by bron059
Oct 25, 2023

**Best toploaders in the industry**

Good quality top loaders that are easy to use for sports cards.

Verified purchase: Yes · Sold by: otherbuddy

★★★★★
by micbe 166945
Jun 12, 2022

**Great Deal!**

Thank you for my recent purchase, I used the Toploaders to finally complete my 2020 Panini Phoenix Football (200) Card set with Joe Burrow RC & Justin Herbert RC. Now every card is protected.

Verified purchase: Yes · Condition: New · Sold by: sportscardsgrading

★★★★★
by breki_5432
Jun 08, 2021

**Quality**

This is what my husband wanted for Father's Day, he Loves this brand.

Verified purchase: Yes · Condition: New

★★★★☆
by theworkingstiff216
May 12, 2022

**Top Loader**

Top loaders are in good condition, however there seems to be alot of plastic shavings inside the loaders and could potentially ruin sports cards. But, they are still a good buy. Thanks!

Verified purchase: Yes · Condition: New · Sold by: hookedoncardswholesale

---

Back to search results   See More Details about "BCW 1-TLCH-100 3X4 Topload Card Holder - Standard"   Return to top

More to explore :   Sports Trading Card Toploaders & Holders,   BCW Sports Trading Card Toploaders & Holders,   Gold Sports Trading Card Toploaders & Holders,   Magnetic Holder Sports Trading Card Toploaders & Holders,   Sports Trading Card Toploaders & Holders for Standard,   Ultra PRO Sports Trading Card Toploaders & Holders,   Screwdown Holder Sports Trading Card Toploaders & Holders,   Baseball Trading Card Singles,   Semi-Rigid Holder Sports Trading Card Toploaders & Holders,   Sports Trading Card Card Sleeves

About eBay   Announcements   Community   Security Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices, and AdChoice

**Checkout**

How do you like our checkout? Give us feedback

PayPal Buy with PayPal. It's fast and simple.

**Pay with**

Add new card

PayPal

Special financing available.
Apply now. See terms

Google Pay

**Ship to**

Clerk2 Clerk2
161 North Clark St.
Chicago, IL 60601-3206
United States
(312) 375-1573
Change

**Review item and shipping**

Seller: omrik40442 | Message to seller

100 Top Loaders for Cards | Toploader Hard Plastic Card Sleeves for Baseball

**$17.23**

Quantity
1

**Delivery**
**Free Expedited Shipping**
Est. delivery: Feb 15 – Feb 21

**Gift cards, coupons, eBay Bucks**

Enter code:

Apply

**Donate to charity (optional)**

Asian Americans for Equality, Inc.

Help AAFE accomplish its mission to build affordable housing, provide housing advocacy, small business loans & support for first-time homeowners. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount None

| | |
|---|---|
| Item (1) | $17.23 |
| Shipping | Free |
| Tax* | $1.77 |
| **Order total** | **$19.00** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

Confirm and pay

Select a payment method

ebay MONEY BACK GUARANTEE
See details





Hi Clerk2! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category Search for anything All Categories Search Advanced

Back to home page | Listed in category: Sporting Goods > ... > Sports Trading Cards > Storage & Display Supplies > Card Toploaders & Holders

Share | Add to Watchlist

EXTRA 20% OFF 20+ ITEMS WITH CODE JAMMINJULY See all eligible items and terms

Have one to sell? Sell now

## YOU PICK!! BCW Top Loaders Standard 59 79 108 138 168 197 pt Sleeves Team Bags

ONE TIME SHIPPING CHARGE OF $3.98! Multiples ship FREE!

7 sold in last 24 hours

Condition: New

item: (25) Standard 3x4 Topload (1 p...

Quantity: 1 More than 10 available / 628 sold

Price: US $3.29

Buy It Now

Add to cart

Add to watchlist

**This one's trending.** 628 have already sold.

**Breathe easy.** Returns accepted.

Shipping: **US $3.98** Standard Shipping. See details
Located in: New Berlin, Wisconsin, United States

Delivery: Estimated between **Sat, Jul 15** and **Mon, Jul 17** to 60601

Returns: 30 days returns. Buyer pays for return shipping. See details

Payments: PayPal G Pay VISA

PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Seller information**
fruityfoot (60386)
100% positive feedback

Save seller
Contact seller
Visit store
See other items

## Similar sponsored items See all

Feedback on our suggestions

Thick Top Loaders Cardboard Gold Toploader 60 pt, 100 pt, 140 pt, 190 pt, 240 pt
New
**$8.99**
Free shipping
Top Rated Plus
**1352 sold**

Ultra PRO 3x4 inch Regular Toploader - 25 Pack - New Top Loader Holders Clear
New
**$5.79**
Free shipping
**448 sold**

1000 Top Loaders - Premium 20 pt. BCW (40 packs of 25)
New
**$52.00**
19 bids
+ $32.02 shipping
Top Rated Plus
Seller with a 100% positive feedback

1000 Regular Card 3 x 4 Toploaders New top loaders + 1000 Ultra Pro Soft Sleeves
New
**$89.99**
~~$279.99~~ 68% off
Free shipping
Direct from Columbia Sports Cards

100 Ultra Pro Regular 3 x 4 Toploaders New top loaders + 100 soft sleeves
New
**$17.95**
~~$17.99~~ 0% off
Free shipping
Direct from Columbia Sports Cards

Ult 3x4 160 Ne $6 Fre 394

## Sponsored items customers also bought See all

Feedback on our suggestions

Pick Your Size BCW 3x4 Topload Sleeve Card Holders 20 59 79 108 168 197 360pt.
New
**$5.10**
Free 2-3 day shipping
**150 sold**

Ultra PRO 3x4 inch Regular Toploader - 25 Pack - New Top Loader Holders Clear
New
**$5.79**
Free shipping
**448 sold**

Ultra Pro 3x4 Top Loaders & Soft Sleeves - 25, 50, 100, 200, 300, 500, 1000
New
**$10.99**
Free 2-4 day shipping
**70 sold**

100 Ultra Pro Regular 3 x 4 Toploaders New top loaders + 100 soft sleeves
New
**$17.95**
~~$17.99~~ 0% off
Free shipping
Direct from Columbia Sports Cards

BCW 3X4 Thick Card Toploaders 1 Pack of 10 for up to 197pt Cards
New
**$5.98**
Free 2-3 day shipping
Top Rated Plus
**449 sold**

BC Tra 50 Ne $7. Fre 65

About this item | Shipping, returns & payments | Report this item

Seller assumes all responsibility for this listing.
Last updated on Jun 24, 2023 05:34:05 PDT View all revisions

eBay item number: **134601087554**

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more | Card Holder Type | Semi-Rigid Holder |
| Brand | BCW | Type | Toploader |
| Color | Clear | Features | Acid-Free, Airtight, Crystal Clear, Extra Clear, For Extra Thick Cards, Recessed, UV Protection |
| Year Manufactured | 2023 | Material | Plant-Based Plastic |
| Number of Toploaders/Card Holders | 1 | | |

## Item description from the seller

Welcome to Fruityfoot! Thank you for visiting!
Visit my Ebay store & see everything we have available,
from single cards, to supplies, to miscellaneous other goods!

Save $$$ when buying multiples with our daily 3% 5% 10% & 15% & Up Bulk Discounts!

TAKE ADVANTAGE OF OUR UNIQUE COMBINED SHIPPING SPECIALS & SAVE BIG!
***Only a ONE TIME shipping charge of $3.98!! Multiples ship FREE!***

This listing is for BCW Top Loaders PICK YOUR SIZE style.
Pick your size, select your desired quantity, add it to the cart, & repeat! Pay at the end.
Make sure to add sleeves, team bags, or graded bags to your order if needed!
Give your grails a fresh clean & classy feel for the LOWEST price on Ebay!

SAVE on CHEAP shipping when buying multiple!!!
Only a ONE TIME Shipping charge of $3.98 for the 1st item purchased, & FREE after that!!
That's Right! No matter if you buy 1, 2, 10, or 100 items, you will pay only pay $3.98 total for shipping!

International Shipping will be done through the Global Shipping Program.
International Shipping Cost will be on a case by case basis.





More to explore :   BCW Sports Trading Card Sleeves & Bars for Standard,   BCW Sports Trading Card Team Set Bars,   BCW Sports Trading Card Sleeves & Bars,   BCW Sports Trading Card Sleeves & Bars for Tobacco,   BCW Sports Trading Card Team Set Bags with Resealable,   BCW Sports Trading Card Sleeves,   National Team Soccer Bags,   BCW Sports Trading Card Toploaders & Holders,   USA National Team Soccer Bags,   Sports Trading Card Team Set Bars

 Checkout

How do you like our checkout? Give us feedback

## Pay with

○ Add new card
   VISA [Mastercard] [Amex] [Discover]

○ **PayPal**

○ **PayPal CREDIT**
   Special financing available.
   Apply now. See terms

○ G Pay Google Pay

### Ship to

Clerk2 Clerk2
161 North Clark St.
Chicago, IL 60601-3206
United States
(312) 375-1573
Change

### Review item and shipping

Seller: fruityfoot    Message to seller

YOU PICK!! BCW Top Loaders Standard 59 79 108
138 168 197 pt Sleeves Team Bags
item: (25) Standard 3x4 Topload (1 pack)
**$3.29**

Quantity
1

**Delivery**
Est. delivery: Jul 15 – Jul 17
USPS First Class
$3.98

### Gift cards, coupons, eBay Bucks

Enter code:          Apply

### Donate to charity (optional) ⓘ

**ASPCA**

Can you spare some change for animals in need? Add a donation to the ASPCA now.
PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no
later than 30 days after the end of the month in which the donation is made. Donations
are non-refundable and typically tax deductible. PPGF may be unable to grant funds
to a charity if the charity has lost tax exempt status, has closed, or no longer accepts
funds from PPGF.

Select amount    None ⌄

Subtotal (1 item)              $3.29
Shipping                       $3.98
Tax*                           $0.75

Order total                    **$8.02**

*We're required by law to collect sales tax
and applicable fees for certain tax
authorities. Learn more

🔒 Confirm and pay

Select a payment option

ebay MONEY BACK GUARANTEE
See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

Doe 95



Hi Clerk2! Daily Deals Brand Outlet Gift Cards Help & Contact Sell Watchlist My eBay

Shop by category | Search for anything | All Categories | Search

Back to home page · Collectibles & Art > ... > Sports Trading Cards > Storage & Display Supplies > Card Toploaders & Holders

Share · Add to Watchlist

14 VIEWED IN THE LAST 24 HOURS

Have one to sell? Sell now

# You Pick! BCW Top Loaders 3x4 Standard Toploader 25 50 100 200 500 1000

Other Buddy's (15278)
99.9% positive · Seller's other items · Contact seller

**US $6.88**

Condition: **New**

Qty: 25

Quantity: 1 More than 10 available / 363 sold

Buy It Now

Add to cart

Add to watchlist

**Breathe easy.** Free shipping and returns.

**This one's trending.** 363 have already sold.

Shipping: **Free** Standard Shipping. See details
Located in: Milford, Ohio, United States

Delivery: Estimated between **Tue, Jun 4** and **Thu, Jun 6** to 60601

Returns: 30 days returns. Seller pays for return shipping. See details

Payments: PayPal, G Pay, VISA, Mastercard, American Express, Discover

PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

Top Rated Plus
Top rated seller, fast shipping, and free returns. Learn more

## Similar Items

Feedback on our suggestions | See all

1000 PRO SAFE 75 pt. Toploaders 3x4 Premium Card Top Loaders - Free Shipping!
New
**$169.90**
Free shipping
**27 sold**

BCW Top Loaders 3x4 Standard Trading Card Toploader 25 50 100 200 500 1000
New
**$7.99**
Free 2-4 day shipping
**101 sold**

sports card top loaders And Sleeves
New
**$2.25**
2 bids
5d 3h
+ $6.46 shipping
Seller with 100% positive feedback

Ultra Pro Top Loaders Regular 35pt 3x4 Toploaders 25, 50, 100, 200, 500, 1000
New
**$9.90**
Free 2-4 day shipping
Top Rated Plus
**810 sold**

About this item | Shipping, returns, and payments | Report this item

Seller assumes all responsibility for this listing.

eBay item number: **165173984775**

Last updated on Feb 03, 2024 06:00:56 PST View all revisions

## Item specifics

| | |
|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more |
| Card Holder Type | Rigid |
| Brand | BCW |
| Type | Toploader |
| Compatible Card Size | Standard |
| Color | Clear |
| Features | Acid-Free, Extra Clear |
| Year Manufactured | 2021 |
| Country/Region of Manufacture | China |
| Number of Sleeves | 100 |
| Compatible Card Thickness | 20 Pt. |

Item description from the seller

BCW Topload Card Holders. You pick the quantity!

Ships USPS, UPS or Fedex with tracking.

Check out our ebay store for more deals on supplies and cards!

Thanks for looking!



**Other Buddy's**

99.9% positive feedback
58K items sold

Joined May 2002

Visit store

Contact

Save seller

### Detailed seller ratings

Average for the last 12 months

| | | |
|---|---|---|
| Accurate description | | 5.0 |
| Reasonable shipping cost | | 5.0 |
| Shipping speed | | 5.0 |
| Communication | | 5.0 |

### Popular categories from this store

See all

Collectibles    Sports Mem, Cards & Fan Shop    Coins & Paper Money    Toys & Hobbies

### Seller feedback (18,028)

This item (207)    All items (18,028)

S***o (8122) • Past month                                                      Verified purchase

Received quickly and in great shape! Thank you!

m***v (676) • Past 6 months                                                   Verified purchase

Great item, just as described and fast delivery! Great eBayer - A+++

l***l (1301) • Past 6 months                                                   Verified purchase

Great stuff! Fast shipping!

See all feedback

Back to home page                                                              Return to top
More to explore :  BCW Sports Trading Card Toploaders & Holders for Standard,  BCW Sports Trading Card Toploaders & Holders,  BCW Magnetic Holder Sports Trading Card Toploaders & Holders for Standard,
BCW Screwdown Holder Sports Trading Card Toploaders & Holders for Standard,  BCW Sports Trading Card Toploaders & Holders for Tall,  BCW Magnetic Holder Sports Trading Card Toploaders & Holders,
Sports Trading Card Toploaders & Holders for Standard,  Gold Sports Trading Card Toploaders & Holders for Standard,  Blue Sports Trading Card Toploaders & Holders for Standard,  Sports Trading Card Toploaders & Holders

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice



# Checkout

How do you like our checkout? Give us feedback

Buy with PayPal. It's fast and simple.

