

Hi Clerk2! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

Shop by category | Search for anything | All Categories | Search | Advanced

Back to home page | Listed in category: Sporting Goods > ... > Storage & Display Supplies > Card Toploaders & Holders > See more BCW 1-TLCH-100 3X4 ...

Share | Add to Watchlist

Have one to sell? Sell now

## BCW 3x4 Topload Card Holder, Standard, 100 Count Pack

42 product ratings

Condition: New

Quantity: 1 More than 10 available / 8 sold

Price: **US $18.92**

Buy It Now

Add to cart

Add to watchlist

**Breathe easy.** Free shipping and returns.

**Fast and reliable.** Ships from United States.

Shipping: Free 1-2 day shipping
Get it between **Tue, Jul 18** and **Wed, Jul 19** to 60601. See details
Located in: Morrisville, North Carolina, United States

Returns: 30 days returns. Seller pays for return shipping. See details

Payments: PayPal, G Pay, VISA, Mastercard, American Express, Discover

PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Seller information**
sportinggearunlimited (16795)
99.6% positive feedback

Save seller
Contact seller
Visit store
See other items

## Similar sponsored items

See all

Feedback on our suggestions

100 STANDARD 3x4 BCW TOPLOADER CARD HOLDER - 100 CT PACK - BRAND NEW & SEALED
New
**$16.43**
Free shipping
**537 sold**

Trading Card Sleeves Hard Plastic Clear Case Holder 100 - Baseball Cards Topload
New
**$16.55**
Free shipping
**44 sold**

KeepItMint 5 Count Magnetic One Touch Card Holder For Trading cards 35 pt NEW
New
**$6.50**
5 bids
Free shipping
Seller with a 100% positive feedback

BCW 3x4 Topload Card Holder - Premium- Thicker Clearer Panels
New
**$6.25**
Free shipping
Top Rated Plus
**23 sold**

(100) BCW Regular 3x4 Toploaders Standard Top Loader Toploader (4 Packs of 25)
New
**$16.45**
Free shipping
Top Rated Plus
Seller with a 99.9% positive feedback

## Sponsored items customers also bought

See all

Feedback on our suggestions

You Pick! BCW Top Loaders 3x4 Standard Toploader 25 50 100 200 500 1000
New
**$7.49**
Free shipping
Top Rated Plus
**240 sold**

100 Ultra Pro Regular 3 x 4 Toploaders New top loaders + 100 soft sleeves
New
**$17.95**
~~$17.99~~ 0% off
Free shipping
Direct from Columbia Sports Cards

100 STANDARD 3x4 BCW TOPLOADER CARD HOLDER - 100 CT PACK - BRAND NEW & SEALED
New
**$16.43**
Free shipping
**537 sold**

100 20pt 3x4 Cardboard Gold TopLoaders + 100 Soft Sleeves Standard New Sealed
New
**$17.25**
Free shipping
**363 sold**

100 Pro Safe Regular 3x4 Toploaders + 100 soft sleeves New Top loaders STANDARD
New
**$15.95**
Free shipping
**310 sold**

About this item | Shipping, returns & payments | Report this item

Seller assumes all responsibility for this listing.
Last updated on Jul 14, 2023 02:39:10 PDT View all revisions

eBay item number: **155192332423**

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more | Card Holder Type | Rigid Holder |
| Compatible Card Size | Standard | Color | Clear |
| Material | Rigid PVC | MPN | 1-TLCH-100 |
| Number of Toploaders/Card Holders | 100 | UPC | 0722626007972 |
| Brand | BCW | Type | Rigid |

## About this product

### Product Identifiers

| | | | |
|---|---|---|---|
| Brand | BCW | UPC | 0722626007972 |
| eBay Product ID (ePID) | 23002809383 | | |

### Product Key Features

| | |
|---|---|
| Type | Rigid |

### Additional Product Features

| | | | |
|---|---|---|---|
| Size | Standard | Team | Chicago White Sox |
| Border Color | Clear | Series | Topps Chrome |
| Year | 2020 | | |

7/17/23, 2:00 PM
Case: 1:24-cv-07259 Document #: 1-5 Filed: 09/14/24 Page 2 of 74 PageID #:434
Document #d Card Holder Standard | eBay   2/2

## Item description from the seller

BCW Standard 3x4 top loading card holders are made of high-quality, rigid PVC. These toploaders are some of the most popular rigid individual card holders in the collectible card industry. Use this product to protect, store or display collectible baseball cards, football cards, hockey cards, or other trading cards like Magic The Gathering, Pokemon, YuGiOh, and others.

- Holds a standard trading card - Up to 20 pts
- 12 mil thickness panels
- Open on the short side

Exterior Dimensions: 3" x 4-1/16"

Interior Dimensions: 2-3/4" x 3-7/8"

100 Holders per Pack



### Sporting Gear Unlimited
99.6% Positive Feedback
368K Items sold

Visit store
Contact
♡ Save seller

#### Detailed seller ratings
Average for the last 12 months.

| | |
|---|---|
| Accurate description | 5.0 |
| Reasonable shipping cost | 5.0 |
| Shipping speed | 5.0 |
| Communication | 5.0 |

#### Seller feedback (122,729)

This item (1)   All items (122,789)

⊘ s***s (263) · Past month
Some were scratched, it was mailed as is with nothing to protect it.

See all feedback

#### Popular categories from this store   See all

Flashlight Brands   Lumintall   Flashlight Bundles

Cycling Accessories   Used   Tools/Hardware/Home/Office

Travel Accessories   Other



### Ratings and Reviews   Learn more

Write a review

**4.8**
★★★★★
42 product ratings

| | |
|---|---|
| ★ 5 | 29 |
| ★ 4 | 1 |
| ★ 3 | 0 |
| ★ 2 | 1 |
| ★ 1 | 1 |

93% Would recommend
96% Good value
96% Good quality

#### Most relevant reviews

See all 29 reviews

★★★★★
by batbey
Oct 11, 2021

**Will keep using and order more**
Good product for shipping standard size baseball cards safely
Verified purchase: Yes | Condition: New | Sold by: turbodiavies

★★★★★
by micebi_bb4945
Jun 12, 2022

**Great Deal!**
Thank you for my recent purchase. I used the Toploaders to finally complete my 2020 Panini Phoenix Football (200) Card set with Joe Burrow RC & Justin Herbert RC. Now every card is protected.
Verified purchase: Yes | Condition: New | Sold by: sportscardsgrading

★★★★★
by brink_1432
Jun 08, 2021

**Quality**
This is what my husband wanted for Father's Day, he
Loves this brand.
Verified purchase: Yes | Condition: New | Sold by:

★★★★☆
by thewarkings6f276
May 12, 2022

**Top Loader**
Top loaders are in good condition, however there seems to be alot of plastic shavings inside the loaders and could potentially ruin sports cards. But, they are still a good
buy. Thanks!
Verified purchase: Yes | Condition: New | Sold by: hookedoncardswft...

★★★★★
by isabrock_3
Jan 12, 2021

**Great purchase**
Great purchase of top loaders , great quality, fair price
Verified purchase: Yes | Condition: New | Sold by: ghezzdcy

Back to home page | See More Details about "BCW I-TLCH-100 3X4 Topload Card Holder – Standard"
More to explore : BCW Sports Trading Card Toploaders & Holders for Standard, BCW Sports Trading Card Toploaders & Holders for Standard, BCW Black Sports Trading Card Toploaders & Holders for Standard,
BCW Magnetic Holder Sports Trading Card Toploaders & Holders for Standard, BCW Screwdown Holder Sports Trading Card Toploaders & Holders for Standard, BCW Magnetic Holder Sports Trading Card Toploaders & Holders for Standard,
BCW Sports Trading Card Toploaders & Holders for fall, BCW Semi-Rigid Holder Sports Trading Card Toploaders & Holders, Sports Trading Card Toploaders & Holders for Standard,
Magnetic Holder Sports Trading Card Toploaders & Holders for Standard
Return to top

 Checkout

How do you like our checkout? Give us feedback

**Pay with**

○ Add new card
  VISA  MasterCard  AMEX  Discover

○ **PayPal**

○ **PayPal CREDIT**
  Special financing available.
  Apply now. See terms

○ G Pay  Google Pay

**Ship to**

Clerk2 Clerk2
161 North Clark St.
Chicago, IL 60601-3206
United States
(312) 375-1573
Change

**Review item and shipping**

Seller: sportinggea...   Message to seller

BCW 3x4 Topload Card Holder, Standard, 100 Count Pack
**$18.92**

Quantity
1

**Delivery**
Free 2-3 day shipping
Get it by Jul 19 – Jul 20
FedEx 2Day

**Gift cards, coupons, eBay Bucks**

Enter code:        Apply

**Donate to charity (optional)** ⓘ

Motorsports Charities, Inc.

The NASCAR Foundations improves the lives of children in our NASCAR communities. Helping children survive and thrive. That's our checkered flag! PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount     None

| Subtotal (1 item) | $18.92 |
| Shipping | Free |
| Tax* | $1.94 |
| **Order total** | **$20.86** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

    Confirm and pay

Select a payment option

eBay MONEY BACK GUARANTEE
See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ





Hi Clerk2! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay
ebay Shop by category Search for anything All Categories Search Advanced
Back to home page | Listed in category: Sporting Goods > ... > Sports Trading Cards > Storage & Display Supplies > Card Toploaders & Holders
Share | Add to Watchlist

SAVE UP TO 5% WHEN YOU BUY MORE

Have one to sell? Sell now

## BCW 3X4 Thick Card Toploaders 1 Pack of 10 for up to 138pt Cards

Condition: New

Bulk savings: Buy 1 $6.85/ea | Buy 2 $6.78/ea | Buy 3 $6.64/ea

4 or more for $6.51/ea

Quantity: 1 More than 10 available / 600 sold

Price: US $6.85/ea

Buy It Now

Add to cart

Add to watchlist

**This one's trending.** 600 have already sold.

**Breathe easy.** Free shipping and returns.

Shipping: Free 2-3 day shipping
Get it between **Mon, Jul 17** and **Tue, Jul 18** to 60601. See details
Located in: Waunakee, Wisconsin, United States

Returns: 30 days returns. Seller pays for return shipping. See details

Payments: PayPal G Pay VISA Mastercard AMEX Discover

PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Shop with confidence
Top Rated Plus
Trusted seller, fast shipping, and easy returns.
Learn more

**Seller information**
sportscardsgrading (10976)
100% positive feedback

Save seller
Contact seller
Visit store
See other items

## Similar sponsored items

See all

Feedback on our suggestions

BCW 3X4 Thick Card Toploaders 1 Pack of 10 for up to 197pt Cards
New
**$5.98**
Free shipping
Top Rated Plus
449 sold

Ultra PRO 3x4 inch Regular Toploader - 25 Pack - New Top Loader Holders Clear
New
**$5.79**
Free shipping
526 sold

Thick Top Loaders Cardboard Gold Toploader 60 pt, 100 pt, 140 pt, 190 pt, 240 pt
New
**$8.99**
Free shipping
Top Rated Plus
1358 sold

Ultra Pro 3x4 Regular Top Loaders Rigid Card Holder 25, 50, 100, 200, 500, 1000
New
**$8.99**
Free shipping
Top Rated Plus
113 sold

Trading Card Sleeves Hard Plastic Clear Case Holder 100 - Baseball Cards Topload
New
**$16.55**
Free shipping
38 sold

## Sponsored items customers also bought

See all

Feedback on our suggestions

BCW 3X4 Thick Card Toploaders 1 Pack of 10 for up to 197pt Cards
New
**$5.98**
Free shipping
Top Rated Plus
449 sold

BCW 3X4 Toploaders PREMIUM 20pt Point 1 Pack of 25 for Standard Sized Cards
New
**$6.04**
Free shipping
Top Rated Plus
1226 sold

BCW Card Point Thickness Guage Measurer Ruler TOPLOADERS LAMINATED HELPFUL TOOL
**$1.99**
Free shipping
86 sold

Ultra Pro One-Touch Magnetic Card Holder 35pt Point ROOKIE CARD - Lot of 5
New
**$18.48**
Free shipping
Top Rated Plus
160 sold

Ultra Pro 3X4 Thick 55pt Toploaders 1 Pack of 25 for up to 55pt Cards
New
**$8.91**
Free shipping
Top Rated Plus
4925 sold

About this item | Shipping, returns & payments

Report this item

Seller assumes all responsibility for this listing.
Last updated on Jul 08, 2023 10:16:15 PDT View all revisions

eBay item number: **204042776672**

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more | Brand | BCW |
| Card Holder Type | Toploader | Type | Toploader |
| Compatible Card Size | 138pt | Size | Thick |
| Color | Clear | Number of Toploaders/Card Holders | 10 |
| Compatible Card Thickness | 138 Pt. | UPC | 722626902314 |

## Item description from the seller

Check out these other items that I have on eBay right now!

| 1989 Topps Ernie Banks Cubs Baseball Card #402 BVG 8.5 NM-MT+ ONLY | 2015 Panini Prestige Kyle Rudolph Vikings Football Card Black Plate 1/1 | 1958 Topps Whitey Ford Yankees Baseball Card #320 BVG 7 Near Mint | 2014 Finest Austin Seferian-Jenkins Auto Rookie Card Pink 05/10 | 1962 Topps Paul Hornung SP Packers Football Card #64 BVG 7.5 Near Mint + |
|---|---|---|---|---|
| US $600.00 | US $40.00 | US $150.00 | US $50.00 | US $255.00 |

Auctiva's Scrolling Gallery
Mobile Responsive and Active Content Free

Hello, thanks for your interest in this fixed price listing. This fixed price listing is for the exact BCW supplies listed in the title, and shown in the pictures. We guarantee that you will be satisfied with your purchase, or you are welcome to return the supplies (at my cost) with our 30 day return policy.  This listing is brought to you by Sports Cards Grading. Sports Cards Grading is a Top Rated Plus eBay seller.  Top Rated Plus eBay sellers are required to provide 30 day free returns, shipping within 1 day, and shipping with tracking. Shipping with tracking in a bubble mailer is our standard method of shipment.  Please contact me through eBay if you have any questions on this listing. Thanks for your consideration.



### Sports Cards Grading

100% Positive Feedback
390K Items sold

Visit store
Contact
♡ Save seller

**Detailed seller ratings**
Average for the last 12 months

| | | |
|---|---|---|
| Accurate description | | 5.0 |
| Reasonable shipping cost | | 5.0 |
| Shipping speed | | 5.0 |
| Communication | | 5.0 |

**Popular categories from this store**   See all

Supplies    Supplies - BCW    Supplies - Beckett Shield

Supplies - Cardboard Gold    Supplies - Dragon Shield

Supplies - Grade Saver Pro    Supplies - Pro-Mold    Supplies - Shellz

Supplies - Ultra Pro

**Seller feedback** (128,012)

This item (184)    All items (128,012)

✅ r***a (643) • Past month
Great transaction! I'll come back for my next order! A+

✅ d***s (16) • Past month
Fast shipping and well shipped, thanks!

✅ i***s (300) • Past month
Fare price fast shipping. One of my go to sellers

See all feedback

More to explore :   BCW Sports Trading Card Toploaders & Holders with Features For Extra Thick Cards,   BCW Sports Trading Card Toploaders & Holders,
BCW Screwdown Holder Sports Trading Card Toploaders & Holders with Features For Extra Thick Cards,   BCW Magnetic Holder Sports Trading Card Toploaders & Holders with Features For Extra Thick Cards,
BCW Semi-Rigid Holder Sports Trading Card Toploaders & Holders with Features For Extra Thick Cards,   BCW Magnetic Holder Sports Trading Card Toploaders & Holders for Tall,   BCW Magnetic Holder Sports Trading Card Toploaders & Holders,
Sports Trading Card Toploaders & Holders with Features For Extra Thick Cards,   BCW Semi-Rigid Holder Sports Trading Card Toploaders & Holders,
Magnetic Holder Sports Trading Card Toploaders & Holders with Features For Extra Thick Cards

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

Case: 1:24-cv-07259 Document #: 1-5 Filed: 08/14/24 Page 6 of 74 PageID #:438

 Checkout

How do you like our checkout? Give us feedback

**Pay with**

○ Add new card

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

○ **G Pay** Google Pay

**Ship to**

Clerk2 Clerk2
161 North Clark St.
Chicago, IL 60601-3206
United States
(312) 375-1573
Change

**Review item and shipping**

Seller: sportscards... | Message to seller

BCW 3X4 Thick Card Toploaders 1 Pack of 10 for up to 138pt Cards
**$6.85**

Quantity
1

**Delivery**
Free 2-3 day shipping
Get it by Jul 17 – Jul 18
USPS First Class

**Gift cards, coupons, eBay Bucks**

Enter code:          Apply

**Donate to charity (optional)** ⓘ

ASPCA

Can you spare some change for animals in need? Add a donation to the ASPCA now. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount          None

| | |
|---|---|
| Subtotal (1 item) | $6.85 |
| Shipping | Free |
| Tax* | $0.70 |

| | |
|---|---|
| Order total | $7.55 |

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

🔒 Confirm and pay

Select a payment option

eBay MONEY BACK GUARANTEE
See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

Doe 112



5 - 4x6 Photo, Postcard Protectors, Rigid Top loaders BCW protect from damage

★★★★★ 41 product ratings

| Condition: | New |
|---|---|
| Quantity: | 1    7 available / 14 sold |

Price: US $12.99

**Buy It Now**

**Add to cart**

♡ Add to watchlist

↩ Breathe easy. Returns accepted.

🚚 Fast and reliable. Ships from United States.

Shipping: **Free 2-3 day shipping**
Get it between **Wed, Jul 26** and **Thu, Jul 27** to 60601. See details
Located in: Holland, Michigan, United States.

Returns: 30 days returns. Buyer pays for return shipping. See details

Payments: PayPal  G Pay  VISA  💳  🔎

PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®.
Learn more

**Seller information**
sportscardsupply (9486 ★)
100% positive feedback

♡ Save seller
Contact seller
Visit store
See other items

Similar sponsored items    See all ⟩                    Feedback on our suggestions

    

| 10 Ultra Pro 4"x6" TOPLOADERS NEW Photo Sports Card Collectible Rigid Postcard | NEW sealed pack 50 BCW #2 semi rigid card holders savers for grading submission | 100 Standard Size 3x4 Top Loaders w/ 100 Soft Sleeves Fits Standard Size Cards | BCW 3x4 Topload Card Holder - Premium- Thicker Clearer Panels | 5 Ultra Pro 4"x6" TOPLOADERS NEW Photo Sports Card Collectible Rigid Postcard |
|---|---|---|---|---|
| New | New | New | New | New |
| $11.49 | $12.34 | $3.25 | $6.25 | $7.99 |
| Free shipping | Free shipping | 2 lists | Free shipping | Free shipping |
| ⊞ Top Rated Plus | Seller with a 99.6% positive feedback | + $9.99 shipping | ⊞ Top Rated Plus | ⊞ Top Rated Plus |
| 50 sold | | ⊞ Top Rated Plus | 33 sold | 135 sold |
| | | Seller with a 100% positive feedback | | |

Sponsored items inspired by your views    See all ⟩              Feedback on our suggestions

    

| BCW 3"x4" 20PT Card Topload Holder (Pack of 25) Free pack of 100 Penny Sleeves | 10 PRO SAFE 3x4 130PT SUPER THICK TOPLOADERS NEW Ultra Clear Card Sleeve Jersey | Ultra PRO Regular Toploader Clear Top Loader Trading Card Holders 3"x4" 200PCS | 2,040 Toploaders (68 Packs of 30 Top Loaders) Case Bulk Wholesale NEW Free Ship | 2X Collectible Supply 3X4 Standard Top Loader 50 ct. Holds up to 35 PT. |
|---|---|---|---|---|
| New | New | New | New | New |
| $3.99 | $8.29 | $50.08 | $199.00 | $4.04 |
| + $5.55 shipping | Free shipping | Free shipping | Free shipping | $4.49 10% off |
| Seller with a 100% positive feedback | ⊞ Top Rated Plus | Seller with a 100% positive feedback | Seller with a 99.5% positive feedback | + $6.40 shipping |
| | Seller with a 100% positive feedback | | | ⊞ Top Rated Plus |

About this item | Shipping, returns & payments                    Report this item

Seller assumes all responsibility for this listing.
Last updated on May 10, 2023 03:40:30 PDT View all revisions    eBay item number: 374188022067

**Item specifics**

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more | Number of Toploaders/Card Holders | 5 |
| Autographed | No | UPC | 0722626960505 |
| Card Holder Type | Topload Holder | Brand | BCW |
| Type | Storage | Compatible Card Size | 4 in |
| Item Height | 4 in | Color | Clear |
| MPN | 1TLCH4X6 | Features | UV Protection |
| Material | Plastic | | |

**About this product**

7/24/23, 2:16 PM
Case: 1:24-cv-07259 Document #: 1-5 Filed: 08/14/24 Page 8 of 74 PageID #:440
2069 inch customers protectors, Rigid toploaders 4x4 v proge from damage - eBay

### Product Identifiers

| | | | |
|---|---|---|---|
| Brand | BCW | MPN | 1TLCH4X6 |
| GTIN | 0722626960505 | UPC | 0722626960505 |
| eBay Product ID (ePID) | 1713558384 | | |

### Product Key Features

| | | | |
|---|---|---|---|
| Card Holder Type | Topload Holder | Color | Clear |
| Compatible Card Size | 4 in | Features | UV Protection |
| Material | Plastic | Type | Storage |

### Dimensions

| | | | |
|---|---|---|---|
| Item Height | 4 in | Weight | 1.05 pounds |

#### Item description from the seller

**Protect your photos and postcards from getting scratched, bent and damaged.**

This is for 5 protectors (toploaders).

