IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Ultra PRO International, LLC, | Case No.: 24-cv-07259 |
| Plaintiff, | |
| v. | Judge: |
| Defendants Identified in Schedule A, | |
| Defendants. | Magistrate: |

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.2, undersigned counsel for Plaintiff, Ultra Pro International, LLC., a Delaware limited liability company and a private, non-governmental corporate party to this action ("Plaintiff"), hereby submits the following Corporate Disclosure Statement and certifies that Plaintiff is a subsidiary of Ultra Pro Holdings, LLC, which is in turn a subsidiary of Ultra Pro Investors, LLC. No publicly traded parent company owns five percent (5%) or more of its stock.

Respectfully Submitted,

Dated: August 15, 2024　　　　　　　　　　　　By: _____/s/   Kevin Keener_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Kevin J. Keener
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　ARDC # 6296898
　　　　　　　　　　　　　　　　　　　　　　　　　　　Keener & Associates, P.C.
　　　　　　　　　　　　　　　　　　　　　161 N. Clark Street, Suite #1600
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chicago, IL 60601
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(312) 375-1573
　　　　　　　　　　　　　　　　　　　　　　　kevin.keener@keenerlegal.com