AO 120 (Rev. 08/10)

| TO: Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _____Northern District of Illinois_____ on the following

☑ Trademarks or ☐ Patents. ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>1:24-cv-07259 | DATE FILED<br>8/14/2024 | U.S. DISTRICT COURT<br>Northern District of Illinois |
|---|---|---|
| PLAINTIFF<br><br>Ultra Pro International, LLC | | DEFENDANT<br><br>Defendants Identified in Schedule A |

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | See attached |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY | |
|---|---|---|
| | ☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK<br>Thomas G. Bruton | (BY) DEPUTY CLERK<br>R. Cornejo | DATE<br>8/15/2024 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Director     Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director     Copy 4—Case file copy**

# EXHIBIT 1

# United States of America

## United States Patent and Trademark Office

# Toploader

**Reg. No. 6,976,683**

**Registered Feb. 14, 2023**

**Int. Cl.: 16**

**Trademark**

**Principal Register**

Ultra Pro International, LLC  (DELAWARE LIMITED LIABILITY COMPANY)
6049 Slauson Ave
Commerce, CALIFORNIA 90040

CLASS 16: Plastic holders for gaming cards; Plastic holders for trading cards

FIRST USE 00-00-1998; IN COMMERCE 00-00-1998

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SEC.2(F)

SER. NO. 90-539,639, FILED 02-22-2021



*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office



**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO).  The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO.  Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application  System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

# EXHIBIT 2

Case: 1:24-cv-07259 Document #: 5 Filed: 08/15/24 Page 6 of 467 PageID #:516





# BCW Booklet Card Topload, Vertical, 10 Per Pack

Visit the BCW Store

★★★★☆ ⌄ | 79 ratings

Lowest price in 30 days

-18% **$8⁹⁹**

Was: $10⁹⁹

Get $50 off instantly: Pay $0.00 $8⁹⁹ upon approval for the Amazon Rewards Visa Card. No annual fee.

- Holds an opened booklet card - up to 197 pts.
- Open on the short side
- Exterior Dimensions: 5 5/8 x 3 15/16 x 5mm
- Interior Dimensions: 5 1/2 x 3 13/16
- High quality rigid PVC, 10 holders per pack

## Additional Details

**Small Business**
This product is from a small business brand. Support small. Learn more

## Specifications for this item

| | |
|---|---|
| Brand Name | BCW |
| Ean | 0722626002120 |
| Is Assembly Required | false |
| Material | Polyvinyl Chloride |
| Model Number | 1-TLCH-BC-V |
| Number of Items | 1 |
| Part Number | 1-TLCH-BC-V |
| Specification Met | |

⌄ See more

⚐ Report incorrect product information.



4 Pack Clear Plastic Business Card Holder, Acrylic Business Card Display for Desk Business Card Stand
★★★★☆ 1,712
$6⁹⁹ ✓prime

Sponsored ⓘ

## Frequently bought together



Total price: $25.38

**Add all three to Cart**

ⓘ These items are shipped from and sold by different sellers. Show details

☑ This item: BCW Booklet Card Topload, Vertical, 10 Per Pack $8.99
☑ Ultra Pro Vertical Booklet Trading Card Sleeves (100 Count Pack), Clear $8.99
☑ Ultra Pro Horizontal Booklet Trading Card Sleeves (100 Count Pack), Clear $7.40

## Products related to this item

Sponsored ⓘ










| BCW Supplies 240 Pt. Thick Card Topload Holder (10 Count Pack) | Thick Card Topload Holder - 168 PT. | 4-Pocket Secure Platinum Page for Toploaders - Protect Your Cards While on... | BCW 3 X 4 Topload Card Holder - (8 Pack) Baseball, Football, Basketball, Hockey, Go... | Trading Card Storage Box, Baseball Card Storage Box Holds 900+ Sport Cards or 200 T... | BCW 1-TLCH-13X19 13X19 - Topload Holder | 11" x 17" Heavy Duty Rigid Print Crystal-Clear Toploader Frame - Hold, Protect, Sto... | Clear Adhesive 4" Index Card Pockets Top Open for Loading 50 Pack, Plast... |
|---|---|---|---|---|---|---|---|
| ★★★★☆ 31 | ★★★★☆ 14 | ★★★★☆ 64 | ★★★★☆ 4 | ★★★☆☆ 5 | ★★★★☆ 1 | ★★★★☆ 262 | ★★★★☆ 213 |
| $9.76 ✓prime | $7.48 ✓prime Save 5% with coupon | $29.99 ✓prime | $26.51 ✓prime | $35.00 ($8.75/Count) ✓prime | $50.61 ✓prime | $39.97 ✓prime | $19.99 ✓prime |

## Right sidebar

**$8⁹⁹**

FREE delivery April 3 - 5. Details

Or fastest delivery March 30 - 31. Details

Deliver to Clerk - Chicago 60601

**In Stock**

Qty: 1

**Add to Cart**

**Buy Now**

🔒 Secure transaction

Ships from Blogs Hobby Shop LLC
Sold by Blogs Hobby Shop LLC
Returns Eligible for Return, Re...

Details

Add to List

---

**New (9) from**
$8⁹⁹ & FREE Shipping

---

### Other Sellers on Amazon

**$10.60** **Add to Cart**
& FREE Shipping
Sold by Wizard Coin Supply

**$10.89** **Add to Cart**
& FREE Shipping on orders over $25.00
shipped by Amazon. Details
Sold by ACS Pacific Supply

**$10.89** **Add to Cart**
& FREE Shipping on orders over $25.00
shipped by Amazon. Details
Sold by Susy Kay Company

---

Have one to sell?

**Sell on Amazon**

SANRUI Vertical Business Card Holder for Desk, Clear Acrylic Business Car...
★★★★☆ 64
$14⁵⁰ ✓prime

Sponsored ⓘ

## Product details

Is Discontinued By Manufacturer : No

Product Dimensions : 7.87 x 7.87 x 1.57 inches; 6.95 Ounces

Item model number : 1-TLCH-BC-V

Date First Available : August 31, 2016

Manufacturer : BCW

ASIN : B01LA2MN10

Best Sellers Rank: #93,044 in Office Products (See Top 100 in Office Products)
#75 in Time Cards

Customer Reviews:  ★★★★☆  ⌄   79 ratings

## Product Description

BCW Toploader holders are known as the most popular rigid individual card holders in the collectible card industry. Use this product to protect, store or display your collectible booklet cards.

## From the manufacturer

### Booklet Card (Vertical) Topload Holder

Holds an opened booklet card - up to 197 pts. Open on the long side Exterior Dimensions: 5 7/8 x 3 15/16 x 5mm Interior Dimensions: 5 5/8 x 3 13/16 BCW toploaders are known as the most popular rigid individual card holders in the collectible card industry. Use this product to protect, store or display your collectible booklet cards. 10 Holders per Pack SKU: 1-TLCH-BC-V Brand: BCW Weight: 0.44 lbs Holds an opened booklet card - up to 197 pts. Open on the long side Exterior Dimensions: 5 7/8 x 3 15/16 x 5mm Interior Dimensions: 5 5/8 x 3 13/16 BCW toploaders are known as the most popular rigid individual card holders in the collectible card industry. Use this product to protect, store or display your collectible booklet cards. 10 Holders per Pack SKU: 1-TLCH-BC-V Brand: BCW Weight: 0.44 lbs

## Related products with free delivery on eligible orders

Sponsored ⓘ | Try Prime for unlimited fast, free shipping

       

| Passive Paradise Card Grading Centering Tool Set - 30x Magnifying Tool Included - S... | 11" x 17" Heavy Duty Rigid Print Crystal-Clear Toploader Frame - Hold, Protect, Sto... | Vault X Semi-Rigid Card Holders for Trading Cards & Sports Card Grading submissions... | Trading Card Storage Box, Baseball Card Storage Box Holds 900+ Sport Cards or 200 T... | BCW Trading Card Dividers - 10 Dividers per Pack (Quantity of 25 Packs, 250 Cards T... | 200 Count TopLoaders for Cards,Baseball Card Protector, Toploaders Card Sleeve with... | (10) Packs of BCW Brand Trading Card Divider Cards(100 Dividers Total) | Dunwell Photo Album Refill Pages - (3.5x Pack), for 200 Pict 3-Ring Binde... |
|---|---|---|---|---|---|---|---|
| ★★★★☆ 287 | ★★★★☆ 262 | ★★★★☆ 633 | ★★★☆☆ 5 | ★★★★☆ 328 | ★★★★☆ 128 | ★★★★☆ 1,164 | ★★★★☆ 2,083 |
| $18.99 ✓prime | $39.97 ✓prime | $10.99 ✓prime | $35.00 ($8.75/Count) ✓prime | $26.99 ($1.08/Count) | $29.99 ✓prime | $14.85 ✓prime | $7.45 ✓prime |

## Videos

Help others learn more about this product by uploading a video!

Upload your video



Case it e S ape ipper Binder o Binders in ne
Dou le Sided 1 nc D in ultiple Pockets
★★★★☆ 2, 29
$2 47 ✓prime

Sponsored ⓘ

## Looking for specific info?

See questions and answers ›



## Customer reviews

★★★★☆ 4.7 out of 5

79 global ratings

| | | |
|---|---|---|
| 5 star | | 80% |
| 4 star | | 11% |
| 3 star | | 6% |
| 2 star | | 2% |
| 1 star | | 0% |

⌄ How customer reviews and ratings work

Sponsored ⓘ

Top reviews ⌄

### Top reviews from the United States

Steve sanchez
★★★★★ Very nice
Reviewed in the United States on November 15, 2022
Verified Purchase
Is what I've been looking for. Good product

Helpful | Report abuse

Brian
★★★★★ Great
Reviewed in the United States on June 18, 2019
Verified Purchase
Worked great

Helpful | Report abuse

See all reviews ›



Case it e S a e...
★★★★☆ 0
$ 5 4 ✓prime

Sponsored ⓘ

Back to top

**Get to Know Us**
Careers
Amazon
Newsletter

**Make Money with Us**
Sell products on Amazon
Sell apps on Amazon
Supply to Amazon

**Amazon Payment Products**
Amazon Rewards Visa Signature
Cards
Amazon Store Card

**Let Us Help You**
Amazon and COVID-
19
Your Account







Case 1:24-cv-07259 Document #: 5 Filed: 08/15/24 Page 11 of 467 PageID #:521

       

TitanShield 3" x 4" Toploader Top Loader Sleeves for Collectible Trading Cards (10...
★★★★☆ 791
$26.99 ✓prime

200 Pcs 3 x 4" Top Loader Card Sleeves Trading Card Topload Holder Clear Protective...
★★★★☆ 22
$24.93 ✓prime

1 Full case of 1000 Standard 3" x 4" Toploaders Collectible Supplies 35pt.
★★★★☆ 30
$149.95

150 Pack Trading Card Sleeves, Toploaders Consist 50 Hard Plastic Card Protectors +...
★★★★★ 510
$14.96 ✓prime

Fortress Trading 3" x 4" Clear Regular Top Loaders for Cards Sleeves Basketball Car...
★★★★☆ 38
$16.95 ✓prime
Save 5% with coupon

Star Collector 3 X4 Clear Toploaders and Penny Sleeves (100 35 Point Thickness Hard...
★★★★☆ 96
$22.99 ✓prime

Monster Pro-Tech Premium Top Loaders for Cards with Film Protector - 100 3x4...
★★★★☆ 59
$29.94 ✓prime

100 Pack 3"x4" Hard Plastic Card Sleeves T Loaders for Cards, Baseball Card Prote...
★★★★☆ 766
Amazon's Choice in Collectible Trading Card Protective Sleeves
$15.49 ✓prime

## Compare with similar items

| | This item BCW 200-Count 3x4 Toploaders and Card Sleeves, for Sports Cards, Baseball Cards, Magic The Gathering, & Others, Acid-Free, Archival Quality, with a Lumintrail Cleaning Cloth | BCW 100-Count Card Toploaders and Card Sleeves | Ultra PRO 3" x 4" Clear Regular Top Loaders for Cards with Card Sleeves Bundle Standard Size 200ct Baseball Card Sleeves Trading Card Sleeve Baseball Card Protectors Toploader Card Protectors | Ultra PRO 3" x 4" Clear Regular Top Loaders For Cards With Card Sleeves Bundle Standard Size 100ct Baseball Card Sleeves Trading Card Sleeve Baseball Card Protectors Toploader Card Protectors |
|---|---|---|---|---|
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| Customer Rating | ★★★★★ (3) | ★★★★★ (1818) | ★★★★☆ (1829) | ★★★★☆ (9060) |
| Price | $30⁹⁹ | $14²⁵ | $28⁷³ | $17¹⁹ |
| Sold By | Busiapp Corporation | MTGbiz | Alignment Retail | What America Buys |
| Are batteries required? | No | No | No | No |
| Number of Pieces | 200 | 100 | 200 | 100 |

## Product Description

BCW Standard 3x4 toploaders are made of high-quality, rigid PVC. These toploading holders are some of the most popular rigid individual card holders in the collectible card industry. BCW Card Sleeves (often called 'penny sleeves') are an acid free, archival quality product made of crystal clear polypropylene. Use this product to protect, store or display collectible baseball cards, football cards, hockey cards, or other trading cards like Magic The Gathering, YuGiOh, and others.

## Looking for specific info?

See questions and answers ›

## Product information

### Technical Details

| | |
|---|---|
| Manufacturer | Lumintrail |
| Brand | Lumintrail |
| Item Weight | 3.64 pounds |
| Package Dimensions | 8.9 x 7.6 x 3.3 inches |
| Color | Clear |
| Material Type | Polyvinyl Chloride |
| Size | 200 Holders & 200 Sleeves |

### Additional Information

| | |
|---|---|
| ASIN | B0BJ12TWFB |
| Customer Reviews | ★★★★★ 3 ratings<br>5.0 out of 5 stars |
| Best Sellers Rank | #169,453 in Sports & Outdoors (See Top 100 in Sports & Outdoors)<br>#959 in Collectible Trading Card Protective Sleeves |
| Date First Available | October 12, 2022 |

### Warranty & Support

3/24/23, 4:30 PM    Amazon.com: 200 Count Toploaders for Trading Cards, Card Sleeves, Toploaders Card Holder, Baseball Card Sleeves, Magic the Gathering, …

Case 1:24-cv-07259 Document #: 5 Filed: 08/15/24 Page 12 of 467 PageID #:522

| Manufacturer Part Number | 1-SSLV, 1-TLCH-N |
|---|---|

Amazon.com Return Policy: **Amazon.com.tr Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

**Product Warranty:** For warranty information about this product, please click here

Feedback

Would you like to tell us about a lower price? ⌄

## Videos

**Videos for related products**

    

| | | | | |
|---|---|---|---|---|
| 0:14 | 0:21 | 0:51 | 2:08 | |
| BCW Topload Card Holders<br>BCW Supplies | Baseball and Trading Card Soft "Penny" Sleeves Review<br>Butterflies In Space Joe | TopLoaders for Cards<br>Mikero | BCW 100 Count Card Toploaders and Card Sleeves<br>Parent Pacifier | This is ho...<br>Collectibl...<br>Intellibking |

[ Upload your video ]

Sponsored

## Products related to this item

Sponsored ⓘ

       

| 9 Pocket Page Protector, 400 Pack Trading Card Sleeve, Baseball Card Sheets for 3 R... | (10,000) Saf-T-Gard Trading Card Sleeves | 100 Pack 3"x4" Hard Plastic Card Sleeves Top Loaders for Cards, Baseball Card Prote... | 150 Count Hard Card Sleeves (Cross Side Opening), 3x4 Inch Top Loaders for Cards Ha... | TitanShield 3" x 4" Toploaders Top Loader Sleeves for Collectible Trading Cards (10... | Premium Top Loaders for Cards | Hard Card Sleeves. Baseball Card Protectors. Tradin... | 50ct Magnetic Card Holder 35pt, Card case Holder for Trading Cards , Card... | The Center Tool Card Grading - Centering T New 2022 Includes 2> Card Centering T... |
|---|---|---|---|---|---|---|---|
| ★★★★☆ 299 | ★★★★★ 3 | ★★★★☆ 766 | | ★★★★☆ 791 | ★★★★☆ 162 | ★★★★★ 5 | ★★★★☆ 158 |
| $33.99 ($8.50/100 Items) ✓prime | $49.95 | $15.49 ✓prime | $19.99 ✓prime | $26.99 ✓prime | $25.99 ✓prime | $49.99 ✓prime | $9.99 ✓prime |



| BC    Count  opload Card Holders and 1   Count Slee es |
|---|
| ★★★★☆ 2 |
| $   7 ✓prime |
| 5  op no |

Sponsored ⓘ

## Customer reviews

★★★★★ 5 out of 5

3 global ratings

| 5 star | | 100% |
|---|---|---|
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

⌄ How customer reviews and ratings work

[ Top reviews ⌄ ]

**Top review from the United States**

⊙ Amazon Customer

★★★★★ **AWESOME PRODUCT!! BEST ON THE MARKET BY FAR!!**

Reviewed in the United States on February 6, 2023

Size: 200 Holders & 200 Sleeves    Verified Purchase

I have been a card collector for years and I've used all different brands of top loaders and sleeves. BCW is the best by far! Thank you for a great product.

[ Helpful ]    Report abuse

See all reviews ›

3/24/23, 4:30 PM  Amazon.com: 200 Count Toploaders Card Holder, Top Loaders Card Sleeves, Toploaders for Cards, Card Holder Sleeves, Magic The Gathering, ...

Case 1:24-cv-07259 Document #: 5 Filed: 08/15/24 Page 13 of 467 PageID #:523



Sponsored







## Similar items



BCW 100-Count Card Toploaders and Card Sleeves
★★★★★ 2,423
$13.28



(100 ct.) TitanShield 3"x4" Platinum Quality Seamless Toploaders Top Loader Sleeves for Collectible Trading Cards
★★★★☆ 1,064
$24.99



400 Card Sleeves Top Loaders for Cards, Arjiekwel 3"X4" Baseball Card Protectors Hard Plastic, Premium Toploaders Card
★★★★☆ 722
$28.49

Toys & Games › Collectible Toys › Collectible Display & Storage › Card Storage & Display › Protective Sleeves



Roll over image to zoom in

### BCW 300 Card Sleeves +300 Top Loaders for Cards Baseball Card Protectors Penny Sleeves + Toploaders

Visit the BCW Store

★★★★★ 5.0 | 2 ratings | Search this page

#1 New Release in Collectible Trading Card Protective Sleeves

400+ bought in past month

**$39**⁹⁹

FREE Returns ⌄

Get $50 off instantly: Pay $0.00 upon approval for Amazon Visa. No annual fee.

**Size: 300 Each**

| 300 Each | 500 Each | 1000 Each |
|----------|----------|-----------|
| $39.99 | $64.95 | $119.99 |

- Includes 300 Soft Sleeves and 300 Top Loaders - Provide Top Quality Protection for Your Collectible Trading Cards - The Card Sleeves Fit Inside the Toploaders, or Each Sleeve and Toploader Can be Used Separately - Protect up to 600 Trading Cards with this Bundle.
- Premium Quality Card Protector Combo - BCW Card Sleeves and Top Loaders are Designed to Protect All Your Trading Cards - Sports Cards and Gaming Cards - Baseball Card Sleeves, Football, Basketball, Yugioh, Pokemon Card Sleeves and Toploaders.
- Toploader Fits Card Sleeve Perfectly - The Trading Card Sleeves Fit Perfectly Inside The Toploaders For Your Cards To Be Ultra Protected. Whether you Collect Pokemon Cards, Baseball Cards or Other Trading Cards, The BCW Card Protector Sleeves and Top Loaders Bundle is Designed to Provide Your Collection with Ultimate Protection.
- For Sports and Gaming Cards - BCW Toploaders and Penny Sleeves for Trading Cards - Pokemon Card Sleeves, Baseball Card Sleeves, Football Card Sleeves, and Anything You Need Trading Card Protectors for. Works Great as a Baseball Card Holder, Football Card Holder, Yugioh or Pokemon Card Protector Sleeves etc.
- For Standard Sized Trading Cards - The 3"x4" Top Loaders and Standard Penny Sleeves Fit All Standard Sized Trading Cards Including Sports Cards and Gaming Cards, Baseball Cards, Basketball Cards, Football Cards, Soccer Cards, Pokemon Cards, Yugioh Cards and More.

#### Additional Details

 **Small Business**
This product is from a small business brand. Support small. Learn more

⚑ Report an issue with this product or seller



☐ Add your free 30-day trial of Prime and get fast, free delivery    prime

| Delivery | Pickup |
|----------|--------|

**$39**⁹⁹

FREE Returns ⌄

FREE delivery **Tuesday, February 13**

Or fastest delivery **Tomorrow, February 9**. Order within **11 hrs 8 mins**

⊘ Deliver to Clerk - Chicago 60601

**In Stock**

Quantity: 1 ⌄

**Add to Cart**

**Buy Now**

| Ships from | Amazon |
|------------|--------|
| Sold by | Customer Service Guaranteed |
| Returns | Eligible for Return, Refund or Replacement… |
| Payment | Secure transaction |

⌄ See more

☐ Add a gift receipt for easy returns

Add to List ⌄

2/8/24, 1:51 PM
Case 1:24-cv-07259 Document #: 5 Filed: 08/15/24 Page 15 of 467 PageID #:525
Amazon.com : BCW 300 Card Sleeves +300 Top Loaders for Cards Baseball Card Protectors Penny Sleeves + Toploaders : Toys & ...

**Similar item to consider**

Amazon's Choice



Amazon Basics 9 Sleeve Card Protectors Binder Sheet, 100 Pack, Clear
★★★★☆ (8130)
$15.18 ($0.15/Count) prime

## Frequently bought together

 + 

Total price: $44.28

**Add both to Cart**

ⓘ These items are shipped from and sold by different sellers.
Show details

**This item:** BCW 300 Card Sleeves +300 Top Loaders for Cards Baseball Card Protectors Penny...
$39.99

Re-Sealable Team Set Bags (100 Count)
$4.29

## Based on your recent views

Sponsored ⓘ

      

| QTYORD 400Pcs Clear Top Loaders for Cards (200Pcs Hard Plastic Card Holders & 200Pc... | BCW SR1 Grading Submission Sleeves for PSA | Save & Grade Your Cards | Semi Rigid C... | PIT66 Regular 3x4 Toploaders + 100 Soft Sleeves New Top loaders | Strategic Fit Premium Snug Fit Clear Card Sleeves for Games - 500 Trading Card Slee... | 400 Pieces Card Sleeve Hard Plastic Card Protector Card Holder for Trading Card, Ba... | /CARD-DICT Trading Card Holder Compatible with Pokemon Card, 3-1/8" x 4-1/8" 200ct ... | TCGUARD Toploader Binder,Holds 216 Toploaders,9 Pocket Top Loader Binder with ... |
|---|---|---|---|---|---|---|
| ★★★★☆ 10 | ★★★★☆ 221 | ★☆☆☆☆ 1 | ★★★★☆ 466 | ★★★★☆ 99 | ★★★★☆ 297 | ★★★★★ 27 |
| $21.99 prime | Amazon's Choice in Collectible Trading Card Protective Sleeves $15.99 prime | $19.99 prime | $15.99 prime | $46.99 prime | $24.99 prime | Amazon's Choice in Collectible Trading Card Albums $21.99 prime |

## 4 stars and above

Sponsored ⓘ

      

| 400 Pieces Card Sleeve Hard Plastic Card Protector Card Holder for Trading Card, Ba... | Card Sleeves | Penny Sleeves. Baseball Card Sleeves. Soft Trading Card Sleeve. Penn... | BCW SR1 Grading Submission Sleeves for PSA | Save & Grade Your Cards | Semi Rigid C... | CARD TITAN PRO 3" x 4" Standard 35pt Toploaders and Soft Sleeves - Premium... | 1000 Count TopLoaders for Cards,Baseball Card Protector with 1000 Count Clear Soft... | BCW Toploader and Card Sleeve Combo | Premium 200 Count Toploaders + Penny Sleeves Storage | Hard Plastic & Soft Sleeves ... |
|---|---|---|---|---|---|---|
| ★★★★☆ 99 | ★★★★☆ 621 | ★★★★☆ 221 | ★★★★☆ 59 | ★★★★☆ 482 | ★★★★☆ 131 | ★★★★☆ 537 |
| $46.99 prime | $74.99 | $99.99 prime | $27.99 prime | $115.99 prime | $16.98 prime | Amazon's Choice in Collectible Trading Card Protective Sleeves $44.99 prime |

## Compare with similar items

| This Item | Recommendations | | |
|---|---|---|---|
|  |  |  |  |
| BCW 300 Card Sleeves +300 Top Loaders for Cards Baseball Card Protectors Penny Sleeves + Toploaders | Ultra PRO 3" x 4" Clear Regular Top Loaders For Baseball Cards, Card Bundle Standard Size 100ct Card Sleeves Trading... | Ultra Pro 3" X 4" Clear Regular Top 25ct Top Loaders for Cards Baseball Card Protectors Hard Plastic Sleeves | BCW SR1 Grading Submission Sleeves for PSA | Save & Grade Your Cards | Semi Rigid Card Holder 200ct |

| | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
|---|---|---|---|---|
| **Price** | $39.99 | - % $14.99 List: $19.99 | $5.92 | $24.07 |
| **Delivery** | Get it as soon as **Tuesday, Feb 13** | Get it as soon as **Tuesday, Feb 13** | Get it as soon as **Tuesday, Feb 13** | Get it as soon as **Tuesday, Feb 13** |
| **Customer Ratings** | 5.0 ★★★★★ 2 | 4.7 ★★★★★ 11,769 | 4.7 ★★★★★ 8,568 | 4.7 ★★★★★ 221 |
| **Sturdiness** | — | 4.3 ★★★★☆ | 4.4 ★★★★☆ | 4.7 ★★★★★ |
| **Durability** | — | 4.3 ★★★★☆ | 4.4 ★★★★☆ | 4.6 ★★★★★ |
| **Value For Money** | — | 4.2 ★★★★☆ | 4.2 ★★★★☆ | 4.5 ★★★★★ |
| **Sheerness** | — | 4.1 ★★★★☆ | 4.2 ★★★★☆ | — |
| **Sold By** | Customer Service Guaranteed | Alignment Retail | Ultra PRO International | BCW Supplies |
| **Paper Size** | — | 2.5 x 3.5 | 2.5 x 3.5 | — |
| **Max Input Sheets** | — | 100 | 25 | 200 |
| **Number Of Pieces** | — | 100 | 25 | 200 |
| **Style** | — | Sports | REGULAR | Sports |
| **Material** | — | Plastic | Plastic | Polyvinyl Chloride (PVC) |

## Looking for specific info?

## Product information

### Technical Details

| | |
|---|---|
| Manufacturer | BCW |
| Brand | BCW |
| Item Weight | 5.21 pounds |
| Package Dimensions | 10.04 x 7.4 x 4.21 inches |
| Item model number | TLCH-100 & SSLV |
| Color | Clear |
| Size | 300 Each |
| Manufacturer Part Number | TLCH-100 & SSLV |

### Additional Information

| | |
|---|---|
| ASIN | B0CP8JTJ95 |
| Customer Reviews | 5.0 ★★★★★ 2 ratings 5.0 out of 5 stars |
| Best Sellers Rank | #3,013 in Sports & Outdoors (See Top 100 in Sports & Outdoors) #45 in Collectible Trading Card Protective Sleeves |
| Date First Available | January 1, 2024 |

### Warranty & Support

Amazon.com Return Policy: **Amazon.com Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

### Feedback

Would you like to **tell us about a lower price?**

## Videos

### Videos for this product



2:48

**Paldean Fates Elite Trainer Box Unboxing**
Jacob Gay

Upload your video

## Product Description

BCW Card Sleeves and Toploaders - Designed to Provide Reliable Protection for Standard Trading Cards

## Brands in this category on Amazon

Sponsored ⓘ




## Products related to this item

Sponsored ⓘ











QTYORD 400Pcs Clear Top Loaders for Cards (200Pcs Hard Plastic Card Holders & 200Pc...
★★★★☆ 10
$21.99 ✓prime

PIT66 Regular 3x4 Toploaders + 100 Soft Sleeves New Top loaders
★☆☆☆☆ 1
$19.99 ✓prime

400 Pieces Card Sleeve Hard Plastic Card Protector Card Holder for Trading Card, Ba...
★★★★☆ 99
$46.99 ✓prime

100 ct Magnetic Card Holders for Trading Cards - 35pt Magnetic Card Holder, Baseball...
★★★★☆ 248
$85.99 ✓prime

VOKOKOYA Toploaders Storage Box - Fits 3" x 4" 35pt-75pt Rigid Card Holders, Hard A...
★★★★☆ 5
$45.99 ✓prime
Save 5% with coupon

Card Sleeves | Penny Sleeves. Baseball Card Sleeves. Soft Trading Card Sleeve. Penn...
★★★★☆ 621
$9.99 ✓prime

EVORETRO 200 35 PT Top Loaders - Rigid Card Holder and 200 Penny Sleeves for Sports...
★★★★☆ 242
$32.95 ✓prime

---

## Customer reviews

★★★★★ 5 out of 5

2 global ratings

| | | |
|---|---|---|
| 5 star | | 100% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

⌄ How customer reviews and ratings work

### Reviews with images



See all photos ›



Top reviews ⌄

### Top reviews from the United States

Brett Shine

★★★★★ **Exactly What I Expected...Top Quality**

Reviewed in the United States on January 29, 2024

Size: 300 Each | **Vine Customer Review of Free Product** ( What's this? )

This set of 300 toploaders and penny sleeves from BCW are exactly as advertised. They are industry standard quality and fit my old Topps baseball cards perfectly. The top of the loader has a little split that really makes it easy to slip in your card. That's important. You don't want to manhandle your card getting it into place.

The acrylic and sleeves are perfectly clear. A great product to protect my collection of sports cards. Recommended. Five stars.

2/8/24, 1:51 PM                Amazon.com: BCW Pro 4-Pocket Album ... BCW Sleeves Baseball Card Protectors Toploaders : Toys & ...

Case 1:24-cv-07250 Document # 5 Filed: 08/15/24 Page 18 of 467 PageID #: 528

One person found this helpful

Helpful | Report

S & L

★★★★★ **Good price for combo pack of sleeves and toploaders.**
Reviewed in the United States on January 29, 2024
Size: 300 Each | **Vine Customer Review of Free Product** ( What's this? )

BCW is one of my go-to vendors for bulk purchasing sleeves, toploaders, sheets, etc.. for card collecting.

This is the first time I've seen them offer their combo packs on Amazon, but they've offered them direct, for years now.

Pricing is good, quality is always good. Definitely recommended.

One person found this helpful

Helpful | Report

See more reviews ›

## Important information

To report an issue with this product or seller, click here.



2/8/24, 1:51 PM

Case 1:24-cv-07259 Document #: 5 Filed: 08/15/24 Page 19 of 467 PageID #:529

Amazon.com : BCW Baseball Card Sleeves & 35 pt Toploaders Bundle - Card Protection - 100 Soft Sleeves + 25 Toploaders : Toys & …

| Amazon Music | Amazon Ads | 6pm | AbeBooks | ACX | Sell on Amazon | Amazon Business |
|---|---|---|---|---|---|---|
| Stream millions of songs | Reach customers wherever they spend their time | Score deals on fashion brands | Books, art & collectibles | Audiobook Publishing Made Easy | Start a Selling Account | Everything For Your Business |
| Amazon Fresh | AmazonGlobal | Home Services | Amazon Web Services | Audible | Box Office Mojo | Goodreads |
| Groceries & More Right To Your Door | Ship Orders Internationally | Experienced Pros Happiness Guarantee | Scalable Cloud Computing Services | Listen to Books & Original Audio Performances | Find Movie Box Office Data | Book reviews & recommendations |
| IMDb | IMDbPro | Kindle Direct Publishing | Amazon Photos | Prime Video Direct | Shopbop | Amazon Warehouse |
| Movies, TV & Celebrities | Get Info Entertainment Professionals Need | Indie Digital & Print Publishing Made Easy | Unlimited Photo Storage Free With Prime | Video Distribution Made Easy | Designer Fashion Brands | Great Deals on Quality Used Products |
| Whole Foods Market | Woot! | Zappos | Ring | eero WiFi | Blink | Neighbors App |
| America's Healthiest Grocery Store | Deals and Shenanigans | Shoes & Clothing | Smart Home Security Systems | Stream 4K Video in Every Room | Smart Security for Every Home | Real-Time Crime & Safety Alerts |
| | | Amazon Subscription Boxes | PillPack | Amazon Renewed | | |
| | | Top subscription boxes – right to your door | Pharmacy Simplified | Like-new products you can trust | | |

Conditions of Use   Privacy Notice   Your Ads Privacy Choices

© 1996-2024, Amazon.com, Inc. or its affiliates












**BCW Topload Card Holder for Standard Trading Cards ,3" x 4" ,Up to 20 pts, 100-Count**
★★★★★ 2,723
Amazon's Choice in Collectible Trading Card Protective Sleeves
$13.75 ✓prime

**BCW Toploader and Card Sleeve Combo**
★★★★★ 96
$15.95 ✓prime

**BCW Supplies 240 Pt. Thick Card Topload Holder (10 Count Pack)**
★★★★☆ 31
$9.76 ✓prime

**Thick Card Topload Holder - 168 PT.**
★★★★☆ 14
$7.48 ✓prime
Save 5% with coupon

**BCW 50-Count Topload Card Holders and 100-Count Sleeves**
★★★★★ 508
$8.68 ✓prime

**200ct Semi Rigid Card Holders #1 - Grading Submission Size - 3 5/16" x 4 7/8 - Gem ...**
★★★★★ 210
$28.99 ✓prime

**Extra Thick Horizontal Plastic Clear Card Protector,4,13x3.5 Inch...**
★★★★☆ 8
$12.99 ✓prime

**Monster Pro-Tech Premium Top Load for Cards with Film Protector - 100 3x...**
★★★★★ 59
$29.94 ✓prime

---

## Product details

| | |
|---|---|
| | No |
| | 3.94 x 5.91 x 0.79 inches; 8.48 Ounces |
| | 7 years and up |
| | 1-TLCH-BL |
| | September 17, 2009 |
| | BCW |
| | B002PGY7W4 |
| | #189,432 in Office Products (See Top 100 in Office Products) |
| | #1,226 in Index Card Filing Products |
| | #1,566 in Business Card Holders |

★★★★☆ ⌄    14 ratings

---

BCW 3x4 top loading card holders are made of high-quality, rigid PVC. These top loading holders are some of the most popular rigid individual card holders in the collectible card industry. Use this product to protect, store or displaycollectible baseball cards, football cards, hockey cards, or other Trading cards like Magic the gathering, pokémon, yugioh, and others.

---

## Brands you might like
Sponsored ⓘ










**BCW 1-TLCH-6X9-S Bcw 6X9 - Topload Holder - with Stand**
★★★☆☆ 26
$10.79 ✓prime

**BCW Trading Card Dividers - 10 Dividers per Pack (Quantity of 25 Packs, 250 Cards T...**
★★★★★ 328
$26.99 ($1.08/Count)
✓prime

**BCW Card Sleeves, 2 5/8 x 3 5/8"**
★★★★★ 38
$3.76 ✓prime

**Thick Card Topload Holder - 138 PT.**
★★★★★ 18
$24.92 ✓prime

**BCW 5X7 Topload Holder**
★★★★★ 75
$17.99 ✓prime

**Ultra Pro 3" X 4" Blue Border Toploader 25ct**
★★★★★ 18
$6.17 ✓prime

**BCW Starter Comic Book Storage Kit - Storage Box, Dividers, Resealable Bags, Backin...**
★★★★★ 332
$48.00 ✓prime

**Box of 20 BCW Ma Card Holders - 35**
★★★★★ 743
$29.95 ✓prime

3/28/23, 4:27 PM
Case: 1:24-cv-07259 Document #: 5 Filed: 08/15/24 Page 22 of 467 PageID #:532
Amazon.com: BCW 1-TLCH-BL Topload Card Holder 3 x 4 Inch - Blue - Collectible Single Trading Cards : Office Products



Upload your video

Sponsored



SANRUI Vertical Business Card Holder for Desk, Clear Acrylic Business Card Display Stand, Slots 1 tier, ...
★★★★☆ 64
$14.50 √prime

Sponsored ⓘ

fi

See questions and answers ›

★★★★☆ 4.2 out of 5
14 global ratings

| 5 star | | 56% |
| 4 star | | 22% |
| 3 star | | 14% |
| 2 star | | 0% |
| 1 star | | 8% |

Top reviews ▾

seawurm
fi
★★★☆☆
Reviewed in the United States on April 24, 2012
I use these for Warmachine/Hordes cards and they are a little too big for that purpose. But otherwise they do exactly what I want by keeping my cards safe and dry.

Helpful    Report abuse

Doe 5



Nicholas T.

⭐⭐⭐⭐⭐

Reviewed in the United States on February 2, 2022

I picked them up on sale and seem exactly the same as the plain. They charged $15 more for color around pick your poison

| Helpful | Report abuse |

SANRUI Vertical Business Card Holder for Desk，Clear Acrylic Business Card Dis lay...

⭐⭐⭐⭐ 64

$14.50 ✓prime

Sponsored



Back to top

Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

Sell products on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a package delivery business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
See More Ways to Make Money

Amazon Rewards Visa Signature Cards
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Your Recalls and Product Safety Alerts
Help

amazon

English    United States

Amazon Music
Stream millions of songs

Amazon Advertising
Find, attract, and engage customers

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Sell on Amazon
Start a Selling Account

Amazon Business
Everything For Your Business

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Ignite
Sell your original Digital Educational Resources

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Book Depository
Books With Free Delivery Worldwide

Box Office Mojo
Find Movie Box Office Data

ComiXology
Thousands of Digital Comics

DPReview
Digital Photography

Fabric
Sewing, Quilting & Knitting

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Amazon Photos
Unlimited Photo Storage Free With Prime

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

Amazon Warehouse
Great Deals on Quality Used Products

Whole Foods Market
America's Healthiest Grocery Store

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems

eero WiFi
Stream 4K Video in Every Room

Blink
Smart Security for Every Home

Neighbors App
Real-Time Crime & Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right to your door

PillPack
Pharmacy Simplified

Amazon Renewed
Like-new products you can trust

Conditions of Use    Privacy Notice    Your Ads Privacy Choices
© 1996-2023, Amazon.com, Inc. or its affiliates

Case: 1:24-cv-07259 Document #: 5 Filed: 08/15/24 Page 24 of 467 PageID #:534



https://www.amazon.com/BCW-Load-Card-Holders-Sleeves/dp/B00N4OODU2/ref=sr_1_13

Doe 6

Case: 1:24-cv-07259 Document #: 5 Filed: 08/15/24 Page 25 of 467 PageID #:535

## Product information

| | |
|---|---|
| Package Dimensions | 7.09 x 4.21 x 3.19 inches |
| Item Weight | 15.9 ounces |
| ASIN | B00N4OODU2 |
| Item model number | 1-TLCH-N |
| Best Sellers Rank | #186,332 in Office Products (See Top 100 in Office Products)<br>#1,224 in Index Card Filing Products<br>#1,561 in Business Card Holders |
| Is Discontinued By Manufacturer | No |
| Number of pieces | 100 |
| Batteries required | No |

### Warranty & Support

For warranty information about this product, please click here

### Feedback

Would you like to **tell us about a lower price?**







0:14 — BCW Supplies  2:08 — Parent Pacifier  1:52 — Majhulla Store  0:14 — BCW Supplies  BCW Supplies

Upload your video

## Related products with free delivery on eligible orders

Sponsored | Try Prime for unlimited fast, free shipping










WPGEAR Waterproof Toploader Storage Box for 3" x 4" 35PT Rigid Card Holder, Trading...
⭐ 19
$45.99 prime

BCW 1-IS-48B 48 Bowman Insert Sleeve
⭐ 5
$6.60 prime

Coinz Comics: (15-Pack) 8x10 Toploader / Picture Holder / Autograph Holder, Perfect...
⭐ 40
$23.99 prime

200 Count TopLoaders for Cards,Baseball Card Protector, Toploaders Card Sleeve with...
⭐ 123
$29.99 prime

BCW 1-TLCH-13X19 13X19 - Topload Holder
⭐ 1
$50.69 prime

BCW 3" x 4" Topload Card Holder for Standard Trading Cards | Up to 20 pts | 150-Count
⭐ 201
$18.37 prime

50 ct Top Card Loaders for Cards, 3 "x4" Hard Card Holder Thick Card Binder Penny S...
⭐ 328
$7.99 prime

MERFUNTO 5 Pack Transparency Hold 3 X 4 Inches Card Tag Protector R...
⭐ 210
$5.99 ($1.20/Cou...
prime



BC  S  ectru  ale  oon  ite  ris  Deck Case   ct
$1 prime
S  o  no

Sponsored

fi

See questions and answers ›

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

ⱽ How customer reviews and ratings work

S o no

Sponsored ⓘ



BC  S ectru   ale   oon   ite  ris  Deck Case   ct
$1
✓prime
S o no

Sponsored ⓘ

Back to top

| | | | |
|---|---|---|---|
| Careers | Sell products on Amazon | Amazon Rewards Visa Signature Cards | Amazon and COVID-19 |
| Amazon Newsletter | Sell apps on Amazon | Amazon Store Card | Your Account |
| About Amazon | Supply to Amazon | Amazon Secured Card | Your Orders |
| Accessibility | Protect & Build Your Brand | Amazon Business Card | Shipping Rates & Policies |
| Sustainability | Become an Affiliate | Shop with Points | Amazon Prime |
| Press Center | Become a Delivery Driver | Credit Card Marketplace | Returns & Replacements |
| Investor Relations | Start a package delivery business | Reload Your Balance | Manage Your Content and Devices |
| Amazon Devices | Advertise Your Products | Amazon Currency Converter | Your Recalls and Product Safety Alerts |
| Amazon Science | Self-Publish with Us | | Help |
| | Host an Amazon Hub | | |
| | See More Ways to Make Money | | |





Case: 1:24-cv-07259 Document #: 5 Filed: 08/15/24 Page 29 of 467 PageID #:539

## Compare with similar items

| | **This item** Thick Card Topload Holder - 168 PT. | BCW 1-TLCH-TH-1.5MM New Thick Card Topload Holder - 59 Pt. | BCW 1-SSLV-Thick Thick Card Soft Sleeves for Sports and Non-Sports | Ultra Pro 82327 3 x 4 inch Toploaders Super Thick (10 Count), Clear |
|---|---|---|---|---|
| | | | | #1 Best Seller |
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| Customer Rating | ★★★★½ (14) | ★★★★★ (152) | ★★★★½ (492) | ★★★★½ (943) |
| Price | $7²⁷ | $8¹⁰ | $4⁴⁵ | $7²⁷ |
| Sold By | GameTimeTCG | Hooked on Cards Online | MEGACARDS!!! | Ultra PRO International |
| Are batteries required? | No | No | No | No |
| Required Assembly | No | No | No | No |
| Number of Pieces | 168 | 1 | 1 | 10 |

## Product Description

Holds a jersey or memorabilia card - up to 168 pts. Open on the short side Exterior Dimensions: 3 x 4 x 1/4 Interior Dimensions: 2 3/4 x 3 7/8 x 5/32_The BCW 3x4 thick toploaders are designed to hold cards that are thicker than standard trading cards. The phrase 'thicker cards' includes a wide variety of special patch, jersey, swatch, relics, memorabilia, and game-used fragments cards. BCW 3x4 top loading card holders are made of high-quality, rigid PVC. These toploading holders are some of the most popular rigid individual card holders in the collectible card industry. Use this product to protect, store or display your collectible cards. BCW Card Thickness Point Gauge(Printable BCW Card Thickness Gaugues)_More Information Brand BCW UPC Code 722626009709 Case Configuration 50 PACKS/CASE Case UPC 722626211041 Case Weight 14.2 lbs Case Volume 0.78 cu ft

## Looking for specific info?

See questions and answers ›

## Product information

### Technical Details

| | |
|---|---|
| Manufacturer | bcwsupplies |
| Brand | BCW |
| Item Weight | 3.84 ounces |
| Package Dimensions | 4.06 x 3.11 x 1.97 inches |
| Item model number | 1-TLCH-TH-4.25MM |
| Is Discontinued By Manufacturer | No |
| Color | White |
| Material Type | Pvc |
| Manufacturer Part Number | 1-TLCH-TH-4.25MM |

### Additional Information

| | |
|---|---|
| ASIN | B07D4QX2RQ |
| Customer Reviews | ★★★★½ ⌄  14 ratings  4.4 out of 5 stars |
| Best Sellers Rank | #47,957 in Sports & Outdoors (See Top 100 in Sports & Outdoors)  #335 in Collectible Trading Card Protective Sleeves |
| Date First Available | May 17, 2018 |

### Warranty & Support

Amazon.com Return Policy: **Amazon.com.tr Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price?

## Videos

Videos for this product          Videos for related products







Upload your video

Sponsored

---

**Brands you might like**

Sponsored










BCW Toploader and Card Sleeve Combo
★★★★½ 96
$15.95  ✓prime

WINTRA 3" x 4" 100 Count 35pt Toploader Hard Card Holder and 100 Count Penny Soft...
★★★★★ 681
$16.99  ✓prime

TitanShield 3" x 4" Toploaders Top Loader Sleeves for Collectible Trading Cards (10...
★★★★½ 793
$26.99  ✓prime

Hard Card Sleeves PVC Trading Card Holder Clear Protective Sleeves Holder for Baseb...
★★★★½ 1,199
$48.99  ✓prime

BCW 3x4 Toploader Card Holders - Rookie Gold - 25ct Pack
★★★★½ 85
$7.69  ✓prime

TitanShield (5 Packs of 200s /Total 1000 Sleeves) Inner Sleeve Protectors Perfect S...
★★★★½ 1,388
$22.99  ✓prime

TitanShield Premium 9-Pocket 9 Pocket 100 Pages of Card Sleeves for Trading Card Bi...
★★★★★ 837
$22.99  ✓prime

TitanShield (150 Sleeves/Blue Standard Size Board Game Trad Card Sleeves Deck Pr...
★★★★½ 6,064
$11.99  ✓prime

---



BC    4 Standard  o  load Card Holder    k
★★★★★
$   0  ✓prime

Sponsored

---

## Customer reviews

★★★★½  4.4 out of 5

14 global ratings

| | | |
|---|---|---|
| 5 star | | 72% |
| 4 star | | 16% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 12% |

˅ How customer reviews and ratings work

No customer reviews

There are 0 customer reviews and 14 customer ratings.

S o no

Sponsored



Ray ol o loader Binder Holds 50 o loaders ocket o oader Card Stora e...

$4   prime

Sponsored



Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell products on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a package delivery business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Your Recalls and Product Safety Alerts
Help

amazon

English     United States

| Amazon Music | Amazon | 6pm | AbeBooks | ACX | Sell on Amazon |
| Stream millions of songs | Advertising Find, attract, and engage customers | Score deals on fashion brands | Books, art & collectibles | Audiobook Publishing Made Easy | Start a Selling Account |
| Amazon Business | Amazon Fresh | AmazonGlobal | Home Services | Amazon Ignite | Amazon Web Services |
| Everything For Your Business | Groceries & More Right To Your Door | Ship Orders Internationally | Experienced Pros Happiness Guarantee | Sell your original Digital Educational Resources | Scalable Cloud Computing Services |
| Audible | Book Depository | Box Office Mojo | ComiXology | DPReview | Fabric |
| Listen to Books & Original Audio Performances | Books With Free Delivery Worldwide | Find Movie Box Office Data | Thousands of Digital Comics | Digital Photography | Sewing, Quilting & Knitting |
| Goodreads | IMDb | IMDbPro | Kindle Direct Publishing | Amazon Photos | Prime Video Direct |
| Book reviews & recommendations | Movies, TV & Celebrities | Get Info Entertainment Professionals Need | Indie Digital & Print Publishing Made Easy | Unlimited Photo Storage Free With Prime | Video Distribution Made Easy |
| Shopbop | Amazon Warehouse | Whole Foods Market | Woot! | Zappos | Ring |
| Designer Fashion Brands | Great Deals on Quality Used Products | America's Healthiest Grocery Store | Deals and Shenanigans | Shoes & Clothing | Smart Home Security Systems |
| eero WiFi | Blink | Neighbors App | Amazon Subscription Boxes | PillPack | Amazon Renewed |
| Stream 4K Video in Every Room | Smart Security for Every Home | Real-Time Crime & Safety Alerts | Top subscription boxes – right to your door | Pharmacy Simplified | Like-new products you can trust |

Conditions of Use    Privacy Notice    Your Ads Privacy Choices
© 1996-2023, Amazon.com, Inc. or its affiliates



The BCW top loading card holders are known as the most popular rigid individual card holders in the collectible card industry. The PVC used in BCW top loads contain no plasticizers or stearates. Our high-quality grade PVC does not migrate and will not harm your cards, photos or prints, while offering maximum protection and visual appeal.

## Important information

To report an issue with this product or seller, click here.

## From the brand



## 4 stars and above

Sponsored ⓘ     Page 1 of 28










/CARD-DICT Trading Card Holder Compatible with Pokemon Card, 3-1/8" x 4-1/8" 200ct ...
★★★★☆ 297
$24.99 ✓prime

BCW 50-Count Topload Card Holders and 100-Count Sleeves
★★★★★ 635
$8.90 ✓prime

BCW SR1 Grading Submission Sleeves for PSA | Save & Grade Your Cards | Semi Rigid C...
★★★★☆ 221
$99.99 ✓prime

100 Pack 3"x4" Hard Plastic Card Sleeves Top Loaders for Cards, Baseball Card Prote...
★★★★★ 1,596
Amazon's Choice in Collectible Trading Card Protective Sleeves
$15.99

200ct Semi Rigid Card Sleeves for Trading Card with 1/2" Lip Sleeves...
★★★★☆ 104
$20.99 ✓prime

BCW Toploader and Card Sleeve Combo
★★★★☆ 131
$16.98 ✓prime

D DACCKIT Toploader Binder, Holds 288 Toploaders, 9 Pocket Top Loader Binders with ...
★★★★☆ 238
$29.99
Save $10.00 with coupon

## Related products with free delivery on eligible orders

Sponsored ⓘ | Try Prime for unlimited fast, free shipping









BCW 300 Card Sleeves +300 Top Loaders for Cards Baseball Card Protectors Penny Slee...
★★★★★ 2
$39.99 ✓prime

50ct Magnetic Card Holder 35pt, Card case Holder for Trading Cards, Card...
Amazon's Choice in Collectible Trading Card Protective Sleeves
$42.99 ✓prime

BCW SR1 Grading Submission Sleeves for PSA | Save & Grade Your Cards | Semi Rigid C...
★★★★☆ 221
$42.99 ✓prime

200ct Semi Rigid Card Holders - Card Sleeves for Trading Card with 1/2" Lip Sleeves...
★★★★☆ 104
$20.99 ✓prime

LASPRINTAL 100pcs Top Loaders for Cards 3"x4" Premium Quality 35PT Toploaders Top L...
★★★★★ 161
$22.99 ✓prime
Save 5% with coupon

50 Count Baseball Card Protector Sleeves 3 x 4 Sports Card Holder Plastic Baseball ...
★★★★★ 3
$15.99 ✓prime

Premium 200 Count Toploaders + Penny Sleeves Storage | Hard Plastic & Soft Sleeves ...
★★★★☆ 537
$44.99 ✓prime

Help others learn more about this product by uploading a video!

[ Upload your video ]

## Similar brands on Amazon

Sponsored ⓘ

BCW
Shop the Store on Amazon ›

PREZA
Shop the Store on Amazon ›

Invested Alliance
Shop the Store on Amazon ›

Arjlekwei
Shop the Store on Amazon ›






BCW Card Sleeves, 2 5/8 x 3 5/8
★★★★☆ 43
$4.01 Typical: $4.59

PREZA Toploader Binder – Holds 216 Top Loaders - 9 Pocket Top Loader Binders +...
★★★★★ 14
$39.99

Premium Top Loaders for Cards | Hard Card Sleeves. Baseball Card Protectors...
★★★★★ 537
$25.99

3"X4" Card S... Baseball Ca...
★★★★★
$13.99 List

fi

Search in reviews, Q&A...

★★★★★ **4.8 out of 5**

154 global ratings

| | | |
|---|---|---|
| 5 star | | 86% |
| 4 star | | 8% |
| 3 star | | 3% |
| 2 star | | 2% |
| 1 star | | 1% |

⌄ How customer reviews and ratings work

Customers like the fit and quality of the card document sleeve. They mention that it fits perfectly and is a great product.

AI-generated from the text of customer reviews

✅ Fit    ✅ Quality

Top reviews ⌄

**kepjr1001**
★★★★★
Reviewed in the United States on December 10, 2023

Happy BCW makes this size. Using regular top loaders for this card just doesn't work.

Helpful | Report

**Joseph A Depta**
★★★★★
Reviewed in the United States on November 4, 2023

Fits perfect

Helpful | Report

**Bo Morris**
★★★★★
Reviewed in the United States on November 30, 2023

Exactly as described. Thank you.

Helpful | Report

**Sara Carrizales**
★★★★★
Reviewed in the United States on October 10, 2023

Great

Helpful | Report

**Amazon Customer**
★★★★★
Reviewed in the United States on August 6, 2023

Literally the fastest delivery I have ever received. Very very happy

Helpful | Report

**Patricia**
★★★★★
Reviewed in the United States on July 22, 2023

Perfect for Allen and Ginter mini cards

One person found this helpful

Helpful | Report

**Rhonda Maxwell**
★★★★★
Reviewed in the United States on May 25, 2023

Very nice to protect these smaller cards

Helpful | Report

**Brandon**
★★★★☆
Reviewed in the United States on January 30, 2022

Great

Helpful | Report

›

**Olivia**
★★★★☆
Reviewed in Australia on November 20, 2021

i bought these thinking were normal top loaders but they are too small :( my fault for not realising sooner but if u want these for photo cards or any other normal size card, don't 😡

2 people found this helpful

Report

›





## Compare with similar items

| | **This item** BCW 3" x 4" Topload Card Holder for Standard Trading Cards \| Up to 20 pts \| 25-Count | JODSSXI 25 Pcs Super Clear Regular Toploader for Standard Card Slightly Flexible 35pt Top Loader Card Sleeves Premium Hard Plastic Standard Card Protectors for MTG Cards YUGIOH Cards Sports Card | Ultra Pro 3" X 4" Clear Regular Toploader 25ct Top Loaders for Cards Baseball Card Protectors Hard Plastic Hard Card Sleeves Toploader Card Protectors Card Top Loaders | BCW 50-Count Topload Card Holders and 100-Count Sleeves |
|---|---|---|---|---|
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| Customer Rating | ★★★★☆ (3006) | ★★★★☆ (23) | ★★★★☆ (7190) | ★★★★☆ (502) |
| Price | $4⁹⁰ | $8⁹⁹ | $5²⁸ | $8⁵⁷ |
| Sold By | Kaizen8 | JODSSXI | Ultra PRO International | Kaizen8 |
| Are batteries required? | No | No | No | No |
| Item Dimensions | 30 x 40 x 1 inches | 3.16 x 1.8 x 4.2 inches | 4.13 x 3.15 x 1.69 inches | 4 x 3.75 x 3 inches |
| Number of Pieces | 25 | 25 | 25 | 100 |

### Product Description

BCW Standard 3-Inches x 4-Inches toploaders are made of high-quality, rigid PVC. These top loading holders are some of the most popular rigid individual cardholders in the collectible card industry. Use this product to protect, store or display collectible baseball cards, football cards, hockey cards, or other trading cards like Magic The Gathering, Pokemon, YuGiOh, and others. 12-mil thickness panels. Topload, open on the short side. Each cardholder holds a standard trading card - Up to 20 pts. 25 holders per pack

## Looking for specific info?

See questions and answers ›

## Product information

### Technical Details

| | |
|---|---|
| Manufacturer | BCW |
| Brand | BCW |
| Item Weight | 6.6 ounces |
| Product Dimensions | 30 x 40 x 1 inches |
| Item model number | 1-TLCH-N |
| Is Discontinued By Manufacturer | No |
| Color | White |
| Material Type | Pvc |
| Manufacturer Part Number | 1-TLCH-N |

### Additional Information

| | |
|---|---|
| ASIN | B07K1WGRQ1 |
| Customer Reviews | ★★★★☆ 3,006 ratings 4.7 out of 5 stars |
| Best Sellers Rank | #9,172 in Sports & Outdoors (See Top 100 in Sports & Outdoors) #86 in Collectible Trading Card Protective Sleeves |
| Date First Available | October 25, 2018 |

### Warranty & Support

Amazon.com Return Policy: **Amazon.com.tr Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price? →

## Videos

Videos for this product





Videos for rela

0:14
BCW Topload Card Holders
BCW Supplies

Customer Review: Good quality
Leslie Banda
0:15

Topload Card Holder For
Standard Trading Cards BCW
Digital David
1:27

Customer Review: A must for
Photocard sellers/traders
Madeline Ramirez
0:20

3" x 4" Top loade
Plastic Card Slee
San Dao

Upload your video

Sponsored

---

### Related products with free delivery on eligible orders

Sponsored ⓘ | Try Prime for unlimited fast, free shipping










VOOVAO Toploader
Clear 3" x 4" Toploaders
Holder,Top Loaders for
Cards,Card Protect...
★★★★☆ 97
$26.99 ✓prime

BCW Toploader and Card
Sleeve Combo
★★★★☆ 95
$15.95 ✓prime

BCW 3" x 4" Topload
Card Holder for Standard
Trading Cards | Up to 20
pts | 150-Count
★★★★☆ 201
$18.37 ✓prime

WINTRA 800 Count Ultra
Clear Penny Card
Sleeves,2-5/8 x 3-5/8"
Soft Card Protector...
★★★★★ 641
$12.99 ✓prime

BCW 100-Count Card
Toploaders and Card
Sleeves
★★★★★ 1,815
$13.79 ✓prime

150 Count Hard Card
Sleeves (Cross Side
Opening), 3x4 Inch Top
Loader for Cards Ha...
$19.99

TitanShield 3" x 4"
Toploaders Top Loader
Sleeves for Collectible
Trading Cards (10...
★★★★☆ 791
$26.99 ✓prime

Zantrech 150 Pack 3x
Inch Top Loaders for
Cards, Hard Card Slee
for Game Card, ...
★★★★☆ 67
$24.99 ✓prime

---



400 cs Soft radin Card Slee es o oadin
Slee es for Standard Cards 5 5 , Ultra ...
★★★★☆ 0
$10 ✓prime
S o no

Sponsored ⓘ

---

### Customer reviews

★★★★☆ 4.7 out of 5

3,006 global ratings

| | | |
|---|---|---|
| 5 star | | 84% |
| 4 star | | 10% |
| 3 star | | 4% |
| 2 star | | 1% |
| 1 star | | 2% |

∨ How customer reviews and ratings work



Sponsored ⓘ

### Reviews with images



See all customer images

Top reviews ▾

#### Top reviews from the United States

Dakota
★★★★★ Very sturdy and great for any cards
Reviewed in the United States on March 22, 2023
Verified Purchase
I like the durability, the sturdiness, and the value for money is great. I used these for Pokemon cards and they look great in the top loaders.

Helpful | Report abuse

Samantha Lowe
★★★★☆ Thin
Reviewed in the United States on February 24, 2023
Verified Purchase
Very thin but good for price

Helpful | Report abuse

Kathy Ainsworth

⭐⭐⭐⭐⭐ **product was good for the price I paid**
Reviewed in the United States on February 26, 2023
Verified Purchase

very good

| Helpful | Report abuse |

Anon

⭐⭐⭐⭐⭐ **Great for shipping cards**
Reviewed in the United States on January 14, 2023
Verified Purchase

I've used these for a while for shipping Pokemon cards. They work very well and can even fit double sleeved cards. I've had no issues where a seller received a damaged card.

| Helpful | Report abuse |

Haydee Gattas (아이다)

⭐⭐⭐⭐⭐ 💜💜💜💜💜
Reviewed in the United States on January 31, 2023
Verified Purchase



| Helpful | Report abuse |

Joker

⭐⭐⭐⭐⭐ **YAAAASSS**
Reviewed in the United States on January 3, 2023
Verified Purchase

Very strong and good quality some came a little broken from the corners but i loved them i used them for my k pop photo card. wonhos abbs framed by this is beautiful 🥺👍📸🦋

3 people found this helpful

| Helpful | Report abuse |

nhi

⭐⭐⭐☆☆ **3/5**
Reviewed in the United States on March 18, 2023
Verified Purchase

they seem like normal toploaders and i thought they were going to be white, but they're like the regular blue in real life… that was the only reason i bought from the listing :/

| Helpful | Report abuse |

Val

⭐⭐⭐⭐⭐ **great top loader for kpop cards!**
Reviewed in the United States on December 28, 2022
Verified Purchase

these top loaders are great quality! i use them for my kpop photo cards, i love them! none of them came broken, they came in good condition.

2 people found this helpful

| Helpful | Report abuse |

**See all reviews ›**

## Top reviews from other countries

Translate all reviews to English

P

⭐⭐⭐⭐⭐ **Justo lo que esperaba :)**
Reviewed in Mexico on November 5, 2021
Verified Purchase

las quería para proteger y decorar mis pcs y quedaron perfecto!

6 people found this helpful

Report abuse

Translate review to English

Enrico

⭐⭐⭐⭐⭐ **Leggeri e resistenti**
Reviewed in Italy on February 24, 2021
Verified Purchase

Sleeve perfette per proteggere le vostre carte, uso esclusivamente per le carte pokemon e sono resistenti e leggeri,

Report abuse

Translate review to English

Francesco



★★★★★ Perfette per carte pokemon
Reviewed in Italy on March 24, 2021
Verified Purchase

Perfetto, ottima plastica e proteggono

Report abuse

Translate review to English

Juri Ackermann

★★★★★ Top
Reviewed in Germany on October 2, 2019
Verified Purchase

Super

Report abuse

See all reviews ›







Case: 1:24-cv-07259 Document #: 5 Filed: 08/15/24 Page 42 of 467 PageID #:552

## Product information

| | |
|---|---|
| Product Dimensions | 8 x 7 x 3 inches |
| Item Weight | 4.16 pounds |
| ASIN | B0864PM233 |
| Manufacturer recommended age | 6 years and up |
| Best Sellers Rank | #4,020 in Sports & Outdoors (See Top 100 in Sports & Outdoors)<br>#37 in Collectible Trading Card Protective Sleeves |
| Customer Reviews | ★★★★½ ∨  408 ratings<br>4.7 out of 5 stars |
| Manufacturer | BCW Supplies |

### Warranty & Support

For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price? ⌄

BCW Standard 3x4 toploaders are made of high-quality, rigid PVC. These toploading holders are some of the most popular rigid individual card holders in the collectible card industry. Use this product to protect, store or display collectible baseball cards, football cards, hockey cards, or other trading cards like Magic The Gathering, Pokemon, YuGiOh, and others.

BCW Card Sleeves (often called 'penny sleeves') are an acid free, archival quality product made of crystal clear polypropylene. Use this protective holder to protect, store and display your collectible trading cards

## Related products with free delivery on eligible orders

Sponsored ⓘ | Try Prime for unlimited fast, free shipping

       

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| BCW Toploader and Card Sleeve Combo | 200 Count TopLoaders for Cards,Baseball Card Protector, Toploaders Card Sleeve with... | BCW 100-Count Card Toploaders and Card Sleeves | 500 Counts Card Sleeves Toploaders for Trading Cards, Matte Card Sleeves Deck Card ... | 720 Pockets Trading Card Binder, 9 Pockets Card Binder with Sleeves Card Organizer ... | Zantrech 150 Pack 3x4 Inch Top Loaders for Cards, Hard Card Sleeves for Game Card, ... | 1000 Count Card Sleeves Toploaders for Trading Cards,Soft Baseball Card Sleeve for ... | 1000 Counts Black Ca Sleeves Toploaders fo Trading Cards,Matte Card Sleeves Deck... |
| ★★★★½ 95 | ★★★★½ 123 | ★★★★★ 1,815 | ★★★★½ 19 | ★★★★★ 292 | ★★★★½ 67 | ★★★★½ 16 | ★★★★½ 179 |
| $15.95 ✓prime | $29.99 ✓prime | $13.79 ✓prime | $14.99 ✓prime | $23.99 ✓prime | $24.99 ✓prime | $39.99 ✓prime | $27.99 ✓prime |

    

0:19 — MrGreeneInTheKitchenWithLeadPipe
0:08 — joel hernandez
0:59 — House of Hobby
0:33 — BCW Supplies
— kitoyz

Upload your video

Sponsored

Doe 10



TITANSHIELD
Premium sleeves

itanS ield 150 Slee e Bordeau Red S all a anese
Si ed radin Card Slee es Deck rotector for u i ...
★★★★☆ 4 40
$11 ✓prime
S o no

Sponsored ⓘ

fi

See questions and answers ›



★★★★½ 4.7 out of 5
408 global ratings

| | | |
|---|---|---|
| 5 star | | 83% |
| 4 star | | 9% |
| 3 star | | 4% |
| 2 star | | 1% |
| 1 star | | 3% |

⌄ How customer reviews and ratings work

S o no

Sponsored ⓘ

See all customer images

Top reviews ⌄

Michael Swanger
★★★★★
Reviewed in the United States on March 20, 2023
fi
Seamless

Helpful | Report abuse

Cara
★★★★☆
Reviewed in the United States on February 5, 2023
Great top loaders and card sleeves. Good value for price and quantity. The top loaders are also good. Only
a few have marks/glue resin on them. My only complaint is that the packing quality is not the best. 4 of my
top loader packs only had 24 instead of 25. Not the biggest deal, but kindle annoying. Received 200
sleeves and only 196 top loaders. Curious if this happened to anyone else?

Helpful | Report abuse

Jelybones
★★★★★
Reviewed in the United States on February 17, 2023
fi
Showed up timely and the product is as I expected.
Penny sleeves are thin and the right amount.
Top loaders could use a bit more sturdiness, but for the price... Who would complain?
10/10 will buy again!

Helpful | Report abuse

Katherine Wise
★★★★★
Reviewed in the United States on January 1, 2023

I absolutely recommend this bundle. I love BCW products - I've been using them for years and have never had an issue with keeping my collection clean and secure. The top loaders are a great value and a great quality - the penny sleeves included in this deal are a must have for slipping your cards in before putting them in a top loader. If you're looking for a great option for protecting your card collection OR mailing them because you've sold them or what to trade by mail - you've found it. I've sent hundreds of cards by mail in these products and haven't had a single one damaged.

Helpful | Report abuse

Russell Spinner
★★★★★
Reviewed in the United States on January 10, 2023

These are very easy to insert cards into and tap them into their correct place. I wish the plastic view was a little bit clearer. These are great to move your cards straight into from an opened pack to keep them safe from markings!

Helpful | Report abuse

Shea
★★★★★
Reviewed in the United States on January 5, 2023

Wanted toploaders that weren't too expensive to use for about 200 sports cards. I've only used Ultra Pro in the past, but was interested in these due to the price point. I'd recommend them as they do the job well. Will be buying these again in the future.

Helpful | Report abuse

Nicholas Coon
★★★★★
Reviewed in the United States on January 25, 2023

Feels like every other top loaders I have durable and decently rigged

Helpful | Report abuse

Caswell Family
★★★★★
Reviewed in the United States on January 4, 2023

Pretty much as advertised. Fit standard sized spots cards and come with the soft plastic sleeve as well to help protect from scratching your cards when inserting them in the sleeves. Haven't had any big issues with any of the sleeves.

Helpful | Report abuse



TITANSHIELD    Premium sleeves

itanS ield re iu ...
5
prime
S o no

Sponsored

Back to top

Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

Sell products on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a package delivery business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
See More Ways to Make Money

Amazon Rewards Visa Signature Cards
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Your Recalls and Product Safety Alerts
Help

amazon
English    United States

Amazon Music
Stream millions of songs

Amazon Advertising
Find, attract, and engage customers

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Sell on Amazon
Start a Selling Account

Amazon Business
Everything For Your Business

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Ignite
Sell your original Digital Educational Resources

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Book Depository
Books With Free Delivery Worldwide

Box Office Mojo
Find Movie Box Office Data

ComiXology
Thousands of Digital Comics

DPReview
Digital Photography

Fabric
Sewing, Quilting & Knitting

Case: 1:24-cv-07259 Document #: 5 Filed: 08/15/24 Page 45 of 467 PageID #:555

| | | | | | |
|---|---|---|---|---|---|
| **Goodreads**<br>Book reviews<br>& recommendations | **IMDb**<br>Movies, TV<br>& Celebrities | **IMDbPro**<br>Get Info<br>Entertainment<br>Professionals Need | **Kindle Direct Publishing**<br>Indie Digital & Print Publishing<br>Made Easy | **Amazon Photos**<br>Unlimited Photo<br>Storage<br>Free With Prime | **Prime Video Direct**<br>Video Distribution<br>Made Easy |
| **Shopbop**<br>Designer<br>Fashion Brands | **Amazon<br>Warehouse**<br>Great Deals on<br>Quality Used<br>Products | **Whole Foods Market**<br>America's Healthiest<br>Grocery Store | **Woot!**<br>Deals and<br>Shenanigans | **Zappos**<br>Shoes &<br>Clothing | **Ring**<br>Smart Home<br>Security Systems |
| **eero WiFi**<br>Stream 4K Video<br>in Every Room | **Blink**<br>Smart Security<br>for Every Home | **Neighbors App**<br>Real-Time Crime<br>& Safety Alerts | **Amazon Subscription Boxes**<br>Top subscription boxes – right to<br>your door | **PillPack**<br>Pharmacy Simplified | **Amazon Renewed**<br>Like-new products<br>you can trust |

Conditions of Use   Privacy Notice   Your Ads Privacy Choices

© 1996-2023, Amazon.com, Inc. or its affiliates

Doe 10



### Product information

| | |
|---|---|
| Product Dimensions | 7.99 x 7.2 x 4.21 inches |
| Item Weight | 0.01 ounces |
| ASIN | B07DKWFPDB |
| Manufacturer recommended age | 7 - 18 years |
| Best Sellers Rank | #12,997 in Sports & Outdoors (See Top 100 in Sports & Outdoors)<br>#110 in Collectible Trading Card Protective Sleeves |
| Customer Reviews | ★★★★☆ ⌄  784 ratings<br>4.7 out of 5 stars |
| Is Discontinued By Manufacturer | No |
| Release date | July 1, 2018 |
| Manufacturer | BCW |

### Feedback

Would you like to tell us about a lower price? →

200 BCW Standard 3-Inches x 4-Inches toploaders are made of high-quality, rigid PVC. These toploading holders are some of the most popular rigid individual cardholders in the collectible card industry. Use this product to protect, store or display collectible baseball cards, football cards, hockey cards, or other trading cards like Magic The Gathering, Pokemon, YuGiOh, and others. 12-mil thickness panels. Topload, open on the short side. Each cardholder holds a standard trading card - Up to 20 pts. 200 Holders Total.

### From the manufacturer

BCW was founded in 1981 and is headquartered in Middletown, Indiana USA. For over 40 years BCW has been manufacturing high quality, cost effective products designed to protect, store, and display collectibles. We strive to ensure you with the best possible experience for all your needs.

- Topload Card Holder

### Related products with free delivery on eligible orders

Sponsored ⓘ | Try Prime for unlimited fast, free shipping

       

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| BCW 3" x 4" Topload Card Holder for Standard Trading Cards | Up to 20 pts | 150-Count | Passive Paradise Card Grading Centering Tool Set - 30x Magnifying Tool Included - S... | 150 Count Hard Card Sleeves (Cross Side Opening), 3x4 Inch Top Loaders for Cards Ha... | 100 Pack 9 Pockets Trading Card Pages, 900 Pockets Double-Sided Trading Card Pages ... | 9 Pocket Page Protector, 200 Pack Trading Card Sleeve, Baseball Card Sheets for 9 R... | BCW Toploader and Card Sleeve Combo | Premium Top Loaders for Cards | Hard Card Sleeves. Baseball Card Protectors. Tradin... | Semi Rigid Card Holder – 50 Card Holders for Trading Cards and 50 Penny Sleeves – ... |
| ★★★★☆ 201 | ★★★★☆ 286 | $19.99 | ★★★★☆ 196 | ★★★★☆ 298 ($1.20/10 Items) | ★★★★★ 95 | ★★★★☆ 162 | ★★★★☆ 1,020 |
| $18.37 ✓prime | $18.99 ✓prime | ✓prime | $13.99 ✓prime | ✓prime | $15.95 ✓prime | $25.99 ✓prime | $17.95 ✓prime |

3/24/23, 2:11 PM
Case: 1:24-cv-07259 Document #: 5 Filed: 08/15/24 Page 48 of 467 PageID #:559
Amazon.com: BCW Trading Card Toploaders for Trading Cards | Up to 67 pt. | Count 200 | ... Toys & Games






Upload your video

Sponsored



Sponsored

fi

See questions and answers ›

4.7 out of 5
784 global ratings

| | |
|---|---|
| 5 star | 85% |
| 4 star | 9% |
| 3 star | 3% |
| 2 star | 1% |
| 1 star | 2% |

⌄ How customer reviews and ratings work



See all customer images

Top reviews ⌄

Pokey_Poke
★★★★★
Reviewed in the United States on January 1, 2023
fi

I was worried when first reading some reviews and not knowing if theyd work for my sports and non sports cards but these are awesome. Exactly what I needed. i have hundreds of cards that are more than commons and wanted to place all in toploaders so for the price it worked out perfect. They came all in one piece none broken or chipped and have been a good fit with ease sliding in to me. Ill be buying more.

Helpful | Report abuse

3/24/23, 2:11 PM
Amazon.com:BCW ... Customer reviews: Card ... Pro 100, 8 Packs, Trading Cards | 20 Pt Plus | Count Toys & Games

Case: 1:24-cv-07258 Document #: 5 Filed: 08/15/24 Page 49 of 467 PageID #:559



McJimmy

★★★★★

Reviewed in the United States on January 25, 2023

Items arrived safely! Clear and perfect! <3

Helpful | Report abuse

Kari

★★★☆☆

Reviewed in the United States on January 23, 2023

We get these all the time normally good but this last batch was dirty and had shards of plastic inside of the protector defeating the purpose as did scratch a few cards! Dust and debris on inside and outside of these made them useless but as we had opened them we cant send back so now we r trying to clean these so we can at least put less rare cards inside.

Helpful | Report abuse

Kenny Trumbetta

★★★★★

Reviewed in the United States on August 15, 2022

I bought these bc of 20pt instead of typical 25pt, hoping for a tighter fit on slim cards. These seem sturdy but honestly fit thicker Topps Chrome cards the best. Cards will slide on slim cards like Dcore 1996. Sounds petty but this year BCW 20ptpack holder is in fact thicker tjan previous years BCW 20pt. Id guess it seems like 27pt instead of tupical 25pt.

Helpful | Report abuse

Amazon Customer

★★★★☆

Reviewed in the United States on July 11, 2022

Quick shipping. As described

Helpful | Report abuse

Raul Airada

★★★★☆

Reviewed in the United States on June 20, 2022

Fit good with my yugioh cards

Helpful | Report abuse

J. Svensson

★★★★★

Reviewed in the United States on June 12, 2022

This particular brand has always treated my valuable baseball cards very well. Others get too brittle or stick to cards over time. I have not had that problem with these!

Helpful | Report abuse

Tristan Albrecht

★★★★☆

Reviewed in the United States on March 16, 2022

They are flimsy but get the job done.

Helpful | Report abuse



Sponsored

Back to top

| Careers | Sell products on Amazon | Amazon Rewards Visa Signature Cards | Amazon and COVID-19 |
| Amazon Newsletter | Sell apps on Amazon | Amazon Store Card | Your Account |
| About Amazon | Supply to Amazon | Amazon Secured Card | Your Orders |
| Accessibility | Protect & Build Your Brand | Amazon Business Card | Shipping Rates & Policies |
| Sustainability | Become an Affiliate | Shop with Points | Amazon Prime |
| Press Center | Become a Delivery Driver | Credit Card Marketplace | Returns & Replacements |
| Investor Relations | Start a package delivery business | Reload Your Balance | Manage Your Content and Devices |
| Amazon Devices | Advertise Your Products | Amazon Currency Converter | Your Recalls and Product Safety Alerts |
| Amazon Science | Self-Publish with Us | | Help |
| | Host an Amazon Hub | | |
| | See More Ways to Make Money | | |





## Product information

| | |
|---|---|
| Product Dimensions | 7 x 4 x 3 inches |
| Item Weight | 1.74 pounds |
| ASIN | B086GRCCQ2 |
| Item model number | AMZ-TLCH+SSLV_100 |
| Manufacturer recommended age | 6 years and up |
| Best Sellers Rank | #287 in Unique Finds (See Top 100 in Unique Finds)<br>#6 in Collectible Trading Card Protective Sleeves<br>#24 in Unique Toys |
| Customer Reviews | ★★★★☆  1,818 ratings<br>4.8 out of 5 stars |
| Manufacturer | BCW Supplies |

### Warranty & Support

For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price? ⌄

BCW Standard 3x4 toploaders are made of high-quality, rigid PVC. These toploading holders are some of the most popular rigid individual card holders in the collectible card industry. Use this product to protect, store or display collectible baseball cards, football cards, hockey cards, or other trading cards like Magic The Gathering, Pokemon, YuGiOh, and others.

BCW Card Sleeves (often called 'penny sleeves') are an acid free, archival quality product made of crystal clear polypropylene. Use this protective holder to protect, store and display your collectible trading cards

## Brands you might like

Sponsored ⓘ

       

| TitanShield 3" x 4" Toploaders Top Loader Sleeves for Collectible Trading Cards (10... | BCW Toploader and Card Sleeve Combo | WINTRA 3" x 4" 100 Count 35pt Topload Hard Card Holder and 100 Count Penny Soft... | Rayvol 9-Pocket Trading Card Binder, Fits 900 Cards with 50 Removable Sleeves,... | BCW 3" x 4" Topload Card Holder for Standard Trading Cards | Up to 20 pts | 150-Count | TitanShield (150 Sleeves/Purple Standard Size Board Game Trading Card Sleeves Deck ... | BCW Elite 2 Gloss Card Sleeves – Green (100 | BCW 50-Count Toploader Card Holders and 100 Count Sleeves |
|---|---|---|---|---|---|---|---|
| ★★★★☆ 791 | ★★★★☆ 95 | ★★★★★ 678 | ★★★★☆ 392 | ★★★★☆ 201 | ★★★★☆ 6,054 | ★★★★☆ 46 | ★★★★☆ 502 |
| $26.99 | $15.95 ✓prime | $16.99 ✓prime | $39.99 ✓prime | $18.37 ✓prime | $11.99 ✓prime | $5.05 ✓prime | $8.68 ✓prime |

    

| ▶ 2:08 | ▶ 0:33 | ▶ 0:14 | ▶ 1:05 | ▶ |
|---|---|---|---|---|
| Parent Pacifier | BCW Supplies | BCW Supplies | Cory Weigel | BCW Supplies |

Upload your video

Sponsored



4 Card Slee es o oaders for Cards Base all Card
rotectors Hard lastic re iu o oaders for…

★★★★☆ 40

$1

✓prime

S o no

Sponsored ⓘ

fi

See questions and answers ›



★★★★★ 4.8 out of 5

1,818 global ratings

| | | |
|---|---|---|
| 5 star | | 86% |
| 4 star | | 9% |
| 3 star | | 2% |
| 2 star | | 1% |
| 1 star | | 2% |

˅ How customer reviews and ratings work

S o no

Sponsored ⓘ

See all customer images

Top reviews ▾

**David M.**

★★★★★
Reviewed in the United States on March 19, 2023
fi

I need these for shipping TCG cards. These have significantly less plastic debris than the Ultra Pro that I
have historically purchased. I had to order these from Amazon to restock quickly when Ultra Pro was
unavailable for a few days. I have now switched to these as my main hard protectors as I have only thrown
away two or three with stuck debris.

Helpful | Report abuse

**Mcarter1**

★★★★★
Reviewed in the United States on March 17, 2023
fi

This item is a great value for the money. The top loaders are pretty sturdy as well. They came just as
described in the item listing. I can most definitely say, I will be purchasing again.

Helpful | Report abuse

**A. Gift For You**

★★★★★
Reviewed in the United States on March 20, 2023
fi

Just buy them already.

Helpful | Report abuse

**Ymann**

3/24/23, 12:56 PM

Amazon.com: BCW 100 Count Card Toploaders and Card Sleeves - Toploaders...

Case: 1:24-cv-07259 Document #: 5 Filed: 08/15/24 Page 54 of 467 PageID #:564



★★★★★

Reviewed in the United States on March 13, 2023

everything came safely and in perfect condition^^

Helpful | Report abuse

TwinzMommy

★★★★★

Reviewed in the United States on March 3, 2023

Bought these for my daughter who trades photo cards and they were great quality and not a bad price.

One person found this helpful

Helpful | Report abuse

Russell L. Telander

★★★★★

Reviewed in the United States on March 8, 2023

Wish they were a little cheaper in price.

Helpful | Report abuse

TJ

★★★★★

Reviewed in the United States on February 12, 2023

Great product that does exactly what I need it to do.

There is some shaved plastic still inside the hard plastic card sleeves but a quick blast of air or simply wiping the inside is fine.

Helpful | Report abuse

ArticFaux

★★★★★

Reviewed in the United States on February 8, 2023

I've ordered these top loaders time and time again. Never any complaints from the item. Comes with sleeves to compliment the top loaders and provide extra protection to your cards, these fit standard sports/TCG cards

Helpful | Report abuse

›

Translate all reviews to English

Patricia del Consuelo Mejia Weir

★★★★★   fi

Reviewed in Mexico on February 7, 2022

salen muy buenos y protejen muy bien mis tarjetas y foto.

Report abuse

Translate review to English

Cliente de Amazon

★★★★★

Reviewed in Mexico on December 18, 2022

Me gusta que se protegen mucho las tarjetas

Report abuse

Translate review to English

Olmo Escalante Zenteno

★☆☆☆☆

Reviewed in Mexico on July 31, 2021

Cada paquete de "25" cargadores tenía únicamente 24.

One person found this helpful

Report abuse

Translate review to English

Alex Rodríguez

★★★★★

Reviewed in Mexico on July 2, 2022

Excelente producto

Report abuse

›

TITANSHIELD    Premium sleeves

itanS ield  re  lu    ...
★★★★★        5
$
$        ✓prime
$ o  no

Sponsored





Case: 1:24-cv-07259 Document #: 5 Filed: 08/15/24 Page 57 of 467 PageID #:567

BCW Top load Holders - 3X4 Top load Card Holders - Premium – Item: TLCH

## Product information

### Technical Details

| | |
|---|---|
| Item Package Dimensions L x W x H | 8.19 x 7.2 x 3.11 inches |
| Package Weight | 1.81 Kilograms |
| Brand Name | BCW |
| Model Name | Premium Topload Card Holders |
| Color | Clear |
| Material | Plastic |
| Suggested Users | unisex-teen |
| Manufacturer | BCW |
| Part Number | TLCH |
| Included Components | Premium Topload Card Holders |

### Additional Information

| | |
|---|---|
| ASIN | B001OOWRUM |
| Customer Reviews | ★★★★☆ 12 ratings<br>4.0 out of 5 stars |
| Best Sellers Rank | #81,128 in Office Products (See Top 100 in Office Products)<br>#444 in Binder Sheets, Card & Photo Sleeves |
| Date First Available | August 9, 2010 |

### Feedback

Would you like to tell us about a lower price? ⌄


3:28
Teressa & Corey


0:08
BCW Supplies


0:59
House of Hobby


1:03
Cory Weigel


House of Hobb

[ Upload your video ]

## Products related to this item

Sponsored ⓘ


BCW 3x4 Toploader Card Holders - Rookie Gold - 25ct Pack
★★★★☆ 85
$7.69 ✓prime


4 BCW DELUXE CURRENCY SLAB - REGULAR BILL by BCW
$39.50


BCW Supplies 240 Pt. Thick Card Topload Holder (10 Count Pack)
★★★★☆ 31
$9.76 ✓prime


Hobby Armor Graded Card Shipping Protectors 4" x 6" - Half-Stack Box - 500 Cardboar...
★★★★★ 86
$67.99 ✓prime


P.Y.P Protect You Play 3"x4" Toploader Card Sleeves Combo of 100ct Top loaders + 10...
★★★★★ 28
$24.99 ✓prime


11" x 17" Heavy Duty Rigid Print Crystal-Clear Toploader Frame - Hold, Protect, Sto...
★★★★☆ 24
$23.49 ✓prime


Passive Paradise Card Grading Centering Tool Set - 30x Magnifying Tool Included - S...
★★★★☆ 288
$18.99 ✓prime


BCW 1-TLCH-13X17 13X19 - Topload H...
★★★★☆ 1
$50.62 ✓prime

fi

See questions and answers ⌄

3/28/23, 4:38 PM
Amazon.com: Customer reviews: BCW 3x4 Topload Card Holders - Premium (25 Toploaders) Standard Holds Sports & Trade Cards - Protective Sleeve Products

Case: 1:24-cv-07259 Document #: 5 Filed: 08/15/24 Page 58 of 467 PageID #:568





| | | | | | |
|---|---|---|---|---|---|
| **Goodreads**<br>Book reviews<br>& recommendations | **IMDb**<br>Movies, TV<br>& Celebrities | **IMDbPro**<br>Get Info<br>Entertainment<br>Professionals Need | **Kindle Direct Publishing**<br>Indie Digital & Print Publishing<br>Made Easy | **Amazon Photos**<br>Unlimited Photo<br>Storage<br>Free With Prime | **Prime Video Direct**<br>Video Distribution<br>Made Easy |
| **Shopbop**<br>Designer<br>Fashion Brands | **Amazon Warehouse**<br>Great Deals on<br>Quality Used<br>Products | **Whole Foods Market**<br>America's Healthiest<br>Grocery Store | **Woot!**<br>Deals and<br>Shenanigans | **Zappos**<br>Shoes &<br>Clothing | **Ring**<br>Smart Home<br>Security Systems |
| **eero WiFi**<br>Stream 4K Video<br>in Every Room | **Blink**<br>Smart Security<br>for Every Home | **Neighbors App**<br>Real-Time Crime<br>& Safety Alerts | **Amazon Subscription Boxes**<br>Top subscription boxes – right to<br>your door | **PillPack**<br>Pharmacy Simplified | **Amazon Renewed**<br>Like-new products<br>you can trust |

Conditions of Use    Privacy Notice    Your Ads Privacy Choices

© 1996-2023, Amazon.com, Inc. or its affiliates

Doe 13



     

**25ct. Clear 3" x 4" Toploaders Holder, Top Loaders for Cards, Card Protectors Hard ...**
★★★★☆ 174
**$9.99** ✓prime

**BCW Top Load Holder (25 Count), 5 x 7**
★★★★★ 13
**$17.06** ✓prime

**36 Pack 9 Pocket Page Protector, Sooez Trading Card Sleeves Pages Baseball for 3 Ri...**
★★★★☆ 10,098
**$6.99** ✓prime

**BCW 1-TLCH-6X4 Bcw 6X4 - Toplold Holder**
★★★★★ 5
**$12.88** ✓prime

**BCW Toplold Holder (25-Pack), 6x8**
★★★★☆ 242
**$16.26** ✓prime

**Vault X Magne... Holders - 35pt Trading Cards Cards (5 Pack)**
★★★★☆ 2
**$11.99** ✓prime

Amazon's Choice in
Collectible Trading Card Albums

Amazon's Choice in
Collectible Trading Card Protective Sleeve

## You might also like

⋮

     

**BCW Book Bags - 100 ct**
★★★★☆ 618
**$18.06**
Get it
FREE Shipping

**BCW Silver Age Comic Bags and Backer Boards - 200 ct**
★★★★☆ 247
**$37.53**
Get it as soon as

FREE Shipping by Amazon

**BCW Current Comic Book Bags - 400 ct**
★★★★☆ 187
**$20.90**
Get it as soon as

FREE Shipping on orders over $35 shipped by Amazon

**BCW 3 x 5 Toplold Holder - 100 ct**
★★★★★ 5
**$37.01**
Get it as soon as

FREE Shipping by Amazon

**BCW Pro 3-Pocket Page (100 Ct. Box) ( 4" X 6")**
★★★★☆ 443
Amazon's Choice in
Binder Sheets, Card & Photo Sleeves
**$26.97**
Get it as soon as

FREE Shipping on orders over $35 shipped by Amazon

**BCW Pro 2-Pocket Photo Pages - 50 ct**
★★★★☆ 602
**$14.99**
Get it as soon as

FREE Shipping on orders over $35 shipped by Amazon

## Product details

No
5.35 x 3.74 x 1.77 inches; 10.4 Ounces
7 years and up
1-TLCH-TALL
October 31, 2007
BCW
B00441QRXA
China
#148,188 in Office Products (See Top 100 in Office Products)
#726 in Binder Sheets, Card & Photo Sleeves

4.6 ★★★★☆ ⌄    42 ratings

The BCW TALL (3 X 5) toploading holders are designed to hold cards, photos or prints that measure no bigger than 2 11/16 X 5 13/16. The PVC used in BCW Toplolds contain no plasticizers or stearates. Our high impact grade PVC does not migrate and will not harm your cards, photos or prints, while offering maximum protection and visual appeal.

## Important information

To report an issue with this product or seller, click here.

## From the brand

## Related products with free delivery on eligible orders

Sponsored ⓘ | Try Prime for unlimited fast, free shipping



**25ct. Clear 3" x 4" Toploaders Holder, Top Loaders for Cards, Card Protectors Hard …**
⭐⭐⭐⭐½ 174
**$9.99** ✓prime



**Card Protectors Trading Cards Shipping Supplies, 510-Pack 4" x 6" Graded Card Sle…**
⭐⭐⭐⭐½ 83
**$65.97** ✓prime
`Extra $5.00 off` when you subscribe



**100 ct Magnetic Card Holders for Trading Cards - 35pt Magnetic Card Holder, Basebal…**
`Amazon's Choice` in Collectible Trading Card Protective Sleeves
⭐⭐⭐⭐½ 248
**$85.99** ✓prime



**12 Pcs 8 1/2" x 11" Rigid Print Protectors Clear Rigid Toploaders Clear Sheet Prote…**
⭐⭐⭐⭐⭐ 11
**$19.99** ✓prime



**500ct Cards Sleeves Hard Plastics Toploaders, 35pt Baseball Card Protectors Hard Ca…**
⭐⭐⭐⭐½ 46
**$57.99** ✓prime



**Clear Sheet Protectors, 8.5" x 11", 200 Pack, Durable, Top Load,Reinforced Holes,…**
⭐⭐⭐⭐ 160
**$11.97** ✓prime



**400 Top Loaders for Cards with Card Sleeves, Top Loader Card Protectors Hard Plasti…**
**$27.69** ✓prime
`Save 15%` with coupon

Help others learn more about this product by uploading a video!

[ Upload your video ]

fi

⭐⭐⭐⭐½  4.6 out of 5



42 global ratings

| | | |
|---|---|---|
| 5 star | | 80% |
| 4 star | | 11% |
| 3 star | | 5% |
| 2 star | | 0% |
| 1 star | | 4% |

⌄ How customer reviews and ratings work

Top reviews

**Amazon Customer**

★★★★★

Reviewed in the United States on February 6, 2023

fi

Quick delivery and the look great!!

Helpful | Report

**Troy**

★★★★★                                        fi

Reviewed in the United States on October 28, 2019

fi

I purchased these for some of may 1965 Topps tall boy football cards and they fit perfectly. No complaints and hopefully they hold up well over time.

Helpful | Report

**Robert Johnson**

★★★★★

Reviewed in the United States on October 26, 2016

fi

These work great for Star Wars armada ship cards. I double side them. Even with single cards they do not slip out. I never have to worry about bending them. Great product.

Helpful | Report

**G**

★★★★☆

Reviewed in the United States on May 21, 2023

fi

great product except for about 1/4 of the cards being really scratched up

Helpful | Report

**thorgrum**

★★★★★

Reviewed in the United States on April 22, 2017

fi

I am using them for the 1965 Topps Football trading cards. These are excellent and I liked the sturdiness and clearness they provide. Would buy again.

2 people found this helpful

Helpful | Report

**Jessup singer**

★★★★★

Reviewed in the United States on June 20, 2020

fi

A

Helpful | Report

**Rodney Sullivan**

★★★★★

Reviewed in the United States on December 7, 2018

fi

Sturdy and clear

Helpful | Report



chris miller

⭐⭐⭐⭐⭐

Reviewed in the United States on March 21, 2018

Great product, great price.

Helpful | Report

›





Holds 3½x5 trading cards, index cards and photos

## Product information

**Technical Details**

| | |
|---|---|
| Item Package Dimensions L x W x H | 6.1 x 4.65 x 1.85 inches |
| Package Weight | 0.42 Kilograms |
| Item Dimensions LxWxH | 7.87 x 7.87 x 1.57 inches |
| Item Weight | 0.35 Kilograms |
| Brand Name | BCW |
| Color | White |
| Material | Polyvinyl Chloride (PVC) |
| Number of Items | 1 |
| Manufacturer | BCW |
| Part Number | 1-TLCH-3.5X5 |
| Style | Protection |
| Size | 1 Pack |

**Additional Information**

| | |
|---|---|
| ASIN | B003C23PFU |
| Customer Reviews | ★★★★☆ 4.6 ~ 592 ratings 4.6 out of 5 stars |
| Best Sellers Rank | #19,184 in Sports & Outdoors (See Top 100 in Sports & Outdoors) #217 in Collectible Trading Card Protective Sleeves |
| Date First Available | October 31, 2007 |

**Feedback**

Would you like to tell us about a lower price? ⌄



Upload your video

## Important information

To report an issue with this product or seller, click here.

## Products related to this item

Sponsored ⓘ












| BCW 300 Card Sleeves +300 Top Loaders for Cards Baseball Card Protectors Penny Slee... | BCW SR1 Grading Submission Sleeves for PSA | Save & Grade Your Cards | Semi Rigid C... | TitanShield (150 Sleeves/Slime Green) Standard Size Board Game Trading Card... | TitanShield (150 Sleeve/Slime Green) Small Japanese Sized Trading Card Sleeves... | 130PT Penny Sleeve for Thick Cards | Card Sleeves. Baseball Card Sleeves. Soft Trad... | Quiver Time 100 Green 3x4 Top Loaders for Cards - Durable 35pt Toploader Hard Plast... | BCW Toploader and Card Sleeve Combo | TitanShield 400 Premium 60-Microns Ultra Clear Standard S Perfect Exact Fit Inne... |
| ★★★★★ 2 | ★★★★☆ 221 | ★★★★☆ 6,841 | ★★★★☆ 1,020 | ★★★★☆ 621 | | ★★★★☆ 131 | ★★★★★ 2,059 |
| $39.99 ✓prime | $15.99 ✓prime | $11.99 ✓prime | $11.99 ✓prime | $9.99 ✓prime | $44.99 ✓prime Save 10% with coupon | $16.98 ✓prime | $13.99 ✓prime |

## Similar brands on Amazon

Sponsored ⓘ

| BCW Shop the Store on Amazon › | Invested Alliance Shop the Store on Amazon › | TitanShield Shop the Store on Amazon › | Acjekwel Shop the Store on Amazon › |
|---|---|---|---|







| BCW Card Sleeves, 2 5/8 x 3 5/8" | Premium Top Loaders for Cards | Hard Card Sleeves. Baseball Card Protectors... | TitanShield (5 Packs of 200s /Total 1000 Sleeves) Inner Sleeve Protectors Perfect... | 3"x4" Card S Baseball Ca |
| ★★★★☆ 43 | ★★★★☆ 537 | ★★★★☆ 2,060 | ★★★★☆ |
| $4.02 Typical: $4.99 | $25.99 | $22.99 | $13.99 List |

fi

### ★★★★☆ 4.6 out of 5

592 global ratings

| | | |
|---|---|---|
| 5 star | | 78% |
| 4 star | | 12% |
| 3 star | | 5% |
| 2 star | | 3% |
| 1 star | | 3% |

⌄ How customer reviews and ratings work

Customers like the fit, quality and protection of the card document sleeve. They mention that it fits nicely with extra room around it, is very well made and provides good protection. That said, some complain that the sleeves are prone to scratching.
AI-generated from the text of customer reviews

✓ Quality   ✓ Fit   t  ti   ⊘ at  i

See all photos ›






2/8/24, 2:04 PM

Top reviews

Israel Gutierrez

★★★★★
Reviewed in the United States on June 14, 2023
Size: 1 Pack

These are exactly as advertised. They fit a pretty big card in them with ease. The quality and durability of these cards is definitely A-1. Go with this brand for all your toploader needs.

Helpful | Report

Daniela Sanchez

★★★★★
Reviewed in the United States on October 26, 2023
Size: 1 Pack

Super nice, sturdy plastic, great visibility. Purchased for my Planechaser cards because they need protection too!



Helpful | Report

James Santomassimo

★★★★★
Reviewed in the United States on December 26, 2023
Size: 1 Pack

They fit like a glove

Helpful | Report

Miss Hydrangea

★★★★☆
Reviewed in the United States on February 16, 2022
Size: 1 Pack

FITS LARGER KPOP CARDS!!
I've been searching for a really long time for toploaders I can use for my kpop merchandise photocards and mini PCs! These are able to fit the larger kpop photocards; just make sure to also use a non-PVC soft sleeve to protect your cards as well because these toploaders are made with PVC, and so your card doesn't move around inside as much.

The cards slip in really easily— the gap at the bottom corners makes it easier to slide the cards in, so double sleeved cards should fit in a little easier in these.

The toploaders weigh 0.5oz each; a lightweight way to add extra protection when mailing/trading cards.

CONDITION UPON ARRIVAL:
A couple toploaders arrived with scratches on them, but that seems to be pretty normal for when you buy a stack of toploaders. The edges don't look super clean, but they did not have dust or debris— more like

∨ Read more

9 people found this helpful

Helpful | Report

Maru

★★★★★
Reviewed in the United States on February 4, 2024
Size: 1 Pack

I bought this for my mini paintings. it works really well. I will keep buying this

Helpful | Report

Roscoe szajko

★★★★★
Reviewed in the United States on November 4, 2023
Size: 1 Pack

Not one to leave reviews but i had a hell of a time trying to find a product to fit MTG Planchase cards and this is the best i could do. I would have thought that after 10 years or so of this planechaser cards being used that their would be more but this is it.

Helpful | Report

Erich Brown

★★★★★
Reviewed in the United States on October 23, 2023
Size: 1 Pack

Good quality, as expected!

Helpful | Report

Lizzy

★★★★★
Reviewed in the United States on August 24, 2023
Size: 1 Pack

most other more common sizes of toploaders were too small or too big, these are perfect size for all my plush tags! they are also nice and thick so i dont have to worry about the tag getting warped with my plush sitting on top :)

Helpful | Report

Stan Desrosiers
★★★★★
Reviewed in Canada on August 25, 2023
Size: 1 Pack
They fit the jumbo cards perfectly. Price could be a little bit cheaper

Report

Amazon Customer
★★★★★
Reviewed in the United Kingdom on February 3, 2020
Size: 1 Pack
Perfect for Transformers tcg

Report

badhammy
★★★★★
Reviewed in Australia on July 5, 2023
Size: 1 Pack
These sleeves can hold 5 goldbacks securely and are a great alternative to the GB Wallet. Yes they are a little oversized (area-wise) but as a means of storage they're fine. For those wondering how to centre or move them once inserted (and this goes for any card inside a toploader/rigid sleeve), tap the loader on the on the OPPOSITE end and that you want it to 'move'. Learned this trick from MtG cards



Report

Jarett
★★★★★
Reviewed in Canada on February 7, 2021
Size: 1 Pack
Good product for protecting cards. Was able to slide my cardsavers into this size easily.

Report





BCW's 8½x11 topload holder is made with rigid PVC that contains no plasticizers or stearates, like the rest of our toploaders. This high-quality PVC does not migrate, so rest assured it will not harm your important documents. 8½x11 is the size of a standard sheet of paper, so each topload holder has a variety of uses, from photos and prints to work papers. No matter what type of document it is, these toploaders provide maximum protection and visual appeal.

## Product information

### Technical Details

| | |
|---|---|
| Item Package Dimensions L x W x H | 11.34 x 9.65 x 1.06 inches |
| Package Weight | 0.7 Kilograms |
| Item Weight | 0.01 Ounces |
| Brand Name | BCW |
| Material | Pvc,Plastic |
| Part Number | 2-BCW-TLCH-8.5x11 |
| Style | Protection |

### Additional Information

| | |
|---|---|
| ASIN | B00JLVS6TG |
| Customer Reviews | ★★★★★ ·· 48 ratings<br>4.8 out of 5 stars |
| Best Sellers Rank | #234,007 in Office Products (See Top 100 in Office Products)<br>#968 in Binder Sheets, Card & Photo Sleeves |
| Date First Available | April 10, 2014 |

### Feedback

Would you like to tell us about a lower price? ⌄



Kohundunye                              0:40

Upload your video

### Related products with free delivery on eligible orders

Sponsored ⓘ | Try Prime for unlimited fast, free shipping

       

| Rubex Sheet Protectors 8.5 x 11 inch Clear Page Protectors Plastic Sleeves Reinforc... | 150 Sheet Protectors, 8.5 X 11 Inch Clear Page Protectors for 3 Ring Binder, Plasti... | 10 Pack Job Ticket Holders 8 1/2 x 11 - Work Order Plastic Sleeves for Documents... | 11 x 17 Sheet Protectors with 90 Microns Thick, Portrait View, Top Loading, Protect... | 50 Clear No Hole Sheet Protectors, 8.5" x 11", Plastic Sheet Sleeves, Top Loading P... | 8 1/2" x 11" Rigid Print Protectors Clear Rigid Toploaders Plastic Paper Page Prote... | Hexsonhoma 8 Pack 8.5 x 11 Plastic Sign Holder for Both Horizontal and Vertical, Cl... | VST Sheet Protectors Holes 8.5 x 11 Inches Crystal Clear Page Protectors Heavywe... |
|---|---|---|---|---|---|---|---|
| ★★★★☆ 7,954 | ★★★★☆ 236 | ★★★★★ 64 | ★★★★☆ 2 | ★★★★☆ 2 | ★★★★☆ 12 | ★★★★☆ 20 | ★★★★☆ 89 |
| $19.99 ✓prime | $14.97 ✓prime | $16.99 ✓prime | $18.97 ✓prime | $11.29 ✓prime | $31.99 ✓prime | $31.99 ✓prime | $11.99 ✓prime |

Sponsored

fi

See questions and answers ›



★★★★★ 4.8 out of 5
48 global ratings

| | | |
|---|---|---|
| 5 star | | 88% |
| 4 star | | 8% |
| 3 star | | 0% |
| 2 star | | 4% |
| 1 star | | 0% |

⌄ How customer reviews and ratings work

Sponsored

**Top reviews**

Ruth Lowry
★★★★★
Reviewed in the United States on December 29, 2021

These are very nice for protecting photos, documents, etc. They are clear, not cloudy, and sturdy. I've purchased them before.

Helpful | Report abuse

TJB
★★★★★
Reviewed in the United States on August 31, 2020

These are great for those papers (phone lists, addresses, calendars of events) we look at many times a week. They keep things clean and accessible. I'm now retired, but I use them for password lists, doctors' phone numbers, account information, and recipes, etc.). Excellent "Glad I learned about these" desk accessories.

One person found this helpful

Helpful | Report abuse

Amazon Customer
★★★★★
Reviewed in the United States on June 13, 2017

Great product

Helpful | Report abuse

Sean M. Sullivan
★★☆☆☆
Reviewed in the United States on July 27, 2020

2 of 10 top loaders were partially split down the side/along the side seam. I'd still buy again, but would hope quality control could be improved.

Helpful | Report abuse

WKzzR Productions
★★★★★
Reviewed in the United States on November 26, 2021

Perfect for eight by ten pieces, collectibles, and more

Helpful | Report abuse

Isabel Valdez
★★★★★
Reviewed in the United States on August 10, 2019

Great for photo storage

One person found this helpful

Helpful | Report abuse

›



Back to top

| | | | |
|---|---|---|---|
| Careers | Sell products on Amazon | Amazon Rewards Visa Signature Cards | Amazon and COVID-19 |
| Amazon Newsletter | Sell apps on Amazon | Amazon Store Card | Your Account |
| About Amazon | Supply to Amazon | Amazon Secured Card | Your Orders |
| Accessibility | Protect & Build Your Brand | Amazon Business Card | Shipping Rates & Policies |
| Sustainability | Become an Affiliate | Shop with Points | Amazon Prime |
| Press Center | Become a Delivery Driver | Credit Card Marketplace | |



Doe 16



The BCW Premium 3x4 toploaders feature thicker, clearer panels and are made of high-quality, rigid PVC.

These toploading holders are a favorite among discerning collectors.

Use this product to protect, store, and display collectible baseball cards, football cards, basketball cards, hockey cards, or other trading cards.

## Product information

### Technical Details

| | |
|---|---|
| Item Package Dimensions L x W x H | 4.21 x 3.11 x 1.93 inches |
| Package Weight | 0.22 Kilograms |
| Item Dimensions LxWxH | 4 x 3 x 1.9 inches |
| Brand Name | BCW |
| Material | PVC |
| Manufacturer | BCW |
| Part Number | 1-TLCH |

### Additional Information

| | |
|---|---|
| ASIN | B00ZZ10YCS |
| Customer Reviews | ★★★★☆ 179 ratings  4.7 out of 5 stars |
| Best Sellers Rank | #212,069 in Sports & Outdoors (See Top 100 in Sports & Outdoors)  #1,107 in Collectible Trading Card Protective Sleeves |
| Date First Available | June 19, 2015 |

### Feedback

Would you like to tell us about a lower price?

    

| 2:58 | 1:03 | 0:14 | 2:08 | |
| Perfect Sports Fan | Cory Weigel | BCW Supplies | Parent Pacifier | Parent Paci... |

Upload your video

## Related products with free delivery on eligible orders

Sponsored ⓘ | Try Prime for unlimited fast, free shipping

       

| 150 Count Hard Card Sleeves (Cross Side Opening), 3x4 Inch Top Loaders for Cards Ha... | Premium Top Loaders for Cards | Hard Card Sleeves. Baseball Card Protectors. Tradin... | Zantrech 150 Pack 3x4 Inch Top Loaders for Cards, Hard Card Sleeves for Game Card, ... | JODSSXI 25 Pcs Super Clear Regular Toploader for Standard Card Slightly Flexible 35... | 200ct Semi Rigid Card Holders #1 - Grading Submission Size - 3 5/16" x 4 7/8 - Gem ... | TitanShield 3" x 4" Toploaders Top Loader Sleeves for Collectible Trading Cards (10... | P.Y.P Protect You Play 3"x4" Toploader Card Sleeves Combo of 100ct Top loaders + 10... | Storage Box for Toploaders and Cards Penny Sleeves - 5 Pac 200 Pound Test Box... |
| $19.99 ✓prime | ★★★★☆ 162  $25.99 ✓prime | ★★★★☆ 67  $24.99 ✓prime | ★★★★☆ 23  $8.99 ✓prime | ★★★★☆ 210  $28.99 ✓prime | ★★★★☆ 791  $26.99 ✓prime | ★★★★☆ 28  $24.99 ✓prime | ★★★★☆ 1,189  $19.95 ($3.99/Count)  ✓prime |

Sponsored

fi

See questions and answers ›



★★★★½ 4.7 out of 5

179 global ratings

| | |
|---|---|
| 5 star | 84% |
| 4 star | 8% |
| 3 star | 4% |
| 2 star | 1% |
| 1 star | 2% |

How customer reviews and ratings work

5 op no

Sponsored

Top reviews

Jayden
★★★★☆
Reviewed in the United States on July 17, 2021

Loose fit! I put my cards in there and they float and move around a lot; so I'd suggest buying thick penny sleeves if you were to buy these.

Helpful | Report abuse

natalie
★★★★★
Reviewed in the United States on July 1, 2021

These top loaders are very durable and worth it for the price. However it's way larger than a photo card so just know if you plan on decorating top loaders, there will be a lot of empty space.

Helpful | Report abuse

Kayliah See
★★★★★
Reviewed in the United States on April 22, 2021

came nice and packaged and was of good use! good purchase, would recommend!

Helpful | Report abuse

Austin Healey
★★★★★
Reviewed in the United States on January 20, 2021

Way better qaulity then the other toploader options and it's also less bendy

Helpful | Report abuse

Ozzie
★★★★★
Reviewed in the United States on April 29, 2021

Very thick. Nice item

Helpful | Report abuse

Aaron Gutierrez
★★★☆☆
Reviewed in the United States on January 8, 2021

The product itself is good, but when it arrived the insides of some of the sleeves had tiny bits of trash and some of the cards were damaged (had cracks).

Helpful | Report abuse

Andrew John
★★★★★
Reviewed in the United States on January 20, 2021

Amazing quality and such great fast shipping!

Helpful | Report abuse

›

Translate all reviews to English

Kleber
★★★★★
Reviewed in Brazil on March 8, 2022

todos os cards ficaram muito bem protegidos com estes Porta-Cards

Report abuse

Translate review to English

Raul Maciel dos Santos
★★★★★
Reviewed in Brazil on March 7, 2022

Muito bom

Report abuse

Translate review to English







Office Products › Office & School Supplies › Binders & Binding Systems › Binder Accessories › Sheet Protectors, Card & Photo Sleeves



Based on your recent views

Sponsored ⓘ







$14.01

& FREE Shipping on orders over $35.00
shipped by Amazon. Details ⌄

Sold by: Shopy Express

**50 Pcs 8 1/2" x 11" Rigid Print Protectors Clear Rigid Top loaders Plastic Paper Pa...**
★★★★☆ 48
$59.99 ✓prime

**BCW Pro 2-Pocket Photo Pages - 50 ct**
★★★★☆ 602
$14.99 ✓prime

**6 Pcs 8.5 x 11" Rigid Print Protectors, Clear Rigid Top loaders Plastic Paper Page...**
★★★★☆ 4
$9.99 ✓prime

**BCW 4 x 6 Topload Holder - 100 ct**
★★★★★ 2
$49.14 ✓prime

**BCW 1-TLCH-6X4 Bcw 6X4 - Topload Holder**
★★★★☆ 5
$12.88 ✓prime

**100 Sheet Pro Heavy Duty 8.5 Clear Page Pro 3 Ring Bin...**
★★★★☆ 2
$13.99 ✓prime

---

Products related to this item

Sponsored ⓘ








**50 Pcs 8 1/2" x 11" Rigid Print Protectors Clear Rigid Top loaders Plastic Paper Pa...**
★★★★☆ 48
$59.99 ✓prime

**6 Pcs 8.5 x 11" Rigid Print Protectors, Clear Rigid Top loaders Plastic Paper Page...**
★★★★☆ 4
$9.99 ✓prime

**BCW 1-TLCH-6X4 Bcw 6X4 - Topload Holder**
★★★★☆ 5
$12.88 ✓prime

**12 Pcs 8 1/2" x 11" Rigid Toploaders Clear Rigid Protectors Clear Sheet Prote...**
★★★★★ 11
$19.99 ✓prime

**BCW 1-TLCH-MAG-10MM Program Topload Holder - Rigid Plastic Sleeves**
★★★★☆ 2
$36.00 ✓prime

**10 Pieces 8 1/... Rigid Print Pro Clear Topload Document Hol...**
★★★★☆ 6
$16.99 ✓prime

---

### Product Description

BCW's 8½x11 topload holder is made with rigid PVC that contains no plasticizers or stearates, like the rest of our toploaders. This high-quality PVC does not migrate, so rest assured it will not harm your important documents. 8½x11 is the size of a standard sheet of paper, so each topload holder has a variety of uses, from photos and prints to work papers. No matter what type of document it is, these topload holders provide maximum protection and visual appeal.

---

### Compare with similar items

| | This Item | Recommendations | | |
|---|---|---|---|---|
| |  |  |  |  |
| | BCW 8.5 x 11 Topload Holder - 5 ct | HYARUAT 8.5 x 11 Rigid Clear Toploaders - Durable PVC Document Protectors, Plastic Sleeves for Photos, Prints, and Menu... | BCW 5 x 7 Topload Holder - 5 ct | BCW 8 1/2" x 11" Clear Rigid Toploaders (Qty: 1 Pack of 25) |
| | [Add to Cart] | [Add to Cart] | [Add to Cart] | [Add to Cart] |
| Price | $14.01 | - %  $19.99  List: $29.99 | $7.79 | $34.89 |
| Delivery | Get it as soon as **Tuesday, Feb 13** | Get it as soon as **Tuesday, Feb 13** | Get it as soon as **Tuesday, Feb 13** | Get it as soon as **Tuesday, Feb 13** |
| Customer Ratings | 4.2 ★★★★☆ 18 | 4.4 ★★★★☆ 31 | 4.9 ★★★★★ 28 | 4.5 ★★★★☆ 48 |
| Sold By | Zentra, LLC | HYARUAT | ACS Pacific Supply | MTGbiz |
| Max Input Sheets | 5 | 10 | 100 | 25 |
| Number Of Pieces | 5 | 10 | 5 | 25 |
| Style | Protection | Classic | Classic | Classic |
| Material | Polyvinyl Chloride (PVC) | Plastic | Polyvinyl Chloride (PVC) | Plastic |

---

### Product information

#### Technical Details

| Manufacturer | BCW Diversified |
|---|---|

#### Additional Information

| ASIN | B09KJ7YM15 |
|---|---|

| Brand | BCW |
| Item Weight | 12.6 ounces |
| Package Dimensions | 12.32 x 8.98 x 1.18 inches |
| Item model number | 1-TLCH-8.5X11-5 |
| Material Type | Polyvinyl Chloride (PVC) |
| Manufacturer Part Number | 1-TLCH-8.5X11-5 |

| Customer Reviews | 4.2 ★★★★☆ ~ 18 ratings |
| | 4.2 out of 5 stars |
| Best Sellers Rank | #81,318 in Office Products (See Top 100 in Office Products) |
| | #478 in Binder Sheets, Card & Photo Sleeves |
| Date First Available | October 27, 2021 |

### Warranty & Support

Amazon.com Return Policy: **Amazon.com Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

### Feedback

Would you like to **tell us about a lower price?** ⌄

## Looking for specific info?

## Videos

Help others learn more about this product by uploading a video!

Upload your video

## Brands in this category on Amazon

Sponsored ⓘ


Protect Documents with Binder Sheet Protectors
Shop JAM Paper ›


Easily Protect your Letter Size Paper
Shop Blue Summit Supplies ›

## Products related to this item

Sponsored ⓘ


50 Pcs 8 1/2" x 11" Rigid Print Protectors Clear Rigid Top loaders Plastic Paper Pa...
★★★★☆ 48
$59.99 ✓prime


3 pack of HAITIAN Clear Acrylic Sign Holder 8.5 x 11 Inch wall mount, 2 of 3M Doubl...
$12.99 ✓prime


6 Pcs 8.5 x 11" Rigid Print Protectors, Clear Rigid Top loaders Plastic Paper Page...
★★★★★ 4
$9.99 ✓prime


Sheet Protectors, HERKKA 500 Pack Heavy Duty Clear Plastic Page Protectors Sheet Re...
★★★★☆ 2,235
$24.99 ✓prime


LUXPaper 9.5" x 12" Certificate Holders | Silver Metallic | 105lb. Cover | 25 Qty
★★★★☆ 238
$37.95 ✓prime


PecMuikee Acrylic Sign Holder 8.5x11, Wall Mount Acrylic Sign Holder and Plastic Pa...
★★★★☆ 63
Amazon's Choice in Business & Store Sign Holders
$18.99 ✓prime


Acrylic Sign Holder,8.5x11 Inches Plastic Sign Holder paper holder,6 Pack T Shape...
★★★★☆ 279
$25.99 ✓prime
Save 10% with coupon

## Customer reviews

Reviews with images    See all photos ›



⭐⭐⭐⭐☆ 4.2 out of 5

18 global ratings

| | | |
|---|---|---|
| 5 star | | 69% |
| 4 star | | 10% |
| 3 star | | 8% |
| 2 star | | 0% |
| 1 star | | 13% |

⌄ How customer reviews and ratings work

Top reviews ▾

**Top reviews from the United States**

TrashBoat

⭐⭐⭐⭐⭐ **Awesome**

Reviewed in the United States on June 10, 2023

Verified Purchase

I bought this for my autograph from RJ Mitte and I love it 😄 ❤️

Helpful | Report

Bailey

⭐☆☆☆☆ **Very flimsy**

Reviewed in the United States on August 24, 2023

Verified Purchase

I ordered a paper size, but received a baseball card size. Did not provide basic measurements. Says it was sturdy but is very flimsy.

Helpful | Report

See more reviews ›

**Top reviews from other countries**

Brownstone

⭐⭐⭐☆☆ **Not for magazines.**

Reviewed in Canada on September 24, 2023

Verified Purchase

Add mentioned it would work for magazine s. It would on very thin magazine. Like a comic book. I bought these for displaying magazines and they are too tight.

Report

See more reviews ›

**Important information**

To report an issue with this product or seller, click here.



Doe 18



50 Count Topload Card Holders And 100 Count Sleeves NEW

Condition: New

Price: US $13.02

Buy It Now

Add to cart

♡ Add to watchlist

↺ Breathe easy. Free shipping and returns.

✓ Fast and reliable. Ships from United States.

Shipping: Free Standard Shipping. See details
Located in: Canyon Country, California, United States

Delivery: Estimated between Thu. Jul 20 and Sat. Jul 22 to 60601 ⓘ

Returns: 30 days returns. Seller pays for return shipping. See details

Payments: PayPal · G Pay · VISA · mastercard · AMEX · DISCOVER

PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay
Mastercard®. Learn more

Seller information
hilopshop4 (400) ⭐
98.7% positive feedback

♡ Save seller
Contact seller
See other items

Share | Add to Watchlist

## Similar sponsored items    See all ›

Feedback on our suggestions



Trading Card Sleeves Hard Plastic
Clear Case Holder 100 - Baseball Cards
Topload
New
$16.55
Free shipping
44 sold



Lot of 5 Individual 8-1/2 (8.5") X 11 Ultra
PRO Toploaders for Photos & Cards
New
$14.75
Free shipping
122 sold



Ultra PRO 3" x 4" Thick Toploader -
Clear, 4 PK of 25 = 1PK 100 inner
sleeves
New
$3.99
1 bid
+ $8.25 shipping
Seller with a 100% positive feedback



BCW 3x4 Topload Card Holder,
Standard, 100 Count Pack
New
$18.92
Free shipping
Seller with a 99.5% positive feedback



50 Trading Card Sleeves Hard Plastic
Toploader Holder Plus 100 Penny
Sleeves 100
New
$17.20
Free shipping
32 sold

## Sponsored items customers also bought    See all ›

Feedback on our suggestions



50 Trading Card Sleeves Hard Plastic
Toploader Holder Plus 100 Penny
Sleeves 100
New
$17.20
Free shipping
32 sold



100 CBG Trading Card Hard Toploaders
Holders Plus100 Soft Poly Penny
Sleeves
New
$17.74
$19.99 11% off
Free shipping
ⓘ Direct from Columbia Sports Cards



100 Pro Safe Regular 3x4 Toploaders +
100 soft sleeves New Top loaders
STANDARD
New
$15.95
Free shipping
310 sold



100 STANDARD 3x4 BCW TOPLOADER
CARD HOLDER - 100 CT PACK - BRAND
NEW & SEALED
New
$16.43
Free shipping
537 sold



Ultra PRO 3x4 inch Regular Toploader -
25 Pack - New Top Loader Holders
Clear
New
$5.79
Free shipping
578 sold

About this item | Shipping, returns & payments

Report this listing

Seller assumes all responsibility for this listing.
Last updated on Jul 16, 2023 04:16:25 PDT View all revisions

eBay item number: 134651943240

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more | Brand | Does not apply |
| Type | Does not apply | Max Input Sheet Capacity | 100 |
| Style | Classic | Color | Clear |
| Material | Polyvinyl Chloride (PVC), Polypropylene (PP) | Item Weight | 14.9 ounces |
| Manufacturer recommended age | 12 years and up | Product Dimensions | 4 x 3.75 x 3 inches |
| UPC | 744110500912 | ISBN | Does not apply |
| EAN | 0744110500912 | | |

## Item description from the seller

- Contains 50 standard toploaders
- Contains 100 trading card sleeves
- Toploader Exterior Dimensions: 3 x 4 1/16 in
- Toploader Interior Dimensions: 2 3/4 x 3 7/8 in
- Sleeve Exterior Dimensions: 2 5/8 X 3 5/8 in

BCW Standard 3x4 toploaders are made of high-quality, rigid PVC. These toploading holders are some of the most popular rigid individual card holders in the collectible card industry. Use this product to protect, store or display collectible baseball cards, football cards, hockey cards, or other trading cards like Magic The Gathering, YuGiOh, and others.
BCW Card Sleeves (often called 'penny sleeves') are an acid-free, archival quality product made of crystal clear polypropylene. Use this protective holder to protect, store and display your collectible trading cards.



 Checkout

How do you like our checkout? <u>Give us feedback</u>

To add more items, <u>go to cart.</u>



**ay with**

○ Add new card

VISA  MasterCard  AMEX  DISCOVER

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. <u>See terms</u>

○ G Pay Google Pay

**Ship to**

Clerk2 Clerk2
161 North Clark St.
Chicago, IL 60601-3206
United States
(312) 375-1573
<u>Change</u>

**eview item and shipping**

Seller: 1stopshop41    <u>Message to seller</u>

50 Count Topload Card Holders And 100 Count Sleeves NEW
$13.02

uantity 1

Delivery
Est. delivery: Jul 20   Jul 22
Standard Shipping
Free

**ift cards, coupons, eBay Bucks**

Enter code:          Apply

**Donate to charity** optional ⓘ

Motorsports Charities, Inc.

The NASCAR Foundations improves the lives of children in our NASCAR communities. Helping children survive and thrive. That's our checkered flag! PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount    None ⌄

Subtotal (1 item)            $13.02
Shipping                     Free
Tax*                         $1.33

rder total                   $14.35

*We're re uired by law to collect sales tax and applicable fees for certain tax authorities. <u>Learn more</u>

🔒 Confirm and pay

Select a payment option

**ebay** MONEY BACK GUARANTEE
<u>See details</u>

Copyright   1995-2023 eBay Inc. All Rights Reserved. <u>Accessibility</u>, <u>User Agreement</u>, <u>Privacy</u>, <u>Payments Terms of Use</u>, <u>Cookies</u>, <u>Your Privacy Choices</u> and <u>AdChoice</u> ⓘ



Doe 20

1/4

BCW 3  4 Toploader Sports
aming 20pt Card Holder 12  il
Standard  25    er  ack
New

$6.79
~~$7.22~~ 6% off
Free shipping
Top  ated  lus

Trading Card Sleeves Hard
lastic Clear Case Holder 25
Baseball Cards Top load
New

$8.49
Free shipping
4174 sold

371 Ct Card Saver I  300  Ct
Ultra  ro Sleeves  100 Ct
Cardboard  old Sleeves
New

$8.85
11 bids
Free shipping
Seller with a 100% positive
feedback

25 BCW Topload Holders
Standard 3  4 Trading Sport
Card  igid  ame Sleeve New
New

$7.18
Free shipping
21 sold

ack  25 BCW Hard  lastic
Baseball Trading Card Topload
Holders 12 mil protector
New

$8.49
Free shipping
Top  ated  lus

## Sponsored items customers also bought
See all >

Feedback on our suggestions


Trading Card Sleeves Hard
lastic Clear Case Holder 25
Baseball Cards Top load
New

$8.49
Free shipping
4174 sold


250 Trading Card Sleeves 50
hard plastic toploader holders
plus 200 penny sleeve
New

$16.31
Free shipping
34 sold


Best Card Sleeves Hard  lastic
Case Holder 100 Baseball Cards
Topload Trading ✅✅✅
New

$14.99
Free shipping
45 sold


BCW Hard  lastic Baseball
Trading Card Topload Holders
standard 59 79 138pt 360
New

$6.89
Free shipping
2346 sold


BCW 3  4 Toploaders  E  IU
20pt  oint 4  acks of 25 for
Standard Cards 100 Total
New

$17.58
Free shipping
Top  ated  lus
89 sold

| About this item | Shipping, returns & payments | |
|---|---|---|

eport this item

Seller assumes all responsibility for this listing.

ast updated on Jul 18, 2023 01 09 15   DT    iew all revisions

eBay item number   334925511863

## Item specifics

| | |
|---|---|
| Condition | New  A brand  new, unused, unopened, undamaged item  including handmade items . See the seller's ...   ead more |
| EAN | 0722626902291 |
| ackage Dimensions   W  H | 4.06  3 15  1.65 Inches |
| ISBN | 0722626902291 |
| Color | White |
| odel | Does not apply |
| aterial | lastic |
| Weight | 0.4  ounces |
| U  C | 0722626902291 |
| Brand | BCW |
| Type | igid |
| N | 1T  CHN |

## About this product

roduct Identifiers

| | |
|---|---|
| Brand | BCW |
| N | 1T  CHN |



| | |
|---|---|
| TIN | 0722626902291 |
| U C | 0722626902291 |
| eBay roduct ID e ID | 625692437 |

**roduct Key Features**

| | |
|---|---|
| Type | igid |

**Additional roduct Features**

| | |
|---|---|
| Si e | Standard |
| Team | Base Ball |
| Border Color | Clear |

## Item description from the seller

### Hard Plastic Card Holder 25 Sleeves for Baseball Card Topload Display Sup

**Item description from the seller**

Hard Plastic Card Holder 25 Sleeves for Baseball Card Topload Display Supplies
- 25 Holders per Pack. Topload open on the short side
- Each card holder holds a standard trading card - Up to 20 pts
- 12-mil thickness panels made of high-quality rigid PVC
- Exterior Dimensions: 3" x 4-1/16"
- Interior Dimensions: 2-3/4" x 3-7/8"



### 214 shops

97.4% ositive Feedback
275 Items sold

isit store

Contact

♡ Save seller

**Detailed seller ratings**

Average for the last 12 months

| | | |
|---|---|---|
| Accurate description | ▬▬▬▬ | 4.9 |
| easonable shipping cost | ▬▬▬▬ | 5.0 |
| Shipping speed | ▬▬▬▬ | 4.8 |
| Communication | ▬▬▬▬ | 4.8 |

**Seller feedback** 68

This item 1    All items 68

🟢 p r 257 • ast month

E actly as described.

See all feedback

**opular categories from this store**   See all

et Supplies   Collectibles   Crafts

Books & aga ines   Health & Beauty

Business & Industrial   Consumer Electronics

eBay otors   Cameras & hoto

atings and eviews   earn more     Write a review

**4.9**

★★★★★

308 product ratings

| | | |
|---|---|---|
| 5 | ▓▓▓▓▓▓▓▓ | 290 |
| 4 | ▓ | 15 |
| 3 | | 1 |
| 2 | ▏ | 2 |
| 1 | | 0 |

95%
Would recommend

97%
ood value

100%
ood uality

---

ost relevant reviews

See all 193 reviews

★★★★★
by loudguy8711
Jan 05, 2016

**BCW hard plastic card holders with penny sleeves.**

What a great buy on a top uality product If you collect any type of cards then these are a great yet ine pensive investment to keep your collecting protected. I ordered the 100 holder set with the sleeves. Was so happy with the uality I ordered 100 more the ne t day.

erified purchase   es   Condition New   Sold by hobby supplies

👍 3   💬 0   ⚠

★★★★★
by livewiredeal
Feb 15, 2018

**E cellent Card rotectors for Shipping and Storage**

These things are super thick and perfect for shipping and storage, while also being reasonably cheap, even in small bulk uantities, such as, 100 per purchase. Bear in mind that each set of 25 is 1 Bo of igid Hard lastic Sleeves. So, if you order 100, then it'll come with 4 bo es. uckily, I found me a really cool person who sells them in lots of 100 and includes an addition 100 Soft Sleeves, as well eally great deal for a great product by BCW

erified purchase   es   Condition New   Sold by hobby supplies

👍 3   💬 0   ⚠

★★★★★
by _acwaspe_0
Nov 09, 2021

**uick easy affordable**

I've bought from uite a few small shops on here for toploaders and sleeves and this one is by far the most reliable for bulk. Every time I order it's here within the week and ready for card storage And one of the few I've found with not as messed up toploaders

erified purchase   es   Condition New   Sold by ghe iky

👍 0   💬 0   ⚠

★★★★★
by listnewandnotnew
Jul 05, 2016

**E actly as described, good uality**

Worked e actly as I e pected, great protection for the cards, easy to use.

erified purchase   es   Condition New   Sold by 7thstent

👍 2   💬 0   ⚠

★★★★★
by bry or68
Jul 20, 2016

**uality product**

If possible, an overhead or top view of the toploader would help visually so that the buyer could get a better idea that a certain card would fit. Actual mm si e is good, but the added view would be very helpful especially when trying to figure out if a thicker card, such as a ersey or patch card, would fit.

erified purchase   es   Condition New   Sold by hobby supplies

👍 3   💬 0   ⚠

---

ore to e plore   Sports Trading Card Toploaders & Holders,   agnetic Holder Sports Trading Card Toploaders & Holders,   old Sports Trading Card Toploaders & Holders, BCW Sports Trading Card Toploaders & Holders,   Screwdown Holder Sports Trading Card Toploaders & Holders,   Sports Trading Card Toploaders & Holders for Standard, Black Sports Trading Card Toploaders & Holders,   Ultra Sports Trading Card Toploaders & Holders,   Semi igid Holder Sports Trading Card Toploaders & Holders, BCW agnetic Holder Sports Trading Card Toploaders & Holders

---

About eBay   Announcements   Community   Security Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ

 Checkout

How do you like our checkout?  ive us feedback

## ay with

○ **Add new card**

VISA  Mastercard  AMEX  DISCOVER

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

○ G Pay  oogle  ay

## Ship to

Clerk2 Clerk2
161 North Clark St.
Chicago, I  60601  3206
United States
 312  375 1573
Change

## eview item and shipping

Seller  mohmus  6e0...      essage to seller


Hard    lastic Card Holder 25 Sleeves for
Baseball Card Topload Display Supplies.
**$7.20**
 uantity 1

**Delivery**
Est. delivery Jul 24    Jul 27
FedE    round or FedE   Home Delivery
Free

## ift cards, coupons, eBay Bucks

---



Subtotal  1 item                      $7.20
Shipping                              Free
Ta                                    $0.74

rder total                           $7.94

We're re  uired by law to collect sales ta
and applicable fees for certain ta
authorities.  earn more

🔒 Confirm and pay

**Select a payment option**

**ebay** MONEY BACK GUARANTEE
See details

Case: 1:24-cv-07259 Document #: 5 Filed: 08/15/24 Page 90 of 467 PageID #:600

Enter code

Apply

## Donate to charity  optional  ⓘ

otorsports Charities, Inc.

The NASCA   Foundations improves the lives of children in our NASCA   communities. Helping children survive and thrive. That s our checkered flag   ay  al  iving Fund        F receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non refundable and typically ta   deductible.        F may be unable to grant funds to a charity if the charity has lost ta   e  empt status, has closed, or no longer accepts funds from        F.

Select amount     None ⌄

Copyright    1995 2023 eBay Inc. All  ights  eserved. Accessibility, User Agreement,   rivacy,   ayments Terms of Use, Cookies,   our  rivacy Choices ✔⊠ and AdChoice ⓘ



Doe 22

Case: 1:24-cv-07259 Document #: 5 Filed: 08/15/24 Page 92 of 467 PageID #:602



# aliflaammeem

94.1% ositive Feedback

129 items sold

Contact

♡ Save seller

📅 Joined ct 2022

## Detailed seller ratings

Average for the last 12 months

| | | |
|---|---|---|
| Accurate description | | 4.9 |
| easonable shipping cost | | 5.0 |
| Shipping speed | | 4.9 |
| Communication | | 4.6 |

## Seller feedback  21

This item 1    All items  21

➕  i  8 315  •  ast month

erfect

See all feedback

Back to search results  ·  eturn to top

ore to e  plore    Sports Trading Card Toploaders & Holders,    BCW Sports Trading Card Toploaders & Holders,    old Sports Trading Card Toploaders & Holders,    agnetic Holder Sports Trading Card Toploaders & Holders,    Sports Trading Card Toploaders & Holders for Standard,    Ultra    Sports Trading Card Toploaders & Holders,    Screwdown Holder Sports Trading Card Toploaders & Holders,    Baseball Trading Card Singles,    Football Sports Trading Cards,    Sports Trading Card Card Sleeves

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices ⓧ and AdChoice ⓘ

Doe 22



How do you like our checkout? __ive us feedback

**PayPal**  Buy with  ay  al. It s fast and simple.

ay with

○ Add new card
VISA  mastercard  AMEX  DISCOVER

○ **PayPal**  ay  al

○ **PayPal CREDIT**  Special financing available.
Apply now.  See terms

○ **GPay**  oogle  ay

### Ship to

Clerk2 Clerk2
161 North Clark St.
Chicago, I  60601 3206
United States
312  375 1573
Change

### eview item and shipping

Seller  aliflaammeem    essage to seller

100 Top  oaders for Cards Toploader Hard  lastic Card Sleeves Baseball Football
$17.75

uantity
1

Delivery
Free US S   edia   ail
Est. delivery Feb 14   Feb 20

### ift cards, coupons, eBay Bucks

Enter code              Apply

### Donate to charity  optional ⓘ

Asian Americans for E  uality, Inc.

Help AAFE accomplish its mission to build affordable housing, provide housing advocacy, small business loans & support for first  time homeowners.  ay  al   iving Fund   F receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non  refundable and typically ta  deductible.   F may be unable to grant funds to a charity if the charity has lost ta  e  empt status, has closed, or no longer accepts funds from   F.

Select amount   None

| | |
|---|---|
| Item  1 | $17.75 |
| Shipping | Free |
| Ta | $1.82 |

| | |
|---|---|
| rder total | $19.57 |

We're  uired by law to collect sales ta  and applicable fees for certain ta  authorities.  earn more

🔒 Confirm and pay

Select a payment method

**ebay** MONEY BACK GUARANTEE
See details





The rigid PVC used in the 8x10 toploader as well as other BCW toploaders contain no plasticizers or stearates.
Our high quality PVC does not migrate and will not harm your cards, photos or prints, while offering maximum protection and visual appeal.
Use this holder to protect, store and display your 8x10 photographs, prints and documents.
Holds 8x10 photographs
Open on the short side
Exterior Dimensions: 8 3/8 x 10 1/4
Interior Dimensions: 8 1/8 x 10 1/8



### alon adok1

99.1% ositive Feedback
5.0K items sold

📅 Joined Jan 2018

isit store

Contact

♡ Save seller

### Detailed seller ratings
Average for the last 12 months

| | | |
|---|---|---|
| Accurate description | ▬▬▬ | 4.9 |
| easonable shipping cost | ▬▬▬ | 5.0 |
| Shipping speed | ▬▬▬ | 5.0 |
| Communication | ▬▬▬ | 5.0 |

### Seller feedback  1,202

This item 1   All items 1,202

➕ h  e 415 • ast month

reat product

See all feedback

## roduct ratings and reviews

earn more

Write a review

☆☆☆☆☆
No ratings or reviews yet

Be the first to write the review

Back to search results

eturn to top

ore to e  plore   BCW Sports Trading Card Toploaders & Holders,   BCW   agnetic Holder Sports Trading Card Toploaders & Holders,   BCW Sports Trading Card Toploaders & Holders for Tall,   BCW   old Sports Trading Card Toploaders & Holders,   BCW Screwdown Holder Sports Trading Card Toploaders & Holders,    agnetic Holder Sports Trading Card Toploaders & Holders,   Screwdown Holder Sports Trading Card Toploaders & Holders,    old Sports Trading Card Toploaders & Holders,   Semi   igid Holder Sports Trading Card Toploaders & Holders,   Ultra       Sports Trading Card Toploaders & Holders

About eBay     Announcements     Community     Security Center     Seller Center     Policies     Affiliates     Help & Contact     Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice ⓘ

Doe 23





Hi Clerk2! | Daily Deals | Brand Outlet | Gift Cards | Help & Contact

Sell | Watchlist | My eBay | 🔔¹ | 🛒

ebay   Shop by category ⌄   🔍 Search for anything   | All Categories ⌄ | **Search**

Back to search results › Collectibles & Art › ... › Sports Trading Cards › Storage & Display Supplies › Card Toploaders & Holders

Share   Add to Watchlist

SA E U T  **15%** WHEN  U BU   E



Have one to sell? Sell now

### 200 BCW 3 4   egular Card Toploaders  Top oaders

🟢  egendary Hobby  4091
99.8% positive · Seller's other items · Contact seller

**US $29.99**  ea
or Best  ffer

Condition  New

 uantity  [1]   6 available   297 sold

Bulk savings
| Buy 1 $29.99 ea | Buy 2 $28.49 ea | Buy 3 $26.99 ea | 4 or more for $25.49 ea |

**Buy It Now**

**Add to cart**

 ake offer

♡ Add to watchlist

⚡ This one's trending. 297 have already sold.

↩ Breathe easy.  eturns accepted.

Shipping   Free 2  4 day shipping
 et it between Wed, Feb 14 and Fri, Feb 16 to 60601.
See details
 ocated in  Jackson, Wisconsin, United States

 eturns   14 days returns. Buyer pays for return shipping. See details

 ayments   PayPal  G Pay  VISA  Mastercard  AMEX  Discover
PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5  points when you use your eBay  astercard®.  earn more



| About this item | Shipping, returns, and payments |

 eport this item

Seller assumes all responsibility for this listing.

 ast updated on Feb 04, 2024 05 32 19  ST   iew all revisions

eBay item number  402745558094

## Item specifics

| Condition | New  A brand  new, unused, unopened, undamaged item  including handmade items . See the seller's ...  ead more |
| Brand | BCW |
| Type |  igid |
| Compatible Card Si  e | Standard |
| Color | Clear |
| Use With | Standard Si  e Trading Cards |



**Doe 24**

Item description from the seller



### Legendary Hobby

**BCW Pro 3" x 4" Regular Top Loader 200 Top Loaders**

BCW Standard 3x4 toploaders are made of high-quality, rigid PVC. These toploading holders are some of the most popular rigid individual card holders in the collectible card industry. Use this product to protect, store or display collectible baseball cards, football cards, hockey cards, or other trading cards like Magic The Gathering, Pokemon, YuGiOh, and others.

BCW Card Sleeves (often called 'penny sleeves') are an acid free, archival quality product made of crystal clear polypropylene. Use this protective holder to protect, store and display your collectible trading cards.

**Shipping Information**

Item will ship via UPS/Fedex Ground or USPS Priority Mail. Orders ship same day on orders placed and paid before 3pm EST. Weekend orders ship on Monday.



## egendary Hobby

99.8% ositive Feedback
14K items sold

[ isit store ]
[ Contact ]
[ ♡ Save seller ]

Joined ct 2019

### Detailed seller ratings
Average for the last 12 months

| | | |
|---|---|---|
| Accurate description | ——— | 5.0 |
| easonable shipping cost | ——— | 5.0 |
| Shipping speed | ——— | 5.0 |
| Communication | ——— | 5.0 |

opular categories from this store                                   See all

[ Sports Cards ]  [ ok mon ]  [ ens Apparel ]  [ Womens Apparel ]  [ ther ]

### Seller feedback  3,767

This item 131     All items 3,767

➕  r  t 5325  •  ast year

reat product, ust as described, super secure package e pertly shipped

➕  a  322  •  ast year

Doe 24

ood price, fast shipping, great product. Awesome..

d    ∨ 1134  •   ast year

D      DUCT... FAST SHI    IN   .   ACKED WE   .  THANK    U

See all feedback

ore to e  plore     BCW Sports Trading Card Toploaders & Holders,    BCW Sports Trading Card Toploaders & Holders for Tall,    BCW    old Sports Trading Card Toploaders & Holders,
BCW Black Sports Trading Card Toploaders & Holders,    BCW White Sports Trading Card Toploaders & Holders,    BCW    agnetic Holder Sports Trading Card Toploaders & Holders,
Sports Trading Card Toploaders & Holders,     agnetic Holder Sports Trading Card Toploaders & Holders,    Ultra      Sports Trading Card Toploaders & Holders,    BCW Sports Trading Card Storage Bo  es

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice

Doe 24

2/12/24, 4:53 PM

 Checkout

How do you like our checkout? give us feedback

**PayPal**  Buy with ay al. It s fast and simple.



ay with

○ Add new card
  VISA  mastercard  AMEX  DISCOVER

○ **PayPal**  ay al

○ PayPal CREDIT  Special financing available.
  Apply now.  See terms

○ G Pay  oogle ay

**Ship to**

Clerk2 Clerk2
161 North Clark St.
Chicago, I  60601 3206
United States
312 375 1573
Change

**eview item and shipping**

Seller  legendaryhobby  essage to seller

200  BCW 3 4  egular Card Toploaders  Top  oaders
$29.99

uantity
1

eturns accepted

**Delivery**
Free 2 4 day shipping
et it by Feb 14  Feb 16
Standard Shipping

**ift cards, coupons, eBay Bucks**

Enter code  Apply

**Donate to charity  optional** ⓘ

Save a Child's Heart Foundation

ive $1 to help provide lifesaving heart surgery for children in need.  ay  al
iving Fund  F receives your donation and grants 100% to a charity no
later than 30 days after the end of the month in which the donation is
made. Donations are non refundable and typically ta  deductible.  F
may be unable to grant funds to a charity if the charity has lost ta  e empt
status, has closed, or no longer accepts funds from  F.

Select amount  None

---

| Item  1 | $29.99 |
| Shipping | Free |
| Ta | $3.07 |

rder total  $33.06

We're  uired by law to collect sales ta  and
applicable fees for certain ta  authorities.  earn more

🔒 Confirm and pay

Select a payment method

ebay MONEY BACK GUARANTEE
See details

---

Doe 24





Pack of (25) BCW 8x10 Picture Photo Clear
Hard plastic Top Loaders

FreeShipping



### angeigiel 0

98.3% ositive Feedback
344 items sold

Seller's other items

Contact

♡ Save seller

📅 Joined    ay 2022

### Detailed seller ratings

Average for the last 12 months

| Accurate description | ▬▬▬ | 5.0 |
| easonable shipping cost | ▬▬▬ | 5.0 |
| Shipping speed | ▬▬▬ | 4.9 |
| Communication | ▬▬▬ | 4.9 |

## Seller feedback  122

This item  13    All items  122

➕  n   a 1166  •   ast month

A   seller.   reat item. Arrived in mint condition and ahead of schedule. Thank you.

➕  4   3685  •   ast 6 months

reat product   Fast shipper   reat ebay seller

➕  9   8 538  •   ast month

Not sure what happened with shipping. But communication was good.   roduct is as described.

[See all feedback]

Back to search results                                                                       eturn to top

ore to e  plore   BCW Sports Trading Card Toploaders & Holders,   NBA   riginal Autographed   hotos Nevada Wolf   ack,   BCW Sports Trading Card Binders,
BCW Sports Trading Card Display Cases & Stands,   BCW Sports Trading Card Storage & Display Supplies,   BCW Sports Trading Card Toploaders & Holders for Tall,
BCW   agnetic Holder Sports Trading Card Toploaders & Holders,   BCW Sports Trading Card Card Sleeves for Standard,   NF   hotos,   B   hotos

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice

 Checkout

How do you like our checkout?  ive us feedback



**PayPal** Buy with  ay  al. It s fast and simple.

ay with

Add new card

○ VISA · Mastercard · American Express · Discover

○ **PayPal**  ay  al

○ **PayPal CREDIT**  Special financing available.
Apply now.  See terms

○ **G Pay**  oogle  ay

**Ship to**

Clerk2 Clerk2
161 North Clark St.
Chicago, I  60601 3206
United States
312  375 1573
Change

 eview item and shipping

Seller  angeigiel 0         essage to seller

AST   NE
 ack of  25  BCW 8  10   icture   hoto Clear Hard plastic
Top  oaders
$28.00
 uantity 1

**Delivery**
Free US  S First Class
Est. delivery Feb 23   Feb 28

 ift cards, coupons, eBay Bucks

Enter code                    Apply

**Donate to charity  optional** ⓘ

Save a Child's Heart Foundation

 ive $1 to help provide lifesaving heart surgery for children in need.   ay  al
 iving Fund    F  receives your donation and grants 100% to a charity no
later than 30 days after the end of the month in which the donation is
made. Donations are non refundable and typically ta  deductible.    F
may be unable to grant funds to a charity if the charity has lost ta   e empt
status, has closed, or no longer accepts funds from     F.

Select amount  None ▾

| Item  1 | $28.00 |
| Shipping | Free |
| Ta | $2.87 |

 rder total                         $30.87

We're  uired by law to collect sales ta   and
applicable fees for certain ta  authorities.  earn more

🔒 Confirm and pay

Select a payment method

**ebay** MONEY BACK GUARANTEE
See details

Case: 1:24-cv-07259 Document #: 5 Filed: 03/15/24 Page 105 of 467 PageID #:615



Doe 26

Case: 1:24-cv-07259 Document #: 5 Filed: 08/15/24 Page 106 of 467 PageID #:616

Brand new in packaging

200 total standard size toploaders.

If you have any questions, please feel free to ask.27.95



## anythingandeverythinghere

100% ositive Feedback
2.5K items sold

Seller's other items

Contact

♡ Save seller

📅 Joined Sep 2016

## Detailed seller ratings

Average for the last 12 months

| | | |
|---|---|---|
| Accurate description | ━━━━━ | 5.0 |
| easonable shipping cost | ━━━━━ | 5.0 |
| Shipping speed | ━━━━━ | 5.0 |
| Communication | ━━━━━ | 5.0 |

## Seller feedback  827

⊕  0   t 343  •  ast 6 months

Card bo es arrived e actly as described. A  seller

2007  ress  ass Elvis  resley THE   USIC Factory Sealed Blaster Bo   266523435483

⊕  8   g 1399  •  ast month

E cellent Transaction   reat Seller and Communication   ery Fast Shipper  A    Thank  ou

2007   ESS  ASS E   IS   ES E  THE   USIC FACT   SEA  ED B  ASTE   20 B    CASE   2666485586905

⊕  n   e 11967  •  ast 6 months

Fast shipping and e cellent packaging  Thank you   leasure doing business with you

 aul  eubens   ee Wee Herman Autographed Signed Card   SA DNA Certified 1985   266528131281

See all feedback

ore to e  plore   BCW Sports Trading Card Toploaders & Holders for Standard,   BCW Semi   igid Holder Sports Trading Card Toploaders & Holders for Standard,
BCW Black Sports Trading Card Toploaders & Holders for Standard,   BCW   agnetic Holder Sports Trading Card Toploaders & Holders for Standard,
BCW Screwdown Holder Sports Trading Card Toploaders & Holders for Standard,   BCW Sports Trading Card Toploaders & Holders,   BCW Semi   igid Holder Sports Trading Card Toploaders & Holders,
Sports Trading Card Toploaders & Holders for Standard,   BCW   agnetic Holder Sports Trading Card Toploaders & Holders,   old Sports Trading Card Toploaders & Holders for Standard

About eBay   Announcements   Community   Security Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice ⓘ

 Checkout

How do you like our checkout?   ive us feedback

**PayPal**  Buy with  ay  al. It s fast and simple.

ay with

○  Add new card
   VISA  Mastercard  AMEX  DISCOVER

○  **PayPal**  ay  al

○  **PayPal CREDIT**  Special financing available.
   Apply now.  See terms

○  **G Pay**  oogle  ay

**Ship to**

Clerk2 Clerk2
161 North Clark St.
Chicago, I  60601 3206
United States
312 375 1573
Change

**eview item and shipping**

Seller  anythingand...       essage to seller

AST  NE

200 BCW  igid Standard Toploaders 3  4   lastic
Standard Cards 35pt Trading Cards
$22.95
 uantity 1

 eturns accepted

Delivery
Free 2  4 day shipping
 et it by Feb 14   Feb 16
Standard Shipping

**ift cards, coupons, eBay Bucks**

[ Enter code ]   [ Apply ]

**Donate to charity  optional**  ⓘ

Save a Child's Heart Foundation

 ive $1 to help provide lifesaving heart surgery for children in need.   ay  al
 iving Fund     F  receives your donation and grants 100% to a charity no
later than 30 days after the end of the month in which the donation is
made. Donations are non refundable and typically ta  deductible.    F
may be unable to grant funds to a charity if the charity has lost ta  e  empt
status, has closed, or no longer accepts funds from     F.

Select amount   [ None ∨ ]

| | |
|---|---|
| Item  1 | $22.95 |
| Shipping | Free |
| Ta | $2.35 |

 rder total                     $25.30

We're  uired by law to collect sales ta  and
applicable fees for certain ta  authorities.  earn more

🔒 Confirm and pay

Select a payment method

**ebay** MONEY BACK GUARANTEE
See details







opular categories from this store

See all

Collectibles    ovies & T    Sports    em, Cards & Fan Shop    Coins &    aper    oney

Seller feedback  6,382

This item  3,250    All items  6,382

p    0  303  •    ast 6 months

E  cellent items and communication

eply from  auctionsunlimitedinyc:
Super fast payment great transaction thank you very much for bidding on my auctions highly recommended AA

r    i  820  •    ast 6 months

reat communication   Thank you for helping me out with my special order.

eply from  auctionsunlimitedinyc:
Super fast payment great transaction thank you very much for bidding on my auctions highly recommended AA

a    s  494  •    ast month

Thanks again  A

eply from  auctionsunlimitedinyc:
Super fast payment great transaction thank you very much for bidding on my auctions highly recommended AA

See all feedback

Back to search results    eturn to top

ore to e  plore    BCW Sports Trading Card Card Holders for Standard ,    BCW Sports Trading Card Toploaders & Holders for Standard ,    BCW Sports Trading Card Card Sleeves for Standard ,    BCW Sports Trading Card Sleeves & Bags for Standard ,
BCW Black Sports Trading Card Toploaders & Holders for Standard ,    BCW Sports Trading Card Toploaders & Holders ,    BCW Sports Trading Card Storage Bo  es ,    BCW Sports Trading Card Display Cases & Stands ,
BCW Sports Trading Card Storage & Display Supplies ,    BCW Sports Trading Card Card Sleeves

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved.  Accessibility ,  User Agreement ,  Privacy ,  Payments Terms of Use ,  Cookies ,  CA Privacy Notice ,  Your Privacy Choices  and  AdChoice

 Checkout

How do you like our checkout?  ive us feedback

**PayPal**  Buy with  ay  al. It s fast and simple.

ay with

○ Add new card
  VISA · Mastercard · American Express · Discover

○ **PayPal**  ay  al

○ **PayPal Credit**  Special financing available.
  Apply now.  See terms

○ **G Pay**  oogle  ay

### Ship to

Clerk2 Clerk2
161 North Clark St.
Chicago, I  60601 3206
United States
312  375 1573
Change

### eview item and shipping

Seller  auctionsunl...      essage to seller

100   EEN B   DE  Top loaders 3  4 For Standard
Si e Trading, Sports &  aming BCW
$23.79

uantity
1  ▾

eturns accepted

Delivery
Free US  S  riority  ail  added Flat  ate Envelope
Est. delivery  Feb 15  Feb 17

### ift cards, coupons, eBay Bucks

Enter code      Apply

### Donate to charity  optional  ⓘ

Save a Child's Heart Foundation

 ive $1 to help provide lifesaving heart surgery for children in need.  ay  al
 iving Fund    F  receives your donation and grants 100% to a charity no
later than 30 days after the end of the month in which the donation is
made. Donations are non refundable and typically ta  deductible.       F
may be unable to grant funds to a charity if the charity has lost ta  e empt
status, has closed, or no longer accepts funds from       F.

Select amount    None ▾

---

| Item  1 | $23.79 |
| Shipping | Free |
| Ta | $2.44 |
| **rder total** | **$26.23** |

We're re uired by law to collect sales ta  and
applicable fees for certain ta  authorities.  earn more

🔒 Confirm and pay

Select a payment method

**ebay** MONEY BACK GUARANTEE
See details

Doe 27



Item description from the seller

# Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading:)



- Contains 50 standard toploaders
- Contains 100 trading card sleeves
- Toploader Exterior Dimensions: 3 x 4 1/16 in
- Toploader Interior Dimensions: 2 3/4 x 3 7/8 in
- Sleeve Exterior Dimensions: 2 5/8 X 3 5/8 in

**BCW Standard 3x4 toploaders are made of high-quality, rigid PVC. These toploading holders are some of the most popular rigid individual card holders in the collectible card industry. Use this product to protect, store or display collectible baseball cards, football cards, hockey cards, or other trading cards like Magic The Gathering, Pokemon, YuGiOh, and others. BCW Card Sleeves (often called 'penny sleeves') are an acid free, archival quality product made of crystal clear polypropylene. Use this protective holder to protect, store and display your collectible trading cards.**

**Feedbacks from buyers**

1.not much to say they were in perfect condition and work amazing would recommend!

2.Great value and product

3.My son loves collecting baseball cards and will only use this brand. He uses the sturdier ones for special cards and the thinner sleeves for the ones he stores in boxes.

## Shipping

- We offer FREE shipping on all orders!
- Our deliveries are extremely fast
- 1-5 business days / 1-3 business days
- We ship within Three business days of payment, usually sooner.



## Return

- You can return a product for up to 30 days from the date you purchased it.
- Any product you return must be in the same condition you received it and in the original packaging. Please keep the receipt.



## Payment

We accept payment by any of the following methods:
**PayPal, Google Pay ,Visa etc ...**
Please pay as soon as possible after winning an auction, as that will allow us to post your item to you sooner!



## Feedback

Customer satisfaction is very important to us.
If you have any problem with your order, please contact us and we will do our best to make you satisfied.



## Contact Us

If you have any queries, please contact us via ebay. We usually respond within 24 hours on weekdays.

**Please visit our eBay store to check out other items for sale!**

## Thank you for shopping at our store.

Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading | Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading | Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading | Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading | Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading | Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading | Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading



**avi.best.deals**
98.6%    positive Feedback
245 items sold

|                        | Visit store |
|                        | Contact     |
|                        | Save seller |

**Detailed seller ratings**
Average for the last 12 months

| Accurate description          | 4.9 |
| easonable shipping cost       | 5.0 |
| Shipping speed                | 4.9 |
| Communication                 | 4.9 |

**opular categories from this store**    See all

Collectibles   Crafts   Everything Else   usical Instruments & ar

**Seller feedback** 63

This item 12    All items 63

E  d. 528 ▾    ast month
E  cellent product and price.    uality, fast delivery. Thank you

A  b. 27 ▾    ast month
Came  uickly and  ust what I needed for my baseball card collection, highly recommend purchasing

A  r. 935 ▾    ast month

| Cameras & | hoto | Cell | hones & Accessories | | nost deal with | uick shipping too | Thank you |

| Clothing, Shoes & Accessories | Toys & Hobbies | et Supplies | | See all feedback |

ore to c  pore    Sports Trading Card Toploaders & Holders,    agnetic Holder Sports Trading Card Toploaders & Holders,    old Sports Trading Card Toploaders & Holders,   BCW Sports Trading Card Toploaders & Holders,
Sports Trading Card Toploaders & Holders for Standard    Screwdown Holder Sports Trading Card Toploaders & Holders,   Ultra       Sports Trading Card Toploaders & Holders,
Semi   igid Holder Sports Trading Card Toploaders & Holders,   BCW   agnetic Holder Sports Trading Card Toploaders & Holders,    agnetic Holder Sports Trading Card Toploaders & Holders for Standard

About eBay     Announcements     Community     Security Center     Seller Center     Policies     Affiliates     Help & Contact     Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices  and AdChoice

Doe 28

 Checkout

How do you like our checkout? Give us feedback

ay with

○ Add new card


○ **PayPal**

○ PayPal CREDIT
Special financing available.
Apply now. See terms

○ G Pay oogle ay

### Ship to

Clerk2 Clerk2
161 North Clark St.
Chicago, I  60601 3206
United States
312 375 1573
Change

### eview item and shipping

Seller  avi.best.deals    essage to seller

Best Card Sleeves Hard  lastic Case Holder 100
Baseball Cards Topload Trading ✅✅✅
$14.99

uantity
1

Delivery
Est. delivery Jul 15   Jul 19
U  S Ne  t Day Air Saver
Free

### ift cards, coupons, eBay Bucks

Enter code          Apply

### Donate to charity  optional  ⓘ

AS  CA

Can you spare some change for animals in need? Add a donation to the AS  CA now.
 ay al  iving Fund   F  receives your donation and grants 100% to a charity no
later than 30 days after the end of the month in which the donation is made. Donations
are non  refundable and typically ta  deductible.   F may be unable to grant funds
to a charity if the charity has lost ta  e empt status, has closed, or no longer accepts
funds from   F.

Select amount        None

Subtotal  1 item              $14.99
Shipping                      Free
Ta                            $1.54

rder total                    $16.53

We're re  uired by law to collect sales ta
and applicable fees for certain to
authorities.  earn more

 Confirm and pay

Select a payment option

ebay MONEY BACK GUARANTEE
See details

Copyright   1995 2023 eBay Inc. All  ights  eserved. Accessibility, User Agreement,  rivacy,  ayments Terms of Use, Cookies,  our  rivacy Choices and AdChoice ⓘ





## Baums Collectables

99.7%  ositive Feedback
9.8K items sold

[ isit store ]

[ Contact ]

[ ♡ Save seller ]

📅 Joined Jan 2013

### Detailed seller ratings

Average for the last 12 months

| Accurate description | 5.0 |
|---|---|
|  easonable shipping cost | 4.9 |
| Shipping speed | 5.0 |
| Communication | 5.0 |

### opular categories from this store

See all

[ Stamps ]  [ Books &  aga  ines ]  [ Toys & Hobbies ]  [  ovies & T ]  [ Sports  em, Cards & Fan Shop ]  [ Coins &  aper  oney ]

### Seller feedback  2,274

⊕  6   e 337  •   ast 6 months

I  ECEI ED    DE   ESTE  DA  AND THE  ACKA  E WAS WE   W  A   ED, THE TH  EE  IECES THAT I   DE  WE  E IN   ETT     D C  NDITI  N AND THE    DE  WAS
DE I E  ED  E    UICK  .THANK   U SE  E  AND   U DESE    E A FI  E STA    US  ATIN  .I WI   DEFINITE    BU  F           U A  AIN.   UI  IN    .

BCW Coin Display Slab, No Inserts, 25_ ack  _166405096056

⊕   a   147  •   ast year

Item was as described. Shipping was fast, and my $2 bills arrived in perfect condition. I would purchase from this seller again. A

2017 A $2 Note Cleveland Federal   eserve Two Dollar Note in   rotective Sleeve   165318920172

⊕   e  • •   ast 6 months

uick delivery, packaged well, item as described, highly recommend

Shrek  The Ultimate Collection   Blu ray   _166391556232

[ See all feedback ]

Back to search results                                                                                                    eturn to top

ore to e  plore    Sports Trading Card Toploaders & Holders with Features For E  tra Thick Cards,    old Sports Trading Card Toploaders & Holders with Features For E  tra Thick Cards,
BCW Sports Trading Card Toploaders & Holders with Features For E  tra Thick Cards,    agnetic Holder Sports Trading Card Toploaders & Holders with Features For E  tra Thick Cards,
Screwdown Holder Sports Trading Card Toploaders & Holders with Features For E  tra Thick Cards,    Sports Trading Card Toploaders & Holders,    old Sports Trading Card Toploaders & Holders,
  agnetic Holder Sports Trading Card Toploaders & Holders,   Ultra      Sports Trading Card Toploaders & Holders,    Sports Trading Card Toploaders & Holders with U   rotection

About eBay     Announcements     Community     Security Center     Seller Center     Policies     Affiliates     Help & Contact     Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices ▷ and AdChoice ⓘ

 Checkout

How do you like our checkout? _ive us feedback

**PayPal** Buy with  ay  al. It s fast and simple.

ay with

○ Add new card
  VISA  mastercard  AMEX  DISCOVER

○ **PayPal**  ay  al

○ **PayPal CREDIT**  Special financing available.
  Apply now.  See terms

### Ship to

Clerk2 Clerk2
161 North Clark St.
Chicago, I  60601 3206
United States
312  375 1573
Change

### eview item and shipping

Seller  baumscollec...     essage to seller

THICK CA  DS 7    T    ADE  10  K
$6.99

uantity
1

eturns accepted

Delivery
Est. delivery  Feb 15   Feb 20
US  S   round Advantage
$4.38

### ift cards, coupons, eBay Bucks

Enter code          Apply

### Donate to charity  optional  ⓘ

Save a Child's Heart Foundation

ive $1 to help provide lifesaving heart surgery for children in need.   ay  al
iving Fund    F  receives your donation and grants 100% to a charity no
later than 30 days after the end of the month in which the donation is
made. Donations are non refundable and typically ta  deductible.    F
may be unable to grant funds to a charity if the charity has lost ta  e empt
status, has closed, or no longer accepts funds from      F.

Select amount    None ⌄

| | |
|---|---|
| Item  1 | $6.99 |
| Shipping | $4.38 |
| Ta | $1.17 |
| rder total | $12.54 |

We're  uired by law to collect sales ta  and
applicable fees for certain ta  authorities. _earn more

🔒 Confirm and pay

Select a payment method

ebay MONEY BACK GUARANTEE
See details

Doe 29



## About this product

roduct Identifiers

| | | | |
|---|---|---|---|
| Brand | BCW | TIN | 0722626902345 |
| U C | 0722626902345 | eBay roduct ID e ID | 11311149263 |

roduct Key Features

| | |
|---|---|
| Type | igid |

Additional roduct Features

| | |
|---|---|
| Si e | Standard |

## Item description from the seller



**Betta Believe It**

**BCW 3x4 Toploaded Card Holder - Premium- Thicker Clearer Panels**

- Holds a standard trading card - Up to 20 pts
- Open on the short side
- Thicker, 15mil panels

Exterior Dimensions:
3 x 4 1/16

Interior Dimensions:
2 3/4 x 3 7/8

25 Holders per Pack

The BCW Premium 3x4 toploaders feature thicker, clearer panels and are made of high-quality, rigid PVC. These toploading holders are a favorite among discerning collectors. Use this product to protect, store, and display collectible baseball cards, football cards, hockey cards, or other trading cards like Magic the Gathering, Pokemon, YuGiOh and others.

**Payment Policy**

All orders sent within one day of receiving payment

**Return Policy**

Thank you for your purchase. We hope you are happy with your purchase. However, if you are not completely satisfied with your purchase for any reason, you may return it to us for a full refund or an exchange. Please see below for more information on our return policy.

**RETURNS**

All returns must be postmarked within 30 days of the purchase date. All returned items must be in be in new and unused condition, with all original tags and labels attached.

**RETURN PROCESS**

To return an item, place the item securely in its original packaging and mail your return using the label enclosed with your order.

**REFUNDS**

After receiving your return and inspecting the condition of your item, we will process your return or exchange.

**EXCEPTIONS**

The following items cannot be returned or exchanged:

For defective or damaged products, please contact us.

**Please Note**

Sale items are FINAL SALE and cannot be returned.

For purchases under $20 please contact us for a solution.

International sales

**QUESTIONS**

If you have any questions concerning our return policy, please contact us.

**Shipping Policy**

As always FREE shipping.

Items ship within one business day of receiving payment.

**Feedback**

We appreciate your feedback. If you have any questions or suggestions we're here for you.

**Betta Believe It**

Copyright © Betta Believe It

**Betta Believe It**

100% ositive Feedback
79K Items sold

isit store

Contact

♡ Save seller

Doe 30





This is a private listing and your identity will not be disclosed to anyone e copt the seller.

Back to home page      See   ore Details about   BCW   remium 3  4 Ratload Card Holder.                                                                                              turn to top
one to e  plete          BCW Sports Trading Card Toploaders & Holders      BCW    agnetic Holder Sports Trading Card Toploaders & Holders      BCW Sport's Trading Card Toploaders & Holders for Tall,
BCW    old Sports Trading Card Toploaders & Holders,      BCW Screwdown Holder Sports Trading Card Toploaders & Holders,    agnetic Holder Sports Trading Card Toploaders & Holders,
   old Sports Trading Card Toploaders & Holders,      Screwdown Holder Sports Trading Card Toploaders & Holders,   Black Sports Trading Card Toploaders & Holders,   Semi    lost Holder Sports Trading Card Toploaders & Holders

About eBay     Announcements     Community     Security Center     Seller Center     Policies     Affiliates     Help & Contact     Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved.  Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices    and AdChoice

 Checkout

How do you like our checkout? _ive us feedback

ay with

○ Add new card

○ **PayPal**

○ PayPal CREDIT
Special financing available.
Apply now. See terms

○ GPay oogle ay

**Ship to**

Clerk2 Clerk2
161 North Clark St.
Chicago, I  60601 3206
United States
312 375 1573

Change

**eview item and shipping**

Seller  betta belle...   _essage to seller



BCW 3  4 Topload Card Holder  remium  Thicker
Clearer  anels
$6.25

uantity
1

Delivery
Free 2  4 day shipping
et it by Jul 17   Jul 19
US  S First Class

**ift cards, coupons, eBay Bucks**

Enter code        Apply

**Donate to charity  optional** ⓘ

AS  CA

Can you spare some change for animals in need? Add a donation to the AS  CA now.
 ay al  iving Fund    F receives your donation and grants 100% to a charity no
later than 30 days after the end of the month in which the donation is made. Donations
are non  refundable and typically ta  deductible.    F may be unable to grant funds
to a charity if the charity has lost ta  e empt status, has closed, or no longer accepts
funds from   F.

Select amount     None

| Subtotal  1 item | $6.25 |
| Shipping | Free |
| Ta | $0.64 |
| rder total | $6.89 |

We're re  uired by law to collect sales ta
and applicable fees for certain ta
authorities.  earn more

Confirm and pay

Select a payment option

MONEY BACK GUARANTEE
See details

Copyright   1995 2023 eBay Inc. All   ights  eserved. Accessibility, User Agreement,  rivacy,  ayments Terms of Use, Cookies,  our  rivacy Choices and AdChoice ⓘ



ebay

Hi Cl_ork2 ∨   Daily Deals   Brand   utlet   Help & Contact                                          Sell   Watchlist ∨   y-eBay ∨   🔔

Shop by category ∨   🔍 Search for anything                      All Categories ∨   **Search**   Advanced

← Back to previous page      listed in category:   Sporting   oods >   ...   >   Storage & Display Supplies >   Card Toploaders & Holders >   See more BCW 1 T  CH 100 3   4 ...                    Share   Add to Watchlist

SA  E U  T     **40%** WHEN    U BU          E

### BCW 3  4 Standard Topload Card Holder & Standard Card Sleeves  100 Each

⭐⭐⭐⭐⭐ 42 product ratings

Condition   New

uantity   1      ast   ne   29 sold

rice   **US $10.99**

**Buy It Now**

**Add to cart**

Best   ffer

**ake offer**

♡ Add to watchlist

⚡ This one's trending. 29 have already sold.
↩ Breathe easy.  eturns accepted.

Shipping   US $10.25 Standard Shipping. See details
            located in    ill Creek,  ennsylvania, United States

Delivery   Estimated between Tue, Jul 25 and Fri, Jul 28 to 60601 ⓘ

eturns   30 days returns. Seller pays for return shipping. See details

ayments   [PayPal] [G Pay] [VISA] [mastercard] [AMEX] [●●]

Special financing available. See terms and apply now

Earn up to 5  points when you use your eBay astercard®.  earn more

**Seller information**
aqbargainss18  769 🌟
99.4% positive feedback

♡ Save seller
 Contact seller
 isit store
See other items

---

Similar sponsored items      See all ›                                    Feedback on our suggestions







Have one to sell?   Sell now

| BCW 3  4 Topload Card Holder, Standard, 100 Count  ack | BCW Top  oaders 3  4 Toploaders 100 Card  rotectors | T  F 2 USED    INDE IS  STE CA  D ST   A  E CASES. EACH H  DS 120 CA  DS | 25 pack ● New ● 1 T  CH BK   3  4  igid Top  oad Card Holder ● Black Border | 100 T    ADIN  CA DS, 12  3  4  I  AD ASTIC |
| New | New | **$15.00** | New | New |
| $18.92 | $16.65 | 0 bids | $8.49 | $9.75 |
| Free shipping | $18.50 10% off | $14.30 shipping | Free shipping | $9.30 shipping |
| Seller with a 995% positive feedback | Free shipping | Seller with a 99.2% positive feedback | Seller with a 99.3% positive feedback | Seller with a 999% positive feedback |

---

Sponsored items customers also bought      See all ›                          Feedback on our suggestions







| BCW 3  4 WHITE   KIE Standard Toploaders 35pt 4   acks of 25, 100 total | BCW 3  4 Topload Card Holder  remium   Thicker Cleaner  anels | 25 Ultra CB   2  5mm 100pt  ro Top  oaders Toploaders Topload Thick Jersey Cards | Ultra  ro 3  4     D    KIE 35pt  ack of 25 for Standard Si ed Cards | BCW 3  4 Thick Card Toploaders  ack of 10 for up to 138pt Cards |
| New | New | New | New | New |
| $19.94 | $6.25 | $7.68 | $7.49 | $6.85 |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |
| Top  ated  lus | Top  ated  lus | ✓ Direct from Columbia Sports Cards | Top  ated  lus | Top  ated  lus |
| 35 sold | 27 sold | 4068 sold | 1242 sold | 602 sold |

---

About this Item   | Shipping, returns & payments |                            eport this Item

Seller assumes all responsibility for this listing.
ast updated on Jun 26, 2023 20 14 12   DT   iew all revisions                    eBay item number  285109297091

### Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand new, unused, unopened, undamaged item including handmade items. See the seller's ...  ead more | Card Holder Type | Semi  igid Holder |
| Compatible Card Si e | Standard | Color | Clear |
| Features | 12    il Thickness | Number of Toploaders  Card Holders | 100 |
| Compatible Card Thickness | 20  t. | U C | 07226007972 |



| Brand | BCW | Type | igid |
| --- | --- | --- | --- |

### About this product

roduct Identifiers

| Brand | BCW | U C | 0722626007972 |
| --- | --- | --- | --- |
| eBay roduct ID e ID | 230028809383 | | |

roduct Key Features

| Type | igid | | |
| --- | --- | --- | --- |

Additional roduct Features

| SI e | Standard | Team | Chicago White So |
| --- | --- | --- | --- |
| Border Color | Clear | Series | Topps Chrome |
| ear | 2020 | | |

### Item description from the seller

**3x4 Topload Card Holder**

- Holds a standard trading card - Up to 20 pts
- 12 mil thickness panels
- Open on the short side

**Standard Card Sleeves**

- Fits inside topload card holders
- Protect cards while handling





★★★★☆
by theworkingstiff296
ay 12, 2022

**Top  oader**

Top loaders are in good condition, however there seems to be alot of plastic shavings inside the loaders and could potentially ruin sports cards. But, they are still a good buy. Thanks

erified purchase     es   Condition: New   Sold by  hookeoloncardswh .

👍 0       💬 0    ❗

★★★★★
by pshnick_1
Jan 12, 2021

** reat purchase**

 reat purchase of top loaders , great   uality, fair price

erified purchase     es   Condition: New   Sold by  ghe     lry

👍 1       💬 0    ❗

Back to previous page       See    ore Details about   BCW I T  CH 100 3  4 Topload Card Holder   Standard.                                                                                       eturn to top

 ore to e  plore     BCW Sports Trading Card Toploaders & Holders for Standard  ,   BCW Black Sports Trading Card Toploaders & Holders for Standard  ,
BCW Screwdown Holder Sports Trading Card Toploaders & Holders for Standard  ,   BCW    agnetic Holder Sports Trading Card Toploaders & Holders for Standard  ,
BCW Snap   ock Holder Sports Trading Card Toploaders & Holders for Standard  ,   BCW Sports Trading Card Toploaders & Holders  ,   Sports Trading Card Toploaders & Holders  ,
BCW    agnetic Holder Sports Trading Card Toploaders & Holders  ,   BCW Snap   ock Holder Sports Trading Card Toploaders & Holders  ,   BCW Semi    igid Holder Sports Trading Card Toploaders & Holders

About eBay     Announcements     Community     Security Center     Seller Center     Policies     Affiliates     Help & Contact     Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved.   Accessibility,  User Agreement,  Privacy,  Payments Terms of Use,  Cookies,  Your Privacy Choices  and  AdChoice ⓘ

 Checkout

How do you like our checkout?  Give us feedback

ay with

○ Add new card
   VISA  mastercard  AMEX  Discover

○ **PayPal**

○ **PayPal CREDIT**
   Special financing available.
   Apply now. See terms

○ G Pay  oogle  ay

---

Ship to

Clerk2 Clerk2
161 North Clark St.
Chicago, I  60601 3206
United States
312  375  1573
Change

---

eview item and shipping

Seller  wolverines18    essage to seller



BCW 3  4 Standard Topload Card Holder & Standard Card Sleeves
100 Each
$10.99

uantity 1

Delivery
Est. delivery  Jul 25   Jul 28
US  S  round Advantage
$10.25

---

ift cards, coupons, eBay Bucks

Enter code          Apply

---

Donate to charity  optional  ⓘ

otorsports Charities, Inc.

The NASCA   Foundations improves the lives of children in our NASCA   communities.
Helping children survive and thrive. That's our checkered flag   ay  al  iving Fund
      F  receives your donation and grants 100% to a charity no later than 30 days after
the end of the month in which the donation is made. Donations are non refundable
and typically ta  deductible.      F may be unable to grant funds to a charity if the
charity has lost ta  e  empt status, has closed, or no longer accepts funds from     F.

Select amount    None ⌄

---



Subtotal  1 item          $10.99
Shipping                  $10.25
Ta                         $2.18

rder total                $23.42

We're re  uired by law to collect sales ta
and applicable fees for certain ta
authorities.  earn more

🔒 Confirm and pay

Select a payment option

**ebay** MONEY BACK GUARANTEE
See details



---

Copyright   1995 2023 eBay Inc. All  ights  eserved. Accessibility, User Agreement,  rivacy,  ayments Terms of Use, Cookies,  our  rivacy Choices and AdChoice ⓘ





 Checkout

How do you like our checkout?  |ive us feedback

ay with

○ Add new card
   VISA  MasterCard  American Express  Discover

○ **PayPal**

○ **PayPal CREDIT**
   Special financing available.
   Apply now. See terms

○ G Pay  oogle  ay

Ship to

Clerk2 Clerk2
161 North Clark St.
Chicago, I  60601 3206
United States
312  375  1573
Change

eview item and shipping

Seller  budssportssc...    essage to seller ⓘ



BCW  ecord Toploader 33   13"  13 1 4"
$12.25

uantity
1

Delivery
Free 2 3 day shipping
et it by Jul 22   Jul 24
US  S First Class

ift cards, coupons, eBay Bucks

Enter code          Apply

Donate to charity  optional   ⓘ

otorsports Charities, Inc.

The NASCA   Foundations improves the lives of children in our NASCA   communities.
Helping children survive and thrive. That s our checkered flag   ay  al  iving Fund
   F receives your donation and grants 100% to a charity no later than 30 days after
the end of the month in which the donation is made. Donations are non refundable
and typically ta  deductible.    F may be unable to grant funds to a charity if the
charity has lost te  e  empt status, has closed, or no longer accepts funds from    F.

Select amount    None

---

Subtotal  1 item              $12.25
Shipping                       Free
Ta                             $1.26

rder total                    $13.51

We're  uired by law to collect sales ta
and applicable fees for certain ta
authorities.  earn more

🔒 Confirm and pay

Select a payment option

ebay MONEY BACK GUARANTEE
See details

Copyright   1995 2023 eBay Inc. All  ights  eserved. Accessibility, User Agreement,  rivacy,  ayments Terms of Use, Cookies,  our  rivacy Choices ✔Ⓧ and AdChoice ⓘ



### About this product

roduct Identifiers

| | | | |
|---|---|---|---|
| Brand | BCW | U C | 0722626007972 |
| eBay roduct ID e ID | 23002809383 | | |

roduct Key Features

| | |
|---|---|
| Type | igid |

Additional roduct Features

| | | | |
|---|---|---|---|
| Si e | Standard | Team | Chicago White So |
| Border Color | Clear | Series | Topps Chrome |
| ear | 2020 | | |

### Item description from the seller



## 200 BCW 3X4 TOPLOAD CARD HOLDER - STANDARD

**SKU:**1-TLCH-N   **Brand:bcw**   **Weight:**0.44 lbs

Holds a standard sized trading card
12 mil thickness
Open on the short side
**Exterior Dimensions:**  3 x 4 1/16
**Interior Dimensions:**  2 3/4 x 3 7/8
100 holders

BCW Standard 3x4 top loading card holders are made of high-quality, rigid PVC. These toploading holders are some of the most popular rigid individual card holders in the collectible card industry. Use this product to protect, store or display collectible baseball cards, football cards, hockey cards, or other trading cards like Magic The Gathering, Pokémon, Yugioh, and others.

Track Page Views With
Auctiva's FREE Counter







Top  oader

by Theworking89f2f4
ay 32, 2022

★★★★☆

Top loaders are in good condition, however there seems to be alot of plastic shavings inside the loaders and could potentially ruin sports cards. But, they are still a good buy. Thanks

erified purchase    es    Condition  New   Sold by  hoekedoncardsah...

👍 0    👎 0    !

reat purchase

by oshlock_3
Jan 12, 2021

★★★★★

reat purchase of top loaders , great   uality fair price

erified purchase    es    Condition  New   Sold by  glhs    ikg

👍 1    👎 0    !

ore to e plore     Sports Trading Card Toploaders & Holders,     agnetic Holder Sports Trading Card Toploaders & Holders,    old Sports Trading Card Toploaders & Holders,   BCW Sports Trading Card Toploaders & Holders,   Sports Trading Card Toploaders & Holders for Standard,   Black Sports Trading Card Toploaders & Holders,   Screwdown Holder Sports Trading Card Toploaders & Holders,   Sports Trading Card Toploaders & Holders for Tall,   Ultra      Sports Trading Card Toploaders & Holders,   Semi   Hard Holder Sports Trading Card Toploaders & Holders

About eBay   Announcements   Community   Security Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved.   Accessibility   User Agreement   Privacy   Payments Terms of Use   Cookies   Your Privacy Choices    and  AdChoice

 Checkout

How do you like our checkout? _ive us feedback



ay with

○ Add new card
VISA  Mastercard  AMEX  Discover

○ **PayPal**

○ PayPal CREDIT
Special financing available.
Apply now. See terms

○ GPay  oogle  ay

**Ship to**

Clerk2 Clerk2
161 North Clark St.
Chicago, I  60601 3206
United States
312 375 1573
Change

**eview item and shipping**

Seller  ghe  iky  _essage to seller

Trading Card Sleeves Hard  lastic Topload Clear
Case Holder 200 Baseball Cards
$32.99

uantity
1

Delivery
Free 2 3 day shipping
et it by Jul 14  Jul 15
US  S  riority  ail  added Flat  ate Envelope

**ift cards, coupons, eBay Bucks**

Enter code   Apply

**Donate to charity  optional** ⓘ

AS  CA

Can you spare some change for animals in need? Add a donation to the AS  CA now.
ay al  iving Fund  F receives your donation and grants 100% to a charity no
later than 30 days after the end of the month in which the donation is made. Donations
are non  refundable and typically ta  deductible.  F may be unable to grant funds
to a charity if the charity has lost ta  e empt status, has closed, or no longer accepts
funds from  F.

Select amount   None

Subtotal  1 item  $32.99
Shipping  Free
Ta  $3.38

rder total  $36.37

We're re  uired by law to collect sales ta
and applicable fees for certain ta
authorities.  earn more

 Confirm and pay

Select a payment option

ebay MONEY BACK GUARANTEE
See details

Copyright  1995 2023 eBay Inc. All  ights  eserved. Accessibility, User Agreement,  rivacy,  ayments Terms of Use, Cookies,  our  rivacy Choices and AdChoice ⓘ

Doe 34



50 BCW E U A Toploaders 100 ENN S EE ES Ultra ro

Condition   New

rice   US $9.99

Buy It Now

Add to cart

Best ffer

ake offer

♡ Add to watchlist

Seller information
cloudinecards_2005 🌟
99.5% positive feedback

♡ Save seller
Contact seller
See other items

⚡ Fast and reliable. Ships from United States.

Shipping   US $1.99 Standard Shipping. See details
located in   asadena, California, United States

Delivery   Estimated between Tue, Jul 25 and Sat, Jul 29 to 6060! ⓘ

eturns   Seller does not accept returns. If the item you received doesn't
match the listing description, your purchase may be eligible for eBay
oney Back  uarantee if the return re  uest is made within 3 days
from delivery. See details

ayments   [PayPal] [G Pay] [VISA] [Mastercard] [AmEx] [Discover]

PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5  points when you use your eBay  astercard®.
earn more

## Similar sponsored items    See all ›

Feedback on our suggestions


100 Toploaders
loader Sleeves
Cards
New
$24.99
Free shipping
241 sold


100 BCW E U A Toploaders
ENN  S EE ES Ultra ro
New
$17.98
Free shipping
✗ Top ated lus
787 sold


100 U T A     S FT CA D THICK
ENN  S EE 10 BCW l38pt
toploader T          ADE
New
$11.99
Free shipping
✗ Top ated lus
24 sold


BCW S FT CA D S EE ES 100 in ack
enny Sleeves Top
K11020506
New
$9.39
Free shipping
52 sold


100 BCW  egular 3  4 Toploaders
old  ENN  S EE ES
New
$17.48
Free shipping
✗ Top ated lus
Seller with a 99.9% positive feedback

## Sponsored items inspired by your views    See all ›

Feedback on our suggestions


BCW Card  oint Thickness  uage
easuer    uler T          ADE  S
A  INATED HE  FU  T
$1.99
Free shipping
87 sold


Ultra  ro 3  4  egular Toploaders 35pt
ack of 25 WITH 25 Card Sleeves
included
New
$7.99
Free shipping
Seller with a 100% positive feedback


10       SAFE 3  4 180  T   E
SU  E  THICK T     T   ADE  S Ultra Clear
Card Sleeve
$7.35
$9.19 20% off
Free shipping
✗ Top ated lus


75 Ultra CB  ro 100pt 3  4 Toploaders
remium Card Top  oaders Thick
Jersey New
New
$49.99
Free shipping
⊘ Direct from Columbia Sports Cards
332 sold


New 5 10 20 BCW 8  10 Hard  lastic
igid Topload  hoto Holders 8 10
toploaders
New
$14.96
Free shipping
753 sold

About this item | Shipping, returns & payments

Seller assumes all responsibility for this listing.

eBay item number 166236185207

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand new, unused, unopened, undamaged item including handmade items ... See the seller's ...ead more | Type | Toploader |
| Compatible Card Si e | Standard | Color | Clear |
| Number of Toploaders  Card Holders | 100 | | |

## Item description from the seller

Tracking Info: You will receive a shipment confirmation email and tracking info once your order has shipped. All packages will be shipped with a tracking number. Some packages may require a signature confirmation based on the value and carrier requirements. All packages are properly secured/protected.

Please check under the shipping and payments tab to see if your country is an eligible country we ship to. Please note that international addresses will be charged an additional amount during checkout for shipping and customs fee. Please also allow for additional transit and delivery time for international orders. All international return charges must be paid for by the buyer.

Combined Shipping: We do not offer combined shipping rates, for each additional item you purchase the shipping price will be added to the listing and the items will be shipped together. Please make all your payment purchases for each item.





200 BCW  igid toploaders & 200 Clear Sleeves 3   4 Standard Cards 35pt

Collectors At Choice  880
98.5% positive · Seller's other items · Contact seller

US $29.25

Condition  New

uantity  1   ast  ne  7 sold

**Buy It Now**

**Add to cart**

♡ Add to watchlist

↩ Breathe easy.  eturns accepted.

| | |
|---|---|
| Shipping | Free Standard Shipping. See details |
| | ocated in  Chantilly,  irginia, 20151, United States |
| Delivery | Estimated between  on, Jun 3 and Fri, Jun 7 to 60601 ⓘ |
| eturns | 30 days returns. Buyer pays for return shipping. See details |
| ayments | PayPal  G Pay  VISA  ●● ●●  AMEX  ●● |
| | PayPal CREDIT |
| | Special financing available. See terms and apply now |

Earn up to 5  points when you use your eBay  astercard®.
earn more

Have one to sell? Sell now

## Similar Items
Sponsored    Feedback on our suggestions    See all



| | | | |
|---|---|---|---|
| 1000ct  egular 3   4 Toploaders 1000 Soft Sleeves 35pt Trading Cards  rotectors | 25 BCW 3   4  Toploader Card Holder for Standard Si  ed Trading Cards Top  oader | BCW T   AD H   I  NTA B   K ET CA  D T   ADE S  EE E BA  THICKNESS T  re  owned | 100  BCW  igid Topload Card Holder 3   4 White Border Baseball Trading Toploaders |
| New | New | | New |
| $79.99 | $9.99 | $4.99 | $19.75 |
| Free shipping | Free shipping | 0 bids | Free shipping |
| Seller with 100% positive feedback | Top  ated  lus | 2d | Top  ated  lus |
| | 26 sold | Free shipping | Seller with 100% positive feedback |
| | | Top  ated  lus | |
| | | Seller with 100% positive feedback | |



Doe 36

eport this item



## Item specifics

| | |
|---|---|
| Condition | New   A brand new, unused, unopened, undamaged item  including handmade items . See the seller's ...  ead more |
| Card Holder Type | rigid |
| Compatible Card Si e | Standard |
| Color | Clear |
| U  C | Does not Apply |
|   N | Does not apply |
|  ear  anufactured | 2023 |
|  aterial |  igid   C |
| Item  ength | 3 in |
| Brand | BCW |
| Type | Toploader |
| EAN | Does not Apply |
| Item Height | 4 in |
| Number of Toploaders  Card Holders | 200 |
| Compatible Card Thickness | 35   t. |

## Item description from the seller

BCW 200-Count Card Toploaders and 200 Card Sleeves

- Contains 200 standard toploaders
- Contains 200 trading card sleeves
- Toploader Exterior Dimensions: 3 x 4 1/16 (in)
- Toploader Interior Dimensions: 2 3/4 x 3 7/8 (in
- Sleeve Exterior Dimensions: 2 5/8 X 3 5/8 (in)

BCW Standard 3x4 toploaders are made of high-quality, rigid PVC. These toploading holders are some of the most popular rigid individual card holders in the collectible card industry. Use this product to protect, store or display collectible baseball cards, football cards, hockey cards, or other trading cards like Magic The Gathering, Pokemon, YuGiOh, and others.

BCW Card Sleeves (often called 'penny sleeves') are an acid free, archival quality product made of crystal clear polypropylene. Use this protective holder to protect, store and display your collectible trading cards

- Brand: BCW
- Color: Clear
- Material: Polyvinyl Chloride
- Shape: Rectangular
- Pattern: Solid



5/30/24, 4:01 PM



3 1257 • ast 6 months                                                           erified purchase

Thanks

r  e 275 •  ast 6 months                                                        erified purchase

Thank you

[See all feedback]

ore to e  plore   BCW Semi _igid Holder Sports Trading Card Toploaders & Holders for Standard,  BCW Semi _igid Holder Sports Trading Card Toploaders & Holders,  BCW Sports Trading Card Toploaders & Holders for Standard,
BCW Sports Trading Card Toploaders & Holders,  BCW Black Sports Trading Card Toploaders & Holders for Standard,  BCW Sports Trading Card Toploaders & Holders for Tall,  BCW _agnetic Holder Sports Trading Card Toploaders & Holders,
Semi _igid Holder Sports Trading Card Toploaders & Holders,  Sports Trading Card Toploaders & Holders for Standard,  BCW Sports Trading Card Sleeves & Bags

About eBay     Announcements     Community     Security Center     Seller Center     Policies     Affiliates     Help & Contact     Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice

Doe 36

 Checkout

How do you like our checkout? ive us feedback



PayPal  Buy with  ay  al. It s fast and simple.

ay with

○  Add new card
VISA  mastercard  AMEX  DISCOVER

○  PayPal  ay  al

○  PayPal CREDIT  Special financing available.
Apply now.  See terms

○  G Pay  oogle  ay

Ship to
Clerk2 Clerk2
161 North Clark St.
Chicago, I  60601 3206
United States
312  375 1573
Change

eview item and shipping

Seller  collectorsa...  essage to seller

AST NE
200 BCW  igid toploaders & 200 Clear Sleeves 3  4
Standard Cards 35pt
$29.25
uantity 1

eturns accepted

Delivery
Free Standard Shipping
Est. delivery Jun 3  Jun 7

ift cards, coupons, eBay Bucks

Enter code  Apply

Donate to charity  optional  ⓘ
The Jed Foundation

The Jed Foundation  JED  supports millions of teens and young adults who
rely on JED s evidence  based mental health and suicide prevention
strategies.  ay al  iving Fund  F  receives your donation and grants
100% to a charity no later than 30 days after the end of the month in which
the donation is made. Donations are non  refundable and typically ta
deductible.  F may be unable to grant funds to a charity if the charity
has lost ta  e  empt status, has closed, or no longer accepts funds from
F.

Select amount  None ∨

| Item  1 | $29.25 |
| Shipping | Free |
| Ta | $3.00 |
| rder total | $32.25 |

We're re  uired by law to collect sales ta  and
applicable fees for certain ta  authorities.  earn more

Confirm and pay

Select a payment method

$  urchase protected by eBay  oney Back
uarantee

Copyright  1995  2024 eBay Inc. All  ights  eserved. Accessibility, User Agreement,  rivacy,  ayments Terms of Use, Cookies, CA  rivacy Notice,  our  rivacy Choices  and AdChoice ⓘ



| About this item | Shipping, returns, and payments | | eport this item |
|---|---|---|---|

Seller assumes all responsibility for this listing.                    eBay item number  386114253669

ast updated on  ay 28, 2024 11 09 38  DT   iew all revisions

## Item specifics

| | |
|---|---|
| Condition | New  A brand  new, unused, unopened, undamaged item  including handmade items . See the seller's ...  · ead more |
| N | T  11 17   E  IU |
| U  C | 0858188000424 |
| Brand | a   rotection |
| Type | Card Holder |
| Color | Clear |
| aterial | igid   C |

## About this product

### roduct Identifiers

| | |
|---|---|
| Brand | a   rotection |
| TIN | 0858188000424 |
| U  C | 0858188000424 |
| eBay  roduct ID e  ID | 2016817349 |

### roduct Key Features

| | |
|---|---|
| Color | Clear |
| aterial | igid   C |
| Type | Card Holder |

### Additional  roduct Features

| | |
|---|---|
| Country  egion of  anufacture | Unknown |

## Item description from the seller

Powered by **Froition**



ALL ITEMS

See our eBay store for more great items >>

Pack of 10 Max Pro 11 x 17 Hard Plastic Topload Holders 11x17 Toploaders Sheets

HELPFUL LINKS

ADD TO FAVORITE SELLERS

SIGN UP TO NEWSLETTER

SHOP CATEGORIES

SINGLE CARDS · BASEBALL
SINGLE CARDS · BASKETBALL
SINGLE CARDS · FOOTBALL
SINGLE CARDS · HOCKEY
SINGLE CARDS · NON-SPORTS
SINGLE CARDS · SOCCER
SINGLE CARDS · UEC / WRESTLING

VIEW FEEDBACK

VISIT SELLERS EBAY SHOP

ABOUT SELLER PAGE

MORE ITEMS!



## Columbia Hobby Sports Cards n    ore

isit store

Contact

♡ Save seller

100% positive feedback
1.0  items sold

🏪 Joined Nov 1998

### Detailed seller ratings

Average for the last 12 months

| | |
|---|---|
| Accurate description | 5.0 |
| easonable shipping cost | 5.0 |
| Shipping speed | 5.0 |
| Communication | 5.0 |

### opular categories from this store

See all

okemon   Single Cards  Baseball   Single Cards  Basketball   Single Cards  Football   Single Cards  Hockey   Single Cards  Non Sports

Single Cards  Soccer    raded Cards    Comic &  aga ine Supplies

### Seller feedback  502,279

This item  20    All items  502,279

➕   l  f 6686  •   ast month                                              erified purchase

uality toploaders . 5 star seller w awesome price , friendly service.   uick shipment.

➕   v   e 10208  •   ast 6 months                                         erified purchase

FANTASTIC SE  E  , BEAUTFU  ITE  , SU  E  FAST SHI   IN  ,    EAT   ICE. A    IN A   T   SE  E

➕   l   l  994  •   ast 6 months                                          erified purchase

Fast shipping, great items and prices, thanks so much

See all feedback

### roduct ratings and reviews

earn more

Write a review

# 3.8

★★★★☆

5 product ratings

| ★ 5 | | 3 |
|---|---|---|
| ★ 4 | | 0 |
| ★ 3 | | 1 |
| ★ 2 | | 0 |
| ★ 1 | | 1 |

 100%
Would recommend

 100%
ood value

 100%
ood  uality

### ost relevant reviews

See all 3 reviews

★★★☆☆
by chamberof_s
Apr 30, 2018

**Wheres the hanging bit?**

These used to come with a piece on the back so you could hang it on a wall if you wanted to. Now, they got rid of it. Chee  y move. What do you do with them now, stand it in a corner?

Doe 37

erified purchase    es · Condition  New · Sold by  columbiasportscard

★★★★★    **Art print protectors.**

by fsofre_pb8bo5g p        reat way to protect art or paper collectibles.
Apr 29, 2024

erified purchase    es · Condition  New · Sold by  columbiasportscard

★★★★★    **erfect for my needs**

by craftycru_er        I've looked before for an answer to protect & display my   osters.... This was perfect...   uality at a   reat   rice
Jul 13, 2017

erified purchase    es · Condition  New · Sold by  columbiasportscard

Back to home page    See   ore Details about    a    rotection Art   rint Toploader Holder    ack of 10                                                   eturn to top

ore to e  plore   Ultra       Sports Trading Card Toploaders & Holders,    Sports Trading Card Toploaders & Holders,    a    rotection Sports Trading Card Toploaders & Holders,
Ultra        agnetic Holder Sports Trading Card Toploaders & Holders,    agnetic Holder Sports Trading Card Toploaders & Holders,    old Sports Trading Card Toploaders & Holders,
Sports Trading Card Toploaders & Holders for Standard,    Screwdown Holder Sports Trading Card Toploaders & Holders,    White Sports Trading Card Toploaders & Holders,
Cardboard    old Sports Trading Card Toploaders & Holders

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices    and AdChoice

 Checkout

How do you like our checkout? Give us feedback



PayPal  Buy with  ay  al. It s fast and simple.

ay with

○ Add new card
VISA  mastercard  AMEX  DISCOVER

○ PayPal  ay  al

○ PayPal CREDIT  Special financing available.
Apply now. See terms

○ G Pay  oogle  ay

Ship to
Clerk2 Clerk2
161 North Clark St.
Chicago, I  60601 3206
United States
312  375 1573
Change

eview item and shipping

Seller  columbiaspo...  essage to seller

ack of 10  a  ro 11  17 Hard  lastic Topload Holders
11  17 Toploaders Sheets
$29.99  $32.99  9% off

uantity
1

eturns accepted

Delivery
Free Standard Shipping
Est. delivery Jun 3  Jun 5

ift cards, coupons, eBay Bucks

Enter code       Apply

Donate to charity  optional  ⓘ
The Jed Foundation  JED  supports millions of teens and young adults who
rely on JED s evidence  based mental health and suicide prevention
strategies.  ay  al  iving Fund  F  receives your donation and grants
100% to a charity no later than 30 days after the end of the month in which
the donation is made. Donations are non  refundable and typically ta
deductible.  F may be unable to grant funds to a charity if the charity
has lost ta  e empt status, has closed, or no longer accepts funds from
F.

Select amount  None

Item 1  $29.99
Shipping  Free
Ta  $3.07

rder total  $33.06

We're re  uired by law to collect sales ta  and
applicable fees for certain ta  authorities.  earn more

Confirm and pay

Select a payment method

$  urchase protected by eBay  oney Back
uarantee

Copyright  1995  2024 eBay Inc. All  ights  eserved. Accessibility, User Agreement,  rivacy,  ayments Terms of Use, Cookies, CA  rivacy Notice,  our  rivacy Choices  and AdChoice



Hi Clerk2! | Daily Deals | Brand Outlet | Gift Cards | Help & Contact                Sell | Watchlist | My eBay

# ebay    Shop by category    [Search for anything]    All Categories    Search

Back to search results › Collectibles & Art › ... › Storage & Display Supplies › Card Toploaders & Holders › See more BCW remium 3        Share | Add to Watchlist



Have one to sell? Sell now



100 BCW remium T    ADE S Card Holders 4 acks of 25 3 4 Ultra ro

Cowboys Fan Trading Cards  3476
99.9% positive · Seller's other items · Contact seller

**US $19.99**

Condition    New

antity    1    9 available  1 sold

**Buy It Now**

**Add to cart**

♡ Add to watchlist

Shipping    Free Standard Shipping. See details
ocated in  earland, Te as, United States

Delivery    Estimated between Fri, Feb 16 and Tue, Feb 20 to 60601 ⓘ

eturns    Seller does not accept returns. If the item you received doesn't match the listing description, your purchase may be eligible for eBay oney Back uarantee if the return re uest is made within 3 days from delivery. See details

ayments    [PayPal] [G Pay] [VISA] [MasterCard] [American Express] [Discover]
[PayPal CREDIT]
Special financing available. See terms and apply now
Earn up to 5 points when you use your eBay astercard®. earn more

---

| About this item | Shipping, returns, and payments |

eport this item

Seller assumes all responsibility for this listing.

ast updated on Jan 29, 2024 10 33 43  ST  iew all revisions

eBay item number 155835992913

## Item specifics



| | |
|---|---|
| Condition | New  A brand  new, unused, unopened, undamaged item  including handmade items . See the seller's ... ead more |
| Card Holder Type | topload |
| Compatible Card Si e | Standard |
| Si e | 3 4 |
| Color | Clear |
| odel | 1 T CH |
| N | 1 T CH |
| Number of Toploaders  Card Holders | 100 |
| Number of Sleeves | 100 |
| Border Color | Clear |
| Compatible Card Thickness | 20  t. |
| odified Item | No |
| U C | 0722626902345 |
| Brand | BCW |
| Type | igid |

## About this product

### roduct Identifiers

| | |
|---|---|
| Brand | BCW |
| TIN | 0722626902345 |
| U C | 0722626902345 |
| eBay  roduct ID  e  ID | 1131149263 |

### roduct Key Features

| | |
|---|---|
| Type | igid |

### Additional   roduct Features

| | |
|---|---|
| Si e | Standard |

## Item description from the seller

**4 Packs Deal - 100 Holders.**

The BCW Premium 3 X 4 toploading card holders are known as the most popular rigid individual card holder in the collectible card industry.
Use this product to protect store or display collectible baseball cards football cards hockey cards or other trading cards like Magic the Gathering Pokemon Yugioh Dragonball Z and others.

The PVC used in BCW Toploads contain no plasticizers or stearates.
The high impact grade PVC does not migrate and will not harm your cards photos or prints while offering maximum protection and visual appeal.
Sold in packs of 25.
Holds a standard sized trading card Premium Toploader Crystal clear Made of high impact rigid PVC.

Exterior Dimensions 3 x 4 1/16
Interior Dimensions 2 3/4 x 3 7/16



### Cowboys Fan Trading Cards

99.9%   ositive Feedback
13K items sold

| isit store |
| Contact |
| ♡ Save seller |

📅 Joined Aug 2002

Doe 38



### Detailed seller ratings

Average for the last 12 months

| | | |
|---|---|---|
| Accurate description | ▬▬▬▬ | 5.0 |
| easonable shipping cost | ▬▬▬▬ | 5.0 |
| Shipping speed | ▬▬▬▬ | 5.0 |
| Communication | ▬▬▬▬ | 5.0 |

### opular categories from this store

See all

Football Cards   Basketball Cards   Baseball Cards   okemon Cards   acing Cards   Hockey Cards   Soccer Cards   ther

### Seller feedback  4,983

This item 1    All items  4,983

⊕  f   0 3500  •  ast month

E cellent  Thanks

See all feedback

---

### roduct ratings and reviews

earn more

Write a review

## 4.7

★★★★½

39 product ratings



| | | |
|---|---|---|
| ★ 5 | ▬▬▬▬▬▬▬ | 34 |
| ★ 4 | ▬ | 3 |
| ★ 3 | | 0 |
| ★ 2 | | 0 |
| ★ 1 | ▬ | 2 |



86%

Would recommend



93%

ood value



93%

ood  uality

---

### ost relevant reviews

See all 28 reviews

★★★★★
by pi_elated peg
ar 24, 2019

**erfect**

These are perfect, wouldn't even consider buying another brand. I use these specifically to display ACE   ATC cards, and I mount them in the wall with small command strips.   inimal glare. Several of my friends also use these for their magic cards.

erified purchase · es · Condition  New · Sold by billy ames2

★★★★★
by wherebfolg
Apr 04, 2018

**reat value with this product.**

In my opinion these toploaders are the same   uality as the standard toploaders BCW sells. Just with a little more buffing. I've only been 1 4 of the way through the case and have had multiple cracked or chipped  not so   E  IU   toploaders.   n the value side it is a good deal.

erified purchase · es · Condition  New · Sold by sharpgaming

★★★★★
by roop err mplwbs
Jan 13, 2020

**Hold my cards.**

Just what I wanted perfect for my   attingly collection. Well made and cards fit in nicely. Best deal I found on ebay for the amount that I needed. Highly recommend them.

erified purchase · es · Condition  New · Sold by adedstud

★★★★★
by natwes7180
Aug 25, 2022

**reat Toploaders**

reat   uality, even better price  I use them for all of my collectible baseball cards

erified purchase · es · Condition  New · Sold by sportscardsgrading

★★★★★
by kathiephan
Aug 22, 2017

**Durable and great**

ove them    erfect protection for my trading cards  Can weather any storm 😊

verified purchase · es · Condition New · Sold by billy ames2

Back to search results
See ore Details about  BCW  remium 3  4 Topload Card Holder    eturn to top

ore to e  plore   BCW Sports Trading Card Toploaders & Holders,   Ultra        Sports Trading Card Toploaders & Holders,   BCW   agnetic Holder Sports Trading Card Toploaders & Holders,
BCW Sports Trading Card Toploaders & Holders for Tall,   BCW   old Sports Trading Card Toploaders & Holders,   Ultra          agnetic Holder Sports Trading Card Toploaders & Holders,
Ultra        Sports Trading Card Toploaders & Holders for Standard,   BCW Semi   igid Holder Sports Trading Card Toploaders & Holders,   Ultra         White Sports Trading Card Toploaders & Holders,
Ultra        Semi   igid Holder Sports Trading Card Toploaders & Holders

About eBay     Announcements     Community     Security Center     Seller Center     Policies     Affiliates     Help & Contact     Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice

 Checkout

How do you like our checkout?  ive us feedback

**PayPal** Buy with  ay  al. It s fast and simple.

ay with

○ Add new card
VISA  Mastercard  AMEX  DISCOVER

○ **PayPal**  ay  al

○  PayPal CREDIT  Special financing available.
Apply now.  **See terms**

○  G Pay  oogle  ay

### Ship to

Clerk2 Clerk2
161 North Clark St.
Chicago, I  60601 3206
United States
 312  375 1573
**Change**

### eview item and shipping

Seller  cowboysftc       **essage to seller**



100  BCW  remium T   ADE  S Card Holders  4
acks of 25  3  4 Ultra  ro
**$19.99**

uantity
1

Delivery
Free Standard Shipping
Est. delivery Feb 16  Feb 20

### ift cards, coupons, eBay Bucks

Enter code          Apply

### Donate to charity  optional ⓘ

Save a Child's Heart Foundation

 ive $1 to help provide lifesaving heart surgery for children in need.  ay  al
 iving Fund       F  receives your donation and grants 100% to a charity no
later than 30 days after the end of the month in which the donation is
made. Donations are non refundable and typically ta  deductible.  F
may be unable to grant funds to a charity if the charity has lost ta  e empt
status, has closed, or no longer accepts funds from       F.

Select amount  None ▾

---

| Item  1 | $19.99 |
| Shipping | Free |
| Ta | $2.05 |

 rder total                $22.04

We're  uired by law to collect sales ta  and
applicable fees for certain ta  authorities.  earn more

🔒 Confirm and pay

Select a payment method

**ebay** MONEY BACK GUARANTEE
See details



Hi Clark2  |  Daily Deals  |  Brand utlet  |  Help & Contact                    Sell   Watchlist    y-eBay        🔔    🛒

ebay    Shop by category    🔍 Search for anything    All Categories    **Search**    Advanced

‹ Back to previous page   isted in category   Sporting   oods  ›  ›››  ›  Sports Trading Cards  ›  Storage & Display Supplies  ›  Card Toploaders & Holders                    Share   Add to Watchlist



🅂🄰 🄴 🅄 🅃  **10%** WHEN  🅄 BU    🄴

Trading Card Sleeves Hard  lastic Clear Case Holder 100 Baseball Cards Topload

| Condition | New |

Bulk savings

| Buy 1 $20.49 ea | Buy 2 $1988 ea | Buy 3 $19.26 ea |

uantity  [ 1 ]   3 available

rice   **US $20.49** ea

**Buy It Now**

**Add to cart**

♡ Add to watchlist

↩ Breathe easy. Free shipping and returns.

🚚 Fast and reliable. Ships from United States.

| Shipping | Free 2  4 day shipping |
it between Thu, Jul 27 and Sat, Jul 29 to 60601. See details
ocated in  Woodbridge, New Jersey, United States

| eturns | 30 days returns. Seller pays for return shipping. See details |

| ayments | PayPal  GPay  VISA  💳  💳 |

**PayPal** CREDIT
Special financing available. See terms and apply now

Earn up to 5  points when you use your eBay astercard®.   earn more

Seller information
d mart001  395  🏅
97.6% positive feedback

♡ Save seller
Contact seller
See other items

🌱 Have one to sell?  Sell now

---

## Similar sponsored items   See all ›

Feedback on our suggestions

     

| Trading Card Sleeves Hard  lastic Clear Case Holder 100 Baseball Cards Topload | Trading Card Sleeves Hard  lastic Clear Case Holder 100 Baseball Cards Topload | 100 Standard Si e 3  4 Top  oaders w 100 Soft Sleeves Fits Standard Si e Cards | Trading Card Sleeves Hard  lastic Clear Case Holder 100 Baseball Cards Topload | Trading Card Sleeves Hard  lastic Toplod Clear Case Holder 100 Baseball Cards | Tra Cle Top |
| New | New | New | New | New | Ne |
| $15.35 | $19.29 | $3.25 2 bids | $19.29 | $23.98 | $1 |
| Free shipping Seller with a 100% positive feedback | Free shipping | $9.99 shipping 🔵 Top    lus Seller with a 99.3% positive feedback | Free shipping Seller with a 99.3% positive feedback | Free shipping 🔵 Top   ated  lus 1255 sold | Fre Sel |

---

## Sponsored items inspired by your views   See all ›

Feedback on our suggestions

| 5pk Universal Trading Card Stand Black   SA, B  S, Business,  ne Touch, Toploader, etc. | 25  ne Touch  agnet Toploader rotector for baseball, basketball, pokemon | 50pcs Ultra   Top  oaders Cards Sleeves Toploaders Topload Toploder | Trading Card Sleeves Hard  lastic Clear Case Holder 100 Baseball Cards Topload | 100  200   cs Trading Card Sleeves Hard  lastic Case Holder Baseball Cards |
| New | New | New | New | New |
| $7.95 | $26.99 | $11.99 | $16.99 | $17.99 |
| $5.05 shipping Seller with a 100% positive feedback | $8.99 shipping Seller with a 100% positive feedback | Free shipping Seller with a 99.3% positive feedback | Free shipping Seller with a 100% positive feedback | Free shipping |

---

About this item   Shipping, returns & payments                    eport this item

Seller assumes all responsibility for this listing.                    eBay item number  364362323959

## Item specifics

| Condition | New  A brand new, unused, unopened, undamaged item including handmade items. See the seller's   ... ead more | Brand | Unbranded |
| Type | Toploader | Color | Clear |
| aterial | lastic | Number of Toploaders  Card Holders | 100 |

Country  egion of          United States
anufacture

Item description from the seller

**Trading Card Sleeves Hard Plastic Clear Case Holder 100 Baseball Cards Topload**

- 100 Holders Total. Topload, open on the short side.
- Each card holder holds a standard trading card - Up to 20 pts.
- 12-mil thickness panels made of durable, rigid PVC.
- Exterior Dimensions: 3" x 4-1/16".
- Interior Dimensions: 2-3/4" x 3-7/8".



d  mart001

97.6%  ositive Feedback
720 Items sold

Seller's other items

Contact

♡ Save seller

Detailed seller ratings

Average for the last 12 months

| Accurate description | 4.9 |
| easonable shipping cost | 5.0 |
| Shipping speed | 4.9 |
| Communication | 4.9 |

Seller feedback  154

0  f  1002  •    ast month
thank u

 e  ot Blades   Stainless Blades Single Edge Blades 100   cs Heat Treated Shaving   364320200840

2  9  837  •   ast month
item as described.

5pc   eciprocating Saw Blades Electric Wood   runing ST   I Saw Blades 12    364354056449

l  1725  •   ast month
neat

 apo Typhoon   atch Kit Storm   roof   atches W Case IS Waterproof Survival   atch   364319440075

See all feedback

Back to previous page                                                                          eturn to top
one to e  plore    Sports Trading Card Toploaders & Holders.    agnetic Holder Sports Trading Card Toploaders & Holders.    old Sports Trading Card Toploaders & Holders.  BCW Sports Trading Card Toploaders & Holders.
Sports Trading Card Toploaders & Holders for Standard.   Screwdown Holder Sports Trading Card Toploaders & Holders.   Ultra      Sports Trading Card Toploaders & Holders.
Semi   igid Holder Sports Trading Card Toploaders & Holders.   BCW   agnetic Holder Sports Trading Card Toploaders & Holders.   Sports Trading Card Toploaders & Holders with U   rotection

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved.  Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices  ⬇  and  AdChoice ⓘ

 Checkout

How do you like our checkout? Give us feedback

ay with

○ Add new card
VISA Mastercard AmEx Discover

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

○ G Pay   oogle  ay

Ship to

Clerk2 Clerk2
161 North Clark St.
Chicago, I  60601 3206
United States
312  375 1573
Change

eview item and shipping

Seller  d mart001       essage to seller

Trading Card Sleeves Hard  lastic Clear Case Holder 100 Baseball Cards Topload
$20.49

uantity
1

Delivery
Free 2 4 day shipping
et it by Jul 27   Jul 29
FedE  2Day

ift cards, coupons, eBay Bucks

Enter code          Apply

Donate to charity  optional  ⓘ

eflections of Trinity

Help children, seniors and others in crisis with food, clothing and basic needs.  ay  al
iving Fund      F  receives your donation and grants 100% to a charity no later than
30 days after the end of the month in which the donation is made. Donations are non
refundable and typically ta  deductible.     F may be unable to grant funds to a
charity if the charity has lost ta  e empt status, has closed, or no longer accepts
funds from     F.

Select amount    None

Subtotal  1 item          $20.49
Shipping                    Free
Ta                         $2.10

rder total               $22.59

We're re  uired by law to collect sales
and applicable fees for certain ta
authorities.  earn more

🔒 Confirm and pay

Select a payment option

ebay MONEY BACK GUARANTEE
See details

Copyright   1995 2023 eBay Inc. All  ights  eserved. Accessibility, User Agreement,  rivacy,  ayments Terms of Use, Cookies,  our  rivacy Choices and AdChoice ⓘ



Doe 40

1/5

## About this product

### roduct Identifiers

Brand                           BCW
U  C                            0722626007972
eBay  roduct ID  e  ID          23002809383

### roduct Key Features

Type                            igid

### Additional   roduct Features

Si e                            Standard
Team                            Chicago White So
Border Color                    Clear
Series                          Topps Chrome
 ear                            2020

## Item description from the seller

Case: 1:24-cv-07850 Document #: 5 Filed: 09/15/24 Page 154 of 467 PageID #:664

# 100 Top Loaders for Cards | Toploader Hard Plastic Card Sleeves for Baseball, Football, Basketball, Pokemon, Yugioh, MTG, Kpop Cards | Ultra Clear | Made for Hobbyists and Pro Collectors



- WHAT IS INCLUDED - 100 toploaders designed to hold standard thickness cards (20pt)
- PROTECT YOUR COLLECTION - toploaders are the standard for protecting your sports cards, gaming cards and other collectible cards
- DESIGNED TO PROTECT YOUR CARDS - Less flexible than semi-rigids and more flexible than magnetic card holders. The give provides additional protection for cards if dropped.
- DIMENSIONS AND CLARITY - Standard sized (length and width) of 3x4 (outer dimensions - fits items that are slightly smaller). Toploaders are clear with a slight blue tinge
- RANGE OF THICKNESSES AVAILABLE - has standard sized toploaders and a range of toploaders for cards of different thickness.

standard 3x4 top loading card holders are made of high-quality, rigid PVC. These top loading holders are some of the most popular rigid individual card holders in the collectible card industry. Use this product to protect, store or display collectible baseball cards, football cards, hockey cards, or other Trading cards like Magic the gathering, pokémon, yugioh, and others.

## Shipping

- We offer FREE shipping on all orders!
- We ship within Three business days of payment, usually sooner.
- We use a selection of shipping services such as UPS, FedEx, USPS etc.
- We only ship to the lower 48 states, no APO/FPO addresses or PO Boxes allowed.
- Local pickups and combined shipping options are not provided at this time.



## Return

- You can return a product for up to 30 days from the date you purchased it.
- Any product you return must be in the same condition you received it and in the original packaging. Please keep the receipt.



## Payment

We accept payment by any of the following methods:
**PayPal**
Please pay as soon as possible after winning an auction, as that will allow us to post your item to you sooner!



## Feedback

Customer satisfaction is very important to us.
If you have any problem with your order, please contact us and we will do our best to make you satisfied.



## Contact Us

If you have any queries, please contact us via ebay. We usually respond within 24 hours on weekdays.

**Please visit our eBay store to check out other items for sale!**

## Thank you for shopping at our store.

Doe 40



### danodeals111

Visit store

Contact

♡ Save seller

99.6% ositive Feedback
13K items sold

📅 Joined ay 2017

#### Detailed seller ratings

Average for the last 12 months

| | |
|---|---|
| Accurate description | 5.0 |
| easonable shipping cost | 5.0 |
| Shipping speed | 5.0 |
| Communication | 5.0 |

#### Seller feedback  4,038

This item 1    All items 4,038

➕  m   i 369  ·  ast month

Awesome to do business with A

See all feedback

---

### roduct ratings and reviews

earn more

Write a review

## 4.8

★★★★★

52 product ratings

| | | |
|---|---|---|
| ★ 5 | | 48 |
| ★ 4 | | 2 |
| ★ 3 | | 0 |
| ★ 2 | | 1 |
| ★ 1 | | 1 |

 97% Would recommend

 96% ood value

 95% ood uality

---

### ost relevant reviews

See all 39 reviews

★★★★★  **Will keep using and order more**
by baldev
ct 11, 2021
ood product for shipping standard si e baseball cards safely



erified purchase · es · Condition New · Sold by turbodsales

★★★★★  **Best toploaders in the industry**
by bron059
ct 25, 2023
ood uality top loaders that are easy to use for sports cards.

erified purchase · es · Sold by otherbuddy

★★★★★  **reat Deal**
by micbe 166945
Jun 12, 2022
Thank you for my recent purchase, I used the Toploaders to finally complete my 2020 anini hoeni Football 200 Card set with Joe Burrow C & Justin Herbert C. Now every card is protected.

erified purchase · es · Condition New · Sold by sportscardsgrading

★★★★★  uality

by breki_5432
Jun 08, 2021

This is what my husband wanted for Father s Day, he  oves this brand.

erified purchase   es · Condition  New

★★★★☆

**Top  oader**

by theworkingstiff216
 ay 12, 2022

Top loaders are in good condition, however there seems to be alot of plastic shavings inside the loaders and could potentially ruin sports cards. But, they are still a good buy. Thanks

erified purchase   es · Condition  New · Sold by  hookedoncardswholesale

Back to home page    See   ore Details about  BCW 1 T  CH 100 3  4 Topload Card Holder   Standard                                                           eturn to top

 ore to e  plore    Sports Trading Card Toploaders & Holders,   BCW Sports Trading Card Toploaders & Holders,   old Sports Trading Card Toploaders & Holders,
  agnetic Holder Sports Trading Card Toploaders & Holders,   Sports Trading Card Toploaders & Holders for Standard,   Ultra     Sports Trading Card Toploaders & Holders,
Screwdown Holder Sports Trading Card Toploaders & Holders,   Baseball Trading Card Singles,   Semi   igid Holder Sports Trading Card Toploaders & Holders,   Sports Trading Card Card Sleeves

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices  and AdChoice ⓘ

 Checkout

How do you like our checkout? _ive us feedback

**PayPal** Buy with  ay  al. It s fast and simple.

ay with

○ Add new card
VISA · Mastercard · American Express · Discover

○ **PayPal**  ay  al

○ **PayPal Credit** Special financing available.
Apply now.  See terms

○ **G Pay**  oogle  ay

Ship to

Clerk2 Clerk2
161 North Clark St.
Chicago, I  60601 3206
United States
 312  375 1573
Change

eview item and shipping

Seller  danodeals111       essage to seller

100 Top  oaders for Cards  Toploader Hard  lastic
Card Sleeves for Baseball ...
$17.69

 uantity
1

Free returns

Delivery
Free E  pedited Shipping
Est. delivery Feb 16  Feb 22

ift cards, coupons, eBay Bucks

Enter code        Apply

Donate to charity  optional  ⓘ

Save a Child's Heart Foundation

 ive $1 to help provide lifesaving heart surgery for children in need.  ay  al
 iving Fund    F  receives your donation and grants 100% to a charity no
later than 30 days after the end of the month in which the donation is
made. Donations are non refundable and typically ta  deductible.    F
may be unable to grant funds to a charity if the charity has lost ta  e  empt
status, has closed, or no longer accepts funds from      F.

Select amount    None

| Item  1 | $17.69 |
| Shipping | Free |
| Ta | $1.81 |
| rder total | $19.50 |

We're re  uired by law to collect sales ta  and
applicable fees for certain ta  authorities.  earn more

🔒 Confirm and pay

Select a payment method

**ebay** MONEY BACK GUARANTEE
See details

Doe 40

2/13/24, 9:10 AM Case: 1:24-cv-07259 Document #: 5 Filed: 08/15/24 Page 158 of 467 PageID #:668



Doe 41

| | |
|---|---|
| Si e | 7 1 2  2 1 2 |
| Color | Clear |
| Sleeve Type | Thick Toploader |
| aterial | igid  C |
| N | 1 T  CH  BC |
| Alt  odel | 1 T  CH  BC |
| Border Color | Not Applicable |
| Number of Sleeves | 10 |
| Number of  ockets | 1 |
| odified Item | No |
| Brand | BCW |
| Type | Toploader |
| Capacity | 1 each |
| Item Height | 2 11  16 |
| odel | 1 T  CH  BC |
| Number of Toploaders  Card Holders | 10 |
| Compatible Card Thickness | opened booklet card   up to 197 pts |
| U  C | 722626909405 |

## Item description from the seller

BCW Topload Holders For Horizontal Booklet Card /Ticket 7 1/2 x 2 1/2 Pack of 10. In hand, ready to ship. Buy more and save!



### DB  Cards

100%  ositive Feedback
3.3K items sold

📅 Joined Jun 2018



isit store

Contact

♡ Save seller

Case: 1:24-cv-07259 Document #: 5 Filed: 08/15/24 Page 160 of 467 PageID #:670



### Detailed seller ratings

Average for the last 12 months

| | | |
|---|---|---|
| Accurate description | ▬▬▬ | 5.0 |
| easonable shipping cost | ▬▬▬ | 4.9 |
| Shipping speed | ▬▬▬ | 5.0 |
| Communication | ▬▬▬ | 5.0 |

### opular categories from this store

See all

Comics   ames   Cards   Clothes   ther

### Seller feedback 1,227

This item 2     All items 1,227

● e   e 17064 •   ast month

Just what I needed, Thank  ou

● r   r 1735 •   ast 6 months

👍 💯

See all feedback

### roduct ratings and reviews

earn more                                                Write a review

☆☆☆☆☆
No ratings or reviews yet

Be the first to write the review

Back to home page                                                                    eturn to top

ore to e  plore   BCW Sports Trading Card Toploaders &amp; Holders,   BCW   agnetic Holder Sports Trading Card Toploaders &amp; Holders,   BCW Sports Trading Card Toploaders &amp; Holders for Tall,   BCW   old Sports Trading Card Toploaders &amp; Holders,   BCW Screwdown Holder Sports Trading Card Toploaders &amp; Holders,   BCW White Sports Trading Card Toploaders &amp; Holders,   BCW Semi   igid Holder Sports Trading Card Toploaders &amp; Holders,   7.1 2 Si  e   B Fan Cap, Hats,   7.1 2 Si  e   B Fan Apparel &amp; Souvenirs,   7.1 2 Si  e NBA Fan Cap, Hats

About eBay   Announcements   Community   Security Center   Seller Center   Policies   Affiliates   Help &amp; Contact   Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice ⓘ

 Checkout

How do you like our checkout? _ive us feedback

**PayPal** Buy with  ay  al. It s fast and simple.

ay with

○ Add new card
VISA  Mastercard  AMEX  DISCOVER

○ **PayPal** ay al

○ **PayPal Credit** Special financing available.
Apply now.  See terms

○ **G Pay** oogle ay

**Ship to**

Clerk2 Clerk2
161 North Clark St.
Chicago, I  60601 3206
United States
312 375 1573
Change

**eview item and shipping**

Seller db cards  _essage to seller



BCW Topload Holders For Hori ontal Booklet Card
Ticket 7 1 2  2 1 2  ack of 10
$9.49

uantity
1 ⌄

Free returns

Delivery
Free US S  round Advantage
Est. delivery  Feb 16  Feb 20

**ift cards, coupons, eBay Bucks**

Enter code  Apply

**Donate to charity  optional** ⓘ

Save a Child's Heart Foundation

ive $1 to help provide lifesaving heart surgery for children in need.  ay  al
iving Fund  F  receives your donation and grants 100% to a charity no
later than 30 days after the end of the month in which the donation is
made. Donations are non refundable and typically ta  deductible.  F
may be unable to grant funds to a charity if the charity has lost ta  e empt
status, has closed, or no longer accepts funds from  F.

Select amount  None ⌄

| | |
|---|---|
| Item  1 | $9.49 |
| Shipping | Free |
| Ta | $0.97 |
| rder total | **$10.46** |

We're re  uired by law to collect sales ta  and
applicable fees for certain ta  authorities. _earn more

🔒 Confirm and pay

Select a payment method

ebay MONEY BACK GUARANTEE
See details







(Please reference pictures for cosmetic condition).

- Take advantage of our multi item discount!!! When you buy 2 items you will have the opportunity to select a 3rd item of equal our lesser value for free from our whole inventory. (Must use Ebay's shopping cart feature in order to take advantage of this discount).

- If you have any inquiries please feel free to message us and we will respond as soon possible, usually within 24 hours.

**SHIPPING**
We almost always use USPS as our primary SHIPPING service. We ship within 24 hours of receipt of payment and will always provide tracking, unless otherwise stated in the listing. (We reserve the right to use a different carrier or service).

**FEEDBACK**
Your FEEDBACK is important to us as a growing small business. If for any reason you are unhappy with your transaction, please message us and we will do everything in our power to make it right.

**Returns**
Returns are accepted within 30 days of confirmation of delivery. If there is anything you are unhappy about with your purchase please message us and we will respond within 24 hours to your concerns.

*Thank you for supporting our small business. We appreciate your valued business with us and look forward to serving you in the future.*

*Dan & Tonya*
*Dio's Eclectic Treasures*



### Dio's Eclectic Treasures

99.5% ositive Feedback
27K Items sold

📅 Joined Jul 2020

isit store

Contact

♡ Save seller

#### Detailed seller ratings
Average for the last 12 months

| | | |
|---|---|---|
| Accurate description | ▬▬▬ | 4.9 |
| easonable shipping cost | ▬▬▬ | 5.0 |
| Shipping speed | ▬▬▬ | 5.0 |
| Communication | ▬▬▬ | 5.0 |

opular categories from this store                                   See all

Collectibles   Crafts   Entertainment emorabilia   Clothing, Shoes & Accessories   Toys & Hobbies   ideo ames & Consoles   Dolls & Bears   Stamps   Books &  aga ines

#### Seller feedback  8,500

This item  1    All items  8,500

➕  s  i 403  •  ast month
Super fast shipping thank you

See all feedback



🔴 BU  2,   ET 1 F  EE  add 3 to cart  ⊙ See all eligible items  →
BU   AN   2 ITE   S   ET 1 F   EE   WH   E IN  ENT
Discount will be applied when you add promotional items from dios.eclect  22 to your cart

All promotional offers from dios.eclect  22





BCW 3   4 Thick Card Toploaders 1 ack of 25 for up to 79pt  oint Cards
US $5.00

BCW 3   4 Thick Card Toploaders 1 ack of 25 for up to 59pt  oint Cards
US $5.00

1  BCW Thick Card Topload Holder 360  T. Holds a Jersey or emorabilia Card
US $2.00


See all

Back to home page

ore to e  plore    BCW Sports Trading Card Toploaders & Holders with Features For E  tra Thick Cards.   BCW Sports Trading Card Toploaders & Holders.

BCW Screwdown Holder Sports Trading Card Toploaders & Holders with Features For E  tra Thick Cards.   BCW   agnetic Holder Sports Trading Card Toploaders & Holders with Features For Tall.   BCW   agnetic Holder Sports Trading Card Toploaders & Holders.

BCW Semi   igid Holder Sports Trading Card Toploaders & Holders with Features For E  tra Thick Cards.   BCW Sports Trading Card Toploaders & Holders for Tall.   BCW   agnetic Holder Sports Trading Card Toploaders & Holders.

Sports Trading Card Toploaders & Holders with Features For E  tra Thick Cards.   BCW Semi   igid Holder Sports Trading Card Toploaders & Holders.     agnetic Holder Sports Trading Card Toploaders & Holders for Features For E  tra Thick Cards.

ou can change   uantities in your cart.

  eturn to top

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice

 Checkout

How do you like our checkout?  ive us feedback

**PayPal**  Buy with  ay  al. It s fast and simple.



ay with

○ Add new card
   VISA  Mastercard  American Express  Discover

○ **PayPal**  ay  al

○ **PayPal CREDIT**  Special financing available.
   Apply now.  See terms

○ **G Pay**  oogle  ay

**Ship to**

Clerk2 Clerk2
161 North Clark St.
Chicago, I  60601 3206
United States
 312  375 1573
Change

 eview item and shipping

Seller  dios.eclect  22        essage to seller

AST  NE

BCW 3  4 Thick Card Toploaders  ack of 10 for up to
138pt Cards
$3.00

 uantity 1

Free returns

Delivery
Est. delivery  Feb 16   Feb 20
US  S   round Advantage
$5.00

 ift cards, coupons, eBay Bucks

[ Enter code ]  [ Apply ]

Donate to charity  optional  ⓘ

Save a Child's Heart Foundation

 ive $1 to help provide lifesaving heart surgery for children in need.   ay  al
 iving Fund      F  receives your donation and grants 100% to a charity no
later than 30 days after the end of the month in which the donation is
made. Donations are non refundable and typically ta  deductible.      F
may be unable to grant funds to a charity if the charity has lost ta   e  empt
status, has closed, or no longer accepts funds from      F.

Select amount    [ None ▾ ]

| Item  1 | $3.00 |
|---|---|
| Shipping | $5.00 |
| Ta | $0.82 |
| rder total | $8.82 |

We're  uired by law to collect sales ta  and
applicable fees for certain ta  authorities.  earn more

[ 🔒 Confirm and pay ]

Select a payment method

**ebay** MONEY BACK GUARANTEE
See details

Doe 43





Seller assumes all responsibility for this listing.

About this item | Shipping, returns, and payments

eport this item

eBay item number   285534043479

## Item specifics

| | |
|---|---|
| Condition | New  A brand  new, unused, unopened, undamaged item  including handmade items . See the seller's ... |
| | _ ead more |
| Brand | Saf T    ard Supplies |
| | Does Not Apply |
| Type | Toploader |
| U  C | Does Not Apply |

## Item description from the seller

Doe 44

## You receive **(250) Brand New 4x6 Toploaders**

The **4X6 toploader holders** are designed to hold cards, photos or prints that measure 4x6. The PVC used in the these toploader as well as other toploaders contain no plasticizers or stearates. Our high quality PVC does not migrate and will not harm your cards, photos or prints and event tickets while offering maximum protection and visual appeal

- **Each holds 1 Postcard, Photo, Print or Event Ticket up to 4x6 in size**
- Super Clear plastic
- 15Mil Thick Plastic
- Open on the short side
- Made of high quality rigid PVC
- Archival Quality
- Acid free

Exterior Dimensions:
    4 1/2" x 6 1/4" x 1/16"
Interior Dimensions:
    4 3/16" x 6 1/8" x 1/32"

_____

**SHIPPING: FREE Standard Flat Rate Shipping to the lower 48 States.**

- **Hawaii, Alaska, and APO/FPO Customers please contact me for a shipping qoute.**
- **We offer fast shipping, usually between 24-48 hours.**
- **Tracking number is emailed via Ebay messaging (packages over 3-4 pounds)**
- **NO International Shipping for this item.**
- **Local pickup is not available.**

_____

**PAYMENT:**

- We accept PAYPAL from CONFIRMED ADDRESSES ONLY. We will accept other forms, please email me with questions. Paypal is preferred.
- Payment must be received within (7) days of the closing of the auction.
- To process your order quickly, please do the following:

**When paying with paypal: please confirm your shipping address with paypal.**

**SALES TAX:** A sales tax is charged for items shipped to: NY (**8.125%**)

_____

**GUARANTEE:** All products are individually inspected before being shipped, to ensure items are sent out in perfect condition. In the unlikely event that your item arrives damaged or it is not what you ordered, please contact us within 10 days of receipt iof your purchase.

For damaged items, we file a claim with shipping company and as soon as the claim is complete, we will ship out the replacement. When contacting us about damaged items, please include your order number and a brief description of the damage and if the shipping box was damaged. Please hold on to all shipping boxes as the shipping company  may ask for a pickup of the damaged goods or they may physically come out to inspect. If for any other reason you are not satisfied, we will fully refund, less shipping costs.


inkFrog logo

---

DISC   UNT C    ECTIB  E SU     IES

99.5% positive feedback
85K items sold

🗓 Joined Sep 2006

| isit store |
| Contact |
| ♡ Save seller |

### Detailed seller ratings

Average for the last 12 months

| | | |
|---|---|---|
| Accurate description | ━━━━━ | 5.0 |
| easonable shipping cost | ━━━━━ | 4.9 |
| Shipping speed | ━━━━━ | 4.9 |

Communication ———— 4.9



opular categories from this store                                                                                                    See all

Sports  emorabilia Supplies     Trading Card Supplies     Coin Supplies     Comic Supplies     aga ine Supplies     Art  rint Supplies     hoto Supplies

ostcard Supplies     oster Supplies

### Seller feedback  43,123

This item  2     All items  43,123

m   t 1812 •   ast 6 months                                                                                                erified purchase

reat item and  uick delivery

3   3 4803 •   ast year                                                                                                     erified purchase

Easy and  uick transaction thanks

See all feedback

---

ore to e  plore    Clear  igid  lastic Camera Hard Cases,   igid  lastic Camera Hard Cases,   Clear  lastic  hoto Slip  in Albums,   White  igid  lastic Camera Hard Cases,
Clear  igid  lastic Camera  ain Covers,   Clear  lastic  hoto Albums & Bo es,   H   C  igid  lastic Camera Hard Cases,   Black  igid  lastic Camera Hard Cases,   reen  igid  lastic Camera Hard Cases,
Sony  igid  lastic Camera Hard Cases

About eBay     Announcements     Community     Security Center     Seller Center     Policies     Affiliates     Help & Contact     Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices  and AdChoice

 Checkout

How do you like our checkout? ive us feedback

PayPal  Buy with  ay  al. It s fast and simple.

| ay with | |
|---|---|

○ Add new card
VISA  MasterCard  AmEx  Discover

○ PayPal  ay  al

○ Special financing available.
Apply now.  See terms

○ G Pay  oogle  ay

**Ship to**
Clerk2 Clerk2
161 North Clark St.
Chicago, I  60601 3206
United States
312  375 1573
Change

**eview item and shipping**
Seller  otbssupplies     essage to seller

250  4  6  H  T   ICTU  E I  A  E or   STCA  D
C  EA   ASTIC HA  D  I  ID T     ADE  S
$74.90

uantity
1

Free returns

Delivery
Free Standard Shipping
Est. delivery Jun 3   Jun 5

**ift cards, coupons, eBay Bucks**

Enter code     Apply

**Donate to charity  optional** ⓘ
The Jed Foundation

The Jed Foundation  JED  supports millions of teens and young adults who
rely on JED s evidence  based mental health and suicide prevention
strategies.  ay  al  iving Fund     F  receives your donation and grants
100% to a charity no later than 30 days after the end of the month in which
the donation is made. Donations are non  refundable and typically ta
deductible.      F may be unable to grant funds to a charity if the charity
has lost ta  e  empt status, has closed, or no longer accepts funds from
F.

Select amount   None

| Item 1 | $74.90 |
|---|---|
| Shipping | Free |
| Ta | $7.68 |
| rder total | $82.58 |

We're re  uired by law to collect sales ta  and
applicable fees for certain ta  authorities.  earn more

Confirm and pay

Select a payment method

$  urchase protected by eBay    oney Back
uarantee

Copyright    1995  2024 eBay Inc. All   ights  eserved. Accessibility, User Agreement,  rivacy,  ayments Terms of Use, Cookies, CA  rivacy Notice,  our  rivacy Choices
and AdChoice



Use the dropdown to choose the size of toploader or penny sleeves that you'd like to purchase. Choose your quantity, and then click "Add to Cart." Then you'll be able to choose an additional size toploader or penny sleeves pack following this same process.

The dropdown shows the maximum thickness of a card that the toploaders will hold along with how many toploaders come in a pack. Penny Sleeves are in packs of 100 and you have a choice of sleeves for standard thickness cards or for thick cards.

For example, "BCW 59 point 1.5 millimeter 25 count package" means that it's BCW brand, package of 25 holders with each holder fitting cards that are maximum 1.5 millimeters in thickness. The 1.5 millimeters is also expressed in a point system being 59 points in this case. For reference a standard trading card is 20 points in thickness.

Here's a description for the currently available options:

## Thick Card Topload Holder - 59 PT.

**Exterior Dimensions:**
3 x 4 x 1/8

**Interior Dimensions:**
2 3/4 x 3 7/8

**25 Holders per Pack**

The BCW 3x4 thick toploaders are designed to hold cards that are thicker than standard trading cards. The phrase 'thicker cards' includes a wide variety of special patch, jersey, relics, memorabilia, and game-used fragments cards.

BCW 3x4 top loading card holders are made of high-quality, rigid PVC. These toploading holders are some of the most popular rigid individual card holders in the collectible card industry. Use this product to protect, store or display your collectible cards.

---

## Thick Card Topload Holder - 79 PT.

**Exterior Dimensions:**
3 x 4 x 5/32

**Interior Dimensions:**
2 3/4 x 3 7/8 x 3/32

**25 Holders per Pack**

The BCW 3x4 thick toploaders are designed to hold cards that are thicker than standard trading cards. The phrase 'thicker cards' includes a wide variety of special patch, jersey, swatch, relics, memorabilia, and game-used fragments cards.

BCW 3x4 top loading card holders are made of high-quality, rigid PVC. These toploading holders are some of the most popular rigid individual card holders in the collectible card industry. Use this product to protect, store or display your collectible cards.

---

## Thick Card Topload Holder - 108 PT.

**Exterior Dimensions:**
3 x 4 x 13/64

**Interior Dimensions:**
2 3/4 x 3 7/8 x 7/64

**10 Holders per Pack**

The BCW 3x4 thick toploaders are designed to hold cards that are thicker than standard trading cards. The phrase 'thicker cards' includes a wide variety of special patch, jersey, swatch, relics, memorabilia, and game-used fragments cards.

BCW 3x4 top loading card holders are made of high-quality, rigid PVC. These toploading holders are some of the most popular rigid individual card holders in the collectible card industry. Use this product to protect, store or display your collectible cards.

---

## Thick Card Topload Holder - 138 PT.

**Exterior Dimensions:**
3 x 4 x 3/16

**Interior Dimensions:**
2 3/4 x 3 7/8 x 1/8

**10 Holders per Pack**

The BCW 3x4 thick toploaders are designed to hold cards that are thicker than standard trading cards. The phrase 'thicker cards' includes a wide variety of special patch, jersey, swatch, relics, memorabilia, and game-used fragments cards.

BCW 3x4 top loading card holders are made of high-quality, rigid PVC. These toploading holders are some of the most popular rigid individual card holders in the collectible card industry. Use this product to protect, store or display your collectible cards.

---

## Thick Card Topload Holder - 197 PT.

**Exterior Dimensions:**
3 x 4 x 1/4

**Interior Dimensions:**
2 3/4 x 3 7/8 x 3/16

**10 Holders per Pack**

The BCW 3x4 thick toploaders are designed to hold cards that are thicker than standard trading cards. The phrase 'thicker cards' includes a wide variety of special patch, jersey, swatch, relics, memorabilia, and game-used fragments cards.

BCW 3x4 top loading card holders are made of high-quality, rigid PVC. These toploading holders are some of the most popular rigid individual card holders in the collectible card industry. Use this product to protect, store or display your collectible cards.

---

## Thick Card Topload Holder - 240 PT.

**Exterior Dimensions:**
3 x 4 x 5/16

**Interior Dimensions:**
2 3/4 x 3 7/8 x 1/4

Doe 45



10 Holders per Pack

The BCW 3x4 thick toploaders are designed to hold cards that are thicker than standard trading cards. The phrase 'thicker cards' includes a wide variety of special patch, jersey, swatch, relics, memorabilia, and game-used fragments cards.

BCW 3x4 top loading card holders are made of high-quality, rigid PVC. These toploading holders are some of the most popular rigid individual card holders in the collectible card industry. Use this product to protect, store or display your collectible cards.

## Standard Card Sleeves

- Fits inside topload card holders
- Protect cards while handling

**Exterior Dimensions:** 2 5/8 X 3 5/8

100 Sleeves per Pack

BCW Card Sleeves (often called 'penny sleeves') are an acid free, archival quality product made of crystal clear polypropylene. Use this protective holder to protect, store and display your collectible trading cards like: baseball cards, basketball cards, football cards, hockey cards, Pokemon, Magic The Gathering, and others.

## Thick Card Sleeves

- Fits inside thick-card topload holders
- Holds up to 240pt thickness
- Protect cards while handling

**Exterior Dimensions:** 2 3/4 X 3 13/16

100 Sleeves per Pack

BCW Card Sleeves are an acid free, archival quality product made of crystal clear polypropylene. Use these card holders to protect, store and display your collectible thick memorabilia baseball cards, basketball cards, football cards, hockey cards, and others.

Please contact me with any questions.



### Duckbros Cards and Treasure Trove

100% ositive Feedback
6.8K Items sold

 suit store
Contact
♡ Save seller

**Detailed seller ratings**
Average for the last 12 months

| | |
|---|---|
| Accurate description | 5.0 |
| easonable shipping cost | 5.0 |
| Shipping speed | 5.0 |
| Communication | 5.0 |

**Seller feedback** 4,777

This item 5    All items 4,777

1 0 820 •    ast month
K

d • 507 •    ast 6 months
Fast Shipping, A

d • 507 •    ast 6 months
Fast Shipping, A

See all feedback

**opular categories from this store**   See all

Collectibles   Toys & Hobbies   ideo   ames & Consoles
Sports   em, Cards & Fan Shop   eBay   otors
Cell  hones & Accessories

Back to home page                                                              eturn to top
BCW Sports Trading Card Toploaders & Holders with Features For E...tra Thick Cards,    BCW Sports Trading Card Toploaders & Holders,    BCW E...tra Thick Sports Trading Card Card Sleeves,
BCW Screwdown Holder Sports Trading Card Toploaders & Holders with Features For E...tra Thick Cards,    BCW Sports Trading Card Toploaders & Holders for Tall,
BCW...rgletic Holder Sports Trading Card Toploaders & Holders with Features For E...tra Thick Cards,    BCW...rgletic Holder Sports Trading Card Toploaders & Holders,
BCW Som...rid Holder Sports Trading Card Toploaders & Holders,    Sports Trading Card Toploaders & Holders with Features For E...tra Thick Cards,    BCW Sports Trading Card Sleeves & Bags

About eBay   Announcements   Community   Security Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

 Checkout

How do you like our checkout?  ive us feedback

ay with

○ Add new card

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

○ G Pay  oogle  ay

**Ship to**

Clerk2 Clerk2
161 North Clark St.
Chicago, I  60601 3206
United States
312 375 1573
Change

**eview item and shipping**

Seller  duckbrothers     essage to seller



BCW Sports &  aming Thick Trading Card
Toploaders & Sleeves  ick  our Si e &  ty
Si e  BCW 79 point 2 millimeter 25 count package
$6.93

uantity
1

Delivery
Est. delivery  Jul 22   Jul 25
Economy Shipping
$5.00

**ift cards, coupons, eBay Bucks**

Enter code         Apply

**Donate to charity  optional** ⓘ

otorsports Charities, Inc.

The NASCA  Foundations improves the lives of children in our NASCA  communities.
Helping children survive and thrive. That s our checkered flag  ay  al  iving Fund
F  receives your donation and grants 100% to a charity no later than 30 days after
the end of the month in which the donation is made. Donations are non refundable
and typically ta  deductible.  F may be unable to grant funds to a charity if the
charity has lost ta  e empt status, has closed, or no longer accepts funds from  F.

Select amount        None

**Subtotal  1 item**           $6.93
Shipping                        $5.00
Ta                              $1.22

**rder total**                 $13.15

We're re  uired by law to collect sales ta
and applicable fees for certain to
authorities.  earn more

Confirm and pay

Select a payment option

ebay MONEY BACK GUARANTEE
See details

Copyright  1995 2023 eBay Inc. All  ights  eserved. Accessibility, User Agreement,  rivacy,  ayments Terms of Use, Cookies,  our  rivacy Choices  and AdChoice ⓘ

Hi Clerk2 ⌄     Daily Deals     Help & Contact

Sell     Watchlist ⌄     y eBay ⌄

# ebay

Search for anything     | All Categories ⌄ |

⟨ Back to home page     listed in category:  Sporting    oods  ⟩  •••  ⟩  Sports Trading Cards  ⟩  Storage & Display Supplies  ⟩  Card Toploaders & Holders

Share

---

> This listing has ended.

## Similar sponsored items     See all ⟩

Feedback on our suggestions











**NEW 10ct  ack 3  4 BCW 138pt Toploaders Holders For Thick  atch Cards  1  ACK**
$8.89
Free shipping
189 sold

**Ultra   3  4 inch  egular Toploader  25  ack  New Top oader Holders Clear**
New
$5.79
Free shipping
644 sold

**200 CB   Card Saver I Semi  igid  SA  rading Submission Holders    T  F 4**
New
$29.99
1 bid
  $12.90 shipping
Seller with a 100% positive feedback

**Cardboard   old CB   3  4 Toploaders  35pt Standard Si  ed Sports Cards 25  ack**
New
$7.50
Free shipping
Seller with a 100% positive feedback

**10  20pcs Card Stand  raded Cards Display Stand Coins Small Bo   aper Clip Holder**
New
$3.99
Free shipping
98 sold

**B**
N
$
Fr
⬛
2

---

## Sponsored items customers also bought     See all ⟩

Feedback on our suggestions











**Cardboard   old CB   3  4 Toploaders  35pt Standard Si  ed Sports Cards 25  ack**
New
$7.50
Free shipping
Seller with a 100% positive feedback

**BCW 3  4 Topload Card Holder  remium  Thicker Clearer  anels**
New
$6.25
Free shipping
⬛ Top  ated  lus
27 sold

**25 Ultra CB   2.5mm 100pt  ro Top  oaders Toploaders Topload Thick Jersey Cards**
New
$7.68
Free shipping
✔ Direct from Columbia Sports Cards
4068 sold

**Ultra  ro 3  4     D   KIE 35pt Toploaders 1  ack of 25 for Standard Si  ed Cards**
New
$7.49
Free shipping
⬛ Top  ated  lus
1242 sold

**1000 Ultra CB   ro  egular Sports Card Trading Toploaders Blue Edge**
New
$74.99
Free shipping
✔ Direct from Columbia Sports Cards
28 sold

**2**
N
$
Fr
⬛
2

---

NEW  2  10ct   ack 3  4 BCW 138pt
Toploaders Holders   1 NEW   ack of Card
Sleeves

Seller information
a.duke58 (2195 ⭐)
100% positive feedback

Doe 46





| | |
|---|---|
| Condition | New |
| uantity | 1    ut of Stock   4 sold |
| rice | US $5.99 |

| | |
|---|---|
| Shipping | US $4.95 Standard Shipping. See details |
| | ocated in  ahanoy City,  ennsylvania, United States |
| Delivery | Estimated between Sat, Jul 22 and  on, Jul 24 to 60601 ⓘ |
| eturns | 30 days returns. Buyer pays for return shipping. See details |
| ayments | PayPal  G Pay  VISA  mastercard  AMEX  DISCOVER |

Save seller

Contact seller

isit store

See other items

PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5  points when you use your eBay  astercard®.
 earn more

Have one to sell?   **Sell now**

---

**About this item** | Shipping, returns & payments

Seller assumes all responsibility for this listing.

 ast updated on Apr 19, 2023 06 51 26  DT   iew all revisions

eBay item number   275805740715

## Item specifics

| | |
|---|---|
| Condition | New  A brand  new, unused, unopened, undamaged item  including handmade items . See the seller's ...   ead more |
| Brand | BCW |
| Type | Toploader |
| Compatible Card Si e | Standard |
| Color | Clear |
| Features | For E  tra Thick Cards |
| Number of Toploaders  Card Holders | 10 |
| Compatible Card Thickness | 138  t. |

## Item description from the seller

You will receive Two brand new packs of 10 ct. 138 pt. Thick Card Holders
Plus one pack of 100 Ct. Card Sleeves for Regular cards size is: 2 5/8 X 3 5/8
Thanks

---



## Duke's Sports Cards

100%  ositive Feedback
4.1K Items sold

 isit store

Contact

Save seller

### Detailed seller ratings
Average for the last 12 months

Accurate description ▬▬▬▬▬  5.0

### Seller feedback  2,416

➕  8  8 2184    ast month

Doe 46

| easonable shipping cost | ▬▬▬ | 4.9 |
| Shipping speed | ▬▬▬ | 5.0 |
| Communication | ▬▬▬ | 5.0 |

## opular categories from this store    See all

Football Cards    Baseball Cards    Football Card ots

Football Card ookies    Basketball Cards

raded Cards    Halloween and spooky items

Coke Cans    Sealed Sports Bo es

E cellent transaction

Sama e  erine  18 Card  ookie  ot  Autographs, Numbered  atch  E  1   275928286121

➕  3  n 147 •  ast month

reat seller,fast easy transaction.

2020 Score  Jalen Hurts   ookie Card  358  F  119   285367992134

➕  0  d 730 •  ast month

A

2021  nv  Sam Huard  Auto  ookie Card  CASA  F  44   285334247325

See all feedback

ore to e  plore    BCW Sports Trading Card Toploaders & Holders,    BCW   agnetic Holder Sports Trading Card Toploaders & Holders,    BCW Sports Trading Card Toploaders & Holders for Tall, BCW   old Sports Trading Card Toploaders & Holders,    BCW Screwdown Holder Sports Trading Card Toploaders & Holders,    BCW White Sports Trading Card Toploaders & Holders, Sports Trading Card Toploaders & Holders,    agnetic Holder Sports Trading Card Toploaders & Holders,    old Sports Trading Card Toploaders & Holders, Semi   igid Holder Sports Trading Card Toploaders & Holders

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

Doe 46





10 acks  1000  Count BCW Thick Card Sleeves Fits 3   4 Top
loaders Acid Free

| Condition | New |
|---|---|

Bulk savings    Buy 1        Buy 2
                $19.99 ea    $19.39 ea

uantity    1    2 available   3 sold

rice    **US $19.99** ea

**Buy It Now**

**Add to cart**

♡ Add to watchlist

↩ Breathe easy.  eturns accepted.

🚚 Fast and reliable. Ships from United States.

Shipping    Free E  pedited Shipping  See details
            ocated in   aulina,  ouisiana, United States.

Delivery    Estimated between Fri, Jul 28 and   on, Jul 31 to 60601 ⓘ

eturns    30 days returns. Buyer pays for return shipping.  See details

ayments    PayPal  GPay  VISA  MasterCard  AmEx

PayPal CREDIT
Special financing available.  See terms and apply now

Earn up to 5   points when you use your eBay
Mastercard®.  earn more

**Seller information**
ea_ycash24  2617 ★
100% positive feedback

♡ Save seller
Contact seller
isit store
See other items

---

### Similar sponsored items       See all >

Feedback on our suggestions



| 1000 BCW Thick Sleeves Sport  Trading  aming Cards 10  acks | BCW  enny Card Soft Sleeves 10  acks of 100 for THICK SI  ed Cards | 100 Standard Si e 3  4 Top  oaders w 100 Soft Sleeves Fits Standard Si e Cards | Case 1000 Ultra CB 3  4 Baseball Trading Card Topload Holders  ro Toploaders | 1000 BCW Standard Toploaders 3  4 Trading Card Top  oad  igid Full Case F  EE SHI |  |
|---|---|---|---|---|---|
| New | New | 1000 | New | New |  |
| $15.19 | $15.49 | $3.25 | $74.39 | $99.95 |  |
| Free shipping | Free shipping | $9.99 shipping |  Direct from Columbia Sports Cards | Free shipping |  |
|  ast one |  Top  ated  lus |  Top  ated  lus | 11923 sold | Seller with a 100% positive feedback |  |
|  |  13 sold | Seller with a 100% positive feedback |  |  |  |

---

### Sponsored items inspired by your views       See all >

Feedback on our suggestions




| 1000 BCW Standard Toploaders 3  4 Trading Card Top  oad  igid Full Case F  EE SHI | Ultra  ro 3   4 Super Thick 130  T Toploaders & Thick Sleeve Combo 10ct |  ack of 10 BCW Booklet Trading Card Hard  lastic Topload Holders  protectors | 25  ack BCW  egular Si e  oploaders  igid Holders  ens  n  ong Side | 25 Beckett Shield Toploaders Card Holders Ultra clear  ro Storage  T ADE |  |
|---|---|---|---|---|---|
| New | New | New | New | New |  |
| $99.95 | $8.45 | $13.69 | $12.99 | $8.98 |  |
| Free shipping | Free shipping | Free shipping | $6.38 shipping | Free shipping |  |
| Seller with a 100% positive feedback | 120 sold | Seller with a 100% positive feedback | 143 sold | Seller with a 999% positive feedback |  |

---

| About this item | Shipping, returns & payments |
|---|---|

 eport this item

Seller assumes all responsibility for this listing.
 ast updated on Jul 14, 2023 11 21 25   DT    iew all revisions

eBay item number  266081031719

### Item specifics

| Condition | New   A brand new, unused, unopened, undamaged item including handmade items. See the seller's …  ead more | Card Holder Type | Sleeve |
|---|---|---|---|
| Brand | BCW | Autographed | No |

| Compatible Card Si e | Thick | Color | Clear |
| Features | Acid Free, For E tra Thick Cards | Country egion of anufacture | China |
| Number of Toploaders Card Holders | 1000 | Compatible Card Thickness | 130 t |
| U C | 07226269010 41 | Type | Sleeve |
| N | 1 SS   THICK, 1SS   THICK | | |

Item description from the seller



### 10 Packs (1000) Count BCW Thick Card Sleeves Fits 3X4 Top Loaders Acid Free



**Product**

You are purchasing (1000) Count BCW Thick Card Soft Sleeves.



**Shipping**

All sleeves are shipped USPS Priority mail. Usually ships in one business day. All packages are shipped securely in a sealed envelope or a small shipping box. We package every order with care to ensure your items arrive at your doorstep quickly and safely.



**Returns**

Returns are accepted for any unopened/ undamaged cards or packs. Buyer has 14 days after receiving the item to make the return. Buyer will pay for the cost of the return shipping. Buyer will be fully refunded or may request a replacement.





- **BCW Thick Card Sleeves**
- **1000 Count Thick Sleeves**
- **Crystal Clear**
- **Fits 3X4 Top Loaders**
- **Acid Free**
- **Visit Our eBay Store for More Items @ https://www.ebay.com/str/eazycahsportscards**

**EAZY CASH SPORTS CARDS**







### Trading Card Sleeves Hard lastic Clear Case Holder 100 Baseball Cards Topload

| Condition | New |
| --- | --- |

| Bulk savings | Buy 1 $19.29 ea | Buy 2 $18.71 ea | Buy 3 $18.13 ea |
| --- | --- | --- | --- |

uantity  1    3 available

rice   US $19.29  ea

Buy It Now

Add to cart

♡ Add to watchlist

↩ Breathe easy. Free shipping and returns.

🚚 Fast and reliable. Ships from United States.

| Shipping | Free Standard Shipping  See details |
| --- | --- |
| | located in  Jersey City, New Jersey, United States |
| Delivery | Estimated between Sat, Jul 29 and Thu, Aug 3 to 60601 ⓘ |
| eturns | 30 days returns. Seller pays for return shipping.  See details |
| ayments | PayPal G Pay VISA 🔴 🔵 |

Special financing available. See terms and apply now

PayPal CREDIT

Earn up to 5  points when you use your eBay astercard®.  earn more

**Seller information**
smkru 94  424 ●
99.3% positive feedback

♡ Save seller
Contact seller
See other items

#### Similar sponsored items    See all >

Feedback on our suggestions



| Trading Card Sleeves Hard lastic Clear Case Holder 100 Baseball Cards Topload | Trading Card Sleeves Hard lastic Clear Case Holder 100 Baseball Cards Topload | 100 Standard Si e 3 4 Top oaders w 100 Soft Sleeves Fits Standard Si e Cards | Top oaders Trading Card Sleeves Baseball rotector Fit Hard lastic 50 Count | Trading Card Sleeves Hard lastic Clear Case Holder 50 Baseball Cards Topload | 100 Ca No |
| --- | --- | --- | --- | --- | --- |
| New | New | New | New | New | |
| $15.35 | $18.99 | $3.76 | $15.13 | $14.99 | $1 |
| Free shipping | Free shipping | 1 sold | Free shipping | Free shipping | Fre |
| Seller with a 100% positive feedback | Seller with a 99.6% positive feedback | 🔵 Top  ated  lus | ast one | 1929 sold | 35 |
| | | Seller with a 100% positive feedback | | | |

#### Sponsored items inspired by your views    See all >

Feedback on our suggestions



| 6 C1 agnetic Card Holder Case for Trading Card  35 1 agnet Top oaders Baseba | 10  Toploaders Hard lastic Card Holder  T u  h  okemon CF Sports Cards 3 4 | 50 Trading Card Sleeves Hard lastic Toploader Holder lus 100 enny Sleeves 100 | Trading Card Sleeves Hard lastic Toploader Holder lus 200 enny Sleeves | 25 Count Case egular Si e 3  4  35 1 Top oaders  ack of 25 New | He ro ac |
| --- | --- | --- | --- | --- | --- |
| New | New | New | New | New | |
| $19.93 | $7.43 | $22.93 | $16.19 | $6.74 | $6 |
| Free shipping | $7.99 7% off | Free shipping | Free shipping | $8.99 25% off | Fre |
| ast one | $3.99 shipping | Seller with a 100% positive feedback | | $5.05 shipping | Sel |
| | 53 sold | | | Seller with a 99.6% positive feedback | |

| About this item | Shipping, returns & payments |
| --- | --- |

 eport this item

Seller assumes all responsibility for this listing.                    eBay item number  166237828658

### Item specifics

| Condition | New: A brand new, unused, unopened, undamaged item including handmade items ... See the seller's ...  ead more | Brand | Unbranded |
| --- | --- | --- | --- |
| Type | Toploader | Color | Clear |
| aterial | lastic | Number of Toploaders  Card Holders | 100 |

Country  egion of
anufacture                United States

Item description from the seller

**Trading Card Sleeves Hard Plastic Clear Case Holder 100 Baseball Cards Topload**

- 100 Holders Total. Topload, open on the short side.
- Each card holder holds a standard trading card – Up to 20 pts.
- 12-mil thickness panels made of high-quality, rigid PVC.
- Exterior Dimensions: 3" x 4-1/16".
- Interior Dimensions: 2-3/4" x 3-7/8".



emkru  94

99.3%  ositive Feedback
231 items sold

Seller's other Items

Contact

Save seller

Detailed seller ratings
Average for the last 12 months

| | |
|---|---|
| Accurate description | 4.9 |
| easonable shipping cost | 5.0 |
| Shipping speed | 4.9 |
| Communication | 4.9 |

Seller feedback  49

f  l 942  •  est month
erfect

Bonded Nylon Sewing Thread   138 T135 Thread For Upholstery Canvas   eather Set   166210024099

c  i 556  •  est month
reat item

4sack Fruit Fly Traps   nat Killer Trap Indoor   eusable Fly Trap Catcher   16618551876J

p  a 68  •  est month
I use this for my rideing mower really helps that tailbone ...

Tailbone  am  elief   emory Foam Seat Cushion   emory Foam Non-Slip   rthopedic   166242866965

See all feedback

Back to previous page                                                                  eturn to top
one to a  plore   Sports Trading Card Toploaders & Holders,   agnetic Holder Sports Trading Card Toploaders & Holders,   old Sports Trading Card Toploaders & Holders,  BCW Sports Trading Card Toploaders & Holders,
Sports Trading Card Toploaders & Holders for Standard   Screwdown Holder Sports Trading Card Toploaders & Holders,   Ultra    Sports Trading Card Toploaders & Holders,
Semi   igid Holder Sports Trading Card Toploaders & Holders,   BCW   agnetic Holder Sports Trading Card Toploaders & Holders,   Sports Trading Card Toploaders & Holders with U   rotection

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices  and AdChoice

 Checkout

How do you like our checkout?  Ive us feedback

ay with

○ Add new card
VISA  MasterCard  AmEx  Discover

○ **PayPal**

○ PayPal CREDIT
Special financing available.
Apply now. See terms

○ G Pay  oogle  ay

---

Ship to

Clerk2 Clerk2
161 North Clark St.
Chicago, I  60601 3206
United States
312  375 1573
Change

---

eview item and shipping

Seller  emkru 94        essage to seller



Trading Card Sleeves Hard  lastic Clear Case Holder 100 Baseball
Cards Topload

**$19.29**

uantity
1

Delivery
Est. delivery  Jul 29   Aug 3
US  S   round Advantage
Free

---

ift cards, coupons, eBay Bucks

Enter code            Apply

---

Donate to charity  optional  �घ

eflections of Trinity

Help children, seniors and others in crisis with food, clothing and basic needs.  ay  al
iving Fund   F receives your donation and grants 100% to a charity no later than
30 days after the end of the month in which the donation is made. Donations are non
refundable and typically ta  deductible.    F may be unable to grant funds to a
charity if the charity has lost ta  e empt status, has closed, or no longer accepts
funds from    F.

Select amount    None

---

Subtotal  1 item         $19.29
Shipping                   Free
Ta                        $1.98

rder total              $21.27

We're  uired by law to collect sales
and applicable fees for certain ta
authorities.  earn more

🔒 Confirm and pay

Select a payment option

ebay MONEY BACK GUARANTEE
See details

---

Copyright   1995  2023 eBay Inc. All  ights  eserved. Accessibility, User Agreement,  rivacy,  ayments Terms of Use, Cookies,  our  rivacy Choices  and AdChoice �घ



Please check out all of our other great auctions at ENC SPORTS CARDS and MEMORABILIA



 Checkout

How do you like our checkout?  _ive us feedback

ay with

○ Add new card

○ **PayPal**

○ PayPal CREDIT
Special financing available.
Apply now. See terms

○ GPay  oogle  ay

**Ship to**

Clerk2 Clerk2
161 North Clark St.
Chicago, I  60601 3206
United States
312 375 1573
Change

**eview item and shipping**

Seller  enc sportsc...      _essage to seller



ick  our Si e  BCW Toploader Top  oader 20pt
59pt 79pt 108pt 168pt 197pt 360pt
Card Thickness  20pt BCW Toploader pack of  25

$3.99

uantity
1

Delivery
Est. delivery Jul 15   Jul 18
Standard Shipping
$4.95

**ift cards, coupons, eBay Bucks**

Enter code                    Apply

**Donate to charity  optional**  ⓘ

AS  CA

Can you spare some change for animals in need? Add a donation to the AS  CA now.
 ay  al  iving Fund.  F  receives your donation and grants 100% to a charity no
later than 30 days after the end of the month in which the donation is made. Donations
are non  refundable and typically ta  deductible.  F may be unable to grant funds
to a charity if the charity has lost ta  e empt status, has closed, or no longer accepts
funds from  F.

Select amount          None

| Subtotal  1 item | $3.99 |
|---|---|
| Shipping | $4.95 |
| Ta | $0.92 |
| rder total | $9.86 |

We're re  uired by law to collect sales ta
and applicable fees for certain to
authorities.  _earn more

○ Confirm and pay

Select a payment option

ebay MONEY BACK GUARANTEE
See details

Copyright   1995 2023 eBay Inc. All   ights  eserved. Accessibility, User Agreement,  rivacy,  ayments Terms of Use, Cookies,  our  rivacy Choices  and AdChoice ⓘ



NEW 8  K  BCW 45      ecord Album Toploaders  Topload Holder    rotective Case

Condition    New

uantity    1        one than 10 available    17 sold

rice    **US $19.79**

Buy It Now

Add to cart

Best    ffer

ake offer

♡ Add to watchlist

↩  Breathe easy. Free shipping and returns.

🚚  Fast and reliable. Ships from United States.

Shipping    Free 3  4 day shipping
            et it between    on, Jul 24 and Tue, Jul 25 to 60601.  See details
            ocated in   Ima, Florida, United States

eturns    30 days returns. Seller pays for return shipping. See details.

ayments    PayPal  GPay  VISA  🔵  ● ●

PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5    points when you use your eBay
              astercard®
 earn more

Shop with confidence

Top   ated  lus
Trusted seller, fast shipping, and
easy returns.
  earn more

Seller information
bfmiller2 ( 18595 ) 🟡
100% positive feedback

♡ Save seller
Contact seller
  sit store
See other items

---

### Similar sponsored items

See all >

   

Feedback on our suggestions

| NEW  2  K  BCW 45      ecord Album Toploaders  Topload Holder    rotective Case | BCW Newspaper Topload Holder   13  11   igid  C for  a  inum  rotection   ack of 5 | 25  ack Ultra  ro  old Foil  ookie  Card Topload Card Holder  igid  Toploaders | Ultra  25  ack  3 4 inch  egular Toploader  New Top  oader Holders  Clear | 25 pack  BCW ● 1 T  CH  BK ● 3  4  igid Top  oad Card Holder ● Black  Border |
| New | New | New | New | New |
| $8.79 | $25.93 | $7.95 | $5.79 | $8.49 |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |
| Seller with a 99.3% positive feedback | 🅱 Top  ated  lus  Seller with 100% positive feedback | 58 sold | 645 sold | Seller with a 99.3% positive feedback |

---

### Sponsored items customers also bought

See all >

    

Feedback on our suggestions

| BCW 3  4 Topload Card Holder  remium   Thicker Clearer  anels | 25 Ultra CB   2.5mm 100pt  ro Top  oaders Toploaders Topload Thick  Jersey Cards | Ultra   ro 3  4 Thick 55pt Toploaders 1  ack of 25 for up to 55pt Cards | BCW 3  4 Thick Card Toploaders 1  ack  of 10 for up to 138pt Cards | Ultra  ro  no Touch   agnetic Card  Holder 35pt  oint   out of 5 |
| New | New | New | New | New |
| $6.25 | $7.68 | $8.91 | $6.85 | $13.43 |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |
| 🅱 Top  ated  lus  27 sold | ⊘ Direct from Columbia Sports Cards  4068 sold | 🅱 Top  ated  lus  4951 sold | 🅱 Top  ated  lus  602 sold | 🅱 Top  ated  lus  4184 sold |

---

About this item    Shipping, returns & payments                                     eport this item

Seller assumes all responsibility for this listing.

ast updated on    ay 04, 2023 11:49 38   DT    iew all revisions        eBay item number  165642331900

### Item specifics

| Condition | New  A brand new, unused, unopened, undamaged item including handmade items . See the seller's...  ead more | Type | Toploader |
| Holds | inyl  ecord Albums | Brand | BCW |
| U  C | Does not apply | | |

### Item description from the seller

**Welcome to E & R Sports Collectibles.**

E & R has been in the sports collectibles specializing in sports cards and autographs/memorabilia for over 25 years.

**Our #1 goal is to provide top quality unaltered sports cards and collectibles to collectors.**

**1 Lot = 8    45 RPM Record Toploader**

The rigid PVC used in the 45 RPM toploader as well as other BCW toploaders contain no plasticizers or stearates. Our high quality PVC does not migrate and will not harm your cards, photos or prints, while offering maximum protection and visual appeal. Use this holder to protect, store and display your records

**45 RPM Record Topload Holder**

**SKU:** 1-TLCH-45RPM   **Brand: BCW**

- **Holds a single 45 Record Album**
- **Open on the short side**

**Exterior Dimensions:**
    7 3/4 x 7 7/8

**Interior Dimensions:**
    7 1/2 x 7 x 3/4

Have collections to sell, E & R is always offering top dollar for any sports collection, please contact us.



**Doe 50**

 Checkout

How do you like our checkout?  | ive us feedback

To add more items, go to cart.

ay with

○ Add new card
VISA ● ●● ●●● ●●●●

○ **Pay**Pal

○ PayPal CREDIT
Special financing available.
Apply now. See terms

○ GPay oogle ay

## Ship to

Clerk2 Clerk2
161 North Clark St.
Chicago, I  60601 3206
United States
312  375 1573
Change

## eview item and shipping

Seller  blmille2          essage to seller



NEW 8  K  BCW 45          ecord Album Toploaders  Topload
Holder   rotective Case
$19.79

uantity
1

Delivery
Free 3  4 day shipping
et it by Jul 24   Jul 25
Standard Shipping

## ift cards, coupons, eBay Bucks

Enter code          Apply

## Donate to charity  optional ⓘ

otorsports Charities, Inc.

The NASCA    Foundations improves the lives of children in our NASCA    communities.
Helping children survive and thrive. That s our checkered flag    ay  al  iving Fund
F receives your donation and grants 100% to a charity no later than 30 days after
the end of the month in which the donation is made. Donations are non  refundable
and typically ta  deductible.    F may be unable to grant funds to a charity if the
charity has lost e   empt status, has closed, or no longer accepts funds from    F.

Select amount    None

---

Subtotal  1 item          $19.79
Shipping          Free
Ta          $2.03

rder total          $21.82

We're re  uired by law to collect sales ta
and applicable fees for certain ta
authorities.  earn more

🔒 Confirm and pay

Select a payment option

ebay MONEY BACK GUARANTEE
See details

Copyright    1995 2023 eBay Inc. All   ights  eserved. Accessibility, User Agreement,  rivacy,  ayments Terms of Use, Cookies,   our  rivacy Choices,  and AdChoice ⓘ

Doe 50





Doe 51

Case: 1:24-cv-07259 Document #: 5 Filed: 08/15/24 Page 193 of 467 PageID #:703

 Checkout

How do you like our checkout    Give us feedback

To add more items, go to cart.

ay with

○ Add new card
VISA · Mastercard · American Express · Discover

○ **PayPal**

○ PayPal CREDIT
Special financing available.
Apply now. See terms

○ G Pay  Google Pay

**Ship to**

Clerk2 Clerk2
161 North Clark St.
Chicago, IL 60601-3206
United States
(312) 375-1573
Change

**eview item and shipping**

Seller:  estate-runners    Message to seller

 You Choose! BCW Top Loaders 3x4 Standard
Toploader 25 50 100 200 500 1000
MPN: 25
$7.39

uantity
1

Delivery
Est. delivery: Jul 20   Jul 22
USPS Ground Advantage
Free

**ift cards, coupons, eBay Bucks**

Enter code:            Apply

**Donate to charity  optional** ⓘ

Motorsports Charities, Inc.

The NASCAR Foundations improves the lives of children in our NASCAR communities.
Helping children survive and thrive. That s our checkered flag! PayPal Giving Fund
(PPGF) receives your donation and grants 100% to a charity no later than 30 days after
the end of the month in which the donation is made. Donations are non-refundable
and typically tax deductible. PPGF may be unable to grant funds to a charity if the
charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount    None

---

Subtotal (1 item)                    $7.39
Shipping                              Free
Tax*                                 $0.76

**rder total**                      **$8.15**

*We're re  uired by law to collect sales tax
and applicable fees for certain tax
authorities. Learn more

🔒 Confirm and pay

Select a payment option

ebay  MONEY BACK GUARANTEE
See details

---

Copyright    1995-2023 eBay Inc. All Rights Reserved.  Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices, and AdChoice ⓘ





#### About this item    Shipping, returns, and payments

eport this item

Seller assumes all responsibility for this listing.

ast updated on    ay 20, 2024 13 31 12   DT   iew all revisions

eBay item number   324964764884

## Item specifics

| | |
|---|---|
| Condition | New  A brand  new, unused, unopened, undamaged item  including handmade items . See the seller's ... ead more |
| Brand | BCW |
| Type | Toploader |
| Compatible Card Si  e | ostcard |
| Color | Clear |
|  N | 1 T CH  C |
| Number of Toploaders  Card Holders | 25 |
| U  C | 722626962103 |

## Item description from the seller

### BCW Postcard Topload Holder

- Item# 1-TLCH-PC
- Holds 5⅞" x 3¾" Postcards
- Open on the long side
- Use with BCW Postcard Soft Sleeves
- 25 Holders per Pack
- Exterior Dimensions: 6 1/8" x 3 7/8"
- Interior Dimensions: 5 7/8" x 3 3/4"

The rigid PVC used in the postcard toploader as well as other BCW toploaders contain no plasticizers or stearates.
Our high quality PVC does not migrate and will not harm your cards, photos or Currency, while offering maximum protection and visual appeal.

Please contact us with any questions or concerns BEFORE placing your order!!

### Shipping:



## Family Traditions Hobby

99.9% positive feedback
31K items sold

isit store

Contact

♡ Save seller

📅 Joined Feb 2013
🕐 Usually responds within 24 hours

### Detailed seller ratings

Average for the last 12 months

Accurate description      5.0

easonable shipping cost 5.0

Shipping speed 5.0

Communication 5.0

opular categories from this store

See all

Baseball Singles | Auto arts | Team Sets | Football Singles | ini Cards | Collectibles | Storage & Display Supplies | Non Sport | Complete Sets

## Seller feedback 10,550

This item 77 All items 10,550

5 k 357 • ast 6 months — erified purchase

Fast shipping. uality item

l i 1415 • ast 6 months — erified purchase

great item fast ship thank you

k n 884 • ast year — erified purchase

reat toploaders. Fast shipping. Thank you.

See all feedback

Back to previous page

eturn to top

ore to e plore BCW Sports Trading Card Toploaders & Holders, BCW Sports Trading Card Toploaders & Holders for Tall, BCW old Sports Trading Card Toploaders & Holders, BCW Sports Trading Card Toploaders & Holders for Standard, BCW Black Sports Trading Card Toploaders & Holders, BCW agnetic Holder Sports Trading Card Toploaders & Holders, Formula 1 Autographed ostcards, Formula 1 acing Fan ostcards, ercedes Formula 1 acing Fan ostcards, Honda Formula 1 acing Fan ostcards

About eBay Announcements Community Security Center Seller Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice

Case: 1:24-cv-07259 Document #: 5 Filed: 08/15/24 Page 197 of 467 PageID #:707

 Checkout

How do you like our checkout? Give us feedback

PayPal Buy with ay al. It's fast and simple.

ay with

○ Add new card
VISA  MasterCard  AMEX  DISCOVER

○ PayPal ay al

○ PayPal CREDIT  Special financing available.
Apply now. See terms

○ G Pay oogle ay

Ship to
Clerk2 Clerk2
161 North Clark St.
Chicago, I  60601 3206
United States
312 375 1573
Change

eview item and shipping

Seller  familytradi...  essage to seller ⓘ

25 1 ack BCW ostcard Toploaders Hard Sleeves 1
T CH  C
$15.95

uantity
1

Delivery
Free Standard Shipping
Est. delivery Jun 3  Jun 5

ift cards, coupons, eBay Bucks

Enter code    Apply

Donate to charity  optional ⓘ
The Jed Foundation

The Jed Foundation  JED  supports millions of teens and young adults who
rely on JED s evidence  based mental health and suicide prevention
strategies.  ay al  iving Fund   F  receives your donation and grants
100% to a charity no later than 30 days after the end of the month in which
the donation is made. Donations are non  refundable and typically ta
deductible.   F may be unable to grant funds to a charity if the charity
has lost a  te  empt status, has closed, or no longer accepts funds from
F.

Select amount   None

| Item 1 | $15.95 |
| Shipping | Free |
| Ta | $1.63 |
| rder total | $17.58 |

We're re  uired by law to collect sales ta  and
applicable fees for certain ta  authorities. earn more

Confirm and pay

Select a payment method

$ urchase protected by eBay  oney Back
uarantee



Copyright   1995  2024 eBay Inc. All  ights  eserved. Accessibility, User Agreement,  rivacy,  ayments Terms of Use, Cookies, CA  rivacy Notice,  our  rivacy Choices ⓘ
and AdChoice ⓘ

Doe 52



ebay

| Hi Clork2 ▾ | Daily Deals | Brand utlet | Help & Contact | | Sell | Watchlist ▾ | y eBay ▾ | 🔔 | 🛒 |

Shop by category ▾   🔍 Search for anything     All Categories ▾   **Search**   Advanced

‹ Back to search results | Isted in category: | Sporting  oods › ···  › | Sports Trading Cards › | Storage & Display Supplies › | Card Toploaders & Holders | Share | Add to Watchlist



SA  E U T   **5% WHEN**   U BU    E

Hover to  oom

☝ Have one to sell?  **Sell now**



   

### ✅Trading Card Sleeves Hard  lastic Clear Case Holder 100 Baseball Cards Topload ✅

Condition  New

Bulk savings
| Buy 1 $16.69 ea | Buy 2 $16.36 ea | Buy 3 $16.19 ea |

4 or more for $15.86 ea

uantity  [ 1 ]    4 available

rice  **US $16.69 ea**

**Buy It Now**

**Add to cart**

♡ Add to watchlist

↩ Breathe easy. Free shipping and returns.
🚚 Fast and reliable. Ships from United States.

Shipping  Free  wernight shipping  See details
located in  semi, Florida, United States.

Delivery  Estimated between  on, Jul 31 and Tue, Aug 1 to 60601 ⓘ

eturns  30 days returns. Seller pays for return shipping.  See details

ayments  PayPal  G Pay  VISA  🔴 MasterCard  AMEX  💳

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5  points when you use your eBay
astercard®.  earn more

Seller information
fashstore1  (145 ⭐)
96.2% positive feedback

♡ Save seller
Contact seller
See other items

---

## Similar sponsored items    See all ›

Feedback on our suggestions



|  |  |  |  |  |

Trading Card Sleeves Hard  lastic Clear Case Holder 100 Baseball Cards Topload
New
$15.35
Free shipping
Seller with a 100% positive feedback

Trading Card Sleeves Hard  lastic Topload Clear Case Holder 200 Baseball Cards
New
$32.99
Free shipping
🔵 Top  ated  lus
72 sold

100 Standard Si e  3  4 Top  oaders w 100 Soft Sleeves Fits Standard Si e Cards
New
$3. 76
3 bids
$9.99 shipping
Seller with a 100% positive feedback

Top  oaders Trading Card Sleeves Baseball  rotector Fit Hard  lastic 50 Count
New
$15.13
Free shipping
ast one

Trading Card Sleeves Hard  lastic Clear Case Holder 50 Baseball Cards
New
$14.99
Free shipping
1929 sold

T
Top
No
$2
Fre
12

## Sponsored items inspired by your views   See all ›

Feedback on our suggestions

| | | | | |
| Image | Image | Image | Image | Image |

100 3  4 standard toploaders 35pt
New
$12.99
$15.60 shipping
Seller with a 100% positive feedback

3  4 top loaders for 25 standard sports and pokemon cards  ok  mon
New
$6.99
$2.00 shipping
Seller with a 100% positive feedback

50 T   ADE  5 Clear 3  4 baseball and pokemon Cards Holder 35 pt. 2
New
$12.99
$6.99 shipping
Seller with a 100% positive feedback

🔴🔴 25  ne Touch  agnet Toploader rotector for baseball, basketball, pokemon
New
$26.99
$8.99 shipping
Seller with a 100% positive feedback

five  5  magnetic top loaders for baseball and pokemon cards 35pt
New
$11.99
$5.75 shipping
Seller with a 100% positive feedback

Tra
Top
Cle
No
$1
Fre

---

About this item | Shipping, returns & payments

 xport this item

Seller assumes all responsibility for this listing.

eBay item number  175801507466

## Item specifics

| Condition | New  A brand  new, unused, unopened, undamaged item including handmade items . See the seller's ... ead more | Card Holder Type | Semi  igid Holder |
| Compatible Si e | Standard | Number of  ieces | 100 |

| | | | |
|---|---|---|---|
| Color | Clear | aterial | lastic |
| N | Does not apply | Item ength | 4 |
| roduct Dimensions | 4  3.75  3 inches | a  Input Sheet Capacity | 100 |
| Brand | Unbranded | Type | Toploader |
| Item Height | 3 inches | Features | E  tra Clear |
| Number of Toploaders  Card Holders | 100 | Country  egion of  anufacture | Unknown |
| Item Weight | 14.9 ounces | U  C | Does not apply |

### Item description from the seller



✅ Trading Card Sleeves Hard Plastic Clear Case Holder 100 Baseball Cards Topload ✅

Contains 50 standard toploaders

Contains 100 trading card sleeves

Toploader Exterior Dimensions: 3 x 4 1/16 in

Toploader Interior Dimensions: 2 3/4 x 3 7/8 in

Sleeve Exterior Dimensions: 2 5/8 X 3 5/8 in

**faststore1**



faststore1

96.2%  ositive Feedback
96O Items sold

Seller's other items

Contact

♡ Save seller

#### Detailed seller ratings

Average for the last 12 months

| | |
|---|---|
| Accurate description | 4.9 |
| easonable shipping cost | 5.0 |
| Shipping speed | 5.0 |
| Communication | 4.9 |

**Seller feedback** 162

2  a 19 •  ast month
Easy ordering Fast Free Shipping. No label's or directions haven't used yet will see.
  Avening   epair Tape, Ultras Sticky Canvas   epair Tape Kit , Waterproof Clear   175801740632

r  r 129 •  ast month
reat product and fast shipping
Delicious Celtic Sea Salt   ight    ney No Additives 1   ound of   esealable    uality   175824716290

2  1 350 •  ast month
neat
Cristal   roduct Untouchable Tire Wet Finish Glo    2 bottle   Ever   loss   175792930435

See all feedback

ore to e  plore   Sports Trading Card Toploaders & Holders,   agnetic Holder Sports Trading Card Toploaders & Holders,   old Sports Trading Card Toploaders & Holders,   RCW Sports Trading Card Toploaders & Holders, Sports Trading Card Toploaders & Holders for Standard,   Black Sports Trading Card Toploaders & Holders,   Sports Trading Card Toploaders & Holders for Tall,   Ultra _____ Sports Trading Card Toploaders & Holders, Semi __ gid Holder Sports Trading Card Toploaders & Holders,   Sports Trading Card Toploaders & Holders with U __ rotection

About eBay   Announcements   Community   Security Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices  and AdChoice

 Checkout

How do you like our checkout?  give us feedback

ay with

○ Add new card
  VISA  Mastercard  📷  Discover

○ **PayPal**

○ **PayPal CREDIT**
  Special financing available.
  Apply now. See terms

○ G Pay  oogle  ay

Subtotal  1 item                    $16.69
Shipping                              Free
Ta                                   $1.71

rder total                          $18.40

We're  uired by law to collect sales and
applicable fees for certain ta
authorities.  earn more

🔒 Confirm and pay

Select a payment option

ebay MONEY BACK GUARANTEE
See details

Ship to

Clerk2 Clerk2
161 North Clark St.
Chicago, I  60601 3206
United States
312  375 1573
Change

eview item and shipping

Seller  faststore1       essage to seller



✅ Trading Card Sleeves Hard  lastic Clear Case Holder 100
Baseball Cards Topload ✅

$16.69

uantity
1                    ⌄

Delivery
Est. delivery  Jul 31   Aug 1
   vernight shipping
Free

ift cards, coupons, eBay Bucks

[ Enter code ]          [ Apply ]

Donate to charity  optional  ⓘ

eflections of Trinity

Help children, seniors and others in crisis with food, clothing and basic needs.  ay  al
 iving Fund      F receives your donation and grants 100% to a charity no later than
30 days after the end of the month in which the donation is made. Donations are non
refundable and typically ta  deductible.      F may be unable to grant funds to a
charity if the charity has lost ta  e empt status, has closed, or no longer accepts
funds from      F.

Select amount   [ None  ⌄ ]

Copyright   1995 2023 eBay Inc. All   ights  eserved. Accessibility, User Agreement,  rivacy,  ayments Terms of Use, Cookies,  our  rivacy Choices 🅿️ and AdChoice ⓘ

Case: 1:24-cv-07259 Document #: 5 Filed: 08/15/24 Page 201 of 467 PageID #:711



**Doe 54**



About this item | Shipping, returns, and payments

_eport this item

Seller assumes all responsibility for this listing.

ast updated on Jul 06, 2023 18 13 48    DT    _iew all revisions

eBay item number    195404913795

## Item specifics

| | |
|---|---|
| Condition | New  A brand  new, unused, unopened, undamaged item  including handmade items . See the seller's ... _ead more |
| Brand | BCW |
| Type | Toploader |
| Compatible Card Si  e | 79pt |
| Si  e | Thick |
| Color | Clear |
| Features | U    rotection |
| Number of Toploaders  Card Holders | 25 |
| Border Color | Clear |
| Compatible Card Thickness | 79  t. |

## Item description from the seller

BCW 3X4 Thick Card Toploaders for up to 79pt 1 Pack of 25



## Furfari's Sports Cards

100% positive feedback
652 items sold

isit store

Contact

♡ Save seller

📅  Joined    ar 2020

🕐  Usually responds within 24 hours

### Detailed seller ratings

Average for the last 12 months

| | | |
|---|---|---|
| Accurate description | ——— | 5.0 |
| easonable shipping cost | ——— | 4.8 |
| Shipping speed | ——— | 5.0 |
| Communication | ——— | 5.0 |

### Seller feedback  230

➕  v  7  •  ast 6 months

reat card and great shipping

erified purchase

2023 Bowman Draft W_ATT_AN_ F_    D 1st Bowman Te  as  angers  BD 106_    196167403691

➕  2   l 124  •  ast month

Super fast shipping. Was as described, and packaged well A

erified purchase

2023_EAF SI_NATU_E SE_IES BASEBA__H_BB_B__1 auto 1 1 per bo__195981628226

🟢 n   i 1057 •   ast month                                                                           erified purchase

Item recieved   uickly and as described. Nice doing business with you. Thanks

2023_EAF SI_NATU_E SE_IES BASEBA__H_BB_B__1 auto 1 1 per bo__195981628226

[See all feedback]

Back to home page                                                                                _eturn to top

ore to e  plore    BCW Sports Trading Card Toploaders & Holders,   BCW Screwdown Holder Sports Trading Card Toploaders & Holders with Features For E_tra Thick Cards,
BCW__agnetic Holder Sports Trading Card Toploaders & Holders with Features For E_tra Thick Cards,   BCW Sports Trading Card Toploaders & Holders for Tall,
BCW__old Sports Trading Card Toploaders & Holders,   Sports Trading Card Toploaders & Holders with Features For E_tra Thick Cards,
Snap__ock Holder Sports Trading Card Toploaders & Holders with Features For E_tra Thick Cards,   Sports Trading Card Toploaders & Holders,   Sports Trading Card Toploaders & Holders for Standard,
__old Sports Trading Card Toploaders & Holders

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved.    Accessibility,   User Agreement,   Privacy,   Payments Terms of Use,   Cookies,   CA Privacy Notice,   Your Privacy Choices    and   AdChoice





N
1T CHN

## About this product

### roduct Identifiers

| | |
|---|---|
| Brand | BCW |
| N | 1T CHN |
| TIN | 0722626902291 |
| U C | 0722626902291 |
| eBay roduct ID e ID | 625692437 |

### roduct Key Features

| | |
|---|---|
| Type | igid |

### Additional roduct Features

| | |
|---|---|
| Si e | Standard |
| Team | Base Ball |
| Border Color | Clear |

## Item description from the seller

Galactic Toys

Our eBay Store    Follow my store!



# BCW 3 x 4 Topload Card Holder for Standard Trading Cards 25-Count Toploader

BCW standard 3x4 top loading card holders are made of high-quality, rigid PVC. These top loading holders are some of the most popular rigid individual card holders in the collectible card industry. Use this product to protect, store or display collectible baseball cards, football cards, hockey cards, or other Trading cards like Magic the gathering, pokémon, yugioh, and others.

## Product Details

| | |
|---|---|
| Width | 3.000 |
| Height | 1.750 |
| Length | 4.000 |
| Manufacturer # | 1-TLCH-N |
| UPC | 722626902291 |

## Shipping & Order Information

All items ship within 1 business day and ship using DHL Global Mail, USPS, or UPS Ground. The DHL service uses the United States Postal Service (USPS) to deliver packages. All items will be packaged with care and use proper padding and packing.

## International Shipping

We ship international orders with tracking using DHL global mail. On orders above 40 USD we will upgrade to a faster DHL delivery service. Customers are responsible for duties and taxes in their country. We can't modify shipment values for custom purposes.

## Return Guidelines

Please always contact us before making a return. Returns must be sent back to us using the same shipping format, protective packaging, original condition you received your item and include a tracking number.

On orders that are unwanted, a 20% restock fee will apply. If you had FREE Shipping the original shipping cost will be deducted from your refund. Allow up to 3 Business Days for processing once we receive your return before being issued a refund. If a Return is being made from a mistake on our end contact us for individual instructions**



---



alactic Toys &     ames

99.6%  ositive Feedback

382K items sold

📅 Joined Jun 2003



isit store

Contact

♡ Save seller

## Detailed seller ratings

Average for the last 12 months

Accurate description ─────────── 5.0



| | 5.0 |
|---|---|
| easonable shipping cost | 5.0 |
| Shipping speed | 5.0 |
| Communication | 5.0 |

## opular categories from this store

See all

Collectibles  Crafts  Everything Else  Clothing, Shoes & Accessories  Computers  Tablets & Networki  Toys & Hobbies  ideo  ames & Consoles

Books &  aga ines  Health & Beauty

## Seller feedback  148,040

⊕ d  i 28 •  ast 6 months

Fantastic seller   ackage was held up enroute and they immediately sent an in  uiry to post office to get the issue resolved. They were willing to refund me if the post office couldn't fi  the situation. It did eventually show up,  ackaged securely and looking e  actly as advertised. It's hard to find good customer service these days, and they stepped up to help me with a problem that didn't have anything to do with them  Definitely recommend, great e  perience 👍

Banpresto Demon Slayer  Kimetsu no  aiba Demon Series   ol. 7 Daki USA Seller   134826496447

⊕ a  c 170 •  ast month

E  actly as described, the bo  wasn't dented, figure and accessories were in perfect condition and best of all, nothing fell of  Easy posing and fast shipping. When I asked the seller a  uestion there was an immediate response   reat figure  Thank you

Bandai Naruto S.H.Figuarts Sakura  Inheritor of Tsunade's Indominable Will   145542573170

⊕ y   6 •  ast month

reat communication, item as described and the package arrived early.   reat seller

Bandai  undam   78.2  er 3.0   1 100   odel Kit USA Seller  145556441194

See all feedback

---

🏷 E  T  A **5%**  FF 3  ITE  S ⓘ  See all eligible items →

All  roducts
Discount will be applied when you add promotional items from galactictoysllc to your cart

All promotional offers from galactictoysllc

    

| 25  Ultra  ro 3  4 Top  oader Card Holder for Baseball, Football, Basketball, | BCW 3  4 Topload Card Holder Standard 100 CT.  ack  Toploader | Ultra  ro 3  4 Clear Toploader Combo  25  Count | Ultra  ro 100  cs Soft Card Sleeves 2 5 8  3 5  8 Inches Standard Si  e 5  acks | Ultimate  uard  uad  ow  ipfolio  enoskin Card Binder,  ed |
|---|---|---|---|---|
| Now      US $6.95 | Now      US $14.74 | US $8.95 | US $7.99 | US $44.95 |

ou can change  uantities in your cart.

## roduct ratings and reviews

earn more

Write a review



**4.9**
★★★★★
312 product ratings

| ★ 5 | 293 |
| ★ 4 | 15 |
| ★ 3 | 2 |
| ★ 2 | 2 |
| ★ 1 | 0 |


97%
Would recommend


100%
ood value

ost relevant reviews                                                                                    See all 197 reviews

★★★★★
by loudguy8711
Jan 05, 2016
T  FA  AB E E  IEW

**BCW hard plastic card holders with penny sleeves.**
What a great buy on a top  uality product  If you collect any type of cards then these are a great yet ine  pensive investment to keep your collecting protected. I ordered the 100 holder set with the sleeves. Was so happy with the  uality I ordered 100 more the ne  t day.
erified purchase   es · Condition  New · Sold by  hobby supplies

★★★★★
by  b 123
Nov 10, 2023

**erfect for  e**
Just the right si  e holders I was looking for.   nly needed a few and good to have on hand. A great deal and a fast delivery
erified purchase   es · Condition  New · Sold by  ghe  iky

★★★★★
by livewiredeal_
Feb 15, 2018

**E  cellent Card   rotectors for Shipping and Storage**
These things are super thick and perfect for shipping and storage, while also being reasonably cheap, even in small bulk  uantities, such as, 100 per purchase. Bear in mind that each set of 25 is 1 Bo  of   igid  Hard  lastic Sleeves. So, if you order 100, then it'll come with 4 bo  es.  uckily, I found me a really cool person who sells them in lots of 100 and includes an addition 100 Soft Sleeves, as well   eally great deal for a great product by BCW
erified purchase   es · Condition  New · Sold by  hobby supplies

★★★★★
by  acwaspe_0
Nov 09, 2021

**uick easy affordable**
I've bought from  uite a few small shops on here for toploaders and sleeves and this one is by far the most reliable for bulk. Every time I order it's here within the week and ready for card storage  And one of the few I've found with not as messed up toploaders
erified purchase   es · Condition  New · Sold by  ghe  iky

★★★★★
by listnewandnotnew
Jul 05, 2016

**E  actly as described, good   uality**
Worked e  actly as I e  pected, great protection for the cards, easy to use.
erified purchase   es · Condition  New · Sold by  7thstent

Back to home page  See  ore Details about  BCW 1T  CHN 3   4 Baseball Trading Card Topload Holders...                                        eturn to top

ore to e  plore   BCW Sports Trading Card Toploaders & Holders,   BCW Sports Trading Card Toploaders & Holders for Standard,   BCW Black Sports Trading Card Toploaders & Holders for Standard,
BCW   old Sports Trading Card Toploaders & Holders,   BCW Sports Trading Card Toploaders & Holders for Tall,   BCW   agnetic Holder Sports Trading Card Toploaders & Holders,
Sports Trading Card Toploaders & Holders for Standard,   Sports Trading Card Toploaders & Holders,    agnetic Holder Sports Trading Card Toploaders & Holders,
old Sports Trading Card Toploaders & Holders

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices  and AdChoice

 Checkout

How do you like our checkout? | ive us feedback



**PayPal** Buy with ay al. It s fast and simple.

ay with

○ Add new card
  VISA  MasterCard  AMEX  DISCOVER

○ **PayPal** ay al

○ **PayPal CREDIT** Special financing available.
  Apply now. See terms

○ **G Pay** oogle ay

**Ship to**

Clerk2 Clerk2
161 North Clark St.
Chicago, I  60601 3206
United States
 312 375 1573
Change

**eview item and shipping**

Seller  galactictoy..      essage to seller

BCW 3  4 Topload Card Holder for Standard Trading
Cards 25  Count Toploader
$7.15

uantity
1

Free returns

**Delivery**

● Free Economy Shipping
  Est. delivery  Feb 16   Feb 20

○ Est. delivery  Feb 16   Feb 22
  Standard Shipping
  $1.98

**ift cards, coupons, eBay Bucks**

Enter code          Apply

**Donate to charity  optional** ⓘ

Save a Child's Heart Foundation

 ive $1 to help provide lifesaving heart surgery for children in need.  ay  al
 iving Fund  F  receives your donation and grants 100% to a charity no
later than 30 days after the end of the month in which the donation is
made. Donations are non refundable and typically ta  deductible.  F
may be unable to grant funds to a charity if the charity has lost ta  e empt
status, has closed, or no longer accepts funds from  F.

Select amount    None

| | |
|---|---|
| Item  1 | $7.15 |
| Shipping | Free |
| Ta | $0.73 |

| rder total | $7.88 |

We're  uired by law to collect sales ta  and
applicable fees for certain ta  authorities.  earn more

🔒 Confirm and pay

Select a payment method

ebay MONEY BACK GUARANTEE
See details









| Country/region of manufacture | United States |
|---|---|

## Item description from the seller

**Trading Card Sleeves Hard Plastic Clear Case Holder 100 Baseball Cards Topload**

- 100 Holders Total. Topload, open on the short side.
- Each card holder holds a standard trading card - Up to 20 pts.
- 12-mil thickness panels made of high-quality, rigid PVC.
- Exterior Dimensions: 3" x 4-1/16".
- Interior Dimensions: 2-3/4" x 3-7/8".



 core to a place   Sports Trading Card Toploaders & Holders,   agnetic Holder Sports Trading Card Toploaders & Holders,   old Sports Trading Card Toploaders & Holders,   BCW Sports Trading Card Toploaders & Holders,
Sports Trading Card Toploaders & Holders for Standard,   Screwdown Holder Sports Trading Card Toploaders & Holders,   Ultra   Sports Trading Card Toploaders & Holders,
Semi   rigid Holder Sports Trading Card Toploaders & Holders,   BCW   agnetic Holder Sports Trading Card Toploaders & Holders,   Sports Trading Card Toploaders & Holders with U   rotection

About eBay   Announcements   Community   Security Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices AdChoice

 Checkout

How do you like our checkout?  Give us feedback

ay with

○  Add new card
   VISA  MasterCard  AMEX  DISCOVER

○  **PayPal**

○  **PayPal CREDIT**
   Special financing available.
   Apply now. See terms

○  G Pay  oogle  ay

Ship to

Clerk2 Clerk2
161 North Clark St.
Chicago, I  60601 3206
United States
312  375 1573
Change

eview item and shipping

Seller  ghulara  2     essage to seller



Trading Card Sleeves Hard  lastic Clear Case Holder 100 Baseball Cards Topload
$19.29

uantity
1

Delivery
Est. delivery  Jul 29   Aug 2
US  S First Class
Free

ift cards, coupons, eBay Bucks

Enter code                    Apply

Donate to charity  optional  ⓘ

eflections of Trinity

Help children, seniors and others in crisis with food, clothing and basic needs.  ay  al iving Fund  F receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non refundable and typically ta  deductible.   F may be unable to grant funds to a charity if the charity has lost ta  e empt status, has closed, or no longer accepts funds from  F.

Select amount   None ⌄

| Subtotal  1 item | $19.29 |
|---|---|
| Shipping | Free |
| Ta | $1.98 |

| rder total | $21.27 |
|---|---|

We're  uired by law to collect sales and applicable fees for certain ta authorities.  earn more

🔒 Confirm and pay

Select a payment option

ebay MONEY BACK GUARANTEE
See details

Copyright   1995 2023 eBay Inc. All  ights  eserved. Accessibility, User Agreement,  rivacy,  ayments Terms of Use, Cookies,  our  rivacy Choices  and AdChoice ⓘ

Doe 56



     





### Similar sponsored items

    



## Trading Card Sleeves Hard Plastic Clear Case Holder 100 Baseball Cards Topload!!



### About this item

- Contains 50 standard toploaders

- Contains 100 trading card sleeves

- Toploader Exterior Dimensions: 3 x 4 1/16 in

- Toploader Interior Dimensions: 2 3/4 x 3 7/8 in

- Sleeve Exterior Dimensions: 2 5/8 X 3 5/8 in

### Product Description

BCW Standard 3x4 toploaders are made of high-quality, rigid PVC. These toploading holders are some of the most popular rigid individual card holders in the collectible card industry. Use this product to protect, store or display collectible baseball cards, football cards, hockey cards, or other trading cards like Magic The Gathering, Pokemon, YuGiOh, and others.

BCW Card Sleeves (often called 'penny sleeves') are an acid free, archival quality product made of crystal clear polypropylene. Use this protective holder to protect, store and display your collectible trading cards.

## Contact us

We can be contacted at any time through eBay messages if you have any questions, comments or product requests. We will respond to you within 24 hours and do our best to help you out! We encourage our customers to contact us with any questions or concerns! We'd like to be sure you are completely satisfied with your purchase.

| | |
|---|---|
| Payment | We accept PayPal, PayPal Credit, Visa, Mastercard, American Express, Discover, Google Pay, and Apple Pay. Immediate Payment is required! |
| Shipping | We provide **FAST, FREE SHIPPING** to the Continental 48 US States. We do not ship to Alaska, Hawaii, APO/FPO, PO Boxes, or any US Protectorates. PLEASE PROVIDE A PHYSICAL ADDRESS. Your order will be processed within the allotted time frame. Most items ship out with 1-2 Business Days after payment is received. Please not that some orders may be shipped in multiple packages. |
| Disclaimer | We take our reputation seriously. If you have any questions or concerns, please contact us and we will respond back to your message within 24 hours. |

### Have Nice Shopping!

giptime



 Checkout

How do you like our checkout?  ive us feedback

ay with

○ Add new card

○ **PayPal**

○ **PayPal CREDIT** Special financing available.
Apply now. See terms

○ G Pay  oogle  ay

**Ship to**

Clerk2 Clerk2
161 North Clark St.
Chicago, I  60601 3206
United States
312 375 1573
Change

 eview item and shipping

Seller  giptime       essage to seller

Trading Card Sleeves Hard  lastic Clear Case
Holder 100 Baseball Cards Topload
$15.25

 uantity
1

Delivery
Est. delivery Jul 15   Jul 19
E  pedited Shipping
Free

 ift cards, coupons, eBay Bucks

Enter code        Apply

Donate to charity  optional  ⓘ

AS  CA

Can you spare some change for animals in need? Add a donation to the AS  CA now.
 ay al  iving Fund  F  receives your donation and grants 100% to a charity no
later than 30 days after the end of the month in which the donation is made. Donations
are non  refundable and typically ta  deductible.       F may be unable to grant funds
to a charity if the charity has lost ta  e  empt status, has closed, or no longer accepts
funds from   F.

Select amount    None

Subtotal  1 item            $15.25
Shipping                     Free
Ta                          $1.56

 rder total                $16.81

We're re  uired by law to collect sales ta
and applicable fees for certain ta
authorities.   earn more

🔒  Confirm and pay

Select a payment option

**ebay** MONEY BACK GUARANTEE
See details

Copyright   1995 2023 eBay Inc. All   ights  eserved. Accessibility, User Agreement,  rivacy,  ayments Terms of Use, Cookies,  our  rivacy Choices and AdChoice ⓘ



Trading Card Sleeves Hard lastic Clear Case Holder 100 Baseball Cards Topload

ast item available

Condition    New

uantity    1    ast    ne    7 sold

rice    **US $21.68**

**Buy It Now**

**Add to cart**

♡ Add to watchlist

↩ Breathe easy. Free shipping and returns.

🚚 Fast and reliable. Ships from United States.

| | |
|---|---|
| Shipping | Free E pedited Shipping. See details |
| | ocated in ami F , United States |
| Delivery | Estimated between on, Jul 31 and Fri, Aug 4 to 60601 ⓘ |
| | Includes 7 business days handling time after receipt of cleared payment. |
| eturns | 30 days returns. Seller pays for return shipping. See details |
| ayments | PayPal  GPay VISA ● ●● ● |

Special financing available. See terms and apply now

Earn up to 5 points when you use your eBay astercard®. earn more

Seller information
thqooo2633  G5 🟢
100% positive feedback

♡ Save seller
Contact seller
isit store
See other items

---

**Similar sponsored items**    See all ›

Feedback on our suggestions

                

| | | | | |
|---|---|---|---|---|
| Trading Card Sleeves Hard lastic Clear Case Holder 100 Baseball Cards Topload | Trading Card Sleeves Hard lastic Clear Case Holder 100 Baseball Cards Topload | 100 Standard Si e 3 4 Top oaders w 100 Soft Sleeves Fits Standard Si e Trading | Best Card Sleeves Hard lastic Clear Case Holder 100 Baseball Cards Topload | Trading Card Sleeves Hard lastic Clear Case Holder 100 Baseball Cards Topload |
| New | New | New | New | New |
| $20.49 | $15.35 | $3.25 | $15.99 | $18.69 |
| Free shipping | Free shipping | 2 bids | Free shipping | Free shipping |
| | Seller with a 100% positive feedback | $9.99 shipping | 46 sold | Seller with a 99.6% positive feedback |
| | | ☑ Top ated lus | | |
| | | Seller with a 100% positive feedback | | |

---

**Sponsored items inspired by your views**    See all ›

Feedback on our suggestions

| | | | | |
|---|---|---|---|---|
| 1,800 Toploaders  60 acks of 30 Top oaders  NEW Bulk Wholesale Case | NEW ST CK IN 2000 35 T remium New 3 4 Top oaders 80 25 Ultra Clear SHI N W | Ultra  3 4 Clear egular Top oaders for Cards With Card Sleeves Bundle S | 250 Trading Card Sleeves 50 hard plastic toploader holders plus 200sleeve | 500 35 T remium New 3 4 Top oaders 20 25 Ultra Clear SHI N |
| New | New | New | New | New |
| $175.00 | $159.99 | $29.99 | $17.24 | $47.99 |
| Free shipping | $0.99 shipping | Free shipping | Free shipping | $0.99 shipping |
| Seller with a 99.5% positive feedback | 136 sold | Seller with a 100% positive feedback | | 37 sold |

---

About this item    Shipping, returns & payments

eport this item

Seller assumes all responsibility for this listing.

ast updated on Jul 24, 2023 20 39 41  DT    iew all revisions

eBay item number  354833063523

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New A brand new, unused, unopened, undamaged item including handmade items. See the seller's ... ead more | Brand | Unbranded |
| Type | Does not apply | Color | Clear |
| Item Weight | 14.9 ounces | roduct Dimensions | 4  3.75  3 inches |
| anufacturer recommended age | 12 years and up | aterial | olyvinyl Chloride  C , olypropylene |

| a Input Sheet Capacity | 100          | Number of ieces | 100            |
| U C                    | 744110500912 | ISBN            | Does not apply |
| EAN                    | 0744110500912 |                |                |

### Item description from the seller

- Are you looking for a reliable and high-quality solution to protect and display your valuable collectible cards? Look no further! Introducing the BCW Standard 3x4 toploaders and card sleeves, the ultimate combo for any trading card enthusiast.

  Our BCW Standard 3x4 toploaders are crafted from premium rigid PVC, ensuring the utmost protection for your precious cards. These toploading holders have gained immense popularity in the collectible card industry for their exceptional quality and durability. Whether you collect baseball cards, football cards, hockey cards, or other trading cards like Magic The Gathering, YuGiOh, and more, these toploaders are a must-have addition to your collection.

  The exterior dimensions of our toploaders are perfectly designed at 3 x 4 1/16 inches, providing a snug fit for your cards. Inside, the toploader offers spacious interior dimensions of 2 3/4 x 3 7/8 inches, ensuring your cards are secure and protected at all times. With 50 standard toploaders included in this package, you'll have more than enough to safeguard your prized cards.

  To complement the toploaders, we also provide you with 100 BCW Card Sleeves, commonly referred to as 'penny sleeves.' These sleeves are made from acid-free, archival-quality polypropylene, ensuring crystal clear visibility while protecting your cards from external elements. With dimensions of 2 5/8 x 3 5/8 inches, our card sleeves are perfectly sized to accommodate your treasured trading cards.

  Whether you're a collector looking to preserve your cards or a seller aiming to enhance your eBay sales, our BCW Standard 3x4 toploaders and card sleeves are the ultimate choice. You can confidently showcase your cards, attract potential buyers, and increase the value of your listings.



 Checkout

How do you like our checkout?  _ive us feedback

ay with

○ Add new card
VISA  MasterCard  AMEX  Discover

○ **PayPal**

○ PayPal CREDIT
Special financing available.
Apply now. See terms

○ G Pay  oogle  ay

Ship to

Clerk2 Clerk2
161 North Clark St.
Chicago, I  60601 3206
United States
312  375  1573
Change

eview item and shipping

Seller  thogon2633     _essage to seller

 Trading Card Sleeves Hard  lastic Clear Case Holder 100 Baseball Cards Topload
$21.68

uantity 1

Delivery
Est. delivery  Jul 31   Aug 4
E  pedited Shipping
Free

ift cards, coupons, eBay Bucks

[ Enter code ]     [ Apply ]

Donate to charity  optional  ⓘ

eflections of Trinity

Help children, seniors and others in crisis with food, clothing and basic needs.  ay  al  iving Fund   F  receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non refundable and typically ta  deductible.   F may be unable to grant funds to a charity if the charity has lost ta  e  empt status, has closed, or no longer accepts funds from   F.

Select amount  [ None ⌄ ]

| Subtotal  1 item | $21.68 |
| Shipping | Free |
| Ta | $2.22 |
| rder total | $23.90 |

We're re  uired by law to collect sales ta and applicable fees for certain ta authorities.  _earn more

🔒 Confirm and pay

Select a payment option

ebay MONEY BACK GUARANTEE
See details

? 

Copyright   1995  2023 eBay Inc. All   ights   eserved. Accessibility, User Agreement,  rivacy,  ayments Terms of Use, Cookies,  our  rivacy Choices and AdChoice ⓘ



Post Card Photo Topload Holders Rigid Plastic Sleeves Crystal Clear 4" X 6" 25



**Summary**

- Holds Post Cards & Photos
- Crystal clear
- Made of high impact rigid PVC (PolyVinyl Chloride)
- Protect Edges from Wear & Keep Sleeve from Bending!
- 4" x 6"



**godlydove**

97.1%  ositive Feedback
2.5K items sold

Seller's other items

Contact

♡ Save seller

**Detailed seller ratings**

Average for the last 12 months

| | |
|---|---|
| Accurate description | 4.9 |
| easonable shipping cost | 5.0 |
| Shipping speed | 4.9 |
| Communication | 4.9 |

**Seller feedback** 850

This item 5    All items 850

● a  s 76TSO ▾ ⋅  ast month
th

● c  c 2020 ⋅  ast month
A very good seller, Highly  ecommend  ood product , prompt shipping, I appreciate dealing with this seller  AAA

● a  p 79 ▾ ⋅  ast month
Shipped it  uickly and let me know what their process was.  ery communicative.

See all feedback

ions to e  plore    Semi - igid Holder Sports Trading Card Toploaders & Holders    Semi - igid Holder Sports Trading Card Toploaders & Holders for Tall    BCW Semi - igid Holder Sports Trading Card Toploaders & Holders
Semi - igid Holder Sports Trading Card Toploaders & Holders for Standard    Ultra  ...  Semi - igid Holder Sports Trading Card Toploaders & Holders    ...agnetic Holder Sports Trading Card Toploaders & Holders
... oad Sports Trading Card Toploaders & Holders    BCW Sports Trading Card Toploaders & Holders    Ultra ... Sports Trading Card Toploaders & Holders    BCW ...agnetic Holder Sports Trading Card Toploaders & Holders

eturn to top

https://www.ebay.com/itm/354748514654

Doe 59

2/2

 Checkout

How do you like our checkout? Give us feedback

ay with

○ Add new card

○ **PayPal**

○ PayPal CREDIT
Special financing available.
Apply now. See terms

○ GPay oogle ay

**Ship to**

Clerk2 Clerk2
161 North Clark St.
Chicago, I 60601 3206
United States
312 375 1573
Change

**eview item and shipping**

Seller godlydove   essage to seller

ost Card hoto Topload Holders igid lastic
Sleeves Crystal Clear 4   6 25

$14.19

uantity 1

Delivery
Est. delivery Jul 21   Jul 24
Standard Shipping
Free

**ift cards, coupons, eBay Bucks**

Enter code      Apply

**Donate to charity  optional** ⓘ

otorsports Charities, Inc.

The NASCA   Foundations improves the lives of children in our NASCA   communities.
Helping children survive and thrive. That s our checkered flag   ay al   iving Fund
F   receives your donation and grants 100% to a charity no later than 30 days after
the end of the month in which the donation is made. Donations are non refundable
and typically ta  deductible.   F may be unable to grant funds to a charity if the
charity has lost ta  e empt status, has closed, or no longer accepts funds from   F.

Select amount      None ▾

| Subtotal 1 item | $14.19 |
|---|---|
| Shipping | Free |
| Ta | $1.45 |
| rder total | $15.64 |

We're re  uired by law to collect sales ta
and applicable fees for certain to
authorities.  earn more

🔒 Confirm and pay

Select a payment option

ebay MONEY BACK GUARANTEE
See details

Copyright   1995 2023 eBay Inc. All   ights   eserved. Accessibility, User Agreement,   rivacy,   ayments Terms of Use, Cookies,   our   rivacy Choices and AdChoice ⓘ



Number of Toploaders  Card Holders                    1

Item description from the seller

**1 BCW 5 x 7 Toploader**

The rigid PVC used in the 5x7 toploader as well as other BCW toploaders contain no plasticizers or stearates. Our high quality PVC does not migrate and will not harm your cards, photos or prints, while offering maximum protection and visual appeal. Use this holder to protect, store and display your 5x7 photographs, prints and documents. 1 loose toploader with an option to add 1 sleeve.

- Holds postcards and photos
- Open on the short side

Exterior Dimensions:

5 3/8 x 7 1/4

Interior Dimensions:

5 1/8 x 7 1/8

A package of 1 toploader (sleeve optional) will come loose (without packaging) and shipped in a standard envelope. Orders of 1 - 3 will be shipped individually. Orders of 4 or more toploaders are shipped First Class USPS with tracking. Orders of 25 or more will come in original packaging of 25 count.

All orders are processed and shipped within 1 business day.

If you have any questions or concerns about an order, contact me anytime.



### golden_era

100% positive feedback
11K items sold

📅 Joined Jan 2021
🕐 Usually responds within 24 hours

**Detailed seller ratings**

Average for the last 12 months

| Accurate description | 5.0 |
| easonable shipping cost | 5.0 |
| Shipping speed | 5.0 |
| Communication | 5.0 |

**Seller feedback**  3,473

| Seller's other items |
| Contact |
| ♡ Save seller |

➕  b   c 95  •   ast 6 months                                                    erified purchase

reat seller, fast shipping and item was e actly as described.  ackaging was handled with attention to details that ensured the item wasn t damaged in shipping.

➕  c   l 111  •  ast 6 months                                                    erified purchase

Thank you. As described. Shipped  uick.  acked well.  reat communication.  ecommended.

➕  b   l 13737  •  ast 6 months                                                   erified purchase

ec'd Supplies As Advertised,  uick Delivery &  ackaged Well   5 Star Seller

See all feedback

This is a private listing and your identity will not be disclosed to anyone e cept the seller

Back to previous page                                                          eturn to top

elated Searches

wearables

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices 🔲 and AdChoice ⓘ

 Checkout

How do you like our checkout?  ive us feedback



| | PayPal | Buy with  ay  al. It s fast and simple. | |

**ay with**

○ Add new card
   VISA  MasterCard  American Express  Discover

○ **PayPal**  ay  al

○ PayPal CREDIT  Special financing available.
   Apply now.  See terms

○ G Pay  oogle  ay

**Ship to**
Clerk2 Clerk2
161 North Clark St.
Chicago, I  60601 3206
United States
312  375 1573
Change

**eview item and shipping**

Seller  golden  era    essage to seller

1 BCW 5  7 Toploader  hoto  ostcard  igid  versi e
Card Holder F  EE SHI  IN

C  UNT 1 T  ADE
$3.79

uantity
1

**Delivery**
Free Economy Shipping
Est. delivery Jun 3  Jun 5

**ift cards, coupons, eBay Bucks**

Enter code    Apply

**Donate to charity  optional** ⓘ
The Jed Foundation

The Jed Foundation  JED  supports millions of teens and young adults who
rely on JED s evidence  based mental health and suicide prevention
strategies.  ay  al   iving Fund    F  receives your donation and grants
100% to a charity no later than 30 days after the end of the month in which
the donation is made. Donations are non  refundable and typically  not
deductible.    F may be unable to grant funds to a charity if the charity
has lost ta  e  empt status, has closed, or no longer accepts funds from
    F.

Select amount    None ⌄

| Item  1 | $3.79 |
| Shipping | Free |
| Ta  | $0.39 |

| rder total | $4.18 |

We're re  uired by law to collect sales ta   and
applicable fees for certain ta  authorities.   earn more

**Confirm and pay**

Select a payment method

$  urchase protected by eBay    oney Back
   uarantee

Copyright   1995  2024 eBay Inc. All   ights   eserved. Accessibility, User Agreement,  rivacy,  ayments Terms of Use, Cookies, CA  rivacy Notice,  our  rivacy Choices
and AdChoice ⓘ

7/20/23, 12:42 PM                    bcw toploaders New thick card stock 197 point lot of 2 packs (20) total | eBay



bew toploaders New thick card stock 197 point lot of 2 packs of top loaders. 20 total

New Sealed

No Returns



 Checkout

How do you like our checkout?  Give us feedback

To add more items, go to cart.

ay with

Add new card
○   VISA   Mastercard   AMEX   Discover

○   **Pay**Pal

○   **PayPal** **CREDIT**
    Special financing available.
    Apply now. See terms

○   G Pay   oogle  ay

### Ship to

Clerk2 Clerk2
161 North Clark St.
Chicago, I  60601 3206
United States
312  375 1573
Change

### eview item and shipping

Seller  goodeyeblessed        essage to seller



bcw toploaders New thick card stock 197 point lot of 2 packs  20 total
$8.99
 uantity 1

Delivery
Est. delivery  Jul 24   Jul 26
US  S  edia  ail
$3.92

### ift cards, coupons, eBay Bucks

[ Enter code ]        Apply

### Donate to charity  optional  ⓘ

 otorsports Charities, Inc.

The NASCA   Foundations improves the lives of children in our NASCA   communities.
Helping children survive and thrive. That s our checkered flag   al   iving Fund
       F  receives your donation and grants 100% to a charity no later than 30 days after
the end of the month in which the donation is made. Donations are non refundable
and typically ta  deductible.     F may be unable to grant funds to a charity if the
charity has lost i  e  empt status, has closed, or no longer accepts funds from   F.

Select amount   [ None ▾ ]

| Subtotal  1 item | $8.99 |
| Shipping | $3.92 |
| Ta | $1.32 |
| **rder total** | **$14.23** |

We're re  uired by law to collect sales ta
and applicable fees for certain ta
authorities.  earn more

🔒 Confirm and pay

Select a payment option

ebay MONEY BACK GUARANTEE
See details

Copyright   1995 2023 eBay Inc. All   ights  eserved. Accessibility, User Agreement,  rivacy,  ayments Terms of Use, Cookies,  our  rivacy Choices 🄭 and AdChoice ⓘ





| easonable shipping cost | 5.0 |
| Shipping speed | 4.9 |
| Communication | 4.9 |

Everything all good

Super fast  item as described at good price

T

See all feedback

atings and  eviews    earn more

5.0
★★★★★
1 product rating

100%
Would recommend

100%
ood value

100%
ood  uality

ost relevant reviews

★★★★★
By la m0X7S
Apr 28, 2023

ery good product
This is a very good product.

Back to previous page

eturn to top

 Checkout

How do you like our checkout? _ive us feedback

To add more items, go to cart.



ay with

○ Add new card
VISA

○ **PayPal**

○ PayPal CREDIT
Special financing available.
Apply now. See terms

○ G Pay oogle ay

Subtotal 1 item                    $13.29
Shipping                           Free
Ta                                 $1.36

rder total                         $14.65

We're re uired by law to collect sales ta
and applicable fees for certain ta
authorities. _earn more

🔒 Confirm and pay

Select a payment option

ebay MONEY BACK GUARANTEE
See details

Ship to

Clerk2 Clerk2
161 North Clark St.
Chicago, I  60601 3206
United States
312  375 1573
Change

eview item and shipping

Seller  hannan03        _essage to seller

Trading Card Sleeves Hard  lastic Clear Case
Holder 100 Baseball Cards Topload
$13.29

uantity
1

Delivery
Est. delivery Jul 18   Jul 21
US  S First Class
Free

ift cards, coupons, eBay Bucks

Enter code                  Apply

Donate to charity  optional  ⓘ

AS  CA

Can you spare some change for animals in need? Add a donation to the AS  CA now.
ay  al  iving Fund      F  receives your donation and grants 100% to a charity no
later than 30 days after the end of the month in which the donation is made. Donations
are non refundable and typically ta   deductible.       F may be unable to grant funds
to a charity if the charity has lost ta  e empt status, has closed, or no longer accepts
funds from       F.

Select amount    None

Copyright    1995  2023 eBay Inc. All   ights  eserved. Accessibility, User Agreement,  rivacy,  ayments Terms of Use, Cookies,  our  rivacy Choices and AdChoice ⓘ





## Similar sponsored items    See all ›

    

| Trading Card Sleeves Hard Plastic Clear Case Holder 100 Baseball Cards Topload | Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading | 100 Standard Size 3 4 Top Loaders w 100 Soft Sleeves Fits Standard Si e Cards | Trading Card Sleeves Hard Plastic Clear Case Holder 100 Baseball Cards | Trading Card Sleeves Hard Plastic Clear Case Holder 100 Baseball Cards Topload... |
|---|---|---|---|---|
| New | New | New | New | New |
| $15.35 | $15.99 | $3.25 | $23.98 | $18.99 |
| Free shipping | Free shipping | 2 bids | Free shipping | Free shipping |
| Seller with a 100% positive feedback | 46 sold | $9.99 shipping | | Seller with a 99.6% positive feedback |

## Sponsored items customers also bought    See all ›

    

| Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading | Trading Card Sleeves Hard Plastic Clear Case Holder 100 Baseball Cards Topload | Trading Card Sleeves Hard Plastic Topload Clear Case Holder 100 Baseball Cards | Trading Card Sleeves Hard Plastic Topload Clear Case Holder 200 Baseball Cards | Trading Card Sleeves Hard Plastic Clear Case Holder 25 Baseball Cards Topload |
|---|---|---|---|---|
| New | New | New | New | New |
| $15.99 | $17.25 | $23.98 | $32.99 | $9.99 |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |
| 46 sold | 50 sold | | | 803 sold |

Item description from the seller

**Trading Card Sleeves Hard Plastic Clear Case Holder 100 Baseball Cards Topload**

**Description:**

- Contains 50 standard toploaders
- Contains 100 trading card sleeves
- Toploader Exterior Dimensions: 3 x 4 1/16 in
- Toploader Interior Dimensions: 2 3/4 x 3 7/8 in
- Sleeve Exterior Dimensions: 2 5/8 X 3 5/8 in



 Checkout

How do you like our checkout?  Give us feedback

ay with

○ Add new card
   VISA  MasterCard  AMEX  Discover

○ **PayPal**

○ **PayPal**
   **CREDIT**
   Special financing available.
   Apply now. See terms

○ GPay  oogle ay

Ship to

Clerk2 Clerk2
161 North Clark St.
Chicago, I  60601 3206
United States
312  375 1573
Change

eview item and shipping

Seller  honestymart    essage to seller



Trading Card Sleeves Hard  lastic Clear Case Holder 100 Baseball Cards Topload
**$16.99**

uantity
1            ⌄

Delivery
Est. delivery  Jul 28  Aug 2
Standard Shipping
Free

ift cards, coupons, eBay Bucks

Enter code          Apply

Donate to charity  optional  ⓘ

eflections of Trinity

Help children, seniors and others in crisis with food, clothing and basic needs.  ay  al
iving Fund   F receives your donation and grants 100% to a charity no later than
30 days after the end of the month in which the donation is made. Donations are non
refundable and typically ta  deductible.    F may be unable to grant funds to a
charity if the charity has lost ta  e empt status, has closed, or no longer accepts
funds from  F.

Select amount     None ⌄

| | |
|---|---|
| Subtotal  1 item | $16.99 |
| Shipping | Free |
| Ta | $1.74 |

| | |
|---|---|
| rder total | $18.73 |

We're  uired by law to collect sales ta
and applicable fees for certain ta
authorities.  earn more

🔒 Confirm and pay

Select a payment option

ebay MONEY BACK GUARANTEE
See details

Copyright  1995 2023 eBay Inc. All  ights  eserved. Accessibility, User Agreement,  rivacy,  ayments Terms of Use, Cookies,  our  rivacy Choices  and AdChoice ⓘ





 Checkout

How do you like our checkout?  ive us feedback

ay with

○ Add new card


○ **PayPal**

○ PayPal CREDIT
Special financing available.
Apply now. See terms

○ G Pay  oogle  ay

### Ship to

Clerk2 Clerk2
161 North Clark St.
Chicago, I  60601 3206
United States
312 375 1573
Change

### eview item and shipping

Seller  hookedoncar...   essage to seller

ick  our Si  e BCW 3  4 Toploader Card Holders 20
59 79 108 138 168 197 240 360pt
N  BCW 3  4 Standard  25

$3.25

uantity
1

Delivery
Est. delivery  Jul 18   Jul 19
Standard Shipping
$4.20

### ift cards, coupons, eBay Bucks

Enter code    Apply

### Donate to charity  optional ⓘ

AS  CA

Can you spare some change for animals in need? Add a donation to the AS  CA now.
 ay al  iving Fund.  F  receives your donation and grants 100% to a charity no
later than 30 days after the end of the month in which the donation is made. Donations
are non  refundable and typically ta  deductible.   F may be unable to grant funds
to a charity if the charity has lost ta  e empt status, has closed, or no longer accepts
funds from   F.

Select amount    None

Subtotal  1 item        $3.25
Shipping                $4.20
Ta                      $0.76

rder total              $8.21

We're re  uired by law to collect sales ta
and applicable fees for certain to
authorities.  earn more

 Confirm and pay

Select a payment option

ebay MONEY BACK GUARANTEE
See details

Copyright   1995 2023 eBay Inc. All   ights  eserved. Accessibility, User Agreement,  rivacy,  ayments Terms of Use, Cookies,  our  rivacy Choices and AdChoice ⓘ





## Similar sponsored items    See all >





## Sponsored items customers also bought    See all >



Case: 1:24-cv-07259 Document #: 5 Filed: 08/15/24 Page 239 of 467 PageID #:749











Trading Card Sleeves Hard Plastic Clear Case Holder 100 Baseball Cards Topload

| | | | | |
|---|---|---|---|---|
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |
| 44 sold | Seller with a 99.5% positive feedback | 98 sold | Top rated plus 53 sold | 1631 sold |

eople who viewed this item also viewed

    

| Best Card Sleeves Hard lastic Case Holder 100 Baseball Cards Topload Trading | Trading Card Sleeves Hard lastic Clear Case Holder 100 Baseball Cards Topload | Trading Card Sleeves Hard lastic Case Holder 10 Baseball Cards Topload | Hard lastic Card Holder 25 Sleeves for Sports Cards Topload Display Supplies | Trading Card Sleeves Hard lastic Clear Case Holder 100 Baseball Cards Topload |
|---|---|---|---|---|
| New | New | New | | New |
| $15.99 | $15.38 | $14.00 | $8.52 | $16.55 |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |
| 45 sold | 98 sold | | 47 sold | 44 sold |

Find more sponsored items                                    Feedback on our suggestions

   

| Trading Card Sleeves Hard lastic Clear Case Holder 100 Baseball Cards Topload | Best Card Sleeves Hard lastic Case Holder 100 Baseball Cards Topload Trading | Trading Card Sleeves Hard lastic Topload Clear Case Holder 200 Baseball Cards | Trading Card Sleeves Hard lastic Clear Case Holder 100 Baseball Cards Topload |
|---|---|---|---|
| $16.55 | New | $32.99 | $15.38 |
| New | $15.99 | New | New |
| Free shipping | Free shipping | Free shipping | Free shipping |
| 44 sold | 45 sold | Top rated plus 53 sold | 98 sold |

   

| Trading Card Sleeves Hard lastic Topload Clear Case Holder 100 Baseball Cards | 25 100 Hard lastic Card Sleeves Trading Card Holder Sleeves rotector Baseball | 50 Trading Card Sleeves Hard lastic Toploader Holder lus 100 enny Sleeves 100 | Hard lastic Card rotectors Sleeves Top oaders For Baseball Trading ame Card |
|---|---|---|---|
| $23.98 | $8.99 | $17.20 | $9.99 |
| New | | New | New |
| Free shipping | | Free shipping | Free shipping |
| Top rated plus 1252 sold | Seller with a 100% positive feedback | 32 sold | Seller with a 100% positive feedback |

   

| 200 Trading Card Sleeves Hard lastic Toploader Holder lus 200 enny Sleeves | 100 Ultra ro egular 3 4 Toploaders New top loaders 100 soft sleeves | Trading Card Sleeves Hard lastic Clear Case Holder 100 Baseball Cards Topload | Soft Hard ame Cards Sleeves Holders Top loaders 3 4 for okemon SoulSilver NDS |
|---|---|---|---|
| $16.31 | $17.95 | $14.99 | $11.99 |
| New | $17.99 0% off | New | New |
| Free shipping | Free shipping | Free shipping | Free shipping |
| 29 sold | Direct from Columbia Sports Cards | Seller with a 100% positive feedback | 46 sold |

   

| Trading Card Sleeves Hard lastic Clear Case Holder Baseball Cards Topload | latinum rotectors Top oaders remium Seamless Hard Sleeves for Trading Cards | 100 STANDA D 3 4 BCW T ADE CA D H DE 100 CT ACK B AND NEW & SEA ED | 100 ro Safe egular 3 4 Toploaders 100 soft sleeves New Top loaders STANDA D |
|---|---|---|---|
| $15.40 | $8.99 | $16.43 | $15.95 |
| New | New | New | New |
| Free shipping | Free shipping | Free shipping | Free shipping |
| Seller with a 99.3% positive feedback | Top rated plus 47 sold | 537 sold | 308 sold |

  

| Trading Card Sleeves Hard lastic Clear Case Holder 50 Baseball Cards Topload | 100 T AD CA D H DE C EA F T ADIN CA DS, 12 3 4 I ID ASTIC | Trading Card Sleeves Hard lastic Clear Case Holder 100 Baseball Cards Topload | ack 25 BCW Hard lastic Baseball Card Topload Holders 12 mil protector |
|---|---|---|---|

New
$14.99
Free shipping
1929 sold

New
$21.95
Free shipping
Seller with a 99.9% positive feedback

New
$21.68
Free shipping
ast one

New
$8.49
Free shipping
Top rated us
6990 sold









T        AD T  ADN  CA  D S  EE  ES Hard    lastic
Clear Case Holder 100 Baseball Cards

500 Counts Card Sleeves Toploaders for Trading
Card Soft Baseball    enny

BCW 3  4 Toplod Card Holder, Standard, 100
Count    ack

Trading Card Sleeves Hard   lastic Clear Case
Holder Baseball Cards Topload

New
$17.59
Free shipping
ast one

New
$19.89
Free shipping
Seller with a 100% positive feedback

New
$18.92
Free shipping
Seller with a 99.5% positive feedback

New
$15.40
Free shipping
Seller with a 99.3% positive feedback



Trading Card Sleeves Hard   lastic Clear Case
Holder 25 Baseball Cards Top load

New
$8.49
Free shipping
4170 sold

ore to e  plore        Sports Trading Card Toploaders & Holders     agnetic Holder Sports Trading Card Toploaders & Holders    old Sports Trading Card Toploaders & Holders    BCW Sports Trading Card Toploaders & Holders
Sports Trading Card Toploaders & Holders for Standard    Black Sports Trading Card Toploaders & Holders    Sports Trading Card Toploaders & Holders for Tall    Ultra        Sports Trading Card Toploaders & Holders
Semi   pard Holder Sports Trading Card Toploaders & Holders    Sports Trading Card Toploaders & Holders with U    rotection

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices    and AdChoice



Similar sponsored items   See all >



    

    

Case: 1:24-cv-07259 Document #: 5 Filed: 08/15/24 Page 243 of 467 PageID #:753

Item description from the seller

- **YOU ARE VIEWING/PURCHASING THE CARD IN THE TITLE AND PICTURES**
- *SHIPPING TO USA ADDRESSES IS FREE*
- **NOW OFFERING WORLDWIDE SHIPPING!! CHECK YOUR LOCATION FOR SHIPPING RATES**
- *SHIPPING IS USPS /FIRST CLASS/ OR FIRST CLASS INTERNATIONAL WITH DELIVERY TRACKING BUBBLE MAILER. ALL CARDS ARE SECURELY PACKAGED.*
- *WE TYPICALLY SHIP NEXT BUSINESS DAY AFTER PAYMENT IS RECEIVED*
- **PAY PAL ONLY --DUE WITHIN 5 DAYS**
- *++OVER 9300 POSITIVE FEEDBACK SO BUY WITH CONFIDENCE,*
- *WE STRIVE FOR 5 SO ANY QUESTIONS FEEL FREE TO ASK!*



Doe 67

 Checkout

How do you like our checkout? Give us feedback

ay with

○ Add new card
   VISA  MasterCard  AMEX  Discover

○ **PayPal**

○ **PayPal CREDIT**
   Special financing available.
   Apply now. See terms

○ G Pay  oogle ay

**Ship to**

Clerk2 Clerk2
161 North Clark St.
Chicago, I  60601 3206
United States
312  375 1573
Change

**eview item and shipping**

Seller  ironman8cards    essage to seller



4 K NEW SEA ED BCW 108 T THICK T    ADE S 10 CT ACK
40 T  TA  S
$18.99

uantity
[ 1                        ▾ ]

Delivery
Est. delivery  Jul 24  Jul 26
E pedited Shipping
Free

**ift cards, coupons, eBay Bucks**

[ Enter code          ]    [ Apply ]

**Donate to charity  optional** ⓘ

otorsports Charities, Inc.

The NASCA   Foundations improves the lives of children in our NASCA   communities.
Helping children survive and thrive. That s our checkered flag   ay al  iving Fund
  F receives your donation and grants 100% to a charity no later than 30 days after
the end of the month in which the donation is made. Donations are non refundable
and typically ta  deductible.   F may be unable to grant funds to a charity if the
charity has lost ta  e empt status, has closed, or no longer accepts funds from  F.

Select amount   [ None ▾ ]

---

Subtotal  1 item                    $18.99
Shipping                             Free
Ta                                   $1.95

rder total                          $20.94

We're re uired by law to collect sales and
applicable fees for certain ta
authorities.  earn more

🔒 Confirm and pay

**Select a payment option**

ebay MONEY BACK GUARANTEE
See details

---

Copyright   1995 2023 eBay Inc. All  ights  eserved. Accessibility, User Agreement,  rivacy,  ayments Terms of Use, Cookies,  our  rivacy Choices  and AdChoice ⓘ





Case: 1:24-cv-07259 Document #: 5 Filed: 08/15/24 Page 246 of 467 PageID #:756

Additional  roduct Features

| | |
|---|---|
| Si  e | Standard |
| Border Color | White |
|  ear | 2020 |

Item description from the seller

Doe 68



## 25 Quality BCW Toploader 3x4 Standard Trading Card WHITE Border Holder Rigid PVC

**SAVE** 2 T T C T 10 **- 10%**

### 25 BCW WHITE BORDER 3x4 TOPLOADERS

BCW 3x4 black toploaders are made of high-quality, rigid PVC. These toploading holders are some of the most popular rigid individual card holders in the collectible card industry. Use this product to protect, store or display collectible baseball cards, football cards, hockey cards, or other trading cards like Magic The Gathering, Pokemon, YuGiOh, and others.
25 Holders per Pack.

- Holds a standard sized trading card
- Open on the short side
- Colored white border

Exterior Dimensions: 3 x 4 1/16
Interior Dimensions: 2 3/4 x 3 7/8

Rocket Fast Shipping..WOW!, AlwaysTop Quality Merchandise..Thank You!





2/12/24, 9:17 AM    25 Quality BCW Toploader 3 4 Standard trading card red Border Holder rigid PC | eBay

## Seller feedback   36,757

**This item** 1    All items   36,757

 ➕  r b 1755 • ast month

reat seller e cellent packaging smooth and uick transaction arrived as described

[ See all feedback ]

---

🔴 BU 1, ET 1 AT **10%** FF add 2 to cart ⓘ See all eligible items →

N Sale N 10% ff AN 2nd Item ST E WIDE W W

Discount will be applied when you add promotional items from it.banknotes to your cart      All promotional offers from it.banknotes











| 25 uality BCW Toploader 3 4 Standard Trading Card ED Border Holder igid C | 25 uality BCW Toploader 3 4 Standard Trading Card Blue Border Holder igid C | 25 uality BCW Toploader 3 4 Standard Trading Card Black Border Holder igid C | 25 uality BCW Toploader 3 4 Standard Trading Card reen Border Holder igid C | BCW uality ertical Acrylic Stand Holder For Standard Trading Cards Display NEW |
|---|---|---|---|---|
| US $12.70 | US $12.70 | US $12.70 | US $12.70 | US $14.90 |

See all

ou can change uantities in your cart.

---

### roduct ratings and reviews    earn more

**5.0**    ★ 5 ▬▬▬▬ 1

★★★★★    ★ 4   0

1 product ratings    ★ 3   0

★ 2   0

★ 1   0

 100% Would recommend     100% ood value    100% ood uality

[ Write a review ]

We have ratings, but no written reviews for this, yet. Be the first to write the review.

Back to home page   See ore Details about BCW IT CHWH Top oad Card Holder     eturn to top

ore to e plore   BCW Semi igid Holder Sports Trading Card Toploaders & Holders for Standard,   BCW Semi igid Holder Sports Trading Card Toploaders & Holders,   BCW Sports Trading Card Toploaders & Holders for Standard,   BCW White Sports Trading Card Toploaders & Holders,   BCW Sports Trading Card Toploaders & Holders,   BCW agnetic Holder Sports Trading Card Toploaders & Holders,   Semi igid Holder Sports Trading Card Toploaders & Holders,   Sports Trading Card Toploaders & Holders for Standard,   Ultra Semi igid Holder Sports Trading Card Toploaders & Holders for Standard,   Ultra Semi igid Holder Sports Trading Card Toploaders & Holders

About eBay   Announcements   Community   Security Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice ⓘ

 Checkout

How do you like our checkout? _ive us feedback

**PayPal**   Buy with  ay al. It s fast and simple.

ay with

○ Add new card
  VISA ● MasterCard ● ●

○ **PayPal**   ay al

○ **PayPal CREDIT**   Special financing available.
  Apply now. See terms

### Ship to

Clerk2 Clerk2
161 North Clark St.
Chicago, I  60601 3206
United States
312 375 1573
Change

### eview item and shipping

Seller  it.banknotes       essage to seller

25  uality BCW Toploader 3  4 Standard Trading Card WHITE Border Holder  igid  C

$12.70

uantity
1

Free returns

Delivery
Free Standard Shipping
Est. delivery  Feb 15  Feb 17

### ift cards, coupons, eBay Bucks

Enter code         Apply

### Donate to charity  optional  ⓘ

Save a Child's Heart Foundation

 ive $1 to help provide lifesaving heart surgery for children in need.  ay al  iving Fund       F  receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non refundable and typically ta  deductible.       F  may be unable to grant funds to a charity if the charity has lost ta  e empt status, has closed, or no longer accepts funds from       F.

Select amount    None ⌄

| Item 1 | $12.70 |
|---|---|
| Shipping | Free |
| Ta | $1.30 |

rder total              $14.00

We're  uired by law to collect sales ta  and applicable fees for certain ta  authorities. _earn more

🔒 Confirm and pay

Select a payment method

**ebay** MONEY BACK GUARANTEE
See details

Hi Clerk2! ✔  Daily Deals  Brand Outlet  Gift Cards  Help & Contact          Sell  Watchlist ✔  My eBay ✔    🔔² 🛒



ebay    Shop by category ✔    [Search for anything]    All Categories ✔    [Search]

Back to home page ‹  Collectibles & Art  ›  ...  ›  Sports Trading Cards  ›  Storage & Display Supplies  ›  Card Toploaders & Holders          Share  Add to Watchlist

SA E U T  **15%** WHEN  U BU        E



NEW 200 BCW TA   CA D S EE ES 2 5 8   4 13 16 2  ACKS  A  E DA  WIDE  ISI  N

 JABAuthentics Collectibles _ifts  2182
100% positive · Seller's other items · Contact seller

US $6.99 ea
or Best ffer

Condition  New

uantity  [ 1 ]   4 available  1 sold

Bulk savings

| Buy 1 $6.99 ea | Buy 2 $6.64 ea | Buy 3 $6.29 ea | 4 or more for $5.94 ea |

**Buy It Now**

**Add to cart**

**ake offer**

♡ Add to watchlist

Shipping    US $5.96 Standard Shipping. See details
             ocated in  aryville, Tennessee, United States

Delivery     Estimated between Fri, Feb 16 and Tue, Feb 20 to
             60601 ⓘ

eturns       Seller does not accept returns. If the item you
             received doesn't match the listing description, your
             purchase may be eligible for eBay  oney Back
             uarantee if the return re uest is made within 3
             days from delivery. See details

ayments      PayPal  GPay  VISA  mastercard  American  Discover
             PayPal CREDIT
             Special financing available. See terms and apply
             now
             Earn up to 5  points when you use your eBay
             astercard®.  earn more

Have one to sell?  Sell now

About this item | Shipping, returns, and payments                   eport this item

Seller assumes all responsibility for this listing.                          eBay item number  335015711668

## Item specifics

| | |
|---|---|
| Condition | New  A brand new, unused, unopened, undamaged item  including handmade items . See the seller's ... ead more |
| Brand | BCW |
| Type | Toploader |
| Compatible Card Si e | Tall |
| Color | Clear |
| U  C | 722626902888 |

## Item description from the seller

THIS ITEM IS FROM A SMOKE FREE ENVIRONMENT!

You're bidding on the item listed in the title.

See pictures for more details on the item.

If you have questions regarding the condition please inquire as the blemish is more than likely an issue with the picture and not the item.

We always allow combined shipping on multiple items purchased so please ask if you have any questions. We try to send combined invoices but in the event you pay beforehand and get charged we will refund you the overage.

(International rates vary - please inquire with questions)

Thank you and please check out all our other auctions.

Send us a message if there's anything we can do for you or if you have any questions. Thank you for shopping with us!

This item is in hand and ready to be shipped to you today! Thank you for your business and please check out all our other auctions. New auctions are listed daily, nightly and/or weekly, so check back often. Don't forget, combined S&H is available for all items purchased in any combination; just wait for us to send you a combined invoice to save you more money. Thanks again!



Doe 69

BCW Sports Trading Card Toploaders & Holders,   BCW Sports Trading Card Storage Bo_es

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice

 Checkout

How do you like our checkout? _ive us feedback

**PayPal**   Buy with  ay  al. It s fast and simple.

ay with

○ Add new card
VISA  MasterCard  AMEX  DISCOVER

○ **PayPal**   ay  al

○ **PayPal CREDIT**   Special financing available.
Apply now.  See terms

○ **G Pay**   oogle  ay

**Ship to**

Clerk2 Clerk2
161 North Clark St.
Chicago, I  60601 3206
United States
312 375 1573
Change

**eview item and shipping**

Seller  silverfield...      essage to seller

NEW  200  BCW TA    CA  D S  EE   ES 2 5 8    4 13 16
2  ACKS  A  E DA  WIDE  ISI  N
$6.99

uantity
1

Delivery
Est. delivery  Feb 16   Feb 20
US  S  round Advantage
$5.96

**ift cards, coupons, eBay Bucks**

Enter code          Apply

**Donate to charity  optional** ⓘ

Save a Child's Heart Foundation

ive $1 to help provide lifesaving heart surgery for children in need.   ay  al
iving Fund   F receives your donation and grants 100% to a charity no
later than 30 days after the end of the month in which the donation is
made. Donations are non refundable and typically ta  deductible.      F
may be unable to grant funds to a charity if the charity has lost ta  e empt
status, has closed, or no longer accepts funds from      F.

Select amount     None

| | |
|---|---|
| Item  1 | $6.99 |
| Shipping | $5.96 |
| Ta | $1.33 |
| rder total | **$14.28** |

We're  uired by law to collect sales ta  and
applicable fees for certain ta  authorities. _earn more

🔒 Confirm and pay

Select a payment method

**ebay** MONEY BACK GUARANTEE
See details

Doe 69

Case: 1:24-cv-07259 Document #: 5 Filed: 08/15/24 Page 255 of 467 PageID #:765





Doe 70



| | | |
|---|---|---|
| Accurate description | ——— | 5.0 |
| easonable shipping cost | ——— | 5.0 |
| Shipping speed | ——— | 5.0 |
| Communication | ——— | 5.0 |

opular categories from this store                                                    See all

AUT    A H CA DS     AUT    A H  E    ABI IA    BASEBA  S ECIA T  CA  DS &    BASEBA    CA  DS    BASKETBA  CA  DS    B    KS &  A  A INES    B    SETS    CA  D SU    IES

C    ECTIB ES

### Seller feedback  15,935

This item  12    All items  15,935

l  l  307  ▾    ore than a year ago

Super first shipping   Item was perfect. Will do business again

r  s  66  ▾    ore than a year ago

ood product and fast shipping

e  o  772  ▾    ast year

thanks

[ See all feedback ]

ore to e  plore    BCW Semi ... igid Holder Sports Trading Card Toploaders & Holders,    BCW Semi ... igid Holder Sports Trading Card Toploaders & Holders for Standard,
BCW Semi ... igid Holder Sports Trading Card Toploaders & Holders with Features For E ... tra Thick Cards,    BCW Sports Trading Card Card Holders,    BCW Sports Trading Card Toploaders & Holders,
BCW ...agnetic Holder Sports Trading Card Toploaders & Holders,    Semi ... igid Holder Sports Trading Card Toploaders & Holders,    Semi ... igid Holder Sports Trading Card Toploaders & Holders for Tall,
Ultra ..... Semi ... igid Holder Sports Trading Card Toploaders & Holders,    Semi ... igid Holder Sports Trading Card Toploaders & Holders with Features For E ... tra Thick Cards.

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices    and AdChoice ⓘ

 Checkout

How do you like our checkout? _ive us feedback

**PayPal** Buy with  ay  al. It s fast and simple.

ay with

○ Add new card
VISA  Mastercard  American Express  Discover

○ **PayPal**  ay  al

○ **PayPal Credit**  Special financing available.
Apply now.  See terms

○ **G Pay**  oogle  ay

**Ship to**

Clerk2 Clerk2
161 North Clark St.
Chicago, I  60601 3206
United States
312 375 1573
Change

eview item and shipping

Seller  sports44  _essage to seller

BCW Top  oaders  egular 3  4 Card Holder 25ct  igid
Holders K11020506
$8.75

uantity
1

Free returns

Delivery
Free US  S First Class
Est. delivery  Feb 17  Feb 23

ift cards, coupons, eBay Bucks

Enter code      Apply

Donate to charity  optional  ⓘ

Save a Child's Heart Foundation

ive $1 to help provide lifesaving heart surgery for children in need.  ay  al
iving Fund  F  receives your donation and grants 100% to a charity no
later than 30 days after the end of the month in which the donation is
made. Donations are non refundable and typically ta  deductible.  F
may be unable to grant funds to a charity if the charity has lost ta  e empt
status, has closed, or no longer accepts funds from  F.

Select amount   None

| | |
|---|---|
| Item  1 | $8.75 |
| Shipping | Free |
| Ta | $0.90 |
| rder total | $9.65 |

We're re  uired by law to collect sales ta  and
applicable fees for certain ta  authorities.  earn more

🔒 Confirm and pay

Select a payment method

**ebay** MONEY BACK GUARANTEE
See details







Funko  op  Scorbunny   ames   okemon 922   SA 9   int FASC  from a Sealed Case   12630528766

⊕  u   f  4  •  ast year

Item was e  actly what was advertised. It was sent as soon as possible and I m e  tremely happy with the delivery time. The book was nicely wrapped in bubble wrap and was very protected.   reat shipping rates. I feel other sellers are overcharging and making a profit off of shipping, but not this seller.   ery fair prices and shipping fees. I would definitely buy from this dealer, again.

Doom   atrol   107.1966 C   C 6.0   Arnold Drake story Negative    an backup story   1259956A3231

⊕  |  t  390  •  ast month

E  cellent seller  Item as described. Fast shipping and the packaging was awesome.   y item was well protected and they even added a protector. A

Spider    an Across the Spider    erse Spider    an Funko  op   inyl Figure   1223   12628550717

[ See all feedback ]

Back to home page                                                                                                                                                            eturn to top

ore to e  plore     BCW Sports Trading Card Toploaders & Holders,   BCW Sports Trading Card Toploaders & Holders for Tall,   BCW    old Sports Trading Card Toploaders & Holders,   BCW Black Sports Trading Card Toploaders & Holders,   BCW White Sports Trading Card Toploaders & Holders,   Sports Trading Card Toploaders & Holders,   agnetic Holder Sports Trading Card Toploaders & Holders,   Ultra      Sports Trading Card Toploaders & Holders,   Sports Trading Card Toploaders & Holders for Tall,   Screwdown Holder Sports Trading Card Toploaders & Holders

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved.   Accessibility,   User Agreement,   Privacy,   Payments Terms of Use,   Cookies,   CA Privacy Notice,   Your Privacy Choices    and   AdChoice ⓘ

 Checkout

How do you like our checkout?  ive us feedback

**PayPal** Buy with  ay  al. It s fast and simple.

| | |
|---|---|
| Item  1 | $3.95 |
| Shipping | $6.05 |
| Ta | $1.03 |

ay with

○ Add new card
  VISA · Mastercard · American Express · Discover

○ **PayPal**  ay  al

○ **PayPal Credit** Special financing available.
  Apply now.  See terms

○ **G Pay**  oogle  ay

**Ship to**

Clerk2 Clerk2
161 North Clark St.
Chicago, I  60601 3206
United States
 312  375 1573
Change

 eview item and shipping

Seller   mcomicsand...    essage to seller

BCW Toploader Top  oader 20pt 108pt 138pt 197pt
360pt  ick  our Si es
Color  20pt
$3.95

 uantity
1

Delivery
Est. delivery  Feb 16   Feb 20
US  S   round Advantage
$6.05

 ift cards, coupons, eBay Bucks

Enter code    Apply

Donate to charity  optional  ⓘ

Save a Child's Heart Foundation

 ive $1 to help provide lifesaving heart surgery for children in need.  ay  al
 iving Fund   F  receives your donation and grants 100% to a charity no
later than 30 days after the end of the month in which the donation is
made. Donations are non refundable and typically ta  deductible.    F
may be unable to grant funds to a charity if the charity has lost ta  e empt
status, has closed, or no longer accepts funds from   F.

Select amount    None

 rder total    $11.03

We're  uired by law to collect sales ta  and
applicable fees for certain ta  authorities.  earn more

🔒 Confirm and pay

Select a payment method

**ebay** MONEY BACK GUARANTEE
See details



*BCW Toploader Card Holder, Thick Card 168 PT, 10 per pack *NEW**

The BCW 3x4 thick toploaders are designed to hold cards that are thicker than standard trading cards. The phrase 'thicker cards' includes a wide variety of special patch, jersey, swatch, relics, memorabilia, and game-used fragments cards.

BCW 3x4 top loading card holders are made of high-quality, rigid PVC. These toploading holders are some of the most popular rigid individual card holders in the collectible card industry. Use this product to protect, store or display your collectible cards.

**SKU: 1-TLCH-TH-4.25MM   Brand: BCW   Weight: 0.27 lbs**

- Holds a jersey or memorabilia card - up to 168 pts.
- Open on the short side

**Exterior Dimensions:**

3 x 4 x 1/4

**Interior Dimensions:**

2 3/4 x 3 7/8 x 5/32

**10 Toploaders per Pack**



### s052395  lonestarhobby

100% Positive Feedback

55 items sold

Seller's other items

Contact

♡ Save seller

📅 Joined Sep 2021

### Seller feedback (17)

➕ a***w (116) • Past 6 months

Item as described. Fast shipping!

Uniden Bearcat BCD996P2 TrunkTracker V, APCO Project 25 Phase II Scanner  (#355122349350)

➕ o***b (17) • Past year

Item is as described

M&M Collectible Ornament, Kurt S. Adler Inc., Red M&M riding stick horse.  (#354907954696)

➕ i***i (375) • Past month

Thanks

Christopher Morel #198: 2023 Topps Chrome Chicago Cubs (#355411999612)

See all feedback

More to explore :  BCW Sports Trading Card Toploaders & Holders with Features For Extra Thick Cards,   BCW Sports Trading Card Toploaders & Holders,
BCW Screwdown Holder Sports Trading Card Toploaders & Holders with Features For Extra Thick Cards,   BCW Magnetic Holder Sports Trading Card Toploaders & Holders with Features For Extra Thick Cards,
BCW Semi-Rigid Holder Sports Trading Card Toploaders & Holders with Features For Extra Thick Cards,   BCW Magnetic Holder Sports Trading Card Toploaders & Holders,
BCW White Sports Trading Card Toploaders & Holders,   Sports Trading Card Toploaders & Holders with Features For Extra Thick Cards,
Magnetic Holder Sports Trading Card Toploaders & Holders with Features For Extra Thick Cards,   Sports Trading Card Toploaders & Holders

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices 🅟 and AdChoice ⓘ

 Checkout

How do you like our checkout? _ive us feedback

**PayPal**  Buy with  ay  al. It s fast and simple.

ay with

⊙ Add new card
   VISA  ●  AMEX  DISCOVER

⊙  **PayPal**  ay  al

⊙  **PayPal Credit**  Special financing available.
   Apply now.  See terms

⊙  **G Pay**  oogle  ay

Ship to

Clerk2 Clerk2
161 North Clark St.
Chicago, I  60601 3206
United States
312 375 1573
Change

eview item and shipping

Seller  s052395 lo...        _essage to seller

BCW Toploader Card Holder, Thick Card 168  T, 10 per
pack  NEW
$6.99

uantity
1

Delivery

◉  Free Economy Shipping
   Est. delivery Feb 17  Feb 23

⊙  Est. delivery Feb 17  Feb 23
   US  S  riority  ail
   $9.99

ift cards, coupons, eBay Bucks

Enter code          Apply

Donate to charity  optional  ⓘ

Save a Child's Heart Foundation

  ive $1 to help provide lifesaving heart surgery for children in need.  ay  al
 iving Fund     F  receives your donation and grants 100% to a charity no
later than 30 days after the end of the month in which the donation is
made. Donations are non refundable and typically ta  deductible.     F
may be unable to grant funds to a charity if the charity has lost ta  e empt
status, has closed, or no longer accepts funds from     F.

Select amount        None

Item 1                      $6.99
Shipping                    Free
Ta                          $0.72

rder total                  $7.71

We're  uired by law to collect sales ta  and
applicable fees for certain ta  authorities. _earn more

🔒 Confirm and pay

Select a payment method

**ebay** MONEY BACK GUARANTEE
See details



Hi Clark2 ⌄   Daily Deals   Brand utlet   Help & Contact
Sell   Watchlist ⌄   y-eBay ⌄

ebay     Shop by category ⌄     🔍 Search for anything     All Categories ⌄     Search     Advanced

← Back to home page | isted in category: Sporting oods › ... › Sports Trading Cards › Storage & Display Supplies › Card Toploaders & Holders

Share   Add to Watchlist

SA E U T   **5%** WHEN   U BU   E

1  ack of 10 BCW  ertical Booklet Trading Card Hard  lastic Toploade
Holders

| Condition | New |
| Bulk savings | Buy 1 $13.37 ea   Buy 2 $13.10 ea   Buy 3 $12.97 ea |
| | 4 or more for $12.70  ea |
| uantity | 1 |   6 available  4 sold |

 rice   US $13.37 ea

**Buy It Now**

**Add to cart**

♡ Add to watchlist

Ships from United States

 ickup    Free local pickup from Allentown,  ennsylvania, United States. See details

Shipping   Free Standard Shipping. See details
         Located in Allentown,  ennsylvania, United States

Delivery   Estimated between Tue, Jul 25 and Sat, Jul 29 to 60601 ⓘ

 eturns   Seller does not accept returns. If the item you received doesn't match the listing description, your purchase may be eligible for eBay  oney Back  uarantee if the return re  uest is made within 3 days from delivery. See details

 ayments   PayPal GPay VISA 💳 🔵 🟠
PayPal CREDIT
Special financing available. See terms and apply now
 arn up to 5  points when you use your eBay  astercard®.
 earn more

Seller information
uwsportscards (1931 ⭐)
100% positive feedback

♡ Save seller
Contact seller
 isit store
See other items

Similar sponsored items    See all ›                                                    Feedback on our suggestions

        

New 5 10 20 BCW 8  10 Hard  lastic  igid Toplo d  hoto Holders 8  10 toploaders
New
$14.96
Free shipping
🔵 Top ated  lus
753 sold

10  1 Full  ack  BCW  ertical Booklet Card Toploader Holders
$14.79
Free shipping
🔵 Top ated  lus
43 sold

10  ack BCW Booklet Card Toploaders  ertical Book Card Toplo d Holders
$13.95
New
Free shipping
63 sold

25 BCW 3  4 Topload Card Holder for Standard Si ed Trading Cards Top  oader
$6.98
New
🔵 Top ated  lus
89 sold

Ultra  5  3 4 inch  egular Toploader Card Holders
25  ack  New Top
Clear
$5.79
Free shipping
645 sold

Sponsored items customers also bought    See all ›                                     Feedback on our suggestions

        

BCW 3  4 Thick Card Toploaders 1  ack of 10 for up to 138pt Cards
New
$6.85
Free shipping
🔵 Top ated  lus
602 sold

BCW 3  4 Topload Card Holder  remium Thicker Cleaner  anels
New
$6.25
Free shipping
🔵 Top ated  lus
27 sold

Ultra  ro 3  4   D   KIE 35pt Toploaders 1  ack of 25 for Standard Si ed Cards
$7.49
Free shipping
🔵 Top ated  lus
1242 sold

25 Ultra  CB  2.5mm 100pt  ro Top  oaders Toploaders Topload Thick Jersey Cards
$7.68
New
Free shipping
🔵 Direct from Columbia Sports Cards
4068 sold

10  20pcs Card Stand Display Stand Coins Small Bo  aper Clip Holder
$3.99
Free shipping
98 sold

About this item | Shipping, returns & payments                                          eport this item

Seller assumes all responsibility for this listing.                                     eBay item number 155627024246

## Item specifics

| Condition | New:  A brand new, unused, unopened, undamaged item including handmade items . See the seller's ...  ead more | Brand | BCW |
| Type | Toploader | | |

## Item description from the seller

Please take a close look pictures before buying or bidding.
If the picture does not match the listing please contact me
Shipping Varies per listing
I do combine shipping after first card is won
.50 each additional card. $7.95 Maximum on combined  orders.
Please take a look at my other listings and be sure to follow me for all the deals as they are posted!!



Doe 73

 Checkout

How do you like our checkout? [ ive us feedback](#)

ay with

○ Add new card
  VISA  MasterCard  AMEX  DISCOVER

○ **PayPal**

○ **PayPal CREDIT**
  Special financing available.
  Apply now. [See terms](#)

○ G Pay  oogle  ay

### Ship to

Clerk2 Clerk2
161 North Clark St.
Chicago, I  60601 3206
United States
312  375 1573
[Change](#)

---

**Subtotal** 1 item     $13.37
Shipping     Free
Ta     $1.37

rder total     $14.74

We're re uired by law to collect sales ta
and applicable fees for certain ta
authorities. [ earn more](#)

🔒 Confirm and pay

Select a payment option

ebay MONEY BACK GUARANTEE
[See details](#)



---

### eview item and shipping

Seller  une unespo...  [ essage to seller](#)



1  ack of 10 BCW  ertical Booklet Trading Card Hard  lastic
Topload Holders

$13.37

uantity
[ 1 ▾ ]

● Delivery
  Est. delivery  Jul 25   Jul 29
  US  S First Class
  Free

○  ickup
  Contact seller after checkout to arrange pickup

---

### ift cards, coupons, eBay Bucks

[ Enter code ]  [ Apply ]

---

### Donate to charity  optional  ⓘ

otorsports Charities, Inc.

The NASCA  Foundations improves the lives of children in our NASCA  communities.
Helping children survive and thrive. That s our checkered flag   ay al  iving Fund
        F receives your donation and grants 100% to a charity no later than 30 days after
the end of the month in which the donation is made. Donations are non  refundable
and typically ta  deductible.       F may be unable to grant funds to a charity if the
charity has lost a  e empt status, has closed, or no longer accepts funds from   F.

Select amount  [ None ▾ ]

---

Copyright   1995 2023 eBay Inc. All  ights  eserved. [Accessibility](#), [User Agreement](#), [ rivacy](#), [ ayments Terms of Use](#), [Cookies](#), [ our  rivacy Choices](#) and [AdChoice](#) ⓘ



Hi Clerk2 ⌄   Daily Deals   Brand utlet   Help & Contact                                   Sell   Watchlist ⌄   y-eBay ⌄       🔔      🛒

ebay | Shop by category ⌄ | 🔍 Search for anything | All Categories ⌄ | Search | Advanced

‹ Back to search results | isted in category:   Sporting ⋯ › ⋯ › | Sports Trading Cards › | Storage & Display Supplies › | Card Toploaders & Holders

Share   Add to Watchlist



Hover to oom

🌱 Have one to sell? | Sell now

### 3  4 Standard Topload Card Holder Up to standard trading card 20 pts Holder 2pack

| | |
|---|---|
| Condition | New |
| uantity | 1   3 available |

rice   **US $13.02**

Buy It Now

Add to cart

Best ffer

ake offer

♡ Add to watchlist

↩ Breathe easy. eturns accepted.

🚚 Fast and reliable. Ships from United States.

| | |
|---|---|
| Shipping | Free Standard Shipping  See details |
| | ocated in  New  ork, New  ork, United States |
| Delivery | Estimated between  on, Jul 31 and Wed, Aug 2 to 60601 ⓘ |
| eturns | 30 days returns. Buyer pays for return shipping.  See details |
| ayments | PayPal  💳  VISA  ⬤  ⬤ |

PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5  points when you use your eBay
astercard®. earn more

**Seller information**
kagita_6  255 ⊘
99.6% positive feedback

♡ Save seller
Contact seller
isit store
See other items

---

## Similar sponsored items          See all ›

Feedback on our suggestions











| 3  4 Topload Card Holder for Standard Trading Cards  up to 20  ts 25 Count | 25 BCW 3  4 Topload Card Holder for Standard Si e Trading Cards Top oader | Ultra ro Top oaders & Soft Sleeves oldsmith Cards 3  4 Standard Card Holders | BCW Top oaders  egular 3  4 Card Holder 25ct  igid Holders I 0921611 | 25 pack • BCW • 1 T CH 8K • 3  4  igid Top oad Card Holder ● Black Border |
|---|---|---|---|---|
| New | New | New | New | New |
| $6.40 | $6.98 | $9.99 | $8.75 | $8.49 |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |
| Seller with a 100% positive feedback | 89 sold | 77 sold | Top ated lus  121 sold | Seller with a 99.3% positive feedback |

---

## Sponsored items inspired by your views          See all ›

Feedback on our suggestions











| Ultra ro 3 x 4  egular Toploaders 35pt Standard Si e Card Sleeves 1  ack of 25 | Top oader 3  4 25ct | 150  ieces Unbranded  egular Top oaders New Sealed with  lastic bag 6  25  150 | 35  1 Top oader 3  4 in Board  ame Card  rotector Sleeves Football Basketball Card | Top oader Binder with 50  ages Toploader Storage Trading Card Sleeves, 4  ock... |
|---|---|---|---|---|
| New | New | New | New | New |
| $11.88 | $12.45 | $23.99 | $7.59 | $24.61 |
| Free shipping | Free shipping | $4.99 shipping | $926 18% off | Free shipping |
| Seller with a 100% positive feedback | Seller with a 100% positive feedback | Top ated lus  52m left | Free shipping | |

---

About this item | Shipping, returns & payments

eport this item

Seller assumes all responsibility for this listing.

ast updated on Jul 24, 2023 13:06:00 DT  iew all revisions

eBay item number: 354709283646

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand new, unused, unopened, undamaged item including handmade items . See the seller's ... ead more | Brand | Unbranded |
| Type | Does not apply | a  Input Sheet Capacity | 50 |
| aterial | | | vc |

Case: 1:24-cv-07259 Document #: 5 Filed: 08/15/24 Page 268 of 467 PageID #:378

| aterial Type | vc | | anufacturer art Number | 1 T CH N 2 |
|---|---|---|---|---|
| Item Weight | 13.3 ounces | | Shape | ectangular |
| ackage Dimensions | 4.29   3.74   3.19 inches | | Number of  ieces | 2 |
| Shipping | Free Shipping | | U C | 7445007843848 |
| ISBN | Does not apply | | EAN | 074450078643848 |

Item description from the seller



### 3x4 Standard Topload Card Holder Up to standard trading card 20 pts Holder 2pack

#### Description



| Max Input Sheet Capacity | 50 |
|---|---|
| Number of Items | 2 |
| Brand | Unbranded |
| Material | Pvc |
| Material Type | Pvc |
| Manufacturer Part Number | 1-TLCH-N-2 |
| Item Weight | 13.3 ounces |
| Shape | Rectangular |
| Package Dimensions | 4.29 x 3.74 x 3.19 inches |
| Number of Pieces | 2 |
| Shipping | Free Shipping |

- 2 packs of 25 toploaders each, 50 total
- Holds a standard trading card - Up to 20 pts
- 12 mil thickness panels
- Open on the short side
- Exterior Dimensions: 3 x 4 1/16
- Interior Dimensions: 2 3/4 x 3 7/8

Standard 3x4 toploaders are made of high-quality, rigid PVC.

These toploading holders are some of the most popular rigid individual card holders in the collectible card industry.

Use this product to protect, store or display collectible baseball cards, football cards, hockey cards, or other trading cards like Magic The Gathering, Pokemon, YuGiOh, and others.

#### ABOUT US

We offer the best prices around on high quality products. Our E-store includes media such as books, movies, music and games while offering electronics, toys, sporting apparel, clothing, tools, general home, garden items and more.

#### SHIPPING

We are always working hard to ensure your package arrives as soon as possible. Please understand that some factors like weather, high postal traffic, and the performance of shipping companies are outside of our control.

We offer free shipping to the lower 48 states and ship within 2 business days of payment, usually sooner. We do not accept P.O. Boxes. Please provide a physical address.

For shipping outside of the continental USA, we only use eBay's Global Shipping Program.The item is shipped to KY and then sent to the rest of the world. International customers are responsible for all duties and taxes. Continue to check out in order to calculate costs for shipping the item to your country. Messages regarding eBay's Global Shipping Program MUST be directed at eBay EXCLUSIVELY.

#### RETURNS

We offer a 30-Day Return Policy on items which you are not completely satisfied with. You have the option for a full-refund or an exchange of the item. No returns are available on items shipped outside of the USA.

#### CUSTOMER SATISFACTION

We try our very best to make sure every customer is completely satisfied. If there's a problem, message us! We're happy to help.

WE ACCEPT



Copyright © 2021 AutoDS. | All Rights Reserved



 Checkout

How do you like our checkout?  Ive us feedback

ay with

○ Add new card
  VISA  MasterCard  AMEX  DISCOVER

○ **PayPal**

○ **PayPal CREDIT**
  Special financing available.
  Apply now. See terms

○ G Pay  oogle  ay

Ship to

Clerk2 Clerk2
161 North Clark St.
Chicago, I  60601 3206
United States
 312  375 1573
Change

eview item and shipping

Seller  kapila 6       essage to seller

 3  4 Standard Topload Card Holder Up to standard trading card 20 pts Holder 2pack

$13.02

uantity
1

Delivery
Est. delivery Jul 31  Aug 2
Standard Shipping
Free

ift cards, coupons, eBay Bucks

Enter code            Apply

Donate to charity  optional ⓘ

eflections of Trinity

Help children, seniors and others in crisis with food, clothing and basic needs.  ay  al iving Fund   F receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non refundable and typically ta  deductible.   F may be unable to grant funds to a charity if the charity has lost ta  e empt status, has closed, or no longer accepts funds from   F.

Select amount   None

Subtotal  1 item          $13.02
Shipping                   Free
Ta                        $1.33

rder total               $14.35

We're re  uired by law to collect sales ta and applicable fees for certain ta  authorities.  earn more

🔒 Confirm and pay

Select a payment option

ebay MONEY BACK GUARANTEE
See details

Copyright   1995 2023 eBay Inc. All  ights  eserved. Accessibility, User Agreement,  rivacy,  ayments Terms of Use, Cookies,  our  rivacy Choices  and AdChoice ⓘ





    

   



Item description from the seller



| | |
|---|---|
| Material | Polyvinyl Chloride (PVC), Polypropylene (PP) |
| Brand | BCW |
| Color | Clear |
| Style | Classic |
| Max Input Sheet Capacity | 100 |

**About this item**

- Contains 50 standard toploaders
- Contains 100 trading card sleeves
- Toploader Exterior Dimensions: 3 x 4 1/16 in
- Toploader Interior Dimensions: 2 3/4 x 3 7/8 in
- Sleeve Exterior Dimensions: 2 5/8 X 3 5/8 in

Product information

| Product Dimensions | 4 x 3.75 x 3 inches |
|---|---|
| Item Weight | 14.9 ounces |



**karagolgokhan  23**

100%  ositive Feedback
6 Items sold

Seller's other items

Contact

♡ Save seller

**Seller feedback**  2

○ |  6- 14b •   ast month

reat service all as described, highly recommend

Bamboo Wall... ounted Stylish Kitchen... tele... ack with Cup Hooks... ega, Free Delivery   · 394630783228

○ |  r  17 •   ast 6 months

y granddaughter loves the slide

5ft Slide Kids Children Toy... arden... utdoor Fun... oid Heavy Duty... layset Smoby NEW...   · 394636536476

See all feedback

Back to search results                                                                                                            eturn to top

ore to e  plore    Sports Trading Card Toploaders & Holders,    agnetic Holder Sports Trading Card Toploaders & Holders,    old Sports Trading Card Toploaders & Holders,   BCW Sports Trading Card Toploaders & Holders,
Sports Trading Card Toploaders & Holders for Standard,   Black Sports Trading Card Toploaders & Holders,   Screwdown Holder Sports Trading Card Toploaders & Holders,   Sports Trading Card Toploaders & Holders for Tall,
Ultra...   Sports Trading Card Toploaders & Holders,   Semi...  gid Holder Sports Trading Card Toploaders & Holders,

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved.  Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices ⓘ and AdChoice ⓘ

 Checkout

How do you like our checkout? ive us feedback

ay with

○ Add new card
VISA  MasterCard  AMEX  Discover

○ **PayPal**

○ **PayPal** CREDIT
Special financing available.
Apply now. See terms

○ GPay oogle ay

Ship to

Clerk2 Clerk2
161 North Clark St.
Chicago, l  60601 3206
United States
312  375 1573
Change

eview item and shipping

Seller  karagolgokh...    essage to seller

Trading Card Sleeves Hard  lastic Clear Case Holder 100 Baseball Cards Topload
$17.89

uantity
1

Delivery

● Est. delivery Jul 29  Aug 2
Standard Shipping
Free

○ Est. delivery Jul 29  Aug 1
E  pedited Shipping
$7.00

ift cards, coupons, eBay Bucks

Enter code          Apply

Donate to charity  optional  ⓘ

eflections of Trinity

Help children, seniors and others in crisis with food, clothing and basic needs.  ay  al
iving Fund   F  receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non refundable and typically ta  deductible.   F may be unable to grant funds to a charity if the charity has lost ta  e empt status, has closed, or no longer accepts funds from  F.

Select amount    None

Subtotal  1 item          $17.89
Shipping                    Free
Ta                          $1.83

rder total                 $19.72

We're re  uired by law to collect sales ta  and applicable fees for certain ta authorities.  earn more

🔒 Confirm and pay

Select a payment option

ebay MONEY BACK GUARANTEE
See details



Copyright   1995 2023 eBay Inc. All  ights  eserved. Accessibility, User Agreement,  rivacy,  ayments Terms of Use, Cookies,  our  rivacy Choices and AdChoice



Doe 76

You are bidding on the exact item featured in the title and images!!

Shipping to the USA is $19.99

*** WE ALWAYS COMBINE SHIPPING FOR MULTIPLE ITEMS WON/PURCHASED.

*** Please message me with any questions **before** placing a bid.







## kstamps 2015

99.4% ositive Feedback
354K items sold

isit store

Contact

♡ Save seller

📅 Joined Sep 2015

### Detailed seller ratings

Average for the last 12 months

| | |
|---|---|
| Accurate description | 5.0 |
| easonable shipping cost | 5.0 |
| Shipping speed | 5.0 |
| Communication | 5.0 |

### opular categories from this store

See all

stamps   pokemon   yugioh   Baseball   T  A IC THE  ATHE  IN   ther

### Seller feedback 76,074

This item 9   All items 76,074

➕  8  8 195  •  ast month

Fast delivery great product.

➕  a  k 1031  •  ast 6 months

reat deal and the card protectors were packaged well   thank you

➕  O  O 1058  •  ast 6 months

reat stuff  A

See all feedback

ore to e  plore   BCW Sports Trading Card Toploaders & Holders,   BCW   agnetic Holder Sports Trading Card Toploaders & Holders,   BCW Sports Trading Card Toploaders & Holders for Tall,
BCW   old Sports Trading Card Toploaders & Holders,   BCW White Sports Trading Card Toploaders & Holders,   BCW Semi   igid Holder Sports Trading Card Toploaders & Holders,
Sports Trading Card Toploaders & Holders,   BCW Sports Trading Card Card Sleeves,    agnetic Holder Sports Trading Card Toploaders & Holders,    old Sports Trading Card Toploaders & Holders

About eBay   Announcements   Community   Security Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices ▷ and AdChoice ⓘ



Case: 1:24-cv-07259 Document #: 5 Filed: 08/15/24 Page 279 of 467 PageID #:789



- Holds a standard trading card - Up to 20 pts
- 12 mil thickness panels
- Open on the short side

**Exterior Dimensions:**

3 x 4 1/16

**Interior Dimensions:**

2 3/4 x 3 7/8

**25 Holders per Pack**

BCW Standard 3x4 toploaders are made of high-quality, rigid PVC. These toploading holders are some of the most popular rigid individual card holders in the collectible card industry. Use this product to protect, store or display collectible baseball cards, football cards, hockey cards, or other trading cards like Magic The Gathering, Pokemon, YuGiOh, and others.



 Checkout

How do you like our checkout? _ive us feedback

ay with

○ Add new card

○ **PayPal**

○ PayPal CREDIT
Special financing available.
Apply now. See terms

○ GPay oogle ay

Subtotal 1 item $6.49
Shipping Free
Ta $0.67

rder total $7.16

We're re uired by law to collect sales ta and applicable fees for certain to authorities. _earn more

Confirm and pay

Select a payment option

eBay MONEY BACK GUARANTEE
See details

**Ship to**

Clerk2 Clerk2
161 North Clark St.
Chicago, I 60601 3206
United States
312 375 1573

Change

**eview item and shipping**

Seller lalleydist _essage to seller

BCW 3 4 Toploader Card Holder Standard 25
$6.49

uantity
1

Delivery
Est. delivery Jul 18 Jul 20
US S First Class
Free

**ift cards, coupons, eBay Bucks**

Enter code        Apply

**Donate to charity optional** ⓘ

AS CA

Can you spare some change for animals in need? Add a donation to the AS CA now. ay al iving Fund F receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non refundable and typically ta deductible. F may be unable to grant funds to a charity if the charity has lost ta e empt status, has closed, or no longer accepts funds from F.

Select amount        None

Copyright 1995 2023 eBay Inc. All ights eserved. Accessibility, User Agreement, _rivacy, _ayments Terms of Use, Cookies, _our _rivacy Choices and AdChoice

Doe 78





roduct Identifiers

| | | | |
|---|---|---|---|
| Brand | BCW | N | I T CH TH S |
| U  C | 0722626902338 | eBay  roduct ID  e  ID | 1700628927 |

roduct Key Features

| | | | |
|---|---|---|---|
| Features | U    rotection | Type | Semi  igid,  igid |

Additional   roduct Features

| | |
|---|---|
| Si e | Thick |

### Item description from the seller

*BCW 3X4 Thick Card Topload Holder 197 PT Toploader Sports Gaming Cards (10) Per Pack*

*Holds a jersey or patch memorabilia card – up to 197 pts.*

*Open on the short side*

*Exterior Dimensions:*

*3 x 4 x ¼*

*Interior Dimensions:*

*2 3/4 x 3 7/8 x 3/16*

*10 Toploaders per Pack*

*\*\*\* Returns Must Be Sent Back Unopened \*\*\**

*Thank you for your business*



### ElectricThread

99.8%  ositive Feedback
31K items sold

isit store

Contact

♡ Save seller

#### Detailed seller ratings
Average for the last 12 months

| | | |
|---|---|---|
| Accurate description | ———— | 5.0 |
| easonable shipping cost | ———— | 5.0 |
| Shipping speed | ———— | 5.0 |
| Communication | ———— | 5.0 |

opular categories from this store    See all

Women's Clothing   Women's Shoes   en's Clothing   en's Shoes
Kids Shoes   Hats  Beanies & Headwear
loves Backpacks Belts Socks   S4 Controller  rips
S5 Controller  rips

#### Seller feedback  9,083

This item  8     All items  9,083

+ 9      l405 •   ast month
erfect transaction, super fast shipping

+ 5      l550 •   ast 6 months
Thank  ou

+ 3      p 273 •   ast year
EAT EBA  E

See all feedback



atings and  eviews   earn more

Write a review

## 5.0
★★★★★
4 product ratings

| | |
|---|---|
| ★ 5 | 4 |
| ★ 4 | 0 |
| ★ 3 | 0 |
| ★ 2 | 0 |
| ★ 1 | 0 |

100%   Would reccommend
100%   ood value
100%   ood  uality

ost relevant reviews

★★★★★
by cattdowey2016
Jul 19, 2016
**Feedback**
Thanks so much, I have bought from them before Hl  H    ECC    END
erified purchase   es  Condition  New  Sold by  hobby supplies
👍 0   👎 0   ⚑

★★★★★
by accran992
Aug 27, 2018
**reat Toploaders**
reat value, well packaged, good secure product
erified purchase   es  Condition  New  Sold by  rorundunlimited
👍 0   👎 0   ⚑

★★★★★
by bobburd982
al 01, 2021
**Item was what I e  pected**
erified purchase   es  Condition  New  Sold by  hobby supplies
👍 0   👎 0   ⚑

★★★★★
by baltic  ec2014
er 15, 2021
**erfecto**
erfecto
erified purchase   es  Condition  New  Sold by  firemacc
👍 0   👎 0   ⚑

Back to home page    See   on Details about   BCW Thick Card Topload Holder  197   oint Cards...    eturn to top

 Checkout

How do you like our checkout? _ive us feedback

ay with

○ Add new card
VISA  ●●  AMEX  DISCOVER

○ **PayPal**

○ PayPal CREDIT
Special financing available.
Apply now. See terms

○ GPay  oogle  ay

### Ship to

Clerk2 Clerk2
161 North Clark St.
Chicago, I  60601 3206
United States
312 375 1573
Change

### eview item and shipping

Seller  electric t...  _ essage to seller



BCW 3  4 Thick Card Topload Holder 197  T
Toploader 10  er  ack Sports  aming
$7.66
$8.15

uantity
1

**Delivery**

◉ Est. delivery  Jul 22  Jul 25
US  S  round Advantage
Free

○ Est. delivery  Jul 22  Jul 25
US  S  riority  ail
$8.99

○ Est. delivery  Jul 22  Jul 25
E  pedited Shipping
$39.99

Save up to 6%

### ift cards, coupons, eBay Bucks

Enter code          Apply

### Donate to charity  optional  ⓘ

otorsports Charities, Inc.

The NASCA  Foundations improves the lives of children in our NASCA  communities.
Helping children survive and thrive. That s our checkered flag  ay  al  iving Fund
F  receives your donation and grants 100% to a charity no later than 30 days after
the end of the month in which the donation is made. Donations are non refundable
and typically ta  deductible.  F may be unable to grant funds to a charity if the
charity has lost ta  e  empt status, has closed, or no longer accepts funds from  F.

Select amount   None ▾

| Subtotal  1 item | $7.66 |
|---|---|
| Shipping | Free |
| Ta | $0.79 |
| rder total | $8.45 |

We're re  uired by law to collect sales ta
and applicable fees for certain ta
authorities.  earn more

Confirm and pay

Select a payment option

 MONEY BACK GUARANTEE
See details

Copyright  1995 2023 eBay Inc. All  ights  eserved. Accessibility, User Agreement,  rivacy,  ayments Terms of Use, Cookies,  our  rivacy Choices and AdChoice ⓘ





10 BCW 108pt  THICK TOPLOADERS Trading Card Sports Relic Jersey Toploader

1 Pack of 10

1 Pack of 10

Holds Jersey Cards, Memorabilia Cards, Sports Cards, and other Trading Cards that are standard size and up to 108pt. thickness

Fast Shipping

1 Pack of 10

1 Pack of 10



 Checkout

How do you like our checkout?  ive us feedback

ay with

○ Add new card

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

○ G Pay  oogle  ay

**Ship to**

Clerk2 Clerk2
161 North Clark St.
Chicago, I  60601 3206
United States
312 375 1573
Change

**eview item and shipping**

Seller  lmdk  li  ui...     essage to seller



10 BCW 108pt THICK T     ADE  S Trading Card
Sports  elic Jersey Toploader 1  ack
$7.43

uantity
1

Delivery
Est. delivery Jul 19   Jul 21
US  S First Class
Free

**ift cards, coupons, eBay Bucks**

Enter code          Apply

**Donate to charity  optional**  ⓘ

AS  CA

Can you spare some change for animals in need? Add a donation to the AS  CA now.
 ay al  iving Fund   F  receives your donation and grants 100% to a charity no
later than 30 days after the end of the month in which the donation is made. Donations
are non  refundable and typically ta  deductible.     F may be unable to grant funds
to a charity if the charity has lost ta  e  empt status, has closed, or no longer accepts
funds from   F.

Select amount     None

Subtotal  1 item          $7.43
Shipping                  Free
Ta                        $0.76

 rder total              $8.19

We're re  uired by law to collect sales ta
and applicable fees for certain to
authorities.   earn more

🔒 Confirm and pay

Select a payment option

eBay MONEY BACK GUARANTEE
See details

Copyright   1995 2023 eBay Inc. All  ights  eserved. Accessibility, User Agreement,  rivacy,  ayments Terms of Use, Cookies,  our  rivacy Choices and AdChoice ⓘ



Doe 81

Case: 1:24-cv-07259 Document #: 5 Filed: 08/15/24 Page 289 of 467 PageID #:3799



### lonaistore

Feel Free to Contact us    USA    24

## Trading Card Sleeves Hard Plastic Clear Case Holder 100 Baseball Cards Topload

100 Holders Total. Topload, open on the short side Each card holder holds a standard trading card - Up to 20 pts 12-mil thickness panels made of high-quality, rigid PVC. Exterior Dimensions: 3" x 4-1/16" Interior Dimensions: 2-3/4" x 3-7/8"

| Description | Payment | Shipping |
| --- | --- | --- |

100 Holders Total. Topload, open on the short side Each card holder holds a standard trading card - Up to 20 pts 12-mil thickness panels made of high-quality, rigid PVC. Exterior Dimensions: 3" x 4-1/16" Interior Dimensions: 2-3/4" x 3-7/8"

**Free Shipping**    **Quality Products**    **24/7 Support**

Listings    Feedback    **lonaistore**    Contact    Store

Addtowatchlist © 2023 All Rights Reserved



### oaai store

98.4% ositive Feedback
13K items sold

**ull store**
**Contact**
♡ **Save seller**

#### Detailed seller ratings
Average for the last 12 months

| Accurate description | | 4.9 |
| --- | --- | --- |
| easonable shipping cost | | 5.0 |
| Shipping speed | | 5.0 |
| Communication | | 4.9 |

#### opular categories from this store    See all

Collectibles · Crafts · Everything Else · Travel · Clothing, Shoes & Accessories · Toys & Hobbies · Ideo ames & Consoles · Dolls & Bears · et Suppliers

#### Seller feedback  316

This item 17    All items  316

B  ★  56 •    ast month
good e perience and good stuff

b  ★  3024 •    ast month
A        Super fast shipping  roduct was e actly as described  I cannot recommend this seller enough

e  ★  8.44s •    ast month
Thank you    reat seller

See all feedback

ore to e  plore    Sports Trading Card Toploaders & Holders,  , agnetic Holder Sports Trading Card Toploaders & Holders,   old Sports Trading Card Toploaders & Holders,  BCW Sports Trading Card Toploaders & Holders,  Sports Trading Card Toploaders & Holders for Standard,  , Screwdown Holder Sports Trading Card Toploaders & Holders,  Ultra    ,  Sports Trading Card Toploaders & Holders,  Semi , Hid Holder Sports Trading Card Toploaders & Holders,  BCW  , agnetic Holder Sports Trading Card Toploaders & Holders,  Sports Trading Card Toploaders & Holders with U   , roduction

About eBay   Announcements   Community   Security Center   Policies   Seller Center   Affiliates   Help & Contact   Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved.  Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices  and AdChoice









 Checkout

How do you like our checkout? _ive us feedback

ay with

○ Add new card

○ **PayPal**

○ **PayPal CREDIT** Special financing available.
Apply now. See terms

○ GPay oogle ay

**Ship to**

Clerk2 Clerk2
161 North Clark St.
Chicago, I 60601 3206
United States
312 375 1573
Change

**eview item and shipping**

Seller luvrc _essage to seller



59 pt 3  4  1.5mm Thick Card Toploader 59 point
25ct pack BCW 1 T CH TH 1.5
$4.99

uantity
1

**Delivery**

◉ Est. delivery Jul 17  Jul 19
US S round Advantage
$3.99

○ Est. delivery Jul 17  Jul 19
US S riority ail added Flat ate Envelope
$9.95

**ift cards, coupons, eBay Bucks**

Enter code                Apply

**Donate to charity optional** ⓘ

AS CA

Can you spare some change for animals in need? Add a donation to the AS CA now.
_ay al iving Fund F receives your donation and grants 100% to a charity no
later than 30 days after the end of the month in which the donation is made. Donations
are non refundable and typically ta deductible. F may be unable to grant funds
to a charity if the charity has lost ta e empt status, has closed, or no longer accepts
funds from F.

Select amount  None

| Subtotal 1 item | $4.99 |
|---|---|
| Shipping | $3.99 |
| Ta | $0.92 |
| rder total | $9.90 |

We're ured by law to collect sales ta
and applicable fees for certain to
authorities. _earn more

🔒 Confirm and pay

Select a payment option

 MONEY BACK GUARANTEE
See details

Copyright 1995 2023 eBay Inc. All lights eserved. Accessibility, User Agreement, rivacy, ayments Terms of Use, Cookies, our rivacy Choices and AdChoice ⓘ



Hi Clerk2 ⌄    Daily Deals    Help & Contact                                    Sell    Watchlist ⌄    y eBay ⌄        🔔    🛒

ebay    [🔍 Search for anything                                    ]  [ All Categories ⌄ ]  [                    ]

< Back to home page    listed in category   Sporting   oods  >  ···  >  Sports Trading Cards  >  Storage & Display Supplies  >  Card Toploaders & Holders                Share    Add to Watchlist



ack of 10 BCW Booklet Trading Card Hard
lastic Topload Holders   rotectors

☆ ☆ ☆ ☆ ☆   Be the first to write a review

Condition    New

uantity    [ 1 ]    6 available   4 sold

rice    US $12.99

[ Buy It Now ]

[ Add to cart ]

[ ♡ Add to watchlist ]



🚚  Fast and reliable. Ships from United States.

Shipping    Free 2 3 day shipping
             et it between Sat, Jul 22 and    on, Jul
             24 to 60601. See details
             ocated in  Columbus,   ississippi, United
             States

eturns    Seller does not accept returns. If the item
          you received doesn't match the listing
          description, your purchase may be
          eligible for eBay   oney Back   uarantee if
          the return re   uest is made within 3 days
          from delivery. See details

ayments    [PayPal] [G Pay] [VISA] [mastercard] [AMEX]
           [DISC VER]

           PayPal CREDIT
           Special financing available, See terms
           and apply now

           Earn up to 5   points when you
           use your eBay   astercard®.
           earn more

**Seller information**
sipsportscards  14814  ⭐
99.5% positive feedback

♡ Save seller
Contact seller
isit store
See other items

---

## Similar sponsored items      See all >                                      Feedback on our suggestions

        

| BCW Trading Card Dividers  1 ack 10  er  ack  F EE FAST SHI  IN | BCW 3  4 Topload Card Holder  remium  Thicker Clearer  anels | ack of 25  BCW 3  7 Ticket Toploaders  Tickets and Stubs 3  7  igid Holders | ack  25 BCW Hard  lastic Baseball Trading Card Topload Holders 12 mil protector | 1 U  A   9 11.5          A 10  T          ADE  NEW  hoto Collectible  igid  aga  ine | Tr |
|---|---|---|---|---|---|
| New | New | New | New | New | N |
| $4.29 | $6.25 | $11.99 | $8.49 | $10.99 | $ |
| Free shipping | Free shipping | $6.98 shipping | Free shipping | Free shipping | Fr |
| 226 sold | Top  ated  lus | 42 sold | Top  ated  lus | Top  ated  lus | P |
|  | 27 sold |  | 6990 sold | 125 sold | 6 |

## Sponsored items customers also bought     See all ›

Feedback on our suggestions







| Trading Card Sleeves Hard  lastic Topload Clear Case Holder 200 Baseball Cards | BCW 3  4 Topload Card Holder  remium  Thicker Clearer  anels | BCW 3  4 Thick Card Toploaders 1  ack of 10 for up to 138pt Cards | 25 Ultra CB   2.5mm 100pt  ro Top  oaders Toploaders Topload Thick Jersey Cards | Coin Slab   raded Card Display Easel Stand 20 BCW Clear Stands Hold Toploader | 10  C  N |
|---|---|---|---|---|---|
| New | New | New | New | New |  |
| $32.99 | $6.25 | $6.85 | $7.68 | $10.88 | $ |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Fr |
| Top  ated  lus | Top  ated  lus | Top  ated  lus | Direct from Columbia Sports Cards | 124 sold | 94 |
| 60 sold | 27 sold | 602 sold | 4068 sold |  |  |

---

| About this item | Shipping, returns & payments |
|---|---|

 eport this item

Seller assumes all responsibility for this listing.                    eBay item number  385619205310

## Item specifics

| | |
|---|---|
| Condition | New  A brand  new, unused, unopened, undamaged item  including handmade items . See the seller's …   ead more |
| Brand | BCW |
| Type | Toploader |
| Compatible Card Si e | Booklet |
| Color | Clear |
|  aterial |  lastic |
| Number of Toploaders  Card Holders | 10 |
| Compatible Card Thickness | 197  t. |
| U  C | 722626909405 |

## Item description from the seller

Sealed package of BCW Booklet Card Toploaders. 73/8 x 2.5. Free shipping



Doe 83

Case: 1:24-cv-07259 Document #: 5 Filed: 08/15/24 Page 296 of 467 PageID #:806

 Checkout

How do you like our checkout    Give us feedback

To add more items, go to cart.

ay with

⚪ Add new card


⚪ **PayPal**

⚪ **PayPal CREDIT**
Special financing available.
Apply now. See terms

⚪ 🄶 Pay  Google Pay

### Ship to
Clerk2 Clerk2
161 North Clark St.
Chicago, IL 60601-3206
United States
(312) 375-1573
Change

### eview item and shipping
Seller: sipsportscards | Message to seller

  Pack of 10 BCW Booklet Trading Card Hard Plastic Topload Holders Protectors
$12.99


uantity
1 ⌄

**Delivery**
Free 2 3 day shipping
Get it by Jul 22   Jul 24
USPS First Class

ift cards, coupons, eBay Bucks

---

Subtotal (1 item)          $12.99
Shipping                       Free
Tax*                            $1.33

rder total                  $14.32

*We're re uired by law to collect sales tax and applicable fees for certain tax authorities. Learn more

🔒 Confirm and pay

**Select a payment option**

 MONEY BACK GUARANTEE
See details

Enter code:                          Apply

## Donate to charity  optional  ⓘ

Motorsports Charities, Inc.

The NASCAR Foundations improves the lives of children in
our NASCAR communities. Helping children survive and
thrive. That s our checkered flag! PayPal Giving Fund (PPGF)
receives your donation and grants 100% to a charity no later
than 30 days after the end of the month in which the
donation is made. Donations are non-refundable and
typically tax deductible. PPGF may be unable to grant funds
to a charity if the charity has lost tax exempt status, has
closed, or no longer accepts funds from PPGF.

Select amount        None  ⌄

Copyright    1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies,
Your Privacy Choices ✅❌ and AdChoice ⓘ

Doe 83



BCW Tall Card Toploader and Tall Card Sleeves Set - 5 Count

### !!!Please measure your cards and make sure it will fits before place an order!!!

**Sleeves and Toploader are new from Original packs, and never been used.**

**You will receive**

- 1 Single BCW Tall Card Toploader X 5
- 1 Single BCW Tall Card Sleeves X 5

**Product Description :**
**BCW 3.5" X 5" Toploader**
Holds tall basketball, Gameday football or Widevision Cards
Open on the short side
Exterior Dimensions: 3" x 5"
Interior Dimensions: 2 3/4" x 4 7/8"

**Tall Trading Card Sleeves**
Fits Topload Card Holder
Protect cards while handling
Exterior Dimensions: 2 5/8" X 4 13/16"

**\*\*\*Packaging\*\*\***
**5 Toploaders and 5 Sleeves will put in a Team bag. (See Picture)**

### Flat Shipping for Multiple Quantities order.

\*\*Item will be shipped with Protection and Tracking\*\*

\*\*\*Item comes from a smoke and pet free environment\*\*\*

Shipping: Shipping will be via USPS Mail within 1 business days after payment is received.
Item only ships to confirmed Ebay address in the U.S. Excludes: US Protectorates, APO/FPO, Alaska/Hawaii.

Handing: Shipping Only through Monday to Friday. If you order after Friday 2:00 PM(EST), your order will ship on Next Monday(Tuesday if Long Weekend) Morning.

Returns/refunds: There is no Returns or Refunds on this item. Please contact if you have any problem with your orders.



**ahisamk**

100% ositive Feedback
12K items sold

Joined Apr 2006

| isit store |
| Contact |
| ♡ Save seller |

### Detailed seller ratings

Average for the last 12 months

| | |
|---|---|
| Accurate description | 5.0 |
| easonable shipping cost | 4.9 |
| Shipping speed | 5.0 |
| Communication | 5.0 |

### opular categories from this store

See all

Collectibles   Toys & Hobbies   ideo ames & Consoles   Sports em, Cards & Fan Shop   Dolls & Bears

### Seller feedback 4,966

This item 24    All items 4,966

➕ i a 1350 • ast month

reat product, carefully packed, fast shipping, thanks

➕ e d 240 • ast month

Awesome product, great service

➕ i u 73 • ast year

Fast shipping. Item delivered was e actly as described. Would definitely buy again. reat product.

See all feedback

Back to previous page                                                                                                          eturn to top

ore to e  plore    BCW Sports Trading Card Toploaders & Holders for Tall,   BCW Sports Trading Card Sleeves & Bags for Tall,   BCW Sports Trading Card Toploaders & Holders,   BCW Sports Trading Card Card Sleeves for Tall,
BCW ...old Sports Trading Card Toploaders & Holders,   BCW Sports Trading Card Sleeves & Bags,   BCW ...agnetic Holder Sports Trading Card Toploaders & Holders,   Sports Trading Card Toploaders & Holders for Tall,
BCW Semi...igid Holder Sports Trading Card Toploaders & Holders,   BCW Sports Trading Card Team Set Bags

About eBay     Announcements     Community     Security Center     Seller Center     Policies     Affiliates     Help & Contact     Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice

 Checkout

How do you like our checkout?  ive us feedback

**PayPal**  Buy with  ay  al. It s fast and simple.

ay with

○ **Add new card**
   VISA  ● mastercard  ● AMEX  ● DISCOVER

○ **PayPal**  ay  al

○ **PayPal CREDIT**  Special financing available.
   Apply now.  See terms

○ **G Pay**  oogle  ay

**Ship to**

Clerk2 Clerk2
161 North Clark St.
Chicago, I  60601 3206
United States
 312  375 1573
Change

 eview item and shipping

Seller  mahlsamk     essage to seller

 5  BCW Tall Card Toploader and Sleeves Set in  oose
Bag Flat Shipping  EAD  ls
$3.95

 uantity
1

Delivery
Est. delivery  Feb 15   Feb 17
US  S First Class
$4.50

 ift cards, coupons, eBay Bucks

Enter code          Apply

Donate to charity  optional  ⓘ

**Save a Child's Heart Foundation**

 ive $1 to help provide lifesaving heart surgery for children in need.   ay  al
 iving Fund   F  receives your donation and grants 100% to a charity no
later than 30 days after the end of the month in which the donation is
made. Donations are non refundable and typically ta  deductible.     F
may be unable to grant funds to a charity if the charity has lost ta  e  empt
status, has closed, or no longer accepts funds from    F.

Select amount   None

| | |
|---|---|
| Item  1 | $3.95 |
| Shipping | $4.50 |
| Ta | $0.87 |
| rder total | $9.32 |

We're  uired by law to collect sales ta  and
applicable fees for certain ta  authorities.  earn more

🔒 Confirm and pay

Select a payment method

**ebay** MONEY BACK GUARANTEE
See details



Doe 85

WELCOME TO "MAKOLLECTIBLES"

UP FOR AUCTION/SALE IS THE FOLLOWING ITEM:

BCW 3 X 4 TOPLOAD CARD HOLDER - 20 POINT - 100 COUNT

10 MIL THICKNESS - CLEAR COLOR - FITS ALL STANDARD SIZE SPORTS CARDS AND TABLE CARD GAME CARDS (POKEMON, WEISS SCHWARZ, DRAGON BALL, MAGIC , YU-GI-OH! ETC)

EXTERIOR DIMENSIONS: 3 X 4 1/16

INTERIOR DIMENSIONS: 2 3/4 X 3 7/8

MADE OF PLASTIC/RIGID PVC

YOU WILL RECEIVED EXACTLY WHAT YOU SEE IN THE PHOTOS

WILL BE SHIPPED WITH USPS TRACKING.

COMES FROM A SMOKE/PET FREE HOME

WILL SHIP NEXT BUSINESS DAY

COMBINED SHIPPING IS AVAILABLE FOR ALL U.S. DOMESTIC SHIPPING. PLEASE WAIT FOR COMBINED SHIPPING INVOICE TO BE SENT TO YOU AFTER AUCTIONS HAVE CLOSED.

INTERNATIONAL BUYERS:

INTERNATIONAL SHIPPING IS AVAILABLE. SHIPPING COST AND SHIPPING SPEED WILL VARY WITH YOUR LOCATION.

ANY UNPAID PAYMENTS BY THE 4TH DAY WILL BE CANCELLED AND RE-LISTED.

PLEASE CHECK OUT ALL MY OTHER ITEMS LISTED IN MY STORE!

PLEASE FOLLOW MY STORE FOR DAILY NEW LISTINGS!

THANK YOU.



Awesome seller  I had done multiple cards and submitted the order. I went to contact him later to see about consolidating the shipping and he had already done that and provided a refund.   reat communication. The cards came packaged e  tremely well, best I have seen from anyone I have dealt with prior. Cant say good enough things. Appreciate the e  tras too

2023    KE    N C    WN  ENITH DE     S    I2      TO U T A  A E FU  A  T   334906785330

[See all feedback]

Back to previous page                                                                                                                           ↑ eturn to top

ore to e  plore    BCW Sports Trading Card Toploaders & Holders for Standard,    BCW Sports Trading Card Toploaders & Holders,    BCW Black Sports Trading Card Toploaders & Holders for Standard,
BCW   agnetic Holder Sports Trading Card Toploaders & Holders for Standard,    BCW Screwdown Holder Sports Trading Card Toploaders & Holders for Standard,    BCW   agnetic Holder Sports Trading Card Toploaders & Holders,
BCW Sports Trading Card Toploaders & Holders for Tall,    BCW Semi   igid Holder Sports Trading Card Toploaders & Holders,    Sports Trading Card Toploaders & Holders for Standard,    Sports Trading Card Toploaders & Holders

About eBay     Announcements     Community     Security Center     Seller Center     Policies     Affiliates     Help & Contact     Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved.  Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice

 Checkout

How do you like our checkout? _ive us feedback



**PayPal** Buy with  ay  al. It s fast and simple.

ay with

Add new card
○ VISA  Mastercard  American Express  Discover

○ **PayPal**  ay  al

○ **PayPal CREDIT** Special financing available.
Apply now.  See terms

○ **G Pay**  oogle  ay

**Ship to**

Clerk2 Clerk2
161 North Clark St.
Chicago, I  60601 3206
United States
 312  375 1573
Change

 eview item and shipping

Seller  makollectibles      essage to seller

AST  NE
BCW STANDA  D 20   INT 3  4 T    AD CA  D
H  DE  100 C  UNT
$7.99
 uantity 1

Free returns

Delivery
Est. delivery  Feb 16   Feb 20
US  S  round Advantage
$7.00

 ift cards, coupons, eBay Bucks

Enter code            Apply

Donate to charity  optional  ⓘ

Save a Child's Heart Foundation

 ive $1 to help provide lifesaving heart surgery for children in need.   ay  al
 iving Fund     F  receives your donation and grants 100% to a charity no
later than 30 days after the end of the month in which the donation is
made. Donations are non refundable and typically ta  deductible.     F
may be unable to grant funds to a charity if the charity has lost ta   e  empt
status, has closed, or no longer accepts funds from     F.

Select amount   None ⌄

| Item  1 | $7.99 |
| Shipping | $7.00 |
| Ta | $1.54 |
| rder total | $16.53 |

We're  uired by law to collect sales ta  and
applicable fees for certain ta  authorities.  earn more

🔒 Confirm and pay

Select a payment method

**ebay** MONEY BACK GUARANTEE
See details



Doe 86

1/3

2 Packs BCW 108pt  THICK TOPLOADERS Trading Card Sports Relic Jersey Toploader. In total, you'll receive 20 toploaders (10 each pack).



### mark f2859

100%  ositive Feedback
1.3K items sold

📅 Joined Sep 2011

**Seller's other items**

**Contact**

♡ **Save seller**

## Detailed seller ratings

Average for the last 12 months

| | | |
|---|---|---|
| Accurate description | ▬▬▬ | 4.8 |
|  easonable shipping cost | ▬▬▬ | 5.0 |
| Shipping speed | ▬▬▬ | 4.8 |
| Communication | ▬▬▬ | 4.9 |

## Seller feedback  424

This item  3     All items  424

● f  f 1092 ·  ast 6 months

 reat item

● 2  a 1159 ·  ast month

 uick service perfect

● e  a 14205 ·  ore than a year ago

Thank you very much

**See all feedback**

Back to previous page

 eturn to top

 ore to e  plore   BCW Sports Trading Card Toploaders & Holders,   BCW Sports Trading Card Toploaders & Holders with Features For E  tra Thick Cards,
BCW   old Sports Trading Card Toploaders & Holders,   BCW Sports Trading Card Toploaders & Holders for Tall,   BCW White Sports Trading Card Toploaders & Holders,
Sports Trading Card Toploaders & Holders,   Sports Trading Card Toploaders & Holders with Features For E  tra Thick Cards,   BCW Semi   iqid Holder Sports Trading Card Toploaders & Holders,
  old Sports Trading Card Toploaders & Holders,   Sports Trading Card Toploaders & Holders for Tall

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices ⓘ and AdChoice ⓘ

 Checkout

How do you like our checkout? __ive us feedback

**PayPal** Buy with  ay  al. It s fast and simple.

ay with

○ Add new card
  VISA · mastercard · AMEX · DISCOVER

○ **PayPal**  ay  al

○ PayPal Special financing available.
   Credit Apply now. **See terms**

○ **G Pay**  oogle  ay

**Ship to**

Clerk2 Clerk2
161 North Clark St.
Chicago, I  60601 3206
United States
 312  375 1573
Change

**eview item and shipping**

Seller  mark f2859    __essage to seller

2  acks BCW 108pt THICK T  ADE  S Trading Card
Sports   elic Jersey Toploader
$15.49

 uantity
1

**Delivery**
Free US  S First Class
Est. delivery Feb 16   Feb 22

**ift cards, coupons, eBay Bucks**

Enter code      Apply

**Donate to charity  optional** ⓘ

Save a Child's Heart Foundation

 ive $1 to help provide lifesaving heart surgery for children in need.  ay  al
 iving Fund      F  receives your donation and grants 100% to a charity no
later than 30 days after the end of the month in which the donation is
made. Donations are non refundable and typically ta  deductible.     F
may be unable to grant funds to a charity if the charity has lost ta  e empt
status, has closed, or no longer accepts funds from      F.

Select amount   None

| | |
|---|---|
| Item  1 | $15.49 |
| Shipping | Free |
| Ta | $1.59 |
| **rder total** | **$17.08** |

We're  uired by law to collect sales ta  and
applicable fees for certain ta  authorities. __earn more

🔒 Confirm and pay

Select a payment method

ebay MONEY BACK GUARANTEE
See details

Doe 86



Item description from the seller

200 BCW 3x4 Regular Standard 35pt TOPLOADERS Top Loaders

Each order is for 8 packs of 25 Toploaders equaling 200.



 Checkout

How do you like our checkout?  Ive us feedback

ay with

- Add new card
  VISA  MasterCard  American Express  Discover

- **PayPal**

- PayPal CREDIT
  Special financing available.
  Apply now. See terms

- G Pay  oogle  ay

Ship to

Clerk2 Clerk2
161 North Clark St.
Chicago, I  60601 3206
United States
312  375 1573
Change

eview item and shipping

Seller  midwestcard...      essage to seller

200 BCW 3  4  egular Standard 35pt T      ADE  S Top  oaders
Ships Ne  t Day
$35.99
uantity 1

Delivery
Free 2 3 day shipping
et it by Jul 26   Jul 27
U  S  round

ift cards, coupons, eBay Bucks

| Enter code | Apply |

---

Subtotal  1 item      $35.99
Shipping              Free
Ta                    $3.69

rder total            $39.68

We're re  uired by law to collect sales ta
and applicable fees for certain ta
authorities.  earn more

🔒 Confirm and pay

Select a payment option

ebay MONEY BACK GUARANTEE
See details



Copyright  1995  2023 eBay Inc. All  ights  eserved. Accessibility, User Agreement,  rivacy,  ayments Terms of Use, Cookies,  our  rivacy Choices and AdChoice ⓘ



Case: 1:24-cv-07259 Document #: 5 Filed: 08/15/24 Page 313 of 467 PageID #:823



## About this product

### Product Identifiers

| | | | |
|---|---|---|---|
| Brand | BCW | MPN | IT CHTH15 |
| TIN | 0722626902321 | UPC | 0722626902321 |
| eBay Product ID e ID | 735642613 | | |

### Product Key Features

| | | | |
|---|---|---|---|
| Features | UV Protection | Type | Rigid |

### Additional Product Features

| | | | |
|---|---|---|---|
| Size | Thick | Border Color | Clear |

## Item description from the seller

You are buying/bidding on 1 Pack of BCW 3X4" Thick Card Toploaders – 1 Pack of 25 for up to 59pt Point Cards - Sealed NEW

The BCW 3x4 thick toploaders are designed to hold cards that are thicker than standard trading cards. The phrase 'thicker cards' includes a wide variety of special patch, jersey, swatch, relics, memorabilia, and game-used fragments cards.

BCW 3x4 top loading card holders are made of high-quality, rigid PVC. These toploading holders are some of the most popular rigid individual card holders in the collectible card industry. Use this product to protect, store or display your collectible cards.

Thank you for purchasing! I ship everything out very quickly. Ships within 1-2 business days and I can ship with USPS or UPS. Also I am adding a discount if you purchase more than one! Have a great day!



### milehighcollectibles720

100% Positive Feedback · 251 Items sold

Seller's other Items
Contact
♡ Save seller

#### Detailed seller ratings

Average for the last 12 months

| | | |
|---|---|---|
| Accurate description | | 4.9 |
| Reasonable shipping cost | | 5.0 |
| Shipping speed | | 4.9 |
| Communication | | 5.0 |

#### Seller feedback 88

i 3040 · last 8 months
great seller

i 250 · last 4 months
Bueno
100 BCW 3 . 4 Topload Card Holders Standard With 100 BCW Standard Card Sleeves NEW .  1450011H0P6i

i 47 · last 4 months
Always a pleasure. Thank you very much
100 BCW 3 . 4 Topload Card Holders Standard With 100 BCW Standard Card Sleeves NEW .  1450011H0P6i

See all feedback



## Ratings and Reviews    Learn more

Write a review

### 5.0

23 product ratings

| | | |
|---|---|---|
| 5 | | 23 |
| 4 | | 0 |
| 3 | | 0 |
| 2 | | 0 |
| 1 | | 1 |

100% Would recommend
100% Good value
100% Good quality

#### Most relevant reviews

See all 18 reviews

★★★★★
by phelpc_b4z2r9c
Feb 12, 2019

**The Next Size up from Standard.**

Great product. If your looking for a top loader for card protection. This is the next size up from your standard trading card.

Verified purchase: Yes | Condition: New | Sold by: sharpgaming

👍 0   💬 0   ⬆ 1

★★★★★
by tranclub0
Apr 16, 2020

**Great product, fair price, highly recommend.**

I have converted my Pokemon card collection to 20pt standard holders to BCW 59pt toploaders. I found the BCW 59pt toploaders to be better quality and more convenient to use, especially with penny sleeves.

Verified purchase: Yes | Condition: New | Sold by: 7thstent

👍 0   💬 0   ⬆ 1

★★★★★
by terry8245
Nov 07, 2015

**BCW – The Only Brand In Trading Card Paraphernalia**

I have been using BCW for all my trading card items, from toploaders to sleeves, to team set bags. No other brand comes close.

Verified purchase: Yes | Condition: New | Sold by: hobby supplies

👍 0   💬 0   ⬆ 1

★★★★★
by jokomo15
Aug 05, 2020

**Great product great price.**

These are great card holders and are a great value for the price. I don't use any other card holders for my collection.

Verified purchase: Yes | Condition: New | Sold by: mugsfreek

👍 0   💬 0   ⬆ 1

★★★★★
by timdawntrucker
Sep 14, 2020

**Perfect for Allen & Ginter relics**

Bought these for my Allen & Ginter coming in, they fit my relics from last year perfectly however they aren't thick enough for leather and lumber or Donruss relics. Only Topps inserts fit nicely but not manufactured Topps relics.

Verified purchase: Yes | Condition: New | Sold by: bleacher seats

👍 0   💬 0   ⬆ 1

Back to previous page   See More Details about  BCW 1 T CH TH 15    59 1 Thick Card Topload Holder                                    eturn to top



Hi Clerk2! ∨ | Daily Deals  Brand Outlet  Gift Cards  Help & Contact      Sell  Watchlist ∨  My eBay ∨   🔔 2   🛒

ebay   Shop by category ∨   🔍 Search for anything          All Categories ∨   Search

Back to previous page · Collectibles & Art · ··· · Sports Trading Cards · Storage & Display Supplies · Card Toploaders & Holders      Share · Add to Watchlist



### BCW 200 Count Card Toploaders and Card Sleeves



mivac_0   96
100% positive · Seller's other items · Contact seller

## US $29.50

Condition

**Buy It Now**

**Add to cart**

♡ Add to watchlist

Shipping    Free Standard Shipping. See details
            Located in Fremont, Nebraska, United States

Delivery    Estimated between Sat, Feb 17 and Fri, Feb 23 to
            60601 ⓘ

Returns     Seller does not accept returns. If the item you
            received doesn't match the listing description, your
            purchase may be eligible for eBay Money Back
            Guarantee if the return request is made within 3
            days from delivery. See details

Payments    

            PayPal CREDIT
            Special financing available. See terms and apply
            now

            Earn up to 5 points when you use your eBay
            Mastercard®. Learn more

Have one to sell? Sell now

| About this item | Shipping, returns, and payments |

Report this item

Seller assumes all responsibility for this listing.

eBay item number 386736193042

## Item specifics

| | |
|---|---|
| Brand | BCW |
| Type | Does Not Apply |
| Compatible Card Size | Standard |
| EAN | 0722626029134 |
| Color | Clear |
| UPC | 722626029134 |
| MPN | MATCH-SS-200 |
| Material | Plastic |
| Year Manufactured | 2023 |
| Number of Toploaders / Card Holders | 200 |
| Compatible Card Thickness | 20 pt. |

## Item description from the seller

This set of card toploaders and sleeves from BCW is a great addition to any collector's storage and display supplies. The package includes 200 toploaders and card holders made of clear plastic, perfect for standard-sized cards up to 20pt thickness. The brand is known for quality and durability, and this set is no exception.

The toploaders and holders provide protection for your cards while allowing for easy viewing, and the included sleeves offer extra protection from dust and scratches. This is a must-have set for any sports trading card collector looking to preserve their cards for years to come.



**mivac_0**

100% ositive Feedback
118 items sold

Seller's other items

Contact

♡ Save seller

📅 Joined Apr 2018

## Detailed seller ratings

Average for the last 12 months

| | | |
|---|---|---|
| Accurate description | ▬▬▬▬ | 4.9 |
| easonable shipping cost | ▬▬▬▬ | 4.6 |
| Shipping speed | ▬▬▬▬ | 5.0 |
| Communication | ▬▬▬▬ | 5.0 |

## Seller feedback  38

⊕  p___y 741 • ast 6 months

Fast shipping services. Item as described. Well packaged

Chari_ard E__215_197__bsidian Flames__okemon TC__N___ ___386532524976

⊕  c___u 140 • ast month

A___ seller  Shipped  uickly and everything arrived well protected and in e  cellent condition as described

_okemon__enesect__Fusion Strike 255_264 Holo Alternate Alt Art__are___386581683347

⊕  u__8 325 • ast month

A___ Seller, Fast Shipping, Secure  ackaging

__ega Constru_Destiny D___INUS__HAU_ASSAU_T F___41 Brand New Sealed Set 394 pcs__386422520183

See all feedback

## roduct ratings and reviews

_earn more

Write a review

☆☆☆☆☆

No ratings or reviews yet

Be the first to write the review

Back to previous page

ore to e  plore    BCW Sports Trading Card Toploaders & Holders,   BCW Sports Trading Card Toploaders & Holders for Tall,   BCW__old Sports Trading Card Toploaders & Holders,   BCW White Sports Trading Card Toploaders & Holders,   BCW Black Sports Trading Card Toploaders & Holders,   BCW__agnetic Holder Sports Trading Card Toploaders & Holders,   BCW Semi__igid Holder Sports Trading Card Toploaders & Holders,   BCW Sports Trading Card Sleeves & Bags,   BCW Sports Trading Card Sleeves & Bags for Tobacco,   Sports Trading Card Toploaders & Holders

_eturn to top

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice ⓘ

Doe 89

 Checkout

How do you like our checkout?    ive us feedback

**PayPal** Buy with  ay  al. It s fast and simple.

ay with

○  Add new card
   VISA  ⬤  ⬤  DISCOVER

○  **PayPal**  ay  al

○  PayPal Credit  Special financing available.
   Apply now.  See terms

○  G Pay  oogle  ay

**Ship to**

Clerk2 Clerk2
161 North Clark St.
Chicago, I  60601 3206
United States
 312  375 1573
Change

 eview item and shipping

Seller  mivac 0    essage to seller

AST  NE

BCW 200 Count Card Toploaders and Card Sleeves
$29.50

 uantity 1

Delivery
Free US  S   round Advantage
Est. delivery  Feb 17  Feb 23

 ift cards, coupons, eBay Bucks

| Enter code | Apply |

Donate to charity  optional  ⓘ

Save a Child's Heart Foundation

 ive $1 to help provide lifesaving heart surgery for children in need.   ay  al
 iving Fund      F  receives your donation and grants 100% to a charity no
later than 30 days after the end of the month in which the donation is
made. Donations are non refundable and typically ta  deductible.      F
may be unable to grant funds to a charity if the charity has lost ta  e  empt
status, has closed, or no longer accepts funds from     F.

Select amount   None ⌄

| Item  1 | $29 50 |
|---|---|
| Shipping | Free |
| Ta | $3.02 |
| rder total | $32.52 |

We're  uired by law to collect sales ta  and
applicable fees for certain ta  authorities.  earn more

🔒 Confirm and pay

Select a payment method

ebay MONEY BACK GUARANTEE
See details















BCW 3 4 Toploader Card Holder for Standard Trading Cards arious Counts
New
$19.97
Free shipping
Seller with a 100% positive feedback

BCW 3 4 Topload Card Holder, Standard, 100 Count ack
New
$18.92
Free shipping
Seller with a 99.5% positive feedback

Ultra 9 Card Black Screwdown Border Holder Display Frame Standard
New
$0.99
0 bids
$5.75 shipping
Seller with a 100% positive feedback

25 1 ack BCW egular Baseball Trading Card Toploader Holders 3 4
New
$7.45
Free shipping
Top ated lus
245 sold

100 Standard 3 4 BCW Topload Toploader Card Holder B AND NEW
New
$21.97
Free shipping
24 sold

## Sponsored items customers also bought    See all >

Feedback on our suggestions






BCW 3 4 Topload Card Holder remium Thicker Clearer anels
New
$6.25
Free shipping
Top ated lus
27 sold

Ultra ro 3 4 D KIE 35pt Toploaders 1 ack of 25 for Standard Si ed Cards
New
$7.49
Free shipping
Top ated lus
1242 sold

25 Ultra CB 2.5mm 100pt ro Top oaders Toploaders Topload Thick Jersey Cards
New
$7.68
Free shipping
Direct from Columbia Sports Cards
4068 sold

Ultra ro ne Touch agnetic Card Holder 35pt oint ot of 5
New
$13.43
Free shipping
Top ated lus
4184 sold

Coin Slab raded Card Display Easel Stand 20 BCW Clear Stands Hold Toploader
New
$10.88
Free shipping
124 sold

| About this item | Shipping, returns & payments |

eport this item

Seller assumes all responsibility for this listing.
ast updated on Jun 24, 2023 08 02 23 DT    iew all revisions

eBay item number  333850468806

## Item specifics

| | |
|---|---|
| Condition | New A brand new, unused, unopened, undamaged item including handmade items . See the seller's ...  ead more |
| Brand | BCW |
| Card Holder Type | igid |
| Type | igid |
| Compatible Card Si e | Standard |
| Color | Clear |
| ear anufactured | 2021 |
| aterial | lastic, igid C |
| Number of Toploaders Card Holders | 100 |
| Compatible Card Thickness | 20 t. |

## Item description from the seller

BCW Standard 3x4 top loading card holders are made of high-quality, rigid PVC / plastic. These toploaders are some of the most popular rigid individual collectible card industry. Use this product to protect, store or display collectible baseball cards, basketball cards, football cards, hockey cards, or other The Gathering, Pokemon, YuGiOh, and others.

Standard size, 20pt, as pictured and new in 1 pack of 100 holders, as shown. 12 mil panels.

Ships free within the US!

Tags:
Rigid, Sleeve, Holder, Card, Ship, Shipping, Sports, TCG, Tabletop, Game, Toploader, Topload,. Baseball, Basketball, hard, plastic, clear, sealed.



### nerdicornconstellation

99.3%   ositive Feedback
4.7K Items sold

[ Seller's other items ]
[ Contact ]
[ ♡ Save seller ]

#### Detailed seller ratings

Average for the last 12 months

| Accurate description | ▬▬▬▬ 5.0 |
| easonable shipping cost | ▬▬▬▬ 5.0 |
| Shipping speed | ▬▬▬▬ 5.0 |
| Communication | ▬▬▬▬ 5.0 |

#### Seller feedback 1,203

This item 30   All items 1,203

⊕  i  g 292 •   ast 6 months
uick delivery

⊕  e  b 478 •   ast 6 months
Shipping was fast. Thank you.

⊕  8  p 409 •   ast 6 months
Fast ship will buy from again.

[ See all feedback ]

Back to home page                                                    eturn to top
ore to e  plore    BCW Sports Trading Card Toploaders & Holders for Standard,   BCW Sports Trading Card Toploaders & Holders,
BCW Black Sports Trading Card Toploaders & Holders for Standard,   BCW __agnetic Holder Sports Trading Card Toploaders & Holders for Standard,
BCW Screwdown Holder Sports Trading Card Toploaders & Holders for Standard,   BCW Sports Trading Card Toploaders & Holders for Tall,
BCW Semi __igid Holder Sports Trading Card Toploaders & Holders,   Sports Trading Card Toploaders & Holders for Standard,   Sports Trading Card Toploaders & Holders,
Screwdown Holder Sports Trading Card Toploaders & Holders for Standard

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

 Checkout

How do you like our checkout?  ive us feedback

ay with



○ Add new card
VISA  Mastercard  American Express  Discover

○ PayPal

○ PayPal CREDIT
Special financing available.
Apply now. See terms

○ G Pay  oogle  ay

### Ship to

Clerk2 Clerk2
161 North Clark St.
Chicago, I  60601  3206
United States
 312  375  1573

Change

### eview item and shipping

Seller  nerdicornco...       essage to seller



100 Standard 3  4 BCW Topload  Card Holder  Toploader  NEW

$21.97

uantity
1

Delivery
Est. delivery Jul 24  Jul 27
US  S  round Advantage
Free

ift cards, coupons, eBay Bucks

---



| Subtotal  1 item | $21.97 |
|---|---|
| Shipping | Free |
| Ta | $2.25 |
| rder total | $24.22 |

We're re  uired by law to collect sales ta and applicable fees for certain ta authorities.  earn more

🔒 Confirm and pay

**Select a payment option**

ebay MONEY BACK GUARANTEE
See details

---

Doe 90

Enter code

Apply

### Donate to charity  optional ⓘ

otorsports Charities, Inc.

The NASCA   Foundations improves the lives of children in our NASCA   communities. Helping children survive and thrive. That s our checkered flag   ay  al  iving Fund        F receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non refundable and typically ta  deductible.       F may be unable to grant funds to a charity if the charity has lost ta   e  empt status, has closed, or no longer accepts funds from        F.

Select amount     None ⌄

Copyright   1995 2023 eBay Inc. All   ights   eserved. Accessibility, User Agreement,   rivacy,   ayments Terms of Use, Cookies,   our   rivacy Choices ✓✗ and AdChoice ⓘ



## About this product

### roduct Identifiers

| | |
|---|---|
| Brand | BCW |
| U C | 0722626007972 |
| eBay roduct ID e ID | 23002809383 |

### roduct Key Features

| | |
|---|---|
| Type | igid |

### Additional roduct Features

| | |
|---|---|
| Si e | Standard |
| Team | Chicago White So |
| Border Color | Clear |
| Series | Topps Chrome |
| ear | 2020 |

## Item description from the seller

1 Pack of 100 BCW 3x4 Toploaders 35pt Point for Standard Sized Cards Top Loaders



### Ne t Up Collectibles

99.8% ositive Feedback
7.5K items sold

📅 Joined Feb 2000





Detailed seller ratings

Average for the last 12 months

| | | |
|---|---|---|
| Accurate description | ▬▬▬ | 5.0 |
| easonable shipping cost | ▬▬▬ | 5.0 |
| Shipping speed | ▬▬▬ | 5.0 |
| Communication | ▬▬▬ | 5.0 |

opular categories from this store                                    See all

Toys & Hobbies    Sports  em, Cards & Fan Shop    Cameras &  hoto

Seller feedback  2,277

This item 7    All items  2,277

⊕  k   o 2979 •   ast month

reat seller fast shipping great product.

⊕  a   0 479 •   ast month

reat seller and item. Fast shipping

⊕  a   4 2152 •   ast 6 months

reat products and prompt delivery

See all feedback

roduct ratings and reviews                                    Write a review

**4.8**

★★★★★

52 product ratings

| | | |
|---|---|---|
| ★ 5 | ▬▬▬▬▬▬▬ | 48 |
| ★ 4 | ▬ | 2 |
| ★ 3 | | 0 |
| ★ 2 | ▬ | 1 |
| ★ 1 | ▬ | 1 |

 97% Would recommend

 96% ood value

 95% ood  uality

ost relevant reviews                                    See all 39 reviews

★★★★★
by baldey
ct 11, 2021
T  FA   AB E  E  IEW

**Will keep using and order more**

ood product for shipping standard si  e baseball cards safely

erified purchase   es · Condition  New · Sold by turbodsales

★★★★★
by bron059
ct 25, 2023

**Best toploaders in the industry**

ood   uality top loaders that are easy to use for sports cards.

erified purchase   es · Sold by otherbuddy

★★★★★
by micbe 166945
Jun 12, 2022

**reat Deal**

Thank you for my recent purchase, I used the Toploaders to finally complete my 2020  anini  hoeni  Football 200  Card set with Joe Burrow  C & Justin Herbert  C.
Now every card is protected.

erified purchase   es · Condition  New · Sold by sportscardsgrading

★★★★★

**uality**

by breki_5432
Jun 08, 2021

This is what my husband wanted for Father s Day, he  oves this brand.

erified purchase    es - Condition  New

★★★★☆    Top  oader

by theworkingstiff216
 ay 12, 2022

Top loaders are in good condition, however there seems to be alot of plastic shavings inside the loaders and could potentially ruin sports cards. But, they are still a good buy. Thanks

erified purchase    es - Condition  New - Sold by  hookedoncardswholesale

Back to previous page    See   ore Details about   BCW 1 T  CH 100 3  4 Topload Card Holder   Standard    eturn to top

 ore to e  plore    BCW Sports Trading Card Toploaders & Holders for Standard,   BCW Sports Trading Card Toploaders & Holders,   BCW Black Sports Trading Card Toploaders & Holders for Standard,   BCW    agnetic Holder Sports Trading Card Toploaders & Holders for Standard,   BCW Screwdown Holder Sports Trading Card Toploaders & Holders for Standard,   BCW    agnetic Holder Sports Trading Card Toploaders & Holders,   BCW Snap  ock Holder Sports Trading Card Toploaders & Holders,   Sports Trading Card Toploaders & Holders for Standard,   BCW Sports Trading Card Card Sleeves for Standard,   Ultra        Sports Trading Card Toploaders & Holders for Standard

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices    and  AdChoice

 Checkout

How do you like our checkout? _ive us feedback





## BCW 50-Count Topload Card Holders and 100-Count Sleeves



### About this item

- Contains 50 standard toploaders
- Contains 100 trading card sleeves
- **Toploader Exterior Dimensions:** 3 x 4 1/16 in
- **Toploader Interior Dimensions:** 2 3/4 x 3 7/8 in
- **Sleeve Exterior Dimensions:** 2 5/8 X 3 5/8 in

### Product Description

BCW Standard 3x4 toploaders are made of high-quality, rigid PVC. These toploading holders are some of the most popular rigid individual card holders in the collectible card industry. Use this product to protect, store or display collectible baseball cards, football cards, hockey cards, or other trading cards like Magic The Gathering, Pokemon, YuGiOh, and others.

BCW Card Sleeves (often called 'penny sleeves') are an acid free, archival quality product made of crystal clear polypropylene. Use this protective holder to protect, store and display your collectible trading cards.



*HAVE A NICE SHOPPING!*



nifty shop

100%  ositive Feedback
740 items sold

[sit shop]
[Contact]
[♡ Save seller]

**Detailed seller ratings**
Average for the last 12 months

| | |
|---|---|
| Accurate description | 5.0 |
| reasonable shipping cost | 5.0 |
| Shipping speed | 5.0 |
| Communication | 5.0 |

**Seller feedback**  197

This item  5    All items  197

● y  f 9636 •   ast month
great seller

● e  e 7703 •   ast month
neat seller

● e  e 205 •   ast month
A great deal ty

[See all feedback]

 Checkout

How do you like our checkout? Give us feedback

ay with

○ Add new card


○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

○ GPay oogle ay

Ship to

Clerk2 Clerk2
161 North Clark St.
Chicago, I  60601 3206
United States
312 375 1573
Change

eview item and shipping

Seller  nifty shop    essage to seller

✅Trading Card Sleeves Hard  lastic Clear Case
Holder 100 Baseball Cards Topload ✅
$16.80

uantity
1

Delivery
Est. delivery Jul 17   Jul 21
Economy Shipping
Free

ift cards, coupons, eBay Bucks

Enter code        Apply

Donate to charity  optional  ⓘ

AS  CA

Can you spare some change for animals in need? Add a donation to the AS  CA now.
 ay al  iving Fund   F  receives your donation and grants 100% to a charity no
later than 30 days after the end of the month in which the donation is made. Donations
are non  refundable and typically ta  deductible.     F may be unable to grant funds
to a charity if the charity has lost ta  e empt status, has closed, or no longer accepts
funds from   F.

Select amount      None

| | |
|---|---|
| Subtotal  1 item | $16.80 |
| Shipping | Free |
| Ta | $1.72 |
| rder total | $18.52 |

We're re  uired by law to collect sales ta
and applicable fees for certain
authorities.  earn more

Confirm and pay

Select a payment option

ebay MONEY BACK GUARANTEE
See details

Copyright   1995 2023 eBay Inc. All   ights  eserved. Accessibility, User Agreement,  rivacy,  ayments Terms of Use, Cookies,  our  rivacy Choices  and AdChoice ⓘ





25  4  6  ost Card &  hoto Topload Holders   igid  lastic Sleeves Brand

| Condition | New |
|---|---|
| uantity | 1 | 4 available |

rice   US $16.24

Buy It Now

Add to cart

Add to watchlist

Breathe easy. Free shipping and returns.

Fast and reliable. Ships from United States.

Shipping   Free E  pedited Shipping  See details
located in Chandler, Ari ona, United States.

Delivery   Estimated between   on, Jul 31 and Fri, Aug 4 to 60601
Includes 5 business days handling time after receipt of cleared payment.

eturns   14 days returns. Seller pays for return shipping  See details

ayments

PayPal CREDIT

Special financing available. See terms and apply now

Earn up to 5  points when you use your eBay  astercard®.
earn more

### Seller information
omaaklic  113
97.5% positive feedback

Save seller
Contact seller
See other items



## Similar sponsored items    See all


BCW Topload Holders  hoto or  ostcard 6  8.25  igid Sleeves  ong Term Storage NEW
New
$21.87
Free shipping
39 sold


Trading Card Sleeves Hard  lastic Clear Case Holder 100 Baseball Cards Topload
New
$15.35
Free shipping
Seller with a 100% positive feedback


25  4  6  ost Card &  hoto Topload Holders   igid  lastic Sleeves Brand
New
$19.01
Free shipping


10 25 50  K BCW 6 8 Hard  lastic  igid Topload  hoto Holders 6  8 toploaders
New
$11.19
Free shipping
498 sold




25 5  7 Ultra CB  remium  ro Hard  igid Toploaders  hoto Topload Holders  New
New
$18.58
Direct from Columbia Sports Cards
2171 sold

## Sponsored items inspired by your views    See all


3.5  5  rint  rotectors Clear Side Top loader 25 pack
New
$13.49
$14.99 10% off
Free shipping
Seller with a 100% positive feedback


25 pcs  3   4  Top oader Card Holder for Baseball, Basketball, Hockey Cards
New
$15.13
$11.35 shipping


1 Card Thickness  oint  auge  aminated  rofessional Tool
New
$2.35
$3.99 shipping
Seller with a 100% positive feedback


4  6 Topload Holders  5 ct
New
$11.79
Free shipping
Seller with a 100% positive feedback


35  T Top  oader 3   4 Board  ame  igid  rotector Card Holde u  aming Trading
New
$113
$1.40 shipping

About this item        Shipping, returns & payments

eport this item

Seller assumes all responsibility for this listing.
ast updated on Jul 18, 2023 09 54 00   DT     see all revisions

eBay item number 404295304814

### Item specifics

| Condition | New  A brand-new, unused, unopened, undamaged item including handmade items . See the seller's ... ad more | odel Name | Topload Holders |
|---|---|---|---|
| art Number | 2 T  CH 4  6 | Number of  ieces | 25 |
| Included Components | Topload Holders | Item  ackage Dimensions | 6.65  4.88  1.73 inches |
| Color | Clear | U  C | 75173880682 |
| N | | aterial | lastic |
| Item Dimensions  W  H | 2 T  CH 4  6 | a  Input Sheet Capacity | 25 |
| | 1.81  4.72  7.01 inches | | |

| Brand | Unbranded | Type | Card Holders |
| EAN | 0751733810682 | Suggested Users | Unise  child |
| ackage Weight | 0.49 Kilograms | Number of Items | 1 |

Item description from the seller

(25) 4X6 Post Card & Photo Topload Holders – Rigid Plastic Sleeves Brand**



 Checkout

How do you like our checkout?  |ive us feedback

ay with

○ Add new card
VISA ●●● ●●● DISCOVER

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

○ G Pay  oogle  ay

Ship to

Clerk2 Clerk2
161 North Clark St.
Chicago, I  60601 3206
United States
312  375 1573
Change

eview item and shipping

Seller  omaakllc  |  essage to seller



25  4  6  ost Card &  hoto Topload Holders  igid  lastic
Sleeves Brand
$16.24

uantity
1              ˅

Delivery
Est. delivery Jul 31  Aug 4
E  pedited Shipping
Free

ift cards, coupons, eBay Bucks

Enter code              Apply

Donate to charity  optional  ⓘ

eflections of Trinity

Help children, seniors and others in crisis with food, clothing and basic needs.  ay  al
iving Fund  F receives your donation and grants 100% to a charity no later than
30 days after the end of the month in which the donation is made. Donations are non
refundable and typically ta  deductible.  F may be unable to grant funds to a
charity if the charity has lost ta  e empt status, has closed, or no longer accepts
funds from  F.

Select amount   None  ˅

Subtotal  1 item              $16.24
Shipping                      Free
Ta                            $1.66

rder total                   $17.90

We're re uired by law to collect sales
and applicable fees for certain ta
authorities.  earn more

🔒 Confirm and pay

Select a payment option

ebay MONEY BACK GUARANTEE
See details

Copyright  1995 2023 eBay Inc. All  ights  eserved. Accessibility, User Agreement,  rivacy,  ayments Terms of Use, Cookies,  our  rivacy Choices 🅿ⓧ and AdChoice ⓘ



Hi Clerk2! ∨ | Daily Deals | Brand Outlet | Gift Cards | Help & Contact

Sell | Watchlist ∨ | My eBay ∨

🔔 7

🛒

ebay

Shop by category ∨ | 🔍 Search for anything | All Categories ∨ | Search

❮ Back to search results | Collectibles & Art > | ⋯ > | Storage & Display Supplies > | Card Toploaders & Holders > | See more BCW 1 T CH 100

Share | Add to Watchlist





Have one to sell? Sell now

## 100 Top oaders for Cards Toploader Hard lastic Card Sleeves for Baseball

⬜ omrik40442 139
100% positive · Seller's other items · Contact seller

### US $17.23

Condition: New

uantity [ 1 ] 2 available 6 sold

**Buy It Now**

**Add to cart**

♡ Add to watchlist

⚡ eople are checking this out. 6 have added this to their watchlist.

Shipping: Free E pedited Shipping. See details
ocated in iami, Florida, United States

Delivery: 🟨 Estimated between Thu, Feb 15 and Wed, Feb 21 to 60601 ⓘ
Includes 5 business days handling time after receipt of cleared payment.

eturns: Seller does not accept returns. If the item you received doesn't match the listing description, your purchase may be eligible for eBay oney Back uarantee if the return re uest is made within 3 days from delivery. See details

ayments:
💳 PayPal 💳 GPay 💳 VISA 💳 mastercard 💳 AMEX 💳 Discover
PayPal CREDIT
Special financing available. See terms and apply now
Earn up to 5 points when you use your eBay astercard®. earn more

About this item | Shipping, returns, and payments

eport this item

Seller assumes all responsibility for this listing.

ast updated on Feb 09, 2024 06 13 33 ST iew all revisions

eBay item number 296175227935

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New A brand new, unused, unopened, undamaged item including handmade items . See the seller's ... ead more | | |
| EAN | 0722626007972 | | |
| ISBN | 0722626007972 | | |
| ackage Dimensions W H | 14.57 12.44 1.61 Inches | | |
| Weight | 1.65 ounces | | |
| U C | 0722626007972 | | |
| Brand | BCW | | |
| Type | igid | | |

## About this product

roduct Identifiers



| Brand | BCW |
| U C | 0722626007972 |
| eBay roduct ID e ID | 23002809383 |

roduct Key Features

| Type | igid |

Additional roduct Features

| Si e | Standard |
| Team | Chicago White So |
| Border Color | Clear |
| Series | Topps Chrome |
| ear | 2020 |

## Item description from the seller

standard 3x4 top loading card holders are made of high-quality, rigid PVC. These top loading holders are some of the most popular rigid individual card holders in the collectible card industry. Use this product to protect, store or display collectible baseball cards, football cards, hockey cards, or other Trading cards like Magic the gathering, pokémon, yugioh, and others.
WHAT IS INCLUDED - 100 toploaders designed to hold standard thickness cards (20pt)
PROTECT YOUR COLLECTION - toploaders are the standard for protecting your sports cards, gaming cards and other collectible cards
DESIGNED TO PROTECT YOUR CARDS - Less flexible than semi-rigids and more flexible than magnetic card holders. The give provides additional protection for cards if dropped.
DIMENSIONS AND CLARITY - Standard sized (length and width) of 3x4 (outer dimensions - fits items that are slightly smaller). Toploaders are clear with a slight blue tinge
RANGE OF THICKNESSES AVAILABLE - has standard sized toploaders and a range of toploaders for cards of different thicknesses.



### omrik40442

100% ositive Feedback
453 items sold

isit store

Contact

♡ Save seller

📅 Joined Nov 2017

### Detailed seller ratings

Average for the last 12 months

| Accurate description | ▬▬▬ | 4.9 |
| easonable shipping cost | ▬▬▬ | 5.0 |
| Shipping speed | ▬▬▬ | 5.0 |
| Communication | ▬▬▬ | 5.0 |

### opular categories from this store

See all

Entertainment emorabilia    usic

### Seller feedback  130

This item 1    All items 130

➕  7  1 2496  •  ast month

A

See all feedback

## roduct ratings and reviews

_earn more_

Write a review

**4.8**

★★★★★

52 product ratings

| | | |
|---|---|---|
| ★ 5 | ███████████ | 48 |
| ★ 4 | ▌ | 2 |
| ★ 3 | | 0 |
| ★ 2 | ▏ | 1 |
| ★ 1 | ▏ | 1 |

 97% Would recommend

 96% ood value

 95% ood  uality

### ost relevant reviews

See all 39 reviews

★★★★★
by baldey
ct 11, 2021
T  FA   AB E  E  IEW

**Will keep using and order more**

ood product for shipping standard si  e baseball cards safely

erified purchase · es · Condition  New · Sold by  turbodsales

★★★★★
by bron059
ct 25, 2023

**Best toploaders in the industry**

ood   uality top loaders that are easy to use for sports cards.

erified purchase · es · Sold by  otherbuddy

★★★★★
by micbe_166945
Jun 12, 2022

**reat Deal**

Thank you for my recent purchase, I used the Toploaders to finally complete my 2020  anini  hoeni  Football  200  Card set with Joe Burrow  C & Justin Herbert  C. Now every card is protected.

erified purchase · es · Condition  New · Sold by  sportscardsgrading

★★★★★
by breki_5432
Jun 08, 2021

** uality**

This is what my husband wanted for Father s Day, he  oves this brand.

erified purchase · es · Condition  New

★★★★☆
by theworkingstiff216
 ay 12, 2022

**Top   oader**

Top loaders are in good condition, however there seems to be alot of plastic shavings inside the loaders and could potentially ruin sports cards. But, they are still a good buy. Thanks

erified purchase · es · Condition  New · Sold by  hookedoncardswholesale

Back to search results    See   ore Details about  BCW 1 T  CH 100 3  4 Topload Card Holder   Standard     eturn to top

ore to e  plore  Sports Trading Card Toploaders & Holders,  BCW Sports Trading Card Toploaders & Holders,   old Sports Trading Card Toploaders & Holders,   agnetic Holder Sports Trading Card Toploaders & Holders,  Sports Trading Card Toploaders & Holders for Standard,  Ultra    Sports Trading Card Toploaders & Holders,  Screwdown Holder Sports Trading Card Toploaders & Holders,  Baseball Trading Card Singles,  Semi   igid Holder Sports Trading Card Toploaders & Holders,  Sports Trading Card Card Sleeves

About eBay   Announcements   Community   Security Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices  and AdChoice

Doe 94

 Checkout

How do you like our checkout? Give us feedback



**PayPal** Buy with ay al. It s fast and simple.

ay with

Add new card
VISA · Mastercard · Amex · Discover

**PayPal** ay al

**PayPal Credit** Special financing available.
Apply now. See terms

**G Pay** oogle ay

---

Ship to

Clerk2 Clerk2
161 North Clark St.
Chicago, I  60601 3206
United States
312 375 1573
Change

---

eview item and shipping

Seller  omrik40442    essage to seller

100 Top  oaders for Cards  Toploader Hard  lastic
Card Sleeves for Baseball
$17.23

uantity
1

Delivery
Free E  pedited Shipping
Est. delivery Feb 15  Feb 21

---

ift cards, coupons, eBay Bucks

Enter code      Apply

---

Donate to charity  optional  ⓘ

Asian Americans for E  uality, Inc.

Help AAFE accomplish its mission to build affordable housing, provide
housing advocacy, small business loans & support for first  time
homeowners.  ay al  iving Fund     F receives your donation and
grants 100% to a charity no later than 30 days after the end of the month in
which the donation is made. Donations are non  refundable and typically
ta  deductible.    F may be unable to grant funds to a charity if the
charity has lost ta  e  empt status, has closed, or no longer accepts funds
from     F.

Select amount    None

---

| Item  1 | $17.23 |
|---|---|
| Shipping | Free |
| Ta | $1.77 |
| rder total | $19.00 |

We're  uired by law to collect sales ta  and
applicable fees for certain ta  authorities. earn more

🔒 Confirm and pay

Select a payment method

**ebay** MONEY BACK GUARANTEE
See details



Welcome to Fruityfoot! Thank you for visiting!
Visit my Ebay store & see everything we have available,
from single cards, to supplies, to miscellaneous other goods!

Save $$$ when buying multiples with our daily 3% 5% 10% & 15% & Up Bulk Discounts!

TAKE ADVANTAGE OF OUR UNIQUE COMBINED SHIPPING SPECIALS & SAVE BIG!
***Only a ONE TIME shipping charge of $3.98!! Multiples ship FREE!***

This listing is for BCW Top Loaders PICK YOUR SIZE style.
Pick your size, select your desired quantity, add it to the cart, & repeat! Pay at the end.
Make sure to add sleeves, team bags, or graded bags to your order if needed!
Give your grails a fresh clean & classy feel for the LOWEST price on Ebay!

SAVE on CHEAP shipping when buying multiple!!!
Only a ONE TIME Shipping charge of $3.98 for the 1st item purchased, & FREE after that!!
That's Right! No matter if you buy 1, 2, 10, or 100 items, you will only pay $3.98 total for shipping!

International Shipping will be done through the Global Shipping Program.
International Shipping Cost will be on a case by case basis.





 Checkout

How do you like our checkout? _ive us feedback

ay with

○ Add new card

○ **PayPal**

○ **PayPal CREDIT**  Special financing available.
Apply now. See terms

○ G Pay  oogle  ay

Subtotal  1 item                     $3.29
Shipping                             $3.98
Ta                                   $0.75
─────────────────────────────────────────
rder total                           $8.02

We're re  uired by law to collect sales ta
and applicable fees for certain ta
authorities. _earn more

[ 🔒 Confirm and pay ]

Select a payment option

ebay MONEY BACK GUARANTEE
See details

**Ship to**

Clerk2 Clerk2
161 North Clark St.
Chicago, I  60601 3206
United States
312 375 1573
Change

**eview item and shipping**

Seller  fruityfoot     _essage to seller

U  ICK  BCW Top  oaders Standard 59 79 108
138 168 197 pt Sleeves Team Bags
Item  25  Standard 3  4 Topload  1 pack
$3.29

Quantity
1

Delivery
Est. delivery Jul 15   Jul 17
US  S First Class
$3.98

**ift cards, coupons, eBay Bucks**

[ Enter code ]          [ Apply ]

**Donate to charity  optional** ⓘ

AS  CA

Can you spare some change for animals in need? Add a donation to the AS  CA now.
_ay _al _iving Fund.  F  receives your donation and grants 100% to a charity no
later than 30 days after the end of the month in which the donation is made. Donations
are non refundable and typically ta  deductible.   F may be unable to grant funds
to a charity if the charity has lost ta  e empt status, has closed, or no longer accepts
funds from   F.

Select amount     [ None ▾ ]



Copyright   1995 2023 eBay Inc. All   ights  eserved. Accessibility, User Agreement,  rivacy,  ayments Terms of Use, Cookies,  our  rivacy Choices and AdChoice ⓘ



Item description from the seller

BCW Topload Card Holders. You pick the quantity!

Ships USPS, UPS or Fedex with tracking.

Check out our ebay store for more deals on supplies and cards!

Thanks for looking!

### ther Buddy's

99.9% positive feedback
58K items sold

|  | isit store |
|--|--|
|  | Contact |
|  | ♡ Save seller |

📅 Joined    ay 2002

#### Detailed seller ratings

Average for the last 12 months

| Accurate description | ——— | 5.0 |
|--|--|--|
| easonable shipping cost | ——— | 5.0 |
| Shipping speed | ——— | 5.0 |
| Communication | ——— | 5.0 |

#### opular categories from this store                                                  See all

Collectibles    Sports  em, Cards & Fan Shop    Coins &  aper  oney    Toys & Hobbies

#### Seller feedback  18,028

This item  207    All items  18,028

| ● | S   o  8122 •    ast month | erified purchase |
|--|--|--|
|  | eceived  uickly and in great shape  Thank you |  |

| ● | m   r  636 •    ast 6 months | erified purchase |
|--|--|--|
|  | reat item,  ust as described and fast delivery    reat eBayer   A |  |

| ● | i   i  1301 •    ast 6 months | erified purchase |
|--|--|--|
|  | reat stuff  Fast shipping |  |

See all feedback

ore to e  plore    BCW Sports Trading Card Toploaders & Holders for Standard,  BCW Sports Trading Card Toploaders & Holders,   BCW  agnetic Holder Sports Trading Card Toploaders & Holders for Standard,
BCW Screwdown Holder Sports Trading Card Toploaders & Holders for Standard,   BCW Sports Trading Card Toploaders & Holders for Tall,  BCW  agnetic Holder Sports Trading Card Toploaders & Holders,
Sports Trading Card Toploaders & Holders for Standard,    old Sports Trading Card Toploaders & Holders for Standard,   Blue Sports Trading Card Toploaders & Holders for Standard,   Sports Trading Card Toploaders & Holders

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved.  Accessibility,  User Agreement,  Privacy,  Payments Terms of Use,  Cookies,  CA Privacy Notice,  Your Privacy Choices  and  AdChoice ⓘ







100% ositive Feedback
86 items sold

Contact

♡ Save seller

### Detailed seller ratings

Average for the last 12 months



| Accurate description | 4.8 |
| easonable shipping cost | 5.0 |
| Shipping speed | 5.0 |
| Communication | 5.0 |

### Seller feedback  20

● 3  o 530 •  ast month
reat buy
robiotics 100 _illion CFU _otency for Healthy Digestive Immune Health, 120 Tabl _385754138181

● y  d  601 •  ast month
ery good ebay partner
Insulin _en Cooler Travel Case Diabetic _edication Insulated Cool _rgani er Blue _385744372156

● y  n 248 •  ast month
great
robiotics 100 _illion CFU _otency for Healthy Digestive Immune Health, 120 Tabl _385754138181

See all feedback

---

ou  ay Also  ike

Feedback on our suggestions



Trading Card Sleeves Hard  lastic Clear Case Holder 100 Baseball Cards Topload

New
$14.29
Free shipping
68 sold



Trading Card Sleeves Hard  lastic Clear Case Holder 100  Baseball Cards Topload

New
$13.21
Free shipping
ast one



Trading Card Sleeves Hard  lastic Case Holder 100 Baseball Cards Topload

New
$15.35
Free shipping
Seller with a 100% positive feedback



Trading Card Sleeves Hard  lastic Topload Clear Case Holder 100 Baseball Cards

New
$23.98
Free shipping
Top  ated  lus
1255 sold



Trading Card Sleeves Hard  lastic Clear Case Holder 100 Baseball Cards Topload

New
$16.99
Free shipping
Seller with a 100% positive feedback



Trading Card Sleeves Hard  lastic Clear Case Holder 100  Baseball Cards Topload

New
$17.25
Free shipping
51 sold



Trading Card Sleeves Hard  lastic Topload Clear Case Holder 200 Baseball Cards

New
$32.99
Free shipping
Top  ated  lus
72 sold



Trading Card Sleeves Hard  lastic Clear Case Holder 50 Baseball Cards Topload

New
$14.99
Free shipping
1929 sold



Trading Card Sleeves Hard  lastic Topload Clear Case Holder 100 Baseball Cards

$34.95
Free shipping



T  AD T  ADIN  CA  D S  EE  ES Hard  lastic Clear Case Holder 100 Baseball Cards

New
$19.75
Free shipping
ast one



Trading Card Sleeves Hard  lastic Clear Case Holder 100 Baseball Cards Topload

New
$19.94
Free shipping
Seller with a 100% positive feedback



Trading Card Sleeves Hard  lastic Clear Case Holder 25 Baseball Cards Topload

New
$10.36
Free shipping



Trading Card Sleeves Hard  lastic Toploader Clear Case Holder 100 Baseball Cards

New
$23.99
Free shipping
Top  ated  lus
226 sold



Trading Card Sleeves Hard  lastic Clear Case Holder 100 Baseball Cards Topload

New
$22.49
Free shipping



Trading Card Sleeves Hard  lastic Clear Case Holder 100 Baseball Cards Topload

New
$20.49
Free shipping



Trading Card Sleeves Hard  lastic Case Holder 100 Baseball Cards Topload

New
$19.99
Free shipping
ast one





Doe 97

Case: 1:24-cv-07259 Document #: 5 Filed: 08/15/24 Page 345 of 467 PageID #:855









Hard Plastic Card Holder 25 Sleeves for Baseball Card Topload Display Supplies.

New

$7.18

Free shipping

Seller with a 100% positive feedback

Trading Card Sleeves Hard Plastic Clear Case Holder 100 Baseball Cards Topload

New

$21.71

Free shipping
ast one

Trading Card Sleeves Hard Plastic Clear Case Holder 100 Baseball Cards Topload

New

$19.29

Free shipping

Seller with a 99.3% positive feedback

Trading Card Sleeves Hard Plastic Clear Case Holder 100 Baseball Cards Topload

New

$17.89

Free shipping

Seller with a 100% positive feedback









Best Card Sleeves Hard Plastic Case Holder 100 Baseball Cards Topload Trading

New

$15.99

Free shipping

46 sold

Trading Card Sleeves Hard Plastic Clear Case Holder 100 Baseball Cards Topload

New

$19.29

Free shipping

Trading Card Sleeves Hard Plastic Clear Case Holder 100 Baseball Cards Topload

New

$21.49

Free shipping

200 Trading Card Sleeves Hard Plastic Toploader Holder Plus 200 Penny Sleeves

New

$16.69

Free shipping
ast one



Trading Card Sleeves Hard Plastic Clear Case Holder 100 Baseball Cards Topload

New

$20.41

Free shipping

Back to previous page                                                                                           eturn to top
ore to e plore    Sports Trading Card Toploaders & Holders,    agnetic Holder Sports Trading Card Toploaders & Holders,    old Sports Trading Card Toploaders & Holders,    BCW Sports Trading Card Toploaders & Holders,
Sports Trading Card Toploaders & Holders for Standard,    Screwdown Holder Sports Trading Card Toploaders & Holders,    Ultra      Sports Trading Card Toploaders & Holders,
Semi   igid Holder Sports Trading Card Toploaders & Holders,    BCW    agnetic Holder Sports Trading Card Toploaders & Holders,    Sports Trading Card Toploaders & Holders with U    rotection

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

Doe 97

 Checkout

How do you like our checkout?  _lve us feedback



ay with

○ Add new card
   VISA  Mastercard  AmEx  Discover

○ **PayPal**

○ **PayPal CREDIT**
   Special financing available.
   Apply now. See terms

○ G Pay  oogle ay

Ship to

Clerk2 Clerk2
161 North Clark St.
Chicago, I  60601 3206
United States
312  375 1573
Change

eview item and shipping

Seller  ra alfkay0    _essage to seller

Trading Card Sleeves Hard  lastic Clear Case Holder 100 Baseball Cards Topload
**$14.99**

uantity
1

Delivery
Est. delivery  Jul 29   Aug 3
FedE    round or FedE  Home Delivery
Free

ift cards, coupons, eBay Bucks

Enter code          Apply

Donate to charity  optional  ⓘ

eflections of Trinity

Help children, seniors and others in crisis with food, clothing and basic needs.  ay  al
iving Fund   F  receives your donation and grants 100% to a charity no later than
30 days after the end of the month in which the donation is made. Donations are non
refundable and typically ta  deductible.    F may be unable to grant funds to a
charity if the charity has lost ta  e empt status, has closed, or no longer accepts
funds from   F.

Select amount   None

Subtotal  1 item              $14.99
Shipping                        Free
Ta                             $1.54

rder total                    $16.53

We're re  uired by law to collect sales ta
and applicable fees for certain ta
authorities.  _earn more

🔒 Confirm and pay

Select a payment option

ebay MONEY BACK GUARANTEE
See details

Copyright   1995 2023 eBay Inc. All  ights  eserved. Accessibility, User Agreement,  rivacy,  ayments Terms of Use, Cookies,  our  rivacy Choices ⊠ and AdChoice ⓘ



You are purchasing **New in factory sealed retail package - 10 / 1 PACK) BCW 197PT TOPLOADERS FOR THICK CARDS up to 5MM!!** Protect and show off your collection with these high quality toploaders.

- **FREE** shipping to the US!!!
- 30-day return policy!!!
- We ship next business day after payment is received
- All items in stock - not shipped from a drop shipper
- **Check out our store here** to buy one or more items!!!
- Get the personal customer service big box business can not give!

- Holds Jersey Cards, Memorabilia Cards, Sports Cards, and other Trading Cards that are standard size and up to 197pt. thickness (5mm thick)
- Interior Dimensions 2-3/4" x 3-7/8" x 3/16"
- Exterior Dimensions 3" x 4" x 1/4"
- Top Loading - Opens on the short side
- High quality rigid PVC
- Recyclable
- Made in the USA
- Stock #1-TLCH-TH-5MM
- UPC 722626902338

*****Cards are not included*****

**Payment**
- Payment is accepted by Paypal, all major credit and debit cards
- Paypal holds e-check" payments (your order will not ship until payment is cleared)
- Buy It Now payments are due immediately upon purchase

**Shipping**
- We pack very securely, so be assured your item will arrive safely
- We include free delivery confirmation, tracking and insurance with all US orders.
- All orders ship the next business day after payment is received & cleared.
- Express orders ship same day if payment is received before 6AM EST

| Orders shipping to U.S. address (includes APO/FPO) |
| --- |
| • Recommended shipping is by USPS priority mail to receive your product safely and quickly, usually within 3 business days! |
| • Express Mail, please allow 1-2 business days for USPS to deliver your item. Priority Mail please allow 3-7 business days for USPS to deliver your item. First class and Parcel Post please allow 4-10 business days for USPS to deliver your item. |

| Orders shipping to address outside of the U.S. (INTERNATIONAL) |
| --- |
| • Priority Mail International is the best shipment method in order to receive your product safely and quickly, usually within 7-10 business days. First Class Mail International, allow 14-28 business days for USPS to deliver your item. Express Mail International, allow 3-5 business days for USPS to deliver your item to you. |
| • The actual cost of your winning bid or purchase will be entered on your customs form. We will not include the cost of shipping in this amount. Your country may impose additional fees on your item. Please inquire with the country you live in about these fees. |

**How to contact us**
- Please use the eBay email system to contact us. All emails will be answered within 24 hours of when they were sent. If we do not reply within 24 hours, please send another email. Sometimes your email may not reach our inbox.

**About your purchase**
- We started our business as an eBay buyer, just like you! We understand as a buyer that concerns may arise about your order. We are dedicated to 100% customer satisfaction and will go the extra mile to make sure you are pleased with every aspect of your purchase.
- Please contact us before leaving feedback if you are not 100% satisfied with your purchase.

**Mission Statement**
- A business that will provide excellent customer service.
- A business that sells and provides authentic products.
- A business that replies to all correspondence from our customers within a reasonable time frame.
- A business that provides quick resolution if a problem or concern arises.
- A business that guarantees the products it sells.

**Return Policy**
- If you receive item(s) that are not as advertised or is damaged during shipping, in most instances we will ship a replacement, and we will also cover the cost of replacing the item and shipping both ways if necessary. In most instances you do not have to return the item. Email us for specific instructions.
- We do not accept returns on items that are as advertised. In rare instances though, we may approve a return for you. If we do approve your return the following requirements apply.
  - -An RMA number is required, which we will provide to you.
  - -All approved RMA requests must be postmarked on or before 30 days after you received the item.
  - -We will refund only the amount paid for the item, and will not include your cost of shipping either way.
  - -Only items with the RMA number written on the outside of the package will be accepted.
  - -Only unopened items in brand new condition will be accepted for return.
  - -The amount of our cost for postage will be deducted from your refund





 Checkout

How do you like our checkout?  ive us feedback

ay with

| | |
|---|---|
| ○ | **Add new card**  |

○ **PayPal**

○ **PayPal CREDIT**  Special financing available.
Apply now. See terms

○ **G Pay** oogle  ay

**Ship to**

Clerk2 Clerk2
161 North Clark St.
Chicago, I  60601 3206
United States
312 375 1573
Change

**eview item and shipping**

Seller  rareandunli...  essage to seller

10 BCW 197pt 5  THICK T  ADE  S NEW
Trading Card Holder Sports Jersey Topload
$10.49

uantity
1

**Delivery**

● Est. delivery  Jul 18  Jul 20
US  S First Class
Free

○ Est. delivery  Jul 18  Jul 21
US  S  riority  ail
$10.55

○ Est. delivery  Jul 18  Jul 20
US  S  riority  ail E press
$29.95

**ift cards, coupons, eBay Bucks**

Enter code    Apply

**Donate to charity  optional** ⓘ

AS  CA

Can you spare some change for animals in need? Add a donation to the AS  CA now.
ay  al  iving Fund  F receives your donation and grants 100% to a charity no
later than 30 days after the end of the month in which the donation is made. Donations
are non  refundable and typically ta  deductible.  F may be unable to grant funds
to a charity if the charity has lost ta  e empt status, has closed, or no longer accepts
funds from  F.

Select amount  None

| Subtotal  1 item | $10.49 |
|---|---|
| Shipping | Free |
| Ta | $1.08 |
| **rder total** | **$11.57** |

We're re  uired by law to collect sales ta
and applicable fees for certain to
authorities.  earn more

**Confirm and pay**

Select a payment option

ebay MONEY BACK GUARANTEE
See details

? 

Copyright  1995 2023 eBay Inc. All  ights  eserved. Accessibility, User Agreement,  rivacy,  ayments Terms of Use, Cookies,  our  rivacy Choices and AdChoice ⓘ



Hi Clerk2! ∨ | Daily Deals | Brand Outlet | Gift Cards | Help & Contact    Sell | Watchlist ∨ | My eBay ∨ | 🔔2 | 🛒

eBay | Shop by category ∨ | Search for anything | All Categories ∨ | Search

⌂ Back to search results | Collectibles & Art > | ··· > | Storage & Display Supplies > | Card Toploaders & Holders > | See more BCW remium 3 | Share | Add to Watchlist



Have one to sell? Sell now

5  K 125 BCW    E   IU   T    ADE  S  E   U A   CA  D H   DE  S 20pt T    AD  U T   A BU  K

⬚ E ITE Sports Collectibles Anti ues 1494
100% positive · Seller's other items · Contact seller

US $18.95

Condition  New

uantity [ 1 ]   4 available   9 sold

**Buy It Now**

**Add to cart**

♡ Add to watchlist

| Shipping | US $11.40 Standard Shipping. See details |
| | ocated in  Woodstock,  irginia, United States |
| Delivery | Estimated between Fri, Feb 16 and Tue, Feb 20 to 60601 ⓘ |
| eturns | Seller does not accept returns. If the item you received doesn't match the listing description, your purchase may be eligible for eBay  oney Back  uarantee if the return re  uest is made within 3 days from delivery. See details |
| ayments | PayPal  GPay  VISA  ●● mastercard  AMERICAN EXPRESS  DISCOVER |



PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5  points when you use your eBay  astercard®.  earn more

---

| About this item | Shipping, returns, and payments | |  eport this item |

Seller assumes all responsibility for this listing.

 ast updated on Feb 06, 2024 14 50 22  ST   iew all revisions

## Item specifics

| Condition | New  A brand  new, unused, unopened, undamaged item  including handmade items . See the seller's ...  ead more |
| Card Holder Type | Toploader |
| Compatible Card Si e | Standard |
| Team | Base Ball |
| Compatible Card Thickness | 20   t. |
| U  C | 0722626902345 |
| Brand | BCW |
| Type |  igid |

## About this product

 roduct Identifiers

| Brand | BCW |
| TIN | 0722626902345 |
| U  C | 0722626902345 |

**Doe 99**   1/3



eBay  roduct ID  e  ID                          1131149263

 roduct Key Features

Type                                            igid

Additional  roduct Features

Si e                                            Standard

## Item description from the seller

5-PK 125 BCW PREMIUM TOPLOADERS REGULAR CARD HOLDERS 20pt TOPLOAD

Great for all regular Baseball Basketball Football Hockey an Pokémon Cards. Ships Priority Mail in a Padded Envelope.



### E  ITE Sports Collectibles Anti  ues

100%  ositive Feedback
3.3K items sold

[ isit store]
[ Contact]
[ ♡ Save seller]

Joined  ar 2015

### Detailed seller ratings
Average for the last 12 months

| Accurate description | ——— | 5.0 |
| easonable shipping cost | ——— | 4.9 |
| Shipping speed | ——— | 5.0 |
| Communication | ——— | 5.0 |

 opular categories from this store                                    See all

[Collectibles] [Business & Industrial] [Art] [Everything Else] [eBay  otors] [Anti  ues] [Home &  arden] [Clothing, Shoes & Accessories]
[Toys & Hobbies]

### Seller feedback  987

This item  2    All items  987

⊕  i  s 519 •  ast year
great stuff

⊕  a  76 •  ore than a year ago
 reat deal

[See all feedback]

 roduct ratings and reviews                        earn more                        [Write a review]





**4.7**
★★★★☆
39 product ratings

| ★ 5 | 34 |
| ★ 4 | 3 |
| ★ 3 | 0 |
| ★ 2 | 0 |
| ★ 1 | 2 |

86%
Would recommend

93%
ood value

93%
ood  uality

---

ost relevant reviews                                                                    See all 28 reviews

★★★★★    erfect

by pi_elated  peg
 ar 24, 2019

These are perfect, wouldn't even consider buying another brand. I use these specifically to display ACE   ATC cards, and I mount them in the wall with small command strips.   inimal glare. Several of my friends also use these for their magic cards.

T   FA   AB E  E  IEW

erified purchase   es · Condition  New · Sold by billy ames2

★★★★★    reat value with this product.

by wherebfolg
Apr 04, 2018

In my opinion these toploaders are the same   uality as the standard toploaders BCW sells. Just with a little more buffing. I've only been 1  4 of the way through the case and have had multiple cracked or chipped  not so   E  IU    toploaders.   n the value side it is a good deal.

erified purchase   es · Condition  New · Sold by sharpgaming

★★★★★    Hold my cards.

by pop err mplwbs
Jan 13, 2020

Just what I wanted perfect for my   attingly collection. Well made and cards fit in nicely. Best deal I found on ebay for the amount that I needed. Highly recommend them.

erified purchase   es · Condition  New · Sold by adedstud

★★★★★    reat Toploaders

by natwes7l80
Aug 25, 2022

 reat  uality, even better price  I use them for all of my collectible baseball cards

erified purchase   es · Condition  New · Sold by sportscardsgrading

★★★★★    Durable and great

by kathiephan
Aug 22, 2017

 ove them    erfect protection for my trading cards  Can weather any storm 😊

erified purchase   es · Condition  New · Sold by billy ames2

---

Back to search results    See   ore Details about  BCW  remium 3  4 Topload Card Holder                                        eturn to top
 ore to e  plore   BCW Sports Trading Card Toploaders & Holders,   Ultra       Sports Trading Card Toploaders & Holders,   BCW   agnetic Holder Sports Trading Card Toploaders & Holders,
BCW   old Sports Trading Card Toploaders & Holders,   BCW Sports Trading Card Toploaders & Holders for Tall,   Ultra       Sports Trading Card Toploaders & Holders for Standard,
Ultra        agnetic Holder Sports Trading Card Toploaders & Holders,   BCW Snap  ock Holder Sports Trading Card Toploaders & Holders,
Ultra      Semi  igid Holder Sports Trading Card Toploaders & Holders,   Sports Trading Card Toploaders & Holders

---

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice ⓘ

 Checkout

How do you like our checkout? Give us feedback

**PayPal** Buy with ay al. It s fast and simple.

ay with

○ Add new card
VISA ● ● DISCOVER

○ PayPal ay al

○ PayPal CREDIT Special financing available.
Apply now. See terms

**Ship to**

Clerk2 Clerk2
161 North Clark St.
Chicago, I  60601 3206
United States
312  375 1573

Change

---

**eview item and shipping**

Seller  bryantcolle...     essage to seller

5  K 125 BCW   E IU  T    ADE S  E U A
CA  D H   DE  S 20pt T     AD    U T A BU K
$18.95

uantity
1

Delivery
Est. delivery  Feb 16   Feb 20
US  S    round Advantage
$11.40

---

**ift cards, coupons, eBay Bucks**

Enter code        Apply

---

**Donate to charity  optional** ⓘ

Save a Child's Heart Foundation

ive $1 to help provide lifesaving heart surgery for children in need.  ay al
iving Fund     F  receives your donation and grants 100% to a charity no
later than 30 days after the end of the month in which the donation is
made. Donations are non refundable and typically ta  deductible.    F
may be unable to grant funds to a charity if the charity has lost ta  e empt
status, has closed, or no longer accepts funds from     F.

Select amount    None

---

| Item  1 | $18.95 |
|---|---|
| Shipping | $11.40 |
| Ta | $3.11 |
| rder total | $33.46 |

We're  uired by law to collect sales ta  and
applicable fees for certain ta  authorities.  earn more

🔒 Confirm and pay

**Select a payment method**

**ebay** MONEY BACK GUARANTEE
See details



2/13/24, 12:57 PM
Case: 1:24-cv-07259 Document #: 5 Filed: 08/15/24 Page 356 of 467 PageID #:866
BCW 3" x 4" Topload Card Holder for Standard Trading Cards Up to 20 pts 25 C | eBay

| | |
|---|---|
| Features | ur hard plastic card sleeves are the industry standard in card p. These rigid hard plastic protectors are made with super clear    C |
| Number of Toploaders  Card Holders | 25 |
| Country   egion of   anufacture | Unknown |
| Compatible Card Thickness | Up to 35 |
| Item Weight | 6.4 ounces |
| U  C | Does Not Apply |

## Item description from the seller

### BCW 3" x 4" Topload Card Holder for Standard Trading Cards  Up to 20 pts  25-C

**Description:**

BCW Standard 3-Inches x 4-Inches toploaders are made of high-quality, rigid PVC. These top loading holders are some of the most popular rigid individual cardholders in the collectible card industry. Use this product to protect, store or display collectible baseball cards, football cards, hockey cards, or other trading cards like Magic The Gathering, Pokemon, YuGiOh, and others. 12-mil thickness panels. Topload, open on the short side. Each cardholder holds a standard trading card - Up to 20 pts. 25 holders per pack

**Feature:**

- 25 Holders per Pack. Topload, open on the short side
- Each card holder holds a standard trading card - Up to 20 pts
- 12-mil thickness panels made of high-quality, rigid PVC
- Exterior Dimensions: 3" x 4-1/16"
- Interior Dimensions: 2-3/4" x 3-7/8"







r  goods

98.9%  ositive Feedback

1.9K items sold

📅 Joined Aug 2021

| | |
|---|---|
| | isit store |
| | Contact |
| | ♡ Save seller |

### Detailed seller ratings

Average for the last 12 months

Accurate description ━━━━━ 4.9

| | | |
|---|---|---|
| easonable shipping cost | ━━━━━ | 5.0 |
| Shipping speed | ━━━━━ | 4.9 |
| Communication | ━━━━━ | 4.8 |

## opular categories from this store

See all

Entertainment    emorabilia

## Seller feedback  454

This item 3    All items 454

3   4 502 •   ast month

reat product and super delivery

n   u 1933 •   ast 6 months

ositive transaction   item delivered as promised and described 👍 👍 👍 👍 👍

o   i 1223 •   ast 6 months

uick shipping, thanks

See all feedback

Back to search results
eturn to top

ore to e  plore    BCW Sports Trading Card Toploaders & Holders for Standard,   BCW Sports Trading Card Toploaders & Holders,   BCW Black Sports Trading Card Toploaders & Holders for Standard,   BCW    agnetic Holder Sports Trading Card Toploaders & Holders for Standard,   BCW Screwdown Holder Sports Trading Card Toploaders & Holders for Standard,   BCW    agnetic Holder Sports Trading Card Toploaders & Holders,   BCW Semi   igid Holder Sports Trading Card Toploaders & Holders,   Sports Trading Card Toploaders & Holders for Standard,   Sports Trading Card Toploaders & Holders,     agnetic Holder Sports Trading Card Toploaders & Holders for Standard

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices 🄍 and AdChoice ⓘ

Doe 100

 Checkout

How do you like our checkout? Give us feedback

**PayPal** Buy with ay al. It s fast and simple.

ay with

○ Add new card
   VISA · Mastercard · Amex · Discover

○ **PayPal** ay al

○ **PayPal CREDIT** Special financing available.
   Apply now. See terms

○ **G Pay** oogle ay

### Ship to

Clerk2 Clerk2
161 North Clark St.
Chicago, I 60601 3206
United States
312 375 1573
Change

### eview item and shipping

Seller r goods                    essage to seller

BCW 3   4 Topload Card Holder for Standard Trading
Cards Up to 20 pts 25 C
$9.99

uantity
1

Delivery
Free U S round
Est. delivery Feb 16   Feb 20

### ift cards, coupons, eBay Bucks

[ Enter code ]    [ Apply ]

### Donate to charity optional ⓘ

**Save a Child's Heart Foundation**

ive $1 to help provide lifesaving heart surgery for children in need.  ay al
iving Fund      F receives your donation and grants 100% to a charity no
later than 30 days after the end of the month in which the donation is
made. Donations are non refundable and typically ta  deductible.     F
may be unable to grant funds to a charity if the charity has lost ta  e empt
status, has closed, or no longer accepts funds from        F.

Select amount   [ None ▾ ]

| | |
|---|---|
| Item 1 | $9.99 |
| Shipping | Free |
| Ta | $1.02 |
| rder total | $11.01 |

We're  uired by law to collect sales ta  and
applicable fees for certain ta  authorities. earn more

[ 🔒 Confirm and pay ]

Select a payment method

**ebay** MONEY BACK GUARANTEE
See details



## 5x7 Photo Topload Holders (5 count) - Rigid Plastic Sleeves - BCW Brand

Includes a total of five (5) 5"x7" topload holders.

The PVC used in BCW Toploads contain no plasticizers or stearates. Our high impact grade PVC does not migrate and will not harm your cards, photos or prints, while offering maximum protection and visual appeal. Use this holder to protect, store and display your 5X7 photographs, prints and documents.

- Holds postcards and photos
- Crystal clear
- Made of high impact rigid PVC Dimensions

- Exterior 5-3/8" x 7-1/8" x 1/16"
- Interior 5-1/16" x 7" x 1/32"







Listing and template services provided by inkFrog (https://signin.ebay.com/authorize?client_id=inkFrogl-eBayShop-PRD-45d7504o4-548de517&response_type=code&redirect_uri=inkFrog__Inc-inkFrogl-eBaySh-vfzfmco&scope=https://api.ebay.com/oauth/api_scope https://api.ebay.com/oauth/api_scope/sell.marketing.readonly https://api.ebay.com/oauth/api_scope/sell.marketing https://api.ebay.com/oauth/api_scope/sell.inventory.readonly https://api.ebay.com/oauth/api_scope/sell.inventory https://api.ebay.com/oauth/api_scope/sell.account.readonly https://api.ebay.com/oauth/api_scope/sell.account https://api.ebay.com/oauth/api_scope/sell.fulfillment.readonly https://api.ebay.com/oauth/api_scope/sell.fulfillment https://api.ebay.com/oauth/api_scope/sell.analytics.readonly)

inkFrog (https://signin.ebay.com/authorize?client_id=inkFrogl-eBayShop-PRD-45d7504o4-548de517&response_type=code&redirect_uri=inkFrog__Inc-inkFrogl-eBaySh-



 Checkout

How do you like our checkout?  |ive us feedback

ay with

○ Add new card


○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

○ G Pay  oogle  ay

Ship to

Clerk2 Clerk2
161 North Clark St.
Chicago, I  60601 3206
United States
 312  375 1573
Change

eview item and shipping

Seller  safulfillment  |  essage to seller



5  7  hoto Topload Holders  5 count    igid  lastic Sleeves   BCW
Brand

$8.99

uantity
1

Delivery
Est. delivery  Jul 27   Jul 29
US  S First Class
Free

ift cards, coupons, eBay Bucks

Enter code          Apply

| | |
|---|---|
| Subtotal  1 item | $8.99 |
| Shipping | Free |
| Ta | $0.92 |
| rder total | $9.91 |

We're re  uired by law to collect sales ta
and applicable fees for certain ta
authorities.  earn more

🔒 Confirm and pay

Select a payment option

ebay MONEY BACK GUARANTEE
See details

Copyright   1995  2023 eBay Inc. All   ights  eserved. Accessibility, User Agreement,  rivacy,  ayments Terms of Use, Cookies,  our  rivacy Choices  and AdChoice ⓘ





Hard Plastic Card Holder 25 Sleeves for Baseball Card Topload Display Supplies..

★★★★★ 306 product ratings

**Condition** New

Quantity 1   2 available / 115 sold

nice   US $7.54

[ Buy It Now ]

[ Add to cart ]

[ ♡ Add to watchlist ]

⚡ This one's trending. 115 have already sold.

↺ Breathe easy. returns accepted.

**Shipping** Free Economy Shipping. See details
located in: N.Flanders, United States.

**Delivery** 📦 Economy Shipping Estimated between on, Jul 17 and Fri,
Jul 21 to 60601 ⓘ
Includes 4 business days handling time after receipt of cleared payment

**returns** 30 days returns. Buyer pays for return shipping. See details

**Payments** PayPal GPay VISA ●● ●●

Special financing available. See terms and apply now

Earn up to 5 points when you use your ebay
astercardk. Learn more

**Seller information**
saisa 5542 (3) ✓
100% positive feedback

♡ Save seller
Contact seller
See other items

### Similar sponsored items    See all >

     

| BCW 3  4  Topload for Standard Trading Cards  Up to 20 pts  25  Count | Trading Card Sleeves Hard  lastic Clear Case Holder 100 Baseball Cards Topload | 1000 Top  oaders  remium 20 pt. BCW  40 packs of 25 | Trading Card Sleeves Hard  lastic Clear Case Holder 100 Baseball Cards Topload | ack  25 BCW Hard  lastic Trading Card Topload Holders 12 mil protector | Tra Cl No |
| New | | | | | |
| $6.72 | $15.25 | $52.00 | $16.80 | $8.49 | $2 |
| Free shipping | Free shipping | 19 bids | Free shipping | | Fre |
| ast one | 32 sold | $32.02 shipping | Seller with a 100% positive feedback | 🔝 Top  ated  lus | |
| | | 🔝 Top  ated  lus | | 6990 sold | |
| | | Seller with a 100% positive feedback | | | |

### Sponsored items customers also bought    See all >

    

| BCW 3  4  Topload for Standard Trading Cards  Up to 20 pts  25  Count | ack  25 BCW Hard  lastic Trading Card Topload Holders 12 mil protector | 25  ack  ulcan Shield 35pt Standard Si  e Toploader  igid  lastic Card Holders | 550  enny Sleeves Trading Card Soft  rotectors  Baseball  ok mon Football | Best Card Sleeves Hard  lastic Case Holder 100 Baseball Cards Topload Trading | Ult h No |
| New | or wanted | New | New | New | Ne |
| $6.72 | $7.70 | $6.49 | $10.99 | $14.99 | $8 |
| Free shipping | Free shipping | 🔝 Top  ated  lus | Free 3  4 day shipping | Free shipping | 62 |
| ast one | 166 sold | 24 sold | 814 sold | 39 sold | |

[About this item]  [Shipping, returns & payments]

Seller assumes all responsibility for this listing.
ast updated on Jul 08, 2023 13:46:28  DT  see all revisions

eBay item number: 125876154789

### Item specifics

| | | | |
|---|---|---|---|
| **Condition** | New  A brand new, unused, unopened, undamaged item including handmade items . See the seller's ... read more | **Color** | White |
| **EAN** | 0722626902291 | **ISBN** | 0722626902291 |
| ackage Dimensions  W  H | 4.06  3.15  1.65 Inches | **Weight** | 0.4  ounces |
| odel | Does not apply | U  C | 0722626902291 |
| **Brand** | BCW | **Type** | igid |
| N | IT  CHN | | |

### About this product

**roduct Identifiers**
| | | | |
|---|---|---|---|
| Brand | BCW | N | IT  CHN |
| TIN | 0722626902291 | U  C | 0722626902291 |

eBay  roduct ID  ID       625b92437

roduct Key Features

Type                    lgid

Additional  roduct Features
SI  ≡        Standard                                    Team          Base Ball
Border Color          Clear

Item description from the seller





Doe 102



About eBay   Announcements   Community   Security Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices ⓘ and AdChoice ⓘ

 Checkout

How do you like our checkout? _ive us feedback

ay with

○ Add new card

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

○ G Pay   oogle  ay

Ship to

Clerk2 Clerk2
161 North Clark St.
Chicago, I  60601 3206
United States
312 375 1573
Change

eview item and shipping

Seller  sarsa 5542     _essage to seller

Hard  lastic Card Holder 25 Sleeves for Baseball
Card Topload Display Supplies..
$7.54

uantity
1

Delivery
Est. delivery  Jul 17   Jul 21
Economy Shipping
Free

ift cards, coupons, eBay Bucks

Enter code          Apply

Donate to charity  optional ⓘ

AS  CA

Can you spare some change for animals in need? Add a donation to the AS  CA now.
 ay  al  iving Fund   F  receives your donation and grants 100% to a charity no
later than 30 days after the end of the month in which the donation is made. Donations
are non  refundable and typically ta  deductible.    F may be unable to grant funds
to a charity if the charity has lost ta  e empt status, has closed, or no longer accepts
funds from   F.

Select amount      None

| Subtotal  1 item | $7.54 |
| Shipping | Free |
| Ta | $0.77 |
| rder total | $8.31 |

We're re  uired by law to collect sales ta
and applicable fees for certain
authorities. _earn more

Confirm and pay

Select a payment option

ebay MONEY BACK GUARANTEE
See details



Copyright   1995 2023 eBay Inc. All   ights  eserved. Accessibility, User Agreement, _rivacy, _ayments Terms of Use, Cookies, _our _rivacy Choices and AdChoice ⓘ

Search for anything    All Categories ∨    **Search**

< Back to search results · Collectibles & Art › ··· › Sports Trading Cards › Storage & Display Supplies › Card Toploaders & Holders



100 Toploaders for Cards Toploader Hard Plastic Card Sleeves Baseball Football

Save_ore__n Deals  222
**100% positive** · Seller's other items · Contact seller

### US $17.59

Condition    New

Quantity    [ 1 ]    2 available  5 sold

**Buy It Now**

**Add to cart**

♡ Add to watchlist

↩  Breathe easy. Returns accepted.

Shipping    Free Economy Shipping. See details
Located in North Brunswick, New Jersey, United States

Delivery    📦 Estimated between Sat, Feb 17 and Fri, Feb 23 to 60601 ⓘ
Includes 5 business days handling time after receipt of cleared payment.

Returns    30 days returns. Buyer pays for return shipping. See details

Payments    PayPal  GPay  VISA  🔵  🔴  DISCOVER
PayPal CREDIT

Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

Have one to sell? Sell now

| About this item | Shipping, returns, and payments |

Seller assumes all responsibility for this listing.
Last updated on Feb 13, 2024 02:47:42 PST    View all revisions

Report this item

eBay item number: 285660646124

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more | | |
| Brand | Does not apply | Type | Does not apply |
| Item model number | 1T CH 100 | Product Dimensions | 7.87 · 5.91 · 3.94 inches 8.82 ounces |
| Manufacturer recommended age | 6 years and up | Is Discontinued By Manufacturer | No |
| UPC | 744759293718 | | |

## Item description from the seller



## 100 Top Loaders for Cards Toploader Hard Plastic Card Sleeves Baseball Football

### Description

| | |
|---|---|
| Item model number | 1-TLCH-100 |
| Product Dimensions | 7.87 x 5.91 x 3.94 inches; 8.82 Ounces |
| Manufacturer recommended age | 6 years and up |
| Is Discontinued By Manufacturer | No |



- WHAT IS INCLUDED - 100 BCW toploaders designed to hold standard thickness cards (20pt)
- PROTECT YOUR COLLECTION - BCW toploaders are the standard for protecting your sports cards, gaming cards and other collectible cards
- DESIGNED TO PROTECT YOUR CARDS - Less flexible than semi-rigids and more flexible than magnetic card holders. The give provides additional protection for cards if dropped.
- DIMENSIONS AND CLARITY - Standard sized (length and width) of 3x4 (outer dimensions - fits items that are slightly smaller). Toploaders are clear with a slight blue tinge
- RANGE OF THICKNESSES AVAILABLE - BCW has standard sized toploaders and a range of toploaders for cards of different thicknesses.

Don't allow this deal to go by! Limited quantities available! Message us if you plan on purchasing more than one as we offer volume discounts!

### ABOUT US

We offer the best prices around on high quality products. Our E-commerce store includes media such as books, movies, music and games while offering electronics, toys, sporting apparel, clothing, tools, general home, garden items, health, beauty, pet supplies and more.

**Like this listing? This listing is brought to you by Nizel Corporation. Want us to help you sell your products or just need a consult? We're always here to help so feel free to reach out!**



### SHIPPING

We are always working hard to ensure your package arrives as soon as possible. Please understand that some factors like weather, high postal traffic, and the performance of shipping companies are outside of our control.

We offer free shipping to the lower 48 states and ship within 2 business days of payment, usually sooner. We do not accept P.O. Boxes. Please provide a physical address.

### RETURNS

We offer a 30-Day Return Policy on items which you are not completely satisfied with. You have the option for a full-refund or an exchange of the item. No returns are available on items shipped outside of the USA. Items will be inspected upon return & fees may apply for damaged, missing and/or non-genuine items that are returned.

### CUSTOMER SATISFACTION

We try our very best to make sure every customer is completely satisfied. If there's a problem, message us! We're happy to help. Please reach out to us before leaving less than positive feedback or opening a claim in-order to give us a proper chance to resolve your issues.



Save  ore  n Deals

100%  ositive Feedback
903 items sold

Joined  ar 2014

| Isit store |
| Contact |
| ♡ Save seller |

Doe 103



Detailed seller ratings

Average for the last 12 months

| | | |
|---|---|---|
| Accurate description | ▬▬▬ | 4.9 |
| easonable shipping cost | ▬▬▬ | 5.0 |
| Shipping speed | ▬▬▬ | 5.0 |
| Communication | ▬▬▬ | 5.0 |

opular categories from this store                                    See all

Travel    Dolls & Bears    Art    Cameras & hoto    Coins & aper oney    ovies & T

Seller feedback  225

This item  3    All items  225

● c  c  992  •  ast month

Fast shipment, smooth transaction, recommend

● 1002  •  ast month

reat  Thanks

● o  s  321  •  ast month

good buy

See all feedback

roduct ratings and reviews        earn more                                Write a review

☆☆☆☆☆
No ratings or reviews yet

Be the first to write the review

ore to  plore    Sports Trading Card Toploaders & Holders,   BCW Sports Trading Card Toploaders & Holders,   old Sports Trading Card Toploaders & Holders,   agnetic Holder Sports Trading Card Toploaders & Holders,
Sports Trading Card Toploaders & Holders for Standard,   Ultra    Sports Trading Card Toploaders & Holders,   Screwdown Holder Sports Trading Card Toploaders & Holders,   Baseball Trading Card Singles,   Football Sports Trading Cards,
Sports Trading Card Card Sleeves

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved.  Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices ⓘ and AdChoice ⓘ

 Checkout

How do you like our checkout? Give us feedback

**PayPal** Buy with ay al. It s fast and simple.

ay with

○ Add new card
VISA  Mastercard  American Express  Discover

○ **PayPal** ay al

○ **PayPal Credit** Special financing available.
Apply now. See terms

○ **G Pay** oogle ay

### Ship to

Clerk2 Clerk2
161 North Clark St.
Chicago, l  60601 3206
United States
312 375 1573
Change

### eview item and shipping

Seller  savemoreend…        essage to seller



100 Top  oaders for Cards Toploader Hard  lastic Card Sleeves Baseball Football
$17.59

uantity
1

eturns accepted

Delivery
Free Economy Shipping
Est. delivery Feb 17  Feb 23

### ift cards, coupons, eBay Bucks

Enter code            Apply

### Donate to charity  optional ⓘ

**Save a Child's Heart Foundation**

ive $1 to help provide lifesaving heart surgery for children in need.  ay al
iving Fund   F  receives your donation and grants 100% to a charity no
later than 30 days after the end of the month in which the donation is
made. Donations are non refundable and typically ta  deductible.   F
may be unable to grant funds to a charity if the charity has lost ta  e empt
status, has closed, or no longer accepts funds from      F.

Select amount     None

| Item 1 | $17.59 |
| Shipping | Free |
| Ta | $1.80 |

rder total     $19.39

We're re uired by law to collect sales ta  and applicable fees for certain ta  authorities. earn more

🔒 Confirm and pay

Select a payment method

**ebay** MONEY BACK GUARANTEE
See details



Doe 104

| | |
|---|---|
| Country egion of anufacture | China |
| Inscribed | No |

## Item description from the seller

BCW ~ (1) Pack of Tall Clear Rigid Top Loader Card Holder ~ 25 Count ~



### Sayers Brothers Cards

99.7% ositive Feedback
4.7K items sold

isit store

Contact

♡ Save seller

📅 Joined ar 2020

## Detailed seller ratings

Average for the last 12 months

| Accurate description | ▬▬▬ | 5.0 |
|---|---|---|
| easonable shipping cost | ▬▬▬ | 5.0 |
| Shipping speed | ▬▬▬ | 5.0 |
| Communication | ▬▬▬ | 5.0 |

### opular categories from this store

See all

Collectibles    Toys & Hobbies    Sports em, Cards & Fan Shop

### Seller feedback  2,107

This item 7     All items  2,107

➕  l 8 665 • ast 6 months
Thanks for the uick shipping. It was e actly what I was looking for my oversi e cards.

➕  2 8 180 • ast month
uick delivery. I will buy from this seller again.

➕  9883 • ast 6 months
ery positive transaction. Thanks

See all feedback

ore to e plore    BCW Sports Trading Card Card Holders for Tall,    BCW Semi igid Holder Sports Trading Card Toploaders & Holders,    BCW Sports Trading Card Toploaders & Holders for Tall,    BCW Semi igid Holder Sports Trading Card Toploaders & Holders with Features For E tra Thick Cards,    BCW Sports Trading Card Holders,    BCW Sports Trading Card Toploaders & Holders,    Semi igid Holder Sports Trading Card Toploaders & Holders,    Sports Trading Card Card Holders for Tall,    BCW Sports Trading Card Storage Bo es,    Sports Trading Card Toploaders & Holders for Tall

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices ⓘ and AdChoice ⓘ

 Checkout

How do you like our checkout? ive us feedback

**PayPal** Buy with  ay  al. It s fast and simple.

ay with

○ Add new card
 VISA Mastercard AMEX Discover

○ **PayPal**  ay  al

○ **PayPal Credit** Special financing available.
 Apply now. See terms

○ **G Pay**  oogle  ay

Ship to

Clerk2 Clerk2
161 North Clark St.
Chicago, I  60601 3206
United States
 312  375 1573
Change

eview item and shipping

Seller  sayersbroth...   essage to seller

BCW ~ 1  ack of Tall Clear  igid Top  oader Card
Holder ~ 25 Count ~
$8.99

 uantity
1

 eturns accepted

Delivery
Est. delivery  Feb 20   Feb 24
US  S  round Advantage
$3.99

ift cards, coupons, eBay Bucks

Enter code        Apply

Donate to charity  optional ⓘ

Save a Child's Heart Foundation

 ive $1 to help provide lifesaving heart surgery for children in need.   ay  al
 iving Fund   F  receives your donation and grants 100% to a charity no
later than 30 days after the end of the month in which the donation is
made. Donations are non refundable and typically ta  deductible.       F
may be unable to grant funds to a charity if the charity has lost ta  e empt
status, has closed, or no longer accepts funds from     F.

Select amount    None

| | |
|---|---|
| Item 1 | $8.99 |
| Shipping | $3.99 |
| Ta | $1.33 |
| **rder total** | **$14.31** |

We're re  uired by law to collect sales ta  and
applicable fees for certain ta  authorities. earn more

🔒 Confirm and pay

Select a payment method

**ebay** MONEY BACK GUARANTEE
See details

Doe 104

1/1



## About this product

roduct Identifiers

| | | | |
|---|---|---|---|
| Brand | BCW | U C | 0722626007972 |
| eBay roduct ID ID | 23002809383 | | |

roduct Key Features

| | |
|---|---|
| Type | igid |

Additional roduct Features

| | | | |
|---|---|---|---|
| Si e | Standard | Team | Chicago White So |
| Border Color | Clear | Series | Topps Chrome |
| ear | 2020 | | |

## Item description from the seller

**100 TOPLOAD CARD HOLDERS - CLEAR,**

**FOR SPORTS/TRADING CARDS, 3 X 4 RIGID PLASTIC, BY BCW**

**SKU: 1-TLCH-100**

Holds a standard sized trading card
12 mil thickness
Crystal clear
Made of high-quality, rigid PVC
Exterior Dimensions:
3 x 4 1/16
Interior Dimensions:
2 3/4 x 3 7/8

**PROTECT YOUR TRADING CARDS FROM FINGERPRINTS, MOISTURE, SMOKE, ETC.**

**ALL BUYERS,** only purchases made within a 7 day period will be accepted for combined shipments. Please remit all payments within 5 days of your final purchase.



### Seventh Street Enterprise

999% ositive Feedback
43K Items sold

isit store

Contact

♡ Save seller

**Detailed seller ratings**
Average for the last 12 months.

| | | |
|---|---|---|
| Accurate description | | 5.0 |
| easonable shipping cost | | 4.9 |
| Shipping speed | | 5.0 |
| Communication | | 5.0 |

**opular categories from this store** See all

A BU S& A A ES • C IN CU ENC SU IES • C E SU IES
INAU U ATI N C E S • H T SU IES • S ECIA BU K FFE S
S ECIA T F DS • T ADIN CA D SU IES • U.S. First Day Covers

**Seller feedback** 19,780

e e 26596 • ast month
E cellent product, very uick shipping.

b t 297 • ast month
A
XOS T H T S EE ES C STA C EA A CHI A SAFE ACID FE 2 I THICK B BCW .IOOHM8EDB0

b t 297 • ast month
A

See all feedback



**atings and eviews** earn more

Write a review

### 4.8
★★★★★
42 product ratings

| | |
|---|---|
| 5 ★ | 39 |
| 4 ★ | 6 |
| 3 ★ | 1 |
| 2 ★ | 0 |
| 1 ★ | 1 |

93% Would recommend
96% ood value
96% ood uality

**ost relevant reviews** See all 29 reviews

★★★★★
by baldor
ct 19, 2021

**Will keep using and order more**
ood product for shipping standard si e baseball cards safely
erified purchase es Condition New Sold by turbodrakes

👍 0 👎 0 ⋮

★★★★★
by micke_bjd945
Jun 12, 2022

**reat Deal**
Thank you for my recent purchase, I used the Toploaders to finally complete my 2020 anini hoeni Football 200 Card set with Joe Burrow C & Justin Herbert C. Now every card is protected.
erified purchase es Condition New Sold by sportscardsgrading

👍 0 👎 0 ⋮

★★★★★
by tenki 5432
Jun 08, 2021

**uality**
This is what my husband wanted for Father s Day, he oves this brand.
erified purchase es Condition New Sold by uphoria

👍 0 👎 0 ⋮

★★★★☆
by theworldonmy8726
ay 12, 2022

**Top oader**
Top loaders are in good condition, however there seems to be alot of plastic shavings inside the loaders and could potentially ruin sports cards. But, they are still a good buy. Thanks.
erified purchase es Condition New Sold by reekedzincardswh...

👍 0 👎 0 ⋮

★★★★★
by coleeck 3
Jan 12, 2021

**reat purchase**
reat purchase of top loaders , great uality. Fair price
erified purchase es Condition New Sold by ghv

👍 1 👎 0 ⋮

This is a private listing and your identity will not be disclosed to anyone e cept the seller.
Back to home page See ore Details about BCW 1 T CH 100 3 4 Topload Card Holder Standard...
eturn to top

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

 Checkout

How do you like our checkout? _ive us feedback



ay with

○ Add new card

○ **PayPal**

○ **PayPal CREDIT** Special financing available.
Apply now. See terms

○ G Pay oogle ay

**Ship to**

Clerk2 Clerk2
161 North Clark St.
Chicago, I 60601 3206
United States
312 375 1573
Change

**eview item and shipping**

Seller 7thstent    essage to seller

100 T    AD CA D H    DE , C EA , F
T ADIN CA DS, 12   3   4 I ID    ASTIC
$9.75

uantity
1

Delivery
Est. delivery Jul 17   Jul 18
US S riority ail
$9.30

**ift cards, coupons, eBay Bucks**

Enter code    Apply

**Donate to charity optional** ⓘ

AS CA

Can you spare some change for animals in need? Add a donation to the AS CA now.
ay al iving Fund    F receives your donation and grants 100% to a charity no
later than 30 days after the end of the month in which the donation is made. Donations
are non refundable and typically ta deductible.    F may be unable to grant funds
to a charity if the charity has lost ta e empt status, has closed, or no longer accepts
funds from    F.

Select amount    None

Subtotal 1 item    $9.75
Shipping    $9.30
Ta    $1.95

rder total    $21.00

We're re uired by law to collect sales ta
and applicable fees for certain to
authorities. earn more

Confirm and pay

Select a payment option

ebay MONEY BACK GUARANTEE
See details

Copyright  1995 2023 eBay Inc. All  ights eserved. Accessibility, User Agreement, rivacy, ayments Terms of Use, Cookies, our rivacy Choices and AdChoice ⓘ



## Trading Card Sleeves Hard Plastic Clear Case Holder 100 Baseball Cards Topload



## About this item

- Contains 50 standard toploaders
- Contains 100 trading card sleeves
- Toploader Exterior Dimensions: 3 x 4 1/16 in
- Toploader Interior Dimensions: 2 3/4 x 3 7/8 in
- Sleeve Exterior Dimensions: 2 5/8 X 3 5/8 in

## Contact us

We can be contacted at any time through eBay messages if you have any questions, comments or product requests. We will respond to you within 24 hours and do our best to help you out! We encourage our customers to contact us with any questions or concerns! We'd like to be sure you are completely satisfied with your purchase.

**SHIPPING:**

All orders are shipped within 2 business says. Usually shipped in one day.

**PAYMENT:**

Can be payment through PayPal, Debit Card or Credit Card.

**RETURN POLICY:**

Your satisfaction is our priority. We want you to be satisfied 100% with our products and services. That's we offer a simple 30 Day Money Back Guarantee. Return shipping charges are not reimbursable.

Please contact us if you would like to initiate a return, so that we may guide you through the process.

**FEEDBACK:**

Feedback is a vital part of the eBay community. Positive feedback is automatically for you immediately after payment. We expect you to leave feedback for us after receiving your order.

If you are not satisfied with your purchased item then contact us before leaving negative or neutral feedback or opening dispute.

Thanks For Shopping With Us.



Doe 106

2/3

Sports em, Cards & Fan Shop   eBay otors   Home & arden

Sporting oods   Cell hones & Accessories

Thank you very much

See all feedback

ore to e plore   Sports Trading Card Toploaders & Holders,   agnetic Holder Sports Trading Card Toploaders & Holders,   old Sports Trading Card Toploaders & Holders,   BCW Sports Trading Card Toploaders & Holders,
Sports Trading Card Toploaders & Holders for Standard,   Screwdown Holder Sports Trading Card Toploaders & Holders,   Ultra    Sports Trading Card Toploaders & Holders,
Semi   igid Holder Sports Trading Card Toploaders & Holders,   BCW   agnetic Holder Sports Trading Card Toploaders & Holders,   Sports Trading Card Holders with U   rotection

About eBay   Announcements   Community   Security Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

 Checkout

How do you like our checkout?  _ive us feedback

**ay with**

○ Add new card


○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

○ G Pay  oogle ay

**Ship to**

Clerk2 Clerk2
161 North Clark St.
Chicago, I  60601 3206
United States
312 375 1573
Change

**eview item and shipping**

Seller  shahretailct    _ essage to seller

Trading Card Sleeves Hard  lastic Clear Case
Holder 100  Baseball Cards Topload
$15.55

uantity
1

Delivery
Est. delivery Jul 15  Jul 18
Standard Shipping
Free

**ift cards, coupons, eBay Bucks**

Enter code     Apply

**Donate to charity  optional** ⓘ

AS  CA

Can you spare some change for animals in need? Add a donation to the AS  CA now.
 ay al  iving Fund    F  receives your donation and grants 100% to a charity no
later than 30 days after the end of the month in which the donation is made. Donations
are non  refundable and typically ta  deductible.     F may be unable to grant funds
to a charity if the charity has lost ta  e empt status, has closed, or no longer accepts
funds from    F.

Select amount    None

| | |
|---|---|
| Subtotal  1 item | $15.55 |
| Shipping | Free |
| Ta | $1.59 |
| rder total | $17.14 |

We're re  uired by law to collect sales ta
and applicable fees for certain ta
authorities.  _earn more

**Confirm and pay**

Select a payment option

**ebay** MONEY BACK GUARANTEE
See details

⑦

Copyright    1995 2023 eBay Inc. All   ights  eserved. Accessibility, User Agreement,  rivacy,  ayments Terms of Use, Cookies,  our  rivacy Choices ⊙⊘ and AdChoice ⓘ





WELCOME!!!

THANK YOU FOR SHOPPING WITH

**SKU:** 1-TLCH-BC   **Brand:** BCW   **Weight:** 0.46 lbs
- Holds an opened booklet card - up to 197 pts.
- Open on the long side

**Exterior Dimensions:**
7 11/16 x 2 3/4 x 5mm

**Interior Dimensions:**
7 1/2 x 2 11/16

10 Holders per Pack

The BCW 3x4 thick toploaders are designed to hold cards that are thicker than standard trading cards. The phrase 'thicker cards' includes a wide variety of special patch, jersey, swatch, relics, memorabilia, and game-used fragments cards.

BCW 3x4 top loading card holders are made of high-quality, rigid PVC. These toploading holders are some of the most popular rigid individual card holders in the collectible card industry. Use this product to protect, store or display your collectible cards.

Sharp Bros Gaming ships orders Same Day-2 Business day(s) using USPS, UPS and FedEx

Sharp Bros Gaming currently only ships to the continental United States: Street, PO, APO & FPO

Sharp Bros Gaming cannot ship orders placed AFTER 1:00 PM Eastern same day

All orders placed after Friday at 1:00 PM Eastern will be shipped the following Monday

Sharp Bros Gaming offers free shipping on most purchases anywhere in the continental United States!

Sharp Bros Gaming takes extra care to prevent damage during shipping

Sharp Bros Gaming offers tracking on all purchases anywhere in the continental United States!

*No Cards are included in this listing*

*This listing is for an item for card gaming supplies such as, but not limited to, sleeves, mats, dice, boxes, dividers, pocket pages, toploaders and various folios and binders and does not include any cards shown in stock photos or packaging.*

**VIEW OUR STORE FOR DIFFERENT QTY'S OR MESSAGE US WITH AN OFFER!**



 Checkout

How do you like our checkout?  Give us feedback

ay with

○ Add new card
VISA  MasterCard  AMEX  Discover

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

○ G Pay  oogle  ay

Ship to

Clerk2 Clerk2
161 North Clark St.
Chicago, I  60601 3206
United States
 312  375 1573
Change

eview item and shipping

Seller  sharpgaming    essage to seller


10 BCW Booklet Card Topload Holder
$9.81

uantity
1

Delivery

● Est. delivery  Jul 24   Jul 26
US  S   round Advantage
Free

○ Est. delivery  Jul 24   Jul 27
US S  riority  ail
$6.99

○ Est. delivery  Jul 24   Jul 27
FedE   2Day
$9.99

ift cards, coupons, eBay Bucks

Enter code    Apply

Donate to charity  optional  ⓘ

otorsports Charities, Inc.
The NASCA   Foundations improves the lives of children in our NASCA   communities.
Helping children survive and thrive. That s our checkered flag   ay  al  iving Fund
     F  receives your donation and grants 100% to a charity no later than 30 days after
the end of the month in which the donation is made. Donations are non  refundable
and typically ta   deductible.      F may be unable to grant funds to a charity if the
charity has lost ta   e  empt status, has closed, or no longer accepts funds from     F.

Select amount    None

Subtotal  1 item        $9.81
Shipping                  Free
Ta                       $1.01

rder total              $10.82

We're  uired by law to collect sales ta
and applicable fees for certain ta
authorities.  earn more

🔒 Confirm and pay

Select a payment option

ebay MONEY BACK GUARANTEE
See details

❓

Copyright   1995  2023 eBay Inc. All  ights  eserved. Accessibility, User Agreement,  rivacy,  ayments Terms of Use, Cookies,  our  rivacy Choices  and AdChoice ⓘ



Hi Clerk2 ∨   Daily Deals   Brand utlet   Help & Contact

Sell   Watchlist ∨   y eBay ∨

Shop by category ∨   Search for anything   All Categories   **Search**   Advanced

‹ Back to previous page | listed in category:   Sporting   oods › ... › › Sports Trading Cards › Storage & Display Supplies › Card Toploaders & Sleeves

Share   Add to Watchlist





Hover to  oom

Have one to sell?   Sell now

25  4  6   ost Card &   hoto Topload Holders     igid   lastic Sleeves Brand new

**Condition**   New

nice   **US $17.50**

**Buy It Now**

**Add to cart**

♡ **Add to watchlist**

↩ Breathe easy. Free shipping and returns.

🚚 Fast and reliable. Ships from United States.

Shipping   Free Standard Shipping. See details.
located in  Denver, Colorado, United States.

Delivery   Estimated between   on, Jul 31 and Thu, Aug 3 to 60601 ⓘ

eturns   30 days returns. Seller pays for return shipping. See details

ayments   PayPal   G Pay   VISA   ●●●   ⬛   DISCOVER

**PayPal** CREDIT
Special financing available. See terms and apply now

Earn up to 5   points when you use your eBay
astercard®.  earn more

**Seller information**
shopolical   0

♡ Save seller

Contact seller

See other items

## Similar sponsored items    See all ›

Feedback on our suggestions











25 5  7 Ultra CB
igid Toploaders  New
hoto Topload
New
$18.58
Free shipping
🔵 Direct from Columbia Sports Cards
2172 sold

remium o Hard

Trading Card Sleeves Hard  lastic
Clear Case Holder 100 Baseball Cards
Toploed
$15.35
Free shipping
Seller with a 100% positive feedback

BCW Topload Holders   hoto or
ostcard 6  8.25    igid Sleeves  ong
Term Storage NEW
New
$21.87
Free shipping
39 sold

25  4  6   ost Card &   hoto Topload
Holders      igid   lastic Sleeves Brand
New
$19.01
Free shipping

Trading Card Sleeves Hard  lastic
Clear Case Holder 100 Baseball Cards
Toplood...
$18.99
Free shipping
Seller with a 996% positive feedback

1SC
o
Ne
$2
Fre
Sel

## Sponsored items inspired by your views    See all ›

Feedback on our suggestions

ack of 10 Ultra   35pt Clear  egular
4 Top  oaders Higher  olume
Disco JN
no  owned
$7.42
Free shipping

ack of 10 Ultra   35pt Clear  egular
4 Top  oaders Higher  olume
Disco  A
New
$3.43
$1.86 shipping

1000 3  4  Sport Card top loaders 35
t. New Clear  Fast Shipping out of CA
New
$194.95
Free shipping
Seller with a 100% positive feedback

100  4 packs of 25  3  4  35pt Clear
Top  oaders Sports  okemon     T
Supplies
New
$35.49
Free shipping
Seller with a 100% positive feedback

NEW 500 Count 3  4  35pt Clear Top
oaders   FAST SHI   Sports Card
Supplies
New
$129.94
Free shipping
Seller with a 100% positive Feedback

10
oa
Su
Ne
$2
Fre
Sel

About this item   |   Shipping, returns & payments

eport this listing

Seller assumes all responsibility for this listing.

ast updated on Jun 28, 2023 21 37 41  DT   ee all revisions

eBay item number   314611578305

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand  new, unused, unopened, undamaged item  including handmade items . See the seller's ... ead more | Brand | unbranded |
| Type | Does not apply | a  Input Sheet Capacity | 25 |
| Item Dimensions  W  H | 1.81  4.72   701 inches | art Number | 2 T CH 4  6 |
| Color | Clear | aterial | lastic |
| ackage Weight | 0.48 Kilograms | Suggested Users | unise  child |
| Number of Items | 5 | odel Number | Topload Holders |
| Included Components | Topload Holders | Item  etailed Dimensions  W  H | 6.65  4.88  1.73 inches |
| Number of  ieces | 25 | U  C | 313033885842 |

Doe 108

Case: 1:24-cv-07259 Document #: 5 Filed: 08/15/24 Page 385 of 467 PageID #:895

| ISBN | Does not apply | EAN | 0313033885842 |

Item description from the seller



**(25) 4X6 Post Card & Photo Topload Holders – Rigid Plastic Sleeves Brand new**

### Description



| | |
|---|---|
| Max Input Sheet Capacity | 25 |
| Item Dimensions LxWxH | 1.81 x 4.72 x 7.01 inches |
| Part Number | 2-TLCH-4X6 |
| Color | Clear |
| Material | Plastic |
| Package Weight | 0.48 Kilograms |
| Suggested Users | unisex-child |
| Number of Items | 1 |
| Model Name | Topload Holders |
| Included Components | Topload Holders |
| Item Package Dimensions L x W x H 6.65 x 4.88 x 1.73 inches | |
| Number of Pieces | 25 |

- Holds Post Cards & Photos
- Crystal clear
- Made of high impact rigid PVC (PolyVinyl Chloride)
- Protect Edges from Wear & Keep Sleeve from Bending!
- 4" x 6"

The PVC used in BCW Toploads contain no plasticizers or stearates. Our high impact grade PVC does not migrate and will not harm your cards, photos or prints, while offering maximum protection and visual appeal. Use this holder to protect, store and display your 4X6 photographs, prints and event tickets.- Holds postcards and photos- Crystal clear- Made of high impact rigid PVCDimensions- Exterior 4-1/2" x 6-1/4" x 1/16"- Interior 4-3/16" x 6-1/8" x 1/32"

### ABOUT US

We offer the best prices around on high quality products. Our E-store includes media such as books, movies, music and games while offering electronics, toys, sporting apparel, clothing, tools, general home, garden items and more.

### SHIPPING

We are always working hard to ensure your package arrives as soon as possible. Please understand that some factors like weather, high postal traffic, and the performance of shipping companies are outside of our control.

We offer free shipping to the lower 48 states and ship within 2 business days of payment, usually sooner. We do not accept P.O. Boxes. Please provide a physical address.

For shipping outside of the continental USA, we only use eBay's Global Shipping Program.The item is shipped to KY and then sent to the rest of the world. International customers are responsible for all duties and taxes. Continue to check out in order to calculate costs for shipping the item to your country. Messages regarding eBay's Global Shipping Program MUST be directed at eBay EXCLUSIVELY.

### RETURNS

We offer a 30-Day Return Policy on items which you are not completely satisfied with. You have the option for a full-refund or an exchange of the item. No returns are available on items shipped outside of the USA.

### CUSTOMER SATISFACTION

We try our very best to make sure every customer is completely satisfied. If there's a problem, message us! We're happy to help.

WE ACCEPT



Copyright © 2021 AutoDS. | All Rights Reserved



 Checkout

How do you like our checkout?  ive us feedback

ay with

○ Add new card
    VISA  MasterCard  AMEX  Discover

○ **PayPal**

○ **PayPal CREDIT**
    Special financing available.
    Apply now. See terms

○ G Pay  oogle  ay

Ship to

Clerk2 Clerk2
161 North Clark St.
Chicago, I  60601 3206
United States
312  375 1573
Change

eview item and shipping

Seller  shopolica1        essage to seller



25  4  6  ost Card &  hoto Topload Holders   igid  lastic
Sleeves Brand new
$17.50

 uantity 1

Delivery
Est. delivery  Jul 31   Aug 3
Standard Shipping
Free

 ift cards, coupons, eBay Bucks

| Enter code | Apply |

Donate to charity  optional  ⓘ

 eflections of Trinity

Help children, seniors and others in crisis with food, clothing and basic needs.   ay  al
 iving Fund    F  receives your donation and grants 100% to a charity no later than
30 days after the end of the month in which the donation is made. Donations are non
refundable and typically ta   deductible.    F  may be unable to grant funds to a
charity if the charity has lost ta  e empt status, has closed, or no longer accepts
funds from   F.

Select amount   [ None ▾ ]

---

Subtotal  1 item                    $17.50
Shipping                              Free
Ta                                   $1.79

 rder total                         $19.29

We're re  uired by law to collect sales ta
and applicable fees for certain ta
authorities.  earn more

🔒 Confirm and pay

Select a payment option

ebay MONEY BACK GUARANTEE
See details

Copyright   1995 2023 eBay Inc. All  ights  eserved. Accessibility, User Agreement,  rivacy,  ayments Terms of Use, Cookies,  our  rivacy Choices  and AdChoice ⓘ



Item description from the seller

- STANDARD 20PT 25/PACK

- 59PT 25/PACK

- 79PT 25/PACK

- 108PT 10/PACK

- 138PT 10/PACK

- 168PT 10/PACK

- 197PT 10/PACK

- 240PT 10/PACK

- 360PT 1/PACK

QUICK SHIPPING FROM OHIO

CHECK OUT PHOTOS

100% POSITIVE FEEDBACK

VIEW SLAMDUNK330 OTHER LISTINGS AND AUCTIONS

BID OR BUY WITH CONFIDENCE

IF YOU ARE LOOKING FOR A LARGE NUMBER PLEASE SEND ME A MESSAGE.



This is a private listing and your identity will not be disclosed to anyone except the seller.

Back to search results                                                                          Return to top

BCW Sports Trading Card Toploaders & Holders for Standard,    BCW Black Sports Trading Card Toploaders & Holders for Standard,    BCW Sports Trading Card Toploaders & Holders...

ores to explore    BCW Magnetic Holder Sports Trading Card Toploaders & Holders for Standard,    BCW Screwdown Holder Sports Trading Card Toploaders & Holders for Standard,    BCW Sports Trading Card Toploaders & Holders for Tall,

BCW Magnetic Holder Sports Trading Card Toploaders & Holders,    BCW Semi Rigid Holder Sports Trading Card Toploaders & Holders,    Sports Trading Card Toploaders & Holders for Standard,    Green Sports Trading Card Toploaders & Holders for Standard

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice



Doe 109



## BCW SUPPLIES

### 10 BRAND NEW
### 5x7 TOPLOADERS
### (repackaged from a 25 ct. factory sealed bag)

Exterior dimensions: 5 3/8 x 7 1/4
Interior Dimensions: 5 1/8 x 7 1/8

### Great for trading card Box Topper inserts
### Photos, Postcards
### opens on short end

The PVC used in BCW Toploads contain no plasticizers or stearates. Our high quality PVC does not migrate and will not harm your cards, photos or prints, while offering maximum protection and visual appeal. Use this holder to protect, store and display your 5x7 photographs, prints and documents.

### BRAND NEW

### FEEL FREE TO ASK ANY QUESTIONS
### PAYMENT DUE WITHIN 7 DAYS



Case: 1:24-cv-07259 Document #: 5 Filed: 08/15/24 Page 393 of 467 PageID #:903

 Checkout

How do you like our checkout?  lve us feedback

To add more items, go to cart.

ay with

○ Add new card
VISA  Mastercard  AMEX  Discover

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

○ G Pay  oogle  ay

Subtotal  1 item                    $13.99
Shipping                            Free
Ta                                  $1.43

rder total                         $15.42

We're  uired by law to collect sales ta
and applicable fees for certain ta
authorities.  earn more

🔒 Confirm and pay

Select a payment option

ebay MONEY BACK GUARANTEE
See details

## Ship to

Clerk2 Clerk2
161 North Clark St.
Chicago, I  60601 3206
United States
312  375 1573
Change

## eview item and shipping

Seller  sloppygoose        essage to seller



10  BCW 5 7 T   ADE  S  T  ADIN   CA D B   T   E ,
H T ,  STCA  D  I  ID H   DE

$13.99

uantity
1

Delivery
Est. delivery  Jul 24    Jul 26
Standard Shipping
Free

## ift cards, coupons, eBay Bucks

Enter code                Apply

## Donate to charity  optional  ⓘ

otorsports Charities, Inc.

The NASCA    Foundations improves the lives of children in our NASCA   communities.
Helping children survive and thrive. That s our checkered flag    ay  al  iving Fund
       F  receives your donation and grants 100% to a charity no later than 30 days after
the end of the month in which the donation is made. Donations are non refundable
and typically ta  deductible.    F may be unable to grant funds to a charity if the
charity has lost ta  e empt status, has closed, or no longer accepts funds from    F.

Select amount    None ⌄

Copyright   1995 2023 eBay Inc. All  ights  eserved. Accessibility, User Agreement, rivacy, ayments Terms of Use, Cookies, our rivacy Choices, and AdChoice ⓘ

Doe 110



Item description from the seller

BCW Standard 3x4 top loading card holders are made of high-quality, rigid PVC. These toploaders are some of the most popular rigid individual card holders in the collectible card industry. Use this product to protect, store or display collectible baseball cards, football cards, hockey cards, or other trading cards like Magic The Gathering, Pokemon, YuGiOh, and others.

- Holds a standard trading card - Up to 20 pts
- 12 mil thickness panels
- Open on the short side

Exterior Dimensions: 3" x 4-1/16"

Interior Dimensions: 2-3/4" x 3-7/8"

100 Holders per Pack





Back to home page   See   ore Details about  BCW I.T. CH 100 3 . 4 Topload Card Holder   Standard
BCW Sports Trading Card Toploaders & Holders for Standard   BCW Sports Trading Card Toploaders & Holders for   BCW Black Sports Trading Card Toploaders & Holders for Standard
BCW   agnetic Holder Sports Trading Card Toploaders & Holders for Standard  BCW Screwdown Holder Sports Trading Card Toploaders & Holders for Standard  BCW   agnetic Holder Sports Trading Card Toploaders & Holders
BCW Sports Trading Card Toploaders & Holders for fall  BCW Semi-   igid Holder Sports Trading Card Toploaders & Holders   Sports Trading Card Toploaders & Holders for Standard
   agnetic Holder Sports Trading Card Toploaders & Holders for Standard

About eBay  Announcements  Community  Security Center  Seller Center  Policies  Affiliates  Help & Contact  Site Map

Copyright © 1995-2023 eBay, Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices  and AdChoice

 Checkout

How do you like our checkout? Give us feedback

ay with

○ Add new card

○ **PayPal**

○ PayPal CREDIT
Special financing available.
Apply now. See terms

○ G Pay oogle ay

**Ship to**

Clerk2 Clerk2
161 North Clark St.
Chicago, I  60601 3206
United States
312 375 1573
Change

eview item and shipping

Seller  sportinggea...    essage to seller



BCW 3  4 Topload Card Holder, Standard, 100 Count
ack
$18.92

uantity
1

Delivery
Free 2 3 day shipping
et it by Jul 19   Jul 20
FedE  2Day

ift cards, coupons, eBay Bucks

Enter code        Apply

**Donate to charity  optional**  ⓘ

otorsports Charities, Inc.

The NASCA    Foundations improves the lives of children in our NASCA    communities.
Helping children survive and thrive. That s our checkered flag   ay  al   iving Fund
       F  receives your donation and grants 100% to a charity no later than 30 days after
the end of the month in which the donation is made. Donations are non refundable
and typically ta  deductible.       F may be unable to grant funds to a charity if the
charity has lost ta  e  empt status, has closed, or no longer accepts funds from      F.

Select amount    None ▾

| Subtotal  1 item | $18.92 |
| Shipping | Free |
| Ta | $1.94 |
| rder total | $20.86 |

We're re uired by law to collect sales ta
and applicable fees for certain ta
authorities.  earn more

⏻  Confirm and pay

Select a payment option

ebay MONEY BACK GUARANTEE
See details

? 

Copyright   1995 2023 eBay Inc. All   ights  eserved. Accessibility, User Agreement,  rivacy,  ayments Terms of Use, Cookies,  our  rivacy Choices and AdChoice ⓘ





Check out these other items that I have on eBay right now!

| 1988 Topps Ernie Banks Cubs Baseball Card #662 BVG 8.5 NM-MT+ ONLY | 2015 Panini Prestige Kyle Rudolph Vikings Football Card Black Plate 1/1 | 1958 Topps Whitey Ford Yankees Baseball Card #320 BVG 7 Near Mint | 2014 Finest Austin Seferian-Jenkins Auto Rookie Card Pink 05/10 | 1962 Topps Paul Hornung SP Packers Football Card #54 BVG 7.5 Near Mint + |
|---|---|---|---|---|
| US $600.00 | US $40.00 | US $156.00 | US $50.00 | US $200.00 |

Auctiva's Scrolling Gallery
Mobile Responsive and Active Content Free

Hello, thanks for your interest in this fixed price listing. This fixed price listing is for the exact BCW supplies listed in the title, and shown in the pictures. We guarantee that you will be satisfied with your purchase, or you are welcome to return the supplies (at my cost) with our 30 day return policy.  This listing is brought to you by Sports Cards Grading. Sports Cards Grading is a Top Rated Plus eBay seller.  Top Rated Plus eBay sellers are required to provide 30 day free returns, shipping within 1 day, and shipping with tracking. Shipping with tracking in a bubble mailer is our standard method of shipment.  Please contact me through eBay if you have any questions about this listing. Thanks for your consideration.



Sports Cards Trading

100%  ositive Feedback
390K Items sold

isit store

Contact

♡ Save seller

### Detailed seller ratings
Average for the last 12 months

| | | |
|---|---|---|
| Accurate description | ▬▬▬▬ | 5.0 |
| easonable shipping cost | ▬▬▬▬ | 5.0 |
| Shipping speed | ▬▬▬▬ | 5.0 |
| Communication | ▬▬▬▬ | 5.0 |

### opular categories from this store    See all

Supplies    Supplies  BCW    Supplies  Beckett Shield

Supplies  Cardboard  old    Supplies  Dragon Shield

Supplies    rade Saver  ro    Supplies   ro  old    Supplies  Shell

Supplies  Ultra  ro

### Seller feedback  128,012

This item  186    All items  128,012

😊  1  › 663  •   ast month
real transaction. I ll come back for my ne  t order  A

😊  6  › 76  •   ast month
Fast shipping and well shipped, thanks

😊  › 300  •   ast month
Fare price fast shipping.   ne of my go to sellers

See all feedback

BCW Sports Trading Card Toploaders & Holders with Features For E  Ira Thick Cards,    BCW Sports Trading Card Toploaders & Holders,
BCW Screwdown Holder Sports Trading Card Toploaders & Holders with Features For E  Ira Thick Cards,    BCW   agnetic Holder Sports Trading Card Toploaders & Holders,
BCW Semi   rigid Holder Sports Trading Card Toploaders & Holders with Features For E  Ira Thick Cards,    BCW Sports Trading Card Toploaders & Holders for fall,    BCW   agnetic Holder Sports Trading Card Toploaders & Holders,
Sports Trading Card Toploaders & Holders with Features For E  Ira Thick Cards,    BCW Semi   rigid Holder Sports Trading Card Toploaders & Holders,
  agnetic Holder Sports Trading Card Toploaders & Holders with Features For E  Ira Thick Cards

About eBay    Announcements    Community    Security Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved.  Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices  and AdChoice

 Checkout

How do you like our checkout?  ive us feedback



ay with

○ Add new card

○ **PayPal**

○ PayPal CREDIT
Special financing available.
Apply now. See terms

○ G Pay  oogle  ay

Ship to

Clerk2 Clerk2
161 North Clark St.
Chicago, I  60601 3206
United States
312 375 1573
Change

eview item and shipping

Seller  sportscards...  essage to seller

BCW 3  4 Thick Card Toploaders 1  ack of 10 for up
to 138pt Cards
$6.85

uantity
1

Delivery
Free 2 3 day shipping
et it by Jul 17  Jul 18
US  S First Class

ift cards, coupons, eBay Bucks

Enter code    Apply

Donate to charity  optional  ⓘ

AS  CA

Can you spare some change for animals in need? Add a donation to the AS  CA now.
 ay al  iving Fund  F receives your donation and grants 100% to a charity no
later than 30 days after the end of the month in which the donation is made. Donations
are non  refundable and typically ta  deductible.  F may be unable to grant funds
to a charity if the charity has lost ta  e empt status, has closed, or no longer accepts
funds from  F.

Select amount  None

Subtotal  1 item  $6.85
Shipping  Free
Ta  $0.70

rder total  $7.55

We're re  uired by law to collect sales ta
and applicable fees for certain ta
authorities.  earn more

🔒 Confirm and pay

Select a payment option

MONEY BACK GUARANTEE
See details

Copyright   1995 2023 eBay Inc. All  ights  eserved. Accessibility, User Agreement,  rivacy,  ayments Terms of Use, Cookies,  our  rivacy Choices and AdChoice ⓘ

Case: 1:24-cv-07259 Document #: 5 Filed: 08/15/24 Page 400 of 467 PageID #:916



### 5 4 6 hoto ostcard rotectors igid Top loaders BCW protect from damage

★★★★★ 41 product ratings

| Condition | New |
|---|---|
| uantity | 1 | 7 available · 14 sold |

nice        **US $12.99**

[ Buy It Now ]

[ Add to cart ]

[ ♡ Add to watchlist ]

↩ Breathe easy. eturns accepted.

🚚 Fast and reliable. Ships from United States.

Shipping: **Free 2 3 day shipping**
et it between Wed, Jul 26 and Thu, Jul 27 to 60601. See details
ocated in Holland ichigan, United States.

eturns: 30 days returns. Buyer pays for return shipping. See details

ayments: [PayPal] [GPay] [VISA] [Mastercard] [American Express]

**PayPal CREDIT**
Special financing available. See terms and apply now

Earn up to 5 points when you use your eBay astercard®.
earn more

**Seller information**
sportscardsupply 9486 ✔
100% positive feedback

♡ Save seller
Contact seller
isit store
See other items

---

### Similar sponsored items                    See all ›







| 10 Ultra ro 4 6 T ADE S NEW hoto Sports Card Collectible igid ostcard | NEW sealed pack 50 BCW 2 semi rigid card holders savers for grading submission | 100 Standard Si e 3 4 Top oaders w 100 Soft Sleeves Fits Standard Si e Cards | BCW 3 4 Topload Card Holder remium Thicker Clearer anels | 5 Ultra ro 4 6 T ADE S NEW hoto Sports Card Collectible ostcard |
|---|---|---|---|---|
| New | New | New | New | New |
| $11.49 | $12.34 | $3.25 | $6.25 | $7.99 |
| Free shipping | Free shipping | 2 lists | Free shipping | Free shipping |
| Top ated lus | Seller with a 996% positive feedback | $9.99 shipping | Top ated lus | Top ated lus |
| 50 sold | | Seller with a 100% positive feedback | 33 sold | 135 sold |

---

### Sponsored items inspired by your views        See all ›







| BCW 3 4 20 T Card Topload Holder ack of 25 Free pack of 100 enny Sleeves | 10 SAFE 3 4 130 T SU E THICK ADE S NEW Ultra Clear Card Sleeve Jersey | Ultra egular Toploader Clear Top oader Trading Card Holders 3 4 200 CS | 2,040 Toploaders 68 acks of 30 Top oaders Case Bulk Wholesale NEW ree Ship | 2 Collectible Supply 3 4 Standard oader 50 ct. Holds up to 35 T mil |
|---|---|---|---|---|
| New | New | New | New | New |
| $3.99 | $8.29 | $50.08 | $199.00 | $4.04 |
| $5.55 shipping | Free shipping | Free shipping | Free shipping | $4.49 10% off |
| Top ated lus | Top ated lus | Seller with a 100% positive feedback | Seller with a 995% positive feedback | $6.40 shipping |
| Seller with a 100% positive feedback | Seller with a 100% positive feedback | | | Top ated lus |

---

About this item | Shipping, returns & payments                                    eport this item

Seller assumes all responsibility for this listing.          eBay item number 374188022067
ast updated on ay 10, 2023 03 40 30 DT  iew all revisions

### Item specifics

| Condition | New A brand new, unused, unopened, undamaged item including handmade items. See the seller's ... ead more | Number of Toploaders  Card Holders | 5 |
|---|---|---|---|
| Autographed | No | U C | 0722626960505 |
| Card Holder Type | Topload Holder | Brand | BCW |
| Type | Storage | Compatible Card Si e | 4 in |
| Item Height | 4 in | Color | Clear |
| N | IT CH44 6 | Features | U rotection |
| aterial | lastic | | |

### About this product



roduct Identifiers

| | | | |
|---|---|---|---|
| Brand | BCW | N | IT CH4  6 |
| TIN | 0722626960505 | U C | 0722626960505 |
| eBay  roduct ID  e  ID | 1713558384 | | |

roduct Key Features

| | | | |
|---|---|---|---|
| Card Holder Type | Topload Holder | Color | Clear |
| Compatible Card Si  e | 4 in | Features | U  rotection |
| aterial | lastic | Type | Storage |

Dimensions

| | | | |
|---|---|---|---|
| Item Height | 4 in | Weight | 105 pounds |

## Item description from the seller

**Protect your photos and postcards from getting scratched, bent and damaged.**

This is for 5 protectors (toploaders).

**Details:**

- Made by BCW
- Exterior size is 6 1/4" x 4 1/2" x 1/16" thick
- Interior size is 6 1/8" x 4 3/16" x 1/32" thick
- The opening is on the 4" side of the toploader
- Made of high impact rigid PVC
- 15 mil thickness
- Does not contain plasticizers or stearates
- Acid free
- Will not migrate or harm photos, cards, currency, prints
- Crystal clear
- Brand new, never opened





Doe 113

2/3



★★★★★
by crowdaddy jones
Jun 13, 2016

**Ummm rigid**

Nice holders for large postcards,tickets,photos,ect. Will continue to buy this brand.

erified purchase    es    Condition  New    Sold by  hobby supplies

0    0    !

★★★★★
by mariska73
ay 07, 2020

**rotective  ost Card Slides**

I love these. They protect the  ost Cards I have and that I sell.  ery Clear easy to see on both sides.  Will continue to purchase.

erified purchase    es    Condition  New    Sold by  hobby supplies

0    0    !

Back to home page                                                                                                                                    eturn to top

ore to e  plore   BCW Semi   igid Holder Sports Trading Card Toploaders & Holders,   BCW Semi   igid Holder Sports Trading Card Toploaders & Holders for Standard,
BCW Semi   igid Holder Sports Trading Card Toploaders & Holders with Features For E  tra Thick Cards,   BCW Sports Trading Card Toploaders & Holders,   ...  B   ostcards,   NASCA   Fan  ostcards,
BCW Sports Trading Card Storage Bo  es,   Hall of Fame Autographed   ostcard,   ...  B Autographed   ostcards,   BCW Sports Trading Card Storage & Display Supplies

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved.    Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

 Checkout

How do you like our checkout?   ive us feedback

ay with

○ Add new card
    

○ **PayPal**

○ **PayPal CREDIT**
    Special financing available.
    Apply now. See terms

○ G Pay    oogle  ay

Ship to

Clerk2 Clerk2
161 North Clark St.
Chicago, I  60601 3206
United States
312  375 1573
Change

eview item and shipping

Seller  sportscards...      essage to seller

5  4  6  hoto,  ostcard  rotectors,   igid Top loaders BCW protect from damage

$12.99

uantity
1

Delivery
Free 2 3 day shipping
 et it by Jul 26   Jul 27
US  S First Class

ift cards, coupons, eBay Bucks

Enter code          Apply

Subtotal  1 item          $12.99
Shipping                    Free
Ta                          $1.33

 rder total               $14.32

We're re  uired by law to collect sales ta
and applicable fees for certain ta
authorities.  earn more

🔒 Confirm and pay

Select a payment option

ebay MONEY BACK GUARANTEE
See details



Copyright   1995  2023 eBay Inc. All   ights   eserved. Accessibility, User Agreement,  rivacy,  ayments Terms of Use, Cookies,   our  rivacy Choices  and AdChoice



About this item | Shipping, returns, and payments

eport this item

Seller assumes all responsibility for this listing.

eBay item number  293864896690

ast updated on Jul 07, 2023 07 37 04    DT   iew all revisions

## Item specifics

| | |
|---|---|
| Condition | New  A brand  new, unused, unopened, undamaged item  including handmade items . See the seller's ... ead more |
| Card Holder Type | igid Holder |
| Brand | BCW |
| Type | Card Holder |
| Compatible Card Si e | Tall |
| Number of Toploaders  Card Holders | 3 |

## Item description from the seller

BCW Tall Card Top Loader Card Holder (3 Loose Holders)

**\*\*\*\*\*\*\*You get 3 Loose Holders as Pictured\*\*\*\*\*\*\***

Holds tall basketball, Gameday Football or Widevision Cards

**Exterior Dimensions:**
3 x 5

**Interior Dimensions:**
2 3/4 x 4 7/8

IF YOU WIN MULTIPLE ITEMS AND ARE PAYING WITH PAYPAL SEND ONE PAYMENT. THANKS! Outside the U.S. Postage is Extra.

**International Shipping** - items may be subject to customs processing depending on the item's declared value.
Sellers set the item's declared value and must comply with customs declaration laws.
**As the buyer, you should be aware of possible:**
- **delays** from customs inspection.
- **import duties** and taxes which buyers must pay.
- **brokerage fees** payable at the point of delivery.
Your country's customs office can offer more details, or visit eBay's page on **international trade**.



Sports Hats and   ore

99.9% positive feedback
472K items sold

[ isit store ]
[ Contact ]
[ ♡ Save seller ]

📅 Joined Nov 1999
🕐 Usually responds within 24 hours

### Detailed seller ratings
Average for the last 12 months

| | | |
|---|---|---|
| Accurate description | ——— | 5.0 |
| easonable shipping cost | ——— | 5.0 |
| Shipping speed | ——— | 5.0 |
| Communication | ——— | 5.0 |



opular categories from this store

See all

| Jurassic  ark | Freddy Krueger | It  ovie | Dare | arvel Comics Shirts | uger | Hobbit | Sons  f Anarchy | Scream  ovie |

## Seller feedback  253,878

This item  77       All items  253,878

a    b  11304   •   ast 6 months                                    erified purchase

All good  thanks

u    u  91   •   ast year                                           erified purchase

uick shipping, great product. Thank you

s    f  1278   •   ast 6 months                                     erified purchase

EAT THANKS

See all feedback

---

ore to e  plore       BCW Sports Trading Card Card Holders for Tall,    BCW Sports Trading Card Toploaders & Holders for Tall,    BCW Sports Trading Card Card Holders,
BCW Sports Trading Card Toploaders & Holders,    BCW Sports Trading Card Card Holders for Standard,    BCW    agnetic Holder Sports Trading Card Toploaders & Holders,
BCW Semi   igid Holder Sports Trading Card Toploaders & Holders,    BCW Sports Trading Card Toploaders & Holders for Standard,    Sports Trading Card Card Holders & Holders for Tall,
Sports Trading Card Card Holders

---

About eBay      Announcements      Community      Security Center      Seller Center      Policies      Affiliates      Help & Contact      Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice

Doe 114

 Checkout

How do you like our checkout?  ive us feedback

**PayPal** Buy with  ay al. It s fast and simple.



ay with

○ Add new card
   VISA  MasterCard  AmEx  Discover

○ **PayPal**  ay al

○ **PayPal CREDIT**  Special financing available.
   Apply now.  See terms

○ **G Pay**  oogle  ay

Ship to
Clerk2 Clerk2
161 North Clark St.
Chicago, I  60601 3206
United States
312  375 1573
Change

 eview item and shipping

Seller  mugsfrank    essage to seller

 3  oose Holders  BCW Tall Card Top  oader Card
Holder
$1.99

 uantity
1

Delivery
Est. delivery  Jun 4    Jun 8
US  S First Class
$4.00

 ift cards, coupons, eBay Bucks

Enter code          Apply

Donate to charity  optional  ⓘ
The Jed Foundation

The Jed Foundation  JED  supports millions of teens and young adults who
rely on JED s evidence  based mental health and suicide prevention
strategies.  ay al  iving Fund     F  receives your donation and grants
100% to a charity no later than 30 days after the end of the month in which
the donation is made. Donations are non  refundable and typically ta
deductible.     F may be unable to grant funds to a charity if the charity
has lost ta  e  empt status, has closed, or no longer accepts funds from
     F.

Select amount    None ▾

Item  1                                    $1.99
Shipping                                   $4.00
Ta                                         $0.61

 rder total                                $6.60

We're re  uired by law to collect sales ta  and
applicable fees for certain ta  authorities.  earn more

Confirm and pay

Select a payment method

$  urchase protected by eBay  oney Back
    uarantee

Copyright   1995  2024 eBay Inc. All  ights  eserved. Accessibility, User Agreement,  rivacy,  ayments Terms of Use, Cookies, CA  rivacy Notice,  our  rivacy Choices ⃝ 
and AdChoice ⓘ

Doe 114

7/24/23, 2:13 PM
Case: 1:24-cv-07259 Document #: 5 Filed: 08/15/24 Page 408 of 467 PageID #:918
BCW 3 4 20 T Card Topload Holder ack of 25 Free pack of 100 eny Sleeves aged 92 3 18 T H... | eBay



Hi Clerk2 ▾    Daily Deals    Brand    utlet    Help & Contact                Sell    Watchlist ▾    y-Bay ▾    🔔    🛒

🟥**eBay**    Shop by category ▾    🔍 Search for anything                All Categories ▾    **Search**    Advanced

← Back to home page    listed in category: Sporting    ods  >  ···  >  Storage & Display Supplies  >  Card Toploaders & Holders  >  See more BCW 3  18  T H...        Share    Add to Watchlist

BCW 3  4  2O  T Card Topload Holder  ack of 25  Free pack of 100  eny Sleeves

⭐⭐⭐⭐⭐  lk product ratings

**Condition**    New

**Bulk savings**

| Buy 1 | Buy 2 | Buy 3 |
|-------|-------|-------|
| $3.99 ea | $3.79 ea | $3.59 ea |

4 or more for $3.39 ea

**uantity**   1    ore than 10 available

**rice**   **US $3.99** ea

[ Buy It Now ]

[ Add to cart ]

[ ♡ Add to watchlist ]

🏷 Fast and reliable. Ships from United States.

Shipping    US $5.55 Standard Shipping. See details
located in  regon, No. United States

Delivery    Estimated between Fri, Jul 28 and  on, Jul 31 to 60601 ⓘ

eturns    Seller does not accept returns. If the item you received doesn't match the listing description, your purchase may be eligible for eBay  oney Back  uarantee if the return re  uest is made within 3 days from delivery. See details

ayments    PayPal  G Pay  VISA  💳  🟦  💳

Special financing available. See terms and apply now

PayPal CREDIT

🟦 Earn up to 5  points when you use your eBay  astercard®. earn more

**Seller information**
darcochen_0  329 🟡
100% positive feedback

♡ Save seller
Contact seller
isit store
See other items

Have one to sell?  [ Sell now ]

---

**Similar sponsored items**    See all ›                Feedback on our suggestions

                

BCW 3  4 Thick Card 138pt Toploaders 1  ack of 10 top loaders    BCW Thick Card Topload Holder  138 T. Holds a Jersey or  emorabilia Card    BCW Folio 9  ocket Album  Holds 360 Cards  reen SET  F TW    25 BCW 3  4 Topload Card Holder for Standard Si  ed Trading Cards Top oader    10  ack BCW Thick 138pt Toploader Card Holders  reat For  elics 3.5 mm

$6.19    Now    Now    $6.98    $7.99
Free shipping    $8.89    $14.00    Free shipping    $4.90 shipping
🚚 Top  ated  lus    Free shipping    0 bids    89 sold    Seller with a 100% positive feedback
59 sold    🚚 Top  ated  lus    $11.45 shipping
        Seller with a 100% positive feedback

---

**Sponsored items inspired by your views**    See all ›                Feedback on our suggestions

10    SAFE 3  4 130  T SU  E  THICK  ADE  S NEW Ultra Clear Card Sleeve Jersey    Ultra  egular Toploader Clear Top  oader Trading Card Holders 3  4  200  CS    2,040 Toploaders  68  acks of 30 Top oaders  Case Bulk Wholesale NEW Free Ship    2  Collectible Supply 3  4 Standard Top  oader 50 ct. Holds up to 35  T    100 Ultra  ro Brand 3  4  remium 15 mil Toploader Card Holders

New    New    New    New    New
$8.29    $50.08    $199.00    $4.04    $25.88
Free shipping    Free shipping    Free shipping    $4.49 10% off    Free shipping
🚚 Top  ated  lus    Seller with a 100% positive feedback    Seller with a 99.5% positive feedback    $4.40 shipping    Seller with a 99.8% positive feedback
Seller with a 100% positive feedback            🚚 Top  ated  lus

---

About this item    Shipping, returns & payments                                  eport this item

Seller assumes all responsibility for this listing.
ast updated on Jul 11, 2023 20 33 04   DT    See all revisions                eBay item number  385747331107

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand new, unused, unopened, undamaged item including handmade items . See the seller's ... ead more | Item  ength | 3 in |
| Compatible Card Thickness | 20  t. | U  C | 0722626902314 |
| Brand | BCW | Type | igid |

## About this product



| roduct Identifiers | | | |
|---|---|---|---|
| Brand | BCW | TIN | 0722626902314 |
| U C | 0722626902314 | eBay roduct ID e ID | 6PI250256 |

| roduct Key Features | | | |
|---|---|---|---|
| Type | igid | | |

| Dimensions | | | |
|---|---|---|---|
| Width | 3 in | ength | 4 in |

| Additional roduct Features | | | |
|---|---|---|---|
| Si e | Thick | Border Color | Not Applicable |

### Item description from the seller

BCW 3"x4" 20PT Card Topload Holder (Pack of 25) Free pack of 100 Penny Sleeves.





 Checkout

How do you like our checkout?  |  Ive us feedback

ay with

○ Add new card


○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

○ Google ay

Ship to

Clerk2 Clerk2
161 North Clark St.
Chicago, I  60601 3206
United States
312  375 1573
Change

eview item and shipping

Seller  darcochen 0      essage to seller

BCW 3  4  20  T Card Topload Holder    ack of 25  Free pack of 100
enny Sleeves
$3.99

uantity
1

Delivery
Est. delivery Jul 28   Jul 31
US  S   round Advantage
$5.55

ift cards, coupons, eBay Bucks

Enter code          Apply

Subtotal  1 item          $3.99
Shipping                  $5.55
Ta                        $0.98

rder total                $10.52

We're re  uired by law to collect sales ta
and applicable fees for certain ta
authorities.  earn more

🔒 Confirm and pay

Select a payment option

ebay MONEY BACK GUARANTEE
See details

Copyright    1995  2023 eBay Inc. All   ights   eserved. Accessibility, User Agreement,  rivacy,  ayments Terms of Use, Cookies,  our  rivacy Choices  and AdChoice ⓘ



Hi Cl                                                       Sell   Watchlist    y eBay         

ebay                Search for anything                                        Search        Advanced

Back to previous page    listed in category    Sporting    Sports Trading Cards    Storage & Display Supplies    Card Toploaders & Holders



NEW 10ct   ack 3   4 BCW 138pt Toploaders Holders For Thick   atch
Cards  1   ACK

**Condition**

Bulk savings     Buy 1        Buy 2        Buy 3
                $8.89 ea     $7.82 ea     $7.73 ea
                4 or more for $7.56 ea

uantity    1        10 available    189 sold

rice      US $8.89 ea

Buy It Now

Add to cart

Add to watchlist

This one's trending. 189 have already sold.

Fast and reliable. Ships from United States.

**Seller information**
sportbunleashedonline  336)0
99.7% positive feedback

Save seller

Contact seller

See other items

Have one to sell?    Sell now

---

## Similar sponsored items    See all >

      

| 4 K NEW SEA CD BCW 108  T THICK | 44 ASS   TED USED  A  NETIC CA  D | BCW 3   4 Thick Card Toploaders 1  ack | 10 BCW 138pt 3.5     THICK | NEW 10ct  ack 3  4 Ultra  ro 120pt |
| New | re owned | New | New | New |
| $18.99 | $31.00 | $6.90 | $9.29 | $8.89 |
| Free shipping | 7 bids | Free shipping | Free shipping | Free shipping |
| 449 sold | | | 27 sold | 94 sold |

---

## Sponsored items customers also bought    See all >

        

| BCW 3  4 Thick Card Toploaders 1  ack | Ultra  ro 3  4    D   KIE 35pt | BCW 3  4 Topload Card Holder | 25 Ultra CB   2.5mm 100pt  ro Top | 2O  arge Si e Trading Card Stands |
| New | New | New | New | New |
| $6.85 | $7.49 | $6.25 | $7.68 | $7.99 |
| Free shipping | Free shipping | Free shipping | Free shipping | |
| 602 sold | 1242 sold | 27 sold | 4068 sold | |

---



About this item    Shipping, returns & payments

Seller assumes all responsibility for this listing.

Item specifics

| | | | |
|---|---|---|---|
| Compatible Card Thickness | 138  t. | Type | Toploader |
| Features | For E  tra Thick Cards | Color | Clear |
| Compatible Card Si e | Standard | Brand | BCW |
| Number of Toploaders  Card Holders | 10 | | |

### Item description from the seller

For sale is one NEW 10ct pack of BCW 138pt Toploaders. These toploader holders are designed to fit thick/patch cards up to 138pt. 10 plastic holders per pack.

Shipping is free in the US via First Class Mail.

We ship to international countries via USPS First Class Mail International. See the shipping cost to your country in the shipping tab. Buyer is responsible for all import tariffs/taxes and fees associated with the order.

All orders will ship within 1 business day, sometimes same day if possible.

If you have any questions, please send us a message. Thanks!



 Checkout

How do you like our checkout?  live us feedback

ay with

○ Add new card
VISA  MasterCard  AMEX  DISCOVER

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

○ G Pay  oogle  ay

Ship to

Clerk2 Clerk2
161 North Clark St.
Chicago, I  60601 3206
United States
312  375 1573
Change

eview item and shipping

Seller  sportsunlea...   essage to seller

 NEW 10ct  ack 3  4 BCW 138pt Toploaders Holders For Thick  atch Cards  1  ACK
$8.89

uantity
1

Delivery

● Free 2  3 day shipping
et It by Jul 22   Jul 24
US  S First Class

○ Est. delivery  Jul 24   Jul 25
FedE  2Day
$14.99

ift cards, coupons, eBay Bucks

[ Enter code ]   Apply

Donate to charity  optional  ⓘ

otorsports Charities, Inc.

The NASCA   Foundations improves the lives of children in our NASCA   communities.
Helping children survive and thrive. That s our checkered flag   ay  al  iving Fund
F  receives your donation and grants 100% to a charity no later than 30 days after
the end of the month in which the donation is made. Donations are non refundable
and typically ta  deductible.    F may be unable to grant funds to a charity if the
charity has lost ta  e  empt status, has closed, or no longer accepts funds from   F.

Select amount   [ None ⌄ ]

---

Subtotal  1 item          $8.89
Shipping                   Free
Ta                        $0.91

rder total                $9.80

We're  uired by law to collect sales ta
and applicable fees for certain ta
authorities.  earn more

🔒 Confirm and pay

Select a payment option

ebay MONEY BACK GUARANTEE
See details

---

Copyright   1995 2023 eBay Inc. All  ights  eserved. Accessibility, User Agreement,  rivacy,  yments Terms of Use, Cookies,  our  rivacy Choices and AdChoice



**BCW 59pt Thick Card Top Loader Card Holder (25 Holders Per Pack)**



The BCW 3x4 thick toploaders are designed to hold cards that are thicker than standard trading cards. The phrase 'thicker cards' includes a wide variety of special patch, jersey, swatch, relics, memorabilia, and game-used fragments cards.

BCW 3x4 top loading card holders are made of high-quality, rigid PVC. These toploading holders are some of the most popular rigid individual card holders in the collectible card industry. Use this product to protect, store or display your collectible cards.

**Product Details**

| Brand | BCW |
|---|---|
| Manufacturer | BCW |
| Product Type | case |

- card sleeves

Check out my other items.

Powered by Zentail



Sports  one Toys & Comics

99.9%  ositive Feedback
157K items sold

Visit store
Contact
♡ Save seller

Detailed seller ratings
Average for the last 12 months

| Accurate description | | 5.0 |
| easonable shipping cost | | 5.0 |
| Shipping speed | | 5.0 |
| Communication | | 5.0 |

Seller feedback  54,987

This item  6    All items  54,987

✓  2  1 434 ▾    ast month
Fast shipping great seller

✓  b    772 ▾    ast month
ery satisfied with purchase. Fives across the board. Thank you

✓  in    o 1442 ▾    ast month
Fast ship thanks

See all feedback

opular categories from this store   See all

AEW Figures   AF   Slot Cars   Authentic Street Signs   Auto World

Autographed   emorabilia   Board   Card   ames   Bobbleheads

Cards   Camera

atings and  eviews   earn more                              Write a review

5.0    5 ★ ▬▬▬▬▬▬▬ 23
       4 ★ ▬ 0
★★★★★   3 ★ ▬ 0
23 product ratings  2 ★ ▬ 0
       1 ★ ▬ 0

ost relevant reviews                                  See all 18 reviews

★★★★★   The Ne  t Si  e up from Standard.
by ohnsfac_bxkcn0e   reat  roduct. If your looking for a top loader for card protection. This is the ne  t si e up from your standard trading card.
Feb 12, 2019   erified purchase   es  Condition New  Sold by  shayggaming

👍 0   💬 0   ⚑

★★★★★   reat product, fair price, highly recommend.
by foamhair0   I have converted my  okemon card collection from 20pt standard holders to BCW 59pt toploaders. I found the 59pt toploaders to be better   uality and more
Apr 16, 2020   convenient to use, especially with penny sleeves.
       erified purchase   es  Condition New  Sold by  7hntnrti

👍 0   💬 0   ⚑

★★★★★   BCW  The   nly Brand In Trading Card  eraphernalia
by ken4140   I have been using BCW for all my trading card e  ries, from toploaders to sleeves, to team  el bags.  No other brand comes close.
Nov 07, 2015   erified purchase   es  Sold by  hobby-suppliers

👍 0   💬 0   ⚑

★★★★★   reat product great price.
by okemon91   These are great card holders and are a great value for the price. I don't use any other card holders for my collection.
Aug 05, 2020   erified purchase   es  Condition New  Sold by  mug0tank

👍 0   💬 0   ⚑

★★★★★   erfect for Allen &  inter relics
by timtakerthacker   Bought these for my Al   oo  is coming in, they fit my relics from last year perfectly however they aren't thick enough for  eather and  umber or Donruss relics.  y Topps
Sep 14, 2020   mas fit nicely but not manufactured Topps relics.
       erified purchase   es  Condition New  Sold by  bleacher  eats

👍 0   💬 0   ⚑





 Checkout

How do you like our checkout? Give us feedback

To add more items, go to cart.

ay with

○ Add new card
  VISA ● ● ●

○ **PayPal**

○ **PayPal CREDIT**
  Special financing available.
  Apply now. See terms

○ G Pay oogle ay

Ship to

Clerk2 Clerk2
161 North Clark St.
Chicago, I  60601 3206
United States
312 375 1573
Change

eview item and shipping

Seller  marlinda h16          essage to seller

 25  Thick Card 3  4  Toploader Card Holders  59  t.
Thickness  BCW NEW
$3.49

uantity
1

Delivery

● Est. delivery Jul 18  Jul 20
  US  S  round Advantage
  $5.32

○ Est. delivery Jul 18  Jul 20
  US  S  riority  ail
  $9.68

ift cards, coupons, eBay Bucks

Enter code          Apply

Donate to charity  optional  ⓘ

AS  CA

Can you spare some change for animals in need? Add a donation to the AS  CA now.
 ay  al  iving Fund    F  receives your donation and grants 100% to a charity no
later than 30 days after the end of the month in which the donation is made. Donations
are non  refundable and typically ta  deductible.       F may be unable to grant funds
to a charity if the charity has lost ta  e empt status, has closed, or no longer accepts
funds from       F.

Select amount      None

Subtotal  1 item          $3.49
Shipping                  $5.32
Ta                        $0.90

rder total               $9.71

We're re  uired by law to collect sales ta
and applicable fees for certain to
authorities.   earn more

🔒 Confirm and pay

Select a payment option

ebay MONEY BACK GUARANTEE
See details

Copyright   1995 2023 eBay Inc. All   ights  eserved. Accessibility, User Agreement,  rivacy,  ayments Terms of Use, Cookies,  our  rivacy Choices and AdChoice ⓘ





Item description from the seller

BCW Standard 3-Inches x 4-Inches toploaders are made of high-quality, rigid PVC. These top loading holders are some of the most popular rigid individual cardholders in the collectible card industry. Use this product to protect, or display collectible baseball cards, football cards, hockey cards, or other trading cards like The Gathering, Pokemon, YuGiOh, and others. 12-mil thickness panels. Topload, open on the short side. Each cardholder holds a standard trading card - Up to 20 pts. 25 holders per pack

25 Holders per Pack. Topload, open on the short side
Each holds a standard trading card - Up to 20 pts
12-mil thickness panels made of high-quality, rigid PVC
Exterior Dimensions: 3" x 4-1/16"
Interior Dimensions: 2-3/4" x 3-7/8"

Doe 119



ebay

Shop by category ∨ | Search for anything | All Categories | **Search** | Advanced

Back to home page | listed in category: Sporting ... ··· > Storage & Display Supplies > Card Toploaders & Holders > See more BCW > Toplood Ca...

25 pack • BCW • 1 T  CH BK • 3  4   igid Top   oad Card Holder • Black Border

★★★★☆ 27 product ratings

| Condition | New |
| uantity | 1 | 7 available  3 sold |

rice    **US $8.49**

**Buy It Now**

**Add to cart**

♡ Add to watchlist

↩ Breathe easy.  eturns accepted.

🚚 Fast and reliable. Ships from United States.

Shipping    Free Standard Shipping. See details
located in  Saint   etersburg, Florida, United States.

Delivery    Estimated between Thu, Jul 27 and Sat, Jul 29 to 60601 ⓘ

eturns     14 days returns. Buyer pays for return shipping. See details

ayments    💳 PayPal  G Pay  VISA  💳  💳
PayPal CREDIT
Special financing available. See terms and apply now
Earn up to 5  points when you use your eBay  astercard®.
earn more

Seller information
thewoodhaventradingfirm (4002 ★)
99.3% positive feedback
♡ Save seller
Contact seller
 sit store
See other items

Share   Add to Watchlist

Have one to sell?   Sell now

---

**Similar sponsored items**    See all >

Feedback on our suggestions













| 25 T   AD CA  D H  DE  S  B ACK B  DE  ,  F  T  ADIN  CA  D S 12  3  4  1  ID  ASTIC | 25 BCW  remium  3  4 Trading Card Toploload Holder  Top  oder  ACK | Keepit  int 10 Count  ini Snap  igid Holder For Trading cards 35 pt Not Ultra  ro | 30  BCW Trading Card Dividers  3  acks  White Heavy Duty With Write  n Surface | 25 BCW 3   4 Topload Card Holder for Standard Si  ed Trading Cards Top  oader | BC  35  Ca  No |
| New | New | | New | New | |
| $7.99 | $6.99 | $4.99 | $7.49 | $6.98 | $6 |
| $5.60 shipping | Free shipping | 1 bid | Free shipping | Free shipping | Fr |
| Seller with a 100% positive feedback | 39 sold | Free shipping | 78 sold | 89 sold | 13 |
| | | Seller with a 100% positive feedback | | | |

---

**Sponsored items customers also bought**    See all >

Feedback on our suggestions



| 30  BCW Trading Card Dividers  3  acks  White Heavy Duty With Write  n Surface | 32 Sports Card Tall Dividers With  32 F  EE Customi ed NF  Helmet  abels |
| New | New |
| $7.49 | $9.99 |
| Free shipping | $5.99 shipping |
| 78 sold | 95 sold |

---

About this item | Shipping, returns & payments

 eport this item

Seller assumes all responsibility for this listing.
ast updated on Apr 02, 2023 17 42 01  DT  iew all revisions

eBay item number 255541718086

### Item specifics

| Condition | New  A brand new, unused, unopened, undamaged item including handmade items  See the seller's ... ead more | Country  egion of  anufacture | United States |
| Compatible Card Thickness | 20  t. | Card Holder Type | Top  oader |
|  ear  anufactured | 2022 | Number of Toploaders  Card Holders | 25 |
| U  C | 0722626902406 | EAN | 0722626902406 |
| Brand | BCW | Type | Toploader |
| Compatible Card Si  e N | Standard | Color | Black |
| | 1 T  CH BK |  aterial |  lastic |

### About this product

Doe 120    1/3



roduct Identifiers

| | | | |
|---|---|---|---|
| Brand | BCW | N | 1 T CH BK |
| TIN | 0722626902406 | U C | 0722626902406 |
| eBay  roduct ID e ID | 6913264G9 | | |

roduct Key Features

| | | | |
|---|---|---|---|
| Compatible Card Si e | Standard | Color | Black |
| atonal | lastic | Type | Toploader |

### Item description from the seller

BCW 3x4 top loading card holders are made of high-quality, rigid PVC.

These top loading holders are some of the most popular rigid individual card holders in the collectible card industry.

Use this product to protect, protect or display collectible baseball cards, football cards, hockey cards, or other Trading cards like Magic The Gathering, Pokémon, Yu Gi Oh, and others.






Checkout

How do you like our checkout?  live us feedback



ay with

○ Add new card
VISA  MasterCard  AMEX  Discover

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

○ G Pay  oogle  ay

**Ship to**
Clerk2 Clerk2
161 North Clark St.
Chicago, I  60601 3206
United States
312  375 1573
Change

**eview item and shipping**
Seller  thewoodhave...      essage to seller

25 pack ● BCW ● 1 T  CH  BK ● 3  4   igid Top  oad Card Holder ●
Black Border
$8.49

uantity
1 ⌄

Delivery
Est. delivery  Jul 27   Jul 29
US  S First Class
Free

**ift cards, coupons, eBay Bucks**

Enter code          Apply

Subtotal  1 item          $8.49
Shipping              Free
Ta                 $0.87

rder total           $9.36

We're re  uired by law to collect sales ta
and applicable fees for certain ta
authorities.  earn more

🔒 Confirm and pay

Select a payment option

ebay MONEY BACK GUARANTEE
See details



Copyright   1995  2023 eBay Inc. All   ights  eserved. Accessibility, User Agreement,  rivacy,  ayments Terms of Use, Cookies,  our  rivacy Choices  and AdChoice ⓘ





roduct Identifiers

| | | | |
|---|---|---|---|
| Brand | BCW | N | 1T CHC IC |
| TIN | 0722629964503 | U C | 0722629964503 |
| eBay roduct ID  ID | 2255417969 | | |

roduct Key Features

| | | | |
|---|---|---|---|
| ear  anufactured | 2018 | Color | White |
| Features | Acid Free | aterial | lastic,  igid  C |
| Type | Custom | Number of | 10 |
| | | Toploaders  Card Holders | |

Dimensions

| | | | |
|---|---|---|---|
| Item Height | 7 Inch | Weight | 1 pounds |

Item description from the seller

★ ★ ★ **1 qty BCW MODERN AGE COMIC BOOK TOPLOAD** ★ ★ ★

(1x) BCW MODERN AGE COMIC TOPLOADERS

- Each holds one Golden Age Comic Book
- Crystal clear
- Made of high impact rigid PVC
- Archival Quality
- Acid Free

Dimensions
- Exterior 7 7/16 x 11
- Interior 7 x 10 3/4 x 3/16
- Thickness 5mm
The PVC used in BCW Toploads contain no plasticizers or stearates.
Our high impact grade PVC does not migrate and will not harm your cards, photos or prints, while offering maximum protection and visual appeal.

**Your order supports a small family owned business**

ATTENTION SELLERS! This listing is protected under copyright laws.

Any and all images and phrases used by Thecoindiggers LLC is fully protected by the Intellectual property laws. You may not use, alter, copy, download or photoshop any of our images, logos or phrases at any time without the expressed written consent of Thecoindiggers LLC . Any unauthorized use is subject to penalty under existing international procedures and laws





Doe 221



Doe 221

 Checkout

How do you like our checkout?  Give us feedback

ay with

○ Add new card

○ PayPal

○ PayPal CREDIT
  Special financing available.
  Apply now. See terms

○ G Pay  oogle  ay

Ship to

Clerk2 Clerk2
161 North Clark St.
Chicago, I  60601 3206
United States
 312  375 1573
Change

eview item and shipping

Seller  thecoindigg...      essage to seller



1 BCW   odern Age Current Comic Book 38  55 Topload
7 10 5mm  lastic  igid Case
$9.55

 uantity
1

Delivery
Free 2 3 day shipping
 et it by Jul 22   Jul 24
US  S First Class

ift cards, coupons, eBay Bucks

Enter code        Apply

Donate to charity  optional  ⓘ

 otorsports Charities, Inc.

The NASCA   Foundations improves the lives of children in our NASCA   communities.
Helping children survive and thrive. That's our checkered flag   ay  al  iving Fund
       F  receives your donation and grants 100% to a charity no later than 30 days after
the end of the month in which the donation is made. Donations are non  refundable
and typically ta   deductible.    F may be unable to grant funds to a charity if the
charity has lost ta   e  empt status, has closed, or no longer accepts funds from    F.

Select amount    None

Subtotal  1 item        $9.55
Shipping                Free
Ta                      $0.98

 rder total             $10.53

We're re  uired by law to collect sales ta
and applicable fees for certain ta
authorities.  earn more

🔒 Confirm and pay

Select a payment option

ebay MONEY BACK GUARANTEE
See details

Copyright   1995  2023 eBay Inc. All   ights  eserved. Accessibility, User Agreement,  rivacy,  ayments Terms of Use, Cookies,  our  rivacy Choices   and AdChoice ⓘ

Doe 221    1/1



Case: 1:24-cv-07259 Document #: 5 Filed: 08/15/24 Page 429 of 467 PageID #:939



### 3" X 4" Topload Card Holder for Standard Trading Cards | up to 20 Pts | 25-Count

**Description**



| Item model number | 1-TLCH-N |
|---|---|
| Max Input Sheet Capacity | 25 |
| Style | Classic |
| Color | White |
| Material | Polyvinyl Chloride  PVC |
| Material Type | Polyvinyl Chloride  PVC |
| Manufacturer Part Number | 1-TLCH-N |
| Item Weight | 6.4 ounces |
| Is Discontinued By Manufacturer | No |
| Product Dimensions | 30 x 40 x 1 Inches |

- 25 Holders per Pack. Topload, open on the short side
- Each card holder holds a standard trading card - Up to 20 pts
- 12-mil thickness panels made of high-quality, rigid PVC
- Exterior Dimensions: 3  x 4-1/16
- Interior Dimensions: 2-3/4  x 3-7/8

BCW Standard 3-Inches x 4-Inches toploaders are made of high-quality, rigid PVC. These top loading holders are some of the most popular rigid individual cardholders in the collectible card industry. Use this product to protect, store or display collectible baseball cards, football cards, hockey cards, or other trading cards like Magic The Gathering, Pokemon, YuGiOh, and others. 12-mil thickness panels. Topload, open on the short side. Each cardholder holds a standard trading card - Up to 20 pts. 25 holders per pack

**ABOUT US**

We offer the best prices around on high quality products. Our E-store includes media such as books, movies, music and games while offering electronics, toys, sporting apparel, clothing, tools, general home, garden items and more.

**SHIPPING**

We are always working hard to ensure your package arrives as soon as possible. Please understand that some factors like weather, high postal traffic, and the performance of shipping companies are outside of our control.

We offer free shipping to the lower 48 states and ship within 2 business days of payment, usually sooner. We do not accept P.O. Boxes. Please provide a physical address.

For shipping outside of the continental USA, we only use eBay's Global Shipping Program.The item is shipped to KY and then sent to the rest of the world. International customers are responsible for all duties and taxes. Continue to check out in order to calculate costs for shipping the item to your country. Messages regarding eBay's Global Shipping Program MUST be directed at eBay EXCLUSIVELY.

**RETURNS**

We offer a 30-Day Return Policy on items which you are not completely satisfied with. You have the option for a full-refund or an exchange of the item. No returns are available on items shipped outside of the USA.

**CUSTOMER SATISFACTION**

We try our very best to make sure every customer is completely satisfied. If there's a problem, message us! We're happy to help.

**WE ACCEPT**



Copyright © 2021 AutoDS. | All Rights Reserved



Toys & Hobbies    Dolls & Bears    et Supplies

See all feedback

ore to e  plore    Sports Trading Card Toploaders & Holders for Standard,   Sports Trading Card Toploaders & Holders,   old Sports Trading Card Toploaders & Holders,
White Sports Trading Card Toploaders & Holders for Standard,    agnetic Holder Sports Trading Card Toploaders & Holders,   agnetic Holder Sports Trading Card Toploaders & Holders,
  old Sports Trading Card Toploaders & Holders,  BCW Sports Trading Card Toploaders & Holders,   Screwdown Holder Sports Trading Card Toploaders & Holders,  Ultra      Sports Trading Card Toploaders & Holders

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved.  Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices  and AdChoice

 Checkout

How do you like our checkout? _ive us feedback

To add more items, go to cart.

ay with

○ Add new card


○ **PayPal**

○ PayPal CREDIT
Special financing available.
Apply now. See terms

○ G Pay oogle ay

Subtotal 1 item                    $6.73
Shipping                            Free
Ta                                 $0.69

rder total                         $7.42

We're re uired by law to collect sales ta
and applicable fees for certain ta
authorities. _earn more

🔒 Confirm and pay

Select a payment option

ebay MONEY BACK GUARANTEE
See details

**Ship to**
Clerk2 Clerk2
161 North Clark St.
Chicago, I  60601 3206
United States
312 375 1573
Change

**eview item and shipping**
Seller  swapnilltiwari       _essage to seller

3   4 Topload Card Holder for Standard Trading
Cards  up to 20  ts  25 Count
$6.73

uantity
1

Delivery
Est. delivery Jul 22   Jul 26
Standard Shipping
Free

**ift cards, coupons, eBay Bucks**

Enter code              Apply

**Donate to charity** optional  ⓘ

otorsports Charities, Inc.

The NASCA  Foundations improves the lives of children in our NASCA  communities.
Helping children survive and thrive. That s our checkered flag  ay  al  iving Fund
F  receives your donation and grants 100% to a charity no later than 30 days after
the end of the month in which the donation is made. Donations are non refundable
and typically ta  deductible.  F may be unable to grant funds to a charity if the
charity has lost ta  e empt status, has closed, or no longer accepts funds from  F.

Select amount    None

Copyright  1995 2023 eBay Inc. All  ights  eserved. Accessibility, User Agreement,  rivacy,  ayments Terms of Use, Cookies,  our  rivacy Choices and AdChoice ⓘ



100 BCW THICK CA D 59 pt Toploaders    100   enny Sleeves 3  4
Top   oaders

| Condition | New |

Bulk savings

| Buy 1 | Buy 2 | Buy 3 |
| $29.00 | $26.10 ea | $24.65 ea |

4 or more for $23.20 ea

uantity  [ 1 ]     ore than 10 available    3 sold

rice   US $29.00  ea

[ Buy It Now ]

[ Add to cart ]

[ ♡ Add to watchlist ]

Fast and reliable. Ships from United States.

Shipping   Free Standard Shipping. See details
          located in    ortland,  regon, United States

Delivery   Estimated between   on. Jul 24 and Fri. Jul 28 to 60601 ⓘ

eturns   Seller does not accept returns. If the item you received doesn't
         match the listing description, your purchase may be eligible for eBay
         oney Back  uarantee if the return re  uest is made within 3 days
         from delivery. See details

ayments   [PayPal] [GPay] [VISA] [mastercard] [AMEX] [DISCOVER]

         PayPal CREDIT
         Special financing available. See terms and apply now

         Earn up to 5  points when you use your eBay
         earn more   astercard®.

### Seller information

kabum41 · 3873 ★
100% positive feedback

♡ Save seller
Contact seller
 isit store
See other items

---

## Similar sponsored items        See all >                                  Feedback on our suggestions

         

100  BCW  E U A  Toploaders   100    100 Toploaders  enny Sleeves and Top    NICE I  F CASES. T          BCW 3  4 Thick Card Toploaders 1  ack    K NEW SEA ED BCW I08   T THICK
ENN  S EE ES Ultra  ro        loader Sleeves Top and      ASTIC S  E  ES AND          of 25 fo up to 79pt  oint Cards           T   ADE  S 10 CT  ACK OT  TA
                              Sports and Trading                        ADE  S                                                          S
                              Cards                                     E K
New                           New                          NICE                         New                                    New
$17.98                        $24.99                       $5.00                        $8.97                                  $18.99
Free shipping                 Free shipping                2 bids                       Free shipping                          Free shipping
🔲 Top  ated  lus           🔲 Top  ated  lus            $5.50 shipping               🔲 top  ated  lus                     🔲 Top  ated  lus
787 sold                      241 sold                     Seller with a 99.2% positive feedback                              Seller with a 998% positive feedback
                                                                                        1094 sold

---

## Sponsored items customers also bought        See all >                          Feedback on our suggestions

        

200   egular Card 3   4 Toploaders    1000 BCW 3  4 egular Trading Card    1000 C    ECT SA  E    TECT Top     200  8   ACKS     TECT Top Loaders    Case 1000 Ultra CB   3  4 Baseball
New top loaders  200 Ultra  ro Soft   Toploaders Top  oaders Case  IN      oaders Standard 3  4 Card        egular Card    C   ECT SA  E   egular Card          Trading Card Toploads Holders  ro
Sleeves                               ST  CK                               1000 S  EE  ES                   Standard 3  4                                      Toploaders
New                                   New                                  New                              New
$27.89                                $84.93                               $77.38                           $25.69                                 $74.39
$99.99 72% off                        Free shipping                        Free shipping                    Free shipping                          Free shipping
Free shipping                         905 sold                             204 sold                         Seller with a 99.4% positive feedback  Direct from Columbia Sports Cards
📀 Direct from Columbia Sports Cards                                                                                                                 11875 sold

---

About this item    Shipping, returns & payments                                    eport this item

Seller assumes all responsibility for this listing.                            eBay item number  394669506350

### Item specifics

| | | | |
|---|---|---|---|
| Condition | New  A brand new, unused, unopened, undamaged item including handmade items . See the seller's…  ead more | Brand | BCW |
| Type | Toploader | Compatible Card Si e | Standard |
| Color | Clear | Number of Toploaders  Card Holders | 100 |
| Compatible Card Thickness | 59  1 | | |

Item description from the seller

(100) BCW THICK CARD 59 pt Toploaders + (100) Penny Sleeves 3X4 Top Loaders



Back to previous page
eturn to top

ore to e plore    BCW Sports Trading Card Toploaders & Holders with Features For E tra Thick Cards,    BCW Sports Trading Card Toploaders & Holders,
BCW Screwdown Holder Sports Trading Card Toploaders & Holders with Features For E tra Thick Cards,    BCW    agnetic Holder Sports Trading Card Toploaders & Holders with Features For E tra Thick Cards,
BCW E tra Thick Sports Trading Card Card Sleeves,    BCW Sports Trading Card Toploaders & Holders For Tall,    BCW E tra Thick Sports Trading Card Sleeves & Bags,
BCW    agnetic Holder Sports Trading Card Toploaders & Holders,    BCW Semi    igid Holder Sports Trading Card Toploaders & Holders,    Ultra        Sports Trading Card Toploaders & Holders with Features For E tra Thick Cards

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices  and AdChoice

 Checkout

How do you like our checkout? | ive us feedback

ay with

○ Add new card

VISA  mastercard  ●●●  Discover

○ **PayPal**

○ **PayPal** CREDIT
Special financing available.
Apply now. See terms

○ G Pay  oogle  ay

**Ship to**

Clerk2 Clerk2
161 North Clark St.
Chicago, I  60601 3206
United States
312  375 1573
Change

**eview item and shipping**

Seller  kabun41    | essage to seller



100  BCW THICK CA  D 59 pt Toploaders    100  enny Sleeves
3  4 Top  oaders
$29.00

uantity
1

**Delivery**
Est. delivery  Jul 24  Jul 28
US  S First Class
Free

**ift cards, coupons, eBay Bucks**

Enter code          Apply

**Donate to charity  optional**  ⓘ

otorsports Charities, Inc.

The NASCA   Foundations improves the lives of children in our NASCA   communities.
Helping children survive and thrive. That s our checkered flag   ay  al  iving Fund
F  receives your donation and grants 100% to a charity no later than 30 days after
the end of the month in which the donation is made. Donations are non refundable
and typically ta  deductible.   F may be unable to grant funds to a charity if the
charity has lost ta  e empt status, has closed, or no longer accepts funds from  F.

Select amount    None

---

Subtotal  1 item          $29.00
Shipping              Free
Ta                     $2.97

rder total             $31.97

We're re  uired by law to collect sales and applicable fees for certain ta  authorities.  earn more

🔒 Confirm and pay

Select a payment option

ebay MONEY BACK GUARANTEE
See details

---

Copyright   1995  2023 eBay Inc. All   ights   eserved. Accessibility, User Agreement,  rivacy,  ayments Terms of Use, Cookies,   our  rivacy Choices 🇺🇸 and AdChoice ⓘ



| | |
|---|---|
| Material | Pvc |
| Brand | BCW |
| Max Input Sheet Capacity | 25 |
| Number of Pieces | 25 |

**About this item**
- 25 Holders per Pack. Topload, open on the short side
- Each card holder holds a standard trading card - Up to 20 pts
- 12-mil thickness panels made of high-quality, rigid PVC
- Exterior Dimensions: 3" x 4-1/16"
- Interior Dimensions: 2-3/4" x 3-7/8"
- 



2nd to None Trading Cards&Supplies

99.9%   ositive Feedback
107K Items sold

Visit store

Contact

♡ Save seller

**Detailed seller ratings**
Average for the last 12 months

| | | |
|---|---|---|
| Accurate description | ——— | 5.0 |
| easonable shipping cost | ——— | 4.9 |
| Shipping speed | ——— | 5.0 |
| Communication | ——— | 5.0 |

**opular categories from this store**   See all

Trading Cards Breaks Supplies    Dice    Toys    Clothes    ther

**Seller feedback** 35,194

This item 22    All items 35,194

+ a x lO2 •   avl 6-months
A

+ c dd •   avl 6-months
E cellent seller. A    lease leave a feedback for others.

+ h x hO7 •   ast 6-months
As described AAA    EBA E

See all feedback

Back to home page
ore to e  plore     BCW Sports Trading Card Toploaders & Holders for Standard...    BCW Sports Trading Card Toploaders & Holders...    BCW Black Sports Trading Card Toploaders & Holders...
BCW... agnetic Holder Sports Trading Card Toploaders & Holders for Standard...    BCW Screwdown Holder Sports Trading Card Toploaders & Holders for Standard...    BCW... agnetic Holder Sports Trading Card Toploaders & Holders...
BCW Semi... mid Holder Sports Trading Card Toploaders & Holders...    Sports Trading Card Toploaders & Holders for Standard...    Sports Trading Card Toploaders & Holders...
...agnetic Holder Sports Trading Card Toploaders & Holders for Standard

eturn to top

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

 Checkout

How do you like our checkout? _ive us feedback

ay with

○ Add new card

○ **PayPal**

○ **PayPal CREDIT**
Special financing available.
Apply now. See terms

○ GPay oogle ay

**Ship to**

Clerk2 Clerk2
161 North Clark St.
Chicago, I 60601 3206
United States
312 375 1573
Change

**eview item and shipping**

Seller 2ndtonone78    _essage to seller



25 BCW 3    4  Topload Card Holder for Standard
Si ed Trading Cards Top  oader
$6.98

uantity
1

Delivery
Est. delivery Jul 21   Jul 25
US  S First Class
Free

**ift cards, coupons, eBay Bucks**

Enter code          Apply

**Donate to charity  optional** ⓘ

otorsports Charities, Inc.

The NASCA   Foundations improves the lives of children in our NASCA   communities.
Helping children survive and thrive. That s our checkered flag   ay  al  iving Fund
F  receives your donation and grants 100% to a charity no later than 30 days after
the end of the month in which the donation is made. Donations are non refundable
and typically ta  deductible.    F may be unable to grant funds to a charity if the
charity has lost ta  e empt status, has closed, or no longer accepts funds from   F.

Select amount     None

Subtotal  1 item                    $6.98
Shipping                            Free
Ta                                  $0.72

rder total                         $7.70

We're re  uired by law to collect sales ta
and applicable fees for certain to
authorities. _earn more

Confirm and pay

Select a payment option

**ebay** MONEY BACK GUARANTEE
See details

Copyright   1995 2023 eBay Inc. All   ights  eserved. Accessibility, User Agreement, _rivacy, _ayments Terms of Use, Cookies, _our _rivacy Choices and AdChoice ⓘ

Case: 1:24-cv-07259 Document #: 5 Filed: 08/15/24 Page 438 of 467 PageID #:948





roduct Identifiers

| | |
|---|---|
| Brand | BCW |
| N | 1T CH C |
| TIN | 0722626962I03 |
| U C | 0722626962I03 |
| eBay roduct ID e ID | 1448686064 |

roduct Key Features

| | |
|---|---|
| Card Holder Type | Semi igid Holder |
| Color | Clear |
| Compatible Card Si e | ostcard |
| Features | U rotection |
| aterial | igid C |
| Type | Topload Holder |
| Number of Toploaders Card Holders | 25 |

Dimensions

| | |
|---|---|
| Weight | 0.95lbs. |

## Item description from the seller

**Product Specifications:**

- Manufactured by BCW
- UPC - 1-TLCH-PC
- Hold Standard Sized Postcards
- Made of High Impact Rigid PVC
- Archival Safe
- Exterior - 6 1/8" x 3 7/8"
- Interior - 5/7/8" x 3 3/4"
- Opens on the Long Side
- Protect Your Postcards/Cards While Handling

The PVC used in BCW Toploaders contains no platicizers or stearates. High quality PVC does not migrate and will not harm your cards, while offering maximum protection and visual appeal. This is for a **NEW SEALED PACK OF 25!!**

Powered by SixBit's eCommerce Solution



INTA E E

99.9% ositive Feedback
20K items sold

Joined Apr 2006

isit store

Contact

♡ Save seller

### Detailed seller ratings

Average for the last 12 months

| | | |
|---|---|---|
| Accurate description | | 5.0 |
| easonable shipping cost | | 4.9 |
| Shipping speed | | 5.0 |
| Communication | | 5.0 |

opular categories from this store                                    See all

AD E TISIN   AF A E ICAN   All thers   Amusement arks   Animal rints   A CHITECTU E   Art Deco Art Nouveau   A T W K   Artists

Seller feedback  9,451

Doe 125

This item 9    All items 9,451

1    6461  ·  ast 6 months

ery nice old card  i love the tea party 5 stars

l    m 1830  ·  ast 6 months

as described,thank you

c    4 3613  ·  ast 6 months

Thank you.

See all feedback

## roduct ratings and reviews

earn more

Write a review

# 5.0

★★★★★

56 product ratings

| ★ 5 | | 56 |
| ★ 4 | | 0 |
| ★ 3 | | 0 |
| ★ 2 | | 0 |
| ★ 1 | | 0 |

 100%
Would recommend

 100%
ood value

 100%
ood  uality

---

### ost relevant reviews

See all 41 reviews

★★★★★

by nsgw_24
Apr 06, 2016

T  FA   AB E  E  IEW

**BCW Archival   igid Sleeves**

I have always used the BCW products and emphasi ed their usage to protect and preserve  ostcards, photos etc. Even the varieious si es that are available will fit anything small to large. I use one to even hold my auto registration paperwork in the car  I also have donated many of their products to the library archives for preserving their old photos and newspapers along with other items that are now certain to be around for future generations to see.

erified purchase   es · Condition  New · Sold by columbiasportscard

★★★★★

by wineteer
ay 28, 2017

**ery high   uality postcard protectors**

The hard cover postcard protectors are of very high   uality for keeping postcards safe and secure. I will certainly order more when needed. These protectors are the perfect si e for vintage post cards as well as a variety of items of this si e, even recipe cards. Just an e cellent product that is very versatile. Thank you for making it so easy to purchase these protectors

erified purchase   es · Condition  New · Sold by hobby supplies

★★★★★

by rtsr
ay 24, 2016

**reat product, very clean and smooth. Best postcard mailers I can find**

reat product at an e cellent price. These bend without breaking the postcards and are e actly vintage postcard si ed. For postcard dealers they are the industry standard. For collectors they will keep your cards clean and well protected without being a hassle to load.

erified purchase   es · Condition  New · Sold by columbiasportscard

★★★★★

by collectorba_aar fi
ct 21, 2015

**INTE  NATI  NA  DEA**

I HA  E N  T ACCESS IN    C  UNT   T  SUCH E  CE  ENCE IN C   ECTIB E SU   .S  IA  E T E  E   HA   WITH  U  CHASE.I    E.H  W THIS   ID   STCA  D   TECT S H  DS        DUCTS N  W.C  STA  C EA  A  ED ES WE   TECTED. SU    IN  U  ...A  NUST F  AN  SE I  US DEA  E   C  ECT

erified purchase   es · Condition  New · Sold by columbiasportscard

★★★★★

by lis_glawi
Jan 17, 2019

**Well made, sturdy protective postcard sleeves.   reat for anyone that collects postcards for decorating.**

These postcard sleeves that I purchased are awesome   ery sturdy and protective, but still offering a clear view of the postcard. The price was consistent with the  uality of the product. Now I can decorate with postcards and not worry if they are accidently knocked over onto the floor . They are also protected from rips and the edges being folded and bent from handling and age. The sleeves end up paying for themselves by saving money from purchasing frames and matting for the postcards. I will purchase this product again and recommend them to others.  lisa  .

erified purchase   es · Condition  New · Sold by wi  ardcoinsupply

---

ore to e  plore    BCW Sports Trading Card Toploaders & Holders,    BCW Sports Trading Card Toploaders & Holders for Tall,    BCW   old Sports Trading Card Toploaders & Holders,    BCW Black Sports Trading Card Toploaders & Holders,    BCW  agnetic Sports Trading Card Toploaders & Holders,    BCW White Sports Trading Card Toploaders & Holders,    BCW  agnetic Sports Trading Card Toploaders & Holders,    BCW Semi   igid Holder Sports Trading Card Toploaders & Holders,    Sports Trading Card Toploaders & Holders,    New  ork  ankees Sports Fan  ostcards,    agnetic Holder Sports Trading Card Toploaders & Holders,

Doe 125

3/4

 Checkout

How do you like our checkout?  ive us feedback



**PayPal** Buy with  ay  al. It s fast and simple.

ay with

○ Add new card
   VISA · Mastercard · American Express · Discover

○ **PayPal**  ay  al

○ **PayPal CREDIT** Special financing available.
   Apply now. See terms

**Ship to**

Clerk2 Clerk2
161 North Clark St.
Chicago, I  60601 3206
United States
312 375 1573
Change

**eview item and shipping**

Seller  vintagerepro     essage to seller

BCW  ostcard Toploaders 25  ack  pens  ong Side
Holds 5.875   3.75  SEA  ED NEW
$18.95

uantity
1

 eturns accepted

**Delivery**
Free 2  4 day shipping
 et it by Feb 15   Feb 17
Standard Shipping

**ift cards, coupons, eBay Bucks**

Enter code          Apply

**Donate to charity  optional** ⓘ

**Save a Child's Heart Foundation**

 ive $1 to help provide lifesaving heart surgery for children in need.  ay  al
 iving Fund    F  receives your donation and grants 100% to a charity no
later than 30 days after the end of the month in which the donation is
made. Donations are non refundable and typically ta  deductible.    F
may be unable to grant funds to a charity if the charity has lost ta  e empt
status, has closed, or no longer accepts funds from    F.

Select amount   None

---

| Item  1 | $18.95 |
| Shipping | Free |
| Ta | $1.94 |

| rder total | $20.89 |

We're  uired by law to collect sales ta  and
applicable fees for certain ta  authorities.  earn more

🔒 Confirm and pay

Select a payment method

**ebay** MONEY BACK GUARANTEE
See details

---

Doe 125





| Count | 1000 | | 3 4 Toploader | Holds 2 1 2  3 1 2  Cards |
| Item  ength | 3 in | | Item Height | 4 in |
| Features | Holds a standard si  ed trading card,   pen on the short side, Use this product to protect, store or display collectible trading cards. 3 . 4 Topload Card Holder | | Country   egion of   anufacture | China |
| Number of Toploaders  Card Holders | 25 | | Compatible Card Thickness | 20   t. |
| U  C | 0722626902345 | | Brand | BCW |
| Type | igid | | | |

## About this product

### roduct Identifiers

| Brand | BCW | | TIN | 0722626902345 |
| U  C | 0722626902345 | | eBay  roduct ID e  ID | 1131149263 |

### roduct Key Features

| Type | igid |

### Additional  roduct Features

| Si  e | Standard |

## Item description from the seller



**BCW 3" x 4" Regular Top Loader (1,000 Pack)**

Super clear, regular 3" x 4" Toploader for standard size cards (2-1/2" x 3-1/2"). Rigid plastic encloses card and keeps it clean while preventing damage. 25 Toploaders per pack, 40 packs per case.
• Sized to hold 2-1/2" x 3-1/2"  standard size cards
• Holds cards up to 20pt thickness
• Keeps cards clean
• Ultra clear and durable construction

**Shipping Information**

Item will ship via UPS/Fedex Ground or USPS Priority Mail.  Orders ship same day on orders placed and paid before 3pm EST.  Weekend orders ship on Monday.

*Orders shipping to Alaska, Hawaii or PO Boxes will be taken out of factory sealed case and shipped in USPS Large Flat Rate Box



**lish Deals**

100%  ositive Feedback
2.5K Items sold

| isit store |
| Contact |
| ♡ Save seller |

### Detailed seller ratings
Average for the last 12 months

| Accurate description | 5.0 |
|  easonable shipping cost | 5.0 |
| Shipping speed | 5.0 |
| Communication | 5.0 |

### opular categories from this store    See all

Sleeves, Toploaders & Holders    Trading Card Storage & Items
Comic Book Storage   rotection    oney  Coin Storage   rotection
emorabilia   rotection    Album  ages & Binders
age  ins Storage &   rotection     inyl   ecords   rotection
Dymo   rinter  abels

### Seller feedback   727

This item  2    All items  727

w    i 657 •     ast 6 months
ooks good  Fast shipping  Secure shipping

n  2766 •     ast 6 months
First Class Seller

See all feedback



### atings and   eviews    earn more    Write a review

**4.7**
★★★★½
39 product ratings

| ★ 5 | | 34 |
| ★ 4 | | 3 |
| ★ 3 | | 0 |
| ★ 2 | | 0 |
| ★ 1 | | 2 |

86%  Would recommend
93%  ood value
93%  ood  uality

ost relevant reviews    See all 28 reviews



effect

These are perfect, wouldn't even consider buying another brand. I use these specifically to display ACE    ATC cards, and I mount them in the wall with small command strips.   inimal glare. Several of my friends also use these for their magic cards.

erified purchase    es    Condition  New    Sold by  billy.emes2

👍 0        💬 0        ⚠

reat value with this product.

In my opinion these toploaders are the same    uality as the standard toploaders BCW sells. Just with a little more buffing. I've only been ½ 4 of the way through the case and have had multiple cracked or chipped  not so    £   8U     toploaders.    n the value side it is a good deal.

erified purchase    es    Condition  New    Sold by  sharpgaming

👍 0        💬 0        ⚠

Hold my cards.

Just what I wanted perfect for my    attingly collection. Well made and cards fit in nicely. Best deal I found on ebay for the amount that I needed. Highly recommend them.

erified purchase    es    Condition  New    Sold by  adodstud

👍 0        💬 0        ⚠

reat Toploaders

reat    uality, even better price  I use them for all of my collectible baseball cards.

erified purchase    es    Condition  New    Sold by  sportscardsgrading

👍 0        💬 0        ⚠

Durable and great

ove them    erfect protection for my trading cards  Can weather any storm 😊

erified purchase    es    Condition  New    Sold by  billy.emes2

👍 0        💬 0        ⚠

Back to home page    See    ore Details about    BCW_ remium 3  4 Topload Card Holder                                                                                        eturn to top

ore to e  plore    BCW Sports Trading Card Toploaders & Holders ,    BCW Sports Trading Card Toploaders & Holders for Tall ,    BCW_  old Sports Trading Card Toploaders & Holders ,
BCW Sports Trading Card Toploaders & Holders for Standard,    BCW Black Sports Trading Card Toploaders & Holders ,    old Sports Trading Card Toploaders & Holders ,    agnetic Holder Sports Trading Card Toploaders & Holders,
Ultra          Sports Trading Card Toploaders & Holders ,    Sports Trading Card Toploaders & Holders for Standard,    Black Sports Trading Card Toploaders & Holders

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved.    Accessibility,  User Agreement,  Privacy,  Payments Terms of Use,  Cookies,  Your Privacy Choices 🄲 and  AdChoice ⓘ

 Checkout

How do you like our checkout?  _ive us feedback_

ay with

○ **Add new card**
VISA  MasterCard  AMEX  DISCOVER

○ **PayPal**

○ **PayPal CREDIT**
No Interest if paid in full in 6 months.
Apply now. See terms

○ G Pay  oogle  ay

**Ship to**

Clerk2 Clerk2
161 North Clark St.
Chicago, I  60601 3206
United States
312  375 1573
Change

**eview item and shipping**

Seller  vlish deals  ___ essage to seller



1000   E  IU   BCW Toploaders Sealed Case 3  4 Top  oader 1
T  CH 20 pt
**$99.92**

uantity
1 ▼

Delivery
Est. delivery  Jul 27   Jul 31
U  S Surepost
Free

**ift cards, coupons, eBay Bucks**

[ Enter code ]  [ Apply ]

| Subtotal  1 item | $99.92 |
| Shipping | Free |
| Ta | $10.24 |

| rder total | $110.16 |

We're re  uired by law to collect sales ta
and applicable fees for certain ta
authorities.  _earn more_

🔒 **Confirm and pay**

**Select a payment option**

ebay MONEY BACK GUARANTEE
See details

?

Copyright   1995  2023 eBay Inc. All   ights  eserved. Accessibility, User Agreement,  rivacy,  ayments Terms of Use, Cookies,   our  rivacy Choices  and AdChoice ⓘ



Weight                    0.60lbs.

Additional  roduct Features

Si e          Thick                                        Border Color          Clear
ear           2001

Item description from the seller

BCW 3X4 Thick Card Toploaders (4 Packs of 25) per pack 79pt Point Card FREE SHIP.





Back to previous page     See   ore Details about  BCW IT  CHTH2      Thick Toploaed Card Holder

ore to e  plete     BCW Sports Trading Card Toploaders & Holders with Features For E   Ira Thick Cards     BCW Sports Trading Card Toploaders & Holders
BCW Screwdown Holder Sports Trading Card Toploaders & Holders with Features For E   Ira Thick Cards     BCW   amectic Holder Sports Trading Card Toploaders & Holders with Features For E   Ira Thick Cards
BCW Semi   igid Holder Sports Trading Card Toploaders & Holders with Features For E   Ira Thick Cards     BCW Sports Trading Card Toploaders & Holders for Tall     BCW   amectic Holder Sports Trading Card Toploaders & Holders
Sports Trading Card Holders with Features For E   Ira Thick Cards     BCW Semi   igid Holder Sports Trading Card Toploaders & Holders     BCW Semi   igid Holder Sports Trading Card Toploaders & Holders

About eBay     Announcements     Community     Security Center     Seller Center     Policies     Affiliates     Help & Contact     Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices    and AdChoice

 Checkout

How do you like our checkout?  Give us feedback

To add more items, go to cart.



ay with

○ Add new card

○ **PayPal**

○ PayPal CREDIT
Special financing available.
Apply now. See terms

○ G Pay  oogle  ay

Ship to

Clerk2 Clerk2
161 North Clark St.
Chicago, I  60601 3206
United States
312  375 1573
Change

eview item and shipping

Seller  wahoo sport...    essage to seller

BCW 3  4 Thick Card Toploaders  4  acks of 25  per
pack 79pt  oint Card F  EE SHI
$22.95

uantity
1

Delivery
Est. delivery Jul 22   Jul 26
US  S First Class
Free

ift cards, coupons, eBay Bucks

Enter code          Apply

Donate to charity  optional  ⓘ

otorsports Charities, Inc.

The NASCA  Foundations improves the lives of children in our NASCA  communities.
Helping children survive and thrive. That s our checkered flag  ay  al  iving Fund
F  receives your donation and grants 100% to a charity no later than 30 days after
the end of the month in which the donation is made. Donations are non refundable
and typically ta  deductible.  F may be unable to grant funds to a charity if the
charity has lost ta  e empt status, has closed, or no longer accepts funds from  F.

Select amount   None

**Subtotal** 1 item          $22.95
Shipping          Free
Ta          $2.35

rder total          $25.30

We're re  uired by law to collect sales ta
and applicable fees for certain ta
authorities.  earn more

🔒 Confirm and pay

Select a payment option

ebay MONEY BACK GUARANTEE
See details

Copyright  1995 2023 eBay Inc. All  ights  eserved. Accessibility, User Agreement,  rivacy,  ayments Terms of Use, Cookies,  our  rivacy Choices and AdChoice ⓘ

Doe 127





Doe 128

 Checkout

How do you like our checkout? __ive us feedback



ay with

○ Add new card

○ **Pay**Pal

○ **PayPal CREDIT** Special financing available.
Apply now. See terms

○ 🅖 Pay oogle ay

**Ship to**

Clerk2 Clerk2
161 North Clark St.
Chicago, I  60601 3206
United States
312 375 1573
Change

**eview item and shipping**

Seller  bdaws1089    __essage to seller

25  NEW BCW T    ADE  S  3  4 1 4  59pt
Thickness
$3.79

uantity
1

Delivery
Est. delivery Jul 20   Jul 21
US  S First Class
$4.95

**ift cards, coupons, eBay Bucks**

Enter code       Apply

**Donate to charity  optional**  ⓘ

otorsports Charities, Inc.

The NASCA   Foundations improves the lives of children in our NASCA   communities.
Helping children survive and thrive. That s our checkered flag   ay  al  iving Fund
F  receives your donation and grants 100% to a charity no later than 30 days after
the end of the month in which the donation is made. Donations are non refundable
and typically ta  e  deductible.   F may be unable to grant funds to a charity if the
charity has lost ta  e  empt status, has closed, or no longer accepts funds from   F.

Select amount    None

| | |
|---|---|
| Subtotal  1 item | $3.79 |
| Shipping | $4.95 |
| Ta | $0.90 |
| rder total | $9.64 |

We're re  uired by law to collect sales ta
and applicable fees for certain
authorities.  earn more

Confirm and pay

Select a payment option

ebay MONEY BACK GUARANTEE
See details

Copyright   1995 2023 eBay Inc. All   ights   eserved. Accessibility, User Agreement,   rivacy,   ayments Terms of Use, Cookies,   our  rivacy Choices and AdChoice ⓘ



| Type | igid | | |
| --- | --- | --- | --- |

Additional roduct Features

| Si e | Tall | Border Color | Not Applicable |
| --- | --- | --- | --- |
| Team | 1 T CH TA | Series | BCW I T CH TA |
| ear | YR8t | | |

Item description from the seller











 Checkout

How do you like our checkout? Give us feedback

ay with

○ Add new card
   VISA  ●●  ●●  DISCOVER

○ **PayPal**

○ **PayPal CREDIT**
   Special financing available.
   Apply now. See terms

○ GPay  oogle  ay

**Ship to**

Clerk2 Clerk2
161 North Clark St.
Chicago, I  60601 3206
United States
312 375 1573
Change

**eview item and shipping**

Seller  wi ardcoins...    essage to seller



25 BCW Topload  igid Clear  lastic Holders Tall
Trading Cards 3 5 New  ack of 25
$11.49

uantity
1

Delivery
Free 2 4 day shipping
et it by Jul 17    Jul 19
US  S First Class

**ift cards, coupons, eBay Bucks**

Enter code          Apply

**Donate to charity  optional** ⓘ

AS  CA

Can you spare some change for animals in need? Add a donation to the AS  CA now.
 ay  al  iving Fund    F  receives your donation and grants 100% to a charity no
later than 30 days after the end of the month in which the donation is made. Donations
are non  refundable and typically ta  deductible.    F may be unable to grant funds
to a charity if the charity has lost ta  e  empt status, has closed, or no longer accepts
funds from   F.

Select amount    None

Subtotal  1 item          $11.49
Shipping                  Free
Ta                        $1.18

rder total               $12.67

We're re  uired by law to collect sales ta
and applicable fees for certain ta
authorities.  earn more

Confirm and pay

Select a payment option

**eBay** MONEY BACK GUARANTEE
See details

? 

Copyright   1995 2023 eBay Inc. All  ights  eserved. Accessibility, User Agreement,  rivacy,  ayments Terms of Use, Cookies,  our  rivacy Choices and AdChoice ⓘ

Doe 129



## Detailed seller ratings

Average for the last 12 months

| | |
|---|---|
| Accurate description | 4.9 |
| Reasonable shipping cost | 4.7 |
| Shipping speed | 5.0 |
| Communication | 4.8 |

### opular categories from this store    See all

Presale Comics    Tabletop Gaming    Collectible Supplies

Sports cards    Sale items    Non sports trading cards

Toys/Miniatures    Other

## Seller feedback (30)

This item (3)    All items (30)

g***m (2) • Past month

**Perfect**

--- (415) • Past 6 months

**EXCELLENT TRANSACTION**

--- (415) • Past 6 months

**A+**

See all feedback

Back to previous page

Return to top

More to explore :   BCW Sports Trading Card Toploaders & Holders for Standard,   BCW Sports Trading Card Toploaders & Holders,   BCW Black Sports Trading Card Toploaders & Holders for Standard,
Sports Trading Card BCW 100 ct Card Capacity Storage Boxes,   BCW Screwdown Holder Sports Trading Card Toploaders & Holders for Standard,   BCW Sports Trading Card Toploaders & Holders for Tall,
BCW Magnetic Holder Sports Trading Card Toploaders & Holders,   BCW Semi-Rigid Holder Sports Trading Card Toploaders & Holders,   Sports Trading Card Toploaders & Holders for Standard,
Green Sports Trading Card Toploaders & Holders for Standard

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice

 Checkout

How do you like our checkout   Give us feedback

ay with

○ Add new card

○ **PayPal**

○ **PayPal CREDIT**
  Special financing available.
  Apply now. See terms

○ **G Pay** Google Pay

**Ship to**

Clerk2 Clerk2
161 North Clark St.
Chicago, IL 60601-3206
United States
(312) 375-1573
Change

eview item and shipping

Seller: wolverine-c...    Message to seller

100 Pack BCW 3x4 Standard Toploaders NEW
SEALED 100 ct. for Sports/Pokemon Cards
$16.43

uantity
1

Delivery
Est. delivery: Jul 20   Jul 22
USPS Ground Advantage
Free

ift cards, coupons, eBay Bucks

Enter code:    Apply

Donate to charity  optional   ⓘ

Motorsports Charities, Inc.

The NASCAR Foundations improves the lives of children in our NASCAR communities.
Helping children survive and thrive. That s our checkered flag! PayPal Giving Fund
(PPGF) receives your donation and grants 100% to a charity no later than 30 days after
the end of the month in which the donation is made. Donations are non-refundable
and typically tax deductible. PPGF may be unable to grant funds to a charity if the
charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount    None

Subtotal (1 item)    $16.43
Shipping             Free
Tax*                 $1.68

rder total           $18.11

*We're re  uired by law to collect sales tax
and applicable fees for certain tax
authorities. Learn more

Confirm and pay

Select a payment option

**ebay** MONEY BACK GUARANTEE
See details

Copyright   1995-2023 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice ⓘ







Back to previous page                                                                                                              Return to top
More to explore :   Sports Trading Card Toploaders & Holders,   Magnetic Holder Sports Trading Card Toploaders & Holders,   Gold Sports Trading Card Toploaders & Holders,
Screwdown Holder Sports Trading Card Toploaders & Holders,   BCW Sports Trading Card Toploaders & Holders,   Semi-Rigid Holder Sports Trading Card Toploaders & Holders,   Sports Trading Card Toploaders & Holders for Tall,
Ultra PRO Sports Trading Card Toploaders & Holders,   Sports Trading Card Toploaders & Holders with UV Protection,   Ultra PRO Magnetic Holder Sports Trading Card Toploaders & Holders

About eBay     Announcements     Community     Security Center     Seller Center     Policies     Affiliates     Help & Contact     Site Map

Copyright © 1995-2023 eBay Inc. All Rights Reserved.  Accessibility, User Agreement, Privacy, Payments Terms of Use, Cookies, Your Privacy Choices and AdChoice



 Express  Blitz Buy  Deals Hub 🕐 Recently Viewed Trending Fashion Baby Gear Pet Accessories Gadgets Too

Toys and Hobbies > Games and Accessories

**Overview** Related





### 3 x 4 x 5mm Thick Card Topload Holder - 197 PT. 10ct pack BCW 1-TLCH-TH-5MM

## $21.99

4 interest-free payments of $5.50 with afterpay⬦ or
Klarna. Learn more

### Add to cart

🤍 Add to Wishlist

**Shipping**

Standard shipping    Free
Jul 17–19

Items are sold and shipped by eCommdealz

---

## Description                                    Show Less

3 x 4 x 5mm Thick Card Topload Holder - 197 PT. 10ct pack BCW  1-TLCH-TH-5MM|condition: New|Country/Region of Manufacture: China|Compatible Card Thickness: 197 Pt.|Card Holder Type: Toploader|Color: Clear|Compatible Card Size: 138pt Thick|Number of Toploaders/Card Holders: 10|MPN: 1-TLCH-TH-5MM|Features: UV Protection|Brand: BCW|Type:    "Semi-Rigid",   "Rigid" |MPN: 1TLCHTH5MM|

---

## Reference Price by Seller                       Show More

---

## Sold By                                          Merchant info

 **eCommdealz**
4.6 ⭐⭐⭐⭐⯨ (142)

💬 Contact merchant

---

## 30 Day Return & Refund



Contact, Policies & More ⌃

Learn More

https://www.wish.com/product/636ba15813c3613568dca27a?hide_login_modal=true



**wish** | Search | c

Express | Blitz Buy | Deals Hub | Recently Viewed | Trending | Fashion | Baby Gear | Pet Accessories | Gadgets | Too

**Report this listing for inaccurate information**      ⚑ Report

Contact, Policies & More ⌃

# wish

Blitz Buy    🔴 Deals Hub    🕐 Recently Viewed    Trending    Fashion    Baby Gear    Pet Accesso

## Shipping

**Clerk Two**

161 N Clark St Ste 1600, Chicago, Illinois, United States, 60601    **Change**

**How do you want to pay?**    VISA   mastercard   DISCOVER   AMEX   Klarna.   afterpay◇

PayPal   G Pay

🔵 **Pay full amount**
Pay the order total $24.23 now and you're all set.

⚪ **4 interest-free payments of $6.06**

## Payment

⚪   VISA   mastercard   DISCOVER   AMEX

## Items in cart



⚪ **PayPal**

**3 x 4 x 5mm Thick Card Topload Holder - 197 PT. 10ct pack BCW 1-TLCH-TH-5MM**    $21.99

| 1 ▾ |    **Remove** |

**Standard shipping: Free**
Estimated delivery: Jul 17–19

## Order summary

➕ **Apply a coupon**

| Item Total | $21.99 |
| Shipping | Free |
|    Standard (1 item): | Free |
| Tax | $2.24 |
| Order Total | $24.23 |

**Checkout**

By continuing you agree to the **Terms of Use** and **Privacy Policy**.

**Money Back Guarantee**
We've got your back. Get a full refund if any of your items don't arrive. **Learn More**

🛡 30 Day Free Return and Refund

Contact, Policies & More ⌃

Doe 132    1/1



Case: 1:24-cv-07259 Document #: 5 Filed: 08/15/24 Page 466 of 467 PageID #:976



Report this listing for inaccurate information

Doe 133

# wish

