## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

|  |  |
|---|---|
| Ultra PRO International, LLC, ) | Case No.: 24-cv-07259 |
| ) | |
| Plaintiff, ) | |
| v. ) | Judge: Hon. LaShonda A. Hunt |
| ) | |
| Defendants Identified in Schedule A, ) | |
| ) | Magistrate: Hon. Jeffrey Cole |
| Defendants. ) | |

## PLAINTIFF'S MOTION FOR EXPEDITED DISCOVERY ORDER

Plaintiff seeks entry of an Expedited Discovery Order on an action arising out of claims of Trademark Infringement under 15 U.S.C. § 1114.

A Memorandum of Law in Support is filed concurrently with this Motion.

Dated this August 19, 2024

Respectfully submitted,

By: _____ /s/ Kevin Keener _____

Kevin J. Keener
ARDC # 6296898
Keener & Associates, P.C.
161 N. Clark Street, Suite #1600
Chicago, IL 60601
(312) 523-2164
kevin.keener@keenerlegal.com