IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Ultra PRO International, LLC, | Case No.: 24-cv-07259 |
| Plaintiff, | |
| v. | Judge: Hon. LaShonda A. Hunt |
| Defendants Identified in Schedule A, | |
| Defendants. | Magistrate: Hon. Jeffrey Cole |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on August 28, 2023, at 10:00 a.m., or as soon counsel may be heard, we shall appear before the Honorable LaShonda A. Hunt, or any judge sitting in her stead in Courtroom 1425 of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present

- PLAINTIFF'S MOTION FOR EXPEDITED DISCOVERY ORDER

Date    August 19, 2024

Respectfully submitted,

By:    /s/  Kevin Keener
Kevin J. Keener
ARDC # 6296898
Keener & Associates, P.C.
161 N. Clark Street, Suite #1600
Chicago, IL 60601
(312) 523-2164
kevin.keener@keenerlegal.com