# **EXHIBIT 2**





amazon Deliver to Clerk Chicago 60601 | Office Products | Search Amazon | EN | Hello, Clerk Account & Lists | Returns & Orders | 0

All | Valentine's Gifts | Medical Care | Amazon Basics | Customer Service | Music | Groceries | Shop By Interest | Livestreams | Pet Supplies | Coupons | Shop Black-owned businesses

Office Products | Office Deals | School Supplies | Printers, Ink & Toner | Projectors | Amazon Business

## Customers who viewed this item also viewed

BCW Supplies 7mm Magazine Topload Holder (10 Count Pack)
182
$24.24

BCW Premium 8.5x11 Topload Holder | Rigid PVC, No Harmful Additives | Protects Photos, Prints, and Work Papers | Crystal
59
$24.99

BCW 1-TLCH-9X11.5X5MM Magazine Topload Holder - 5 mm
82
$18.99

Office Products › Office & School Supplies › Binders & Binding Systems › Binder Accessories › Sheet Protectors, Card & Photo Sleeves

Roll over image to zoom in

# W 8.5 x 11 Topload Holder - 5

the BCW Store
18 ratings | Search this page

: $14.01
FREE Returns

Get $50 off instantly: Pay $0.00 upon approval for Amazon Visa. No annual fee.

| | |
|---|---|
| erial | Polyvinyl Chloride (PVC) |
| d | BCW |
| e | Protection |
| Input t icity | 5 |
| iber of es | 5 |

### ut this item

- olds a standard sheet of paper or documents easuring up to 8½ X 11
- pen on the short side
- xterior Dimensions: 8 7/8 x 11 1/4
- terior Dimensions: 8 5/8 x 11 1/8

### itional Details

Small Business
This product is from a small business brand. Support small. Learn more

Report an issue with this product or seller

Add your free 30-day trial of Prime and get fast, free delivery

Delivery | Pickup

**One-time purchase:**
$14.01
FREE Returns
FREE delivery **Tuesday, February 13** on orders shipped by Amazon over $35
Or fastest delivery **Overnight 7 AM - 11 AM**. Order within 7 hrs 23 mins
Deliver to Clerk - Chicago 60601

In Stock

Buy 2 or more, save 7%
Discount by Amazon Terms

Quantity: 1
Add to Cart
Buy Now

| | |
|---|---|
| Ships from | Amazon |
| Sold by | Zentra, LLC |
| Returns | Eligible for Return, Refund or Replacement... |
| Payment | Secure transaction |

See more

Add a gift receipt for easy returns

**Subscribe & Save:**
$14.01
**First delivery on Feb 13**
Ships from: Amazon
Sold by: Shopy Express

Add to List

## Similar item to consider

Amazon's Choice

Amazon Basics Clear Sheet Protectors for 3 Ring Binder, 8.5 x 11 Inch,Polypropylene, 100-Pack
(23221)
$10.59 prime

New (3) from $14.01 & **FREE Shipping** on orders over $35.00 shipped by Amazon.

## Frequently bought together

**This item:** BCW 8.5 x 11 Topload Holder - 5 ct
$14.01

+

BCW (25) 4x6 Post Card & Photo Topload Holders - Rigid Plastic Sleeves Brand
$11.98

+

BCW 8 x 10 Photo Topload Holders - 5 ct
$9.98

Total price: $35.97
Add all 3 to Cart

Some of these items ship sooner than the others.
Show details

**Other Sellers on Amazon**

$14.01 Add to Cart
& **FREE Shipping** on orders over $35.00 shipped by Amazon. Details
Sold by: ACS Pacific Supply

Add to Cart

## Based on your recent views

Based on your recent views

Sponsored


50 Pcs 8 1/2" x 11" Rigid Print Protectors Clear Rigid Top loaders Plastic Paper Pa...
★★★★☆ 48
$59.99 ✓prime


BCW Pro 2-Pocket Photo Pages - 50 ct
★★★★☆ 602
$14.99 ✓prime


6 Pcs 8.5 x 11" Rigid Print Protectors, Clear Rigid Top loaders Plastic Paper Page...
★★★★★ 4
$9.99 ✓prime


BCW 4 x 6 Topload Holder - 100 ct
★★★★★ 2
$49.14 ✓prime


BCW 1-TLCH-6X4 Bcw 6X4 - Topload Holder
★★★★☆ 5
$12.88 ✓prime


100 Sheet Pro... Heavy Duty 8.5... Clear Page Pro... 3 Ring Bin...
★★★★☆ 2
$13.99 ✓prime

& FREE Shipping on orders over $35.00 shipped by Amazon. Details
Sold by: Shopy Express

