**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Ultra PRO International, LLC, | ) | Case No.: 24-cv-07259 |
| Plaintiff, | ) | |
| v. | ) | Judge: Hon. LaShonda A. Hunt |
| Zentra, LLC, | ) | |
| Defendant. | ) | Magistrate: Hon. Jeffrey Cole |

**RESPONSE TO COURT ORDER**

Ultra PRO International, LLC ("Plaintiff") hereby files this response to the Court's order dated August 20, 2024 [Dkt. No. 12]. Plaintiff has amended the complaint to name only a single defendant. Therefore, no issues with joinder remain in this case.

Respectfully Submitted,

Dated: September 3, 2024                               By:            /s/ Kevin Keener

Kevin J. Keener
ARDC # 6296898
Keener & Associates, P.C.
161 N. Clark Street, Suite #1600
Chicago, IL 60601
(312) 375-1573
kevin.keener@keenerlegal.com