# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Ultra PRO International, LLC, | Case No.: 24-cv-07259 |
| Plaintiff, | |
| v. | Judge: Hon. LaShonda A. Hunt |
| Zentra, LLC, | |
| | Magistrate: Hon. Jeffrey Cole |
| Defendant. | |

## WITHDRAWAL OF MOTION FOR DISCOVERY

Ultra PRO International, LLC ("Plaintiff") hereby withdraws its motion seeking expedited early discovery [Dkt. No. 9].

Respectfully Submitted,

Dated: September 3, 2024                                         By:         /s/ Kevin Keener

Kevin J. Keener
ARDC # 6296898
Keener & Associates, P.C.
161 N. Clark Street, Suite #1600
Chicago, IL 60601
(312) 375-1573
kevin.keener@keenerlegal.com
