# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Ultra Pro International, LLC

                                  Plaintiff,

v.                                                         Case No.: 1:24–cv–07259
                                                               Honorable LaShonda A. Hunt

Zentra, LLC, et al.

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 4, 2024:

      MINUTE entry before the Honorable LaShonda A. Hunt: Plaintiff's withdrawal of motion for discovery [15], which the Court construes as a motion, is granted. Plaintiff's motion for an expedited discovery order [9] is terminated as moot. The Court has reviewed Plaintiff's first amended complaint [13] and response to Court order [14]. The parties are ordered to file a Joint Initial Status Report for New Case by 10/3/24. A template for the report can be found on Judge Hunt's webpage under "Initial Status Conference and Status Report." A telephonic initial status hearing is set for 10/10/24, at 9:30AM. Attorneys/parties may appear by dialing: 1–650–479–3207 and entering access code: 2311 499 1046. No attendee code is required. Please review in advance the policies governing telephonic hearings that can be found on Judge Hunt's webpage on the court website. Defendant Zentra, LLC is reminded that a Local Rule 3.2 Notification of Affiliates must be filed with its first pleading, appearance, or other request addressed to the court and is directed to file the same by 9/11/24. Emailed notice. (cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.