IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Ultra PRO International, LLC,<br><br>　　　　Plaintiff,<br>　v.<br>Zentra, LLC,<br>　　　　Defendant. | Case No.: 1:24-cv-07259<br><br>Judge: Hon. LaShonda A. Hunt<br><br>Magistrate: Hon. Jeffrey Cole |

**DEFENDANT ZENTRA, LLC'S NOTICE OF AFFILIATES**

Defendant Zentra, LLC ("Zentra"), by and through its attorneys, Haley Guiliano LLP, and pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, hereby states that Zentra is a limited liability company, and the following entities or individuals own, directly or indirectly (through ownership of one or more entities), 5% or more of Zentra:

　　Gary Rose, an individual resident of North Carolina

　　Hayden Rose, an individual resident of North Carolina

Date: September 5, 2024.　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　By:　*/s/ Brian J. Beck*
　　　　　　　　　　　　　　　　　　　　　　Brian J. Beck (ARDC No. 6310979)
　　　　　　　　　　　　　　　　　　　　　　HALEY GUILIANO LLP
　　　　　　　　　　　　　　　　　　　　　　75 Broad Street, Suite 1000
　　　　　　　　　　　　　　　　　　　　　　New York, NY 10004
　　　　　　　　　　　　　　　　　　　　　　+1 (669) 213-1058
　　　　　　　　　　　　　　　　　　　　　　+1 (669) 500-7375 (fax)
　　　　　　　　　　　　　　　　　　　　　　brian.beck@hglaw.com

　　　　　　　　　　　　　　　　　　　　　　*Counsel for Defendant Zentra, LLC.*