**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.2
Eastern Division**

Ultra Pro International, LLC
          Plaintiff,

v.                    Case No.: 1:24−cv−07259
                    Honorable LaShonda A. Hunt

Zentra, LLC, et al.
          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 10, 2024:

   MINUTE entry before the Honorable LaShonda A. Hunt: Telephonic status hearing held. Counsel for Plaintiff and Counsel for Defendant appeared. The parties report that they are engaging in settlement discussions and trying to determine if they can resolve the case prior to service being effectuated on Defendant. A joint status report is due by 11/8/24 to update the Court on settlement discussions. If the parties reach an agreement, they can file a notice or stipulation of dismissal in lieu of a joint status report. If settlement does not appear to be a realistic possibility, the Court will enter an order extending the service deadline so that this litigation may proceed. Emailed notice. (cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.