**Pay with**

Add new card

PayPal

Special financing available.
Apply now. See terms

Google Pay

| | |
|---|---|
| Item (1) | $6.88 |
| Shipping | Free |
| Tax* | $0.71 |
| **Order total** | **$7.59** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

Confirm and pay

Select a payment method

Purchase protected by **eBay Money Back Guarantee**

**Ship to**
Clerk2 Clerk2
161 North Clark St.
Chicago, IL 60601-3206
United States
(312) 375-1573
Change

**Review item and shipping**

Seller: otherbuddy | Message to seller

You Pick! BCW Top Loaders 3x4 Standard Toploader 25 50 100 200 500 1000

Qty: 25

**$6.88**

Quantity
1

Free returns

**Delivery**
**Free USPS First Class**
Est. delivery: Jun 4 – Jun 6

**Gift cards, coupons, eBay Bucks**

Enter code: Apply

**Donate to charity (optional)**
The Jed Foundation

The Jed Foundation (JED) supports millions of teens and young adults who rely on JED's evidence-based mental health and suicide prevention strategies. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount None

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice

Hi Clerk2! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

Shop by category | Search for anything | All Categories | Search | Advanced

Back to previous page | Listed in category: Sporting Goods > ... > Sports Trading Cards > Storage & Display Supplies > Card Toploaders & Holders

Share | Add to Watchlist

Have one to sell? Sell now

## Trading Card Sleeves Hard Plastic Clear Case Holder 100 Baseball Cards Topload

Condition: New

Quantity: 1 2 available

Price: **US $14.99**

Buy It Now

Add to cart

Add to watchlist

**Breathe easy.** Returns accepted.

**Fast and reliable.** Ships from United States.

Shipping: **Free** Standard Shipping. See details
Located in: Hallandale, Florida, United States

Delivery: Estimated between **Sat, Jul 29** and **Thu, Aug 3** to 60601

Returns: 30 days returns. Buyer pays for return shipping. See details

Payments:

PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Seller information**
rajaifkay0 (36)
100% positive feedback

Save seller
Contact seller
See other items

## Similar sponsored items

See all

Feedback on our suggestions

Trading Card Sleeves Hard Plastic Clear Case Holder 100 Baseball Cards Topload!!
New
**$15.35**
Free shipping
Seller with a 100% positive feedback

Trading Card Sleeves Hard Plastic Clear Case Holder 100 Baseball Cards Topload
New
**$20.49**
Free shipping

100 Standard Size 3x4 Top Loaders w/ 100 Soft Sleeves Fits Standard Size Cards
New
**$3.76**
3 bids
+ $9.99 shipping
Top Rated Plus
Seller with a 100% positive feedback

Trading Card Sleeves Hard Plastic Clear Case Holder 100 Baseball Cards Topload
New
**$19.29**
Free shipping

Trading Card Sleeves Hard Plastic Topload Clear Case Holder 100 Baseball Cards
New
**$23.98**
Free shipping
Top Rated Plus
**1255 sold**

Tra
Cle
Toj
Ne
$2
Fre

About this item | Shipping, returns & payments | Report this item

Seller assumes all responsibility for this listing.
Last updated on Jul 12, 2023 15:45:50 PDT View all revisions

eBay item number: **385737758564**

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more | Card Holder Type | Semi-Rigid Holder |
| Compatible Card Size | Standard | Number of Pieces | 100 |
| Color | Clear | Material | Plastic |
| MPN | Does not apply | Item Length | 4 |
| Product Dimensions | 4 x 3.75 x 3 inches | Max Input Sheet Capacity | 100 |
| Brand | Unbranded | Type | Toploader |
| Item Height | 3 inches | Features | Extra Clear |
| Country/Region of Manufacture | Unknown | Number of Toploaders/Card Holders | 100 |
| Item Weight | 14.9 ounces | UPC | Does not apply |

## Item description from the seller

# Trading Card Sleeves Hard Plastic Clear Case Holder 100 Baseball Cards Topload

### About this item:

- Contains 50 standard toploaders
- Contains 100 trading card sleeves
- Toploader Exterior Dimensions: 3 x 4 1/16 in
- Toploader Interior Dimensions: 2 3/4 x 3 7/8 in
- Sleeve Exterior Dimensions: 2 5/8 X 3 5/8 in

**rajaifkay0**

Seller's other items

Doe 97





100% Positive Feedback
86 Items sold

Contact
Save seller

### Detailed seller ratings
Average for the last 12 months

| | |
|---|---|
| Accurate description | 4.8 |
| Reasonable shipping cost | 5.0 |
| Shipping speed | 5.0 |
| Communication | 5.0 |

### Seller feedback (20)

3***o (530) • Past month
Great buy
Probiotics 100 Million CFU Potency for Healthy Digestive Immune Health, 120 Tabl (#385754318189)

y***d (609) • Past month
Very good ebay partner
Insulin Pen Cooler Travel Case Diabetic Medication Insulated Cool Organizer Blue (#385764372156)

y***o (248) • Past month
great
Probiotics 100 Million CFU Potency for Healthy Digestive Immune Health, 120 Tabl (#385754318189)

See all feedback

## You May Also Like

Feedback on our suggestions



Trading Card Sleeves Hard Plastic Clear Case Holder 100 Baseball Cards Topload
New
$14.29
Free shipping
68 sold



Trading Card Sleeves Hard Plastic Clear Case Holder 100 - Baseball Cards Topload
New
$13.21
Free shipping
Last one



Trading Card Sleeves Hard Plastic Clear Case Holder 100 Baseball Cards Topload!!!
New
$15.35
Free shipping
Seller with a 100% positive feedback



Trading Card Sleeves Hard Plastic Topload Clear Case Holder 100 Baseball Cards
New
$23.98
Free shipping
Top Rated Plus
1255 sold



Trading Card Sleeves Hard Plastic Clear Case Holder 100 Baseball Cards Topload
New
$16.99
Free shipping
Seller with a 100% positive feedback



Trading Card Sleeves Hard Plastic Clear Case Holder 100 - Baseball Cards Topload
New
$17.25
Free shipping
51 sold



Trading Card Sleeves Hard Plastic Topload Clear Case Holder 200 Baseball Cards
New
$32.99
Free shipping
Top Rated Plus
72 sold



Trading Card Sleeves Hard Plastic Clear Case Holder 50 Baseball Cards Topload
New
$14.99
Free shipping
1929 sold



Trading Card Sleeves Hard Plastic Topload Clear Case Holder 100 Baseball Cards
$34.95
Free shipping



TOPLOAD TRADING CARD SLEEVES Hard Plastic Clear Case Holder 100 Baseball Cards
New
$19.75
Free shipping
Last one

Trading Card Sleeves Hard Plastic Clear Case Holder 100 Baseball Cards Topload
New
$19.94
Free shipping
Seller with a 100% positive feedback



Trading Card Sleeves Hard Plastic Clear Case Holder 25 Baseball Cards Topload
New
$10.36
Free shipping



Trading Card Sleeves Hard Plastic Toploader Clear Case Holder 100 Baseball Cards
New
$23.99
Free shipping
Top Rated Plus
226 sold



Trading Card Sleeves Hard Plastic Clear Case Holder 100 Baseball Cards Topload
New
$22.49
Free shipping



Trading Card Sleeves Hard Plastic Clear Case Holder 100 Baseball Cards Topload
New
$20.49
Free shipping



Trading Card Sleeves Hard Plastic Clear Case Holder 100 Baseball Cards Topload
New
$19.99
Free shipping
Last one






Doe 97

Case: 1:24-cv-07259 Document #: 1-4 Filed: 08/14/24 Page 193 of 241 PageID #:384



Hard Plastic Card Holder 25 Sleeves for Baseball Card Topload Display Supplies.

New

$7.18

Free shipping
Seller with a 100% positive feedback



Trading Card Sleeves Hard Plastic Clear Case Holder 100 Baseball Cards Topload

New

$21.71

Free shipping
Last one



Trading Card Sleeves Hard Plastic Clear Case Holder 100 Baseball Cards Topload

New

$19.29

Free shipping
Seller with a 99.3% positive feedback



Trading Card Sleeves Hard Plastic Clear Case Holder 100 Baseball Cards Topload**

New

$17.89

Free shipping
Seller with a 100% positive feedback



Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading ✅✅✅

New

$15.99

Free shipping
46 sold



Trading Card Sleeves Hard Plastic Clear Case Holder 100 Baseball Cards Topload

New

$19.29

Free shipping



Trading Card Sleeves Hard Plastic Clear Case Holder 100 Baseball Cards Topload

New

$21.49

Free shipping



200 Trading Card Sleeves Hard Plastic Toploader Holder Plus 200 Penny Sleeves

New

$16.69

Free shipping
Last one



Trading Card Sleeves Hard Plastic Clear Case Holder 100 Baseball Cards Topload

New

$20.41

Free shipping

Back to previous page

More to explore :    Sports Trading Card Toploaders & Holders,    Magnetic Holder Sports Trading Card Toploaders & Holders,    Gold Sports Trading Card Toploaders & Holders,    BCW Sports Trading Card Toploaders & Holders,
Sports Trading Card Toploaders & Holders for Standard,    Screwdown Holder Sports Trading Card Toploaders & Holders,    Ultra PRO Sports Trading Card Toploaders & Holders,
Semi-Rigid Holder Sports Trading Card Toploaders & Holders,    BCW Magnetic Holder Sports Trading Card Toploaders & Holders,    Sports Trading Card Toploaders & Holders with UV Protection

Return to top

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices 🅭 and AdChoice ⓘ

Doe 97

 **Checkout**

How do you like our checkout? Give us feedback

## Pay with

- ○ Add new card
  VISA  MasterCard  American Express  Discover

- ○ **PayPal**

- ○ **PayPal CREDIT**
  Special financing available.
  Apply now. See terms

- ○ G Pay  Google Pay

### Ship to

Clerk2 Clerk2
161 North Clark St.
Chicago, IL 60601-3206
United States
(312) 375-1573
Change

### Review item and shipping

Seller: rajaifkay0    Message to seller



Trading Card Sleeves Hard Plastic Clear Case Holder 100 Baseball Cards Topload
**$14.99**

Quantity
1 ▼

**Delivery**
Est. delivery: Jul 29 – Aug 3
FedEx Ground or FedEx Home Delivery
Free

### Gift cards, coupons, eBay Bucks

Enter code:    Apply

### Donate to charity (optional) ⓘ

Reflections of Trinity

Help children, seniors and others in crisis with food, clothing and basic needs. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount    None ▼

---

| Subtotal (1 item) | $14.99 |
|---|---|
| Shipping | Free |
| Tax* | $1.54 |
| **Order total** | **$16.53** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

🔒 **Confirm and pay**

Select a payment option

ebay MONEY BACK GUARANTEE
See details

ⓘ

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices 🄯 and AdChoice ⓘ



Case: 1:24-cv-07259 Document #: 1-4 Filed: 08/14/24 Page 195 of 241 PageID #:386

SAVE UP TO 14% WHEN YOU BUY MORE

Have one to sell? Sell now

## 10 BCW 197pt 5MM THICK TOPLOADERS NEW Trading Card Holder Sports Jersey Topload

1 product rating

Condition: **New**

Bulk savings: Buy 1 $10.49/ea | Buy 2 $9.76/ea | Buy 3 $9.34/ea

4 or more for $9.02/ea

Quantity: 1 More than 10 available / 20 sold

Price: **US $10.49/ea**

Buy It Now

Add to cart

Add to watchlist

**This one's trending.** 20 have already sold.

**Breathe easy.** Free shipping and returns.

Shipping: **Free** Standard Shipping. See details
Located in: Grand Rapids, Michigan, United States

Delivery: Estimated between **Tue, Jul 18** and **Thu, Jul 20** to 60601

Returns: 30 days returns. Seller pays for return shipping. See details

Payments:

PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Shop with confidence

Top Rated Plus
Trusted seller, fast shipping, and easy returns.
Learn more

**Seller information**
rareandunlimited (126014)
100% positive feedback

Save seller
Contact seller
Visit store
See other items

## Similar sponsored items

See all

Feedback on our suggestions

Top Loaders Trading Card Sleeves Baseball Protector Fit Hard Plastic 50 Count
New
**$15.93**
Free shipping
**Last one**

10 BCW 197pt 5MM THICK TOPLOADERS NEW Trading Card Holder Sports Jersey Topload
**$9.97**
Free shipping
Seller with a 99.8% positive feedback

BCW 3X4 Thick Card Toploaders 1 Pack of 10 for up to 197pt Cards
New
**$5.98**
Free shipping
Top Rated Plus
**449 sold**

10 BCW 138pt 3.5MM THICK TOPLOADERS NEW Trading Card Holder Sport Jersey Topload
New
**$9.29**
Free shipping
Top Rated Plus
**27 sold**

10 BCW 138pt 3.5MM THICK TOPLOADERS NEW Trading Card Holder Sport Jersey Topload
**$9.19**
Free shipping
Seller with a 99.8% positive feedback

10 I
TO
Sp
Ne
$9
Fre
Se

## Sponsored items inspired by your views

See all

Feedback on our suggestions

Top Loaders Trading Card Sleeves Baseball Protector Fit Hard Plastic 50 Count
New
**$15.93**
Free shipping
**Last one**

(25) Ultra-Pro Regular Topload Trading Card Holders Toploaders For Sports Cards
New
**$7.49**
Free shipping
**1757 sold**

(30) BCW Tall Trading Card Dividers (3 Packs) Sits Above Toploads For Visibility
New
**$10.99**
Free shipping
**240 sold**

Ultra Pro 3 x 4 Super Thick Baseball Card Holder Toploader (25)75pt TOP LOADER
New
**$10.49**
Free shipping
Top Rated Plus
**307 sold**

100 20pt 3x4 Cardboard Gold TopLoaders + 100 Soft Sleeves Standard New Sealed
New
**$17.25**
Free shipping
**362 sold**

50
Sp
Ca
Ne
$3
Fre
18(

About this item | Shipping, returns & payments

Report this item

Seller assumes all responsibility for this listing.
Last updated on Oct 14, 2022 18:49:11 PDT View all revisions

eBay item number: **194552430992**

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more | Country/Region of Manufacture | China |
| Compatible Card Thickness | 197 Pt. | Card Holder Type | Rigid Holder |
| Material | Plastic | Type | Toploader |
| Color | Clear | Compatible Card Size | Standard |
| MPN | 1-TLCH-TH-5MM | Brand | BCW |
| Number of Toploaders/Card Holders | 10 | UPC | 722626902338 |

## Item description from the seller

Doe 98

You are purchasing **New in factory sealed retail package - 10 (1 PACK) BCW 197PT TOPLOADERS FOR THICK CARDS up to 5MM!!** Protect and show off your collection with these high quality toploaders.

- **FREE** shipping to the US!!!
- 30-day return policy!!!
- We ship next business day after payment is received
- All items in stock - _not_ shipped from a drop shipper
- **Check out our store here to buy one or more items!!!**
- Get the personal customer service big box business can not give!

- Holds Jersey Cards, Memorabilia Cards, Sports Cards, and other Trading Cards that are standard size and up to 197pt. thickness (5mm thick)
- Interior Dimensions 2-3/4" x 3-7/8" x 3/16"
- Exterior Dimensions 3" x 4" x 1/4"
- Top Loading - Opens on the short side
- High quality rigid PVC
- Recyclable
- Made in the USA
- Stock #1-TLCH-TH-5MM
- UPC 722626902338

*****Cards are not included*****

**Payment**
- Payment is accepted by Paypal, all major credit and debit cards
- Paypal holds e-check* payments (your order will not ship until payment is cleared)
- Buy It Now payments are due immediately upon purchase

**Shipping**
- We pack very securely, so be assured your item will arrive safely
- We include free delivery confirmation, tracking and insurance with all US orders.
- All orders ship the next business day after payment is received & cleared.
- Express orders ship same day if payment is received before 6AM EST

**Orders shipping to U.S. address (includes APO/FPO)**
- Recommended shipping is by USPS priority mail to receive your product safely and quickly, usually within 3 business days!
- Express Mail, please allow 1-2 business days for USPS to deliver your item. Priority Mail please allow 3-7 business days for USPS to deliver your item. First class and Parcel Post please allow 4-10 business days for USPS to deliver your item.

**Orders shipping to address outside of the U.S. (INTERNATIONAL)**
- Priority Mail International is the best shipment method in order to receive your product safely and quickly, usually within 7-10 business days. First Class Mail International, allow 14-28 business days for USPS to deliver your item. Express Mail International, allow 3-5 business days for USPS to deliver your item to you.
- The actual cost of your winning bid or purchase will be entered on your customs form. This will not include the cost of shipping in this amount. Your country may impose additional fees on your item. Please inquire with the country you live in about these fees.