**Details:**

- Made by BCW
- Exterior size is 6 1/4" x 4 1/2" x 1/16" thick
- Interior size is 6 1/8" x 4 3/16" x 1/32" thick
- The opening is on the 4" side of the toploader
- Made of high impact rigid PVC
- 15 mil thickness
- Does not contain plasticizers or stearates
- Acid free
- Will not migrate or harm photos, cards, currency, prints
- Crystal clear
- Brand new, never opened



**Sports Card Supply**
100% Positive Feedback
20K items sold

Visit store
Contact
♡ Save seller

#### Detailed seller ratings
Average for the last 12 months

| | | |
|---|---|---|
| Accurate description | | 5.0 |
| Reasonable shipping cost | | 5.0 |
| Shipping speed | | 5.0 |
| Communication | | 5.0 |

#### Popular categories from this store   See all

PAGE PROTECTORS 3 RING BINDER    TOP-LOADERS & PROTECTORS

CARD HOLDERS & PROTECTORS    CURRENCY HOLDERS & PROTECTORS

POLY SLEEVES    POSTCARD STORAGE & PROTECTORS

STORAGE BOXES & SUPPLIES    PHOTO PROTECTORS AND STORAGE

Sports Cards

#### Seller feedback (10,414)

This item (X)    All items (10,414)

e***a (258) • Past 6 months
Seller did everything supposed to do. I'm the stupid one. Paid $2.60 a piece for 5 holders. Just bought 25 more for 76 cent a piece.

r***i (48) • Past 6 months
Perfect!

l***a (534) • Past 6 months
Nice product

See all feedback



#### Ratings and Reviews   Learn more

Write a review

**4.8**
★★★★★
41 product ratings

| | | |
|---|---|---|
| ★ 5 | | 37 |
| ★ 4 | | 2 |
| ★ 3 | | 2 |
| ★ 2 | | 0 |
| ★ 1 | | 0 |

100% Would recommend    83% Good value    100% Good quality

#### Most relevant reviews

See all 33 reviews

by buick83
Mar 24, 2021
★★★★★
**Worked Well with My Postcard Collection**
Was very easy to put my postcards inside the holders. I found them sturdy and since I like to look through the various cards I have, it makes it easy to just flip through them without damaging the cards. I went with the larger size (this size) so I could have all of my postcards in the same size holder. The smaller cards fit right in.
Verified purchase: Yes | Condition: New | Sold by: biklife

by chola-2
Apr 28, 2020
★★★★★
**Great product at a great price!**
These 4x6 plastic protectors are awesome. As a collector of postcards and small paper memorabilia, I can say that I'm very pleased. After buying many different kinds of protectors as various prices (all higher than these), I'm glad I finally found protectors at a steal. Thank you and my re-order will be in soon 😊
Verified purchase: Yes | Condition: New | Sold by: hobby'supplies

by qoomebo_maycemd
Oct 12, 2021
★★★★★
**very good post card protectors**
I love the post card protectors, and find that they protect beautifully, and enhance the value of whatever you use them for.
Verified purchase: Yes | Condition: New | Sold by: 7thclent

★★★★★
by crawdaddyjones
Jun 13, 2014

**Ummm rigid!**

Nice holders for large postcards,tickets,photos,ect. Will continue to buy this brand.

Verified purchase: Yes | Condition: New | Sold by: hobby"supplies

★★★★★
by marlask73
May 07, 2020

**Protective Post Card Slides**

I love these. They protect the Post Cards I have and that I sell. Very Clear easy to see on both sides.  Will continue to purchase.

Verified purchase: Yes | Condition: New | Sold by: hobby"supplies

---

Back to home page                                                                                                          Return to top
More to explore :    BCW Semi-Rigid Holder Sports Trading Card Toploaders & Holders,   BCW Semi-Rigid Holder Sports Trading Card Toploaders & Holders for Standard,
BCW Semi-Rigid Holder Sports Trading Card Toploaders & Holders with Features For Extra Thick Cards,   BCW Sports Trading Card Toploaders & Holders,   MLB Postcards,   NASCAR Fan Postcards,
BCW Sports Trading Card Storage Boxes,   Hall of Fame Autographed Postcard,   MLB Autographed Postcards,   BCW Sports Trading Card Storage & Display Supplies

About eBay     Announcements     Community     Security Center     Seller Center     Policies     Affiliates     Help & Contact     Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices  and AdChoice

 **Checkout**

How do you like our checkout? Give us feedback

**Pay with**

○ Add new card
  

○ **PayPal**

○ **PayPal CREDIT**
  Special financing available.
  Apply now. See terms

○ **G Pay** Google Pay

**Ship to**

Clerk2 Clerk2
161 North Clark St.
Chicago, IL 60601-3206
United States
(312) 375-1573
Change

**Review item and shipping**

Seller: sportscards...    Message to seller

5 - 4x6 Photo, Postcard Protectors, Rigid Top loaders BCW protect from damage
**$12.99**

Quantity
1

**Delivery**
Free 2-3 day shipping
Get it by Jul 26 – Jul 27
USPS First Class

**Gift cards, coupons, eBay Bucks**

Enter code:        Apply

| Subtotal (1 item) | $12.99 |
| Shipping | Free |
| Tax* | $1.33 |

**Order total** $14.32

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

🔒 **Confirm and pay**

**Select a payment option**

ebay MONEY BACK GUARANTEE
See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

Case: 1:24-cv-07259 Document #: 1-5 Filed: 08/14/24 Page 11 of 74 PageID #:443

Hi Clerk2! ▾ | Daily Deals | Brand Outlet | Gift Cards | Help & Contact — Sell | Watchlist ▾ | My eBay ▾ | 🔔 | 🛒 2



**ebay** | Shop by category ▾ | 🔍 Search for anything | All Categories ▾ | **Search**

❮ Back to home page · Collectibles & Art › ... › Sports Trading Cards › Storage & Display Supplies › Card Toploaders & Holders | Share · Add to Watchlist



**(3 Loose Holders) BCW Tall Card Top Loader Card Holder**

 Sports Hats and More (200094)
99.9% positive · Seller's other items · Contact seller

### US $1.99

Condition: New

Quantity: [ 1 ]  More than 10 available / 166 sold

**Buy It Now**

**Add to cart**

♡ Add to watchlist

⚡ This one's trending. 166 have already sold.

Shipping: US $4.00 Standard Shipping. See details
Located in: Florida, United States

Delivery: Estimated between Tue, Jun 4 and Sat, Jun 8 to 60601 ⓘ

Returns: Seller does not accept returns. If the item you received doesn't match the listing description, your purchase may be eligible for eBay Money Back Guarantee if the return request is made within 3 days from delivery. See details

Payments:  
PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Have one to sell? Sell now

## Similar Items

Feedback on our suggestions | See all



3 Pack Magnetic Card Holders for Trading Cards Protector, 35 Pt Baseball Card Pr
New
$23.99
Free shipping
10 watchers



You Pick! BCW Top Loaders 3x4 Standard Toploader 25 50 100 200 500 1000
New
$6.88
Free shipping
🏅 Top Rated Plus
363 sold

Heavy Duty Transparent Badge / Card Holders - Baker's Dozen Set
Pre-owned
$6.49
0 bids
2d 22h
+ $4.43 shipping
Seller with 100% positive feedback

BCW 25ct Rigid Car Holders - Free Shipping
New
$2.99
Free shipping
Seller with 100% positive feedback



Doe 114

1/3

About this item    Shipping, returns, and payments                                                    Report this item

Seller assumes all responsibility for this listing.                                      eBay item number: 293864896690

Last updated on Jul 07, 2023 07:37:04 PDT  View all revisions

## Item specifics

| | |
|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... **Read more** |
| Card Holder Type | Rigid Holder |
| Brand | BCW |
| Type | Card Holder |
| Compatible Card Size | Tall |
| Number of Toploaders/Card Holders | 3 |

## Item description from the seller

BCW Tall Card Top Loader Card Holder (3 Loose Holders)

**\*\*\*\*\*\*\*You get 3 Loose Holders as Pictured\*\*\*\*\*\*\***

Holds tall basketball, Gameday Football or Widevision Cards

**Exterior Dimensions:**
3 x 5

**Interior Dimensions:**
2 3/4 x 4 7/8

IF YOU WIN MULTIPLE ITEMS AND ARE PAYING WITH PAYPAL SEND ONE PAYMENT. THANKS! Outside the U.S. Postage is Extra.

**International Shipping** - items may be subject to customs processing depending on the item's declared value.
Sellers set the item's declared value and must comply with customs declaration laws.
**As the buyer, you should be aware of possible:**
- **delays** from customs inspection.
- **import duties** and taxes which buyers must pay.
- **brokerage fees** payable at the point of delivery.
Your country's customs office can offer more details, or visit eBay's page on international trade.



**Sports Hats and More**

99.9% positive feedback
472K items sold

Visit store
Contact
♡ Save seller

🗓 Joined Nov 1999
🕐 Usually responds within 24 hours

### Detailed seller ratings
Average for the last 12 months

| | | |
|---|---|---|
| Accurate description | ———— | 5.0 |
| Reasonable shipping cost | ———— | 5.0 |
| Shipping speed | ———— | 5.0 |
| Communication | ———— | 5.0 |

Doe 114



## Popular categories from this store

See all

| Jurassic Park | Freddy Krueger | It Movie | Dare | Marvel Comics Shirts | Ruger | Hobbit | Sons Of Anarchy | Scream Movie |

## Seller feedback (253,878)

This item (77)    All items (253,878)

a***b (11304)  •  Past 6 months                                    Verified purchase

All good- thanks!

u***u (91)  •  Past year                                           Verified purchase

Quick shipping, great product. Thank you!

s***f (1278)  •  Past 6 months                                     Verified purchase

GREAT THANKS

See all feedback

More to explore :   BCW Sports Trading Card Card Holders for Tall,   BCW Sports Trading Card Toploaders & Holders for Tall,   BCW Sports Trading Card Card Holders,   BCW Sports Trading Card Toploaders & Holders,   BCW Sports Trading Card Card Holders for Standard,   BCW Magnetic Holder Sports Trading Card Toploaders & Holders,   BCW Semi-Rigid Holder Sports Trading Card Toploaders & Holders,   BCW Sports Trading Card Toploaders & Holders for Standard,   Sports Trading Card Toploaders & Holders for Tall,   Sports Trading Card Card Holders

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice



# Checkout

How do you like our checkout? Give us feedback

Buy with PayPal. It's fast and simple.

**Pay with**

Add new card

PayPal

Special financing available.
Apply now. See terms

Google Pay

**Ship to**
Clerk2 Clerk2
161 North Clark St.
Chicago, IL 60601-3206
United States
(312) 375-1573
Change

**Review item and shipping**

Seller: mugsfrank | Message to seller

(3 Loose Holders) BCW Tall Card Top Loader Card Holder
**$1.99**

Quantity
1

**Delivery**
Est. delivery: Jun 4 – Jun 8
USPS First Class
**$4.00**

**Gift cards, coupons, eBay Bucks**

Enter code:

Apply

**Donate to charity (optional)**
The Jed Foundation

The Jed Foundation (JED) supports millions of teens and young adults who rely on JED's evidence-based mental health and suicide prevention strategies. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount None

| | |
|---|---|
| Item (1) | $1.99 |
| Shipping | $4.00 |
| Tax* | $0.61 |
| **Order total** | **$6.60** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

Confirm and pay

Select a payment method

Purchase protected by **eBay Money Back Guarantee**

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice

Hi Clark2! ▾    Daily Deals    Brand Outlet    Help & Contact          Sell    Watchlist ▾    My eBay ▾    🔔    🛒

ebay    Shop by category ▾    🔍 Search for anything    All Categories ▾    Search    Advanced

‹ Back to Home page | Listed in category: Sporting Goods ▸ ⋯ ▸ Storage & Display Supplies ▸ Card Toploaders & Holders ▸ Clearance BCW 3"x4" 19PT Thi...    Share | Add to Watchlist

🔶 **SAVE UP TO 15% WHEN YOU BUY MORE**



### BCW 3"x4" 20PT Card Topload Holder (Pack of 25) Free pack of 100 Penny Sleeves

★★★★★ 16 product ratings | 1 answered questions

Condition: New

Bulk savings:
| Buy 1 | Buy 2 | Buy 3 |
|---|---|---|
| $3.99/ea | $3.79/ea | $3.59/ea |

4 or more for $3.39/ea

Quantity: 1    More than 10 available

Price: **US $3.99/ea**

[ **Buy It Now** ]

[ **Add to cart** ]

[ ♡ Add to watchlist ]

🚚 Fast and reliable. Ships from United States.

Shipping:   US $5.55 Standard Shipping. See details
            Located in: Oregon, Ohio, United States

Delivery:   Estimated between Fri, Jul 28 and Mon, Jul 31 to 60601 ⓘ

Returns:    Seller does not accept returns. If the item you received
            doesn't match the listing description, your purchase may be
            eligible for eBay Money Back Guarantee if the return request
            is made within 3 days from delivery. See details

Payments:   PayPal  G Pay  VISA  ●● ● ●●

            PayPal CREDIT
            Special financing available. See terms and apply now

            Earn up to 5x points when you use your eBay
            Mastercard®. Learn more

Seller information
darcochon (529 ★)
100% positive feedback

♡ Save seller
Contact seller
Visit store
See other items

Have one to sell? Sell now

---

## Similar sponsored items    See all ›                                                                    Feedback on our suggestions

        

BCW 3X4 Thick Card 138pt Toploaders 1 Pack of 10 top loaders
$6.19
Free shipping
🔷 Top Rated Plus
59 sold

BCW Thick Card Topload Holder - 138 PT. Holds a Jersey or Memorabilia Card
Now
$8.89
Free shipping
🔷 Top Rated Plus
Seller with a 100% positive feedback

BCW Folio 9-Pocket Album (Holds 360 Cards) - Green (SET OF TWO)
$14.00
0 bids
+ $11.45 shipping

(25)BCW 3" x 4" Topload Card Holder for Standard Sized Trading Cards Top Loader
$6.98
Free shipping
89 sold

(10 Pack) BCW Thick 138pt Toploader Card Holders Great for Relics 3.5 mm
$7.99
+ $4.90 shipping
Seller with a 100% positive feedback

10 ...
TO...
Ho...
$9...
Fre...
Sel...

---

## Sponsored items inspired by your views    See all ›                                                     Feedback on our suggestions

        

10 PRO SAFE 3x4 130PT SUPER THICK TOPLOADERS NEW Ultra Clear Card Sleeve Jersey
New
$8.29
Free shipping
🔷 Top Rated Plus
Seller with a 100% positive feedback

Ultra PRO Regular Toploader Clear Top Loader Trading Card Holders 3"x4" 200PCS
New
$50.08
Free shipping
Seller with a 100% positive feedback

2,040 Toploaders (68 Packs of 30 Top Loaders) Case Bulk Wholesale NEW Free Ship
New
$199.00
Free shipping
Seller with a 99.5% positive feedback

2X Collectible Supply 3X4 Standard Top Loader 50 ct. Holds up to 35 PT
New
$4.04
$4.49 10% off
+ $6.40 shipping
🔷 Top Rated Plus

100 Ultra Pro Brand 3 x 4 Premium 15 mil Toploader Card Holders
New
$25.88
Free shipping
Seller with a 99.8% positive feedback

(0..
Sec
pt..
Ne
$9..
Fre
Sel

---

About this item | Shipping, returns & payments                                                           Report this item

Seller assumes all responsibility for this listing.
Last updated on Jul 11, 2023 20:33:04 PDT  View all revisions

eBay item number: 385747331107

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more | Item Length | 3 in |
| Compatible Card Thickness | 20 Pt. | UPC | 0722626902314 |
| Brand | BCW | Type | Rigid |

## About this product

### Product Identifiers

| Brand | BCW | GTIN | 0722626902314 |
| --- | --- | --- | --- |
| UPC | 0722626902314 | eBay Product ID (ePID) | 6912502256 |

### Product Key Features

| Type | Rigid |
| --- | --- |

### Dimensions

| Width | 3 in | Length | 4 in |
| --- | --- | --- | --- |

### Additional Product Features

| Size | Thick | Border Color | Not Applicable |
| --- | --- | --- | --- |

### Item description from the seller

BCW 3"x4" 20PT Card Topload Holder (Pack of 25) Free pack of 100 Penny Sleeves.



## Sports Lounge Collectibles

100% Positive Feedback
113 Items sold

Visit store
Contact
♡ Save seller

### Detailed seller ratings
Average for the last 12 months.

| Accurate description | 5.0 |
| --- | --- |
| Reasonable shipping cost | 5.0 |
| Shipping speed | 5.0 |
| Communication | 5.0 |

### Popular categories from this store    See all

Collectibles | Crafts | Toys & Hobbies
Sports Mem, Cards & Fan Shop | Home & Garden
Clothing, Shoes & Accessories

### Seller feedback (58)

i***i (107) • Past month
Nice card, thank you.
2020 topps chrome aaron judge green refractor /99 (#385734718202)

II***il (44) • Past month
Awesome quality, superb job on packaging. 5 star seller!!
20-21 NBA Prizm Anthony Edwards Silver Prizm (#385734709810)

u***o • Past month
great seller, thank you!
2020 Topps Chrome Retro Rookie Tony Gwynn Patch Orange Refractor /25 (#385734744527)

See all feedback

## Ratings and Reviews    Learn more

Write a review

**4.9**
★★★★★
16 product ratings

| 5 | ██████ | 15 |
| 4 | ▌ | 1 |
| 3 | | 0 |
| 2 | | 0 |
| 1 | | 0 |

100% Would recommend
100% Good value
100% Good quality

### Most relevant reviews    See all 14 reviews



★★★★★  **Quality Product**
by thrivingthreads    You can't go wrong with BCW hobby card protectors.
Feb 15, 2021    Verified purchase: Yes | Condition: New | Sold by: bleacher-seats

👍 (0)   💬 (0)   🚩

★★★★★  **Quality product**
by a7s_2010    fast order delivering process. Will use these guys again
Aug 11, 2021    Verified purchase: Yes | Condition: New | Sold by: sportscardsgrading

👍 (0)   💬 (0)   🚩

★★★★★  **Good product**
by octmac929    Very good product and shipped in a timely manner
Nov 02, 2021    Verified purchase: Yes | Condition: New | Sold by: sportscardsgrading

👍 (0)   💬 (0)   🚩

★★★★★  **Great buy**
by kr0_0kd    Great top loader. Will definitely purchase more in the future.
Jul 13, 2021    Verified purchase: Yes | Condition: New | Sold by: sportscardsgrading

👍 (0)   💬 (0)   🚩

★★★★★  **Great product**
by pinkoporsche    Verified purchase: Yes | Condition: New | Sold by: sportscardsgrading
Dec 06, 2021

👍 (0)   💬 (0)   🚩

Back to home page | See More Details about "BCW 3"x4" 138PT Thick Card Topload Holder/Pack of 10"    Return to top
More to explore :   BCW Sports Trading Card Toploaders & Holders,   BCW Magnetic Holder Sports Trading Card Toploaders & Holders,   BCW Sports Trading Card Toploaders & Holders for Tall,
BCW Gold Sports Trading Card Toploaders & Holders,   BCW Screwdown Holder Sports Trading Card Toploaders & Holders,   Sports Trading Card Toploaders & Holders,   Gold Sports Trading Card Toploaders & Holders,
Semi-Rigid Holder Sports Trading Card Toploaders & Holders,   Sports Trading Card Toploaders & Holders for Tall,   Ultra PRO Sports Trading Card Toploaders & Holders

https://www.ebay.com/itm/385747331107                                            Doe 115                    2/3

 **Checkout**

How do you like our checkout? Give us feedback

**Pay with**

○ Add new card
  VISA  MasterCard  AmEx  Discover

○ **PayPal**

○ **PayPal CREDIT**
  Special financing available.
  Apply now. See terms

○ G Pay  Google Pay

**Ship to**

Clerk2 Clerk2
161 North Clark St.
Chicago, IL 60601-3206
United States
(312) 375-1573
Change

**Review item and shipping**

Seller: darcochen-0    Message to seller

BCW 3"x4" 20PT Card Topload Holder (Pack of 25) Free pack of 100 Penny Sleeves

**$3.99**

Quantity
1

**Delivery**
Est. delivery: Jul 28 – Jul 31
USPS Ground Advantage
$5.55

**Gift cards, coupons, eBay Bucks**

Enter code:        Apply

| Subtotal (1 item) | $3.99 |
|---|---|
| Shipping | $5.55 |
| Tax* | $0.98 |

| **Order total** | **$10.52** |
|---|---|

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

🔒 **Confirm and pay**

Select a payment option

ebay MONEY BACK GUARANTEE
See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice





🔥 **SAVE UP TO 15% WHEN YOU BUY MORE**

### NEW 10ct Pack 3x4 BCW 138pt Toploaders Holders For Thick Patch Cards - 1 PACK

Condition: --

Bulk savings:

| Buy 1 | Buy 2 | Buy 3 |
|-------|-------|-------|
| $8.89/ea | $7.82/ea | $7.73/ea |

4 or more for $7.56/ea

Quantity: 1    10 available / 189 sold

Price: **US $8.89/ea**

Buy It Now

Add to cart

♡ Add to watchlist

⚡ This one's trending. 189 have already sold.

🚚 Fast and reliable. Ships from United States.