$14.01

Products related to this item

Sponsored


50 Pcs 8 1/2" x 11" Rigid Print Protectors Clear Rigid Top loaders Plastic Paper Pa...
★★★★☆ 48
$59.99 ✓prime


6 Pcs 8.5 x 11" Rigid Print Protectors, Clear Rigid Top loaders Plastic Paper Page...
★★★★★ 4
$9.99 ✓prime


BCW 1-TLCH-6X4 Bcw 6X4 - Topload Holder
★★★★☆ 5
$12.88 ✓prime


12 Pcs 8 1/2" x 11" Rigid Print Protectors Clear Rigid Toploaders Clear Sheet Prote...
★★★★★ 11
$19.99 ✓prime


BCW 1-TLCH-MAG-10MM Program Topload Holder - Rigid Plastic Sleeves
★★★★☆ 2
$36.00 ✓prime


10 Pieces 8 1/... Rigid Print Pro... Clear Toploade... Document Hol...
★★★★☆ 6
$16.99 ✓prime

## Product Description

BCW's 8½x11 topload holder is made with rigid PVC that contains no plasticizers or stearates, like the rest of our toploaders. This high-quality PVC does not migrate, so rest assured it will not harm your important documents. 8½x11 is the size of a standard sheet of paper, so each topload holder has a variety of uses, from photos and prints to work papers. No matter what type of document it is, these toploaders provide maximum protection and visual appeal.

## Compare with similar items

| | This Item | Recommendations | | |
|---|---|---|---|---|
| | <br>BCW 8.5 x 11 Topload Holder - 5 ct<br>**Add to Cart** | <br>HYARUAT 8.5 x 11 Rigid Clear Toploaders - Durable PVC Document Protectors, Plastic Sleeves for Photos, Prints, and Menu...<br>**Add to Cart** | <br>BCW 5 x 7 Topload Holder - 5 ct<br>**Add to Cart** | <br>BCW 8 1/2" x 11" Clear Rigid Toploaders (Qty= 1 Pack of 25)<br>**Add to Cart** |
| Price | $14.01 | -33% $19.99 List: $29.99 | $7.79 | $34.89 |
| Delivery | Get it as soon as Tuesday, Feb 13 | Get it as soon as Tuesday, Feb 13 | Get it as soon as Tuesday, Feb 13 | Get it as soon as Tuesday, Feb 13 |
| Customer Ratings | 4.2 ★★★★☆ 18 | 4.4 ★★★★☆ 31 | 4.9 ★★★★★ 28 | 4.5 ★★★★☆ 48 |
| Sold By | Zentra, LLC | HYARUAT | ACS Pacific Supply | MTGbiz |
| Max Input Sheets | 5 | 10 | 100 | 25 |
| Number Of Pieces | 5 | 10 | 5 | 25 |
| Style | Protection | Classic | Classic | Classic |
| Material | Polyvinyl Chloride (PVC) | Plastic | Polyvinyl Chloride (PVC) | Plastic |

## Product information

### Technical Details

| | |
|---|---|
| Manufacturer | BCW Diversified |

### Additional Information

| | |
|---|---|
| ASIN | B09KJ7YM15 |

| Brand | BCW |
|---|---|
| Item Weight | 12.6 ounces |
| Package Dimensions | 12.32 x 8.98 x 1.18 inches |
| Item model number | 1-TLCH-8.5X11-5 |
| Material Type | Polyvinyl Chloride (PVC) |
| Manufacturer Part Number | 1-TLCH-8.5X11-5 |

| Customer Reviews | 4.2 ★★★★☆   18 ratings |
|---|---|
|  | 4.2 out of 5 stars |
| Best Sellers Rank | #81,318 in Office Products (See Top 100 in Office Products) |
|  | #478 in Binder Sheets, Card & Photo Sleeves |
| Date First Available | October 27, 2021 |

**Warranty & Support**

Amazon.com Return Policy: **Amazon.com Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions **here**.

**Feedback**

Would you like to **tell us about a lower price?**

## Looking for specific info?

## Videos

Help others learn more about this product by uploading a video!

Upload your video

## Brands in this category on Amazon
Sponsored


Protect Documents with Binder Sheet Protectors
Shop JAM Paper ›


Easily Protect your Letter Size Paper
Shop Blue Summit Supplies ›

## Products related to this item
Sponsored

      

**50 Pcs 8 1/2" x 11" Rigid Print Protectors Clear Rigid Top loaders Plastic Paper Pa...**
★★★★☆ 48
$59.99 ✓prime

**3 pack of HAITIAN Clear Acrylic Sign Holder 8.5 x 11 Inch wall mount, 2 of 3M Doubl...**
$12.99 ✓prime

**6 Pcs 8.5 x 11" Rigid Print Protectors, Clear Rigid Top loaders Plastic Paper Page...**
★★★★★ 4
$9.99 ✓prime

**Sheet Protectors, HERKKA 500 Pack Heavy Duty Clear Plastic Page Protectors Sheet Re...**
★★★★☆ 2,235
$24.99 ✓prime

**LUXPaper 9.5" x 12" Certificate Holders | Silver Metallic | 105lb. Cover | 25 Qty**
★★★★☆ 238
$37.95 ✓prime

**PecMuikee Acrylic Sign Holder 8.5x11, Wall Mount Acrylic Sign Holder and Plastic Pa...**
★★★★☆ 63
 Amazon's Choice in Business & Store Sign Holders
$18.99 ✓prime