**How to contact us**
- Please use the eBay email system to contact us. All emails will be answered within 24 hours of when they were sent. If we do not reply within 24 hours, please send another email. Sometimes your email may not reach our inbox.

**About your purchase**
- We started our business as an eBay buyer, just like you! We understand as a buyer that concerns may arise about your order. We are dedicated to 100% customer satisfaction and will go the extra mile to make sure you are pleased with every aspect of your purchase.
- Please contact us before leaving feedback if you are not 100% satisfied with your purchase.

**Mission Statement**
- A business that will provide excellent customer service.
- A business that sells and provides authentic products.
- A business that replies to all correspondence from our customers within a reasonable time frame.
- A business that provides quick resolution if a problem or concern arises.
- A business that guarantees the products it sells.

**Return Policy**
- If you receive item(s) that are not as advertised or is damaged during shipping, in most instances we will ship a replacement, and we will also cover the cost of replacing the item and shipping both ways if necessary. In most instances you do not have to return the item. Email us for specific instructions.
- We do not accept returns on items that are as advertised. In rare instances though, we may approve a return for you. If we do approve your return the following requirements apply.
   -An RMA number is required, which we will provide to you.
   -All approved RMA requests must be postmarked on or before 30 days after you received the item.
   -We will refund only the amount paid for the item, and will not include your cost of shipping either way.
   -Only items with the RMA number written on the outside of the package will be accepted.
   -Only unopened items in brand new condition will be accepted for return.
   -The amount of our cost for postage will be deducted from your refund





## RARE&UNLIMITED

**100%** Positive Feedback
**324K** Items sold

Visit store
Contact
Save seller

### Detailed seller ratings

Average for the last 12 months

| | |
|---|---|
| Accurate description | 5.0 |
| Reasonable shipping cost | 5.0 |
| Shipping speed | 5.0 |
| Communication | 5.0 |

### Popular categories from this store

See all

Art Storage · Audio Adapters · Audio Cables · Board Game Card Sleeves · Book Sleeves & Covers · Card Binders · Card Dividers · Card Storage · Cards

### Seller feedback (141,459)

This item (7) All items (141,459)

s***s (2031) • Past year
Fast shipping! Item as described. A+

r***r (2039) • Past year
Awesome Transaction. Fast Shipment!! A++ Great Seller!!

e***k (1729) • Past year
Fast shipping, great communication, and great product. Thank you so much.

See all feedback

### Ratings and Reviews

Learn more

Write a review

5.0

1 product rating

| | | |
|---|---|---|
| 5 | | 1 |
| 4 | | 0 |
| 3 | | 0 |
| 2 | | 0 |
| 1 | | 0 |

### Most relevant reviews

by billcass1953
May 12, 2023

will be buying again in the future

very good value for the money

Verified purchase: Yes | Condition: New | Sold by: sportscardsgrading

(0) (0) !

Back to home page
Return to top

More to explore : BCW Sports Trading Card Toploaders & Holders, BCW Sports Trading Card Toploaders & Holders with Features For Extra Thick Cards, BCW Gold Sports Trading Card Toploaders & Holders, BCW Sports Trading Card Toploaders & Holders for Tall, BCW White Sports Trading Card Toploaders & Holders, BCW Semi-Rigid Holder Sports Trading Card Toploaders & Holders, Sports Trading Card Toploaders & Holders, Magnetic Holder Sports Trading Card Toploaders & Holders, Gold Sports Trading Card Toploaders & Holders, Sports Trading Card Toploaders & Holders for Tall

About eBay Announcements Community Security Center Seller Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

 Checkout

How do you like our checkout? Give us feedback

**Pay with**

○ Add new card
VISA  MasterCard  AMEX  DISCOVER

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

○ G Pay  Google Pay

**Ship to**

Clerk2 Clerk2
161 North Clark St.
Chicago, IL 60601-3206
United States
(312) 375-1573
Change

**Review item and shipping**

Seller:  rareandunli...  |  Message to seller



10 BCW 197pt 5MM THICK TOPLOADERS NEW
Trading Card Holder Sports Jersey Topload
**$10.49**

Quantity
1

**Delivery**

● Est. delivery: Jul 18 – Jul 20
USPS First Class
Free

○ Est. delivery: Jul 18 – Jul 21
USPS Priority Mail
$10.55

○ Est. delivery: Jul 18 – Jul 20
USPS Priority Mail Express
$29.95

**Gift cards, coupons, eBay Bucks**

Enter code:  Apply

**Donate to charity (optional)** ⓘ

ASPCA

Can you spare some change for animals in need? Add a donation to the ASPCA now.
PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no
later than 30 days after the end of the month in which the donation is made. Donations
are non-refundable and typically tax deductible. PPGF may be unable to grant funds
to a charity if the charity has lost tax exempt status, has closed, or no longer accepts
funds from PPGF.

Select amount  None

| Subtotal (1 item) | $10.49 |
| Shipping | Free |
| Tax* | $1.08 |
| **Order total** | **$11.57** |

*We're required by law to collect sales tax
and applicable fees for certain tax
authorities. Learn more

Confirm and pay

Select a payment option

ebay MONEY BACK GUARANTEE
See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

Hi Clerk2! ∨ | Daily Deals | Brand Outlet | Gift Cards | Help & Contact

Sell | Watchlist ∨ | My eBay ∨ | 🔔 2 | 🛒

ebay

Shop by category ∨ | Search for anything | All Categories ∨ | **Search**

🔖 Back to search results › Collectibles & Art › ... › Storage & Display Supplies › Card Toploaders & Holders › See more BCW Premium 3x...

Share | Add to Watchlist



⤢

Have one to sell? Sell now

### 5-PK 125 BCW PREMIUM TOPLOADERS REGULAR CARD HOLDERS 20pt TOPLOAD PRO ULTRA BULK

🔲 ELITE Sports Collectibles Antiques (1494)
100% positive · Seller's other items · Contact seller

**US $18.95**

Condition: New

Quantity: [ 1 ]   4 available / 9 sold

**Buy It Now**

**Add to cart**

♡ Add to watchlist

Shipping: US $11.40 Standard Shipping. See details
Located in: Woodstock, Virginia, United States

Delivery: Estimated between **Fri, Feb 16** and **Tue, Feb 20** to 60601 ⓘ

Returns: Seller does not accept returns. If the item you received doesn't match the listing description, your purchase may be eligible for eBay Money Back Guarantee if the return request is made within 3 days from delivery. See details

Payments: [PayPal] [GPay] [VISA] [MasterCard] [AmEx] [Discover]

PayPal CREDIT

Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

---

About this item | Shipping, returns, and payments

Report this item

Seller assumes all responsibility for this listing.

eBay item number: 284587917700

Last updated on Feb 06, 2024 14:50:22 PST  View all revisions

## Item specifics

| | |
|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more |
| Card Holder Type | Toploader |
| Compatible Card Size | Standard |
| Team | Base Ball |
| Compatible Card Thickness | 20 Pt. |
| UPC | 0722626902345 |
| Brand | BCW |
| Type | Rigid |

## About this product

### Product Identifiers

| | |
|---|---|
| Brand | BCW |
| GTIN | 0722626902345 |
| UPC | 0722626902345 |

eBay Product ID (ePID)                          1131149263

**Product Key Features**
Type                                            Rigid

**Additional Product Features**
Size                                            Standard

## Item description from the seller

5-PK 125 BCW PREMIUM TOPLOADERS REGULAR CARD HOLDERS 20pt TOPLOAD

Great for all regular Baseball Basketball Football Hockey an Pokémon Cards. Ships Priority Mail in a Padded Envelope.



### ELITE Sports Collectibles Antiques

100% Positive Feedback
3.3K items sold

[Visit store]
[Contact]
[♡ Save seller]

📅 Joined Mar 2015

### Detailed seller ratings

Average for the last 12 months

Accurate description        ━━━━━    5.0
Reasonable shipping cost    ━━━━━    4.9
Shipping speed              ━━━━━    5.0
Communication               ━━━━━    5.0

### Popular categories from this store                                    See all

[Collectibles]  [Business & Industrial]  [Art]  [Everything Else]  [eBay Motors]  [Antiques]  [Home & Garden]  [Clothing, Shoes & Accessories]
[Toys & Hobbies]

### Seller feedback (987)

**This item (2)**    All items (987)

⊕  i***s (519) • Past year

great stuff!!!

⊕  a***_ (76) • More than a year ago

Great deal!

[See all feedback]

## Product ratings and reviews               Learn more               [Write a review]



**4.7**
★★★★⯪
39 product ratings

| | | |
|---|---|---|
| ★ 5 | | 34 |
| ★ 4 | | 3 |
| ★ 3 | | 0 |
| ★ 2 | | 0 |
| ★ 1 | | 2 |

86%
Would
recommend

93%
Good value

93%
Good quality

## Most relevant reviews

See all 28 reviews

★★★★★
by pixelatedjpeg
Mar 24, 2019

TOP FAVORABLE REVIEW

### Perfect!

These are perfect, wouldn't even consider buying another brand. I use these specifically to display ACEO/ATC cards, and I mount them in the wall with small command strips. Minimal glare. Several of my friends also use these for their magic cards.

Verified purchase: Yes · Condition: New · Sold by: billyjames2

★★★★★
by wherebfolg
Apr 04, 2018

### Great value with this product.

In my opinion these toploaders are the same quality as the standard toploaders BCW sells. Just with a little more buffing. I've only been 1/4 of the way through the case and have had multiple cracked or chipped (not so PREMIUM) toploaders. On the value side it is a good deal.

Verified purchase: Yes · Condition: New · Sold by: sharpgaming

★★★★★
by popjerr-mplwbs
Jan 13, 2020

### Hold my cards.

Just what I wanted perfect for my Mattingly collection. Well made and cards fit in nicely. Best deal I found on ebay for the amount that I needed. Highly recommend them.

Verified purchase: Yes · Condition: New · Sold by: jadedstud

★★★★★
by natwes7l80
Aug 25, 2022

### Great Toploaders

Great quality, even better price! I use them for all of my collectible baseball cards!

Verified purchase: Yes · Condition: New · Sold by: sportscardsgrading

★★★★★
by kathiephan
Aug 22, 2017

### Durable and great!

Love them!! Perfect protection for my trading cards! Can weather any storm 😄

Verified purchase: Yes · Condition: New · Sold by: billyjames2

Back to search results | See More Details about "BCW Premium 3x4 Topload Card Holder" | Return to top

More to explore : BCW Sports Trading Card Toploaders & Holders, Ultra PRO Sports Trading Card Toploaders & Holders, BCW Magnetic Holder Sports Trading Card Toploaders & Holders, BCW Gold Sports Trading Card Toploaders & Holders, BCW Sports Trading Card Toploaders & Holders for Tall, Ultra PRO Sports Trading Card Toploaders & Holders for Standard, Ultra PRO Magnetic Holder Sports Trading Card Toploaders & Holders, BCW Snap Lock Holder Sports Trading Card Toploaders & Holders, Ultra PRO Semi-Rigid Holder Sports Trading Card Toploaders & Holders, Sports Trading Card Toploaders & Holders

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice ⓘ

Case: 1:24-cv-07259 Document #: 1-4 Filed: 08/14/24 Page 202 of 241 PageID #:393

 **Checkout**

How do you like our checkout? Give us feedback

**PayPal** Buy with PayPal. It's fast and simple.

**Pay with**

○ Add new card
VISA · Mastercard · American Express · Discover

○ **PayPal** PayPal

○ PayPal Credit · Special financing available.
Apply now. See terms

**Ship to**

Clerk2 Clerk2
161 North Clark St.
Chicago, IL 60601-3206
United States
(312) 375-1573
Change

**Review item and shipping**

Seller: bryantcolle... | Message to seller

5-PK 125 BCW PREMIUM TOPLOADERS REGULAR
CARD HOLDERS 20pt TOPLOAD PRO ULTRA BULK
**$18.95**

Quantity
1

**Delivery**
Est. delivery: Feb 16 – Feb 20
USPS Ground Advantage
$11.40

**Gift cards, coupons, eBay Bucks**

Enter code:     Apply

**Donate to charity (optional)** ⓘ

Save a Child's Heart Foundation

Give $1 to help provide lifesaving heart surgery for children in need. PayPal
Giving Fund (PPGF) receives your donation and grants 100% to a charity no
later than 30 days after the end of the month in which the donation is
made. Donations are non-refundable and typically tax deductible. PPGF
may be unable to grant funds to a charity if the charity has lost tax exempt
status, has closed, or no longer accepts funds from PPGF.

Select amount     None

| | |
|---|---|
| Item (1) | $18.95 |
| Shipping | $11.40 |
| Tax* | $3.11 |
| **Order total** | **$33.46** |

*We're required by law to collect sales tax and
applicable fees for certain tax authorities. Learn more

**🔒 Confirm and pay**

Select a payment method

ebay MONEY BACK GUARANTEE
See details

Doe 99



Hi Clerk2! Daily Deals Brand Outlet Gift Cards Help & Contact Sell Watchlist My eBay 2

Shop by category | Search for anything | All Categories | Search

Back to search results · Collectibles & Art > ... > Sports Trading Cards > Storage & Display Supplies > Card Toploaders & Holders · Share · Add to Watchlist

Have one to sell? Sell now

## BCW 3" x 4" Topload Card Holder for Standard Trading Cards Up to 20 pts 25-C

rj-goods (424)
98.9% positive · Seller's other items · Contact seller

**US $9.99**

Condition: **New**

Quantity: 1 | 3 available / 6 sold

Buy It Now

Add to cart

Add to watchlist

Shipping: **Free** Standard Shipping. See details
Located in: Corona, New York, United States

Delivery: Estimated between **Fri, Feb 16** and **Tue, Feb 20** to 60601

Returns: Seller does not accept returns. If the item you received doesn't match the listing description, your purchase may be eligible for eBay Money Back Guarantee if the return request is made within 3 days from delivery. See details

Payments: PayPal, G Pay, VISA, Mastercard, AMEX, Discover
PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

About this item | Shipping, returns, and payments | Report this item

Seller assumes all responsibility for this listing.

eBay item number: **314759752522**

Last updated on Feb 08, 2024 19:12:21 PST View all revisions

## Item specifics

| | |
|---|---|
| 85 | Polyvinyl Chloride (PVC) |
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more |
| Card Holder Type | Toploader Card Protectors Card Top Loaders |
| Autographed | No |
| Compatible Card Size | Standard |
| Number of Pieces | 25 |
| Custom Bundle | No |
| Color | Clear |
| Year Manufactured | 2022 |
| Material | Plastic |
| Item Length | 3 in |
| Product Dimensions | 30 x 40 x 1 inches |
| Inscribed | No |
| Max Input Sheet Capacity | 25 |
| Brand | Unbranded |
| Type | Card Holder |
| Item Height | 4 in |

| Features | Our hard plastic card sleeves are the industry standard in card p, These rigid hard plastic protectors are made with super clear PVC |
| Number of Toploaders/Card Holders | 25 |
| Country/Region of Manufacture | Unknown |
| Compatible Card Thickness | Up to 35 |
| Item Weight | 6.4 ounces |
| UPC | Does Not Apply |

## Item description from the seller

### BCW 3'' x 4'' Topload Card Holder for Standard Trading Cards  Up to 20 pts  25-C

**Description:**

BCW Standard 3-Inches x 4-Inches toploaders are made of high-quality, rigid PVC. These top loading holders are some of the most popular rigid individual cardholders in the collectible card industry. Use this product to protect, store or display collectible baseball cards, football cards, hockey cards, or other trading cards like Magic The Gathering, Pokemon, YuGiOh, and others. 12-mil thickness panels. Topload, open on the short side. Each cardholder holds a standard trading card - Up to 20 pts. 25 holders per pack

**Feature:**

- 25 Holders Per Pack. Topload, open on the short side
- Each card holder holds a standard trading card - Up to 20 pts
- 12-mil thickness panels made of high-quality, rigid PVC
- Exterior Dimensions: 3" x 4-1/16"
- Interior Dimensions: 2-3/4" x 3-7/8"







**rj-goods**

98.9% Positive Feedback
1.9K items sold

📅 Joined Aug 2021

Visit store

Contact

♡ Save seller

### Detailed seller ratings

Average for the last 12 months

Accurate description                            4.9

| Reasonable shipping cost | ——— | 5.0 |
| Shipping speed | ——— | 4.9 |
| Communication | ——— | 4.8 |

## Popular categories from this store

See all

Entertainment Memorabilia

## Seller feedback (454)

**This item (3)**    All items (454)

⊕ 3***4 (502) • Past month

Great product and super delivery!