Shipping: **Free 2-3 day shipping**
Get it between Sat, Jul 22 and Mon, Jul 24 to 60601. See details
Located in: York, Pennsylvania, United States.

Returns: Seller does not accept returns. If the item you received doesn't match the listing description, your purchase may be eligible for eBay Money Back Guarantee if the return request is made within 3 days from delivery. See details

Payments:

PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Seller information**
sportsunleashedonline (13610) ⭐
99.7% positive feedback

♡ Save seller
Contact seller
Visit store
See other items

Have one to sell? Sell now

---

**Similar sponsored items**   See all >

    

Feedback on our suggestions

**4PK NEW SEALED CARD Toploaders 108 PT THICK TOP LOADERS 10 CT/PACK 40 TOTAL MS**
New
$18.99
Free shipping
Top Rated Plus
Seller with a 99.8% positive feedback

**44 ASSORTED USED MAGNETIC CARD HOLDERS 35-150PT.**
Pre-owned
$31.00
7 bids
Free shipping
Seller with a 100% positive feedback

**BCW 3X4 Thick Card Toploaders 1 Pack of 10 for up to 168pt Cards**
New
$6.90
Free shipping
Top Rated Plus
449 sold

**10 BCW 138pt 3.5MM THICK TOPLOADERS NEW Trading Card Holder Sport Jersey Topload**
New
$9.29
Free shipping
Top Rated Plus
27 sold

**NEW 10ct Pack 3x4 Ultra Pro 120pt Toploader Holders For Thick Patch Cards-1 PACK**
$8.89
Free shipping
94 sold

---

**Sponsored items customers also bought**   See all >

Feedback on our suggestions

**BCW 3X4 Thick Card Toploaders 1 Pack of 10 for up to 138pt Cards**
New
$6.85
Free shipping
Top Rated Plus
602 sold

**Ultra Pro 3X4 GOLD ROOKIE 35pt Toploaders 1 Pack of 25 for Standard Sized Cards**
New
$7.49
Free shipping
Top Rated Plus
1242 sold

**BCW 3x4 Topload Card Holder - Premium- Thicker Cleaner Panels**
New
$6.25
Free shipping
Top Rated Plus
27 sold

**25 Ultra CBG 2.5mm 100pt Pro Top Loaders Toploaders Topload Thick Jersey Cards**
New
$7.68
Free shipping
Direct from Columbia Sports Cards
4068 sold

**20 x Large Size Trading Card Stands Most Durable Display Coins Cards Holder US**
New
$7.99
$8.88 10% off
Free shipping
Top Rated Plus

---

About this item   Shipping, returns & payments

Report this item

Seller assumes all responsibility for this listing.
Last updated on Jun 28, 2023 07:48:07 PDT   View all revisions

eBay item number: 164954762712

**Item specifics**

| | | | |
|---|---|---|---|
| Compatible Card Thickness | 138 Pt. | Type | Toploader |
| Features | For Extra Thick Cards | Color | Clear |
| Compatible Card Size | Standard | Brand | BCW |
| Number of Toploaders/Card Holders | 10 | | |

## Item description from the seller

For sale is one NEW 10ct pack of BCW 138pt Toploaders. These toploader holders are designed to fit thick/patch cards up to 138pt. 10 plastic holders per pack.

Shipping is free in the US via First Class Mail.

We ship to international countries via USPS First Class Mail International. See the shipping cost to your country in the shipping tab. Buyer is responsible for all import tariffs/taxes and fees associated with the order.

All orders will ship within 1 business day, sometimes same day if possible.

If you have any questions, please send us a message. Thanks!

## Sports Unleashed Online

**99.7%** Positive Feedback
**90K** Items sold

Visit store
Contact
Save seller

### Detailed seller ratings

Average for the last 12 months

| | |
|---|---|
| Accurate description | 5.0 |
| Reasonable shipping cost | 5.0 |
| Shipping speed | 5.0 |
| Communication | 5.0 |

### Popular categories from this store

See all

Other

### Seller feedback (37,864)

This item (24) All items (37,864)

2***l (17) • Past month

w

r***f (266) • Past 6 months

A++++

2***2 (619) • Past 6 months

Awesome seller A++

See all feedback

Back to previous page
Return to top

More to explore : BCW Sports Trading Card Toploaders & Holders with Features For Extra Thick Cards, BCW Screwdown Holder Sports Trading Card Toploaders & Holders with Features For Extra Thick Cards, BCW Sports Trading Card Toploaders & Holders, BCW Magnetic Holder Sports Trading Card Toploaders & Holders with Features For Extra Thick Cards, BCW Semi-Rigid Holder Sports Trading Card Toploaders & Holders with Features For Extra Thick Cards, BCW Magnetic Holder Sports Trading Card Toploaders & Holders, BCW Sports Trading Card Toploaders & Holders for Tall, BCW Semi-Rigid Holder Sports Trading Card Toploaders & Holders, Sports Trading Card Toploaders & Holders with Features For Extra Thick Cards, Snap Lock Holder Sports Trading Card Toploaders & Holders with Features For Extra Thick Cards

About eBay Announcements Community Security Center Seller Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

 **Checkout**

How do you like our checkout? Give us feedback

**Pay with**

○ Add new card
   VISA  MasterCard  AMEX  Discover

○ **PayPal**

○ **PayPal CREDIT**
   Special financing available.
   Apply now. See terms

○ Google Pay

**Ship to**

Clerk2 Clerk2
161 North Clark St.
Chicago, IL 60601-3206
United States
(312) 375-1573
Change

**Review item and shipping**

Seller: sportsunlea...    Message to seller

NEW 10ct Pack 3x4 BCW 138pt Toploaders Holders For Thick Patch Cards - 1 PACK
$8.89

Quantity
1

**Delivery**

● Free 2-3 day shipping
   Get it by Jul 22 – Jul 24
   USPS First Class

○ Est. delivery: Jul 24 – Jul 25
   FedEx 2Day
   $14.99

**Gift cards, coupons, eBay Bucks**

Enter code:          Apply

**Donate to charity (optional)** ⓘ

Motorsports Charities, Inc.

The NASCAR Foundations improves the lives of children in our NASCAR communities. Helping children survive and thrive. That's our checkered flag! PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount    None

---

Subtotal (1 item)          $8.89
Shipping                    Free
Tax*                        $0.91

Order total                $9.80

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

🔒 **Confirm and pay**

**Select a payment option**

ebay MONEY BACK GUARANTEE
See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice



Hi Clerk2! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

Shop by category | Search for anything | All Categories | Search | Advanced

Back to home page | Listed in category: Sporting Goods > ... > Storage & Display Supplies > Card Toploaders & Holders > See more BCW 1-TLCH-TH-1.5M...

Share | Add to Watchlist

# BCW 59pt Thick Card Top Loader Card Holder (25 Holders Per Pack)

23 product ratings

Condition: New

Quantity: 1 More than 10 available / 11 sold

Price: **US $8.90**

Buy It Now

Add to cart

Add to watchlist

**Breathe easy.** Free shipping and returns.

**Fast and reliable.** Ships from United States.

Shipping: Free 3-4 day shipping
Get it between **Tue, Jul 18** and **Wed, Jul 19** to 60601. See details
Located in: Sunbury, Pennsylvania, United States

Returns: 30 days returns. Seller pays for return shipping. See details

Payments: PayPal Credit
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Have one to sell? Sell now

Shop with confidence

Top Rated Plus
Trusted seller, fast shipping, and easy returns.
Learn more

Seller information
agent007-jb (53756)
99.9% positive feedback

Save seller
Contact seller
Visit store
See other items

## Similar sponsored items See all

Feedback on our suggestions

10 BCW 168pt 4.25MM THICK TOPLOADERS Trading Card Holder Sports Topload Rigid
New
**$9.79**
Free shipping
Top Rated Plus
Seller with a 100% positive feedback

BCW 3" x 4" Topload for Standard Trading Cards | Up to 20 pts | 25-Count
New
**$6.72**
Free shipping
**Last one**

(25) BCW THICK CARD 59 pt Toploaders 3x4 Top Loaders 55 pt. FAST SHIPPING!
New
**$8.99**
Free shipping
Top Rated Plus
**153 sold**

25-pack • BCW • 1-TLCH-BK • 3x4 Rigid Top Load Card Holder • Black Border
New
**$8.49**
Free shipping
Seller with a 99.3% positive feedback

4PK NEW SEALED BCW 108 PT THICK TOP LOADERS 10 CT/PACK 40 TOTAL MS
New
**$18.99**
Free shipping
Top Rated Plus
Seller with a 99.8% positive feedback

NE Top Ca $8 Fre 189

## Sponsored items customers also bought See all

Feedback on our suggestions

25 Ultra CBG 2.5mm 100pt Pro Top Loaders Toploaders Topload Thick Jersey Cards
New
**$7.68**
Free shipping
Direct from Columbia Sports Cards
**4034 sold**

ULTRA PRO TOBACCO Allen & Ginter CARD 25 TOPLOADERS & 100 SLEEVES COMBO PACK
New
**$12.99**
Free shipping
**20 sold**

BCW 3x4 Topload Card Holder - Premium- Thicker Clearer Panels
New
**$6.25**
Free shipping
Top Rated Plus
**22 sold**

BCW 3" x 4" Topload for Standard Trading Cards | Up to 20 pts | 25-Count
New
**$6.72**
Free shipping
**Last one**

Ultra Pro 3X4 GOLD ROOKIE 35pt Toploaders 1 Pack of 25 for Standard Sized Cards
New
**$6.14**
Free shipping
Top Rated Plus
**1228 sold**

(Pa Siz Ca Ne $3 + $ 85

About this item | Shipping, returns & payments | Report this item

Seller assumes all responsibility for this listing.
Last updated on Jul 06, 2023 04:28:42 PDT View all revisions

eBay item number: **125949281975**

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more | Material | Plastic |
| UPC | 722626902321 | Manufacturer | BCW |
| Product Type | case | EAN | 0722626902321 |
| Brand | BCW | Type | Rigid |
| MPN | 1TLCHTH15MM | Features | UV Protection |

## About this product

### Product Identifiers

| | | | |
|---|---|---|---|
| Brand | BCW | MPN | 1TLCHTH15MM |
| GTIN | 0722626902321 | UPC | 0722626902321 |
| eBay Product ID (ePID) | 7356426113 | | |

### Product Key Features

| | | | |
|---|---|---|---|
| Features | UV Protection | Type | Rigid |

### Additional Product Features

| | | | |
|---|---|---|---|
| Size | Thick | Border Color | Clear |

## Item description from the seller

## BCW 59pt Thick Card Top Loader Card Holder (25 Holders Per Pack)



The BCW 3x4 thick toploaders are designed to hold cards that are thicker than standard trading cards. The phrase 'thicker cards' includes a wide variety of special patch, jersey, swatch, relics, memorabilia, and game-used fragments cards.

BCW 3x4 top loading card holders are made of high-quality, rigid PVC. These toploading holders are some of the most popular rigid individual card holders in the collectible card industry. Use this product to protect, store or display your collectible cards.

### Product Details

| | |
|---|---|
| Brand | BCW |
| Manufacturer | BCW |
| Product Type | case |

• card sleeves

Check out my other items.

Powered by Zentail



### Sports Zone Toys & Comics

99.9% Positive Feedback
157K items sold

Visit store
Contact
♡ Save seller

#### Detailed seller ratings
Average for the last 12 months

| | | |
|---|---|---|
| Accurate description | | 5.0 |
| Reasonable shipping cost | | 5.0 |
| Shipping speed | | 5.0 |
| Communication | | 5.0 |

#### Popular categories from this store   See all

AEW Figures  AFX Slot Cars  Authentic Street Signs  Auto World
Autographed Memorabilia  Board / Card Games  Bobbleheads
Cards  Carrera

#### Seller feedback (54,987)

This item (6)   All items (54,987)

2***t (414) • Past month
Fast shipping great seller

b***_ (172) • Past month
Very satisfied with purchase. Fives across the board. Thank you!

a***a (542) • Past month
Fast ship thanks!

See all feedback



### Ratings and Reviews   Learn more

Write a review

**5.0**
★★★★★
23 product ratings

| 5 ★ | 23 |
| 4 ★ | 0 |
| 3 ★ | 0 |
| 2 ★ | 0 |
| 1 ★ | 0 |

#### Most relevant reviews

See all 18 reviews

★★★★★
by johnsfac_bvkcn0e
Feb 12, 2019

**The Next Size up from Standard.**
Great Product. If your looking for a top loader for card protection. This is the next size up from your standard trading card.
Verified purchase: Yes | Condition: New | Sold by: sharpgaming

★★★★★
by bsembad0
Apr 16, 2020

**Great product, fair price, highly recommend.**
I have converted my Pokemon card collection from 20pt standard holders to BCW 59pt toploaders. I found the BCW 59pt toploaders to be better quality and more convenient to use, especially with penny sleeves.
Verified purchase: Yes | Condition: New | Sold by: 7hisise1t

★★★★★
by larry0241
Nov 07, 2015

**BCW - The Only Brand In Trading Card Peraphernalia**
I have been using BCW for all my trading card extras, from toploaders to sleeves, to team set bags. No other brand comes close.
Verified purchase: Yes | Sold by: hobby*suppliers

★★★★★
by okemo55
Aug 05, 2020

**Great product great price.**
These are great card holders and are a great value for the price. I don't use any other card holders for my collection.
Verified purchase: Yes | Condition: New | Sold by: mygdhank

★★★★★
by timbigstrucker
Sep 14, 2020

**Perfect for Allen & Ginter relics**
Bought these for my A&G boxes coming in, they fill my relics from last year perfectly however they aren't thick enough for Leather and Lumber or Donruss relics. My Topps Xmas fit nicely but not manufactured Topps relics.
Verified purchase: Yes | Condition: New | Sold by: bleacher-seats



Hi Clerk2! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

Shop by category Search for anything All Categories Search Advanced

Back to home page | Listed in category: Sporting Goods > ... > Sports Trading Cards > Storage & Display Supplies > Card Toploaders & Holders Share | Add to Watchlist

Have one to sell? Sell now

## (25) Thick Card 3x4" Toploader Card Holders (59 Pt. Thickness) BCW NEW

Condition: New

Quantity: 1 More than 10 available / 21 sold

Price: US $3.49

Buy It Now

Add to cart

Add to watchlist

**This one's trending.** 21 have already sold.

**Breathe easy.** Returns accepted.

Shipping: US $5.32 Standard Shipping. See details
Located in: Sherwood, Oregon, United States

Delivery: Estimated between **Tue, Jul 18** and **Thu, Jul 20** to 60601

Returns: 30 days returns. Seller pays for return shipping. See details

Payments:

PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Shop with confidence

Top Rated Plus
Trusted seller, fast shipping, and easy returns.
Learn more

**Seller information**
marlindajh16 (4461)
100% positive feedback

Save seller
Contact seller
Visit store
See other items

## Similar sponsored items

See all

Feedback on our suggestions

BCW 3X4 Thick Card 138pt Toploaders 1 Pack of 10 top loaders
$6.19
Free shipping
Top Rated Plus
58 sold

25 Ultra CBG 2.5mm 100pt Pro Top Loaders Toploaders Topload Thick Jersey Cards
New
$7.68
Free shipping
Direct from Columbia Sports Cards
4034 sold

BCW 3x4 Topload Card Holder - Premium- Thicker Clearer Panels
New
$6.25
Free shipping
Top Rated Plus
22 sold

Ultra PRO 3x4 inch Regular Toploader - 25 Pack - New Top Loader Holders Clear
New
$5.79
Free shipping
539 sold

BCW 3X4 Thick Card Toploaders 1 Pack of 10 for up to 138pt Cards
New
$6.85
Free shipping
Top Rated Plus
600 sold

BC of 1 Ne $5 Fre 44

## Sponsored items customers also bought

See all

Feedback on our suggestions

25 Ultra CBG 2.5mm 100pt Pro Top Loaders Toploaders Topload Thick Jersey Cards
New
$7.68
Free shipping
Direct from Columbia Sports Cards
4034 sold

Ultra PRO 3x4 inch Regular Toploader - 25 Pack - New Top Loader Holders Clear
New
$5.79
Free shipping
539 sold

Ultra Pro Top Loaders Regular 35pt 3x4 Toploaders 25, 50, 100, 200, 500, 1000
New
$9.90
Free shipping
Top Rated Plus
303 sold

Ultra Pro Top Loaders & Soft Sleeves 3x4 Toploader 25, 100, 200, 500, 1000, 1600
New
$6.90
Free shipping
394 sold

Ultra Pro 3X4 Thick NEW Toploaders 1 Pack of 25 for up to 100pt Point Cards READ
New
$7.00
Free shipping
Top Rated Plus
1833 sold

10( Ne Ne $1 $17 Fre

About this item | Shipping, returns & payments | Report this item

Seller assumes all responsibility for this listing.
Last updated on Jul 11, 2023 09:03:06 PDT View all revisions

eBay item number: 185498515892

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more | Card Holder Type | Semi-Rigid Holder |
| Brand | BCW | Type | Rigid |
| Compatible Card Size | Thick | Color | Not Applicable |
| Features | For Extra Thick Cards | Year Manufactured | 2021 |
| Number of Toploaders/Card Holders | 25 | Compatible Card Thickness | 59 Pt. |

## Item description from the seller

New and factory sealed 25 count BCW Thick size Top loader card holders. Dimensions: 3"x 4" 59 point thickness. 1 pack of 25 holders.Combined shipping available. Please request a new total at checkout or message me so I can get you an accurate shipping cost for multiple quantities.



## Stellar Trading Post LLC

**100%** Positive Feedback
**13K** Items sold

Visit store
Contact
Save seller

### Detailed seller ratings

Average for the last 12 months

| | |
|---|---|
| Accurate description | 5.0 |
| Reasonable shipping cost | 4.9 |
| Shipping speed | 5.0 |
| Communication | 5.0 |

### Popular categories from this store

See all

Baseball · Football · Basketball · Other Non Sport · Sets · Card Supplies · Graded Cards · Project 70 · Topps Online Brands

### Seller feedback (5,204)

This item (1) · All items (5,204)

l***s (2924) • Past month

Fast shipping!

See all feedback

Back to home page
Return to top

More to explore : BCW Sports Trading Card Toploaders & Holders with Features For Extra Thick Cards, BCW Screwdown Holder Sports Trading Card Toploaders & Holders with Features For Extra Thick Cards, BCW Magnetic Holder Sports Trading Card Toploaders & Holders with Features For Extra Thick Cards, BCW Semi-Rigid Holder Sports Trading Card Toploaders & Holders with Features For Extra Thick Cards, Sports Trading Card Toploaders & Holders with Features For Extra Thick Cards, BCW Sports Trading Card Toploaders & Holders, Ultra PRO Sports Trading Card Toploaders & Holders with Features For Extra Thick Cards, BCW Magnetic Holder Sports Trading Card Toploaders & Holders, BCW Semi-Rigid Holder Sports Trading Card Toploaders & Holders, Sports Trading Card Card Holders with Features For Extra Thick Cards

About eBay · Announcements · Community · Security Center · Seller Center · Policies · Affiliates · Help & Contact · Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

 **Checkout**

How do you like our checkout? Give us feedback

To add more items, go to cart.

### Pay with

Add new card

○ VISA · Mastercard · American Express · Discover

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

○ G Pay Google Pay

### Ship to

Clerk2 Clerk2
161 North Clark St.
Chicago, IL 60601-3206
United States
(312) 375-1573
Change

### Review item and shipping

Seller: marlindajh16    Message to seller

(25) Thick Card 3x4" Toploader Card Holders (59 Pt. Thickness) BCW NEW
$3.49

Quantity
1

**Delivery**

◉ Est. delivery: Jul 18 – Jul 20
USPS Ground Advantage
$5.32

○ Est. delivery: Jul 18 – Jul 20
USPS Priority Mail
$9.68

### Gift cards, coupons, eBay Bucks

Enter code:        Apply

### Donate to charity (optional) ⓘ

**ASPCA**

Can you spare some change for animals in need? Add a donation to the ASPCA now. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount        None

| | |
|---|---|
| Subtotal (1 item) | $3.49 |
| Shipping | $5.32 |
| Tax* | $0.90 |
| **Order total** | **$9.71** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

🔒 Confirm and pay

Select a payment option

ebay MONEY BACK GUARANTEE
See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice



This listing was ended by the seller on Wed, Jul 19 at 11:49 PM because the item is no longer available.