**Acrylic Sign Holder,8.5x11 Inches Plastic Sign Holder paper holder,6 Pack T Shape...**
★★★★☆ 279
$25.99 ✓prime
Save 10% with coupon

## Customer reviews

### Reviews with images



See all photos ›

Case: 1:24-cv-07259 Document #: 132 Filed: 09/03/24 Page: 5 of 6 PageID #:1481

⭐⭐⭐⭐ 4.2 out of 5
18 global ratings

5 star  ▓▓▓▓▓▓▓▓▓▓▓▓▓  69%
4 star  ▓▓  10%
3 star  ▓  8%
2 star     0%
1 star  ▓▓  13%

⌄ How customer reviews and ratings work



Top reviews ⌄

**Top reviews from the United States**

TrashBoat
⭐⭐⭐⭐⭐ Awesome
Reviewed in the United States on June 10, 2023
**Verified Purchase**
I bought this for my autograph from RJ Mitte and I love it 🤩 ❤️

Helpful  |  Report

Bailey
⭐ Very flimsy
Reviewed in the United States on August 24, 2023
**Verified Purchase**
I ordered a paper size, but received a baseball card size. Did not provide basic measurements. Says it was sturdy but is very flimsy.

Helpful  |  Report

See more reviews ›

**Top reviews from other countries**

Brownstone
⭐⭐⭐ Not for magazines.
Reviewed in Canada on September 24, 2023
**Verified Purchase**
Add mentioned it would work for magazine s. It would on very thin magazine. Like a comic book. I bought these for displaying magazines and they are too tight.

Report

See more reviews ›

**Important information**

To report an issue with this product or seller, click here.

Back to top

**Get to Know Us**
- Careers
- Amazon Newsletter
- About Amazon
- Accessibility
- Sustainability
- Press Center
- Investor Relations
- Amazon Devices
- Amazon Science

**Make Money with Us**
- Start Selling with Amazon
- Sell apps on Amazon
- Supply to Amazon
- Protect & Build Your Brand
- Become an Affiliate
- Become a Delivery Driver
- Start a Package Delivery Business
- Advertise Your Products
- Self-Publish with Us
- Host an Amazon Hub
- › See More Ways to Make Money

**Amazon Payment Products**
- Amazon Visa
- Amazon Store Card
- Amazon Secured Card
- Amazon Business Card
- Shop with Points
- Credit Card Marketplace
- Reload Your Balance
- Gift Cards
- Amazon Currency Converter

**Let Us Help You**
- Your Account
- Your Orders
- Shipping Rates & Policies
- Amazon Prime
- Returns & Replacements
- Manage Your Content and Devices
- Recalls and Product Safety Alerts
- Help

amazon English United States

Amazon Music Stream millions of songs
Amazon Ads Reach customers wherever they spend their time
6pm Score deals on fashion brands
AbeBooks Books, art & collectibles
ACX Audiobook Publishing Made Easy
Sell on Amazon Start a Selling Account
Amazon Business Everything For Your Business
Amazon Fresh Groceries & More Right To Your Door
AmazonGlobal Ship Orders Internationally
Home Services Experienced Pros Happiness Guarantee
Amazon Web Services Scalable Cloud Computing Services
Audible Listen to Books & Original Audio Performances
Box Office Mojo Find Movie Box Office Data
Goodreads Book reviews & recommendations
IMDb Movies, TV & Celebrities
IMDbPro Get Info Entertainment Professionals Need
Kindle Direct Publishing Indie Digital & Print Publishing Made Easy
Amazon Photos Unlimited Photo Storage Free With Prime
Prime Video Direct Video Distribution Made Easy
Shopbop Designer Fashion Brands
Amazon Warehouse Great Deals on Quality Used Products
Whole Foods Market America's Healthiest Grocery Store
Woot! Deals and Shenanigans
Zappos Shoes & Clothing
Ring Smart Home Security Systems
eero WiFi Stream 4K Video in Every Room
Blink Smart Security for Every Home
Neighbors App Real-Time Crime & Safety Alerts
Amazon Subscription Boxes Top subscription boxes – right to your door
PillPack Pharmacy Simplified
Amazon Renewed Like-new products you can trust

Conditions of Use Privacy Notice Your Ads Privacy Choices

© 1996-2024, Amazon.com, Inc. or its affiliates