⊕ n***u (1933) • Past 6 months

Positive transaction - item delivered as promised and described 👍 👍 👍 👍

⊕ o***i (1223) • Past 6 months

Quick shipping, thanks!

See all feedback

More to explore :   BCW Sports Trading Card Toploaders & Holders for Standard,   BCW Sports Trading Card Toploaders & Holders,   BCW Black Sports Trading Card Toploaders & Holders for Standard,   BCW Magnetic Holder Sports Trading Card Toploaders & Holders for Standard,   BCW Screwdown Holder Sports Trading Card Toploaders & Holders for Standard,   BCW Magnetic Holder Sports Trading Card Toploaders & Holders for Standard,   BCW Semi-Rigid Holder Sports Trading Card Toploaders & Holders,   Sports Trading Card Toploaders & Holders for Standard,   Sports Trading Card Toploaders & Holders,   Magnetic Holder Sports Trading Card Toploaders & Holders for Standard

About eBay     Announcements     Community     Security Center     Seller Center     Policies     Affiliates     Help & Contact     Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice

 Checkout

How do you like our checkout? Give us feedback

**PayPal** Buy with PayPal. It's fast and simple.

### Pay with

○ Add new card
VISA · Mastercard · American Express · Discover

○ **PayPal** PayPal

○ PayPal Credit  Special financing available.
Apply now. See terms

○ **G Pay** Google Pay

### Ship to

Clerk2 Clerk2
161 North Clark St.
Chicago, IL 60601-3206
United States
(312) 375-1573
Change

### Review item and shipping

Seller: rj-goods    |    Message to seller

BCW 3" x 4" Topload Card Holder for Standard Trading Cards Up to 20 pts 25-C
**$9.99**

Quantity
1

**Delivery**
Free UPS Ground
Est. delivery: Feb 16 – Feb 20

### Gift cards, coupons, eBay Bucks

Enter code:     Apply

### Donate to charity (optional) ⓘ

**Save a Child's Heart Foundation**

Give $1 to help provide lifesaving heart surgery for children in need. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount    None

| | |
|---|---|
| Item (1) | $9.99 |
| Shipping | Free |
| Tax* | $1.02 |
| **Order total** | **$11.01** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

🔒 Confirm and pay

Select a payment method

ebay MONEY BACK GUARANTEE
See details

Doe 100



Hi Clerk2! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

Shop by category | Search for anything | All Categories | Search | Advanced

Back to previous page | Listed in category: Sporting Goods > ... > Sports Trading Cards > Storage & Display Supplies > Card Toploaders & Holders

Share | Add to Watchlist

Have one to sell? Sell now

## 5x7 Photo Topload Holders (5 count) - Rigid Plastic Sleeves - BCW Brand

Condition: New

Quantity: 1 6 available / 107 sold

Price: **US $8.99**

Buy It Now

Add to cart

Add to watchlist

**This one's trending.** 107 have already sold.

**Breathe easy.** Returns accepted.

Shipping: **Free** Standard Shipping. See details
Located in: Winter Haven, Florida, United States

Delivery: Estimated between **Thu, Jul 27** and **Sat, Jul 29** to 60601

Returns: 30 days returns. Buyer pays for return shipping. See details

Payments: PayPal G Pay VISA Mastercard AmEx Discover

PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Seller information**
safulfillment (423)
100% positive feedback

Save seller
Contact seller
Visit store
See other items

## Similar sponsored items

See all

Feedback on our suggestions

5 Ultra Pro 4"x6" TOPLOADERS NEW Photo Sports Card Collectible Rigid Postcard
New
**$7.99**
Free shipping
Top Rated Plus
**135 sold**

1 Pack of (25) BCW 5 x 7 Toploaders Holders Photo Postcard Rigid Top Loader
New
**$19.88**
Free shipping
Top Rated Plus
Seller with a 99.9% positive feedback

KeepItMint 10 Count Mini-Snap Rigid Holder For Trading cards 35 pt Not Ultra Pro
New
**$4.99**
1 bid
Free shipping
Seller with a 100% positive feedback

Pack /25 BCW Hard Plastic Baseball Trading Card Topload Holders 12 mil protector
New
**$8.49**
Free shipping
Top Rated Plus
**6991 sold**

(25)BCW Premium 3X4 Trading Card Topload Holder - Top Loader - NEW IN PACK
New
**$6.99**
Free shipping
**39 sold**

25 ... Rig... Ho...
Ne...
$1...
Fre...
216...

## Sponsored items customers also bought

See all

Feedback on our suggestions

5 Ultra Pro 4"x6" TOPLOADERS NEW Photo Sports Card Collectible Rigid Postcard
New
**$7.99**
Free shipping
Top Rated Plus
**135 sold**

10 25 50 PK BCW 6x8 Hard Plastic Rigid Topload Photo Holders 6x8 toploaders
New
**$11.19**
Free shipping
**498 sold**

(25-Pack) CSP 4x6 Toploaders 4" x 6" Topload Rigid Card Holders Photo, Postcard
New
**$15.99**
Free shipping
Seller with a 99.8% positive feedback

225 Pockets Card Sleeves Collector Binder Album Holder Sheets for Yugioh Pokemon
New
**$14.98**
~~$21.40~~ 30% off
Free shipping
Top Rated Plus

50 Pack 4 X 6 Hard Plastic Card Sleeves Waterproof Postcard Photo Holders
New
**$19.68**
Free shipping
Seller with a 100% positive feedback

5 L... Lo...
$2...
+ $...
32...

About this item | Shipping, returns & payments

Report this item

Seller assumes all responsibility for this listing.
Last updated on Apr 28, 2023 20:21:52 PDT View all revisions

eBay item number: **284590247762**

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more | Type | Toploader |
| Brand | BCW Diversified | UPC | 722626962004 |

## Item description from the seller

## 5x7 Photo Topload Holders (5 count) - Rigid Plastic Sleeves - BCW Brand

Includes a total of five (5) 5"x7" topload holders.

The PVC used in BCW Toploads contain no plasticizers or stearates. Our high impact grade PVC does not migrate and will not harm your cards, photos or prints, while offering maximum protection and visual appeal. Use this holder to protect, store and display your 5X7 photographs, prints and documents.

- Holds postcards and photos
- Crystal clear
- Made of high impact rigid PVC Dimensions

- Exterior 5-3/8" x 7-1/8" x 1/16"
- Interior 5-1/16" x 7" x 1/32"



Listing and template services provided by inkFrog (https://signin.ebay.com/authorize?client_id=inkFrog-eBayShop-PRD-45d7504o4-548de617&response_type=code&redirect_uri=inkFrog__Inc.-inkFrog-eBaySh-vfzfmcd&scope=https://api.ebay.com/oauth/api_scope https://api.ebay.com/oauth/api_scope/sell.marketing.readonly https://api.ebay.com/oauth/api_scope/sell.marketing https://api.ebay.com/oauth/api_scope/sell.inventory.readonly https://api.ebay.com/oauth/api_scope/sell.inventory https://api.ebay.com/oauth/api_scope/sell.account.readonly https://api.ebay.com/oauth/api_scope/sell.account https://api.ebay.com/oauth/api_scope/sell.fulfillment.readonly https://api.ebay.com/oauth/api_scope/sell.fulfillment https://api.ebay.com/oauth/api_scope/sell.analytics.readonly)

inkFrog (https://signin.ebay.com/authorize?client_id=inkFrog-eBayShop-PRD-45d7504o4-548de617&response_type=code&redirect_uri=inkFrog__Inc.-inkFrog-eBaySh-

### SA Fulfillment
100% Positive Feedback
1.2K Items sold

Visit store
Contact
♡ Save seller

#### Detailed seller ratings
Average for the last 12 months

| | | |
|---|---|---|
| Accurate description | ▬▬▬ | 5.0 |
| Reasonable shipping cost | ▬▬▬ | 5.0 |
| Shipping speed | ▬▬▬ | 5.0 |
| Communication | ▬▬▬ | 5.0 |

#### Popular categories from this store   See all

Collectibles    Sports Mem, Cards & Fan Shop    Stamps

Books & Magazines    Coins & Paper Money

#### Seller feedback (394)

This item (35)    All items (394)

● g***n (878) • Past month
Item as described

● d***n (882) • Past month
Great Seller! Fast Shipping!! 😊😊😊😊😊

● *****n (7876) • Past month
Excellent 5x7 photo card holders, A+++++seller

See all feedback

More to explore :   BCW Semi-Rigid Holder Sports Trading Card Toploaders & Holders,   BCW Semi-Rigid Holder Sports Trading Card Toploaders & Holders for Standard,   BCW Sports Trading Card Toploaders & Holders, BCW Magnetic Holder Sports Trading Card Toploaders & Holders,   BCW Sports Trading Card Toploaders & Holders for Tall,   BCW Sports Trading Card Toploaders & Holders for Standard

 Checkout

How do you like our checkout? Give us feedback

## Pay with

○ Add new card
VISA · MasterCard · American Express · Discover

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

○ G Pay  Google Pay

### Ship to

Clerk2 Clerk2
161 North Clark St.
Chicago, IL 60601-3206
United States
(312) 375-1573
Change

### Review item and shipping

Seller: safulfillment     Message to seller



5x7 Photo Topload Holders (5 count) - Rigid Plastic Sleeves - BCW Brand
**$8.99**

Quantity
1

**Delivery**
Est. delivery: Jul 27 – Jul 29
USPS First Class
Free

### Gift cards, coupons, eBay Bucks

Enter code:     Apply

| | |
|---|---|
| Subtotal (1 item) | $8.99 |
| Shipping | Free |
| Tax* | $0.92 |

**Order total** **$9.91**

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

🔒 Confirm and pay

Select a payment option

ebay MONEY BACK GUARANTEE
See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice





Hard Plastic Card Holder 25 Sleeves for Baseball Card Topload Display Supplies..

★★★★★ 308 product ratings

**Seller information**
sarsa-5542 (11k ✪)
100% positive feedback

♡ Save seller
Contact seller
See other items

Condition: New

Quantity: 1     2 available / 115 sold

Price: **US $7.54**

**Buy It Now**

**Add to cart**

♡ Add to watchlist

⚡ This one's trending. 115 have already sold.

↩ Breathe easy. Returns accepted.

Shipping: Free Economy Shipping. See details
Located in: N.Flanders, United States.

Delivery: Estimated between Mon, Jul 17 and Fri, Jul 21 to 60601 ⓘ
Includes 4 business days handling time after receipt of cleared payment.

Returns: 30 days returns. Buyer pays for return shipping. See details

Payments: PayPal  GPay  VISA  ●●  ●●

Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®! Learn more

## Similar sponsored items    See all >











BCW 3" x 4" Topload for Standard Trading Cards | Up to 20 pts | 25-Count
New
$6.72
Free shipping
Last one

Trading Card Sleeves Hard Plastic Clear Case Holder 100 Baseball Cards Topload!!
New
$15.25
Free shipping
32 sold

1000 Top Loaders - Premium 20 pt. BCW (40 packs of 25)
New
$52.00
19 bids
+ $32.02 shipping
Top Rated Plus
Seller with a 100% positive feedback

Trading Card Sleeves Hard Plastic Clear Case Holder 100 Baseball Cards protector
New ✅
$16.80
Free shipping
Seller with a 100% positive feedback

Pack /25 BCW Hard Plastic Baseball Trading Card Topload Holders 12 mil
New
$8.49
Free shipping
Top Rated Plus
6990 sold

## Sponsored items customers also bought    See all >











BCW 3" x 4" Topload for Standard Trading Cards | Up to 20 pts | 25-Count
New
$6.72
Free shipping
Last one

Pack /25 BCW Hard Plastic Baseball Trading Card Topload Holders 12 mil protector
Pre-owned
$7.70
Free shipping
166 sold

(25-Pack) Vulcan Shield 35pt Standard Size Toploader Rigid Plastic Card Holders
New
$6.49
Free shipping
Top Rated Plus
24 sold

550 Penny Sleeves Trading Card Soft Protectors | Baseball Pokemon Football | New
New
$10.99
Free 3-4 day shipping
814 sold

Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading ✅✅
New ✅✅
$14.99
Free shipping
39 sold

About this item | Shipping, returns & payments

Report this item

Seller assumes all responsibility for this listing.
Last updated on Jul 08, 2023 13:46:28 PDT View all revisions

eBay item number: 125876154789

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more | Color | White |
| EAN | 0722626902291 | ISBN | 0722626902291 |
| Package Dimensions LxWxH | 4.06x3.15x1.65 inches | Weight | 0.4 Pounds |
| Model | Does not apply | UPC | 0722626902291 |
| Brand | BCW | Type | Rigid |
| MPN | ITLCHN | | |

## About this product

## Product Identifiers

| | | | |
|---|---|---|---|
| Brand | BCW | MPN | ITLCHN |
| GTIN | 0722626902291 | UPC | 0722626902291 |

Case: 1:24-cv-07259 Document #: 1-4 Filed: 08/14/24 Page 211 of 241 PageID #:402

| | |
|---|---|
| eBay Product ID (ePID) | 625692437 |

**Product Key Features**

| | |
|---|---|
| Type | Rigid |

**Additional Product Features**

| | | | |
|---|---|---|---|
| Size | Standard | Team | Base Ball |
| Border Color | Clear | | |

## Item description from the seller

# Hard Plastic Card Holder 25 Sleeves for Baseball Card Topload Display Supplies..

- 25 Holders per Pack. Topload, open on the short side
- Each card holder holds a standard trading card - Up to 20 pts
- 12-mil thickness panels made of high-quality, rigid PVC
- Exterior Dimensions: 3" x 4-1/16"
- Interior Dimensions: 2-3/4" x 3-7/8"

BCW Standard 3-Inches x 4-Inches toploaders are made of high-quality, rigid PVC. These top loading holders are some of the most popular rigid individual cardholders in the collectible card industry. Use this product to protect, store or display collectible baseball cards, football cards, hockey cards, or other trading cards like Magic The Gathering, Pokemon, YuGiOh, and others. 12-mil thickness panels. Topload, open on the short side. Each cardholder holds a standard trading card - Up to 20 pts. 25 holders per pack

## Shipping

- We offer FREE shipping on all orders!
- We ship within Three business days of payment, usually sooner.
- We use a selection of shipping services such as UPS, FedEx, USPS etc.
- We only ship to the lower 48 states, no APO/FPO addresses or PO Boxes allowed.
- Local pickups and combined shipping options are not provided at this time.