## Similar Items
Sponsored

Feedback on our suggestions | See all

(100 Count) BCW Thick 108pt Toploader Card Holders Plus 100 Thick Sleeves 2.75mm
New
**$38.95**
+ $10.78 shipping
Seller with 99.5% positive feedback

(25)BCW 3" x 4" Topload Card Holder for Standard Sized Trading Cards Top Loader
New
**$9.99**
Free shipping
Top Rated Plus
29 sold

BCW 3X4 Thick Card Toploaders 1 Pack of 25 for up to 59pt Point Cards
New
**$7.98**
Free shipping
Top Rated Plus
1863 sold

BCW 3X4 Toploaders 20pt Point 1 Pack of 25 for Standard Sized Cards
New
**$6.25**
Free shipping
Seller with 99.8% positive feedback

BCW 3X4 Thick Card Toploaders 1 Pack of 25 for up to 79pt Point Cards
New
**$9.98**
Free shipping
Top Rated Plus
1147 sold

BCW, 5
100-Co
New
**$17.25**
Free sh

## Inspired by your recent views
Sponsored

Feedback on our suggestions | See all

ALMOST GONE
100 STANDARD 3x4 BCW TOPLOADER CARD HOLDER - 100 CT PACK - BRAND NEW & SEALED
New
**$13.55**
Free shipping
667 sold

100/200/500/1000CT Regular 3"x4" Toploaders & Sleeves For 35pt Trading Cards
New
**$11.99**
Free shipping

ALMOST GONE
1 Pack of 100 BCW 3x4 Toploaders for Standard Sized Cards Top Loaders
New
**$14.95**
Free shipping
Top Rated Plus
330 sold

Improve Hand Fatigue with 10pcs Ergonomic Pencil Grip Holders for Kids
New
**$7.32**
Free shipping
Seller with 99.3% positive feedback

100 BCW 3x4 Regular Card Toploaders Green Border ( 4 X 25 count ) Free Shipping
New
**$13.99**
Free shipping
26 sold

100/20
Toploa
New
**$11.88**
Free sh
Seller w

Have one to sell? Sell now

## BCW 3" x 4" Topload for Standard Trading Cards | Up to 20 pts | 25-Count

swsn-34 (1168)
Seller's other items · Contact seller

Condition: **New**

Quantity: 1 Last one · 7 sold

**US $6.72**

Shipping: **Free** Expedited Shipping. See details
Located in: Tucson, Arizona, United States

Delivery: Estimated between **Fri, Aug 16** and **Wed, Aug 21** to 60601
Includes **5 business days** handling time after receipt of cleared payment.

Returns: 30 days returns. Seller pays for return shipping. See details

Payments: PayPal Venmo G Pay VISA Mastercard Amex Discover
PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

About this item | Shipping, returns, and payments

Report this item

Seller assumes all responsibility for this listing.

eBay item number: **314651980826**

Last updated on Jul 05, 2023 14:29:04 PDT View all revisions

## Item specifics

| | |
|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more |
| Color | White |
| EAN | 0722626902291 |
| ISBN | 0722626902291 |
| Package Dimensions LxWxH | 4.09x3.15x1.73 Inches |
| Weight | 0.4 Pounds |
| UPC | 0722626902291 |
| Brand | BCW |
| Type | Rigid |

Doe 119

MPN

ITLCHN

### Item description from the seller

BCW Standard 3-Inches x 4-Inches toploaders are made of high-quality, rigid PVC. These top loading holders are some of the most popular rigid individual cardholders in the collectible card industry. Use this product to protect, or display collectible baseball cards, football cards, hockey cards, or other trading cards like The Gathering, Pokemon, YuGiOh, and others. 12-mil thickness panels.Toploads, open on the short side. Each cardholder holds a standard trading card - Up to 20 pts. 25 holders per pack
25 Holders per Pack. Topload, open on the short side
Each holds a standard trading card - Up to 20 pts
12-mil thickness panels made of high-quality, rigid PVC
Exterior Dimensions: 3" x 4-1/16"
Interior Dimensions: 2-3/4" x 3-7/8"



swsn-34

Seller's other items (0)

Contact

Joined Aug 2021

More to explore: BCW Sports Trading Card Toploaders & Holders for Standard, BCW Sports Trading Card Toploaders & Holders, BCW Black Sports Trading Card Toploaders & Holders for Standard, BCW Sports Trading Card Toploaders & Holders for Tall, BCW Magnetic Holder Sports Trading Card Toploaders & Holders for Standard, Sports Trading Card Toploaders & Holders for Standard, BCW Sports Trading Card Holders for Standard, Sports Trading Card Toploaders & Holders, Blue Sports Trading Card Toploaders & Holders for Standard, Black Sports Trading Card Toploaders & Holders for Standard

Back to previous page                                                                                      Return to top

About eBay   Announcements   Community   Security Center   Policies   Seller Center   Affiliates   Help & Contact   Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice

Doe 119



25-pack • BCW • 1-TLCH-BK • 3x4 Rigid Top Load Card Holder • Black Border

★★★★★ 27 product ratings

Condition: New

Quantity: 1          7 available / 3 sold

Price: US $8.49

Seller information
thewoodhaventradingfirm (4002 ✪)
99.3% positive feedback

♡ Save seller
Contact seller
Visit store
See other items

Buy It Now

Add to cart

♡ Add to watchlist

↩ Breathe easy. Returns accepted.

⎙ Fast and reliable. Ships from United States.

Shipping: Free Standard Shipping. See details
Located in: Saint Petersburg, Florida, United States

Delivery: Estimated between Thu, Jul 27 and Sat, Jul 29 to 60601 ⓘ

Returns: 14 days returns. Buyer pays for return shipping. See details

Payments: PayPal  G Pay  VISA  💳  💳  DISCOVER

PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®.
Learn more

Have one to sell? | Sell now

## Similar sponsored items          See all >







| 25 TOPLOAD CARD HOLDERS -BLACK BORDER, FOR TRADING CARDS,I2M 3 X 4 RIGID PLASTIC | (25)BCW Premium 3X4 Trading Card Topload Holder - Top Loader - NEW IN PACK | KeepItMint 10 Count Mini-Snap Rigid Holder For Trading cards 35 pt Not Ultra Pro | (30) BCW Trading Card Dividers (3 Packs) White Heavy Duty With Write On Surface | (25)BCW 3" x 4" Topload Card Holder for Standard Sized Trading Cards Top Loader |
|---|---|---|---|---|
| New | New | | New | New |
| $7.99 | $6.99 | $4.99 | $7.49 | $6.98 |
| + $5.60 shipping | Free shipping | 1 bid | Free shipping | Free shipping |
| Seller with a 100% positive feedback | 39 sold | Free shipping | 78 sold | 89 sold |
| | | Seller with a 100% positive feedback | | |

## Sponsored items customers also bought          See all >



| (30) BCW Trading Card Dividers (3 Packs) White Heavy Duty With Write On Surface | (32) Sports Card Tall Dividers With (32) FREE Customized NFL Helmet Labels |
|---|---|
| New | New |
| $7.49 | $9.99 |
| Free shipping | + $5.99 shipping |
| 78 sold | 95 sold |

| About this item | Shipping, returns & payments |
|---|---|

Seller assumes all responsibility for this listing.          Report this item

Last updated on Apr 02, 2023 17:42:01 PDT View all revisions

eBay item number: 255541718086

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more | Country/Region of Manufacture | United States |
| Compatible Card Thickness | 20 Pt. | Card Holder Type | Top Loader |
| Year Manufactured | 2022 | Number of Toploaders/Card Holders | 25 |
| UPC | 0722626902406 | EAN | 0722626902406 |
| Brand | BCW | Type | Toploader |
| Compatible Card Size | Standard | Color | Black |
| MPN | 1-TLCH-BK | Material | Plastic |

## About this product

7/24/23, 2:25 PM
Case: 1:24-cv-07259 Document #: 1-5 Filed: 08/14/24 Page 29 of 74 PageID #:461
255541718086 Document #: B1 • 5 x Filed: 08/14/24 Page • 29 of 74 PageID #:461 eBay



### Product Identifiers

| | | | |
|---|---|---|---|
| Brand | BCW | MPN | 1-TLCH-BK |
| GTIN | 0722626902406 | UPC | 0722626902406 |
| eBay Product ID (ePID) | 6913268469 | | |

### Product Key Features

| | | | |
|---|---|---|---|
| Compatible Card Size | Standard | Color | Black |
| Material | Plastic | Type | Toploader |

### Item description from the seller

BCW 3x4 top loading card holders are made of high-quality, rigid PVC.

These top loading holders are some of the most popular rigid individual card holders in the collectible card industry.

Use this product to protect, protect or display collectible baseball cards, football cards, hockey cards, or other Trading cards like Magic The Gathering, Pokémon, Yu Gi Oh, and others.



## The Woodhaven Trading Firm

99.3% Positive Feedback
12K items sold

Visit store
Contact
♡ Save seller

### Detailed seller ratings
Average for the last 12 months

| | | |
|---|---|---|
| Accurate description | | 5.0 |
| Reasonable shipping cost | | 5.0 |
| Shipping speed | | 5.0 |
| Communication | | 4.9 |

### Popular categories from this store    See all

Card Accessories and Supplies    Trading Card Storage Boxes
Comic Book Storage Boxes

### Seller feedback (4,175)

This item (1)    All items (4,175)

p\*\*\*n (9320) • Past month
AAA++

See all feedback

### Ratings and Reviews    Learn more

Write a review

## 4.8
★★★★★
27 product ratings

| ★ 5 | | 23 |
|---|---|---|
| ★ 4 | | 4 |
| ★ 3 | | 0 |
| ★ 2 | | 0 |
| ★ 1 | | 0 |

100% Would recommend
100% Good value
100% Good quality

### Most relevant reviews

See all 19 reviews

★★★★★
by lucaholtz007
Jun 06, 2017

**BCW is the BEST!**
These are great to protect your sports cards.
I have used other BCW products and they are the BEST.
Verified purchase: Yes | Condition: New | Sold by: hobby*supplies

👍 (0)    👎 (0)    !

★★★★★
by rls31664
Jan 01, 2018

**great card protection**
top load for ease of use
Verified purchase: Yes | Condition: New | Sold by: hobby*supplies

👍 (0)    👎 (0)    !

★★★★★
by bbigsexyone
Apr 14, 2020

**Works very well for my sports card collection**
Verified purchase: Yes | Condition: New | Sold by: jackscollectibles2

👍 (0)    👎 (0)    !

★★★★★
by scookiechase
Sep 27, 2016

**Deal, Deal, Deal**
Great product and an excellent value.
Verified purchase: Yes | Condition: New | Sold by: hobby*supplies

👍 (0)    👎 (0)    !

★★★★★
by jeffw937
Sep 07, 2017

**Great product**
Work great really strong and look cool with the black edges.
Verified purchase: Yes | Condition: New | Sold by: hobby*supplies

👍 (0)    👎 (0)    !

Back to home page | See More Details about "BCW 3x4 Topload Card Holder - Black (1-TLCH-BK)"    Return to top
More to explore :   BCW Semi-Rigid Holder Sports Trading Card Toploaders & Holders,   BCW Semi-Rigid Holder Sports Trading Card Toploaders & Holders for Standard,   BCW Black Sports Trading Card Toploaders & Holders,
BCW Semi-Rigid Holder Sports Trading Card Toploaders & Holders with Features For Extra Thick Cards,   BCW Sports Trading Card Toploaders & Holders,   BCW Sports Trading Card Toploaders & Holders,
BCW Sports Trading Card Holders for Tall,   BCW Magnetic Holder Sports Trading Card Toploaders & Holders,   Semi-Rigid Holder Sports Trading Card Toploaders & Holders,   BCW Sports Trading Card Storage Boxes

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

Case: 1:24-cv-07259 Document #: 1-5 Filed: 08/14/24 Page 30 of 74 PageID #:462

 **Checkout**

How do you like our checkout? Give us feedback

## Pay with

○ Add new card
VISA MasterCard AmEx Discover

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

○ G Pay Google Pay

### Ship to

Clerk2 Clerk2
161 North Clark St.
Chicago, IL 60601-3206
United States
(312) 375-1573
Change

### Review item and shipping

Seller: thewoodhave...    |    Message to seller

 25-pack ● BCW ● 1-TLCH-BK ● 3x4 Rigid Top Load Card Holder ● Black Border
**$8.49**

Quantity
1

**Delivery**
Est. delivery: Jul 27 – Jul 29
USPS First Class
Free

### Gift cards, coupons, eBay Bucks

Enter code:            Apply

---

Subtotal (1 item)          $8.49
Shipping                    Free
Tax*                       $0.87

**Order total          $9.36**

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

🔒 **Confirm and pay**

**Select a payment option**

ebay MONEY BACK GUARANTEE
See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ







Hi Clerk2! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay
ebay Shop by category Search for anything All Categories Search Advanced
Back to home page | Listed in category: Sporting Goods > ... > Storage & Display Supplies > Card Toploaders & Holders > See more BCW 1-TLCH-Comic-S... Share | Add to Watchlist

# 1 BCW Modern Age Current Comic Book 38-55 Topload 7x10x5mm Plastic Rigid Case

56 product ratings

Condition: --
"BRAND NEW + HIGH QUALITY"

Quantity: 1 More than 10 available / 92 sold

Price: US $9.55

Buy It Now
Add to cart
Add to watchlist

**This one's trending.** 92 have already sold.
**Breathe easy.** Returns accepted.

Shipping: Free 2-3 day shipping
Get it between **Sat, Jul 22** and **Mon, Jul 24** to 60601. See details
Located in: South Saint Paul, Minnesota, United States

Returns: 30 days returns. Buyer pays for return shipping. See details

Payments: PayPal, G Pay, VISA, Mastercard, American Express, Discover
PayPal CREDIT
Special financing available. See terms and apply now
Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Seller information**
thecoindigger_collection_... (61779)
99.7% positive feedback
Save seller
Contact seller
Visit store
See other items

Have one to sell? Sell now

## Similar sponsored items
See all
Feedback on our suggestions

25-pack • BCW • 1-TLCH-BK • 3x4 Rigid Top Load Card Holder • Black Border
New
$8.49
Free shipping
Seller with a 99.3% positive feedback

(1) BCW Booklet Card Toploader - 1 Single Book Card Topload Holder with Sleeve
New
$2.49
+ $3.99 shipping
42 sold

Card Sleeves Top loaders Holders Standard 3x4 25, 50, 100, 200, 500 1000
New
$8.99
Free shipping
Top Rated Plus
236 sold

Pack /25 BCW Hard Plastic Baseball Trading Card Topload Holders 12 mil protector
New
$8.49
Free shipping
Top Rated Plus
6990 sold

20 SILVER AGE Comic Book Topload Holders - Rigid 5mm Top loaders NEW Hobby Guard
New
$38.99
Free shipping
72 sold

10 ... Rig... top... Ne... $1... Fre... 49...

## Sponsored items customers also bought
See all
Feedback on our suggestions

BCW 3x4 Topload Card Holder - Premium- Thicker Clearer Panels
New
$6.25
Free shipping
Top Rated Plus
27 sold

NEW 10ct Pack 3x4 BCW 138pt Toploaders Holders For Thick Patch Cards - 1 PACK
$8.89
Free shipping
189 sold

25 Ultra CBG 2.5mm 100pt Pro Top Loaders Toploads Topload Thick Jersey Cards
New
$7.68
Free shipping
Direct from Columbia Sports Cards
4068 sold

10/20pcs Card Stand Graded Cards Display Stand Coins Small Box Paper Clip Holder
New
$3.99
Free shipping
98 sold

Ultra Pro 3X4 GOLD ROOKIE 35pt Toploaders 1 Pack of 25 for Standard Sized Cards
New
$7.49
Free shipping
Top Rated Plus
1242 sold

Co... Sta... Top... Ne... $1... Fre... 124...

About this item | Shipping, returns & payments | Report this item

Seller assumes all responsibility for this listing.
Last updated on Jun 14, 2023 11:23:28 PDT View all revisions
eBay item number: 223033761021

## Item specifics

| | | | |
|---|---|---|---|
| Seller Notes | "BRAND NEW + HIGH QUALITY" | Country/Region of Manufacture | United States |
| UPC | 0722626964503 | Brand | BCW |
| Type | Custom | Item Height | 7 inch |
| Color | White | MPN | 1TLCHCOMIC |
| Year Manufactured | 2018 | Features | Acid-Free |
| Material | Plastic, Rigid PVC | Number of Toploaders/Card Holders | 10 |

## About this product

| Product Identifiers | | | |
|---|---|---|---|
| Brand | BCW | MPN | ITLCHCOMIC |
| GTIN | 0722626964503 | UPC | 0722626964503 |
| eBay Product ID (ePID) | 2255417969 | | |

| Product Key Features | | | |
|---|---|---|---|
| Year Manufactured | 2018 | Color | White |
| Features | Acid-Free | Material | Plastic, Rigid PVC |
| Type | Custom | Number of Toploaders/Card Holders | 10 |

| Dimensions | | | |
|---|---|---|---|
| Item Height | 7 inch | Weight | 1 pounds |

### Item description from the seller

★ ★ ★ **1 qty BCW MODERN AGE COMIC BOOK TOPLOAD** ★ ★ ★

(1x) BCW MODERN AGE COMIC TOPLOADERS

- Each holds one Golden Age Comic Book
- Crystal clear
- Made of high impact rigid PVC
- Archival Quality
- Acid Free

Dimensions
- Exterior 7 7/16 x 11
- Interior 7 x 10 3/4 x 3/16
- Thickness 5mm

The PVC used in BCW Toploads contain no plasticizers or stearates.
Our high impact grade PVC does not migrate and will not harm your cards, photos or prints, while offering maximum protection and visual appeal.

## Your order supports a small family owned business

ATTENTION SELLERS! This listing is protected under copyright laws.

Any and all images and phrases used by Thecoindiggers LLC is fully protected by the intellectual property laws. You may not use, alter, copy, download or photoshop any of our images, logos or phrases at any time without the expressed written consent of Thecoindiggers LLC. Any unauthorized use is subject to penalty under existing international procedures and laws







 Case: 1:24-cv-07259 Document #: 1-5 Filed: 08/14/24 Page 33 of 74 PageID #:465

★★★★☆
by tcowardin814
Oct 25, 2021

### Getting over priced, same product as last year but double the price

I would give 5 stars except the price has gone up so much in the last year it makes the decision to buy alot harder, when I used to use for all my comics now I only get them for the most important issues

Verified purchase: Yes | Condition: New | Sold by: anthonys-vintag...

(0) (0) !

★★★★★
by timmo-518
Aug 10, 2021

### Good Quality Product

These are some good quality top loaders for comic books. I will be back for more.

Verified purchase: Yes | Sold by: anthonys-vintag...

(0) (0) !

★★★★★
by cajohnston
May 31, 2022

### Wrap it up!

I like to treat my more expensive books to a little extra protection and these are a nice midway point between bags and boards and having my books slabbed.

Verified purchase: Yes | Condition: New | Sold by: hobby*supplies

(0) (0) !

★★★★★
by fire855
May 12, 2022

### Good protection !!

Definately protects your most valuable comic books. If not CGC, this would be the best option compare to just having your comics bag and boarded.

Verified purchase: Yes | Condition: New | Sold by: mugsfrank

(0) (0) !

★★★★★
by starwarsjunkie-4
May 02, 2020

### Protection.

If you have valuable comics but can't send them to CGC, this is the best way to keep them in pristine condition..

Verified purchase: Yes | Sold by: the.cosmic.peddler

(0) (0) !

Back to home page | See More Details about "BCW 1-TLCH-Comic-S Comic Topload Holder 10 Count 7 x 1..." Return to top

More to explore : BCW Semi-Rigid Holder Sports Trading Card Toploaders & Holders, BCW Semi-Rigid Holder Sports Trading Card Toploaders & Holders for Standard, BCW Sports Trading Card Toploaders & Holders, BCW Sports Trading Card Toploaders & Holders for Tall, BCW Gold Sports Trading Card Toploaders & Holders, BCW Magnetic Holder Sports Trading Card Toploaders & Holders, Semi-Rigid Holder Sports Trading Card Toploaders & Holders, Semi-Rigid Holder Sports Trading Card Toploaders & Holders for Standard, Ultra PRO Semi-Rigid Holder Sports Trading Card Toploaders & Holders, Sports Trading Card Toploaders & Holders

About eBay Announcements Community Security Center Seller Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

**Checkout**

How do you like our checkout? Give us feedback

## Pay with

○ Add new card

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

○ G Pay Google Pay

## Ship to

Clerk2 Clerk2
161 North Clark St.
Chicago, IL 60601-3206
United States
(312) 375-1573
Change

## Review item and shipping

Seller: thecoindigg...    Message to seller



1 BCW Modern Age Current Comic Book 38-55 Topload
7x10x5mm Plastic Rigid Case
**$9.55**

Quantity
1

**Delivery**
Free 2-3 day shipping
Get it by Jul 22 – Jul 24
USPS First Class

## Gift cards, coupons, eBay Bucks

Enter code:              Apply

## Donate to charity (optional) ⓘ

Motorsports Charities, Inc.