## Return

- You can return a product for up to 30 days from the date you purchased it.
- Any product you return must be in the same condition you received it and in the original packaging. Please keep the receipt.

## Payment

We accept payment by any of the following methods:
**PayPal**
Please pay as soon as possible after winning an auction, as that will allow us to post your item to you sooner!

PayPal

## Feedback

Customer satisfaction is very important to us.
If you have any problem with your order, please contact us and we will do our best to make you satisfied.

## Contact Us

If you have any queries, please contact us via ebay. We usually respond within 24 hours on weekdays.

**Please visit our eBay store to check out other items for sale!**

**Thank you for shopping at our store.**

## sarsa-5542

**100%** Positive Feedback
**439** Items sold

Visit shop
Contact
Save seller

**Detailed seller ratings**
Average for the last 12 months

| | |
|---|---|
| Accurate description | 5.0 |
| Reasonable shipping cost | 5.0 |
| Shipping speed | 4.9 |
| Communication | 4.9 |

**Seller feedback** (166)

This item (49) All items (166)

l***e (1468) • Past month
A++ eBayer great too loading card holders/ be back for more/fast shipping/ thank you

.***o (554) • Past month
Good business

r***d (374) • Past month
great stuff

See all feedback

**Ratings and Reviews** Learn more

Write a review

4.9
308 product ratings

| | |
|---|---|
| 5 | 290 |
| 4 | 15 |
| 3 | 1 |
| 2 | 2 |
| 1 | 0 |

95% Would recommend
97% Good value
100% Good quality







 **Most relevant reviews**

See all 193 reviews

★★★★★
by loudguy8711
Jan 05, 2016

BCW hard plastic card holders with penny sleeves.

What a great buy on a top quality product! If you collect any type of cards then these are a great yet inexpensive investment to keep your collecting protected. I ordered the 100 holder set with the sleeves. Was so happey with the quality I ordered 100 more the next day.

Verified purchase: Yes | Condition: New | Sold by: hobby*supplies

(3) (0) !

★★★★★
by livewiredealz
Feb 15, 2018

Excellent Card Protectors for Shipping and Storage!

These things are super thick and perfect for shipping and storage, while also being reasonably cheap, even in small bulk quantities, such as, 100 per purchase. Bear in mind that each set of 25 is 1 Box of Rigid/Hard Plastic Sleeves. So, if you order 100, then it'll come with 4 boxes. Luckily, I found me a really cool person who sells them in lots of 100 and includes an addition 100 Soft Sleeves, as well! Really great deal for a great product by BCW!

Verified purchase: Yes | Condition: New | Sold by: hobby*supplies

(3) (0) !

★★★★★
by zacwaspe-0
Nov 09, 2021

Quick easy affordable!

I've bought from quite a few small shops on here for toploaders and sleeves and this one is by far the most reliable for bulk. Every time I order it's here within the week and ready for card storage! And one of the few I've found with not as messed up toploaders

Verified purchase: Yes | Condition: New | Sold by: ghezziky

(0) (0) !

★★★★★
by listnewandnotnew
Jul 05, 2016

Exactly as described, good quality

Worked exactly as I expected, great protection for the cards, easy to use.

Verified purchase: Yes | Condition: New | Sold by: 7thstent

(2) (0) !

★★★★★
by bryjor68
Jul 20, 2016

Quality product

If possible, an overhead or "top" view of the "toploader" would help visually so that the buyer could get a better idea that a certain card would fit. Actual "mm" size is good, but the added view would be very helpful especially when trying to figure out if a thicker card, such as a jersey or patch card, would fit.

Verified purchase: Yes | Condition: New | Sold by: hobby*supplies

(3) (0) !

Back to home page | See More Details about "BCW 1TLCHN 3 X 4 Baseball Trading Card Topload Holders..." Return to top

More to explore : Sports Trading Card Toploaders & Holders, Magnetic Holder Sports Trading Card Toploaders & Holders, Gold Sports Trading Card Toploaders & Holders, BCW Sports Trading Card Toploaders & Holders, Screwdown Holder Sports Trading Card Toploaders & Holders, Sports Trading Card Toploaders & Holders for Standard, Black Sports Trading Card Toploaders & Holders, Ultra PRO Sports Trading Card Toploaders & Holders, Semi-Rigid Holder Sports Trading Card Toploaders & Holders, BCW Magnetic Holder Sports Trading Card Toploaders & Holders

About eBay Announcements Community Security Center Seller Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

**Checkout**

How do you like our checkout? <u>Give us feedback</u>

**Pay with**

○ Add new card

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. <u>See terms</u>

○ Google Pay

**Ship to**

Clerk2 Clerk2
161 North Clark St.
Chicago, IL 60601-3206
United States
(312) 375-1573
<u>Change</u>

**Review item and shipping**

Seller: sarsa-5542    <u>Message to seller</u>

Hard Plastic Card Holder 25 Sleeves for Baseball Card Toploard Display Supplies..
**$7.54**

Quantity
1

**Delivery**
Est. delivery: Jul 17 – Jul 21
Economy Shipping
**Free**

**Gift cards, coupons, eBay Bucks**

Enter code:    Apply

**Donate to charity (optional)** ⓘ

ASPCA

Can you spare some change for animals in need? Add a donation to the ASPCA now. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount    None

| | |
|---|---|
| Subtotal (1 item) | $7.54 |
| Shipping | Free |
| Tax* | $0.77 |
| **Order total** | **$8.31** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities. <u>Learn more</u>

**Confirm and pay**

Select a payment option

eBay MONEY BACK GUARANTEE
<u>See details</u>

Copyright © 1995-2023 eBay Inc. All Rights Reserved. <u>Accessibility</u>, <u>User Agreement</u>, <u>Privacy</u>, <u>Payments Terms of Use</u>, <u>Cookies</u>, <u>Your Privacy Choices</u> and <u>AdChoice</u> ⓘ







Hi Clerk2! Daily Deals Brand Outlet Gift Cards Help & Contact Sell Watchlist My eBay

Shop by category Search for anything All Categories Search

Back to search results · Collectibles & Art > ... > Sports Trading Cards > Storage & Display Supplies > Card Toploaders & Holders Share · Add to Watchlist

Have one to sell? Sell now

## 100 Top Loaders for Cards Toploader Hard Plastic Card Sleeves Baseball Football

Save More On Deals (222)
100% positive · Seller's other items · Contact seller

**US $17.59**

Condition: **New**

Quantity: 1 2 available / 5 sold

Buy It Now

Add to cart

Add to watchlist

**Breathe easy.** Returns accepted.

Shipping: **Free** Economy Shipping. See details
Located in: North Brunswick, New Jersey, United States

Delivery: Estimated between **Sat, Feb 17** and **Fri, Feb 23** to 60601
Includes **5 business days** handling time after receipt of cleared payment.

Returns: 30 days returns. Buyer pays for return shipping. See details

Payments: PayPal G Pay VISA

PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

About this item | Shipping, returns, and payments

Report this item

Seller assumes all responsibility for this listing.

eBay item number: **285660646124**

Last updated on Feb 13, 2024 02:47:42 PST View all revisions

## Item specifics

| | |
|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more |
| Brand | Does not apply |
| Type | Does not apply |
| Item model number | 1-TLCH-100 |
| Product Dimensions | 7.87 x 5.91 x 3.94 inches; 8.82 Ounces |
| Manufacturer recommended age | 6 years and up |
| Is Discontinued By Manufacturer | No |
| UPC | 744759293718 |

## Item description from the seller

## 100 Top Loaders for Cards Toploader Hard Plastic Card Sleeves Baseball Football

### Description

| | |
|---|---|
| Item model number | 1-TLCH-100 |
| Product Dimensions | 7.87 x 5.91 x 3.94 inches; 8.82 Ounces |
| Manufacturer recommended age | 6 years and up |
| Is Discontinued By Manufacturer | No |

- WHAT IS INCLUDED - 100 BCW toploaders designed to hold standard thickness cards (20pt)
- PROTECT YOUR COLLECTION - BCW toploaders are the standard for protecting your sports cards, gaming cards and other collectible cards
- DESIGNED TO PROTECT YOUR CARDS - Less flexible than semi-rigids and more flexible than magnetic card holders. The give provides additional protection for cards if dropped.
- DIMENSIONS AND CLARITY - Standard sized (length and width) of 3x4 (outer dimensions - fits items that are slightly smaller). Toploaders are clear with a slight blue tinge
- RANGE OF THICKNESSES AVAILABLE - BCW has standard sized toploaders and a range of toploaders for cards of different thicknesses.

Don't allow this deal to go by! Limited quantities available! Message us if you plan on purchasing more than one as we offer volume discounts!

### ABOUT US

We offer the best prices around on high quality products. Our E-commerce store includes media such as books, movies, music and games while offering electronics, toys, sporting apparel, clothing, tools, general home, garden items, health, beauty, pet supplies and more.

**Like this listing! This listing is brought to you by Nizel Corporation. Want us to help you sell your products or just need a consult? We're always here to help so feel free to reach out!**



### SHIPPING

We are always working hard to ensure your package arrives as soon as possible. Please understand that some factors like weather, high postal traffic, and the performance of shipping companies are outside of our control.

We offer free shipping to the lower 48 states and ship within 2 business days of payment, usually sooner. We do not accept P.O. Boxes. Please provide a physical address.

### RETURNS

We offer a 30-Day Return Policy on items which you are not completely satisfied with. You have the option for a full-refund or an exchange of the item. No returns are available on items shipped outside of the USA. Items will be inspected upon return & fees may apply for damaged, missing and/or non-genuine items that are returned.

### CUSTOMER SATISFACTION

We try our very best to make sure every customer is completely satisfied. If there's a problem, message us! We're happy to help. Please reach out to us before leaving less than positive feedback or opening a claim in-order to give us a proper chance to resolve your issues.



**Save More On Deals**

100% Positive Feedback
903 items sold

📅 Joined Mar 2014

| Visit store |
|---|
| Contact |
| ♡ Save seller |

Doe 103





### Detailed seller ratings

Average for the last 12 months

| | |
|---|---|
| Accurate description | 4.9 |
| Reasonable shipping cost | 5.0 |
| Shipping speed | 5.0 |
| Communication | 5.0 |

### Popular categories from this store

See all

Travel | Dolls & Bears | Art | Cameras & Photo | Coins & Paper Money | Movies & TV

### Seller feedback (225)

This item (3) All items (225)

c***c (992) • Past month

Fast shipment, smooth transaction, recommend!

j***j (1002) • Past month

Great! Thanks!

o***s (321) • Past month

good buy

See all feedback

## Product ratings and reviews

Learn more

Write a review

No ratings or reviews yet

**Be the first to write the review.**

Back to search results

Return to top

More to explore : Sports Trading Card Toploaders & Holders, BCW Sports Trading Card Toploaders & Holders, Gold Sports Trading Card Toploaders & Holders, Magnetic Holder Sports Trading Card Toploaders & Holders, Sports Trading Card Toploaders & Holders for Standard, Ultra PRO Sports Trading Card Toploaders & Holders, Screwdown Holder Sports Trading Card Toploaders & Holders, Baseball Trading Card Singles, Football Sports Trading Cards, Sports Trading Card Card Sleeves

About eBay Announcements Community Security Center Seller Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice



# Checkout

How do you like our checkout? Give us feedback

PayPal Buy with PayPal. It's fast and simple.

## Pay with

Add new card

PayPal

Special financing available.
Apply now. See terms

Google Pay

| | |
|---|---|
| Item (1) | $17.59 |
| Shipping | Free |
| Tax* | $1.80 |
| **Order total** | **$19.39** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

Confirm and pay

Select a payment method

MONEY BACK GUARANTEE
See details

## Ship to

Clerk2 Clerk2
161 North Clark St.
Chicago, IL 60601-3206
United States
(312) 375-1573
Change

## Review item and shipping

Seller: savemoreond... | Message to seller

100 Top Loaders for Cards Toploader Hard Plastic Card Sleeves Baseball Football

**$17.59**

Quantity
1

Returns accepted

**Delivery**
**Free Economy Shipping**
Est. delivery: Feb 17 – Feb 23

## Gift cards, coupons, eBay Bucks

Enter code:

Apply

## Donate to charity (optional)

Save a Child's Heart Foundation

Give $1 to help provide lifesaving heart surgery for children in need. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount None

2/13/24, 12:58



Back to search results  Collectibles & Art  ...  Sports Trading Cards  Storage & Display Supplies  Card Toploaders & Holders

Share   Add to Watchlist

SAVE UP TO 5% WHEN YOU BUY MORE



## BCW ~ (1) Pack of Tall Clear Rigid Top Loader Card Holder ~ 25 Count ~

Sayers Brothers Cards (2321)
99.7% positive · Seller's other items · Contact seller

### US $8.99/ea

Condition: New

Quantity: [ 1 ]   28 available / 17 sold

Bulk savings:

| Buy 1 $8.99/ea | Buy 2 $8.81/ea | 3 or more for $8.54/ea |

**Buy It Now**

**Add to cart**

♡ Add to watchlist

↩ **Breathe easy.** Returns accepted.

⚡ **People are checking this out.** 8 have added this to their watchlist.

Shipping:  US $3.99 Standard Shipping. See details
Located in: Stewardson, Illinois, United States

Delivery:  Estimated between Tue, Feb 20 and Sat, Feb 24 to 60601 ⓘ

Returns:  14 days returns. Buyer pays for return shipping. See details

Payments:  PayPal  G Pay  VISA  mastercard  [card]  Discover
PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

| About this item | Shipping, returns, and payments |

Report this item

Seller assumes all responsibility for this listing.

Last updated on Dec 09, 2023 08:05:50 PST   View all revisions

## Item specifics

| | |
|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more |
| Brand | BCW |
| Type | Toploader |
| Autographed | No |
| Compatible Card Size | Tall |
| Color | Clear |
| Material | Plastic |
| Number of Toploaders/Card Holders | 25 |

https://www.ebay.com/itm/386026397317

| Country/Region of Manufacture | China |
| Inscribed | No |

## Item description from the seller

BCW ~ (1) Pack of Tall Clear Rigid Top Loader Card Holder ~ 25 Count ~



### Sayers Brothers Cards

99.7% Positive Feedback
4.7K items sold

📅 Joined Mar 2020

Visit store

Contact

♡ Save seller

### Detailed seller ratings

Average for the last 12 months

| Accurate description | | 5.0 |
| Reasonable shipping cost | | 5.0 |
| Shipping speed | | 5.0 |
| Communication | | 5.0 |

### Popular categories from this store

See all

Collectibles   Toys & Hobbies   Sports Mem, Cards & Fan Shop

### Seller feedback (2,107)

This item (7)   All items (2,107)

➕ l***8 (665) • Past 6 months

Thanks for the quick shipping. It was exactly what I was looking for for my oversize cards.

➕ 2***8 (180) • Past month

Quick delivery. I will buy from this seller again.

➕ j***j (9883) • Past 6 months

Very positive transaction. Thanks

See all feedback

More to explore : BCW Sports Trading Card Card Holders for Tall,   BCW Semi-Rigid Holder Sports Trading Card Toploaders & Holders,   BCW Sports Trading Card Toploaders & Holders for Tall,   BCW Semi-Rigid Holder Sports Trading Card Toploaders & Holders with Features For Extra Thick Cards,   BCW Sports Trading Card Holders,   BCW Sports Trading Card Toploaders & Holders,   Semi-Rigid Holder Sports Trading Card Toploaders & Holders,   Sports Trading Card Card Holders for Tall,   BCW Sports Trading Card Storage Boxes,   Sports Trading Card Toploaders & Holders for Tall

About eBay   Announcements   Community   Security Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice ⓘ



# Checkout

How do you like our checkout? Give us feedback

PayPal Buy with PayPal. It's fast and simple.