The NASCAR Foundations improves the lives of children in our NASCAR communities.
Helping children survive and thrive. That's our checkered flag! PayPal Giving Fund
(PPGF) receives your donation and grants 100% to a charity no later than 30 days after
the end of the month in which the donation is made. Donations are non-refundable
and typically tax deductible. PPGF may be unable to grant funds to a charity if the
charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount    None

Subtotal (1 item)                    $9.55
Shipping                              Free
Tax*                                 $0.98

Order total                         $10.53

*We're required by law to collect sales tax
and applicable fees for certain tax
authorities. Learn more

🔒 **Confirm and pay**

Select a payment option

ebay MONEY BACK GUARANTEE
See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ







Hi Clerk2! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

Shop by category | Search for anything | All Categories | Search | Advanced

Back to home page | Listed in category: Sporting Goods > ... > Sports Trading Cards > Storage & Display Supplies > Card Toploaders & Holders

Share | Add to Watchlist

Have one to sell? Sell now

## 3" X 4" Topload Card Holder for Standard Trading Cards | up to 20 Pts | 25-Count

Condition: New

Quantity: 1 2 available

Price: US $6.73

Buy It Now

Add to cart

Add to watchlist

**Breathe easy.** Free shipping and returns.

**Fast and reliable.** Ships from United States.

Shipping: **Free** Standard Shipping. See details
Located in: Elkridge, Maryland, United States

Delivery: Estimated between **Sat, Jul 22** and **Wed, Jul 26** to 60601

Returns: 30 days returns. Seller pays for return shipping. See details

Payments: PayPal, G Pay, VISA, Mastercard, American Express, Discover

PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Seller information**
swapniltiwari (48)
100% positive feedback

Save seller
Contact seller
Visit store
See other items

## Similar sponsored items

See all

Feedback on our suggestions

(25)BCW Premium 3X4 Trading Card Topload Holder - Top Loader - NEW IN PACK
New
**$6.99**
Free shipping
Top Rated Plus
**39 sold**

(25)BCW 3" x 4" Topload Card Holder for Standard Sized Trading Cards Top Loader
New
**$6.98**
Free shipping
Top Rated Plus
**89 sold**

Card Saver Semi Rigid top loader for Trading cards quantity of 25pk
New
**$0.99**
0 bids
+ $5.65 shipping

BCW 3" x 4" Topload for Standard Trading Cards | Up to 20 pts | 25-Count
New
**$6.72**
Free shipping
**Last one**

BCW 3x4 Topload Card Holder - Premium- Thicker Clearer Panels
New
**$6.25**
Free shipping
Top Rated Plus
**27 sold**

25- Rig Bo
Ne
**$8**
Fre
Se

## Sponsored items customers also bought

See all

Feedback on our suggestions

BCW 3" x 4" Topload for Standard Trading Cards | Up to 20 pts | 25-Count
New
**$6.72**
Free shipping
**Last one**

BCW 3x4 Topload Card Holder - Premium- Thicker Clearer Panels
New
**$6.25**
Free shipping
Top Rated Plus
**27 sold**

20 × Large Size Trading Card Stands Most Durable Display Coins Cards Holder US
New
**$7.99**
~~$8.88~~ 10% off
Free shipping
Top Rated Plus

Ultra Pro 3X4 GOLD ROOKIE 35pt Toploaders 1 Pack of 25 for Standard Sized Cards
New
**$7.49**
Free shipping
Top Rated Plus
**1239 sold**

10/20pcs Card Stand Graded Cards Display Stand Coins Small Box Paper Clip Holder
New
**$3.99**
Free shipping
**97 sold**

20 Sta Ad
Ne
**$1**
Fre
**43**

About this item | Shipping, returns & payments | Report this item

Seller assumes all responsibility for this listing.
Last updated on Jul 18, 2023 22:11:44 PDT View all revisions

eBay item number: **175814589952**

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more | Brand | Does not apply |
| Type | Does not apply | Item model number | 1-TLCH-N |
| Max Input Sheet Capacity | 25 | Style | Classic |
| Color | White | Material | Polyvinyl Chloride (PVC) |
| Material Type | Polyvinyl Chloride (PVC) | Manufacturer Part Number | 1-TLCH-N |
| Item Weight | 6.4 ounces | Is Discontinued By Manufacturer | No |
| Product Dimensions | 30 x 40 x 1 inches | UPC | 313089136189 |
| ISBN | Does not apply | EAN | 0313089136189 |

## Item description from the seller

### 3" X 4" Topload Card Holder for Standard Trading Cards | up to 20 Pts | 25-Count

#### Description

| | |
|---|---|
| Item model number | 1-TLCH-N |
| Max Input Sheet Capacity | 25 |
| Style | Classic |
| Color | White |
| Material | Polyvinyl Chloride (PVC) |
| Material Type | Polyvinyl Chloride (PVC) |
| Manufacturer Part Number | 1-TLCH-N |
| Item Weight | 6.4 ounces |
| Is Discontinued By Manufacturer | No |
| Product Dimensions | 30 x 40 x 1 inches |

- 25 Holders per Pack. Topload, open on the short side
- Each card holder holds a standard trading card - Up to 20 pts
- 12-mil thickness panels made of high-quality, rigid PVC
- Exterior Dimensions: 3" x 4-1/16"
- Interior Dimensions: 2-3/4" x 3-7/8"

BCW Standard 3-inches x 4-Inches toploaders are made of high-quality, rigid PVC. These top loading holders are some of the most popular rigid individual cardholders in the collectible card industry. Use this product to protect, store or display collectible baseball cards, football cards, hockey cards, or other trading cards like Magic The Gathering, Pokemon, YuGiOh, and others. 12-mil thickness panels. Topload, open on the short side. Each cardholder holds a standard trading card - Up to 20 pts. 25 holders per pack

#### ABOUT US

We offer the best prices around on high quality products. Our E-store includes media such as books, movies, music and games while offering electronics, toys, sporting apparel, clothing, tools, general home, garden items and more.

#### SHIPPING

We are always working hard to ensure your package arrives as soon as possible. Please understand that some factors like weather, high postal traffic, and the performance of shipping companies are outside of our control.

We offer free shipping to the lower 48 states and ship within 2 business days of payment, usually sooner. We do not accept P.O. Boxes. Please provide a physical address.

For shipping outside of the continental USA, we only use eBay's Global Shipping Program.The item is shipped to KY and then sent to the rest of the world. International customers are responsible for all duties and taxes. Continue to check out in order to calculate costs for shipping the item to your country. Messages regarding eBay's Global Shipping Program MUST be directed at eBay EXCLUSIVELY.

#### RETURNS

We offer a 30-Day Return Policy on items which you are not completely satisfied with. You have the option for a full-refund or an exchange of the item. No returns are available on items shipped outside of the USA.

#### CUSTOMER SATISFACTION

We try our very best to make sure every customer is completely satisfied. If there's a problem, message us! We're happy to help.

#### WE ACCEPT



Copyright © 2021 AutoDS. | All Rights Reserved



Toys & Hobbies        Dolls & Bears        Pet Supplies

See all feedback

---

More to explore :   Sears Trading Card Toploaders & Holders for Standard ,   Sports Trading Card Toploaders & Holders ,   Gold Sports Trading Card Toploaders & Holders for Standard ,
White Sports Trading Card Toploaders & Holders for Standard ,   Magnetic Holder Sports Trading Card Toploaders & Holders ,   Magnetic Holder Sports Trading Card Toploaders & Holders ,
Gold Sports Trading Card Toploaders & Holders ,   BCW Sports Trading Card Toploaders & Holders ,   Screwdown Holder Sports Trading Card Toploaders & Holders ,   Ultra PRO Sports Trading Card Toploaders & Holders

About eBay      Announcements      Community      Security Center      Seller Center      Policies      Affiliates      Help & Contact      Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved.  Accessibility ,  User Agreement ,  Privacy ,  Payments Terms of Use ,  Cookies ,  Your Privacy Choices      and  AdChoice

Doe 122

 Checkout

How do you like our checkout? Give us feedback

To add more items, go to cart.

**Pay with**

○ Add new card
 VISA ● ● ●

○ **PayPal**

○ **PayPal CREDIT**
 Special financing available.
 Apply now. See terms

○ **G Pay** Google Pay

**Ship to**

Clerk2 Clerk2
161 North Clark St.
Chicago, IL 60601-3206
United States
(312) 375-1573
Change

**Review item and shipping**

Seller: swapniltiwari  Message to seller

3" X 4" Topload Card Holder for Standard Trading Cards | up to 20 Pts | 25-Count
**$6.73**

Quantity
1

**Delivery**
Est. delivery: Jul 22 – Jul 26
Standard Shipping
Free

**Gift cards, coupons, eBay Bucks**

Enter code:    Apply

**Donate to charity (optional)** ⓘ

Motorsports Charities, Inc.

The NASCAR Foundations improves the lives of children in our NASCAR communities. Helping children survive and thrive. That's our checkered flag! PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount   None

| | |
|---|---|
| Subtotal (1 item) | $6.73 |
| Shipping | Free |
| Tax* | $0.69 |
| **Order total** | **$7.42** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

🔒 Confirm and pay

Select a payment option

**ebay** MONEY BACK GUARANTEE
See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

Hi Clerk2! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

Shop by category | Search for anything | All Categories | Search | Advanced

Back to previous page | Listed in category: Sporting Goods > ... > Sports Trading Cards > Storage & Display Supplies > Card Toploaders & Holders

Share | Add to Watchlist

SAVE UP TO 20% WHEN YOU BUY MORE

# (100) BCW THICK CARD 59 pt Toploaders + (100) Penny Sleeves 3X4 Top Loaders

Condition: New

Bulk savings: Buy 1 $29.00/ea | Buy 2 $26.10/ea | Buy 3 $24.65/ea

4 or more for $23.20/ea

Quantity: 1 More than 10 available / 3 sold

Price: US $29.00/ea

Buy It Now

Add to cart

Add to watchlist

**Fast and reliable.** Ships from United States.

Shipping: **Free** Standard Shipping. See details

Located in: Portland, Oregon, United States

Delivery: Estimated between **Mon, Jul 24** and **Fri, Jul 28** to 60601

Returns: Seller does not accept returns. If the item you received doesn't match the listing description, your purchase may be eligible for eBay Money Back Guarantee if the return request is made within 3 days from delivery. See details

Payments: PayPal, G Pay, VISA, Mastercard, American Express, Discover

PayPal CREDIT

Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Seller information**

kabun41 (3873)

100% positive feedback

Save seller

Contact seller

Visit store

See other items

Have one to sell? Sell now

## Similar sponsored items

See all

Feedback on our suggestions

(100) BCW REGULAR Toploaders + 100 PENNY SLEEVES Ultra Pro
New
**$17.98**
Free shipping
Top Rated Plus
**787 sold**

100 Toploaders Penny Sleeves and Top loader Sleeves - Sports and Trading Cards
New
**$24.99**
Free shipping
**241 sold**

NICE LOT OF CASES, TOP LOADERS, PLASTIC SLEEVES AND MORE. LOOK
Pre-owned
**$5.00**
2 bids
+ $5.50 shipping
Seller with a 99.2% positive feedback

BCW 3X4 Thick Card Toploaders 1 Pack of 25 for up to 79pt Point Cards
New
**$8.97**
Free shipping
Top Rated Plus
**1094 sold**

4PK NEW SEALED BCW 108 PT THICK TOP LOADERS 10 CT/PACK 40 TOTAL MS
New
**$18.99**
Free shipping
Top Rated Plus
Seller with a 99.8% positive feedback

BC Pa Poi Ne $2 Fre 147

## Sponsored items customers also bought

See all

Feedback on our suggestions

200 Regular Card 3 x 4 Toploaders New top loaders + 200 Ultra Pro Soft Sleeves
New
**$27.89**
~~$99.99~~ 72% off
Free shipping
Direct from Columbia Sports Cards

(1000) BCW 3x4 Regular Trading Card Toploaders Top Loaders Case *IN STOCK*
New
**$84.93**
Free shipping
**905 sold**

1000 COLLECT*SAVE*PROTECT Top Loaders Standard 3x4 Regular Card +1000 SLEEVES
New
**$77.38**
Free shipping
**204 sold**

(200) 8 PACKS COLLECT*SAVE*PROTECT Top Loaders Standard 3x4 Regular Card
New
**$25.69**
Free shipping
Seller with a 99.4% positive feedback

Case 1000 Ultra CBG 3x4 Baseball Trading Card Topload Holders Pro Toploaders
New
**$74.39**
Free shipping
Direct from Columbia Sports Cards
**11875 sold**

50 Lo 50 Ne $4 Fre 41

About this item | Shipping, returns & payments

Report this item

Seller assumes all responsibility for this listing.

eBay item number: **394669506350**

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more | Brand | BCW |
| Type | Toploader | Compatible Card Size | Standard |
| Color | Clear | Number of Toploaders/Card Holders | 100 |
| Compatible Card Thickness | 59 Pt. | | |

















### Item description from the seller

(100) BCW THICK CARD 59 pt Toploaders + (100) Penny Sleeves 3X4 Top Loaders

## Top Quality Sports

**100%** Positive Feedback
**9.7K** Items sold

Visit store
Contact
Save seller

### Detailed seller ratings

Average for the last 12 months

| | |
|---|---|
| Accurate description | 5.0 |
| Reasonable shipping cost | 4.9 |
| Shipping speed | 5.0 |
| Communication | 5.0 |

### Seller feedback (3,878)

This item (1) All items (3,878)

2***k (1648) • Past month

Excellent .. quick response, great price & professional service. Very fast delivery! Will visit again, Thankyou

See all feedback

### Popular categories from this store See all

Collectibles, Books & Magazines, Jewelry & Watches, Business & Industrial, Entertainment Memorabilia, eBay Motors, Sporting Goods, Home & Garden, Cell Phones & Accessories

Back to previous page Return to top

More to explore : BCW Sports Trading Card Toploaders & Holders with Features For Extra Thick Cards, BCW Sports Trading Card Toploaders & Holders, BCW Screwdown Holder Sports Trading Card Toploaders & Holders with Features For Extra Thick Cards, BCW Magnetic Holder Sports Trading Card Toploaders & Holders with Features For Extra Thick Cards, BCW Extra Thick Sports Trading Card Card Sleeves, BCW Sports Trading Card Toploaders & Holders for Tall, BCW Extra Thick Sports Trading Card Sleeves & Bags, BCW Magnetic Holder Sports Trading Card Toploaders & Holders, BCW Semi-Rigid Holder Sports Trading Card Toploaders & Holders, Ultra PRO Sports Trading Card Toploaders & Holders with Features For Extra Thick Cards

About eBay Announcements Community Security Center Seller Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice



 **Checkout**

How do you like our checkout? Give us feedback

**Pay with**

○ Add new card
VISA  MasterCard  AMEX  DISCOVER

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

○ G Pay  Google Pay

**Ship to**

Clerk2 Clerk2
161 North Clark St.
Chicago, IL 60601-3206
United States
(312) 375-1573
Change

**Review item and shipping**

Seller: kabun41    Message to seller



(100) BCW THICK CARD 59 pt Toploaders + (100) Penny Sleeves
3X4 Top Loaders

**$29.00**

Quantity
1

**Delivery**
Est. delivery: Jul 24 – Jul 28
USPS First Class
Free

**Gift cards, coupons, eBay Bucks**

Enter code:        Apply

**Donate to charity (optional)** ⓘ

Motorsports Charities, Inc.

The NASCAR Foundations improves the lives of children in our NASCAR communities.
Helping children survive and thrive. That's our checkered flag! PayPal Giving Fund
(PPGF) receives your donation and grants 100% to a charity no later than 30 days after
the end of the month in which the donation is made. Donations are non-refundable
and typically tax deductible. PPGF may be unable to grant funds to a charity if the
charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount    None

---

Subtotal (1 item)          $29.00
Shipping                     Free
Tax*                        $2.97

**Order total              $31.97**

*We're required by law to collect sales tax
and applicable fees for certain tax
authorities. Learn more

🔒 **Confirm and pay**

Select a payment option

ebay MONEY BACK GUARANTEE
See details

---

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

Doe 123



Hi Clerk2! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category Search for anything All Categories Search Advanced

Back to home page | Listed in category: Sporting Goods > ... > Sports Trading Cards > Storage & Display Supplies > Card Toploaders & Holders

Share | Add to Watchlist

SAVE UP TO 15% WHEN YOU BUY MORE

Have one to sell? Sell now

## (25)BCW 3" x 4" Topload Card Holder for Standard Sized Trading Cards Top Loader

Condition: New

Bulk savings: Buy 1 $6.98/ea | Buy 2 $6.28/ea | Buy 3 $6.14/ea

4 or more for $5.93/ea

Quantity: 1 More than 10 available / 89 sold

Price: US $6.98/ea

Buy It Now

Add to cart

Best Offer:

Make offer

Add to watchlist

**This one's trending.** 89 have already sold.

**Breathe easy.** Free shipping and returns.

Shipping: **Free** Standard Shipping. See details
Located in: Vancouver, Washington, United States

Delivery: Estimated between **Fri, Jul 21** and **Tue, Jul 25** to 60601

Returns: 30 days returns. Seller pays for return shipping. See details

Payments: PayPal, G Pay, VISA, Mastercard, American Express, Discover

PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Shop with confidence

Top Rated Plus
Trusted seller, fast shipping, and easy returns.
Learn more

**Seller information**
2ndtonone78 (3664)
99.9% positive feedback

Save seller
Contact seller
Visit store
See other items

## Similar sponsored items See all

Feedback on our suggestions

(25)BCW Premium 3X4 Trading Card Topload Holder - Top Loader - NEW IN PACK
New
$6.99
Free shipping
Top Rated Plus
39 sold

3" X 4" Topload Card Holder for Standard Trading Cards | up to 20 Pts | 25-Count
New
$6.73
Free shipping
Seller with a 100% positive feedback

25-pack • BCW • 1-TLCH-BK • 3x4 Rigid Top Load Card Holder • Black Border
New
$8.49
Free shipping
Seller with a 99.3% positive feedback

BCW 3" x 4" Topload for Standard Trading Cards | Up to 20 pts | 25-Count
New
$6.72
Free shipping
Last one

BCW 3x4 Topload Card Holder - Premium- Thicker Clearer Panels
New
$6.25
Free shipping
Top Rated Plus
27 sold

20 Ho
Ne
$2
Fre
29

## Sponsored items customers also bought See all

Feedback on our suggestions

BCW 3" x 4" Topload for Standard Trading Cards | Up to 20 pts | 25-Count
New
$6.72
Free shipping
Last one

BCW 3x4 Topload Card Holder - Premium- Thicker Clearer Panels
New
$6.25
Free shipping
Top Rated Plus
27 sold

Ultra Pro 3X4 GOLD ROOKIE 35pt Toploaders 1 Pack of 25 for Standard Sized Cards
New
$6.14
Free shipping
Top Rated Plus
1239 sold

20 × Large Size Trading Card Stands Most Durable Display Coins Cards Holder US
New
$7.99
~~$8.88~~ 10% off
Free shipping
Top Rated Plus

ULTRA PRO TOBACCO Allen & Ginter CARD 25 TOPLOADERS & 100 SLEEVES COMBO PACK
New
$12.99
Free shipping
20 sold

10/ Dis Cli
Ne
$3
Fre
93

About this item | Shipping, returns & payments

Report this item

Seller assumes all responsibility for this listing.
Last updated on Jul 12, 2023 17:09:12 PDT View all revisions

eBay item number: 165611743585

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more | Type | top load |
| Brand | bcw | Number of Toploaders/Card Holders | 25 |
| UPC | Does not apply | | |

## Item description from the seller

| Material | Pvc |
| Brand | BCW |
| Max Input Sheet Capacity | 25 |
| Number of Pieces | 25 |

**About this item**
- 25 Holders per Pack. Topload, open on the short side
- Each card holder holds a standard trading card - Up to 20 pts
- 12-mil thickness panels made of high-quality, rigid PVC
- Exterior Dimensions: 3" x 4-1/16"
- Interior Dimensions: 2-3/4" x 3-7/8"
- 



**2nd to None-Trading Cards&Supplies**

999% Positive Feedback
107K Items sold

Visit store

Contact

♡ Save seller

**Detailed seller ratings**
Average for the last 12 months

| Accurate description | 5.0 |
| Reasonable shipping cost | 4.9 |
| Shipping speed | 5.0 |
| Communication | 5.0 |

**Popular categories from this store**    See all

Trading Cards-Breaks-Supplies    Dice    Toys    Clothes    Other

**Seller feedback** (35,194)

This item (22)    All items (35,194)

➕ s***a (612) • Past 6 months
A++

➕ a***c (48) • Past 6 months
Excellent seller. A++++++. Please leave a feedback for others.

➕ h***n (907) • Past 6 months
As described AAA+++EBAYER!!!!

See all feedback

Back to home page                                                                                                                Return to top

More to explore :    BCW Sports Trading Card Toploaders & Holders for Standard,    BCW Sports Trading Card Toploaders & Holders,    BCW Black Sports Trading Card Toploaders & Holders for Standard,
BCW Magnetic Holder Sports Trading Card Toploaders & Holders for Standard,    BCW Screwdown Holder Sports Trading Card Toploaders & Holders for Standard,    BCW Magnetic Holder Sports Trading Card Toploaders & Holders,
BCW Semi-Rigid Holder Sports Trading Card Toploaders & Holders,    Sports Trading Card Toploaders & Holders for Standard,    Sports Trading Card Toploaders & Holders,
Magnetic Holder Sports Trading Card Toploaders & Holders for Standard

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices 🄳 and AdChoice 🄳



# ebay Checkout

How do you like our checkout? Give us feedback

## Pay with

Add new card
VISA · Mastercard · American Express · Discover

PayPal

PayPal CREDIT
Special financing available.
Apply now. See terms

G Pay Google Pay

## Ship to

Clerk2 Clerk2
161 North Clark St.
Chicago, IL 60601-3206
United States
(312) 375-1573
Change

## Review item and shipping

Seller: 2ndtonone78 | Message to seller

(25)BCW 3" x 4" Topload Card Holder for Standard Sized Trading Cards Top Loader

**$6.98**

Quantity
1

**Delivery**
Est. delivery: Jul 21 – Jul 25
USPS First Class
**Free**

## Gift cards, coupons, eBay Bucks

Enter code:

Apply

## Donate to charity (optional)

Motorsports Charities, Inc.