**Pay with**

Add new card

PayPal

Special financing available.
Apply now. See terms

Google Pay

| | |
|---|---|
| Item (1) | $8.99 |
| Shipping | $3.99 |
| Tax* | $1.33 |
| **Order total** | **$14.31** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

Confirm and pay

Select a payment method

ebay MONEY BACK GUARANTEE
See details

**Ship to**

Clerk2 Clerk2
161 North Clark St.
Chicago, IL 60601-3206
United States
(312) 375-1573
Change

**Review item and shipping**

Seller: sayersbroth... | Message to seller

BCW ~ (1) Pack of Tall Clear Rigid Top Loader Card Holder ~ 25 Count ~

**$8.99**

Quantity
1

Returns accepted

**Delivery**
Est. delivery: Feb 20 – Feb 24
USPS Ground Advantage
**$3.99**

**Gift cards, coupons, eBay Bucks**

Enter code:

Apply

**Donate to charity (optional)**

Save a Child's Heart Foundation

Give $1 to help provide lifesaving heart surgery for children in need. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount None





Hi Clerk2! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay
Shop by category Search for anything All Categories Search Advanced
Back to home page | Listed in category: Sporting Goods > ... > Storage & Display Supplies > Card Toploaders & Holders > See more BCW 1-TLCH-100 3X4 ...
Share | Add to Watchlist

**SAVE UP TO 15% WHEN YOU BUY MORE**

Have one to sell? Sell now

## 100 TOPLOAD CARD HOLDER, CLEAR, FOR TRADING CARDS, 12M 3 X 4 RIGID PLASTIC

42 product ratings

Condition: New

Bulk savings: Buy 1 $9.75/ea | Buy 2 $8.78/ea

3 or more for $8.29/ea

Quantity: 1 | 8 available / 12 sold

Price: **US $9.75/ea**

Buy It Now

Add to cart

Best Offer:

Make offer

Add to watchlist

**Breathe easy.** Returns accepted.

**Fast and reliable.** Ships from United States.

Shipping: **US $9.30** Expedited Shipping. See details
Located in: Olney, Maryland, United States

Delivery: Estimated between **Mon, Jul 17** and **Tue, Jul 18** to 60601

Returns: 30 days returns. Buyer pays for return shipping. See details

Payments: PayPal, G Pay, VISA, Mastercard, American Express, Discover

PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Seller information**
7thstent (15688 ★)
99.9% positive feedback

Save seller
Contact seller
Visit store
See other items

### Similar sponsored items

See all

Feedback on our suggestions

Trading Card Sleeves Hard Plastic Clear Case Holder 100 - Baseball Cards Topload
New
**$16.55**
Free shipping
**42 sold**

BCW 3x4 Topload Card Holder, Standard, 100 Count Pack
New
**$18.92**
Free shipping
Seller with a 99.5% positive feedback

BCW Top Loaders 3x4 Toploaders 100 Card Protectors
New
**$18.50**
Free shipping

100 STANDARD 3x4 BCW TOPLOADER CARD HOLDER - 100 CT PACK - BRAND NEW & SEALED
New
**$16.43**
Free shipping
**535 sold**

50 TOPLOAD CARD HOLDERS,WHITE BORDER, FOR TRADING CARDS,12M 3 X 4 RIGID PLASTIC
New
**$16.95**
Free shipping
Seller with a 99.9% positive feedback

### Sponsored items inspired by your views

See all

Feedback on our suggestions

BCW 3" x 4" Topload for Standard Trading Cards | Up to 20 pts | 25-Count
New
**$6.72**
Free shipping
**Last one**

(25-Pack) Vulcan Shield 35pt Standard Size Toploader Rigid Plastic Card Holders
New
**$6.49**
Free shipping
Top Rated Plus
**25 sold**

500 Counts Card Sleeves Top Loaders for Trading Cards Baseball Card Sleeve
New
**$12.91**
Free shipping

BCW 3X4 Thick Card Toploaders 1 Pack of 25 for up to 79pt Point Cards
New
**$8.97**
Free shipping
Top Rated Plus
**1089 sold**

Ultra Pro 3X4 PLATINUM Toploaders 35pt 1 Pack of 25 for Standard Sized Cards
New
**$9.79**
Free shipping
Top Rated Plus
**136 sold**

About this item | Shipping, returns & payments | Report this item

Seller assumes all responsibility for this listing.
Last updated on Apr 17, 2023 19:20:30 PDT View all revisions

eBay item number: **155163572387**

### Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more | Autographed | No |
| Compatible Card Size | Standard | Color | Clear |
| Custom Bundle | No | Material | Plastic |
| MPN | 1-TLCH-100 | MODEL | 1-TLCH-100 |
| Item Length | 3 in | Inscribed | No |
| Number of Toploaders/Card Holders | 100 | Item Height | 4 in |
| Country/Region of Manufacture | China | Compatible Card Thickness | STANDARD |
| UPC | 0722626007972 | Brand | BCW |
| Type | Rigid | | |

### About this product

**Product Identifiers**

| | | | |
|---|---|---|---|
| Brand | BCW | UPC | 0722626007972 |
| eBay Product ID (ePID) | 23002809383 | | |

**Product Key Features**

| | |
|---|---|
| Type | Rigid |

**Additional Product Features**

| | | | |
|---|---|---|---|
| Size | Standard | Team | Chicago White Sox |
| Border Color | Clear | Series | Topps Chrome |
| Year | 2020 | | |

### Item description from the seller

**100 TOPLOAD CARD HOLDERS - CLEAR,**

**FOR SPORTS/TRADING CARDS, 3 X 4 RIGID PLASTIC, BY BCW**

**SKU: 1-TLCH-100**

Holds a standard sized trading card
12 mil thickness
Crystal clear
Made of high-quality, rigid PVC

Exterior Dimensions:
3 x 4 1/16
Interior Dimensions:
2 3/4 x 3 7/8

**PROTECT YOUR TRADING CARDS FROM FINGERPRINTS, MOISTURE, SMOKE, ETC.**

**ALL BUYERS,** only purchases made within a 7 day period will be accepted for combined shipments. Please remit all payments within 5 days of your final purchase.

## Seventh Street Enterprise

**99.9%** Positive Feedback
**43K** Items sold

Visit store
Contact
Save seller

**Detailed seller ratings**
Average for the last 12 months

| | |
|---|---|
| Accurate description | 5.0 |
| Reasonable shipping cost | 4.9 |
| Shipping speed | 5.0 |
| Communication | 5.0 |

**Popular categories from this store** See all

ALBUMS & PAGES · COIN / CURRENCY SUPPLIES · COVER SUPPLIES · INAUGURATION COVERS · PHOTO SUPPLIES · SPECIAL / BULK OFFERS · SPECIALTY FOODS · TRADING CARD SUPPLIES · U.S. First Day Covers

**Seller feedback** (19,780)

e***e (26596) • Past month
Excellent product, very quick shipping.

b***t (297) • Past month
A+++
100 5X7 PHOTO SLEEVES-CRYSTAL CLEAR-ARCHIVAL SAFE-ACID FREE-2 MIL THICK- BY BCW (#152049680241)

b***t (297) • Past month
A+++

See all feedback

### Ratings and Reviews
Learn more · Write a review

**4.8**
42 product ratings

| Stars | Count |
|---|---|
| 5 | 39 |
| 4 | 1 |
| 3 | 0 |
| 2 | 1 |
| 1 | 1 |

93% Would recommend
96% Good value
96% Good quality

**Most relevant reviews** · See all 29 reviews

by baldev
Oct 11, 2021
**Will keep using and order more**
Good product for shipping standard size baseball cards safely
Verified purchase: Yes | Condition: New | Sold by: turbodsales
(0) (0)

by micbe_166945
Jun 12, 2022
**Great Deal!**
Thank you for my recent purchase, I used the Toploaders to finally complete my 2020 Panini Phoenix Football (200) Card set with Joe Burrow RC & Justin Herbert RC. Now every card is protected.
Verified purchase: Yes | Condition: New | Sold by: sportscardsgrading
(0) (0)

by breki_5432
Jun 08, 2021
**Quality**
This is what my husband wanted for Father's Day, he
Loves this brand.
(0) (0)

by theworkingstiff216
May 12, 2022
**Top Loader**
Top loaders are in good condition, however there seems to be alot of plastic shavings inside the loaders and could potentially ruin sports cards. But, they are still a good buy. Thanks!
Verified purchase: Yes | Condition: New | Sold by: hookedoncardswh...
(0) (0)

by joshrieck_3
Jan 12, 2021
**Great purchase**
Great purchase of top loaders , great quality, fair price
Verified purchase: Yes | Condition: New | Sold by: ghezziky
(1) (0)

This is a private listing and your identity will not be disclosed to anyone except the seller.

Back to home page | See More Details about "BCW 1-TLCH-100 3X4 Topload Card Holder - Standard" · Return to top

More to explore : Semi-Rigid Holder Sports Trading Card Toploaders & Holders, BCW Semi-Rigid Holder Sports Trading Card Toploaders & Holders, Semi-Rigid Holder Sports Trading Card Toploaders & Holders for Tall, Semi-Rigid Holder Sports Trading Card Toploaders & Holders for Standard, Sports Trading Card Toploaders & Holders, Magnetic Holder Sports Trading Card Toploaders & Holders, Gold Sports Trading Card Toploaders & Holders, BCW Sports Trading Card Toploaders & Holders, Ultra PRO Sports Trading Card Toploaders & Holders, Sports Trading Card Toploaders & Holders with UV Protection

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

 **Checkout**

How do you like our checkout? Give us feedback

**Pay with**

○ Add new card
  VISA  ●●  ●●  DISCOVER

○ **PayPal**

○ **PayPal CREDIT**
  Special financing available.
  Apply now. See terms

○ G Pay Google Pay

**Ship to**

Clerk2 Clerk2
161 North Clark St.
Chicago, IL 60601-3206
United States
(312) 375-1573
Change

**Review item and shipping**

Seller: 7thstent    Message to seller

100 TOPLOAD CARD HOLDER, CLEAR, FOR
TRADING CARDS, 12M 3 X 4 RIGID PLASTIC
$9.75

Quantity
1

Delivery
Est. delivery: Jul 17 – Jul 18
USPS Priority Mail
$9.30

**Gift cards, coupons, eBay Bucks**

Enter code:      Apply

**Donate to charity (optional)** ⓘ

ASPCA

Can you spare some change for animals in need? Add a donation to the ASPCA now.
PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no
later than 30 days after the end of the month in which the donation is made. Donations
are non-refundable and typically tax deductible. PPGF may be unable to grant funds
to a charity if the charity has lost tax exempt status, has closed, or no longer accepts
funds from PPGF.

Select amount    None

| | |
|---|---|
| Subtotal (1 item) | $9.75 |
| Shipping | $9.30 |
| Tax* | $1.95 |
| **Order total** | **$21.00** |

*We're required by law to collect sales tax
and applicable fees for certain tax
authorities. Learn more

🔒 Confirm and pay

Select a payment option

**ebay** MONEY BACK GUARANTEE
See details

? 

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ



Hi Clerk2! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category Search for anything All Categories Search Advanced

Back to home page | Listed in category: Sporting Goods > ... > Sports Trading Cards > Storage & Display Supplies > Card Toploaders & Holders

Share | Add to Watchlist

Have one to sell? Sell now

## Trading Card Sleeves Hard Plastic Clear Case Holder 100 - Baseball Cards Topload

Condition: New

Bulk savings: Buy 1 $15.55/ea | Buy 2 $15.39/ea

Quantity: 1 2 available / 32 sold

Price: **US $15.55/ea**

Buy It Now

Add to cart

Add to watchlist

**This one's trending.** 32 have already sold.

**Breathe easy.** Returns accepted.

Shipping: **Free** Standard Shipping. See details
Located in: Glastonbury, Connecticut, United States

Delivery: Standard Shipping Estimated between **Sat, Jul 15** and **Tue, Jul 18** to 60601

Returns: 30 days returns. Buyer pays for return shipping. See details

Payments: PayPal G Pay VISA Mastercard AmEx Discover

PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Seller information**
shahretailct (15)
94.1% positive feedback

Save seller
Contact seller
Visit store
See other items

## Similar sponsored items

See all

Feedback on our suggestions

Trading Card Sleeves Hard Plastic Clear Case Holder 100 Baseball Cards Topload!!
New
**$15.25**
Free shipping
**32 sold**

Trading Card Sleeves Hard Plastic Clear Case Holder 100 Baseball Cards Topload
New
**$13.99**
Free shipping
Seller with a 100% positive feedback

100 Standard Size 3x4 Top Loaders w/ 100 Soft Sleeves Fits Standard Size Cards
New
**$0.99**
0 bids
+ $9.99 shipping
Top Rated Plus
Seller with a 100% positive feedback

Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading ✅✅✅
New
**$14.99**
Free shipping
**39 sold**

100 CBG Trading Card Hard Toploaders Holders Plus100 Soft Poly Penny Sleeves
New
**$17.74**
~~$17.99~~ 1% off
Free shipping
Direct from Columbia Sports Cards

Thi... Top... 24... Ne... $8... Fre... 135...

## Sponsored items customers also bought

See all

Feedback on our suggestions

Trading Card Sleeves Hard Plastic Clear Case Holder 100 Baseball Cards Topload!!
New
**$15.25**
Free shipping
**32 sold**

Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading ✅✅✅
New
**$14.99**
Free shipping
**39 sold**

550 Penny Sleeves Trading Card Soft Protectors | Baseball Pokémon Football | New
New
**$10.99**
**Free 3-4 day shipping**
**814 sold**

Hard Plastic Baseball Trading Card Topload Holders Cards Sleeves Clear 25 Pcs
New
**$14.89**
Free shipping

100pcs Trading Card Sleeves Hard Plastic Clear Case Holder Baseball Cards -3"x4"
New
**$16.99**
Free shipping

100... CA... NE... Ne... $1... Fre... 53...

About this item | Shipping, returns & payments | Report this item

Seller assumes all responsibility for this listing.
Last updated on Jul 06, 2023 06:57:53 PDT View all revisions

eBay item number: **285288248990**

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more | Compatible Card Size | Standard |
| Color | Clear | Material | Plastic |
| MPN | Does not apply | Item Length | 4 |
| Product Dimensions | 4 x 3.75 x 3 inches | Brand | Branded |
| Type | Toploader | Item Height | 3 inches |
| Features | Extra Clear | Country/Region of Manufacture | United States |
| Number of Toploaders/Card Holders | 100 | Item Weight | 14.9 ounces |
| UPC | Does not apply | | |

## Item description from the seller

Trading Card Sleeves Hard Plastic Clear Case Holder 100 Baseball Cards Topload



## About this item

- Contains 50 standard toploaders
- Contains 100 trading card sleeves
- Toploader Exterior Dimensions: 3 x 4 1/16 in
- Toploader Interior Dimensions: 2 3/4 x 3 7/8 in
- Sleeve Exterior Dimensions: 2 5/8 X 3 5/8 in

## Contact us

We can be contacted at any time through eBay messages if you have any questions, comments or product requests. We will respond to you within 24 hours and do our best to help you out! We encourage our customers to contact us with any questions or concerns! We'd like to be sure you are completely satisfied with your purchase.

**SHIPPING:**

All orders are shipped within 2 business says. Usually shipped in one day.