The NASCAR Foundations improves the lives of children in our NASCAR communities. Helping children survive and thrive. That's our checkered flag! PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount None

| | |
|---|---|
| Subtotal (1 item) | $6.98 |
| Shipping | Free |
| Tax* | $0.72 |
| **Order total** | **$7.70** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

Confirm and pay

Select a payment option

ebay MONEY BACK GUARANTEE
See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice



Hi **Clerk2**! Daily Deals Brand Outlet Gift Cards Help & Contact Sell Watchlist My eBay 9

ebay Shop by category Search for anything All Categories Search

< Back to search results · Collectibles & Art > ... > Storage & Display Supplies > Card Toploaders & Holders > See more BCW 1-TLCH-PC ... Share · Add to Watchlist

Have one to sell? Sell now

## BCW Postcard Toploaders 25-Pack Opens Long Side Holds 5.875" x 3.75" SEALED NEW

VINTAGEREPRO (7266)
99.9% positive · Seller's other items · Contact seller

**US $18.95**

Condition: **New**

Quantity: 1 9 available / 14 sold

Buy It Now

Add to cart

Add to watchlist

**Breathe easy.** Returns accepted.

**People are checking this out.** 5 have added this to their watchlist.

Shipping: Free 2-4 day shipping
Get it between **Thu, Feb 15** and **Sat, Feb 17** to 60601.
See details
Located in: Dayton, Ohio, United States

Returns: 30 days returns. Buyer pays for return shipping. See details

Payments: PayPal G Pay VISA AMEX DISCOVER
PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

About this item | Shipping, returns, and payments | Report this item

Seller assumes all responsibility for this listing. eBay item number: **155085975710**

## Item specifics

| | |
|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more |
| UPC | 0722626962103 |
| EAN | 0722626962103 |
| Card Holder Type | Semi-Rigid Holder |
| Brand | BCW |
| Type | Topload Holder |
| Compatible Card Size | Postcard |
| Color | Clear |
| MPN | 1TLCHPC |
| Features | UV Protection |
| Material | Rigid PVC |
| Number of Toploaders/Card Holders | 25 |

## About this product

**Product Identifiers**

| | |
|---|---|
| Brand | BCW |
| MPN | 1TLCHPC |
| GTIN | 0722626962103 |
| UPC | 0722626962103 |
| eBay Product ID (ePID) | 1448686064 |

**Product Key Features**

| | |
|---|---|
| Card Holder Type | Semi-Rigid Holder |
| Color | Clear |
| Compatible Card Size | Postcard |
| Features | UV Protection |
| Material | Rigid PVC |
| Type | Topload Holder |
| Number of Toploaders/Card Holders | 25 |

**Dimensions**

| | |
|---|---|
| Weight | 0.95lbs. |

## Item description from the seller

**Product Specifications:**

- Manufactured by BCW
- UPC - 1-TLCH-PC
- Hold Standard Sized Postcards
- Made of High Impact Rigid PVC
- Archival Safe
- Exterior - 6 1/8" x 3 7/8"
- Interior - 5/7/8" x 3 3/4"
- Opens on the Long Side
- Protect Your Postcards/Cards While Handling

The PVC used in BCW Toploaders contains no platicizers or stearates.  High quality PVC does not migrate and will not harm your cards, while offering maximum protection and visual appeal. This is for a **NEW SEALED PACK OF 25!!**

Powered by SixBit's eCommerce Solution



### VINTAGEREPRO

99.9% Positive Feedback
20K items sold

📅 Joined Apr 2006

| Visit store |
|---|
| Contact |
| ♡ Save seller |

### Detailed seller ratings

Average for the last 12 months

| | | |
|---|---|---|
| Accurate description | ▬▬▬ | 5.0 |
| Reasonable shipping cost | ▬▬▬ | 4.9 |
| Shipping speed | ▬▬▬ | 5.0 |
| Communication | ▬▬▬ | 5.0 |

### Popular categories from this store

See all

ADVERTISING   AFRO-AMERICAN   All Others   Amusement Parks   Animal Prints   ARCHITECTURE   Art Deco / Art Nouveau   ART WORK   Artists

### Seller feedback (9,451)

Doe 125



This item (9)    All items (9,451)

⊕  t***- (6461) • Past 6 months

Very nice old card- i love the tea party-5 stars

⊕  l***m (1830) • Past 6 months

as described,thank you

⊕  c***4 (3613) • Past 6 months

Thank you.

See all feedback

## Product ratings and reviews

Learn more

Write a review

### 5.0

★★★★★

56 product ratings

| ★ 5 | 56 |
| ★ 4 | 0 |
| ★ 3 | 0 |
| ★ 2 | 0 |
| ★ 1 | 0 |

 100% Would recommend

 100% Good value

 100% Good quality

### Most relevant reviews

See all 41 reviews

★★★★★
by msgwz24
Apr 06, 2016
TOP FAVORABLE REVIEW

**BCW Archival Rigid Sleeves**

I have always used the BCW products and emphasized their usage to protect and preserve Postcards, photos etc. Even the varieous sizes that are available will fit anything small to large. I use one to even hold my auto registration paperwork in the car! I also have donated many of their products to the library archives for preserving their old photos and newspapers along with other items that are now certain to be around for future generations to see.

Verified purchase: Yes · Condition: New · Sold by: columbiasportscard

★★★★★
by wineteer
May 28, 2017

**Very high quality postcard protectors**

The hard cover postcard protectors are of very high quality for keeping postcards safe and secure. I will certainly order more when needed. These protectors are the perfect size for vintage post cards as well as a variety of items of this size, even recipe cards. Just an excellent product that is very versatile. Thank you for making it so easy to purchase these protectors!

Verified purchase: Yes · Condition: New · Sold by: hobby*supplies

★★★★★
by pjrtsr
May 24, 2016

**Great product, very clean and smooth. Best postcard mailers I can find!**

Great product at an excellent price. These bend without breaking the postcards and are exactly vintage postcard sized. For postcard dealers they are the industry standard. For collectors they will keep your cards clean and well protected without being a hassle to load.

Verified purchase: Yes · Condition: New · Sold by: columbiasportscard

★★★★★
by collectorbazaar_fi...
Oct 21, 2015

**INTERNATIONAL DEAL**

I HAVE NOT ACCESS IN MY COUNTRY TO SUCH EXCELLENCE IN COLLECTIBLE SUPPLY. SO I AM EXTREMELY HAPPY WITH PURCHASE. I LOVE HOW THIS RIGID POSTCARD PROTECTORS HOLDS MY PRODUCTS NOW. CRYSTAL CLEAR ALL EDGES WELL PROTECTED. SUMMING UP ...A MUST FOR ANY SERIOUS DEALER OR COLLECTOR.

Verified purchase: Yes · Condition: New · Sold by: columbiasportscard

★★★★★
by lis_glawi
Jan 17, 2019

**Well made, sturdy protective postcard sleeves. Great for anyone that collects postcards for decorating.**

These postcard sleeves that I purchased are awesome! Very sturdy and protective, but still offering a clear view of the postcard. The price was consistent with the quality of the product. Now I can decorate with postcards and not worry if they are accidently knocked over onto the floor . They are also protected from rips and the edges being folded and bent from handling and age. The sleevss end up paying for themselves by saving money from purchasing frames and matting for the postcards. I will purchase this product again and recommend them to others. Lisa G.

Verified purchase: Yes · Condition: New · Sold by: wizardcoinsupply

Return to top

More to explore :  BCW Sports Trading Card Toploaders & Holders,  BCW Sports Trading Card Toploaders & Holders for Tall,  BCW Gold Sports Trading Card Toploaders & Holders,  BCW Black Sports Trading Card Toploaders & Holders,  BCW White Sports Trading Card Toploaders & Holders,  BCW Magnetic Holder Sports Trading Card Toploaders & Holders,  BCW Semi-Rigid Holder Sports Trading Card Toploaders & Holders,  Sports Trading Card Toploaders & Holders,  New York Yankees Sports Fan Postcards,  Magnetic Holder Sports Trading Card Toploaders & Holders,

Doe 125





ebay **Checkout**

How do you like our checkout? Give us feedback

PayPal Buy with PayPal. It's fast and simple.

**Pay with**

Add new card

PayPal

Special financing available.
Apply now. See terms

**Ship to**

Clerk2 Clerk2
161 North Clark St.
Chicago, IL 60601-3206
United States
(312) 375-1573
Change

**Review item and shipping**

Seller: vintagerepro | Message to seller

BCW Postcard Toploaders 25-Pack Opens Long Side Holds 5.875" x 3.75" SEALED NEW

**$18.95**

Quantity
1

Returns accepted

**Delivery**
**Free 2-4 day shipping**
Get it by Feb 15 – Feb 17
Standard Shipping

**Gift cards, coupons, eBay Bucks**

Enter code: Apply

**Donate to charity (optional)**

Save a Child's Heart Foundation

Give $1 to help provide lifesaving heart surgery for children in need. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount None

| | |
|---|---|
| Item (1) | $18.95 |
| Shipping | Free |
| Tax* | $1.94 |
| **Order total** | **$20.89** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

**Confirm and pay**

Select a payment method

ebay MONEY BACK GUARANTEE
See details

Case: 1:24-cv-07259 Document #: 1-5 Filed: 08/14/24 Page 49 of 74 PageID #:481



ebay          Shop by category          Q Search for anything                                    All Categories          Search          Advanced

Hi Clark2!        Daily Deals    Brand Outlet    Help & Contact                                              Sell    Watchlist    My eBay                       Share | Add to Watchlist

Back to home page | Listed in category:  Sporting Goods >  Storage & Display Supplies >  Card Toploaders & Holders >  See more BCW Premium 3x4 To...

SAVE UP TO 7% WHEN YOU BUY MORE

**(1000) PREMIUM BCW Toploaders Sealed Case 3x4 Top Loader 1-TLCH 20 pt**

★★★★★ 39 product ratings

| Condition: | New |
| Bulk savings: | Buy 1 $99.92/ea | Buy 2 $96.92/ea | Buy 3 $94.92/ea |

4 or more for $92.93/ea

| Quantity: | 1 | 8 available / 9 sold |

| Price: | US $99.92/ea |

No Interest if paid in full in 6 mo on $99+ with PayPal Credit*

**Buy It Now**

**Add to cart**

♡ Add to watchlist

**Shop with confidence**

Top Rated Plus
Trusted seller, fast shipping, and easy returns.
Learn more

**Seller information**
yfish_deals (721 ⚑)
100% positive feedback

♡ Save seller
Contact seller
Visit store
See other items

↩ Breathe easy. Free shipping and returns.

🚚 Fast and reliable. Ships from United States.

| Shipping: | Free Economy Shipping. See details |
|  | Located in: Cape Coral, Florida, United States |
| Delivery: | Estimated between Thu, Jul 27 and Mon, Jul 31 to 60601 ⓘ |
| Returns: | 30 days returns. Seller pays for return shipping. See details |
| Payments: | PayPal  GPay  VISA  💳  DISCOVER |

PayPal CREDIT
*No Interest if paid in full in 6 months on $99+. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®.
Learn more

Have one to sell?  Sell now

## Similar sponsored items          See all >











| BCW 3x4 Topload Card Holder - Premium- Thicker Clearer Panels | BCW Premium 3x4 Topload Card Holder 4 Pack (100) with free Pack of 100 sleeves | BCW Folio 9-Pocket Album (Holds 360 Cards) - Green (SET OF TWO) | 25 BCW Hard Plastic Baseball Trading Card 🔥 Premium 🔥 Holders protector | 1000 Ultra Pro Regular 3x4 Toploaders sealed case Brand New top loaders. | 10 Top loa New |
| New | New | New | New | New | |
| $6.25 | $17.99 | $14.00 | $8.65 | $93.44 | $7 |
| Free shipping | + $7.85 shipping | 0 bids | Free shipping | Free shipping | Fr |
| 🏅 Top Rated Plus | Seller with a 100% positive feedback | + $11.45 shipping | 150 sold | 39 sold | 34 |
| 33 sold | | | | | |

## Sponsored items customers also bought          See all >











| 3 Cards Tripple Screwdown Display Holder Black Hold 3 Regular Size Cards By BCW | New Durable BCW Card House With 12 Two-Piece 800ct Boxes For Sports Cards & More | BCW Card House with 12-800 CT. (2-Piece) Boxes | BCW 3200 Card Monster Storage Box - 5 ct | BCW 3200 Card Monster Storage Box - 2 ct |
| New | New | New | New | New |
| $8.04 | $62.99 | $64.99 | $39.99 | $23.99 |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |
| 148 sold | Seller with a 99.7% positive feedback | Seller with a 100% positive feedback | 36 sold | Seller with a 100% positive feedback |

| About this item | Shipping, returns & payments |

Seller assumes all responsibility for this listing.
Last updated on  Jul 06, 2023 06:18:21 PDT  View all revisions                                      eBay item number: 374678977288

## Item specifics

| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ...Read more | Card Holder Type | Semi-Rigid Holder |
| Interior Dimensions | 2-3/4" x 3-7/8" | Compatible Card Sizes | Standard |
| Color | Clear | Exterior Dimensions | 3" x 4 -1/16" |
| Year Manufactured | 2021 | MPN | 1-TLCH |

| | | | |
|---|---|---|---|
| Count | 1000 | 3" x 4" Toploader | Holds 2-1/2" x 3-1/2" Cards |
| Item Length | 3 in | Item Height | 4 in |
| Features | Holds a standard sized trading card, Open on the short side, Use this product to protect, store or display collectible trading cards, 3x4 Topload Card Holder | Country/Region of Manufacture | China |
| Number of Toploaders/Card Holders | 25 | Compatible Card Thickness | 20 Pt. |
| UPC | 0722626902345 | Brand | BCW |
| Type | Rigid | | |

## About this product

### Product Identifiers

| | | | |
|---|---|---|---|
| Brand | BCW | GTIN | 0722626902345 |
| UPC | 0722626902345 | eBay Product ID (ePID) | 1131149263 |

### Product Key Features

| | |
|---|---|
| Type | Rigid |

### Additional Product Features

| | |
|---|---|
| Size | Standard |

### Item description from the seller



### BCW 3" x 4" Regular Top Loader (1,000 Pack)

Super clear, regular 3" x 4" Toploader for standard size cards (2-1/2" x 3-1/2"). Rigid plastic encloses card and keeps it clean while preventing damage. 25 Toploaders per pack, 40 packs per case.
- Sized to hold 2-1/2" x 3-1/2" standard size cards
- Holds cards up to 20pt thickness
- Keeps cards clean
- Ultra clear and durable construction

### Shipping Information

Item will ship via UPS/Fedex Ground or USPS Priority Mail. Orders ship same day on orders placed and paid before 3pm EST. Weekend orders ship on Monday.

*Orders shipping to Alaska, Hawaii or PO Boxes will be taken out of factory sealed case and shipped in USPS Large Flat Rate Box





⭐⭐⭐⭐⭐
by aixostockboro
Mar 24, 2019

**Perfect!**

These are perfect, wouldn't even consider buying another brand. I use these specifically to display ACEO/ATC cards, and I mount them in the wall with small command strips. Minimal glare. Several of my friends also use these for their magic cards.

Verified purchase: Yes | Condition: New | Sold by: billyjames2

👍 (0)   💬 (0)   ❗

⭐⭐⭐⭐⭐
by athenabfoto
Apr 04, 2016

**Great value with this product.**

In my opinion these toploaders are the same quality as the standard toploaders BCW sells. Just with a little more buffing. I've only been 1/4 of the way through the case and have had multiple cracked or chipped (not so PREMIUM) toploaders. On the value side it is a good deal.

Verified purchase: Yes | Condition: New | Sold by: sharpgaming

👍 (0)   💬 (0)   ❗

⭐⭐⭐⭐⭐
by jcozjon_metelis
Jan 13, 2020

**Hold my cards.**

Just what I wanted perfect for my Mattingly collection. Well made and cards fit in nicely. Best deal I found on ebay for the amount that I needed. Highly recommend them.

Verified purchase: Yes | Condition: New | Sold by: jadadstud

👍 (0)   💬 (0)   ❗

⭐⭐⭐⭐⭐
by nsheez7380
Aug 25, 2022

**Great Toploaders**

Great quality, even better price! I use them for all of my collectible baseball cards!

Verified purchase: Yes | Condition: New | Sold by: sportscardsgrading

👍 (0)   💬 (0)   ❗

⭐⭐⭐⭐⭐
by kathiegphen
Aug 22, 2017

**Durable and great!**

Love them!! Perfect protection for my trading cards! Can weather any storm 😊

Verified purchase: Yes | Condition: New | Sold by: billyjames2

👍 (0)   💬 (0)   ❗

---

Back to home page | See More Details about "BCW Premium 3x4 Topload Card Holder"                                    Return to top

More to explore :   BCW Sports Trading Card Toploaders & Holders,   BCW Sports Trading Card Toploaders & Holders for Tall,   BCW Gold Sports Trading Card Toploaders & Holders,
BCW Sports Trading Card Toploaders & Holders for Standard,   BCW Black Sports Trading Card Toploaders & Holders,   Gold Sports Trading Card Toploaders & Holders,   Magnetic Holder Sports Trading Card Toploaders & Holders,
Ultra PRO Sports Trading Card Toploaders & Holders,   Sports Trading Card Toploaders & Holders for Standard,   Black Sports Trading Card Toploaders & Holders

About eBay     Announcements     Community     Security Center     Seller Center     Policies     Affiliates     Help & Contact     Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

 Checkout

How do you like our checkout? Give us feedback

## Pay with

Add new card

VISA | Mastercard | AmEx | Discover

PayPal

PayPal CREDIT
No Interest if paid in full in 6 months.
Apply now. See terms

G Pay | Google Pay

## Ship to

Clerk2 Clerk2
161 North Clark St.
Chicago, IL 60601-3206
United States
(312) 375-1573
Change

## Review item and shipping

Seller: vlish_deals | Message to seller

(1000) PREMIUM BCW Toploaders Sealed Case 3x4 Top Loader 1-TLCH 20 pt

**$99.92**

Quantity
1

**Delivery**
Est. delivery: Jul 27 – Jul 31
UPS Surepost
Free

## Gift cards, coupons, eBay Bucks

Enter code:          Apply

---

Subtotal (1 item)          $99.92
Shipping                     Free
Tax*                        $10.24

Order total               **$110.16**

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

🔒 **Confirm and pay**

Select a payment option

ebay MONEY BACK GUARANTEE
See details



Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

**Doe 126**



Hi Clerk2! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category | Search for anything | All Categories | Search | Advanced

Back to previous page | Listed in category: Sporting Goods > ... > Storage & Display Supplies > Card Toploaders & Holders > See more BCW 1TLCHTH2MM Th...

Share | Add to Watchlist

Hover to zoom

Have one to sell? Sell now

# BCW 3X4 Thick Card Toploaders (4 Packs of 25) per pack 79pt Point Card FREE SHIP

8 product ratings

Condition: **New**

Quantity: 1 2 available / 3 sold

Price: **US $22.95**

Buy It Now

Add to cart

Add to watchlist

**Fast and reliable.** Ships from United States.

Shipping: **Free** Standard Shipping. See details
Located in: Lorain, Ohio, United States

Delivery: Estimated between **Sat, Jul 22** and **Wed, Jul 26** to 60601

Returns: Seller does not accept returns. If the item you received doesn't match the listing description, your purchase may be eligible for eBay Money Back Guarantee if the return request is made within 3 days from delivery. See details

Payments: PayPal, G Pay, VISA, Mastercard, American Express, Discover

PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Seller information**
wahoo_sports_cards_coll... (2673)
99.8% positive feedback

Save seller
Contact seller
Visit store
See other items

## Similar sponsored items

See all

Feedback on our suggestions

BCW Thick Card Topload Holder - 79 PT. Holds a Jersey or Memorabilia Card
New
**$11.52**
Free shipping
Top Rated Plus
Seller with a 100% positive feedback

BCW 3X4 Toploaders PREMIUM 20pt Point 4 Packs of 25 for Standard Cards 100 Total
New
**$17.72**
Free shipping
Top Rated Plus
**89 sold**

BCW 3X4 Toploaders Regular 35pt Point 4 Packs of 25, 100 Total
New
**$16.94**
Free shipping
Top Rated Plus
**401 sold**

BCW 3X4 Thick Card Toploaders 4 Packs of 10 for up to 197pt Cards, 40 Total
New
**$17.00**
Free shipping
Top Rated Plus
**31 sold**

4PK NEW SEALED BCW 108 PT THICK TOP LOADERS 10 CT/PACK 40 TOTAL MS
New
**$18.99**
Free shipping
Top Rated Plus
Seller with a 99.8% positive feedback

Top Tra Ca Ne $3 Fre 34

## Sponsored items customers also bought

See all

Feedback on our suggestions

Ultra Pro 3X4 GOLD ROOKIE 35pt Toploaders 1 Pack of 25 for Standard Sized Cards
New
**$7.49**
Free shipping
Top Rated Plus
**1239 sold**

BCW 3x4 Topload Card Holder - Premium- Thicker Clearer Panels
New
**$6.25**
Free shipping
Top Rated Plus
**27 sold**

BCW 3" x 4" Topload for Standard Trading Cards | Up to 20 pts | 25-Count
New
**$6.72**
Free shipping
**Last one**

Ultra Pro One-Touch Magnetic Card Holder 35pt Point - Lot of 5
New
**$13.43**
Free shipping
Top Rated Plus
**4182 sold**

Coin Slab / Graded Card Display Easel Stand 20 BCW Clear Stands Hold Toploader
New
**$10.88**
Free shipping
**124 sold**

20 Sta Ad Ne $1 Fre 43

About this item | Shipping, returns & payments | Report this item

Seller assumes all responsibility for this listing.

eBay item number: **204377547674**

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more | Card Holder Type | Toploader |
| Compatible Card Size | 79pt | Size | Thick |
| Color | Clear | Number of Toploaders/Card Holders | 100 |
| Border Color | Clear | Compatible Card Thickness | 79 Pt. |
| UPC | 0722626902307 | Brand | BCW |
| Type | Card Holder | MPN | 1TLCHTH2MM |
| Features | UV Protection | | |

## About this product

### Product Identifiers

| | | | |
|---|---|---|---|
| Brand | BCW | MPN | 1TLCHTH2MM |
| UPC | 0722626902307 | eBay Product ID (ePID) | 1500184796 |

### Product Key Features

| | | | |
|---|---|---|---|
| Features | UV Protection | Type | Card Holder |

### Dimensions

| | |
|---|---|
| Weight | 0.60lbs. |

**Additional Product Features**

| | | | |
|---|---|---|---|
| Size | Thick | Border Color | Clear |
| Year | 2001 | | |

## Item description from the seller

BCW 3X4 Thick Card Toploaders (4 Packs of 25) per pack 79pt Point Card FREE SHIP.