**PAYMENT:**

Can be payment through PayPal, Debit Card or Credit Card.

**RETURN POLICY:**

Your satisfaction is our priority. We want you to be satisfied 100% with our products and services. That's we offer a simple 30 Day Money Back Guarantee. Return shipping charges are not reimbursable.

Please contact us if you would like to initiate a return, so that we may guide you through the process.

**FEEDBACK:**

Feedback is a vital part of the eBay community. Positive feedback is automatically for you immediately after payment. We expect you to leave feedback for us after receiving your order.

If you are not satisfied with your purchased item then contact us before leaving negative or neutral feedback or opening dispute.

Thanks For Shopping With Us.



| Sports Mem, Cards & Fan Shop | eBay Motors | Home & Garden |
| Sporting Goods | Cell Phones & Accessories |

Thank you very much!

See all feedback

Back to home page                                                                                    Return to top
More to explore :   Sports Trading Card Toploaders & Holders,   Magnetic Holder Sports Trading Card Toploaders & Holders,   Gold Sports Trading Card Toploaders & Holders,   BCW Sports Trading Card Toploaders & Holders,
Sports Trading Card Toploaders & Holders for Standard,   Screwdown Holder Sports Trading Card Toploaders & Holders,   Ultra PRO Sports Trading Card Toploaders & Holders,
Semi-Rigid Holder Sports Trading Card Toploaders & Holders,   BCW Magnetic Holder Sports Trading Card Toploaders & Holders,   Sports Trading Card Toploaders & Holders with UV Protection

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

 **Checkout**

How do you like our checkout? Give us feedback

**Pay with**

○ Add new card

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

○ G Pay  Google Pay

**Ship to**

Clerk2 Clerk2
161 North Clark St.
Chicago, IL 60601-3206
United States
(312) 375-1573
Change

**Review item and shipping**

Seller: shahretailct    Message to seller

Trading Card Sleeves Hard Plastic Clear Case
Holder 100 - Baseball Cards Topload
**$15.55**

Quantity
1

**Delivery**
Est. delivery: Jul 15 – Jul 18
Standard Shipping
Free

**Gift cards, coupons, eBay Bucks**

Enter code:    Apply

**Donate to charity (optional)** ⓘ

ASPCA

Can you spare some change for animals in need? Add a donation to the ASPCA now.
PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no
later than 30 days after the end of the month in which the donation is made. Donations
are non-refundable and typically tax deductible. PPGF may be unable to grant funds
to a charity if the charity has lost tax exempt status, has closed, or no longer accepts
funds from PPGF.

Select amount    None

| | |
|---|---|
| Subtotal (1 item) | $15.55 |
| Shipping | Free |
| Tax* | $1.59 |
| **Order total** | **$17.14** |

*We're required by law to collect sales tax
and applicable fees for certain tax
authorities. Learn more

🔒 Confirm and pay

Select a payment option

ebay MONEY BACK GUARANTEE
See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ



Hi Clerk2! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay
ebay Shop by category Search for anything All Categories Search Advanced
Back to previous page | Listed in category: Sporting Goods > ... > Sports Trading Cards > Storage & Display Supplies > Card Toploaders & Holders
Share | Add to Watchlist

Have one to sell? Sell now

## 10 BCW Booklet Card Topload Holder

Be the first to write a review.

Condition: New

Quantity: 1 More than 10 available / 51 sold

Price: US $9.81

Buy It Now

Add to cart

Add to watchlist

**This one's trending.** 51 have already sold.

**Breathe easy.** Returns accepted.

Shipping: **Free** Standard Shipping. See details
Located in: Fort Smith, Arkansas, United States

Delivery: Estimated between **Mon, Jul 24** and **Wed, Jul 26** to 60601

Returns: 30 days returns. Buyer pays for return shipping. See details

Payments: PayPal, G Pay, VISA, Mastercard, American Express, Discover

PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Seller information**
sharpgaming (34796)
99.6% positive feedback

Save seller
Contact seller
Visit store
See other items

## Similar sponsored items

See all

Feedback on our suggestions

BCW 3x4 Topload Card Holder - Premium- Thicker Clearer Panels
New
**$6.25**
Free shipping
Top Rated Plus
**27 sold**

25-pack • BCW • 1-TLCH-BK • 3x4 Rigid Top Load Card Holder • Black Border
New
**$8.49**
Free shipping
Seller with a 99.3% positive feedback

10 BCW 138pt 3.5MM THICK TOPLOADERS NEW Trading Card Holder Sport Jersey Topload
New
**$9.29**
Free shipping
Top Rated Plus
**27 sold**

1 5 10 100 BCW Magnetic Toploader Bag Horizontal Vertical Booklet Card Holder
New
**$6.49**
Free shipping
**148 sold**

10/20pcs Card Stand Graded Cards Display Stand Coins Small Box Paper Clip Holder
New
**$3.99**
Free shipping
**98 sold**

Pa Tra pro
Ne
**$8**
Fre
**69**

## Sponsored items customers also bought

See all

Feedback on our suggestions

BCW 3x4 Topload Card Holder - Premium- Thicker Clearer Panels
New
**$6.25**
Free shipping
Top Rated Plus
**27 sold**

BCW 3X4 Thick Card Toploaders 1 Pack of 10 for up to 138pt Cards
New
**$6.85**
Free shipping
Top Rated Plus
**602 sold**

10/20pcs Card Stand Graded Cards Display Stand Coins Small Box Paper Clip Holder
New
**$3.99**
Free shipping
**98 sold**

25 Ultra CBG 2.5mm 100pt Pro Top Loaders Toploaders Topload Thick Jersey Cards
New
**$7.68**
Free shipping
Direct from Columbia Sports Cards
**4068 sold**

Ultra Pro 3X4 GOLD ROOKIE 35pt Toploaders 1 Pack of 25 for Standard Sized Cards
New
**$7.49**
Free shipping
Top Rated Plus
**1242 sold**

Co Sta Top
Ne
**$1**
Fre
**124**

About this item | Shipping, returns & payments

Report this item

Seller assumes all responsibility for this listing.
Last updated on Jul 17, 2023 12:35:09 PDT View all revisions

eBay item number: **275218207060**

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more | Brand | BCW |
| Type | Toploader | Compatible Card Size | Booklet |
| Color | Clear | Number of Toploaders/Card Holders | 10 |
| Compatible Card Thickness | 197 Pt. | UPC | 722626909405 |

## Item description from the seller

WELCOME!!!

THANK YOU FOR SHOPPING WITH



**SKU:** 1-TLCH-BC    **Brand:** BCW    **Weight:** 0.46 lbs
- Holds an opened booklet card - up to 197 pts.
- Open on the long side

**Exterior Dimensions:**
7 11/16 x 2 3/4 x 5mm
**Interior Dimensions:**
7 1/2 x 2 11/16

10 Holders per Pack

The BCW 3x4 thick toploaders are designed to hold cards that are thicker than standard trading cards. The phrase 'thicker cards' includes a wide variety of special patch, jersey, swatch, relics, memorabilia, and game-used fragments cards.

BCW 3x4 top loading card holders are made of high-quality, rigid PVC. These toploading holders are some of the most popular rigid individual card holders in the collectible card industry. Use this product to protect, store or display your collectible cards.

Sharp Bros Gaming ships orders Same Day-2 Business day(s) using USPS, UPS and FedEx

Sharp Bros Gaming currently only ships to the continental United States: Street, PO, APO & FPO

Sharp Bros Gaming cannot ship orders placed AFTER 1:00 PM Eastern same day

All orders placed after Friday at 1:00 PM Eastern will be shipped the following Monday

Sharp Bros Gaming offers free shipping on most purchases anywhere in the continental United States!

Sharp Bros Gaming takes extra care to prevent damage during shipping

Sharp Bros Gaming offers tracking on all purchases anywhere in the continental United States!

*No Cards are included in this listing*

*This listing is for an item for card gaming supplies such as, but not limited to, sleeves, mats, dice, boxes, dividers, pocket pages, toploaders and various folios and binders and does not include any cards shown in stock photos or packaging.*

**VIEW OUR STORE FOR DIFFERENT QTY's OR MESSAGE US WITH AN OFFER!**



Doe 107

 **Checkout**

How do you like our checkout? Give us feedback

## Pay with

○ Add new card
  VISA MasterCard AMEX Discover

○ **PayPal**

○ **PayPal CREDIT**
  Special financing available.
  Apply now. See terms

○ G Pay Google Pay

### Ship to

Clerk2 Clerk2
161 North Clark St.
Chicago, IL 60601-3206
United States
(312) 375-1573
Change

### Review item and shipping

Seller: sharpgaming    Message to seller

 10 BCW Booklet Card Topload Holder
$9.81

Quantity
1

**Delivery**

⦿ Est. delivery: Jul 24 – Jul 26
  USPS Ground Advantage
  Free

○ Est. delivery: Jul 24 – Jul 27
  USPS Priority Mail
  $6.99

○ Est. delivery: Jul 24 – Jul 27
  FedEx 2Day
  $9.99

### Gift cards, coupons, eBay Bucks

Enter code:    Apply

### Donate to charity (optional) ⓘ

Motorsports Charities, Inc.

The NASCAR Foundations improves the lives of children in our NASCAR communities. Helping children survive and thrive. That's our checkered flag! PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount    None

---

| | |
|---|---|
| Subtotal (1 item) | $9.81 |
| Shipping | Free |
| Tax* | $1.01 |
| **Order total** | **$10.82** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

🔒 Confirm and pay

Select a payment option

**ebay** MONEY BACK GUARANTEE
See details

---

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ





### (25) 4X6 Post Card & Photo Topload Holders - Rigid Plastic Sleeves Brand new

Condition: New

Price: **US $17.50**

Buy It Now

Add to cart

Add to watchlist

↺ Breathe easy. Free shipping and returns.

🚚 Fast and reliable. Ships from United States.

Shipping: Free Standard Shipping. See details
Located in Denver, Colorado, United States

Delivery: Estimated between Mon, Jul 31 and Thu, Aug 3 to 60601 ⓘ

Returns: 30 days returns. Seller pays for return shipping. See details

Payments: PayPal, Google Pay, VISA, Mastercard, American Express, Discover

PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Seller information**
shopolical (6)

♡ Save seller
Contact seller
See other items

Have one to sell? Sell now

Share | Add to Watchlist

### Similar sponsored items    See all ›


25 5x7 Ultra CBG Premium Pro Hard Rigid Toploaders Photo Topload Holders - New
New
$18.58
Free shipping
Direct from Columbia Sports Cards
2172 sold


Trading Card Sleeves Hard Plastic Clear Case Holder 100 Baseball Cards Topload!!!
New
$15.35
Free shipping
Seller with a 100% positive feedback


BCW Topload Holders Photo or Postcard 6x8 25 Rigid Sleeves Long Term Storage NEW
New
$21.87
Free shipping
39 sold


(25) 4x6 Post Card & Photo Topload Holders - Rigid Plastic Sleeves Brand
New
$19.01
Free shipping


Trading Card Sleeves Hard Plastic Clear Case Holder 100 Baseball Cards Topload..
New
$18.99
Free shipping
Seller with a 99.6% positive feedback

Feedback on our suggestions

### Sponsored items inspired by your views    See all ›


Pack of 10 Ultra PRO 35pt Clear Regular 3 X 4 Top Loaders Higher Volume Disco!,IN
Pre-owned
$7.42
Free shipping


Pack of 10 Ultra PRO 35pt Clear Regular 3 X 4 Top Loaders Higher Volume Disco GA
New
$3.43
+ $1.86 shipping


1000 3"x4" Sport Card top loaders 35 Pt. New Clear (Fast Shipping out of CA)
New
$194.95
Free shipping
Seller with a 100% positive feedback


100 (4 packs of 25) 3" x 4" 35pt Clear Top Loaders Sports Pokemon MGT Supplies
New
$35.49
Free shipping
Seller with a 100% positive feedback


NEW 500 Count 3" x 4" 35pt Clear Top Loaders - FAST SHIP - Sports Card Supplies
New
$129.94
Free shipping
Seller with a 100% positive feedback

Feedback on our suggestions

About this item | Shipping, returns & payments

Report this item

Seller assumes all responsibility for this listing.
Last updated on Jun 28, 2023 21:37:41 PDT View all revisions

eBay item number: 314611578305

### Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more | Brand | unbranded |
| Type | Does not apply | Max Input Sheet Capacity | 25 |
| Item Dimensions LxWxH | 1.81 x 4.72 x 7.01 inches | Part Number | 2-TLCH-4X6 |
| Color | Clear | Material | Plastic |
| Package Weight | 0.48 Kilograms | Suggested Users | unisex-child |
| Number of Items | 1 | Model Name | Topload Holders |
| Included Components | Topload Holders | Item Package Dimensions L x W x H | 6.54 x 4.88 x 1.73 inches |
| Number of Pieces | 25 | UPC | 313033885842 |

| ISBN | Does not apply | | EAN | 0313033885842 |
|------|----------------|--|-----|---------------|

Item description from the seller



### (25) 4X6 Post Card & Photo Topload Holders – Rigid Plastic Sleeves Brand new

Description



| | |
|---|---|
| Max Input Sheet Capacity | 25 |
| Item Dimensions LxWxH | 1.81 x 4.72 x 7.01 inches |
| Part Number | 2-TLCH-4X6 |
| Color | Clear |
| Material | Plastic |
| Package Weight | 0.48 Kilograms |
| Suggested Users | unisex-child |
| Number of Items | 1 |
| Model Name | Topload Holders |
| Included Components | Topload Holders |
| Item Package Dimensions L x W x H6.65 x 4.88 x 1.73 inches | |
| Number of Pieces | 25 |

- Holds Post Cards & Photos
- Crystal clear
- Made of high impact rigid PVC (PolyVinyl Chloride)
- Protect Edges from Wear & Keep Sleeve from Bending!
- 4" x 6"

The PVC used in BCW Toploads contain no plasticizers or stearates. Our high impact grade PVC does not migrate and will not harm your cards, photos or prints, while offering maximum protection and visual appeal. Use this holder to protect, store and display your 4X6 photographs, prints and event tickets.- Holds postcards and photos- Crystal clear- Made of high impact rigid PVCDimensions- Exterior 4-1/2" x 6-1/4" x 1/16"- Interior 4-3/16" x 6-1/8" x 1/32"

ABOUT US

We offer the best prices around on high quality products. Our E-store includes media such as books, movies, music and games while offering electronics, toys, sporting apparel, clothing, tools, general home, garden items and more.

SHIPPING

We are always working hard to ensure your package arrives as soon as possible. Please understand that some factors like weather, high postal traffic, and the performance of shipping companies are outside of our control.

We offer free shipping to the lower 48 states and ship within 2 business days of payment, usually sooner. We do not accept P.O. Boxes. Please provide a physical address.

For shipping outside of the continental USA, we only use eBay's Global Shipping Program.The item is shipped to KY and then sent to the rest of the world. International customers are responsible for all duties and taxes. Continue to check out in order to calculate costs for shipping the item to your country. Messages regarding eBay's Global Shipping Program MUST be directed at eBay EXCLUSIVELY.

RETURNS

We offer a 30-Day Return Policy on items which you are not completely satisfied with. You have the option for a full-refund or an exchange of the item. No returns are available on items shipped outside of the USA.

CUSTOMER SATISFACTION

We try our very best to make sure every customer is completely satisfied. If there's a problem, message us! We're happy to help.