## wahoosportscardsncollectibles

**99.8%** Positive Feedback
**8.3K** Items sold

Visit store
Contact
Save seller

**Detailed seller ratings**
Average for the last 12 months

| | |
|---|---|
| Accurate description | 5.0 |
| Reasonable shipping cost | 4.9 |
| Shipping speed | 5.0 |
| Communication | 5.0 |

**Popular categories from this store** See all

Collectibles | Sports Mem, Cards & Fan Shop | Toys & Hobbies

**Seller feedback** (2,861)

This item (2) All items (2,861)

w***s (4246) • Past month
Fast shipping, well packaged, great overall condition throughout! Thank you!

i***s (1144) • Past month
Item arrived as advertised. Recommended seller!

See all feedback

### Ratings and Reviews

Learn more | Write a review

**5.0**
8 product ratings

| | |
|---|---|
| 5 | 8 |
| 4 | 0 |
| 3 | 0 |
| 2 | 0 |
| 1 | 0 |

100% Would recommend
100% Good value
100% Good quality

**Most relevant reviews**

by harold123165
Sep 03, 2019
**just the fight size.**
they work very well for the cards I needed them for.
Verified purchase: Yes | Condition: New | Sold by: sharpgaming
(0) (0) !

by rusty3960s2a
May 22, 2018
**Great top loaders**
Very good quality and clear.
Verified purchase: Yes | Condition: New | Sold by: sharpgaming
(0) (0) !

by patjacs
Sep 04, 2016
**Great Product**
Love these for thicker cards, fair price
Verified purchase: Yes | Condition: New | Sold by: hobby*supplies
(0) (0) !

by jasowichrowski0
Mar 10, 2021
**Yes**
Item were as decribed, and arrived within a reasonable time, despite covid..
Verified purchase: Yes | Condition: New | Sold by: bleacher-seats
(0) (0) !

by hardball_prospe...
Jun 23, 2020
**Durable**
Great Toploaders! Thick and durable for Bowman 2020 Hits!!
Verified purchase: Yes | Condition: New | Sold by: mugsfrank
(0) (0) !

Back to previous page | See More Details about "BCW 1TLCHTH2MM Thick Topload Card Holder" Return to top

More to explore : BCW Sports Trading Card Toploaders & Holders with Features For Extra Thick Cards, BCW Sports Trading Card Toploaders & Holders, BCW Screwdown Holder Sports Trading Card Toploaders & Holders with Features For Extra Thick Cards, BCW Magnetic Holder Sports Trading Card Toploaders & Holders with Features For Extra Thick Cards, BCW Semi-Rigid Holder Sports Trading Card Toploaders & Holders with Features For Extra Thick Cards, BCW Sports Trading Card Toploaders & Holders for Tall, BCW Magnetic Holder Sports Trading Card Toploaders & Holders, Sports Trading Card Toploaders & Holders with Features For Extra Thick Cards, BCW Snap Lock Holder Sports Trading Card Toploaders & Holders, BCW Semi-Rigid Holder Sports Trading Card Toploaders & Holders

About eBay Announcements Community Security Center Seller Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

ebay **Checkout**

How do you like our checkout? Give us feedback

To add more items, go to cart.

**Pay with**

Add new card

PayPal

PayPal CREDIT
Special financing available.
Apply now. See terms

Google Pay

| | |
|---|---|
| Subtotal (1 item) | $22.95 |
| Shipping | Free |
| Tax* | $2.35 |
| **Order total** | **$25.30** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

Confirm and pay

Select a payment option

ebay MONEY BACK GUARANTEE
See details

**Ship to**

Clerk2 Clerk2
161 North Clark St.
Chicago, IL 60601-3206
United States
(312) 375-1573
Change

**Review item and shipping**

Seller: wahoo_sport... | Message to seller

BCW 3X4 Thick Card Toploaders (4 Packs of 25) per pack 79pt Point Card FREE SHIP

**$22.95**

Quantity
1

**Delivery**
Est. delivery: Jul 22 – Jul 26
USPS First Class
**Free**

**Gift cards, coupons, eBay Bucks**

Enter code:

Apply

**Donate to charity (optional)**

Motorsports Charities, Inc.

The NASCAR Foundations improves the lives of children in our NASCAR communities. Helping children survive and thrive. That's our checkered flag! PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount None

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice





 Hi Clerk2! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category | Search for anything | All Categories | Search | Advanced

Back to previous page | Listed in category: Sporting Goods > ... > Sports Trading Cards > Storage & Display Supplies > Card Toploaders & Holders
Share | Add to Watchlist

SAVE UP TO 20% WHEN YOU BUY MORE

Have one to sell? Sell now

## (25) NEW BCW TOPLOADERS - 3x4x1/4 - 59pt Thickness

14 sold in last 24 hours

Condition: New

Bulk savings: Buy 1 $3.79/ea | Buy 2 $3.41/ea | Buy 3 $3.22/ea

4 or more for $3.03/ea

Quantity: 1 More than 10 available / 35 sold

Price: **US $3.79/ea**

Buy It Now
Add to cart
Add to watchlist

**This one's trending.** 35 have already sold.

**Breathe easy.** Returns accepted.

Shipping: **US $4.95** Standard Shipping. See details
Located in: Conshohocken, Pennsylvania, United States

Delivery: Estimated between **Thu, Jul 20** and **Fri, Jul 21** to 60601

Returns: 30 days returns. Buyer pays for return shipping. See details

Payments: PayPal G Pay VISA Mastercard AmEx Discover

PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Seller information**
bdaws1089 (3434)
100% positive feedback

Save seller
Contact seller
Visit store
See other items

### Similar sponsored items

See all

Feedback on our suggestions

Ultra PRO 3x4 inch Regular Toploader - 25 Pack - New Top Loader Holders Clear
New
**$5.79**
Free shipping
**578 sold**

BCW 3X4 Thick Card Toploaders 1 Pack of 10 for up to 138pt Cards
New
**$6.85**
Free shipping
Top Rated Plus
**601 sold**

BCW 3x4 Topload Card Holder - Premium- Thicker Clearer Panels
New
**$6.25**
Free shipping
Top Rated Plus
**23 sold**

BCW 3X4 Thick Card Toploaders 1 Pack of 10 for up to 197pt Cards
New
**$5.98**
Free shipping
Top Rated Plus
**452 sold**

BCW 3X4 Thick Card Toploaders 1 Pack of 10 for up to 108pt Cards
New
**$6.96**
Free shipping
Top Rated Plus
**250 sold**

100 Top Sta Ne $9 + $ 29

### Sponsored items customers also bought

See all

Feedback on our suggestions

100 Ultra Pro Regular 3 x 4 Toploaders New top loaders + 100 soft sleeves
New
**$17.95**
~~$17.99~~ 0% off
Free shipping
Direct from Columbia Sports Cards

500 Ultra CBG Pro Regular 3x4 Toploaders New top loaders + 5 packs soft sleeves
New
**$49.94**
~~$99.99~~ 50% off
Free shipping
Direct from Columbia Sports Cards

Ultra Pro 3X4 NEW Regular Toploaders 35pt 1 Pack of 100 for Standard Sized Cards
New
**$15.00**
Free shipping
Top Rated Plus
**1219 sold**

5 Ultra Pro 4"x6" TOPLOADERS NEW Photo Sports Card Collectible Rigid Postcard
New
**$7.99**
Free shipping
Top Rated Plus
**129 sold**

Case 1000 Ultra CBG 3x4 Baseball Trading Card Topload Holders Pro Toploaders
New
**$74.43**
Free shipping
Direct from Columbia Sports Cards
**11842 sold**

100 Ne Sle Ne $8 $2 Fre

About this item | Shipping, returns & payments | Report this item

Seller assumes all responsibility for this listing.
Last updated on Jul 04, 2023 06:02:44 PDT View all revisions

eBay item number: **225640598974**

### Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more | Brand | BCW |
| Type | Toploader | Compatible Card Size | Bowman |
| Color | Clear | Material | Plastic |
| Year Manufactured | 2021 | Country/Region of Manufacture | Jersey |
| Number of Toploaders/Card Holders | 25 | Compatible Card Thickness | 59 Pt. |

### Item description from the seller

(25) NEW BCW TOPLOADERS - 3x4x1/4 - 59pt Thickness. Shipped USPS first class. Combined shipping is available upon request if purchasing more than 2. I will do my best to ship within 24 hours. Please reach out with any questions at all. Thank you for browsing!

## Chrome Cardinal

**100%** Positive Feedback
**12K** Items sold

Visit store
Contact
Save seller

### Detailed seller ratings

Average for the last 12 months

| | |
|---|---|
| Accurate description | 5.0 |
| Reasonable shipping cost | 4.9 |
| Shipping speed | 5.0 |
| Communication | 5.0 |

### Popular categories from this store

See all

Collectibles
Sports Mem, Cards & Fan Shop

### Seller feedback (2,769)

This item (6) All items (25,956)

r***o (959) • Past month

Fast shipping and great service thanks

v***a (1137) • Past month

Lightning fast shopping. Great product.

a***u (937) • Past month

Thank you!!! A++++++++++++

See all feedback

Back to previous page Return to top

More to explore : BCW Sports Trading Card Toploaders & Holders with Features For Extra Thick Cards, BCW Sports Trading Card Toploaders & Holders, BCW Screwdown Holder Sports Trading Card Toploaders & Holders with Features For Extra Thick Cards, BCW Magnetic Holder Sports Trading Card Toploaders & Holders with Features For Extra Thick Cards, BCW Sports Trading Card Toploaders & Holders for Tall, BCW Gold Sports Trading Card Toploaders & Holders, BCW Magnetic Holder Sports Trading Card Toploaders & Holders, BCW Semi-Rigid Holder Sports Trading Card Toploaders & Holders, BCW Magnetic Holder Sports Trading Card Toploaders & Holders for Standard, Sports Trading Card Toploaders & Holders with Features For Extra Thick Cards

About eBay Announcements Community Security Center Seller Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

Checkout

How do you like our checkout? Give us feedback

**Pay with**

○ Add new card

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

○ G Pay  Google Pay

**Ship to**

Clerk2 Clerk2
161 North Clark St.
Chicago, IL 60601-3206
United States
(312) 375-1573
Change

**Review item and shipping**

Seller: bdaws1089   Message to seller

(25) NEW BCW TOPLOADERS - 3x4x1/4 - 59pt
Thickness
$3.79

Quantity
1

Delivery
Est. delivery: Jul 20 – Jul 21
USPS First Class
$4.95

**Gift cards, coupons, eBay Bucks**

Enter code:   Apply

**Donate to charity (optional)** ⓘ

Motorsports Charities, Inc.

The NASCAR Foundations improves the lives of children in our NASCAR communities.
Helping children survive and thrive. That's our checkered flag! PayPal Giving Fund
(PPGF) receives your donation and grants 100% to a charity no later than 30 days after
the end of the month in which the donation is made. Donations are non-refundable
and typically tax deductible. PPGF may be unable to grant funds to a charity if the
charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount   None

| | |
|---|---|
| Subtotal (1 item) | $3.79 |
| Shipping | $4.95 |
| Tax* | $0.90 |
| Order total | $9.64 |

*We're required by law to collect sales tax
and applicable fees for certain tax
authorities. Learn more

Confirm and pay

Select a payment option

ebay MONEY BACK GUARANTEE
See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices, and AdChoice ⓘ

ebay

Hi Clerk2!    Daily Deals    Brand Outlet    Help & Contact                                    Sell    Watchlist    My eBay

| Shop by category | Search for anything | All Categories | Search | Advanced |

Back to Home page | Listed in Category:    Sporting Goods > ... > Card Toploaders & Holders > See more BCW 1-TLCH-Tall Tall C...                Share | Add to Watchlist



🏷️ BUY 1, GET 1 AT **5%** OFF (add 2 to cart)    See all eligible items and terms

### 25 BCW Topload Rigid Clear Plastic Holders Tall Trading Cards 3x5 New Pack of 25

⭐⭐⭐⭐⭐ 13 product ratings

| Condition: | New |
|---|---|
| Quantity: | 1    2 available / 98 sold |
| Price: | US $11.49 |

Buy It Now

Add to cart

♡ Add to watchlist

⚡ This one's trending. 98 have already sold.

↩ Breathe easy. Returns accepted.

Shipping:    **Free 2-4 day shipping**
Get it between Mon, Jul 17 and Wed, Jul 19 to 60601. See details
Located in: Chantilly, Virginia, United States

Returns:    30 days returns. Buyer pays for return shipping. See details

Payments:    PayPal    GPay    VISA    ●●●●    ●●●●
PayPal CREDIT
Special financing available. See terms and apply now
Earn up to 5x points when you use your eBay Mastercard®. Learn more

CON... EXCHANGE
wizardcoinsupply (988404) ⭐
100% positive feedback

♡ Save seller
Contact seller
Visit store
See other items

---

## Similar sponsored items    See all >                              Feedback on our suggestions



| BCW 3" x 4" Topload for Standard Trading Cards | Up to 20 pts | 25-Count | 1 ULTRA PRO 9x11.5 PROGRAM TOPLOADER NEW Photo Collectible Rigid Magazine | 25 BCW Topload Holders For Trading / Index Card Photo 3 1/2 x 5 Clear Semi Rigid | (1 Loose Holder) BCW Tall Card Top Loader Card Holder | (Pack of 25) BCW Tall Topload Card Holder 3" x 5" Toploaders Holds Tall Cards | 25... 5e... 3€... |
|---|---|---|---|---|---|
| New | New | New | New | New | New |
| $6.72 | $10.99 | $12.48 | $0.99 | $12.49 | $9... |
| Free shipping | Free shipping | Free shipping | + $1.00 shipping | Free shipping | Fr... |
| Last one | Top Rated Plus | 70 sold | 126 sold | Last one | |
| | 124 sold | | | | |

---

## Sponsored items customers also bought    See all >                              Feedback on our suggestions



| 25 Ultra CBG 2.5mm 100pt Pro Loaders Toploaders Topload Thick Jersey Cards | YOU PICK!! BCW Top Loaders Standard 59 79 108 138 168 197 pt Sleeves Team Bags | ULTRA PRO TOBACCO Allen & Ginter CARD 25 TOPLOADERS & 100 SLEEVES COMBO PACK | BCW 3x4 Topload Card Holder - Premium- Thicker Clearer Panels | Ultra Pro 3X4 GOLD ROOKIE 35pt Toploaders 1 Pack of 25 for Standard Sized Cards | (Pa... Siz... Ca... |
|---|---|---|---|---|---|
| New | New | New | New | New | Ne... |
| $7.68 | $1.08 | $12.99 | $6.25 | $6.14 | $3... |
| Free shipping | + $3.98 shipping | Free shipping | Free shipping | Free shipping | + $... |
| Direct from Columbia Sports Cards | 657 sold | 20 sold | Top Rated Plus | Top Rated Plus | 85 |
| 4033 sold | | | 22 sold | 1228 sold | |

---

About this item | Shipping, returns & payments                              Report this item

Seller assumes all responsibility for this listing.
Last updated on Jul 14, 2023 05:26:09 PDT    View all revisions                    eBay item number: 115272432111

## Item specifics

| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more | Number of Sleeves | 25 |
|---|---|---|---|
| Sleeve Type | Premium Sleeves | Number of Toploaders/Card Holders | 25 |
| Compatible Card Size | Tall | Color | Clear |
| Modified Item | No | Series | 1-TLCH-TALL |
| Size | 3X5 | Team | 1-TLCH-TALL |
| UPC | 722626957307 | EAN | 0722626957307 |
| Brand | BCW | Type | Rigid |
| MPN | 1-TLCH-TALL | | |

## About this product

### Product Identifiers

| Brand | BCW | MPN | 1-TLCH-TALL |
|---|---|---|---|
| GTIN | 0722626957307 | UPC | 0722626957307 |
| eBay Product ID (ePID) | 9900551330 | | |

### Product Key Features

| | |
|---|---|
| Type | Rigid |

**Additional Product Features**

| | | | |
|---|---|---|---|
| Size | Tall | Border Color | Not Applicable |
| Team | 1-TLCH-TALL | Series | BCW 1-TLCH-TALL |
| Year | 7RE! | | |

Item description from the seller

Doe 129





STORE CONTACT US ABOUT US

WIZARD COIN SUPPLY

SAME DAY SHIPPING ORDER BY 3 PM WEEKDAYS

FREE SHIPPING

CATEGORIES

- Books
- Coin Supplies
- Currency Supplies
- Stamp Supplies
- Comic Supplies
- Sports Card Supplies
- Gaming Supplies
- Magnifiers

PAYMENT

NEWSLETTER

CONTACT US

## 25 BCW TOPLOAD RIGID CLEAR PLASTIC HOLDERS TALL TRADING CARDS 3X5 NEW PACK OF 25

Click Thumbnails to Enlarge

## PRODUCT DESCRIPTION

NEW!

- *Holds Tall Basketball, Gameday Football Or Widevision Cards*
- *Open On The Short Side*

**Exterior Dimensions:3 x 5**
**Interior Dimensions:2 3/4 x 4 7/8**

1 pack of 25 holders per pack

The BCW toploading card holders are known as the most popular rigid individual card holders in the collectible card industry. The PVC used in BCW Toploads contain no plasticizers or stearates. BCW's high-quality grade PVC does not migrate and will not harm your cards, photos or prints, while offering maximum protection and visual appeal.

BUY MORE -- PAY LESS
SAVE 5%

## RECOMMENDED PRODUCTS

| | | | | |
|---|---|---|---|---|
| *New BCW Graded Cards Shoe Box* | *Beautiful Acrylic Stand for 1 Card *HOT ITEM** | *Album For Tickets! Keep your memories!* | *25 "VARIO" Archival Pages For Cards* | *3 Super Vault Boxes For graded Cards* |
| $14.90 | $10.90 | $25.88 | $29.97 | $37.90 |

## FEEDBACK

SHIPPING PAYMENT RETURNS ABOUT US CONTACT US

*We are going to process and ship your order fast! Most items ship from our warehouse in northern Virginia the same or next business day after your completed order and payment. We frequently are working nights, weekends and even holidays to make sure your order gets shipped promptly.*

*Kingdom of Coinalot -- We offer free shipping by royal messenger to all addresses within the Kindom of Coinalot.*

*United States -- Shipments to United States addresses are via US Postal Service (First Class, Priority or Media) or FedEx (Ground, Home Delivery or SmartPost). Shipping is free to addresses in the contiguous 48 states and the District of Columbia. Some heavier items may have additional shipping charges if shipped to Alaska, Hawaii, US Protectorates and APO/FPO addresses.*

*Rest of the World -- We also ship to most other countries worldwide for an additional shipping charge. If a rate to your address isn't displayed, just Contact Us and we will see what is available to your location.*

*Note that some items (especially chemicals) have shipping restrictions that preclude us from using some shipping methods and/or from shipping to some locations. We try to note these cases in the product description.*

STORE   CONTACT US   ABOUT US

Copyright © 2018. All Rights Reserved.

eTop Store Design by OCDesignsOnline



## wizardcoinsupply

100% Positive Feedback
40K Items sold

Visit store
Contact
Save seller

### Detailed seller ratings
Average for the last 12 months

| Accurate description | 5.0 |
| Reasonable shipping cost | 5.0 |
| Shipping speed | 5.0 |
| Communication | 5.0 |

### Popular categories from this store   See all

Books   Coin Supplies   Currency Supplies   Stamp Supplies

Comic Supplies   Sports Card Supplies   Gaming Supplies

Magnifiers   Other

### Seller feedback (180,729)

This item (12)   All items (180,729)

e***n (363) • Past 6 months
A+++

7***i (120) • Past 6 months
Thank you!

j***o (606) • Past 6 months
thank u

See all feedback



🔖 BUY 1, GET 1 AT **5%** OFF (add 2 to cart)* ⊙   See all eligible items →

Buy More Pay Less Extra 5% Off On Your Second Item
Discount will be applied when you add promotional items from wizardcoinsupply to your cart

All promotional offers from wizardcoinsupply

| | | | | |
| BCW Toploader Holders For Horizontal Booklet Card / Ticket 7 1/2 x 2 1/2 Pack of 10 | 25 Semi Rigid 3x5 Toploard Holders for Vintage Photo / Index Card Sleeves By BCW | 1 BCW 4 Screw Recessed Sport Trading Card Holder Screwdown Display Protector New | Postcard Sleeves Toploard Holders 5 7/8 x 3 3/4 Pack of 25 BCW Rigid Protector | 50 BCW Semi Rigid Card Holders #3 3 1/2 x 5 7/8 Tall Cards Grading Submission |
| Now:  US $9.82 | US $10.35 | Now:  US $5.40 | US $16.97 | Now:  US $11.23 |

See all

You can change quantities in your cart

### Ratings and Reviews   Learn more

Write a review

**5.0**
★★★★★
12 product ratings

| 5 | 12 |
| 4 | 0 |
| 3 | 0 |
| 2 | 0 |
| 1 | 0 |

100% Would recommend
100% Good value
100% Good quality

### Most relevant reviews

See all 11 reviews

★★★★★
by znuze nu e5dke3...
Aug 23, 2021

**Good toploaders**
Happy to find just a few for the few tall cards i had, work great
Verified purchase: Yes | Condition: New | Sold by: mugolineek

👍 (0)   💬 (0)   ⚑ |

★★★★★
by raewern_dd827
Jun 12, 2017

**Great protection for the Widevusuin and tall Cards**
Been looking for a good product to protect my Widevision Star Wars cards. This product does a great job.
Verified purchase: Yes | Condition: New | Sold by: hobby^supplies

👍 (0)   💬 (0)   ⚑ |

★★★★★
by bcamp-br-u7ud8fl_
Mar 22, 2021

**Good Quality**
Perfect tall holders for tall basketball cards!
Verified purchase: Yes | Condition: New | Sold by: bleacher-seats

👍 (0)   💬 (0)   ⚑ |

★★★★★
by krid_ill
Dec 30, 2022

**Awesome card holders**
Awesome holders. Perfect for special wide vision cards.
Verified purchase: Yes | Condition: New | Sold by: hobby^supplies

👍 (0)   💬 (0)   ⚑ |

★★★★★
by rmali_89
Jul 13, 2021

**Tall Top Loaders**
Excellent for all the 1969-1970  vintage basketball cards as well as other cards!!
Verified purchase: Yes | Condition: New | Sold by: familytradition...