WE ACCEPT



Copyright © 2021 AutoDS. | All Rights Reserved



Back to previous page                                                                                                    Return to top
More to explore :   Semi-Rigid Holder Sports Trading Card Toploaders & Holders,   Semi-Rigid Holder Sports Trading Card Toploaders & Holders for Tall,   BCW Semi-Rigid Holder Sports Trading Card Toploaders & Holders,
Semi-Rigid Holder Sports Trading Card Toploaders & Holders for Standard,   Ultra PRO Semi-Rigid Holder Sports Trading Card Toploaders & Holders,   Magnetic Holder Sports Trading Card Toploaders & Holders,
Gold Sports Trading Card Toploaders & Holders,   BCW Sports Trading Card Toploaders & Holders,   Sports Trading Card Toploaders & Holders for Standard,   Ultra PRO Sports Trading Card Toploaders & Holders

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices 🄍 and AdChoice 🄍

 Checkout

How do you like our checkout? Give us feedback

## Pay with

○ Add new card
   VISA  mastercard  AMEX  DISCOVER

○ **PayPal**

○ PayPal **CREDIT**
   Special financing available.
   Apply now. See terms

○ G Pay Google Pay

## Ship to

Clerk2 Clerk2
161 North Clark St.
Chicago, IL 60601-3206
United States
(312) 375-1573
Change

## Review item and shipping

Seller: shopolical    Message to seller

(25) 4X6 Post Card & Photo Toploader Holders - Rigid Plastic
Sleeves Brand new
**$17.50**
Quantity 1

Delivery
Est. delivery: Jul 31 – Aug 3
Standard Shipping
Free

## Gift cards, coupons, eBay Bucks

Enter code:    Apply

## Donate to charity (optional) ⓘ

**Reflections of Trinity**

Help children, seniors and others in crisis with food, clothing and basic needs. PayPal
Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than
30 days after the end of the month in which the donation is made. Donations are non-
refundable and typically tax deductible. PPGF may be unable to grant funds to a
charity if the charity has lost tax exempt status, has closed, or no longer accepts
funds from PPGF.

Select amount    None ⌄

| Subtotal (1 item) | $17.50 |
| Shipping | Free |
| Tax* | $1.79 |

| Order total | $19.29 |

*We're required by law to collect sales tax
and applicable fees for certain tax
authorities. Learn more

🔒 Confirm and pay

**Select a payment option**

ebay MONEY BACK GUARANTEE
See details



Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ



Hi Clerk2! Daily Deals Brand Outlet Gift Cards Help & Contact Sell Watchlist My eBay

Shop by category | Search for anything | All Categories | Search

Back to search results · Collectibles & Art > ... > Sports Trading Cards > Storage & Display Supplies > Card Toploaders & Holders
Share · Add to Watchlist

**SAVE UP TO 10% WHEN YOU BUY MORE**

Have one to sell? Sell now

# PICK YOUR PACK BCW TOPLOAD STANDARD 59PT 79PT 108PT 138PT 240PT 360PT GREAT DEAL

slamdunk330 (20043)
99.2% positive · Seller's other items · Contact seller

**US $1.99/ea**

Condition: **New**

BCW PRODUCT: - Select -

Quantity: 1 More than 10 available / 583 sold

Bulk savings:

| Buy 1 | Buy 2 | Buy 3 | 4 or more for |
|---|---|---|---|
| $1.99/ea | $1.89/ea | $1.83/ea | $1.79/ea |

Buy It Now
Add to cart
Add to watchlist

**This one's trending.** 583 have already sold.

Shipping: **US $4.99** Economy Shipping. See details
Located in: Springfield, Ohio, United States

Delivery: Estimated between **Fri, Jun 7** and **Mon, Jun 10** to 60601

Returns: Seller does not accept returns. If the item you received doesn't match the listing description, your purchase may be eligible for eBay Money Back Guarantee if the return request is made within 3 days from delivery. See details

Payments: PayPal CREDIT
Special financing available. See terms and apply now
Earn up to 5x points when you use your eBay Mastercard®. Learn more

## Similar Items

Sponsored
Feedback on our suggestions | See all

(25)BCW 3" x 4" Topload Card Holder for Standard Sized Trading Cards Top Loader
New
**$9.99**
Free shipping
Top Rated Plus
**29 sold**

BCW 3X4 Thick Card Toploaders 1 Pack of 10 for up to 138pt Cards
New
**$6.88**
Free shipping
Top Rated Plus
**852 sold**

NEW AUCTION
BCW 1-BX-SHOE Shoe Storage Box (1,600 CT.)
Pre-owned
**$0.99**
1 bid
**6d 3h**
+ $6.09 shipping
Seller with 100% positive feedback

BCW Hard Plastic Baseball Trading Card Topload Holders standard 59 79 138pt 360+
New
**$6.89**
Free shipping
**2360 sold**

About this item | Shipping, returns, and payments

Report this item

Seller assumes all responsibility for this listing.

eBay item number: **154691017975**

Last updated on Feb 03, 2023 09:52:44 PST View all revisions

## Item specifics

| | |
|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more |
| Country/Region of Manufacture | China |
| Material | Plastic |
| Type | Card Holder |
| Product 1 | Rigid Top Load 3X4 Card Holder |
| thickness | 12 mil |
| Product | 3X4 Card Toploaders |
| Brand | BCW |

Item description from the seller

- STANDARD 20PT 25/PACK
- 59PT 25/PACK
- 79PT 25/PACK
- 108PT 10/PACK
- 138PT 10/PACK
- 168PT 10/PACK
- 197PT 10/PACK
- 240PT 10/PACK
- 360PT 1/PACK

QUICK SHIPPING FROM OHIO

CHECK OUT PHOTOS

100% POSITIVE FEEDBACK

VIEW SLAMDUNK330 OTHER LISTINGS AND AUCTIONS

BID OR BUY WITH CONFIDENCE

IF YOU ARE LOOKING FOR A LARGE NUMBER PLEASE SEND ME A MESSAGE.



### slamdunk330

99.2% positive feedback
69K items sold

Seller's other items

Contact

♡ Save seller

🗓 Joined Feb 2003
🕐 Usually responds within 24 hours

### Detailed seller ratings

Average for the last 12 months

| Accurate description | 5.0 |
| Reasonable shipping cost | 5.0 |
| Shipping speed | 4.9 |
| Communication | 4.9 |

### Seller feedback (20,511)

➕ l***1 (237) • Past month                                Verified purchase

As soon as I open my mail, I found out these batteries. Now my SCOOBY DOO, can "bark" to me all day long.

➕ l***1 (39) • Past 6 months                               Verified purchase

Items arrived quickly and were as pictured and described in the auction. Thank you 😊

1 - 2 pack (AG1) 364A 364 LR621 SR621SW SR621 Alkaline battery US NEW free ship (415391743908O)

➕ l***1 (760) • Past 6 months                              Verified purchase

Thanks 🙏

See all feedback

This is a private listing and your identity will not be disclosed to anyone except the seller.

Back to search results                                      Return to top

More to explore : BCW Sports Trading Card Toploaders & Holders for Standard, BCW Black Sports Trading Card Toploaders & Holders for Standard, BCW Sports Trading Card Toploaders & Holders,
BCW Magnetic Holder Sports Trading Card Toploaders & Holders for Standard, BCW Screwdown Holder Sports Trading Card Toploaders & Holders for Standard, BCW Sports Trading Card Toploaders & Holders for Tall,
BCW Magnetic Holder Sports Trading Card Toploaders & Holders for Standard, BCW Semi-Rigid Holder Sports Trading Card Toploaders & Holders, Sports Trading Card Toploaders & Holders for Standard, Green Sports Trading Card Toploaders & Holders for Standard

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice





ebay **Checkout**

How do you like our checkout? Give us feedback

Buy with PayPal. It's fast and simple.

**Pay with**

Add new card

PayPal

Special financing available.
Apply now. See terms

Google Pay

| | |
|---|---|
| Item (1) | $4.99 |
| Shipping | $4.99 |
| Tax* | $1.02 |
| **Order total** | **$11.00** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

Confirm and pay

Select a payment method

Purchase protected by **eBay Money Back Guarantee**

**Ship to**
Clerk2 Clerk2
161 North Clark St.
Chicago, IL 60601-3206
United States
(312) 375-1573
Change

**Review item and shipping**

Seller: slamdunk330 | Message to seller

PICK YOUR PACK BCW TOPLOAD STANDARD 59PT 79PT 108PT 138PT 240PT 360PT GREAT DEAL

BCW PRODUCT: 20PT STANDARD TOPLOAD 3'X4' 25/PACK

**$4.99**

Quantity
1

**Delivery**
Est. delivery: Jun 6 – Jun 8
Economy Shipping
**$4.99**

**Gift cards, coupons, eBay Bucks**

Enter code:

Apply

**Donate to charity (optional)**
Wildlife Trafficking Alliance

In honor of World Oceans Week and World Sea Turtle Day, donate to WTA to help stop the illegal trade of tortoiseshell. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount None

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice

Hi Clerk2! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

Shop by category | Search for anything | All Categories | Search | Advanced

Back to previous page | Listed in category: Sporting Goods > ... > Sports Trading Cards > Storage & Display Supplies > Card Toploaders & Holders

Share | Add to Watchlist

Hover to zoom

Have one to sell? Sell now

# (10) BCW 5x7" TOPLOADERS - TRADING CARD BOX TOPPER, PHOTO, POSTCARD RIGID HOLDER

Condition: New

Quantity: 1 More than 10 available / 56 sold

Price: US $13.99

Buy It Now

Add to cart

Add to watchlist

**This one's trending.** 56 have already sold.

**Breathe easy.** Returns accepted.

Shipping: **Free** Standard Shipping. See details
Located in: Wilmington, North Carolina, United States

Delivery: Estimated between **Mon, Jul 24** and **Wed, Jul 26** to 60601

Returns: 14 days returns. Buyer pays for return shipping. See details

Payments: PayPal, G Pay, VISA, Mastercard, American Express, Discover

PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Seller information**
sloppygoose (42903)
100% positive feedback

Save seller
Contact seller
Visit store
See other items

## Similar sponsored items

See all

Feedback on our suggestions

10 Ultra Pro 4"x6" TOPLOADERS NEW Photo Sports Card Collectible Rigid Postcard
New
**$11.49**
Free shipping
Top Rated Plus
**48 sold**

1 Pack of (25) BCW 5 x 7 Toploaders Holders Photo Postcard Rigid Top Loader
New
**$19.88**
Free shipping
Top Rated Plus
Seller with a 99.9% positive feedback

BCW 5X7 Topload Holder
New
**$26.06**
Free shipping

(5) BCW 5"x7" TOPLOADERS - TRADING CARD BOX TOPPER, PHOTO, POSTCARD RIGID HOLDER
New
**$9.99**
Free shipping
Seller with a 99.5% positive feedback

5 10 25 50 BCW 4 x 6 Hard Plastic Postcard Photo Topload Holders 4x6 Guardhouse
New
**$8.29**
Free shipping
**320 sold**

10 ... Rig... top... Ne... $9... Fre... 615...

## Sponsored items customers also bought

See all

Feedback on our suggestions

1 Pack of (25) BCW 5 x 7 Toploaders Holders Photo Postcard Rigid Top Loader
New
**$19.88**
Free shipping
Top Rated Plus
Seller with a 99.9% positive feedback

BCW 3x4 Topload Card Holder - Premium- Thicker Clearer Panels
New
**$6.25**
Free shipping
Top Rated Plus
**27 sold**

10/20pcs Card Stand Graded Cards Display Stand Coins Small Box Paper Clip Holder
New
**$3.99**
Free shipping
**98 sold**

BCW 3X4 Thick Card Toploaders 1 Pack of 10 for up to 138pt Cards
New
**$6.85**
Free shipping
Top Rated Plus
**602 sold**

Ultra Pro One-Touch Magnetic Card Holder 35pt Point - Lot of 5
New
**$13.43**
Free shipping
Top Rated Plus
**4184 sold**

25 ... Loa... Jer... Ne... $7... Fre... 40...

About this item | Shipping, returns & payments

Report this item

Seller assumes all responsibility for this listing.
Last updated on Apr 01, 2023 12:39:43 PDT View all revisions

eBay item number: **195197077955**

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more | Brand | BCW |
| Type | Toploader | | |

## Item description from the seller

# BCW SUPPLIES

## 10 BRAND NEW
## 5x7 TOPLOADERS
## (repackaged from a 25 ct. factory sealed bag)

Exterior dimensions: 5 3/8 x 7 1/4
Interior Dimensions: 5 1/8 x 7 1/8

## Great for trading card Box Topper inserts
## Photos, Postcards
## opens on short end

The PVC used in BCW Toploads contain no plasticizers or stearates. Our high quality PVC does not migrate and will not harm your cards, photos or prints, while offering maximum protection and visual appeal. Use this holder to protect, store and display your 5x7 photographs, prints and documents.

## BRAND NEW

FEEL FREE TO ASK ANY QUESTIONS
PAYMENT DUE WITHIN 7 DAYS

### SLOPPYGOOSE SPORTS

**100%** Positive Feedback
**193K** Items sold

Visit store
Contact
Save seller

**Detailed seller ratings**

Average for the last 12 months

| | |
|---|---|
| Accurate description | 5.0 |
| Reasonable shipping cost | 5.0 |
| Shipping speed | 5.0 |
| Communication | 5.0 |

**Popular categories from this store** See all

SPORTSCARDS
BCW SUPPLIES
CARDBOARD GOLD SUPPLIES
Other

**Seller feedback** (86,918)

This item (25) All items (86,918)

d***l (254) • Past month
Thanks!

g***o (608) • Past month
Great Seller A++

s***d (1911) • Past month
Thanks!

See all feedback

Back to previous page Return to top

More to explore : BCW Semi-Rigid Holder Sports Trading Card Toploaders & Holders, BCW Sports Trading Card Toploaders & Holders, BCW Semi-Rigid Holder Sports Trading Card Toploaders & Holders for Standard, BCW Sports Trading Card Toploaders & Holders for Tall, BCW Gold Sports Trading Card Toploaders & Holders, BCW Snap Lock Holder Sports Trading Card Toploaders & Holders, Semi-Rigid Holder Sports Trading Card Toploaders & Holders, Ultra PRO Semi-Rigid Holder Sports Trading Card Toploaders & Holders, Sports Trading Card Toploaders & Holders, Magnetic Holder Sports Trading Card Toploaders & Holders

About eBay Announcements Community Security Center Seller Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice



 Checkout

How do you like our checkout? Give us feedback

To add more items, go to cart.

## Pay with

○ Add new card
VISA ●● ●● ●●

○ **PayPal**

○ PayPal CREDIT
Special financing available.
Apply now. See terms

○ GPay Google Pay

## Ship to

Clerk2 Clerk2
161 North Clark St.
Chicago, IL 60601-3206
United States
(312) 375-1573
Change

## Review item and shipping

Seller: sloppygoose | Message to seller



(10) BCW 5x7" TOPLOADERS - TRADING CARD BOX TOPPER, PHOTO, POSTCARD RIGID HOLDER

**$13.99**

Quantity
1

Delivery
Est. delivery: Jul 24 – Jul 26
Standard Shipping
Free

## Gift cards, coupons, eBay Bucks

Enter code:                    Apply

## Donate to charity (optional) ⓘ

Motorsports Charities, Inc.

The NASCAR Foundations improves the lives of children in our NASCAR communities. Helping children survive and thrive. That's our checkered flag! PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount     None ⌄

| | |
|---|---|
| Subtotal (1 item) | $13.99 |
| Shipping | Free |
| Tax* | $1.43 |

| | |
|---|---|
| **Order total** | **$15.42** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

**Confirm and pay**

Select a payment option

ebay MONEY BACK GUARANTEE
See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