👍 (0)   💬 (0)   ⚑ |

Back to home page | See More Details about "BCW 5 TLCH Tall Tall Card Toploard Holder"                                                                Return to top
More to explore :   BCW Sports Trading Card Toploaders & Holders for Tall,   BCW Sports Trading Card Toploaders & Holders,   BCW Sports Trading Card Toploaders & Holders,
BCW Semi-Rigid Holder Sports Trading Card Toploaders & Holders for Standard,   Semi-Rigid Holder Sports Trading Card Toploaders & Holders for Tall,   Semi-Rigid Holder Sports Trading Card Toploaders & Holders,
Sports Trading Card Toploaders & Holders for Tall,   Sports Trading Card Toploaders & Holders,   Magnetic Holder Sports Trading Card Toploaders & Holders,
Ultra PRO Semi-Rigid Holder Sports Trading Card Toploaders & Holders for Standard

About eBay   Announcements   Community   Security Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map



## ebay Checkout

How do you like our checkout? Give us feedback

**Pay with**

Add new card

PayPal

PayPal CREDIT
Special financing available.
Apply now. See terms

G Pay Google Pay

**Ship to**

Clerk2 Clerk2
161 North Clark St.
Chicago, IL 60601-3206
United States
(312) 375-1573
Change

**Review item and shipping**

Seller: wizardcoins... | Message to seller

25 BCW Topload Rigid Clear Plastic Holders Tall Trading Cards 3x5 New Pack of 25

**$11.49**

Quantity
1

**Delivery**
**Free 2-4 day shipping**
Get it by Jul 17 – Jul 19
USPS First Class

**Gift cards, coupons, eBay Bucks**

Enter code:

Apply

**Donate to charity (optional)**

ASPCA

Can you spare some change for animals in need? Add a donation to the ASPCA now. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount None

| | |
|---|---|
| Subtotal (1 item) | $11.49 |
| Shipping | Free |
| Tax* | $1.18 |
| **Order total** | **$12.67** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

Confirm and pay

Select a payment option

ebay MONEY BACK GUARANTEE
See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice



Hi Clerk2! Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category | Search for anything | All Categories | Search | Advanced

Back to previous page | Listed in category: Sporting Goods > ... > Sports Trading Cards > Storage & Display Supplies > Card Toploaders & Holders

Share | Add to Watchlist

Have one to sell? Sell now

# 100 Pack BCW 3x4 Standard Toploaders NEW SEALED 100 ct. for Sports/Pokemon Cards

Condition: New

Quantity: 1 7 available / 8 sold

Price: **US $16.43**

Buy It Now

Add to cart

Add to watchlist

**Fast and reliable.** Ships from United States.

Shipping: **Free** Standard Shipping. See details
Located in: Oxford, Michigan, United States

Delivery: Estimated between **Thu, Jul 20** and **Sat, Jul 22** to 60601

Returns: Seller does not accept returns. If the item you received doesn't match the listing description, your purchase may be eligible for eBay Money Back Guarantee if the return request is made within 3 days from delivery. See details

Payments: PayPal G Pay VISA Mastercard AmEx Discover

PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Seller information**
wolverine-cards-and-coll... (85)
100% positive feedback

Save seller
Contact seller
Visit store
See other items

## Similar sponsored items See all

Feedback on our suggestions

BCW 100ct 3" x 4" Standard Toploaders For Sports Cards Pokémon Cards
New
**$17.99**
Free shipping
**39 sold**

BCW 3x4 Topload Card Holder, Standard, 100 Count Pack
New
**$18.92**
Free shipping
Seller with a 99.5% positive feedback

(100) BCW Regular 3x4 Toploaders Standard Top Loader Toploader (4 Packs of 25)
New
**$16.45**
Free shipping
Top Rated Plus
Seller with a 99.9% positive feedback

100 STANDARD 3x4 BCW TOPLOADER CARD HOLDER - 100 CT PACK - BRAND NEW & SEALED
New
**$16.43**
Free shipping
**537 sold**

BCW Graded Shoe Box Holds over 300 3x4 Toploads or 100 Graded Cards PSA BECKETT#
New
**$12.95**
Free shipping
**303 sold**

## Sponsored items customers also bought See all

Feedback on our suggestions

Ticket / Currency 3" x 7" Toploaders (25 pack)
New
**$14.95**
Free shipping
Top Rated Plus
**60 sold**

Ultra Pro 3X4 NEW Regular Toploaders 35pt 1 Pack of 100 for Standard Sized Cards
New
**$15.00**
Free shipping
Top Rated Plus
**1219 sold**

100 Pro Safe Regular 3x4 Toploaders + 100 soft sleeves New Top loaders STANDARD
New
**$15.95**
Free shipping
**310 sold**

100 Ultra Pro Regular 3 x 4 Toploaders New top loaders + 100 soft sleeves
New
**$17.95**
~~$17.99~~ 0% off
Free shipping
Direct from Columbia Sports Cards

100 20pt 3x4 Cardboard Gold TopLoaders + 100 Soft Sleeves Standard New Sealed
New
**$9.98**
+ $3.99 shipping
**29 sold**

About this item | Shipping, returns & payments

Report this item

Seller assumes all responsibility for this listing.
Last updated on Jul 17, 2023 10:53:05 PDT View all revisions

eBay item number: **374624160397**

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more | Brand | BCW |
| Type | Toploader | Compatible Card Size | Standard |

## Item description from the seller

Enhance the protection of your Sports/Pokemon Cards with this 100 Pack BCW 3x4 Standard Toploaders. These toploaders are brand new and come sealed in a pack of 100. The toploaders are compatible with standard-sized cards and are made by the trusted brand BCW.

Keep your cards in pristine condition by using these toploaders to protect them from damage and wear. They are perfect for any collector who wants to keep their cards in top-notch condition. Get your hands on these BCW 3x4 Standard Toploaders now and ensure the longevity of your valuable card collection.

## Wolverine Cards and Collectibles

100% Positive Feedback
252 Items sold

Visit store
Contact
Save seller

## Detailed seller ratings

Average for the last 12 months

| | |
|---|---|
| Accurate description | 4.9 |
| Reasonable shipping cost | 4.7 |
| Shipping speed | 5.0 |
| Communication | 4.8 |

## Popular categories from this store  See all

Presale Comics   Tabletop Gaming   Collectible Supplies

Sports cards   Sale items   Non sports trading cards

Toys/Miniatures   Other

## Seller feedback (30)

This item (3)   All items (30)

g***u (2) •  Past month

Perfect

_***_ (405) •  Past 6 months

EXCELLENT TRANSACTION

_***_ (405) •  Past 6 months

A+

See all feedback

More to explore :   BCW Sports Trading Card Toploaders & Holders for Standard,   BCW Sports Trading Card Toploaders & Holders,   BCW Black Sports Trading Card Toploaders & Holders for Standard,   Sports Trading Card BCW 100 ct Card Capacity Storage Boxes,   BCW Screwdown Holder Sports Trading Card Toploaders & Holders for Standard,   BCW Sports Trading Card Toploaders & Holders for Tall,   BCW Magnetic Holder Sports Trading Card Toploaders & Holders,   BCW Semi-Rigid Holder Sports Trading Card Toploaders & Holders,   Sports Trading Card Toploaders & Holders for Standard,   Green Sports Trading Card Toploaders & Holders for Standard

About eBay   Announcements   Community   Security Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices ⬜ and AdChoice

Doe 130

 **Checkout**

How do you like our checkout? Give us feedback

**Pay with**

○ Add new card

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

○ G Pay Google Pay

**Ship to**

Clerk2 Clerk2
161 North Clark St.
Chicago, IL 60601-3206
United States
(312) 375-1573
Change

**Review item and shipping**

Seller: wolverine-c...    Message to seller

100 Pack BCW 3x4 Standard Toploaders NEW
SEALED 100 ct. for Sports/Pokemon Cards
**$16.43**

Quantity
1

Delivery
Est. delivery: Jul 20 – Jul 22
USPS Ground Advantage
**Free**

**Gift cards, coupons, eBay Bucks**

Enter code:    Apply

**Donate to charity (optional)** ⓘ

Motorsports Charities, Inc.

The NASCAR Foundations improves the lives of children in our NASCAR communities.
Helping children survive and thrive. That's our checkered flag! PayPal Giving Fund
(PPGF) receives your donation and grants 100% to a charity no later than 30 days after
the end of the month in which the donation is made. Donations are non-refundable
and typically tax deductible. PPGF may be unable to grant funds to a charity if the
charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount    None

| | |
|---|---|
| Subtotal (1 item) | $16.43 |
| Shipping | Free |
| Tax* | $1.68 |
| **Order total** | **$18.11** |

*We're required by law to collect sales tax
and applicable fees for certain tax
authorities. Learn more

🔒 Confirm and pay

Select a payment option

ebay MONEY BACK GUARANTEE
See details

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ







Hi **Clerk2!** Daily Deals Brand Outlet Help & Contact Sell Watchlist My eBay

ebay Shop by category | Search for anything | All Categories | Search | Advanced

Back to previous page | Listed in category: Sporting Goods > ... > Sports Trading Cards > Storage & Display Supplies > Card Toploaders & Holders

Share | Add to Watchlist

The seller is away until Aug 16, 2023. Add this item to your watchlist to keep track of it.

Hover to zoom

Have one to sell? Sell now

## 50 Count Topload Card Holders And 100 Count Sleeves Clear Polyvinyl Chloride New

**Last item available**

Condition: **New**

Quantity: 1 **Last One** / 1 sold

Price: **US $12.99**

Add to cart

Add to watchlist

**Breathe easy.** Free shipping and returns.

**Fast and reliable.** Ships from United States.

Shipping: **Free** Standard Shipping. See details
Located in: Denver, Colorado, United States

Delivery: Estimated between **Sat, Aug 19** and **Wed, Aug 23** to 60601
Please note the delivery estimate is **greater than 26 business days.**

Returns: 30 days returns. Seller pays for return shipping. See details

Payments: PayPal, G Pay, VISA, Mastercard, American Express, Discover

PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Seller information**
zed-com (134)
99.3% positive feedback

Contact seller
Visit store
See other items

## Similar sponsored items

See all >

Feedback on our suggestions

1 ULTRA PRO 13x19 5mm TOPLOADER NEW Photo Collectible Memorabilia Art Poster
New
**$16.49**
Free shipping
Top Rated Plus
Seller with a 100% positive feedback

BCW 3" x 4" Topload for Standard Trading Cards | Up to 20 pts | 25-Count
New
**$6.72**
Free shipping
**Last one**

200 CBG Card Saver I Semi Rigid PSA Grading Submission Holders LOT OF 4
New
**$29.99**
0 bids
+ $12.90 shipping
Seller with a 100% positive feedback

Trading Card Sleeves Hard Plastic Clear Case Holder 100 - Baseball Cards Topload
New
**$16.55**
Free shipping
**46 sold**

3" X 4" Topload Card Holder for Standard Trading Cards | up to 20 Pts | 25-Count
New
**$6.73**
Free shipping
Seller with a 100% positive feedback

(25 for Loa Ne $6 Fre 89

## Sponsored items customers also bought

See all >

Feedback on our suggestions

20 Count Box - BCW 2 Piece Card Stands, Coin, and Currency - Adjustable Display
New
**$12.75**
Free shipping
Top Rated Plus
**432 sold**

BCW 3x4 Topload Card Holder - Premium- Thicker Clearer Panels
New
**$6.25**
Free shipping
Top Rated Plus
**27 sold**

Coin Slab / Graded Card Display Easel Stand 20 BCW Clear Stands Hold Toploader
New
**$10.88**
Free shipping
**124 sold**

Ultra Pro 3X4 GOLD ROOKIE 35pt Toploaders 1 Pack of 25 for Standard Sized Cards
New
**$7.49**
Free shipping
Top Rated Plus
**1239 sold**

BCW 3" x 4" Topload for Standard Trading Cards | Up to 20 pts | 25-Count
New
**$6.72**
Free shipping
**Last one**

20 Mo Ho Ne $7. $8. Fre

About this item | Shipping, returns & payments

Report this item

Seller assumes all responsibility for this listing.
Last updated on Jul 16, 2023 04:16:17 PDT View all revisions

eBay item number: **295764016751**

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more | Brand | Branded01 |
| Type | Does not apply | Max Input Sheet Capacity | 100 |
| Color | Clear | Material | Polyvinyl Chloride (PVC), Polypropylene (PP) |
| Item Weight | 14.9 ounces | Product Dimensions | 4 x 3.75 x 3 inches |
| Number of Pieces | 100 | UPC | 744110500912 |
| ISBN | Does not apply | EAN | 0744110500912 |

## Item description from the seller

- Contains 50 standard toploaders
- Contains 100 trading card sleeves
- Toploader Exterior Dimensions: 3 x 4 1/16 in
- Toploader Interior Dimensions: 2 3/4 x 3 7/8 in
- Sleeve Exterior Dimensions: 2 5/8 X 3 5/8 in

Standard 3x4 toploaders are made of high-quality, rigid PVC. These toploading holders are some of the most popular rigid individual card holders in the collectible card industry. Use this product to protect, store or display collectible baseball cards, football cards, hockey cards, or other trading cards like Magic The Gathering and others.
Card Sleeves (often called 'penny sleeves') are an acid free, archival quality product made of crystal clear polypropylene. Use this protective holder to protect, store and display your collectible trading cards.

## Zedsoft

**99.3%** Positive Feedback

Visit store

Contact

Back to previous page

Return to top

More to explore : Sports Trading Card Toploaders & Holders, Magnetic Holder Sports Trading Card Toploaders & Holders, Gold Sports Trading Card Toploaders & Holders, Screwdown Holder Sports Trading Card Toploaders & Holders, BCW Sports Trading Card Toploaders & Holders, Semi-Rigid Holder Sports Trading Card Toploaders & Holders, Sports Trading Card Toploaders & Holders for Tall, Ultra PRO Sports Trading Card Toploaders & Holders, Sports Trading Card Toploaders & Holders with UV Protection, Ultra PRO Magnetic Holder Sports Trading Card Toploaders & Holders

About eBay Announcements Community Security Center Seller Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

Case: 1:24-cv-07259 Document #: 1-5 Filed: 08/14/24 Page 69 of 74 PageID #:501

 **wish**

| | What do you want to find? | Search | c | 🔔 | ♡ | 🛒 |

Express | Blitz Buy | Deals Hub | Recently Viewed | Trending | Fashion | Baby Gear | Pet Accessories | Gadgets | Too

Toys and Hobbies › Games and Accessories

__Overview__    Related





### 3 x 4 x 5mm Thick Card Topload Holder - 197 PT. 10ct pack BCW 1-TLCH-TH-5MM

## $21.99

4 interest-free payments of $5.50 with afterpay or
Klarna. Learn more

**Add to cart**

♡ Add to Wishlist

### Shipping

Standard shipping    Free
Jul 17–19

Items are sold and shipped by eCommdealz

---

### Description                                    Show Less

3 x 4 x 5mm Thick Card Topload Holder - 197 PT. 10ct pack BCW  1-TLCH-TH-5MM|condition: New|Country/Region of Manufacture: China|Compatible Card Thickness: 197 Pt.|Card Holder Type: Toploader|Color: Clear|Compatible Card Size: 138pt Thick|Number of Toploaders/Card Holders: 10|MPN: 1-TLCH-TH-5MM|Features: UV Protection|Brand: BCW|Type:    "Semi-Rigid",   "Rigid" |MPN: 1TLCHTH5MM|

---

### Reference Price by Seller                       Show More

---

### Sold By                                          Merchant info

 **eCommdealz**
4.6 ★★★★½ (142)

💬 Contact merchant

---

### 30 Day Return & Refund

 Shop with Confidence!                Learn More

Contact, Policies & More ⌃

https://www.wish.com/product/636ba15813c3613568dca27a?hide_login_modal=true

Skip to main content

Skip to navigation menu

Doe 132                    1/2



**Report this listing for inaccurate information**                    🚩 Report

# wish

Blitz Buy    ⊙ Deals Hub    🕐 Recently Viewed    Trending    Fashion    Baby Gear    Pet Access

## Shipping

**Clerk Two**

161 N Clark St Ste 1600, Chicago, Illinois, United States, 60601    **Change**

**How do you want to pay?**    VISA  mastercard  DISCOVER  AMEX  Klarna  afterpay
PayPal  G Pay

🔵 **Pay full amount**
Pay the order total $24.23 now and you're all set.

⚪ **4 interest-free payments of $6.06**

## Payment

⚪    VISA  mastercard  DISCOVER  AMEX

## Items in cart



⚪  **P** PayPal
**3 x 4 x 5mm Thick Card Topload Holder - 197 PT. 10ct pack BCW 1-TLCH-TH-5MM**    $21.99

[ 1 ▼ ]    **Remove**

**Standard shipping: Free**
Estimated delivery: Jul 17–19

## Order summary

+ **Apply a coupon**

| | |
|---|---|
| Item Total | $21.99 |
| Shipping | Free |
| Standard (1 item): | Free |
| Tax | $2.24 |
| Order Total | $24.23 |

**Checkout**

By continuing you agree to the **Terms of Use** and **Privacy Policy**.

**Money Back Guarantee**
We've got your back. Get a full refund if any of your items don't arrive. **Learn More**

🛡 30 Day Free Return and Refund

Contact, Policies & More ∧

Doe 132





wish

What do you want to find? Search

Express | Blitz Buy | Deals Hub | Recently Viewed | Trending | Fashion | Baby Gear | Pet Accessories | Gadgets | Tools | Health and Beauty | Drinks and Smokes | Home and

Fashion > Bags and Purses > Men > Card Holders

Overview | Related

BCW Topload Card Holder Border (3" x 4") - Black

**$11.54**

4 interest-free payments of $2.88 with afterpay or Klarna. Learn more

Add to cart

Add to Wishlist

**Shipping**

**Standard shipping** $14.99
Jul 20–Aug 12

Items are sold and shipped by LatestBuy

**Description** Show Less

BCW 3x4 top loading card holders are made of high-quality, rigid PVC. These toploading holders are some of the most popular rigid individual card holders in the collectible card industry. Use this product to protect, store or display collectible baseball cards, football cards, hockey cards, or other trading cards like Magic The Gathering, Pokemon, YuGiOh, and others.

Holds a standard sized trading card

Open on the short side

Colored white border

Exterior Dimensions:

3 x 4 1/16

Interior Dimensions:

2 3/4 x 3 7/8

25 Holders per Pack

**Reference Price by Seller** Show More

**Sold By** Merchant info

LatestBuy
4.5 (2707)

**Premier Merchant**
Provides outstanding customer experiences

Contact merchant

**30 Day Return & Refund**

Contact, Policies & More

Skip to main content
Skip to navigation menu

wish

Search

C

Express Blitz Buy Deals Hub Recently Viewed Trending Fashion Baby Gear Pet Accessories Gadgets Tools Health and Beauty Drinks and Smokes Home and

**Report this listing for inaccurate information** Report

Contact, Policies & More



wish

Express Blitz Buy Deals Hub Recently Viewed Trending Fashion Baby Gear Pet Accessories Gadgets Tools Health and Beauty Drinks and Smokes Home and

## Shipping

**Clerk Two**
161 N Clark St Ste 1600, Chicago, Illinois, United States, 60601

Change

## How do you want to pay?

**Pay full amount**
Pay the order total $29.25 now and you're all set.

**4 interest-free payments of $7.31**

## Payment

G Pay

PayPal

## Items in cart

**BCW Topload Card Holder Border (3" x 4") - Black**

$11.54

1 Remove

**Standard shipping: $14.99**
Estimated delivery: Jul 20–Aug 12

## Order summary

+ Apply a coupon

| | |
|---|---|
| Item Total | $11.54 |
| Shipping | $14.99 |
| Standard (1 item): $14.99 | |
| Tax | $2.72 |
| Order Total | $29.25 |

Checkout

By continuing you agree to the Terms of Use and Privacy Policy
.

**Money Back Guarantee**
We've got your back. Get a full refund if any of your items don't arrive. Learn More

30 Day Free Return and Refund

Contact, Policies & More